| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b) | |
| GOULSTON & STORRS PC<br>Douglas B. Rosner, Esq.<br>Brendan M. Gage, Esq.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>Telephone: (617) 482-1776<br>Fax: (617) 574-4112<br>Email: drosner@goulstonstorrs.com<br>         bgage@goulstonstorrs.com<br>*Counsel for Landlords affiliated with Boston Properties, Inc., Beacon Capital Partners LLC, Columbia Property Trust and Manulife Investment Management (John Hancock Life Insurance Company)*<br><br>  -and-<br><br>GENOVA BURNS LLC.<br>Daniel M. Stolz, Esq.<br>Donald W. Clarke, Esq.<br>110 Allen Rd., Suite 304<br>Basking Ridge, NJ 07920<br>Telephone: (973) 230-2095<br>Fax: (973) 533-1112<br>Email: DStolz@genovaburns.com<br>         DClarke@genovaburns.com<br>*Local Counsel for Landlords affiliated with Boston Properties, Inc., Beacon Capital Partners LLC, Columbia Property Trust and Manulife Investment Management (John Hancock Life Insurance Company)* | |
| In re:<br><br>WEWORK INC., *et al.,*<br><br>              Debtors.[1] | Chapter 11<br><br>Case No. 23-19865-JKS<br><br>*Joint Administration Pending* |

---

[1]   The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: WeWork Inc. (4904), in addition to all affiliates listed in Rider 1 to the petition filed in this case [Doc 1].

- 2 -

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of *Landlords affiliated with Boston Properties, Inc., Beacon Capital Partners LLC, Columbia Property Trust and Manulife Investment Management (John Hancock Life Insurance Company)*. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

| Daniel M. Stolz, Esq.<br>Genova Burns LLC.<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ  07920<br>Tel:  973-533-0777<br>Fax: 973-533-1112<br> Email: dstolz@genovaburns.com | Douglas B. Rosner, Esq.<br>Brendan M. Gage, Esq.<br>Goulston & Storrs PC<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>Telephone: (617) 482-1776<br>Fax: (617) 574-4112<br>Email: drosner@goulstonstorrs.com<br>          bgage@goulstonstorrs.com |

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.


Date: November 6, 2023         /s/ *Daniel M. Stolz*
                               Signature