| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>James N. Lawlor, Esq.<br>Steven S. Fitzgerald, Esq. (*pro hac vice* pending)<br>Joseph F. Pacelli, Esq. (*pro hac vice* pending)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>sfitzgerald@wmd-law.com<br>jpacelli@wmd-law.com<br><br>**WEIL, GOTSHAL & MANGES LLP**<br>Gary T. Holtzer, Esq.<br>Gabriel A. Morgan, Esq.<br>Kevin H. Bostel, Esq.<br>Eric L. Einhorn, Esq.<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>gary.holtzer@weil.com<br>gabriel.morgan@weil.com<br>kevin.bostel@weil.com<br>eric.einhorn@weil.com<br>(Admissions *pro hac vice* pending)<br><br>*ATTORNEYS FOR THE SOFTBANK PARTIES* | |
| In re:<br><br>WEWORK INC., *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No.: 23-19865 (JKS)<br><br>Judge: Hon. John K. Sherwood |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES
AND DOCUMENTS, AND REQUEST FOR ADDITION TO MATRIX**

---

[1] The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**PLEASE TAKE NOTICE** that pursuant to section 1109 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.*, and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, SoftBank Vision Fund II-2 L.P. and certain of its affiliates (the "SoftBank Parties"), parties in interest in the above-captioned case, appear through its co-counsel, Wollmuth Maher & Deutsch LLP, and request service of all notices and documents herein upon:

James N. Lawlor, Esq.
Wollmuth Maher & Deutsch, LLP
500 Fifth Avenue
New York, New York 10110
(212) 382-3300
jlawlor@wmd-law.com

Counsel also requests that all ECF/electronic notices be sent to jlawlor@wmd-law.com.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request for service includes all pleadings of any kind, including, without limitation, all notices, applications, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted or conveyed, related in any way to the above-captioned debtors, its property, or its estate.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance, Request for Service of Notices and Documents,* a*nd Request for Addition to Matrix* (the "Notice") nor any prior or subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive any substantive or procedural rights of the SoftBank Parties including, without limitation, (i) the right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceedings so triable in these chapter 11 cases or in any case, controversy, or proceeding; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) the right to object to the jurisdiction of this Bankruptcy Court; and (v) an election of remedies.

**PLEASE TAKE FURTHER NOTICE** that this Notice is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments to which the SoftBank Parties are or may be entitled under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated: November 7, 2023
New York, New York

Respectfully submitted,

**WOLLMUTH MAHER & DEUTSCH LLP**

/s/ *James N. Lawlor*
James N. Lawlor
500 Fifth Avenue, 12th
Floor New York, New
York 10110
-and-
90 Washington Valley Road
Bedminster, New Jersey 07921
Tel: (212) 382-3300
Fax: (212) 382-0050
Email: jlawlor@wmd-law.com

*Counsel for the SoftBank Parties*