| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>James N. Lawlor, Esq.<br>Steven S. Fitzgerald, Esq. (*pro hac vice* pending)<br>Joseph F. Pacelli, Esq. (*pro hac vice* pending)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>sfitzgerald@wmd-law.com<br>jpacelli@wmd-law.com<br><br>**WEIL, GOTSHAL & MANGES LLP**<br>Gary T. Holtzer, Esq.<br>Gabriel A. Morgan, Esq.<br>Kevin H. Bostel, Esq.<br>Eric L. Einhorn, Esq.<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>gary.holtzer@weil.com<br>gabriel.morgan@weil.com<br>kevin.bostel@weil.com<br>eric.einhorn@weil.com<br>(Admissions *pro hac vice* pending)<br><br>*ATTORNEYS FOR THE SOFTBANK PARTIES* |

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*,[1] | Case No.: 23-19865 (JKS) |
| Debtors. | Judge: Hon. John K. Sherwood |

**CERTIFICATION OF GABRIEL A. MORGAN IN SUPPORT OF**
**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Gabriel A. Morgan, of full age, hereby certify as follows:

---

[1] The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

1. I am a partner with the law firm of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153.

2. I make this certification in connection with my application to be admitted *pro hac vice* in the above captioned bankruptcy case to represent SoftBank Vision Fund II-2 L.P. and certain of its affiliates (the "SoftBank Parties") as co-counsel.

3. I am a member in good standing of the bars of the following courts, to which I was admitted in the years indicated: New York State Court (2009), U.S. District Court for the Southern District of New York (2009), U.S. District Court for the Eastern District of New York (2009), Texas State Court (2021), and U.S. District Court for the Southern District of Texas (2021).

4. I am not under suspension or disbarment by any court.

5. I have no disciplinary proceeding pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund For Client Protection in accordance with New Jersey Court Rule 1:28-2.

7. I have familiarized myself with the Local Rules of Bankruptcy Procedure promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

8. I understand that if I am admitted *pro hac vice* to this Court, I am within its disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all rules, regulations and orders of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 7, 2023
New York, New York

*/s/    Gabriel A. Morgan*
Gabriel A. Morgan
