|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>James N. Lawlor, Esq.<br>Steven S. Fitzgerald, Esq. (*pro hac vice* pending)<br>Joseph F. Pacelli, Esq. (*pro hac vice* pending)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>sfitzgerald@wmd-law.com<br>jpacelli@wmd-law.com<br><br>**WEIL, GOTSHAL & MANGES LLP**<br>Gary T. Holtzer, Esq.<br>Gabriel A. Morgan, Esq.<br>Kevin H. Bostel, Esq.<br>Eric L. Einhorn, Esq.<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>gary.holtzer@weil.com<br>gabriel.morgan@weil.com<br>kevin.bostel@weil.com<br>eric.einhorn@weil.com<br>(Admissions *pro hac vice* pending)<br><br>*ATTORNEYS FOR THE SOFTBANK PARTIES* |  |
| In re:<br><br>WEWORK INC., *et al.*,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No.: 23-19865 (JKS)<br><br>Judge: Hon. John K. Sherwood |

## **APPLICATION TO ADMIT KEVIN H. BOSTEL *PRO HAC VICE***

**TO:**     **PARTIES ON THE COURT'S ELECTRONIC MAIL NOTICE LIST**

---

[1]     The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**PLEASE TAKE NOTICE** that pursuant to Rule 2090-1 of the District of New Jersey Local Bankruptcy Rules, Wollmuth Maher & Deutsch LLP, co-counsel for SoftBank Vision Fund II-2 L.P. and certain of its affiliates (the "SoftBank Parties"), parties in interest in the above-captioned case, hereby makes the application before the United States Bankruptcy Court for the District of New Jersey, for the entry of an Order admitting Kevin H. Bostel of the law firm Weil, Gotshal & Manges LLP *pro hac vice* in the within proceeding to represent the SoftBank Parties.

The undersigned relies upon the Certifications of Kevin H. Bostel and Paul R. DeFilippo in support of this application.

The undersigned hereby requests that, in accordance with D.N.J. LBR 2090-1, if no objection to the within application is filed within seven (7) days, the application be granted and the proposed form of Order be entered.

Dated: November 7, 2023
      New York, New York

Respectfully submitted,

**WOLLMUTH MAHER & DEUTSCH LLP**

/s/ *Paul R. DeFilippo*
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Steven S. Fitzgerald, Esq. (*pro hac vice* pending)
Joseph F. Pacelli, Esq. (*pro hac vice* pending)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
sfitzgerald@wmd-law.com
jpacelli@wmd-law.com

*Attorneys for the SoftBank Parties*