**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**WOLLMUTH MAHER & DEUTSCH LLP**
Paul R. DeFilippo, Esq.
James N. Lawlor, Esq.
Steven S. Fitzgerald, Esq. (*pro hac vice* pending)
Joseph F. Pacelli, Esq. (*pro hac vice* pending)
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
pdefilippo@wmd-law.com
jlawlor@wmd-law.com
sfitzgerald@wmd-law.com
jpacelli@wmd-law.com

**WEIL, GOTSHAL & MANGES LLP**
Gary T. Holtzer, Esq.
Gabriel A. Morgan, Esq.
Kevin H. Bostel, Esq.
Eric L. Einhorn, Esq.
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
gary.holtzer@weil.com
gabriel.morgan@weil.com
kevin.bostel@weil.com
eric.einhorn@weil.com
(Admissions *pro hac vice* pending)

*ATTORNEYS FOR THE SOFTBANK PARTIES*

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*,[1] | Case No.: 23-19865 (JKS) |
| Debtors. | Judge: Hon. John K. Sherwood |

**CERTIFICATION OF PAUL R. DeFILIPPO IN SUPPORT OF APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF ERIC L. EINHORN**

I, Paul R. DeFilippo, of full age, hereby certify as follows:

---

[1] The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

2

1. I am a partner with the law firm of Wollmuth Maher & Deutsch LLP, 500 Fifth Avenue, New York, New York 10110. I am admitted to practice law in the State of New Jersey and the United States District Court for the District of New Jersey.

2. I make this Certification in support of the application of Eric L. Einhorn to practice before this court *pro hac vice* pursuant to D.N.J LBR 2090-1. The facts contained in the Certification of Mr. Einhorn are true and correct to the best of my knowledge, information, and belief.

3. I am co-counsel of record in this matter and will work closely with Mr. Einhorn. As co-counsel of record, I will sign all pleadings, briefs, and other papers filed with the Court and understand that I will be held responsible for Mr. Einhorn and the conduct of this case.

4. I certify that the foregoing statements are true to the best of my knowledge, information, and belief under penalty of perjury.

Dated: November 7, 2023

                                                */s/ Paul R. DeFilippo*
                                                Paul R. DeFilippo