| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Sirlin Lesser & Benson, P.C.<br>Dana S. Plon, Esquire (#019621997)<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA  19109<br>(215) 864-9700<br>dplon@sirlinlaw.com<br>*Attorney for BDN 1900 Market Owner LLC* | |
| In re:<br><br>    WeWork Inc., *et al.*<br>                    *Debtors* | Case No. 23-19865<br><br>Judge John K. Sherwood<br><br>Chapter 11 |

## ENTRY OF APPEARANCE
## AND REQUEST FOR NOTICES

Dana S. Plon, Esquire, hereby enters her appearance for BDN 1900 Market Owner LLC and in accordance with Federal Rule of Bankruptcy Procedure 2002(i), respectfully requests that all notices, pleadings and other papers filed in the above captioned proceeding be served upon her at the following address:

Dana S. Plon, Esquire<br>
Identification No. 019621997<br>
Sirlin Lesser & Benson, P.C.<br>
123 South Broad Street, Suite 2100<br>
Philadelphia, PA  19109<br>
dplon@sirlinlaw.com

*Dana S. Plon*
DANA S. PLON, ESQUIRE
*Attorney for Creditor,*
*BDN 1900 Market Owner LLC*

November 7, 2023