**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Chapter 11** |
| **WEWORK INC.,** *et al.,* | ) | |
| | ) | **Case No.:  23-19865 (JKS)** |
| | ) | |
| | ) | **(Joint Administration Requested)** |
| **Debtors.** | ) | |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR NOTICES AND SERVICE OF PAPERS**

    PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case.  The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a).  All such notices should be addressed as follows:

> Simon Property Group, Inc.
> Attn:  Ronald M. Tucker, Esq.
> 225 West Washington Street
> Indianapolis, Indiana 46204

    PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

    Respectfully submitted

    _____*/s/Ronald M. Tucker*_____
    Ronald M. Tucker, Esq., Attorney for
    Simon Property Group, Inc. and its related entities
    IN 11428-49
    (317) 263-2346
    (317) 263-7901 (FAX)
    E-mail address:  rtucker@simon.com

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was served on November 07, 2023 via ECF Noticing to the persons of record.

                                              By:    */s/Ronald M. Tucker*
                                                            Ronald M. Tucker, Esq.