UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**GREENBERG TRAURIG, LLP**
Alan J. Brody, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 443-3543 (Telephone)
(973) 295-1333(Facsimile)

*Co-counsel to the Ad Hoc Group*

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Bankruptcy Rules 2002, 9007, and 9010(b), counsel for the Ad Hoc Group (as defined in the First Day Declaration), by and through the attorneys set forth below, hereby respectfully submits this Notice of Appearance and Demand for Service of Papers in the above-captioned case and requests that all notices and all papers served or required to be served in this case by the Court, the above-captioned debtor, and/or any other parties-in-interest, be given to and served upon the following:

**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
Eli J. Vonnegut, Esq.
Elliot Moskowitz, Esq.
Natasha Tsiouris, Esq.
Jonah A. Peppiatt, Esq.
Telephone: (212) 450-4000
Emails: eli.vonnegut@davispolk.com
elliot.moskowitz@davispolk.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases is attached hereto as Exhibit A-1, and may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

natasha.tsiouris@davispolk.com
jonah.peppiatt@davispolk.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing request includes, without limitation, notices and papers referred to in the Bankruptcy Rule 2002 and also includes, without limitation, any plans of reorganization and disclosure statements and objections thereto, notices, orders, pleadings, motions, applications, complaints, schedules of assets and liabilities, operating reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, pleadings, hearing dates, requests, demand, replies and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, delivery service, telephone, telegraph, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that, this appearance and request for notice is without prejudice to the rights, remedies and claims of the Ad Hoc Group against other entities or any objection by the Ad Hoc Group that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein and shall not be deemed or construed to submit the Ad Hoc Group to the jurisdiction of the Court.  All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention, withdrawal, dismissal or transfer of the case or a proceeding therein.

[*Remainder of page intentionally left blank.*]

Dated: November 7, 2023

          **GREENBERG TAURIG, LLP**

          */s/ Alan J. Brody*
          Alan J. Brody, Esq.
          500 Campus Drive
          Florham Park, New Jersey 07932
          Telephone: (973) 360-7900
          Email: brodya@gtlaw.com

          *Co-counsel to the Ad Hoc Group*