UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**GREENBERG TRAURIG, LLP**
Alan J. Brody, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 443-3543 (Telephone)
(973) 295-1333 (Facsimile)

*Co-counsel to the Ad Hoc Group*

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Joint Administration Requested) |

## APPLICATION FOR THE *PRO HAC VICE* ADMISSION OF ELLIOT MOSKOWITZ, ESQ.

The Ad Hoc Group (as defined in the First Day Declaration) by and through its undersigned co-counsel, Greenberg Traurig, LLP, respectfully makes this application (the "**Application**"), for *pro hac vice* admission of Elliot Moskowitz, Esq., and represents as follows:

1.   On November 6, 2023, the above-captioned debtors and debtors-in-possession (the "**Debtors**"), filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, as amended the ("**Chapter 11 Cases**") in the United States Bankruptcy Court for the District of New Jersey.

2.   Mr. Moskowitz is a partner of the firm of Davis Polk & Wardwell LLP, which maintains offices at, among other places, 450 Lexington Avenue, New York, NY 10017.

---

[1] A complete list of each of the Debtors in these chapter 11 cases is attached hereto as Exhibit A-1, and may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

Because of his familiarity with the facts and circumstances relevant to the Debtors in the within matter, the Ad Hoc Group requests that Mr. Moskowitz be allowed to appear *pro hac vice* for the purposes of representing the Ad Hoc Group in connection with the Chapter 11 Cases.

3.     As set forth in the accompanying Declaration of Elliot Moskowitz, Esq., Mr. Moskowitz is a member in good standing of the bars of the State of New York, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Third Circuit, the United States Court of Appeals for the Sixth Circuit, the United States Court of Appeals for the Eighth Circuit, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of Michigan, and the United States District Court for the Western District of Michigan.  Mr. Moskowitz is not under suspension or disbarment by any court.

4.     If admitted *pro hac vice*, Mr. Moskowitz has represented that he will adhere to the disciplinary jurisdiction of this Court.  Mr. Moskowitz also has represented that he will arrange with the New Jersey Lawyer's Fund for Client Protection for payment of the applicable annual fee under New Jersey Court Rule 1:28-2(a) and shall pay the fee required by L. Civ. R. 101.1(c)(3) for *pro hac vice* admission to this Court.

WHEREFORE, it is respectfully requested that the Court grant this Application, pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit Eli J. Moskowitz, Esq. *pro hac vice* in the above-captioned matter.

*[Remainder of page intentionally left blank.]*

Dated: November 7, 2023

          Respectfully submitted,

          */s/ Alan J. Brody*
          Alan J. Brody, Esq.
          GREENBERG TRAURIG, LLP
          500 Campus Drive, Suite 400
          Florham Park, New Jersey 07932
          Telephone:  (973) 443-3543
          Facsimile:  (973) 296-1333
          Email: brodya@gtlaw.com

          *Co-counsel to the Ad Hoc Group*