UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**GREENBERG TRAURIG, LLP**
Alan J. Brody, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 443-3543 (Telephone)
(973) 295-1333 (Facsimile)

*Co-counsel to the Ad Hoc Group*

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Joint Administration Requested) |

## ORDER GRANTING *PRO HAC VICE* ADMISSION OF ELLIOT MOSKOWITZ, ESQ.

The relief set forth on the following page, numbered 2 is hereby **ORDERED.**

---

[1] A complete list of each of the Debtors in these chapter 11 cases is attached hereto as Exhibit A-1, and may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

Page:  2
Debtor:   In re: WEWORK INC. *et al.*
Case No.: 23–19865 (JKS)
Caption:  Order Granting Pro Hac Vice Admission of Elliot Moskowitz, Esq.

---

This matter having been brought before the Court on application (the "**Application**") for entry of an Order admitting Elliot Moskowitz, Esq., *pro hac vice*; and the Court having considered the Application and the Declaration of Elliot Moskowitz, Esq.; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1. Elliot Moskowitz, Esq. is permitted to appear *pro hac vice* in the above-captioned matter pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c).

2. All pleadings, briefs, and other papers filed with the Court shall be signed by Alan J. Brody or another attorney who is admitted to practice in this Court and the Courts of the State of New Jersey from the firm of Greenberg Traurig, LLP, co-counsel for the Ad Hoc Group (as defined in the First Day Declaration) as secured creditors of the debtors in the above-captioned cases (the "**Debtors**"), who shall be held responsible for said papers and for the conduct of the attorneys admitted hereby.

3. Elliot Moskowitz, Esq. shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection (the "**Fund**") in accordance with New Jersey Court Rule 1:28-2 and shall pay the fee required by L. Civ. R. 101.1(c)(3).

4. Elliot Moskowitz, Esq. shall be bound by the Local Rules of the United States Bankruptcy Court for the District of New Jersey and the Local Civil Rules of the United States District Court for the District of New Jersey.

5. The Clerk shall forward a copy of this Order to the Treasurer of the Fund within five (5) days of the hereof.