| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>James S. Carr, Esq.<br>Kristin S. Elliott, Esq.<br>Philip A. Weintraub, Esq. (*pro hac vice* pending)<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  212-808-7800<br>Fax: 212-808-7897<br>Email:  jcarr@kelleydrye.com<br>             kelliott@kelleydrye.com<br>             pweintraub@kelleydrye.com<br><br>-and-<br><br>One Jefferson Road<br>Parsippany, NJ 07054<br>Tel: 973-503-5900<br><br>*Counsel for U.S. Bank Trust Company, National Association, as Indenture Trustee and Collateral Agent* | |
| In re:<br><br>WeWork Inc., *et al.*,<br><br>              Debtors. | Chapter 11<br><br>Case Number: 23-19865-JKS<br><br>(*Joint Administration Requested*) |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned chapter 11 cases on behalf of U.S. Bank Trust Company, National Association, as Indenture Trustee and Collateral Agent (the "Indenture Trustee").  Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, the Indenture Trustee requests that all notices given or required to be given and all papers served in these chapter 11 cases be delivered to and served upon the parties identified below at the

following addresses and further request to be added to any Master Service List maintained in these cases:

James S. Carr, Esq.
Kristin S. Elliott, Esq.
Benjamin D. Feder, Esq.
Philip A. Weintraub, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  212-808-7800
Fax: 212-808-7897
Email:  kelliott@kelleydrye.com
bfeder@kelleydrye.com
pweintraub@kelleydrye.com
kdwbankruptcydepartment@kelleydrye.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Indenture Trustee's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Indenture Trustee may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby reserved.

Dated:  November 7, 2023

**KELLEY DRYE & WARREN LLP**

By: */s/ James S. Carr*
James S. Carr, Esq.
Kristin S. Elliott, Esq.
Philip A. Weintraub, Esq. (*pro hac vice* pending)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  212-808-7800
Fax: 212-808-7897
Email: jcarr@kelleydrye.com
kelliott@kelleydrye.com
pweintraub@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: 973-503-5900

*Counsel for U.S. Bank Trust Company, National Association, as Indenture Trustee and Collateral Agent*