UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

**GREENBERG TRAURIG, LLP**
Alan J. Brody, Esq.
500 Campus Drive, Suite 400
Florham Park, New Jersey 07932
(973) 443-3543 (Telephone)
(973) 295-1333 (Facsimile)

*Co-counsel to the Ad Hoc Group*

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Joint Administration Requested) |

## DECLARATION OF JONAH A. PEPPIATT, ESQ. IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

JONAH A. PEPPIATT, ESQ., of full age, hereby certifies as follows:

1. I am an attorney-at-law and a counsel of the law firm of Davis Polk & Wardwell LLP, which maintains offices at, among other places, 450 Lexington Avenue, New York, NY 10017. Because of my familiarity with the facts and circumstances relevant to the above-captioned pending matter, the Ad Hoc Group (as defined in the First Day Declaration), secured creditors of the debtors in the above-captioned cases (the "**Debtors**"), requests that I be allowed to appear *pro hac vice* for the purposes of representing the Ad Hoc Group in connection with the above-captioned bankruptcy case. I submit this Certification in support of the application for my admission *pro hac vice*.

---

[1] A complete list of each of the Debtors in these chapter 11 cases is attached hereto as Exhibit A-1, and may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

2. I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of New York, the United States Court for the Eastern District of New York, and the United States District Court for the Southern District of New York. I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body.

3. If the Application is granted, I agree to abide by this Court's local rules, to submit myself to the disciplinary jurisdiction of this Court, and to make payment to the New Jersey Lawyer's Fund for Client Protection as provided in New Jersey Court Rule 1:28-2(a) and to the District Court under L. Civ. R. 101.1(c)(3).

4. For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 7, 2023

*/s/ Jonah A. Peppiatt*  
Jonah A. Peppiatt, Esq.