| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| OFFIT KURMAN, P.A.<br>By: Paul J. Winterhalter, Esquire (006961986)<br>100 Eagle Rock Avenue, Suite 105<br>East Hanove, NJ 07936<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>*Counsel for*<br>*Simon Property Group, Inc.* | |
| In re:<br><br>WeWork, Inc.,<br><br>     *Debtor* | Chapter 11<br><br>Case No. 23-19865<br><br>Judge: John K. Sherwood |
| | **APPLICATION FOR ADMISSION<br>PRO HAC VICE<br>OF RONALD M. TUCKER<br>PURSUANT TO RULE 9010-1(b)(2)** |

TO DEBTOR, ANY OFFICIAL COMMITTEE, U.S.TRUSTEE, AND ALL PERSONS REQUESTING NOTICE:

  PLEASE TAKE NOTICE that pursuant to Local Bankruptcy Rule 9010-1(b) Paul J. Winterhalter, as co-counsel for Simon Property Group, Inc. in the above-captioned chapter 11 case hereby presents this Application for Admission Pro Hac Vice of RONALD M. TUCKER, ESQUIRE to serve as co-counsel for Simon Property Group, Inc. in the pending Bankruptcy Proceeding.

1

Mr. Tucker is not licensed in this jurisdiction but wishes to appear in this case and respectfully requests this Court admit counsel pro hac vice. The undersigned does submit and relied upon the Certifications of Paul J. Winterhalter and Ronald M. Tucker in support of the relief sought by this application.

Counsel is aware pursuant to D.N.J. LBR 9010-1(b)(4) only local counsel may file papers, enter appearances, and receive notices and service of papers.

Counsel further acknowledges pursuant to D.N.J. LBR 9010-1(b)(6) an attorney admitted pro hac vice is within the disciplinary jurisdiction of the District Court and is bound by the applicable Rules of Professional Conduct.

        Respectfully submitted,

        OFFIT KURMAN, P.A.

        By*: /s/ P.J. Winterhalter*
        PAUL J. WINTERHALTER
        100 Eagle Rock Avenue, Suite 105
        East Hanover, NJ 07936
        Telephone: (267) 338-1370
        Facsimile: (267) 338-1300
        E-mail: pwinterhalter@offitkurman.com

        Co- *Counsel for Simon Property Group, Inc.*

Dated: November 7, 2023