| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| OFFIT KURMAN, P.A.<br>By: Paul J. Winterhalter, Esquire (006961986)<br>100 Eagle Rock Avenue, Suite 105<br>East Hanove, NJ 07936<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>*Counsel for*<br>*Simon Property Group, Inc.* | |
| In re:<br><br>We Work, Inc.,<br><br>                    *Debtor* | Chapter 11<br><br>Case No. 23-19865<br><br>Judge: John K. Sherwood |
| | **CERTIFICATION OF<br>PAUL J. WINTERHATER<br>IN SUPPORT OF<br>APPLICATION FOR ADMISSION<br>PRO HAC VICE<br>OF RONALD M. TUCKER<br>PURSUANT TO RULE 9010-1(b)(2)** |

PAUL J. WINTERHALTER, hereby certifies to this Court as follows:

1.      I am a principal at the law firm of Offit Kurman, P.A. which maintains a law office at

100 Eagle Rock Avenue, Suite 105, East Hanover, NJ 07936.

2.      I am licensed to practice law and a member of the bar in good standing of this State and

this Court.

1

3.      I make this certification in support of the application submitted on behalf of Ronald M. Tucker, Esquire to practice before this court pro hac vice pursuant to LBR 9010-1(b). The facts set forth in the Certification of Ronald M. Tucker are true and correct to the best of my knowledge, information, and belief.

4.      I am the co-counsel of record in this matter for our client, Simon Property Group, Inc. and will work closely with Mr. Tucker. Consistent with Court Rules, I will sign all pleadings, briefs, and other papers with this Court.

5.      Mr. Tucker had previously filed an Application to Appear Pro Hac Vice in other bankruptcy proceedings pending in this Court. A request is now presented to request admission pro hac vice in this Court for the purposes of participating in this bankruptcy case.

        Respectfully submitted,

        OFFIT KURMAN, P.A.

        By**: */s/ P.J. Winterhalter*** 
          PAUL J. WINTERHALTER 
        100 Eagle Rock Avenue, Suite 105 
        East Hanover, NJ 07936 
        Telephone: (267) 338-1370 
        Facsimile: (267) 338-1300 
        E-mail: pwinterhalter@offitkurman.com

        Co- *Counsel for Simon Property Group, Inc.*

Dated: November 7, 2023