| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| OFFIT KURMAN, P.A.<br>By: Paul J. Winterhalter, Esquire (006961986)<br>100 Eagle Rock Avenue, Suite 105<br>East Hanove, NJ 07936<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>*Counsel for*<br>*Simon Property Group, Inc.* | |
| In re:<br><br>WeWork, Inc.,<br><br>                *Debtor* | Chapter 11<br><br>Case No. 23-19865<br><br>Judge: John K. Sherwood |
| | **CERTIFICATION OF<br>RONALD M. TUCKER<br>IN SUPPORT OF HIS<br>APPLICATION FOR ADMISSION<br>PRO HAC VICE<br>PURSUANT TO RULE 9010-1(b)(2)** |

Ronald M. Tucker, hereby certifies to this Court as follows:

      1.      I am in-house counsel for Simon Property Group, which maintains offices at 225 West Washington Street, Indianapolis, IN.

      2.      I am licensed to practice law and a member of the bar for the State of Indiana.

      3.      I am not under suspension, disbarment, or pending discipline in any court or jurisdiction in which I practice.

4.        I understand any attorney admitted to practice *pro hac vice* within the Federal District Court for the District of New Jersey is subject to the disciplinary jurisdiction of the District Court and is bound by the Rules of Professional Conduct.

5.        I have previously filed Applications to Appear *Pro Hac Vice* in this bankruptcy court. A request is now presented to request admission *pro hac vice* in this Court for the purposes of participating in this bankruptcy case.

Respectfully submitted,

*/S/ Ronald M. Tucker*
Ronald M. Tucker
Simon Property Group, Inc.
225 West Washington Street
Indianapolis, IN 46204-3438
Tel.: 317-263-2346
Email: rtucker@simon.com

Co- *Counsel for Simon Property Group, Inc.*

Dated: November 7, 2023