| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| OFFIT KURMAN, P.A.<br>By: Paul J. Winterhalter, Esquire (006961986)<br>100 Eagle Rock Avenue, Suite 105<br>East Hanove, NJ 07936<br>Telephone: (267) 338-1370<br>Facsimile: (267) 338-1335<br>E-mail: pwinterhalter@offitkurman.com<br><br>*Counsel for*<br>*Simon Property Group, Inc.* | |
| In re:<br><br>WeWork, Inc.,<br><br>     *Debtor* | Chapter 11<br><br>Case No. 23-19865<br><br>Judge: John K. Sherwood |
| | **CERTIFICATION OF SERVICE OF APPLICATION FOR ADMISSION PRO HAC VICE OF RONALD M. TUCKER PURSUANT TO RULE 9010-1(b)(2)** |

  PAUL J. WINTERHALTER, hereby certifies that I caused a true and correct copy of the attached Application of RONALD M. TUCKER for Admission Pro Hac Vice to this Court in this bankruptcy case pursuant to Local Bankruptcy Rule 9010-1(b) through the Court's ECF

1

system enabling all counsel and persons who have entered an appearance and requested notices to be served a copy of documents filed of record.

        Respectfully submitted,

        OFFIT KURMAN, P.A.

        By**: */s/ P.J. Winterhalter***
          PAUL J. WINTERHALTER
        100 Eagle Rock Avenue, Suite 105
        East Hanover, NJ 07936
        Telephone: (267) 338-1370
        Facsimile: (267) 338-1300
        E-mail: pwinterhalter@offitkurman.com

        Co- *Counsel for Simon Property Group, Inc.*

Dated: November 7, 2023