**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: (973) 530-2052
Fax: (973) 325-1501
Jonathan Bondy (jbondy@csglaw.com)
*Attorneys for Westchester Fire Insurance Company*
*And Federal Insurance Company*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK, INC. | Case No. 23-19865-JKS |
| Debtor. | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Westchester Fire Insurance Company ("Westchester Fire") and Federal Insurance Company ("Federal Insurance"), through their attorneys, Chiesa Shahinian & Giantomasi PC, appear in the above-captioned case and request that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

Jonathan Bondy, Esq.
Chiesa Shahinian & Giantomasi PC
105 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone:   (973) 530-2052
Fax:   (973) 325-1501
E-Mail:  jbondy@csglaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes notices and papers referred to in Rule 2002 of the Federal Rules of Bankruptcy Procedure, and, pursuant to

Section 1109(b) of the Bankruptcy Code, also includes, without limitation, any notice of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, plans, disclosure statements, reports, answering or reply papers, memoranda and briefs in support of any of the foregoing, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telecopier or otherwise, which affects or seeks to affect in any way any rights or interests of any creditor, equity security holder, party in interest, and/or other person or entity.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is expressly without prejudice to any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to be a waiver of any objection thereto nor shall it be deemed or construed to submit Westchester Fire and Federal Insurance to the jurisdiction of the Court and it is without prejudice to their rights, remedies and claims against other entities.  This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right: (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; or (3) to have the District Court withdraw the reference in any proceeding subject to mandatory or discretionary withdrawal. All rights, remedies, claims, actions, setoffs or recoupments to which Westchester Fire and Federal Insurance are or may be entitled are hereby expressly reserved, including, without limitation, the making of a motion to dismiss, to seek abstention or to seek withdrawal of the case or a proceeding therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process

under Fed. R. Civ. P. 4 or Fed. R. Bankr. P. 7004, nor shall it result in undersigned counsel being deemed to be the agent of Westchester Fire and Federal Insurance for such purpose.

                          **CHIESA SHAHINIAN & GIANTOMASI PC**
                          *Attorneys for Westchester Fire Insurance Company*
                          *And Federal Insurance Company*


                          By: /s/Jonathan Bondy
                                     Jonathan Bondy

Dated:

4863-1038-9134.v1