**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

GOULSTON & STORRS PC
Douglas B. Rosner, Esq.
Brendan M. Gage, Esq.
400 Atlantic Avenue
Boston, MA 02110-3333
Telephone: (617) 482-1776
Fax: (617) 574-4112
Email: drosner@goulstonstorrs.com
          bgage@goulstonstorrs.com
*Counsel for Landlords affiliated with Boston Properties, Inc., Beacon Capital Partners LLC, Columbia Property Trust and Manulife Investment Management (John Hancock Life Insurance Company)*

  -and-

GENOVA BURNS LLC.
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
          DClarke@genovaburns.com
*Local Counsel for Landlords affiliated with Boston Properties, Inc., Beacon Capital Partners LLC, Columbia Property Trust and Manulife Investment Management (John Hancock Life Insurance Company)*

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.,*<br><br>         Debtors.[1] | Chapter 11<br><br>Case No. 23-19865-JKS<br><br>*Joint Administration Pending* |

## CERTIFICATION OF DOUGLAS B. ROSNER, ESQ.

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: WeWork Inc. (4904), in addition to all affiliates listed in Rider 1 to the petition filed in this case [Doc 1].

I, Douglas B. Rosner, Esq., hereby certify as follows:

1.     I am a partner with the law firm of Goulston & Storrs P.C., co-counsel to the Landlords

affiliated with Boston Properties, Inc., Beacon Capital Partners LLC, Columbia Property

Trust and Manulife Investment Management (John Hancock Life Insurance Company).

My office is located at 400 Atlantic Avenue, Boston, MA  02110.  I make this

Certification in support of my application to appear in this case *pro hac vice* pursuant to

Local Bankruptcy Rule 9010-1.

2.     I was admitted to practice law in the Commonwealth of Massachusetts in 1992, and the

State of New York in 2014.  I am admitted to Practice before the following courts:

- United States Supreme Court;

- United States First Circuit Court of Appeals;

- United States Seventh Circuit Court of Appeals;

- United States District Court for the District of Massachusetts; and

- United States District Court for the Southern District of New York.

I am a member in good standing of the Bar in each of the jurisdictions in which I am

admitted to practice.

3.     No disciplinary proceedings are pending against me in any jurisdiction. No discipline has

previously been imposed on me in any jurisdiction. I have never been suspended or

disbarred from the practice of law.

4.     I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with

such Rules. I will comply with all court and ethical rules governing the practice of law

before this Court.

5.      I further agree to pay all fees to the Clerk of the United States District Court for the

District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule

101.1 of the Local Rules of the United States District Court for the District of New Jersey.


I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.


Dated: November 7, 2023               _/s/  Douglas B. Rosner_____
                                      DOUGLAS B. ROSNER, ESQ.
                                      Goulston & Storrs P.C.
                                      400 Atlantic Avenue
                                      Boston, MA  02110
                                      Email: drosner@goulstonstorrs.com

                                      *Co-Counsel for Landlords affiliated with
                                      Boston Properties, Inc., Beacon Capital
                                      Partners LLC, Columbia Property Trust and
                                      Manulife Investment Management (John
                                      Hancock Life Insurance Company)*