**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

GOULSTON & STORRS PC
Douglas B. Rosner, Esq.
Brendan M. Gage, Esq.
400 Atlantic Avenue
Boston, MA 02110-3333
Telephone: (617) 482-1776
Fax: (617) 574-4112
Email: drosner@goulstonstorrs.com
         bgage@goulstonstorrs.com
*Counsel for Landlords affiliated with Boston*
*Properties, Inc., Beacon Capital Partners LLC,*
*Columbia Property Trust and Manulife*
*Investment Management (John Hancock Life*
*Insurance Company)*

   -and-

GENOVA BURNS LLC.
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DStolz@genovaburns.com
         DClarke@genovaburns.com
*Local Counsel for Landlords affiliated with*
*Boston Properties, Inc., Beacon Capital*
*Partners LLC, Columbia Property Trust and*
*Manulife Investment Management (John*
*Hancock Life Insurance Company)*

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865-JKS |
| Debtors.[1] | *Joint Administration Pending* |

---

[1] The Debtors in these Chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: WeWork Inc. (4904), in addition to all affiliates listed in Rider 1 to the petition filed in this case [Doc 1].

## APPLICATION FOR AN ORDER FOR ADMISSION
## *PRO HAC VICE* OF BRENDAN M. GAGE, ESQ.

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission pro hac vice of Brendan M. Gage, Esq. of the law firm of Goulston & Storrs P.C., to represent Landlords affiliated with Boston Properties, Inc., Beacon Capital Partners LLC, Columbia Property Trust and Manulife Investment Management (John Hancock Life Insurance Company) in the above-captioned chapter 11 case.  In support of this application, counsel submits the attached Certification of Brendan M. Gage, Esq., and requests that the proposed form of order submitted herewith be entered.  Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Date:  November 7, 2023

  */s/  Donald W. Clarke*
Donald W. Clarke
GENOVA BURNS
110 Allen Rd., Suite 304
Basking Ridge, NJ 07920
Telephone: (973) 230-2095
Fax: (973) 533-1112
Email: DClarke@genovaburns.com

*Local Counsel for Landlords affiliated with Boston Properties, Inc., Beacon Capital Partners LLC, Columbia Property Trust and Manulife Investment Management (John Hancock Life Insurance Company)*