|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**SHERMAN, SILVERSTEIN,**<br>**KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, NJ 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>         rswitkes@shermansilverstein.com<br><br>*Counsel to Kato International LLC* |  |
| In re:<br><br>WEWORK INC., *et. al.*,<br><br>                    Debtors. | Case No. 23-19865 (JKS)<br><br>Chapter 11<br><br>Honorable John K. Sherwood, U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Kato International LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:    Arthur J. Abramowitz, Esq.
            Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
            308 Harper Drive, Suite 200
            Moorestown, New Jersey 08057
            856-662-0700
            aabramowitz@shermansilverstein.com

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: November 7, 2023                    */s/ Arthur J. Abramowitz*
                                          Signature