UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BALLARD SPAHR LLP**
Leslie C. Heilman
Laurel D. Roglen
Nicholas J. Brannick
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
         roglenl@ballardspahr.com
         brannickn@ballardspahr.com
         vesperm@ballardspahr.com

*Counsel to Promenade Gateway, L.P.; AMCO 120 West Trinity LLC; Cousins 725 Ponce LLC; RailYard LLC; Terminus Venture T100 LLC; RAR2-222 Broadway Owner SPE, LLC; and RAR2–222 South Riverside, LLC*

Brian D. Huben
Dustin P. Branch
Nahal Zarnighian
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915
Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail:  hubenb@ballardspahr.com
         branchd@ballardspahr.com
         zarnighiann@ballardspahr.com

In Re:

WEWORK INC., *et al.*[1]

        Debtors.

Case No.: 23-19865 (JKS)

Chapter 11

Judge John K. Sherwood

(Joint Administration Requested)

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE, that in accordance with Fed. R. Bankr. P. 9010(b) the below counsel enters an appearance in this case on behalf of Promenade Gateway, L.P.; AMCO 120 West Trinity LLC; Cousins 725 Ponce LLC; RailYard LLC; Terminus Venture T100 LLC;

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

RAR2-222 Broadway Owner SPE, LLC; and RAR2–222 South Riverside, LLC.  Request is made that the documents filed in this case and identified below be served on the below listed counsel at the addresses indicated:

| | |
|---|---|
| Leslie C. Heilman<br>Laurel D. Roglen<br>Nicholas J. Brannick<br>Margaret A. Vesper<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail:  heilmanl@ballardspahr.com<br>          roglenl@ballardspahr.com<br>          brannickn@ballardspahr.com<br>          vesperm@ballardspahr.com | Brian D. Huben<br>Dustin P. Branch<br>Nahal Zarnighian<br>2029 Century Park East, Suite 1400<br>Los Angeles, CA 90067-2915<br>Telephone: (424) 204-4354<br>Facsimile: (424) 204-4350<br>E-mail:  hubenb@ballardspahr.com<br>          branchd@ballardspahr.com<br>          zarnighiann@ballardspahr.com |

DOCUMENTS:

  x     All notices entered pursuant to Fed. R. Bankr. P. 2002.

  x     All documents and pleadings of any nature.

Date: November 7, 2023                    Respectfully Submitted,

/s/ Leslie C. Heilman
BALLARD SPAHR LLP
Leslie C. Heilman
Laurel D. Roglen
Nicholas J. Brannick
Margaret A. Vesper
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
          roglenl@ballardspahr.com
          brannickn@ballardspahr.com
          vesperm@ballardspahr.com

          and

Brian D. Huben
Dustin P. Branch
Nahal Zarnighian
2029 Century Park East, Suite 1400
Los Angeles, CA 90067-2915

Telephone: (424) 204-4354
Facsimile: (424) 204-4350
E-mail:  hubenb@ballardspahr.com
         branchd@ballardspahr.com
         zarnighiann@ballardspahr.com

*Counsel to Promenade Gateway, L.P.; AMCO 120 West Trinity LLC; Cousins 725 Ponce LLC; RailYard LLC; Terminus Venture T100 LLC; RAR2-222 Broadway Owner SPE, LLC; and RAR2–222 South Riverside, LLC*

3