Paul H. Aloe
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue, 23rd Floor
New York, New York 10022
Tel: (212) 868-1010
Fax: (212) 868-0013
Email: paloe@kudmanlaw.com

*Attorneys for Walter & Samuels, Inc., Walber 419 Company LLC,*
*419 Park Avenue South Associates LLC, Walsam 130 MAD LLC,*
*36 LLC and Walsam New 29 LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK, INC.,<br><br>Debtor. | Chapter 11<br><br>Case No. 23-19865-JKS |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Paul H. Aloe, Esq., of Kudman Trachten Aloe Posner LLP hereby appears in this case as attorneys for Walter & Samuels, Inc., Walber 419 Company LLC, 419 Park Avenue South Associates LLC, Walsam 130 MAD LLC, 36 LLC, and Walsam New 29 LLC and, pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, demands that all notices in the case and all papers served or filed be given to and served upon the undersigned at the following address:

> KUDMAN TRACHTEN ALOE POSNER LLP
> 488 Madison Avenue, 23rd Floor
> New York, New York 10022
> Tel: (212) 868-1010
> Fax: (212) 868-0013
> Attn:  Paul H. Aloe (paloe@kudmanlaw.com)

**PLEASE TAKE FURTHER NOTICE** that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes the notices and papers referred to in the Bankruptcy Rules

specified above and all orders, applications, motions, pleadings, requests, complaints, and other documents filed in this case.

Dated: New York, New York
November 7, 2023

By: _____
Paul H. Aloe
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue, 23rd Floor
New York, New York 10022
Tel: (212) 868-1010
Fax: (212) 868-0013
Email: paloe@kudmanlaw.com

*Attorneys for Walter & Samuels, Inc., Walber 419 Company LLC, 419 Park Avenue South Associates LLC, Walsam 130 MAD LLC, 36 LLC and Walsam New 29 LLC*