| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**BALLARD SPAHR LLP**<br>Leslie C. Heilman<br>Laurel D. Roglen<br>Nicholas J. Brannick<br>Margaret A. Vesper<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail:  heilmanl@ballardspahr.com<br>          roglenl@ballardspahr.com<br>          brannickn@ballardspahr.com<br>          vesperm@ballardspahr.com<br><br>*Counsel to Promenade Gateway, L.P.; AMCO 120 West Trinity LLC; Cousins 725 Ponce LLC; RailYard LLC; Terminus Venture T100 LLC; RAR2-222 Broadway Owner SPE, LLC; and RAR2–222 South Riverside, LLC* | |
| In Re:<br>WEWORK INC., *et al.*[1]<br><br>                    Debtors. | Case No.: 23-19865 (JKS)<br><br>Chapter 11<br><br>Judge John K. Sherwood<br><br>(Joint Administration Requested) |

### APPLICATION OF LAUREL D. ROGLEN
### FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "Local Rules"), Promenade Gateway, L.P.; AMCO 120 West Trinity LLC; Cousins 725 Ponce LLC; RailYard LLC; Terminus Venture T100 LLC; RAR2-222

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

Broadway Owner SPE, LLC; and RAR2–222 South Riverside, LLC (the "Landlords"), by and through the undersigned counsel, respectfully move this Court for entry of an Order granting Laurel D. Roglen permission to appear *pro hac vice* as counsel on behalf of the Landlords in the above-captioned case and all matters arising therein or related thereto.

    Annexed hereto as Exhibit A is a Declaration of Attorney Roglen, which conforms to Local Rule 9010-1(b).

    Unless requested by other parties, no oral argument is requested.

    A proposed form of order is submitted herewith.

    WHEREFORE, the Landlords respectfully request that the Court grant this Application and enter the proposed Order submitted herewith.

| | |
|---|---|
| Dated: November 7, 2023 | */s/ Leslie C. Heilman*<br>Leslie C. Heilman, Esquire<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>Email: heilmanl@ballardspahr.com |