# **EXHIBIT A**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**BALLARD SPAHR LLP**<br>Leslie C. Heilman<br>Laurel D. Roglen<br>Nicholas J. Brannick<br>Margaret A. Vesper<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail:  heilmanl@ballardspahr.com<br>            roglenl@ballardspahr.com<br>            brannickn@ballardspahr.com<br>            vesperm@ballardspahr.com<br><br>*Counsel to Promenade Gateway, L.P.; AMCO 120 West Trinity LLC; Cousins 725 Ponce LLC; RailYard LLC; Terminus Venture T100 LLC; RAR2-222 Broadway Owner SPE, LLC; and RAR2–222 South Riverside, LLC* | |
| In Re:<br>WEWORK INC., *et al.*[1]<br><br>                    Debtors. | Case No.: 23-19865 (JKS)<br><br>Chapter 11<br><br>Judge John K. Sherwood<br><br>(Joint Administration Requested) |

## CERTIFICATION OF LAUREL D. ROGLEN
## IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

Laurel D. Roglen hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

1. I am of counsel at the law firm of Ballard Spahr LLP. My office is located at 919 N. Market Street, 11th Floor, Wilmington, Delaware 19801.

2. I was admitted to practice law in the States of Delaware and New York in 2012. In addition, I am admitted to practice before the following courts:

U.S. Court of Appeals, 3rd Circuit

U.S. District Court for the District of Delaware

U.S. District Court for the Eastern District of New York

U.S. District Court for the Southern District of New York

3. I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4. I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I have obtained a copy of the Local Rules of this Court and am generally familiar with such Rules.

6. I agree to be bound by the Rules of this Court upon my admission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 7, 2023

*/s/ Laurel D. Roglen*
Laurel D. Roglen, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: roglenl@ballardspahr.com