| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**BALLARD SPAHR LLP**<br>Leslie C. Heilman<br>Laurel D. Roglen<br>Nicholas J. Brannick<br>Margaret A. Vesper<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail:  heilmanl@ballardspahr.com<br>            roglenl@ballardspahr.com<br>            brannickn@ballardspahr.com<br>            vesperm@ballardspahr.com<br><br>*Counsel to Promenade Gateway, L.P.; AMCO 120 West Trinity LLC; Cousins 725 Ponce LLC; RailYard LLC; Terminus Venture T100 LLC; RAR2-222 Broadway Owner SPE, LLC; and RAR2–222 South Riverside, LLC* | |
| In re:<br><br>WEWORK INC., *et al.*[1]<br><br>                Debtors. | Case No.:  23-19865 (JKS)<br><br>Chapter 11<br><br>Judge John K. Sherwood<br><br>(Joint Administration Requested) |

## CERTIFICATION OF SERVICE

1. I, Leslie C. Heilman:

    ☒ represent Promenade Gateway, L.P.; AMCO 120 West Trinity LLC; Cousins 725 Ponce LLC; RailYard LLC; Terminus Venture T100 LLC; RAR2-222 Broadway Owner SPE, LLC; and RAR2–222 South Riverside, LLC in this matter.

    ☐ am the secretary/paralegal for Click or tap here to enter text., who represents Click or tap here to enter text. in this matter.

    ☐ am the Click or tap here to enter text.in this case and am representing myself.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

2.     On November 7, 2023, I cause a copy of the following pleading and/or document to be served electronically on those parties requesting electronic service through the Court's CM/ECF system.

- Application of Laurel D. Roglen for Admission *Pro Hac Vice*

3.     I certify under penalty of perjury that the above document was sent using the mode of service described herein.

Dated: November 7, 2023

*/s/ Leslie C. Heilman*
Leslie C. Heilman, Esquire
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: heilmanl@ballardspahr.com

*rev.8/1/16*