| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **COLE SCHOTZ P.C.** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Michael D. Sirota, Esq. |
| Edward O. Sassower, P.C. | Warren A. Usatine, Esq. |
| Joshua A. Sussberg, P.C. (*pro hac vice* pending) | Felice R. Yudkin, Esq. |
| Steven N. Serajeddini, P.C. (*pro hac vice* pending) | Ryan T. Jareck, Esq. |
| Ciara Foster (*pro hac vice* pending) | Court Plaza North, 25 Main Street |
| 601 Lexington Avenue | Hackensack, New Jersey 07601 |
| New York, New York 10022 | Telephone:    (201) 489-3000 |
| Telephone:    (212) 446-4800 | msirota@coleschotz.com |
| Facsimile:    (212) 446-4900 | wusatine@coleschotz.com |
| edward.sassower@kirkland.com | fyudkin@coleschotz.com |
| joshua.sussberg@kirkland.com | rjareck@coleschotz.com |
| steven.serajeddini@kirkland.com | |
| ciara.foster@kirkland.com | |
| | |
| *Proposed Co-Counsel for Debtors and Debtors in Possession* | *Proposed Co-Counsel for Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**TO BE HEARD ON NOVEMBER 8, 2023 AT 11:00 A.M. (ET)**

To:    All Parties Receiving Electronic Notification of Filing
via the Court's CM/ECF System

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**PLEASE TAKE NOTICE** that the following matters are currently scheduled to be heard on **November 8, 2023, at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Judge John K. Sherwood:

1. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 41]

   Related Documents:

   A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

   B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

   C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

   Status:  This matter is going forward with permission of the Court.

2. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 43]

   Related Documents:

   A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

   B. Declaration of Justin Schmaltz in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 54]

   C. Declaration of Paul Sheaffer in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 55]

D. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

E. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

Status: This matter is going forward with permission of the Court.

3. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Debtor Bank Accounts, Business Forms, and Books and Records; (II) Authorizing the Debtors to Continue to Perform Intercompany Transactions; (III) Waiving Certain U.S. Trustee Requirements; and (IV) Granting Related Relief [Docket No. 20]

Related Documents:

A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

Status: This matter is going forward with permission of the Court.

4. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 6]

Related Documents:

A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

Status: This matter is going forward with permission of the Court.

5. Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Claims of Certain Critical Vendors, Foreign Vendors, 503(b)(9) Claimants, and Lien Claimants, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief [Docket No. 15]

   Related Documents:

   A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

   B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

   C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

   Status:  This matter is going forward with permission of the Court.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief [Docket No. 13]

   Related Documents:

   A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

   B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

   C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

   Status:  This matter is going forward with permission of the Court.

7. Debtors' Motion For Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (C) Redact or Withhold Certain Confidential Information of Customers, and (D) Redact Certain Personally Identifiable Information; (II) Waiving the Requirement to File a List of Equity Holders and Provide Notices Directly to Equity Security Holders; and (III) Granting Related Relief [Docket No. 17]

    Related Documents:

    A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

    Status:  This matter is going forward with permission of the Court.

8. Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of, Exchanges For and Declarations of Worthlessness With Respect to Common Stock, and (II) Granting Related Relief [Docket No. 16]

    Related Documents:

    A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

    Status:  This matter is going forward with permission of the Court.

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payments of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 10]

    Related Documents:

    A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

  Status:  This matter is going forward with permission of the Court.

10. Debtors' Application for Entry of an Order (I) Authorizing the Appointment of Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of the Petition Date and (II) Granting Related Relief [Docket No. 5]

  Related Documents:

    A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

  Status:  This matter is going forward with permission of the Court.

11. Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing Fee Payments to the Utility Agent, and (V) Granting Related Relief [Docket No. 11]

  Related Documents:

    A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

  Status:  This matter is going forward with permission of the Court.

12. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage and (II) Granting Related Relief [Docket No. 7]

    Related Documents:

    A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

    Status: This matter is going forward with permission of the Court.

13. Debtors' Motion Seeking Entry of an Order (I) Extending Time to File (A) Schedules and Statements and (B) 2015.3 Reports, and (II) Granting Related Relief [Docket No. 9]

    Related Documents:

    A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

    C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

    Status: This matter is going forward with permission of the Court.

14. Debtors' Motion For Entry of an Order (I) Restating and Enforcing the Worldwide Automatic Stay, *Ipso Facto* Protections, and Anti-Discrimination Provisions of the Bankruptcy Code, (II) Approving the Form and Manner of Notice, and (III) Granting Related Relief [Docket No. 19]

    Related Documents:

    A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

    B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

Status: This matter is going forward with permission of the Court.

15. Debtors' Motion For Entry of Order (I) Authorizing WeWork Inc. to Act as Foreign Representative and (II) Granting Related Relief [Docket No. 8]

Related Documents:

A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

Status: This matter is going forward with permission of the Court.

16. Debtors' Motion for Entry of an Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Docket No. 18]

Related Documents:

A. Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 21]

B. Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 22]

C. Order Regarding Debtors' Application for Expedited Consideration of First Day Matters [Docket No. 33]

Status: This matter is going forward with permission of the Court.

Dated: November 7, 2023

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:    (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (*pro hac vice* pending)
Steven N. Serajeddini, P.C. (*pro hac vice* pending)
Ciara Foster (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
edward.sassower@kirkland.com
joshua.sussberg@kirkland.com
steven.serajeddini@kirkland.com
ciara.foster@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*