**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Proposed Co-Counsel for Debtors and
Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Joint Administration Requested) |

### APPLICATION FOR *PRO HAC VICE* ADMISSION OF JOSHUA A. SUSSBERG, P.C.

WeWork Inc, and its affiliated debtors in possession (the "Debtors"), by and through their counsel, Cole Schotz P.C., respectfully submit this application (the "Application"), for the *pro hac vice* admission of Joshua A. Sussberg, P.C., and represents as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

1. On November 6, 2023, the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, commencing the above captioned chapter 11 cases in the United States Bankruptcy Court for the District of New Jersey.

2. Joshua A. Sussberg, the president of Joshua A. Sussberg, P.C., a partner in the firm of Kirkland & Ellis LLP has represented the Debtors in connection with these matters. Because of his familiarity with the facts and circumstances relevant to the Debtors in these matters, the Debtors request that Mr. Sussberg be allowed to appear *pro hac vice* in the within matters.

3. As set forth in the Certification of Mr. Sussberg, annexed hereto as **Exhibit A**, Mr. Sussberg is a member in good standing of the bar of the State of New York. Mr. Sussberg is not under suspension or disbarment by any court.

4. If admitted *pro hac vice*, Mr. Sussberg has represented that he will adhere to the disciplinary jurisdiction of this Court.

WHEREFORE, it is respectfully requested that the Court grant the Debtors' Application, pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above captioned matters.

Respectfully submitted,

COLE SCHOTZ P.C.
Proposed Co-Counsel for WeWork Inc.

By: */s/ Michael D. Sirota*
     Michael D. Sirota

Date: November 7, 2023