**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Joint Administration Requested) |

**CERTIFICATION OF WILLIAM E. ARNAULT**
**IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

William E. Arnault, Esq. of full age, hereby certifies as follows:

1.      I am an attorney-at-law duly admitted to practice before the courts of the State of

Illinois and a partner in the firm of Kirkland and Ellis LLP, counsel for WeWork Inc. and its

affiliated debtors and debtors in possession (the "Debtors"). I submit this Certification in

support of the accompanying Application for my admission *pro hac vice.*

---

[1]      A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s
principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address
in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd.
Beaverton, OR 97005.

2.    I was admitted to practice in the State of Illinois in 2009, the United States District Court for the Northern District of Illinois in 2009, and the United States District Court for the Eastern District of Michigan in 2013.

3.    I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body.  The name and address of the office maintaining the roll of members in good standing for the State of Illinois bar is 3101 Old Jacksonville Road, Springfield, Illinois 62704. The name and address of the office maintaining the roll of members in good standing for the United States District Court for the Northern District of Illinois is 219 South Dearborn Street, Chicago, IL 60604. The name and address of the office maintaining the roll of members in good standing for the United States District Court for the Eastern District of Michigan is Theodore Levin U.S. Courthouse, 231 W. Lafayette Blvd., Room 829, Detroit, Michigan 48226.

4.    The Debtors filed the within Application for my *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to its interests.  If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

5.    I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases:  Michael D. Sirota, Esq.

6.    For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


_____
William E. Arnault
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 N La Salle Dr
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: warnault@kirkland.com

DATED: November 7, 2023