**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Proposed Co-Counsel for Debtors and
Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Joint Administration Requested) |

**CERTIFICATION OF JIMMY RYAN IN SUPPORT OF
APPLICATION FOR *PRO HAC VICE* ADMISSION OF JIMMY RYAN**

Jimmy Ryan, Esq., of full age, hereby certifies as follows:

1. I am an attorney-at-law duly admitted to practice before the courts of the State of New York, and an associate in the firm of Kirkland and Ellis LLP, counsel for WeWork Inc., and its affiliated debtors and debtors in possession (the "Debtors"). I submit this Certification in support of the accompanying Application for my admission *pro hac vice*.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

KE 101978242

2.      I was admitted to practice in the State of New York in 2022, and the United States District Court for the Southern District of New York in 2023.

3.      I am in good standing before the courts in which I am admitted, and I have not been disbarred, suspended or disciplined by any court or administrative body. The name and address of the office maintaining the roll of members in good standing for the State of New York bar is Appellate Division, 1st Department, 27 Madison Avenue, New York, NY 10010. The name and address of the office maintaining the roll of members in good standing for the United States District Court for the Southern District of New York bar is Southern District of New York, 500 Pearl Street, New York, New York 10007.

4.      The Debtors filed the within Application for my *pro hac vice* admission in these matters due to my familiarity with the facts and circumstances relevant to its interests. If the Application is granted, I agree to abide by this Court's local rules and to submit myself to the disciplinary jurisdiction of this Court.

5.      I hereby designate the following member of the bar of this Court with whom the Court and opposing counsel may communicate regarding these cases: Michael D. Sirota, Esq.

6.      For the foregoing reasons, I respectfully request my application for admission *pro hac vice* be granted.

[*Remainder of page left intentionally blank.*]

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Jimmy Ryan
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jimmy.ryan@kirkland.com

DATED: November 7, 2023

3