| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, New Jersey 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>           rswitkes@shermansilverstein.com<br><br>*Counsel to Kato International LLC* | **LAW OFFICES OF JACK J. ROSE PLLC**<br>Jack J. Rose (*pro hac vice* pending)<br>PO Box 366<br>Bronxville, New York 10708<br>Tel: (212) 655-3066<br>Email: jrose@jrlpllc.com<br><br><br><br><br>*Counsel to Kato International LLC* |
| In re:<br><br>WEWORK Inc., *et. al.*,<br><br>                    Debtors. | Case No. 23-19865 (JKS)<br><br>Chapter 11<br><br>Honorable John K. Sherwood, U.S.B.J. |

## APPLICATION FOR AN ORDER FOR ADMISSION
## *PRO HAC VICE* OF JACK J. ROSE

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission pro hac vice of Jack J. Rose of the law firm of Law Offices of Jack J. Rose, PLLC, to represent Kato International LLC in the above-captioned chapter 11 cases.  In support of this application, counsel submits the attached Certification of Jack J. Rose, Esq. and requests that the proposed form of order submitted herewith be entered.  Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

|  |  |
|---|---|
| Dated: November 7, 2023 | */s/ Arthur J. Abramowitz* |
|  | Arthur J. Abramowitz |
|  | Ross J. Switkes |
|  | SHERMAN, SILVERSTEIN, |
|  | KOHL, ROSE & PODOLSKY, P.A. |
|  | 308 Harper Drive, Suite 200 |
|  | Moorestown, NJ 08057 |
|  | Tel: (856) 662-0700 |
|  | Email: aabramowitz@shermansilverstein.com |
|  |           rswitkes@shermansilverstein.com |
|  |  |
|  | *Counsel to Kato International LLC* |