| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, New Jersey 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>           rswitkes@shermansilverstein.com<br><br>*Counsel to Kato International LLC* | **LAW OFFICES OF JACK J. ROSE PLLC**<br>Jack J. Rose (*pro hac vice* pending)<br>PO Box 366<br>Bronxville, New York 10708<br>Tel: (212) 655-3066<br>Email: jrose@jrlpllc.com<br><br><br><br><br>*Counsel to Kato International LLC* |
| In re:<br><br>WEWORK Inc., *et. al.*,<br><br>                    Debtors. | Case No. 23-19865 (JKS)<br><br>Chapter 11<br><br>Honorable John K. Sherwood, U.S.B.J. |

## CERTIFICATION OF JACK J. ROSE

I, Jack J. Rose, Esq., hereby certify as follows:

1. I am an attorney with the law firm of the Law Offices of Jack J. Rose PLLC, counsel to Kato International LLC. My office maintains an address of PO Box 366, Bronxville, New York 10708. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the States of Connecticut in 1990 and New York in 1991. I am admitted to practice before the following courts:

- *United States District Court for the Eastern District of New York*

- *United States District Court for the Southern District of New York*

3.      I am a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice.

4.      No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5.      I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6.      I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 7, 2023

          */s/ Jack J. Rose*
          JACK J. ROSE
          Law Offices of Jack J. Rose PLLC
          PO Box 366
          Bronxville, New York 10708
          Tel: (212) 655-3066
          Email: jrose@jrlpllc.com

          *Co-Counsel to Kato International LLC*