| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**MCDERMOTT WILL & EMERY LLP**<br>Maris J. Kandestin (N.J. Bar No. 01782004)<br>1000 N. West Street<br>Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: 302-485-3900<br>Facsimile: 302-351-8711<br>Email: mkandestin@mwe.com<br><br>-and-<br><br>Charles R. Gibbs<br>Michael D. Wombacher<br>2501 North Harwood Street<br>Suite 1900<br>Dallas, Texas 75201<br>Telephone: 214-295-8000<br>Facsimile: 972-232-3098<br>Email: crgibbs@mwe.com<br>         mwombacher@mwe.com<br><br>*Counsel to Giralda PB, LLC and Giralda Complex LLC* |

| | |
|---|---|
| In Re:<br><br>      WeWork Inc., *et al.*,[1]<br><br>                    Debtors. | Case No. 23-19865 (JKS)<br><br>Chapter 11<br><br>Honorable John K. Sherwood |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that McDermott Will & Emery LLP hereby enters its

appearance (this "Notice of Appearance") in the above-captioned cases as counsel to Giralda PB,

LLC and Giralda Complex LLC pursuant to section 1109(b) of title 11 of the United States

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, New York 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005.

Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). McDermott Will & Emery LLP hereby requests that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| | |
|---|---|
| **MCDERMOTT WILL & EMERY LLP**<br>Maris J. Kandestin<br>1000 N. West Street<br>Suite 1400<br>Wilmington, Delaware 19801<br>Telephone: 302-485-3900<br>Facsimile: 302-351-8711<br>E-mail: mkandestin@mwe.com | **MCDERMOTT WILL & EMERY LLP**<br>Charles R. Gibbs<br>Michael D. Wombacher<br>2501 N. Harwood Street<br>Suite 1900<br>Dallas, Texas 75201<br>Telephone: 214-295-8000<br>Facsimile: 972-232-3098<br>E-mail: crgibbs@mwe.com;<br>      mwombacher@mwe.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after *de novo* review by a district court judge; (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) any right to have a

2

district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated:  November 7, 2023
       Wilmington, Delaware

**MCDERMOTT WILL & EMERY LLP**

 /s/ *Maris J. Kandestin*
Maris J. Kandestin (N.J. Bar No. 01782004)
1000 N. West Street
Suite 1400
Wilmington, Delaware 19801
Telephone: 302- 485-3900
Facsimile:  302-351-8711
Email: mkandestin@mwe.com

-and-

Charles R. Gibbs
Michael D. Wombacher
2501 North Harwood Street
Suite 1900
Dallas, Texas 75201
Telephone: 214-295-8000
Facsimile: 972-232-3098
E-mail: crgibbs@mwe.com
       mwombacher@mwe.com

*Counsel to Giralda PB, LLC*
*and Giralda Complex LLC*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on this 7th day of November 2023, she caused a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* to be served via electronic notification pursuant to the CM/ECF system for the United States Bankruptcy Court for the District of New Jersey (the "CM/ECF System") upon all registered users of the CM/ECF System who have appeared in these chapter 11 cases.

            */s/ Maris J. Kandestin*
            Maris J. Kandestin