**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq. (*pro hac vice* pending)
Connie Y. Choe, Esq.
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800
Fax: (212) 808-7897
Email:  rlehane@kelleydrye.com
           jraviele@kelleydrye.com
           cchoe@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5900

*Counsel for Nuveen Real Estate, Teachers Insurance and Annuity Association of America, T-C 501 Boylston Street LLC, and T-C 33 Arch Street LLC*

---

| | |
|---|---|
| **In re:** | Chapter 11 |
| **WEWORK INC., *et al.*,** | Case Number: 23-19865 (JKS) |
| **Debtors.**[1] | (*Joint Administration Requested*) |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS,
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned chapter 11 cases on behalf of Nuveen Real Estate, Teachers Insurance and Annuity Association of America, T-C 501 Boylston Street LLC, and T-C 33 Arch Street LLC (each, a "Landlord",

---

[1] The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor We Work Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005.

and, collectively, the "Landlords").  Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, the Landlords request that all notices given or required to be given and all papers served in these chapter 11 cases be delivered to and served upon the parties identified below at the following addresses and further request to be added to any Master Service List maintained in these cases:

>Robert L. LeHane, Esq.
>Jennifer D. Raviele, Esq.
>Connie Y. Choe, Esq.
>**KELLEY DRYE & WARREN LLP**
>3 World Trade Center
>175 Greenwich Street
>New York, NY 10007
>Tel:  (212) 808-7800
>Fax: (212) 808-7897
>Email:   rlehane@kelleydrye.com
>             jraviele@kelleydrye.com
>             cchoe@kelleydrye.com
>             kdwbankruptcydepartment@kelleydrye.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise, in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Landlords': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or

(iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlords may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby reserved.

Dated:  November 7, 2023

**KELLEY DRYE & WARREN LLP**

By: */s/ Robert L. LeHane*
Robert L. LeHane, Esq.
Jennifer D. Raviele, Esq. (*pro hac vice* pending)
Connie Choe, Esq.
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800
Fax: (212) 808-7897
Email: rlehane@kelleydrye.com
jraviele@kelleydrye.com
cchoe@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5900

*Counsel for Nuveen Real Estate, Teachers Insurance and Annuity Association of America, T-C 501 Boylston Street LLC, and T-C 33 Arch Street LLC*