**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq. (JS-5525)
Tara J. Schellhorn, Esq. (TS-8155)
Gregory S. Toma, Esq. (GT-1154)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tschellhorn@riker.com
gtoma@riker.com

*Counsel for ABM Industry Groups, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In re: | Chapter 11 |
|---|---|
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the law firm Riker Danzig LLP, pursuant to Rules 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), enters its appearance in the above-referenced chapter 11 case as counsel to ABM Industry Groups, LLC ("ABM") and that all notices given or required to be given in this case, all pleadings and other papers served or required to be served, in this case, be given to and served on the following:

**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq. (jschwartz@riker.com)
Tara J. Schellhorn, Esq. (tschellhorn@riker.com)
Gregory S. Toma, Esq. (gtoma@riker.com)

Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules and sections specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, telegraph, telex or otherwise filed with regard to the referenced cases and proceedings therein. Further, this request includes copies of any disclosure statements to be submitted prior to approval and any and all plans of reorganization.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in this case.

**PLEASE TAKE FURTHER NOTICE THAT**, this notice and request shall not be deemed a consent to jurisdiction of any type by ABM, nor should it be deemed to waive: (1) ABM's rights to have final orders in non-core matters in this case entered only after de novo review by a District Court; (2) ABM's rights to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) ABM's rights to have a District Court withdraw the reference in any matter in these cases subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupment to which ABM

is or may be entitled under any agreements, or in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

|  |  |
|---|---|
| November 7, 2023<br>Morristown, New Jersey | RIKER DANZIG LLP<br><br>By:  /s/ *Joseph L. Schwartz*<br>Joseph L. Schwartz, Esq. (JS-5525)<br>Tara J. Schellhorn, Esq. (TS-8155)<br>Gregory S. Toma, Esq. (GT-1154)<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, New Jersey 07962-1981<br>Telephone: (973) 538-0800<br>Facsimile: (973) 538-1984<br>jschwartz@riker.com<br>tschellhorn@riker.com<br>gtoma@riker.com<br><br>*Counsel for ABM Industry Groups, LLC* |

4877-5361-7806, v. 2

3