BELKIN BURDEN GOLDMAN, LLP
60 East 42nd Street, 16th Floor
New York, New York 10165
Telephone: (212) 867-4466
Jay B. Solomon, Esq.
JSolomon@bbgllp.com
*Attorneys for Creditors 1156 APF LLC and 183 Madison Owner APF LLC*

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | Chapter 11 |
|---|---|
| In re:<br><br>    WEWORK, INC, *et al.*,<br><br>                              Debtors. | Case No. 23-19865 (JKS) |

### NOTICE OF APPEARANCE BY JAY B. SOLOMON, ESQ. OF BELKIN BURDEN GOLDMAN, LLP, AND REQUEST FOR SERVICE OF DOCUMENTS AND NOTICES

**PLEASE TAKE NOTICE,** that pursuant to Bankruptcy Rules 2002 and 9010, Jay B. Solomon, Esq., of Belkin Burden Goldman, LLP, as attorneys for 1156 APF LLC and 183 Madison Owner APF LLC, creditors and parties in interest, hereby appears in the above-captioned case and requests that notice of all matters arising therein and all papers and other documents filed therein, including, but not limited to, orders, reports, pleadings, motions, applications, petitions, disclosure statements, plans, and answering and reply papers, and all notices required by Bankruptcy Rule 2002, be served upon the undersigned.

Dated: New York, New York
        November 8, 2023

                                    **BELKIN BURDEN GOLDMAN, LLP**

                                    By: _____
                                        Jay B. Solomon, Esq.
                                        *Attorneys for Creditors 1156 APF LLC and*
                                        *183 Madison Owner APF LLC*
                                        60 East 42nd Street, 16th Floor
                                        New York, New York 10165
                                        (212) 867-4466
                                        Jsolomon@bbgllp.com

JSOLOMON/13074.0081/4359795.1