**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**AKERMAN LLP**
Mark S. Lichtenstein, Esq.
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3800
Facsimile:   (212) 880-8965
mark.lichtenstein@akerman.com

*Counsel for Ponte Gadea Biscayne, LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Joint Administration Requested |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Mark S. Lichtenstein of Akerman LLP hereby appears as counsel for PONTE GADEA BISCAYNE, LLC ("Ponte Gadea "), pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 9007 including, without limitation, any and all notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, requests, and any other documents brought before the Court in this case.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**PLEASE TAKE FURTHER NOTICE** that all pleadings, notices of hearing and other filings in this matter be served upon the undersigned counsel at this address:

> ADDRESS: AKERMAN LLP
> Mark S. Lichtenstein
> 1251 Avenue of the Americas, 37th Floor
> New York, NY 10020
> (212) 880-3800 (telephone)
> (212) 880-8965 (facsimile)
> Email: mlichtenstein@akerman.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the above-referenced Bankruptcy Rules and the Bankruptcy Code, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, hand delivery, telephone, facsimile transmission or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Papers (the "Notice"), nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York
      November 8, 2023  AKERMAN LLP

By: */s/Mark S. Lichtenstein*
    Mark S. Lichtenstein
    1251 Avenue of the Americas, 37th Floor
    New York, New York 10020
    Tel. No.: (212) 880-3800
    email: mark.lichtenstein@akerman.com

*Attorney for Ponte Gadea Biscayne, LLC*