Charles E. Boulbol, P.C.
Charles E. Boulbol
*Attorneys for RFR/K 77 Sands Owner LLC*
26 Broadway, 17th Floor
New York, New York 10004
Telephone: (212) 825-9457
Facsimile: (212) 825-9414
rtrack@msn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____

In re:

WEWORK INC., et al.

        Debtors.

_____

**Chapter 11**

Case No.: 23-19865 (JKS)
(Joint Administration Requested)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010, RFR/K 77 SANDS OWNER LLC, by its attorneys, Charles E. Boulbol, P.C., hereby appears in the above captioned case and requests that notice of all matters arising therein and all papers and other documents filed including, but not limited to, orders, reports, pleadings, motions, applications, disclosure statements, plans and answering and reply papers, and all notices required by Bankruptcy Rule 2002, be served upon the undersigned attorney for RFR/K 77 SANDS OWNER LLC at the following address:

Charles E. Boulbol, P.C.
26 Broadway, 17th Floor
New York, New York 10004
(212) 825-9457
rtrack@msn.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise filed or made with regard to the referenced consolidated case and proceedings herein;

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver by the Appearing Party (1) to have final orders in matters entered only after _de novo_ review by a District Judge where a Bankruptcy Judge may not enter final orders or judgments; (2) to trial by jury in any proceeding so triable in this or any case, controversy or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or, (4) of any other rights, claims, actions, defenses, setoffs, or recoupments to which RFR?K 77 Sands Owner LLC may be entitled in law or in equity, all of which are expressly reserved.

Dated: New York, New York
November 8, 2023

           CHARLES E. BOULBOL, P.C.
           _Attorneys for RFR/K 77 Sands Owner LLC_

By:   Charles E. Boulbol
26 Broadway, 17th Floor
New York, New York 10004
(212) 825-9457

To:   Clerk, United States Bankruptcy Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102