**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**HALPERIN BATTAGLIA BENZIJA, LLP**
Walter Benzija, Esq.
Alan D. Halperin, Esq.
40 Wall Street, 37th floor
New York, New York 10005
Telephone: (212) 765-9100
Email: wbenzija@halperinlaw.net
    ahalperin@halperinlaw.net

*Counsel to Esopus Creek Value Series Fund LP-Series "A"*

---

In re:

WEWORK INC., *et al.*,

    Debtors.[1]

Case No.: 23-19865 (JKS)

Chapter 11

(Joint Administration Requested)

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned firm enters an appearance in this case on behalf of Esopus Creek Value Series Fund LP-Series "A". Request is made that the documents filed in these cases and identified below be served on the undersigned at the following addresses:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

ADDRESS:

**HALPERIN BATTAGLIA BENZIJA, LLP**
Walter Benzija, Esq.
Alan D. Halperin, Esq.
40 Wall Street, 37th floor
New York, New York 10005
Telephone: (212) 765-9100
Email: wbenzija@halperinlaw.net
ahalperin@halperinlaw.net

DOCUMENTS:

    X    All notices entered pursuant to Fed. R. Bankr. P. 2002.

    X    All documents and pleadings of any nature.

Date:   November 8, 2023

Respectfully submitted,

**HALPERIN BATTAGLIA BENZIJA, LLP**

By: */s/ Walter Benzija*
Walter Benzija, Esq.
Alan D. Halperin, Esq.
40 Wall Street, 37th floor
New York, New York 10005
Telephone: (212) 765-9100
wbenzija@halperinlaw.net
ahalperin@halperinlaw.net

*Counsel to Esopus Creek Value Series Fund LP-Series "A"*