|                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                    |                                            |
| ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ------------------------------------------ |
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>James S. Carr, Esq.<br>Kristin S. Elliott, Esq.<br>Philip A. Weintraub, Esq. (*pro hac vice* admission pending)<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  212-808-7800<br>Fax: 212-808-7897<br>Email:  jcarr@kelleydrye.com<br>            kelliott@kelleydrye.com<br>            pweintraub@kelleydrye.com<br><br>-and-<br><br>One Jefferson Road, 2nd Floor<br>Parsippany, NJ 07054<br>Tel: 973-503-5900<br><br>*Counsel for U.S. Bank Trust Company, National Association, as Indenture Trustee and Collateral Agent* |                                            |
| In re:<br><br>WeWork Inc., *et al.*,<br><br>Debtors.[1]                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                            | Chapter 11<br><br>Case Number: 23-19865-JKS<br><br>(*Joint Administration Requested*) |

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF PHILIP A. WEINTRAUB

Kristin S. Elliott, a member in good standing of the bars of the states of New Jersey and New York (the "Movant"), pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and D.N.J. LBR 9010-1, respectfully moves this Court, on behalf of attorney Philip A. Weintraub, for an order granting permission to

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

appear *pro hac vice* on behalf of U.S. Bank Trust Company, National Association, as Indenture Trustee and Collateral Agent (the "Indenture Trustee") in the above-captioned chapter 11 cases and in any related adversary proceeding(s) filed or to be filed in these chapter 11 cases. In support of this request, Movant represents as follows:

1. I am a partner of the law firm of Kelley Drye & Warren LLP, which maintains an office at One Jefferson Road, Parsippany, NJ 07054. I am admitted to practice in the state of New Jersey and before the United States District Court of New Jersey, and I am familiar with the Local Rules of practice of this Court. There are no disciplinary proceedings are pending against me in any jurisdiction and no disciplinary proceeding has previously been imposed on me in any jurisdiction.

2. Philip A. Weintraub is a senior associate of the bankruptcy department at the law firm of Kelley Drye & Warren LLP. Upon information and belief, Mr. Weintraub is a member in good standing of the bar of the State of New York. No disciplinary proceedings are pending against him nor have been imposed on him in any jurisdiction.

3. I have appeared as counsel of record for the Indenture Trustee in these chapter 11 cases and am the counsel upon whom all notices, orders, and pleadings shall be served.

*[space intentionally left blank]*

WHEREFORE, Movant respectfully requests entry of the Order submitted herewith admitting Philip A. Weintraub *pro hac vice* to represent the Indenture Trustee in the above-captioned chapter 11 cases and any related adversary proceedings.

Dated:  November 8, 2023 **KELLEY DRYE & WARREN LLP**

By: */s/ Kristin S. Elliott*
James S. Carr, Esq.
Kristin S. Elliott, Esq.
Philip A. Weintraub, Esq. (*pro hac vice* admission pending)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  212-808-7800
Fax: 212-808-7897
Email: jcarr@kelleydrye.com
kelliott@kelleydrye.com
pweintraub@kelleydrye.com

-and-

One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: 973-503-5900

*Counsel for U.S. Bank Trust Company, National Association, as Indenture Trustee and Collateral Agent*

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>James S. Carr, Esq.<br>Kristin S. Elliott, Esq.<br>Philip A. Weintraub, Esq. (*pro hac vice* admission pending)<br>**KELLEY DRYE & WARREN LLP**<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  212-808-7800<br>Fax: 212-808-7897<br>Email:  jcarr@kelleydrye.com<br>            kelliott@kelleydrye.com<br>            pweintraub@kelleydrye.com<br><br>-and-<br><br>One Jefferson Road, 2nd Floor<br>Parsippany, NJ 07054<br>Tel: 973-503-5900<br><br>*Counsel for U.S. Bank Trust Company, National Association, as Indenture Trustee and Collateral Agent* |  |
| In re:<br><br>WeWork Inc., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case Number: 23-19865-JKS<br><br>(*Joint Administration Requested*) |

## CERTIFICATION OF PHILIP A. WEINTRAUB, ESQ. IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Philip A. Weintraub, pursuant to 28 U.S.C. 1746, hereby certify the following:

1. I am an attorney with the law firm of Kelley Drye & Warren LLP, which maintains an office at 3 World Trade Center, 175 Greenwich Street, New York, NY 10007.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

2. I am and have always been, a member in good standing of the bar of the State of New York (2007) and the United States District Court for the Southern District of New York (2007). No disciplinary proceedings are pending against me in any jurisdiction and no disciplinary proceedings have been imposed on me in any jurisdiction.

3. Upon being admitted to appear and participate in these cases *pro hac vice*, I shall promptly cause payment to be made the Clerk of Court in the amount of $150.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules for the United States District Court for the District Court of New Jersey ("D.N.J. L.R.").

4. Kristin S. Elliott, a partner located in the New York office of Kelley Drye & Warren LLP, has appeared as counsel of record for the Indenture Trustee in the above-captioned chapter 11 cases and shall be local counsel upon whom all notices, orders, and pleadings shall be served.

5. I am in possession of and have reviewed a copy of the Local Bankruptcy Rules of this Court.

6. I understand and agree that, if admitted *pro hac vice*, I will be bound by the rules of this Court, including all applicable disciplinary rules, and that I will notify this Court immediately of any matter affecting my good standing before the bar of any jurisdiction.

7. I have made no prior oral or written application to be admitted to this Court in connection with these Chapter 11 cases. This is my second application for *pro hac vice* admission in this District during the year 2023. My first application for *pro hac vice* in this District was approved in *In re: Bed Bath & Beyond Inc.,* case number 23-13359 (VFP) at docket no. 2279.

3

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 8, 2023

                                                */s/ Philip A. Weintraub*
                                                Philip A. Weintraub

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

James S. Carr, Esq.
Kristin S. Elliott, Esq.
Philip A. Weintraub, Esq. (*pro hac vice* admission pending)
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  212-808-7800
Fax: 212-808-7897
Email:  jcarr@kelleydrye.com
           kelliott@kelleydrye.com
           pweintraub@kelleydrye.com

-and-

One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: 973-503-5900

*Counsel for U.S. Bank Trust Company, National Association, as Indenture Trustee and Collateral Agent*

| In re: | Chapter 11 |
|---|---|
| WeWork Inc., *et al.*, | Case Number: 23-19865-JKS |
| Debtors.[1] | (*Joint Administration Requested*) |

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED.**

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

(Page 2)
Debtors:         WEWORK INC., *ET AL.*
Case No.:        23-19865-JKS
Caption of Order:   ORDER FOR ADMISSION PRO HAC VICE

This matter having been brought before the Court on application for an Order For Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, an out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that Philip A. Weintraub be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

(Page 3)
Debtors:         WEWORK INC., *ET AL.*
Case No.:        23-19865-JKS
Caption of Order:   ORDER FOR ADMISSION PRO HAC VICE

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.