UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| IN RE: | § | CASE NO.   23-19865 |
| WEWORK INC | § |  |
| DEBTORS(S), | § | CHAPTER   11 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

**CITY OF RICHARDSON**        **TARRANT COUNTY**        **IRVING ISD**
**DALLAS COUNTY**

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on __8ht__ day of __November__,2023, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

MICHAEL D. SIROTA
25 MAIN STREET
POST OFFICE BOX 800
HACKENSACK, NJ 07602-0800

US TRUSTEE (NJ)
ONE NEWARK CENTER
STE 2100
NEWARK, NJ 07102

        LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
        2777 N. Stemmons Freeway
        Suite 1000
        DALLAS, TX 75207
        Telephone:   (214) 880-0089
        Facsimile:    (469) 221-5003
        Email:          dallas.bankruptcy@lgbs.com

By:  /S/ John K. Turner
      John Kendrick Turner
      SBN: 00788563 TX