SSL LAW FIRM LLP
Ivo Keller, Esq. (CA Bar No. 245909)
505 Montgomery Street, Suite 620
San Francisco, CA 94111
Telephone:(415) 814-6400
Facsimile: (415) 814-6401
E-mail:    ivo@ssllawfirm.com

*Counsel for Creditors,*
600 B STREET SAN DIEGO OWNER, LLC, a Delaware
limited liability company, and ROCKWOOD CAPITAL, LLC,
a Delaware limited liability company

**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:  | Chapter 11 |
| WeWork Inc., | Case No. 23-19865-JKS |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that 600 B STREET SAN DIEGO OWNER, LLC and ROCKWOOD CAPITAL, LLC (collectively, "**Creditors**") hereby request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy proceeding including, without limitation, all notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017 and 9007, be given and served upon:

Ivo Keller, Esq.
SSL LAW FIRM LLP
505 Montgomery Street, Suite 620
San Francisco, CA 94111
Phone:     (415) 814-6400
Facsimile: (415) 814-6401
Email:     ivo@ssllawfirm.com

{2323-00189/01320875;}

     Neither this Request for Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Creditors': (i) right(s) to have final orders in non-core matters entered only after de novo review by a district judge; (ii) right(s) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right(s) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which Creditors are, or may be, entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

                              Respectfully submitted,

Dated: November 8, 2023                SSL LAW FIRM LLP

                              By:   /s/ Ivo Keller
                                    Ivo Keller, Esq. (CA Bar No. 245909)
                                    505 Montgomery Street, Suite 620
                                    San Francisco, CA 94111
                                    Telephone: (415) 814-6400
                                    Facsimile: (415) 814-6401
                                    E-mail:    ivo@ssllawfirm.com

                                    *Attorneys for Creditors*
                                    600 B STREET SAN DIEGO OWNER, LLC, a Delaware limited liability company, and ROCKWOOD CAPITAL, LLC, a Delaware limited liability company

{2323-00189/01320875;}

## CERTIFICATE OF SERVICE

I, Ivo Keller, do hereby certify that on the 8th day of November 2023, I caused a copy of the foregoing Request for Service of Notices and Papers to be served via the Court's electronic case filing system (CM/ECF) to all parties registered to receive such notice in the above-captioned case.

/s/ Ivo Keller
Ivo Keller, Esq.

{2323-00189/01320875;}