WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200
Thomas A. Draghi, Esq.
William C. Heuer, Esq.
Alexandra Troiano, Esq.
*Counsel to 54 West 40th Realty LLC*

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>In re:<br><br>WEWORK INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br>(Joint Administration Requested) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP AS COUNSEL TO 54 WEST 40TH REALTY LLC AND REQUEST TO BE REMOVED FROM THE COURT'S CM/ECF NOTIFICATION LIST

**PLEASE TAKE NOTICE** that Westerman Ball Ederer Miller Zucker & Sharfstein, LLP ("Westerman Ball") hereby respectfully withdraws its appearance as counsel in the above-captioned case for all purposes including, without limitation, notice and service for 54 West 40th Realty LLC. Westerman Ball certifies that (a) 54 West 40th Realty LLC has no controversy pending before the Court and (b) 54 West 40th Realty LLC

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

consents to withdrawal of counsel. Counsel requests that they also be removed from the Court's CM/ECF notification list.

Dated: Uniondale, New York
November 9, 2023

          WESTERMAN BALL EDERER MILLER
          ZUCKER & SHARFSTEIN, LLP

          By:   */s/ Thomas A. Draghi*
                Thomas A. Draghi, Esq.
                William C. Heuer, Esq.
                Alexandra Troiano, Esq.
          1201 RXR Plaza
          Uniondale, New York 11556
          (516) 622-9200

*Counsel to 54 West 40th Realty LLC*

02905091.DOCX