**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Alissa K. Piccione
**REED SMITH LLP**
599 Lexington Ave
New York, NY 10022
Tel: (212) 549-0416
Email: apiccione@reedsmith.com

*Counsel for TikTok U.S. Data Security Inc., a Delaware Corporation*

**In re:**

**WEWORK INC.,** *et al.*,

         **Debtors.** [1]

Chapter 11

Case Number: 23-19865 (JKS)

(Jointly Administered)

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned chapter 11 cases on behalf of TikTok U.S. Data Security Inc., a Delaware corporation ("TikTok"). Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, TikTok requests that all notices given or required to be given and all papers served in these chapter 11 cases be delivered to and served upon the attorneys identified below at the following addresses and further requests to be added to any Master Service List maintained in these cases:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

Alissa K. Piccione
**REED SMITH LLP**
599 Lexington Ave
New York, NY 10022
Tel: (212) 549-0416
Email: apiccione@reedsmith.com

-and-

Marsha A. Houston
**REED SMITH LLP**
1901 Avenue of the Stars #700
Los Angeles, CA 90067
Tel: (310) 734-5465
Email: mhouston@reedsmith.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints, or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise, in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive TikTok's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which TikTok may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby reserved.

- 3 -

Dated:  November 9, 2023

**REED SMITH LLP**

By: */s/ Alissa K. Piccione*_____
Alissa K. Piccione
**REED SMITH LLP**
599 Lexington Ave
New York, NY 10022
Tel: (212) 549-0416
Email: apiccione@reedsmith.com

*Counsel for TikTok U.S. Data Security Inc., a Delaware Corporation*