**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KELLEY DRYE & WARREN LLP**
Robert L. LeHane
Jennifer D. Raviele (*pro hac vice* pending)
Connie Y. Choe
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800
Fax: (212) 808-7897
Email:  rlehane@kelleydrye.com
        jraviele@kelleydrye.com
        cchoe@kelleydrye.com

-and-

One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900

*Counsel for Nuveen Real Estate, Teachers Insurance and Annuity Association of America, T-C 501 Boylston Street LLC, and T-C 33 Arch Street LLC*

In re:

WEWORK INC., *et. al*,

Debtors.[1]

Chapter 11

Case Number: 23-19865 (JKS)

Jointly Administered

## APPLICATION FOR *PRO HAC VICE* ADMISSION OF JENNIFER D. RAVIELE

Robert L. LeHane, a member in good standing of the bars of New Jersey and New York (the "Movant"), pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and D.N.J. LBR 9010-1, respectfully moves this

---

[1] The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd., Beaverton, OR 97005.

Court, on behalf of attorney Jennifer D. Raviele, for an order granting permission to appear *pro hac vice* on behalf of Nuveen Real Estate, Teachers Insurance and Annuity Association of America, T-C 501 Boylston Street LLC, and T-C 33 Arch Street LLC (each a "Landlord", and collectively, the "Landlords,") in these cases and in any related adversary proceeding(s) filed or to be filed in these Chapter 11 cases. In support of this request, Movant represents as follows:

1. I am a partner at the law firm of Kelley Drye & Warren LLP, which maintains an office at 3 World Trade Center, 175 Greenwich Street, New York, NY 10007. I am admitted to practice in the state of New Jersey and before the United States District Court of New Jersey.

2. I certify that I am, and have remained, a member in good standing of the New Jersey bar at all times, that no disciplinary proceedings are pending against me in any jurisdiction and no disciplinary proceeding has previously been imposed on me in any jurisdiction.

3. Jennifer D. Raviele is special counsel in the bankruptcy practice group at the law firm of Kelley Drye & Warren LLP. Upon information and belief, Jennifer D. Raviele is admitted to the bar of the State of New York, the United States District Courts for the Southern and Eastern Districts of New York, the bar of the State of Illinois, and the United States District Court for the Northern District of Illinois. Ms. Raviele is, and has remained, a member in good standing of said bars at all times, and no disciplinary proceedings are pending against her nor have been imposed on her in any jurisdiction.

4. I have appeared as counsel of record for the Landlords in this case and shall serve as local counsel upon whom all notices, orders, and pleadings shall be served.

5. I am familiar with the Local Rules of practice of this Court.

**WHEREFORE**, Movant respectfully requests entry of the Order submitted herewith granting admission *pro hac vice* of Jennifer D. Raviele to represent the Landlords in connection with the above-captioned chapter 11 cases and any related adversary proceedings.

Dated:  November 8, 2023                **KELLEY DRYE & WARREN LLP**

By: */s/ Robert L. LeHane*
Robert L. LeHane
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800
Fax: (212) 808-7897
Email: rlehane@kelleydrye.com
         jraviele@kelleydrye.com

*Counsel for Nuveen Real Estate, Teachers Insurance and Annuity Association of America, T-C 501 Boylston Street LLC, and T-C 33 Arch Street LLC*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**KELLEY DRYE & WARREN LLP**<br>Robert L. LeHane<br>Jennifer D. Raviele (*pro hac vice* pending)<br>Connie Y. Choe<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  (212) 808-7800<br>Fax: (212) 808-7897<br>Email:  rlehane@kelleydrye.com<br>         jraviele@kelleydrye.com<br>         cchoe@kelleydrye.com<br><br>-and-<br><br>One Jefferson Road, 2nd Floor<br>Parsippany, NJ 07054<br>Tel: (973) 503-5900<br><br>*Counsel for Nuveen Real Estate, Teachers Insurance and Annuity Association of America, T-C 501 Boylston Street LLC, and T-C 33 Arch Street LLC* | |
| In re:<br><br>WEWORK INC., *et al.*,<br><br>                Debtors[1]. | Chapter 11<br><br>Case Number: 23-19865 (JKS)<br><br>Jointly Administered |

### CERTIFICATION OF JENNIFER D. RAVIELE IN SUPPORT OF
### APPLICATION FOR ADMISSION *PRO HAC VICE*

      I, Jennifer D. Raviele, pursuant to 28 U.S.C. 1746, hereby certify the following:

---

[1] The last four digits of the Debtor WeWork Inc's taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd., Beaverton, OR 97005.

