| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br><br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **KELLEY DRYE & WARREN LLP** <br> Robert L. LeHane <br> Jennifer D. Raviele (*pro hac vice* pending) <br> Connie Y. Choe <br> 3 World Trade Center <br> 175 Greenwich Street <br> New York, NY 10007 <br> Tel:  (212) 808-7800 <br> Fax: (212) 808-7897 <br> Email:  rlehane@kelleydrye.com <br>         jraviele@kelleydrye.com <br>         cchoe@kelleydrye.com <br><br> -and- <br><br> One Jefferson Road, 2nd Floor <br> Parsippany, NJ 07054 <br> Tel: (973) 503-5900 <br><br> *Counsel for Nuveen Real Estate, Teachers Insurance and Annuity Association of America, T-C 501 Boylston Street LLC, and T-C 33 Arch Street LLC* | |
| In re: <br><br> WEWORK, INC., *et al.*, <br><br>                Debtors.[1] | Case Number: 23-19865 <br><br> Chapter 11 <br><br> Judge: John K. Sherwood <br><br> Jointly Administered |

## ORDER FOR ADMISSION PRO HAC VICE

The relief set forth on the following pages, numbered two (2) through and including three (3), is hereby **ORDERED.**

---

[1] The last four digits of the Debtor WeWork Inc's taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors'

(continued…)

(Page 2)

| | |
|---|---|
| Debtors: | WEWORK, INC., *et al.* |
| Case No.: | 23-19865 (JKS) |
| Caption of Order: | ORDER FOR ADMISSION PRO HAC VICE |

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, an out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that Jennifer D. Raviele be permitted to appear *pro hac vice*; provided that, pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders, and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees, or orders, and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

---

(…continued)
    service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10300
(continued…)

(Page 3)

Debtors:         WEWORK, INC., *et al.*
Case No.:       23-19865 (JKS)
Caption of Order:   ORDER FOR ADMISSION PRO HAC VICE

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

---

(…continued)
     SW Allen Blvd., Beaverton, OR 97005.