Dorsey & Whitney LLP
Samuel S. Kohn
Courina Yulisa
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Email: kohn.sam@dorsey.com
      yulisa.courina@dorsey.com

*Attorneys for 729 Washington Property Owner LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>In re:<br><br>WEWORK INC., *et al.*,<br><br>          Debtors.[1] | Chapter 11<br><br>Case No. 23-19865-JKS<br><br>(Jointly Administered) |
|---|---|

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE THAT** in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of 729 Washington Property Owner LLC ("729 WPO"). Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    DORSEY & WHITNEY LLP
    Samuel S. Kohn
    Courina Yulisa
    51 West 52nd Street
    New York, New York 10019-6119
    Telephone: (212) 415-9200
    Facsimile: (212) 953-7201
    E-mail: kohn.sam@dorsey.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

yulisa.courina@dorsey.com

-and-

DORSEY & WHITNEY LLP
Monica Clark
50 South 6th Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
E-mail: clark.monica@dorsey.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes all notices entered pursuant to Fed. R. Bankr. P. 2002 and all documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that in accordance with 11 U.S.C. § 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, or otherwise which affect or seek to affect in any way any rights or interests of 729 WPO.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance, nor any former or later appearance, pleading, claim or suit is intended to or shall be deemed to waive (1) 729 WPO's right to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) 729 WPO's right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) 729 WPO's right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, defenses, including defenses to jurisdiction, setoffs, or recoupments to which 729 WPO may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments 729 WPO expressly reserves.

Dated: November 9, 2023

Respectfully Submitted,

/s/ Courina Yulisa
Courina Yulisa
Samuel S. Kohn
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: kohn.sam@dorsey.com
       yulisa.courina@dorsey.com

-and-

Monica Clark
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
E-mail: clark.monica@dorsey.com

*Attorneys for 729 Washington Property Owner LLC*