| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP** <br> Gary T. Holtzer, Esq. (*pro hac vice* pending) <br> Gabriel A. Morgan, Esq. (*pro hac vice* pending) <br> Kevin H. Bostel, Esq. (*pro hac vice* pending) <br> Eric L. Einhorn, Esq. (*pro hac vice* pending) <br> 767 Fifth Avenue <br> New York, New York 10153 <br> Telephone: (212) 310-8000 <br> Facsimile: (212) 310-8007 <br> gary.holtzer@weil.com <br> gabriel.morgan@weil.com <br> kevin.bostel@weil.com <br> eric.einhorn@weil.com <br> *Co-Counsel for the SoftBank Parties* | **WOLLMUTH MAHER & DEUTSCH LLP** <br> Paul R. DeFilippo, Esq. <br> James N. Lawlor, Esq. <br> Steven S. Fitzgerald, Esq. (*pro hac vice* pending) <br> Joseph F. Pacelli, Esq. (*pro hac vice* pending) <br> 500 Fifth Avenue <br> New York, New York 10110 <br> Telephone: (212) 382-3300 <br> Facsimile: (212) 382-0050 <br> pdefilippo@wmd-law.com <br> jlawlor@wmd-law.com <br> sfitzgerald@wmd-law.com <br> jpacelli@wmd-law.com <br> *Co-Counsel for the SoftBank Parties* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: <br><br> WEWORK INC., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No.: 23-19865 (JKS) <br><br> Judge: Hon. John K. Sherwood <br><br> (Jointly Administered) |

## CERTIFICATE OF SERVICE

1. I, James N. Lawlor, am a partner at the firm Wollmuth Maher & Deutsch LLP, who represents SoftBank Vision Fund II-2 L.P. and certain of its affiliates (the "SoftBank Parties") in this matter.

2. On November 7, 2023, I caused the following pleadings and/or documents to be served on the parties listed on Exhibit A annexed hereto in the manner set forth therein:

   - **Application for Attorney Steven S. Fitzgerald to Appear Pro Hac Vice [Docket No. 26];**

   - **Application for Attorney Joseph F. Pacelli to Appear Pro Hac Vice [Docket No. 27];**

---

[1] The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

- **Application for Attorney Yating Wang to Appear Pro Hac Vice [Docket No. 28];**

- **Application for Attorney Gary T. Holtzer to Appear Pro Hac Vice [Docket No. 29];**

- **Application for Attorney Gabriel A. Morgan to Appear Pro Hac Vice [Docket No. 30];**

- **Application for Attorney Kevin H. Bostel to Appear Pro Hac Vice [Docket No. 31]; and**

- **Application for Attorney Eric L. Einhorn to Appear Pro Hac Vice [Docket No. 32].**

3. All parties who have requested electronic notification of filings via the Bankruptcy Court CM/ECF system were sent the above-referenced documents via electronic notice on November 7, 2023.

4. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    November 9, 2023                                    /s/ James N. Lawlor
         New York, New York                                    James N. Lawlor

# EXHIBIT A

Service List: WeWork Inc., *et al.*, Case No. 23-19865 (JKS)

