| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| **COOLEY LLP**<br>Michael Klein (*pro hac vice* forthcoming)<br>Lauren A. Reichardt (*pro hac vice* forthcoming)<br>Evan M. Lazerowitz<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone:  (212) 479-6000<br>Facsimile:  (212) 479-6275<br>mklein@cooley.com<br>lreichardt@cooley.com<br>elazerowitz@cooley.com<br><br>*Counsel to Cupar Grimmond, LLC* |

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above-captioned chapter 11 cases on behalf of Cupar Grimmond, LLC.  Pursuant to Rules 2002 and 9019(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, Cupar Grimmond, LLC requests that all notices given or required to be given and all papers served in these chapter 11 cases be delivered to and served upon the parties identified below at the following addresses and further requests to be added to any Master Service List maintained in these cases:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork.  The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**Cooley LLP**
Michael Klein
Lauren A. Reichardt
55 Hudson Yards
New York, New York 10001
Email:  mklein@cooley.com
lreichardt@cooley.com
Telephone: (212) 479-6000

**PLEASE TAKE FURTHER NOTICE** that request is hereby made that all notices given or required to be given in this action, and all pleadings, motions, applications, discovery requests, and correspondence served or required to be served in this action, be given to and served upon the undersigned at the address provided below.

| | |
|---|---|
| Date: November 9, 2023 | **COOLEY LLP** |
| | |
| | */s/ Evan M. Lazerowitz* |
| | Michael Klein (*pro hac vice* forthcoming) |
| | Lauren A. Reichardt (*pro hac vice* forthcoming) |
| | Evan M. Lazerowitz |
| | 55 Hudson Yards |
| | New York, NY 10001 |
| | Telephone: (212) 479-6000 |
| | Email: mklein@cooley.com |
| |       lreichardt@cooley.com |
| |       elazerowitz@cooley.com |
| | |
| | *Counsel to Cupar Grimmond, LLC* |