**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**COOLEY LLP**
Michael Klein (*pro hac vice* forthcoming)
Lauren A. Reichardt (*pro hac vice* forthcoming)
Evan M. Lazerowitz
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Facsimile: (212) 479-6275
mklein@cooley.com
lreichardt@cooley.com
elazerowitz@cooley.com

*Counsel to Cupar Grimmond, LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al*., | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**CERTIFICATION OF MICHAEL KLEIN**
**IN SUPPORT OF ADMISSION FOR *PRO HAC VICE* ADMISSION**

I, Michael Klein, Esq., hereby certify as follows:

1. I am an attorney with the law firm of Cooley LLP, counsel to Cupar Grimmond, LLC. My office is located at 55 Hudson Yards, New York, New York 10001. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

2. I was admitted to practice law in the State of New York in 2005. I am admitted to practice before the following courts:

- *United States Court of Appeals for the Second Circuit*
- *United States District Court for the Northern District of New York*
- *United States District Court for the Eastern District of New York*
- *United States District Court for the Southern District of New York*
- *United States District Court for the District of Wisconsin*

3. I am a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 9, 2023

/s/ *Michael Klein*
Michael Klein
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Email: mklein@cooley.com

*Counsel to Cupar Grimmond, LLC*