**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

**COOLEY LLP**
Michael Klein (*pro hac vice* forthcoming)
Lauren A. Reichardt (*pro hac vice* forthcoming)
Evan M. Lazerowitz
55 Hudson Yards
New York, New York 10001
Telephone:  (212) 479-6000
Facsimile:  (212) 479-6275
mklein@cooley.com
lreichardt@cooley.com
elazerowitz@cooley.com

*Counsel to Cupar Grimmond, LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**APPLICATION FOR**
***PRO HAC VICE* ADMISSION OF LAUREN A. REICHARDT**

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission pro hac vice of Lauren A. Reichardt of the law firm of Cooley LLP, to represent Cupar Grimmond, LLC in the above-captioned chapter 11 cases.  In support of this application, counsel submits the attached Certification of Lauren A. Reichardt, Esq. and requests that the proposed form of order submitted herewith be entered.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork.  The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Dated: November 9, 2023

/s/ *Evan M. Lazerowitz*
Evan M. Lazerowitz
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000
Email: elazerowitz@cooley.com

*Counsel to Cupar Grimmond, LLC*