1. I am an attorney with the law firm of Kelley Drye & Warren LLP, which maintains an office at 3 World Trade Center, 175 Greenwich Street, New York, NY 10007.

2. I am, and have always been, a member in good standing of the bar of the States of New York (2009), the United States District Courts for the Eastern (2010) and Southern (2009) Districts of New York, the bar of the State of Illinois (2020), and the United States District Court for the Northern District of Illinois (2022). No disciplinary proceedings are pending against me in any jurisdiction and no disciplinary proceedings have been imposed on me in any jurisdiction.

3. I am not admitted to practice law in the State of New Jersey and therefore seek *pro hac vice* admission to these cases.

4. Robert L. LeHane, a partner located in the New York office of Kelley Drye & Warren LLP, has appeared as counsel of record for the Landlords and shall be local counsel upon whom all notices, orders, and pleadings shall be served.

5. I am in possession of and have reviewed a copy of the Local Bankruptcy Rules of this Court.

6. Upon being admitted to appear and participate in this case *pro hac vice*, I shall promptly cause payment to be made the Clerk of Court in the amount of $150.00 pursuant to Rule 101.1(c)(3) of the Local Civil Rules for the United States District Court for the District Court of New Jersey ("D.N.J. L.R.").

7. I understand and agree that, if admitted *pro hac vice*, I will be bound by the rules of this Court, including all applicable disciplinary rules, and that I will notify this Court immediately of any matter affecting my good standing before the bar of any jurisdiction.

8.  I certify that I have made the required payment to the New Jersey Lawyers' Fund for Client Protection for this calendar year on August 14, 2023 and continue to represent clients in matters pending in this Court.

9.  I have made no prior oral or written application to be admitted to this Court in connection with these chapter 11 cases. This is my fourth application for *pro hac vice* admission in this District during the year 2023. I have applied for and was granted admission *pro hac vice* in *In re David's Bridal, LLC* (Case No. 23-13131) which was dismissed on September 29, 2023, *In re Bed Bath & Beyond Inc.* (Case No. 23-13359) which is pending before Judge Vincent F. Papalia, and *In re DirectBuy Home Improvement, Inc.* (Case No. 23-19159) which is pending before Judge Stacey L. Meisel.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 9, 2023

                                            */s/ Jennifer D. Raviele*
                                            Jennifer D. Raviele

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**KELLEY DRYE & WARREN LLP**<br>Robert L. LeHane<br>Jennifer D. Raviele (*pro hac vice* pending)<br>Connie Y. Choe<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel:  (212) 808-7800<br>Fax: (212) 808-7897<br>Email:  rlehane@kelleydrye.com<br>           jraviele@kelleydrye.com<br>           cchoe@kelleydrye.com<br><br>-and-<br><br>One Jefferson Road, 2nd Floor<br>Parsippany, NJ 07054<br>Tel: (973) 503-5900<br><br>*Counsel for Nuveen Real Estate, Teachers Insurance and Annuity Association of America, T-C 501 Boylston Street LLC, and T-C 33 Arch Street LLC* | |
| In re:<br><br>WEWORK, INC., *et al.*,<br><br>                    Debtors.[1] | Case Number: 23-19865<br><br>Chapter 11<br><br>Judge: John K. Sherwood<br><br>Jointly Administered |

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED.**

---

[1] The last four digits of the Debtor WeWork Inc's taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors'

(continued…)

(Page 2)
Debtors: WEWORK, INC., *et al.*
Case No.: 23-19865 (JKS)
Caption of Order: ORDER FOR ADMISSION PRO HAC VICE

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, an out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that Jennifer D. Raviele be permitted to appear *pro hac vice*; provided that, pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees, or orders, and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

---

(…continued)
service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10300
(continued…)

(Page 3)
Debtors:        WEWORK, INC., *et al.*
Case No.:       23-19865 (JKS)
Caption of Order:   ORDER FOR ADMISSION PRO HAC VICE

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

---

(…continued)
SW Allen Blvd., Beaverton, OR 97005.