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| UNITED STATES TRUSTEE | OFFICE OF THE US TRUSTEE | ATTN: FRAN STEELE<br>PETER D'AURIA<br>ONE NEWARK CENTER, STE 2100<br>NEWARK, NJ 07102 | lauren.bielskie@usdoj.gov;<br>jeffrey.m.sponder@usdoj.gov;<br>Fran.B.Steele@usdoj.gov;<br>Peter.J.D'Auria@usdoj.gov | EMAIL |
| TOP 30 UNSECURED CREDITORS | 1460 LEASEHOLD SWIGHM LLC | C/O MERINGOFF PROPERTIES<br>30 WEST 26TH STREET, 8TH FLOOR<br>NEW YORK, NY 10010-2011 | jdvacker@merprop.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | 2 NINTH AVENUE PARTNERS LLC | C/O WILLIAM GOTTLIEB MANAGEMENT CO LLC<br>ATTN: MARK CALDEIRA<br>177 CHRISTOPHER STREET<br>NEW YORK, NY 10014 | billy@wgottlieb.com | EMAIL & FIRST-CLASS MAIL |
| TOP 30 UNSECURED CREDITORS | 260261 MADISON AVENUE LLC | 261 MADISON AVENUE, 27TH FLOOR<br>NEW YORK, NY 10016 | omer.kachlon@sapircorp.com | EMAIL & FIRST-CLASS MAIL |
| TOP 30 UNSECURED CREDITORS | 400 CALIFORNIA LLC | C/O KENNEDY-WILSON PROPERTIES LTD<br>151 S EL CAMINO DRIVE<br>BEVERLY, CA 90212 | kmouton@kennedywilson.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | 500512 SEVENTH AVENUE LP | C/O THE CHETRIT GROUP LLC<br>512 SEVENTH AVENUE, 16TH FLOOR<br>NEW YORK, NY 10018 | ALICE.CHEN@CUSHWAKE.COM | EMAIL |
| TOP 30 UNSECURED CREDITORS | 54 WEST 40TH REALTY LLC | C/O ALLIED PARTNERS INC<br>770 LEXINGTON AVENUE, 9TH FLOOR<br>NEW YORK, NY 10065 | eric@alliedpartners.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | BCSP DENVER PROPERTY LLC | C/O BROOKFIELD PROPERTY GROUP<br>250 VESEY STREET, 15TH FLOOR<br>NEW YORK, NY 10281 | Ben.Brown@brookfield.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | BEACON CAPITAL PARTNERS LLC | 200 STATE STREET, 5TH FLOOR<br>BOSTON, MA 02109 | khoffman@beaconcapital.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | BROADWAY CONTINENTAL CORP | 540 BROADWAY, FLOOR 2<br>NEW YORK, NY 10012 | adam@currentreadvisors.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | CIM GROUP | 4700 WILSHIRE BOULEVARD<br>LOS ANGELES, CA 90010 | jtao@cimgroup.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | CIM GROUP | 540 MADISON AVENUE, 8TH FLOOR<br>NEW YORK, NY 10022 | jtao@cimgroup.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | COHEN BROTHERS REALTY | 750 LEXINGTON AVE, UNIT 28<br>NEW YORK, NY 10022 | mhorowitz@cohenbrothers.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | CP 1875 K STREET LLC | C/O CARR PROPERTIES PARTNERSHIP LP<br>THE HUB 1615 L STREET NW, STE 650<br>WASHINGTON, DC 20036 | jprentice@carrprop.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | CTO21 ACQUISITIONS II LLC | 369 N NEW YORK AVE, STE 201<br>WINTER, FL 32789 | dsmith@ctoreit.com | EMAIL |

Service List: WeWork Inc., *et al.*, Case No. 23-19865 (JKS)

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITORS | CUSHMAN WAKEFIELD | 225 WEST WACKER STREET, STE 3000<br>CHICAGO, IL 60606 | noelle.perkins@cushwake.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | JAMESTOWN LP | PONCE CITY MARKET<br>675 PONCE DE LEON AVENUE NE, 7TH FLOOR<br>ATLANTA, GA 30308 | amurray@jamestownLP.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | JOHN HANCOCK LIFE INSURANCE | 197 CLARENDON STREET C0105<br>BOSTON, MA 02116 | tsamoluk@jhancock.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | MAYORE ESTATES LLC | 100 HENRY STREET<br>BROOKLYN, NY 11201 | bstern@ngkf.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | MORI TRUST COLTD | 〒1056903 KAMIYACHO TRUST TOWER<br>411 TORANOMON MINATOKU<br>TOKYO, JAPAN | tanaka-yo@mori-trust.co.jp | EMAIL |
| TOP 30 UNSECURED CREDITORS | MOZAIC PARTNERS LLC | LAKESIDE CENTER, SUITE 10<br>3033 EXCELSIOR BOULEVARD<br>MINNEAPOLIS, MN 55416 | Jackie@Ackerberg.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | NUVEEN REAL ESTATE TIAA | 730 THIRD AVENUE<br>NEW YORK, NY 10017 | chad.phillips@nuveen.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | OMNI GROUP | 200 N LASALLE STREET, UNIT 750<br>CHICAGO, IL 60601 | gregwilks@onni.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | RFRK 77 SANDS OWNER LLC | C/O RFR REALTY LLC<br>375 PARK AVENUE, 10TH FLOOR<br>NEW YORK, NY 10152 | jreifler@rfr.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | RFRK 81 PROSPECT OWNER LLC | C/O RFR REALTY LLC<br>375 PARK AVENUE, 10TH FLOOR<br>NEW YORK, NY 10152 | jreifler@rfr.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | THE ALTER GROUP | 3201 OLD GLENVIEW ROAD, UNIT 302<br>WILMETTE, IL 60091 | michael@altergroup.com | EMAIL & FIRST-CLASS MAIL |
| TOP 30 UNSECURED CREDITORS | THE PLATFORM LLC | 2937 E GRAND BLVD<br>DETROIT, MI 48202 | clewis@theplatform.city | EMAIL |
| TOP 30 UNSECURED CREDITORS | UNITARIAN UNIVERSALIST ASSOCIATION | 24 FARNSWORTH STREET<br>BOSTON, MA 02210 | amcgeorge@uua.org | EMAIL & FIRST-CLASS MAIL |
| TOP 30 UNSECURED CREDITORS | US BANK TRUST COMPANY NATIONAL ASSOCIATION | ATTN: CHRISTOPHER J GRELL<br>100 WALL STREET, 6TH FLOOR<br>NEW YORK, NY 10005 | christopher.grell@usbank.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | WALTER SAMUELS INC | 419 PARK AVE S<br>NEW YORK, NY 10016 | pweiss@walter-samuels.com | EMAIL |
| TOP 30 UNSECURED CREDITORS | WESTFIELD FULTON CENTER LLC | MANAGEMENT OFFICE OCULUS<br>185 GREENWICH STREET<br>NEW YORK, NY 10007 | aline.taireh@urw.com | EMAIL |
| SECURED CREDITOR | COOLEY LLP | ATTN: LOGAN TIARI<br>355 S GRAND AVENUE, STE 900<br>LOS ANGELES, CA 90071 | ltiari@cooley.com | EMAIL |
| SECURED CREDITOR | DAVIS POLK WARDWELL LLP | ATTN: ELI J VONNEGUT<br>450 LEXINGTON AVE<br>NEW YORK, NY 10017 | eli.vonnegut@davispolk.com | EMAIL |

Service List: WeWork Inc., *et al.*, Case No. 23-19865 (JKS)

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| SECURED CREDITOR | GREENBERG TRAURIG LLP | ATTN: ALAN J. BRODY<br>500 CAMPUS DRIVE<br>FLORHAM, NJ 07932 | brodya@gtlaw.com | EMAIL |
| SECURED CREDITOR | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | | FIRST-CLASS MAIL |
| SECURED CREDITOR | INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 | | FIRST-CLASS MAIL |
| COMMONWEALTH OF PUERTO RICO ATTORNEY GENERAL | COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN: DOMINGO EMANUELLI HERNANDEZ<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | | FIRST-CLASS MAIL |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: BRIAN L. SCHWALB<br>400 6TH STREET NW<br>WASHINGTON, DC 20220 | oag@dc.gov | EMAIL |
| NORTHERN MARIANA ISLANDS ATTORNEY GENERAL | NORTHERN MARIANA ISLANDS ATTORNEY GENERAL | ATTN: EDWARD MANIBUSAN<br>CALLER BOX 10007<br>SAIPAN, MP 96950-8907 | | FIRST-CLASS MAIL |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | OFFICE OF THE ATTORNEY GENERAL OF GUAM | ATTN: DOUGLAS B. MOYLAN<br>ADMINISTRATION DIVISION<br>590 S MARINE CORPS DR STE 901<br>TAMUNING, GU 96913 | email@guamag.org;<br>ADMINISTRATION@OAGGUAM.ORG | EMAIL |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS<br>100 F STREET NE<br>WASHINGTON, DC 20549 | CHAIRMANOFFICE@SEC.GOV | EMAIL & FIRST-CLASS MAIL |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL<br>PO BOX 300152<br>MONTGOMERY, AL 36130-0152 | | FIRST-CLASS MAIL |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: TREG TAYLOR<br>1031 W 4TH AVE ATE 200<br>ANCHORAGE, AK 99501-1994 | attorney.general@alaska.gov | EMAIL |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | STATE OF AMERICAN SAMOA ATTORNEY GENERAL | DEPT OF LEGAL AFFAIRS<br>EXECUTIVE OFFICE BLDG 3RD FLOOR<br>PO BOX 7<br>UTULEI, AS | AG@LA.AS.GOV | EMAIL |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN FAINU'ULELEI FALEFATU ALA'ILIMAUTU<br>AMERICAN SAMOA GOVT EXEC OFC BLDG<br>UTULEI TERRITORY OF AMERICAN SAMOA<br>PAGO PAGO, AS 96799 | | FIRST-CLASS MAIL |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: KRIS MAYES<br>2005 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004-2926 | AGInfo@azag.gov | EMAIL |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: TIM GRIFFIN<br>323 CENTER ST STE 200<br>LITTLE ROCK, AR | | EMAIL |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN BANKRUPTCY NOTICES<br>455 GOLDEN GATE AVE STE 11000<br>SAN FRANCISCO, CA 94102-7004 | | FIRST-CLASS MAIL |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | 1300 "I" ST<br>SACRAMENTO, CA 95814-2919 | | FIRST-CLASS MAIL |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL BLDG<br>1300 BROADWAY 10TH FL<br>DENVER, CO 80203 | | EMAIL |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG<br>165 CAPITOL AVENUE<br>HARTFORD, CT 06106 | | EMAIL |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS<br>CARVEK STATE BUILDING<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 | | EMAIL |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY<br>PL 01 THE CAPTIOL<br>TALLAHASSEE, FL 32399-1050 | | FIRST-CLASS MAIL |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR<br>40 CAPITAL SQUARE SW<br>ATLANTA, GA 30334 | AGCARR@law.ga.gov | EMAIL |
| STATE OF HAWAII ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: ANN E LOPEZ<br>425 QUEEN ST<br>HONOLULU, HI 96813 | HAWAIIAG@HAWAII.GOV | EMAIL |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R LABRADOR<br>700 W JEFFERSON ST STE 210<br>PO BOX 83720<br>BOISE, ID 83720-0010 | AGLabrador@ag.idaho.gov | EMAIL |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL<br>100 W RANDOLPH ST<br>CHICAGO, IL 60601 | | EMAIL |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA<br>INDIANA GOVERNMENT CENTER<br>302 W WASHINGTON ST 5TH FLOOR<br>INDIANAPOLIS, IN 46204 | | EMAIL |
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BRENNA BIRD<br>HOOVER STATE OFFICE BUILDING<br>1305 WALNUT ST<br>DES MOINES, IA 50319 | webteam@ag.iowa.gov | EMAIL |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W KOBACH<br>120 SW 10TH AVE 2ND FLOOR<br>TOPEKA, KS 66612 | | FIRST-CLASS MAIL |

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON<br>700 CAPITOL AVE ATE 118<br>FRANKFORT, KY 40601-3449 | | FIRST CLASS MAIL |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY<br>PO BOX 94005<br>BATON ROUGE, LA 70804 | ConstituentServices@ag.louisiana.gov | EMAIL |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | 1885 N THIRD ST<br>BATON ROUGE, LA 70802 | ConstituentServices@ag.louisiana.gov | EMAIL |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333 | attorney.general@maine.gov | EMAIL |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: ATHONY G BROWN<br>200 ST PAUL PLACE<br>BALTIMORE, MD 21202 | oag@oag.state.md.us | EMAIL |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: ANDREA JOY CAMPBELL<br>1 ASHBURTON PLACE 20TH FLOOR<br>BOSTON, MA 02108-1518 | ago@state.ma.us | EMAIL |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL<br>G MENNEN WILLIAMS BLDG<br>525 W OTTAWA ST  PO BOX 30212<br>LANSING, MI 48909 | miag@michigan.gov | EMAIL & FIRST-CLASS MAIL |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON<br>445 MINNESOTA ST STE 1400<br>ST PAUL, MN 55101-2131 | ATTORNEY.GENERAL@AG.STATE.MN.US | EMAIL & FIRST-CLASS MAIL |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH<br>PO BOX 220<br>JACKSON, MS 39205 | | FIRST-CLASS MAIL |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ANDREW BAILEY<br>SUPREME CT BLDG 207 W HIGH ST<br>PO BOX 899<br>JEFFERSON CITY, MO 65102 | attorney.general@ago.mo.gov | EMAIL |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSON<br>JUSTICE BLDG<br>215 N SANDERS ST<br>HELENA, MT 59601 | | FIRST-CLASS MAIL |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: MIKE HILGERS<br>2115 STATE CAPITOL<br>PO BOX 98920<br>LINCOLN, NE 68509 | ago.info.help@nebraska.gov | EMAIL |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D FORD<br>100 N CARSON ST<br>CARSON, NV 89701 | AgInfo@ag.nv.gov | EMAIL |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M FORMELLA<br>NH DEPT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD, NH 03301 | ATTORNEYGENERAL@DOJ.NH.GOV | EMAIL & FIRST-CLASS MAIL |

Service List: WeWork Inc., *et al.*, Case No. 23-19865 (JKS)

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J PLATKIN<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET ST PO BOX 080<br>TRENTON, NJ 09625 | | FIRST-CLASS MAIL |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ<br>408 GALISTEO ST<br>VILLAGRA BLDG<br>SANTA FE, NM 87501 | | FIRST-CLASS MAIL |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY, NY 12224-0341 | | EMAIL |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN<br>9001 MAIL SERVICE CENTER<br>RALEIGH, NC 27699-9001 | | FIRST-CLASS MAIL |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN<br>PO BOX 629<br>RALEIGH, NC 27602-0629 | | FIRST-CLASS MAIL |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY<br>600 E BOULEVARD AVE DEPT 125<br>BISMARK, ND 58505 | ndag@nd.gov | EMAIL |
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST<br>30 E BROAD ST 14TH FLOOR<br>CLOUMBUS, OH 43215 | Trish.Lazich@OhioAttorneyGeneral.gov | EMAIL |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: DONNA HOPE<br>313 NE 21ST ST<br>OKLAHOMA CITY, OK 73105 | donna.hope@oag.ok.gov | EMAIL |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F ROSENBLUM<br>1162 COURT ST NE<br>SALEM, OR 97301-4096 | AttorneyGeneral@doj.state.or.us | EMAIL |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY<br>STRAWBERRY SQ, 16TH FLOOR<br>HARRISBURG, PA 17120 | consumers@attorneygeneral.gov | EMAIL |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F NERONHA<br>150 S MAIN ST<br>PROVIDENCE, RI 02903 | ag@riag.ri.gov | EMAIL |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON<br>PO BOX 11549<br>COLUMBIA, SC 29211-1549 | odcmail@sccourts.org | EMAIL |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON<br>REMBERT C DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST ROOM 519<br>COLUMBIA, SC 29201 | odcmail@sccourts.org | EMAIL |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK JACKLEY<br>1302 EAST HIGHWAY 14 STE 1<br>PIERRE, SD 57501-8501 | consumerhelp@state.sd.us | EMAIL |

Service List: WeWork Inc., *et al.*, Case No. 23-19865 (JKS)

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | tnattygen@ag.tn.gov | EMAIL |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 | complaints@oag.texas.gov | EMAIL & FIRST-CLASS MAIL |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON<br>300 W 15TH ST<br>AUSTIN, TX 78701 | complaints@oag.texas.gov | EMAIL |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D REYES<br>350 N STATE ST STE 230<br>SALT LAKE, UT 84114-2320 | uag@agutah.gov | EMAIL |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D REYES<br>PO BOX 142320<br>SALT LAKE, UT 84114-2320 | uag@agutah.gov | EMAIL |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: CHARITY R CLARK<br>109 STATE ST<br>MONTPELIER, VT 05609-1001 | ago.info@vermont.gov | EMAIL |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES<br>202 N NINTH ST<br>RICHMOND, VA 23219 | emailmailoag@oag.state.va.us | EMAIL & FIRST-CLASS MAIL |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON<br>1125 WASHINGTON ST SE<br>OLYMPIA, WA 98504-0100 | serviceatg@atg.wa.gov | EMAIL & FIRST-CLASS MAIL |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON<br>PO BOX 40100<br>OLYMPIA, WA 98504-0100 | serviceatg@atg.wa.gov | EMAIL |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY<br>STATE CAPITOL COMPLEX BLDG 1 ROOM E26<br>1900 KANAWHA BLVD E<br>CHARLESTON, WV 25305 | communications@wvago.gov | EMAIL |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL<br>WISCONSIN DEPARTMENT OF JUSTICE<br>17 PO BOX 7857<br>MADISON, WI 53703-7857 | | FIRST-CLASS MAIL |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL<br>109 STATE CAPITAL<br>200 W 24TH ST<br>CHEYENNE, WY 82002 | | FIRST-CLASS MAIL |
| UNITED STATES ATTORNEYS OFFICE – DISTRICT OF NEW JERSEY | UNITED STATES ATTORNEYS OFFICE – DISTRICT OF NEW JERSEY | 970 BROAD ST 806<br>NEWARK, NJ 07102 | | FIRST-CLASS MAIL |
| US VIRGIN ISLANDS ATTORNEY GENERAL | US VIRGIN ISLANDS ATTORNEY GENERAL | ATTN: ARIEL SMITH<br>3438 KRONDPRINDSENS GADE<br>GERS BUILDING 2ND FLOOR<br>ST THOMAS, VIRGIN ISLANDS 00802 | info@usvidoj.com | EMAIL |

Service List: WeWork Inc., *et al.*, Case No. 23-19865 (JKS)

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| US VIRGIN ISLANDS ATTORNEY GENERAL | US VIRGIN ISLANDS ATTORNEY GENERAL | ATTN: ARIEL SMITH<br>213 ESTATE LA REINE<br>6151  RR1<br>ST CROIX, ISLANDS 00850 | info@usvidoj.com | EMAIL |
| COUNSEL TO LANDLORDS AFFILIATED WITH BOSTON PROPERTIES, INC., BEACON CAPITAL PARTNERS LLC, COLUMBIA PROPERTY TRUST AND MANULIFE INVESTMENT MANAGEMENT (JOHN HANCOCK LIFE INSURANCE COMPANY) | GOULSTON & STORRS PC | ATTN: DOUGLAS B ROSNER<br>BRENDAN M GAGE<br>400 ATLANTIC AVENUE<br>BOSTON, MA 02110-3333 | drosner@goulstonstorrs.com<br>bgage@goulstonstorrs.com | EMAIL |
| COUNSEL TO LANDLORDS AFFILIATED WITH BOSTON PROPERTIES, INC., BEACON CAPITAL PARTNERS LLC, COLUMBIA PROPERTY TRUST AND MANULIFE INVESTMENT MANAGEMENT (JOHN HANCOCK LIFE INSURANCE COMPANY) | GENOVA BURNS LLC | ATTN: DANIEL M STOLZ<br>DONALD W CLARKE<br>110 ALLEN RD., SUITE 304<br>BASKING RIDGE, NJ 07920 | DStolz@genovaburns.com<br>DClarke@genovaburns.com | EMAIL |