# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 103-105, 109** |

## <u>CERTIFICATE OF SERVICE</u>

I, DAVID RODRIGUEZ, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 9, 2023, I caused to be served the following:

    a.  "Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay and (V) Granting Related Relief," filed November 9, 2023 [Docket No. 103], (the "Cash Collateral Interim Order"),

    b.  "Order (I) Restating and Enforcing the Worldwide Automatic Stay, *IPSO FACTO* Protections, and Anti-Discrimination Provisions of the Bankruptcy Code, (II) Approving the Form and Manner of Notice, and (III) Granting Related Relief," filed November 9, 2023 [Docket No. 104], (the "Automatic Stay Order"),

    c.  "Interim Order (I) Authorizing the Debtors to (A) Continue Using the Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, and (C) Maintain Existing Debtor Bank Accounts, Business Forms, and Books and Records; (II) Authorizing the Debtors to Continue to Perform Intercompany Transactions; (III) Waiving Certain U.S. Trustee Requirements; and (IV) Granting Related Relief," filed November 9, 2023 [Docket No. 105], (the "Cash Management Interim Order"), and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

    d.  "Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered into Prepetition and Pay Related Prepetition Obligations and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage and (II) Granting Related Relief," filed November 9, 2023 [Docket No. 109], (the "Insurance Interim Order"),

by causing true and correct copies of the:

    i.  Cash Collateral Interim Order, Automatic Stay Order, Cash Management Interim Order and Insurance Interim Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

    ii.  Cash Collateral Interim Order, Automatic Stay Order, Cash Management Interim Order and Insurance Interim Order, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.  Cash Collateral Interim Order and Cash Management Interim Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv.  Insurance Interim Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>,

    v.  Cash Collateral Interim Order and Cash Management Interim Order, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>, and

    vi.  Insurance Interim Order, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit F</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ David Rodriguez*
David Rodriguez

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| 1460 LEASEHOLD SWIGHM LLC | C/O MERINGOFF PROPERTIES 30 WEST 26TH STREET 8TH FLOOR NEW YORK NY 10010-2011 |
| 2 NINTH AVENUE PARTNERS LLC | C/O WILLIAM GOTTLIEB MANAGEMENT CO LLC ATTN: MARK CALDEIRA 177 CHRISTOPHER STREET NEW YORK NY 10014 |
| 260261 MADISON AVENUE LLC | 261 MADISON AVENUE 27TH FLOOR NEW YORK NY 10016 |
| 400 CALIFORNIA LLC | C/O KENNEDYWILSON PROPERTIES LTD 151 S EL CAMINO DRIVE BEVERLY HILLS CA 90212 |
| 500512 SEVENTH AVENUE LP | C/O THE CHETRIT GROUP LLC 512 SEVENTH AVENUE 16TH FLOOR NEW YORK NY 10018 |
| 54 WEST 40TH REALTY LLC | C/O ALLIED PARTNERS INC 770 LEXINGTON AVENUE 9TH FLOOR NEW YORK NY 10065 |
| AKERMAN LLP | COUNSEL FOR PONTE GADEA BISCAYNE, LLC ATTN: MARK S. LICHTENSTEIN, ESQ 1251 AVENUE OF THE AMERICAS, 37TH FL NEW YORK NY 10020 |
| BALLARD SPAHR LLP | (COUNSEL TO PROMENADE GATEWAY, L.P., ET AL.) ATTN LESLIE C. HEILMAN, LAUREL D. ROGLEN, NICHOLAS J. BRANNICK, MARGARET A. VESPER) 919 N. MARKET ST, 11TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR LLP | COUNSEL FOR PROMENADE GATEWAY, L.P.; AMCO 120 WEST TRINITY LLC; COUSINS 725 PONCE LLC; ET AL ATTN:L. HEILMAN; L. ROGLEN; N. BRANNICK; M. VESPER 919 N. MARKET ST., 11TH FL WILMINGTON DE 19801 |
| BALLARD SPAHR LLP | (COUNSEL TO PROMENADE GATEWAY, L.P., ET AL.) ATTN BRIAN D. HUBEN, DUSTIN P. BRANCH, NAHAL ZARNIGHIAN 2029 CENTURY PARK EAST, STE 1400 LOS ANGELES CA 90067-2915 |
| BALLARD SPAHR LLP | COUNSEL FOR PROMENADE GATEWAY, L.P.; AMCO 120 WEST TRINITY LLC; COUSINS 725 PONCE LLC ET AL ATTN: B. HUBEN; D. BRANCH; N. ZARNIGHIAN 2029 CENTURY PARK EAST, STE 1400 LOS ANGELES CA 90067-2915 |
| BCSP DENVER PROPERTY LLC | C/O BROOKFIELD PROPERTY GROUP 250 VESEY STREET 15TH FLOOR NEW YORK NY 10281 |
| BEACON CAPITAL PARTNERS LLC | 200 STATE STREET 5TH FLOOR BOSTON MA 02109 |
| BELKIN BURDEN GOLDMAN, LLP | COUNSEL FOR CREDITOR APF 28 WEST 44 OWNER L.P. ATTN JAY B. SOLOMON, ESQ. 60 EAST 42ND ST, 16TH FL NEW YORK NY 10165 |
| BELKIN BURDEN GOLDMAN, LLP | COUNSEL FOR CREDITORS 1156 APF LLC AND 183 MADISON OWNER APF LLC ATTN: JAY B. SOLOMON, ESQ 60 EAST 42ND STREET, 16TH FL NEW YORK NY 10165 |
| BROADWAY CONTINENTAL CORP | 540 BROADWAY FLOOR 2 NEW YORK NY 10012 |
| BROOKFIELD PROPERTIES RETAIL INC., AS AGENT | ATTN : DRISTEN N. PATE 350 N. ORLEANS STREET, STE 300 CHICAGO IL 60654-1607 |
| CHARLES E. BOULBOL, P.C. | COUNSEL FOR RFR/K 77 SANDS OWNER LLC ATTN: CHARLES E. BOULBOL 26 BROADWAY, 17TH FL NEW YORK NY 10004 |
| CHIESA SHAHINIAN & GIANTOMASI PC | COUNSEL FOR WESTCHESTER FIRE INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY ATTN JONATHAN BONDY 105 EISENHOWER PARKWAY ROSELAND NJ 070068 |
| CHIESA SHAHINIAN & GIANTOMASI PC | (COUNSEL TO WESTCHESTER FIRE INSURANCE CO & FEDERAL INSURANCE CO) ATTN JONATHAN BONDY, ESQ & SCOTT A. ZUBER, ESQ 105 EISENHOWER PKWY ROSELAND NJ 07068 |
| CHIESA SHAHINIAN & GIANTOMASI PC | COUNSEL FOR WESTCHESTER FIRE INSURANCE COMPANY AND FEDERAL INSURANCE COMPANY ATTN: SCOTT A. ZUBER 105 EISENHOWER PARKWAY ROSELAND NJ 07068 |
| CIM GROUP | 540 MADISON AVENUE 8TH FLOOR NEW YORK NY 10022 |
| CIM GROUP | 4700 WILSHIRE BOULEVARD LOS ANGELES CA 90010 |
| COHEN BROTHERS REALTY CORPORATION | 750 LEXINGTON AVE UNIT 28 NEW YORK NY 10022 |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| COOLEY LLP | (COUNSEL TO CUPAR GRIMMOND, LLC) ATTN: M. KLEIN, L. REICHARDT, E. LAZEROWITZ 55 HUDSON YARDS NEW YORK NY 10001 |
| COOLEY LLP | ATTN LOGAN TIARI 355 S GRAND AVENUE SUITE 900 LOS ANGELES CA 90071 |
| CP 1875 K STREET LLC | C/O CARR PROPERTIES PARTNERSHIP LP THE HUB 1615 L ST NW SUITE 650 WASHINGTON DC 20036 |
| CTO21 ACQUISITIONS II LLC | 369 N NEW YORK AVE SUITE 201 WINTER PARK FL 32789 |
| CUSHMAN WAKEFIELD | 225 WEST WACKER STREET SUITE 3000 CHICAGO IL 60606 |
| DAVIS POLK & WARDWELL LLP | (CO-COUNSEL TO THE AD HOC GROUP) ATTN ELI J. VONNEGUT, ELLIOT MOSKOWITZ, NATASHA TSIOURIS, JONAH A. PEPPIATT, ESQS 450 LEXINGTON AVE NEW YORK NY 10017 |

| Claim Name | Address Information |
|---|---|
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN BRIAN L SCHWALB 400 6TH STREET NW WASHINGTON DC 20001 |
| DORSEY & WHITNEY LLP | (COUNSEL TO 729 WASHINGTON PROPERTY OWNER LLC) ATTN: COURINA YULISSA; SAMUEL S. KOHN 51 WEST 52ND STREET NEW YORK NY 10019-6119 |
| DORSEY & WHITNEY LLP | (COUNSEL TO 729 WASHINGTON PROPERTY OWNER LLC) ATTN: MONICA CLARK 50 SOUTH 6TH STREET, SUITE 1500 MINNEAPOLIS MN 55402 |
| GENOVA BURNS LLC | (COUNSEL TO LANDLORDS AFFILIATED WITH BOSTON PROPERTIES, INC, BEACON CAPITAL PARTNERS, ET AL.) ATTN DONALD W. CLARKE, ESQ. 110 ALLEN ROAD, SUITE 304 BASKING RIDGE NJ 07920 |
| GOULSTON & STORRS PC | (COUNSEL TO LANDLORDS AFFILIATED WITH BOSTON PROPERTIES, INC, BEACON CAPITAL PARTNERS, ET AL.) ATTN DOUGLAS B. ROSNER, BRENDAN M. GAGE, ESQS 400 ATLANTIC AVE BOSTON MA 02110-3333 |
| GREENBERG TRAURIG LLP | (CO-COUNSEL TO THE AD HOC GROUP) ATTN ALAN J BRODY 500 CAMPUS DR FLORHAM PARK NJ 07932 |
| HALPERIN BATTAGLIA BENZIJA, LLP | COUNSEL FOR ESOPUS CREEK VALUE SERIES FUND LP- SERIES "A" ATTN: WALTER BENZIJA, ESQ; ALAN D. HALPERIN, ESQ 40 WALL STREET, 37TH FLOOR NEW YORK NY 10005 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| JAMESTOWN LP | PONCE CITY MARKET 675 PONCE DE LEON AVENUE NE 7TH FLOOR ATLANTA GA 30308 |
| JOHN HANCOCK LIFE INSURANCE COMPANY USA | 197 CLARENDON STREET C0105 BOSTON MA 02116 |
| KELLEY DRYE & WARREN LLP | (COUNSEL FOR U.S. BANK TRUST CO, NA, AS INDENTURE TRUSTEE & COLLATERAL AGENT) ATTN JAMES S. CARR, KRISTIN S. ELLIOTT, PHILIP A. WEINTRAUB, ESQS ONE JEFFERSON RD PARSIPPANY NJ 07054 |
| KELLEY DRYE & WARREN LLP | (COUNSEL FOR U.S. BANK TRUST CO, NA, AS INDENTURE TRUSTEE & COLLATERAL AGENT) ATTN JAMES S. CARR, KRISTIN S. ELLIOTT, PHILIP A. WEINTRAUB, ESQS 3 WORLD TRADE CTR; 175 GREENWICH ST NEW YORK NY 10007 |
| KELLEY DRYE & WARREN LLP | COUNSEL FOR NUVEEN REAL ESTATE, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA ET AL ATTN: R. LEHANE; J. RAVIELE; C. CHOE 3 WORLD TRADE CENTER 175 GREENWICH STREET NEW YORK NY 10007 |
| KUDMAN TRACHTEN ALOE POSNER LLP | (COUNSEL TO WALTER & SAMUELS, INC., ET AL.) ATTN PAUL H. ALOE 488 MADISON AVENUE, 23RD FL NEW YORK NY 10022 |
| KUDMAN TRACHTEN ALOE POSNER LLP | COUNSEL FOR WALTER & SAMUELS, INC., WALBER 419 COMPANY LLC, 419 PARK AVE. S. ASSOCIATES LLC ET AL 488 MADISON AVE, 23RD FL NEW YORK NY 10022 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | COUNSEL TO CITY OF RICHARDSON, TARRANT COUNTY, IRVING ISD, DALLAS COUNTY ATTN JOHN KENDRICK TURNER 2777 N. STEMMONS FREEWAY, STE 1000 DALLAS TX 75207 |
| MAYORE ESTATES LLC | 100 HENRY STREET BROOKLYN NY 11201 |
| MCDERMOTT WILL & EMERY LLP | COUNSEL FOR GIRALDA PB,LLC AND GIRALDA COMPLEX LLC ATTN: MARIS J. KANDESTIN 1000 N. WEST STREET, STE 1400 WILMINGTON DE 19801 |
| MCDERMOTT WILL & EMERY LLP | COUNSEL FOR GIRALDA PB,LLC AND GIRALDA COMPLEX LLC ATTN: CHARLES R. GIBBS; MICHAEL D. WOMBACHER 2501 NORTH HARWOOD STREET, STE 1900 DALLAS TX 75201 |
| MORI TRUST CO LTD | 1056903 KAMIYACHO TRUST TOWER 411 TORANOMON MINATOKU TOKYO JAPAN |
| MOZAIC PARTNERS LLC | LAKESIDE CENTER SUITE 10 3033 EXCELSIOR BOULEVARD MINNEAPOLIS MN 55416 |
| NORTHERN MARIANA ISLANDS AG | ATTN EDWARD MANIBUSAN CALLER BOX 10007 SAIPAN MP 96950-8907 |
| NUVEEN REAL ESTATE TIAA | 730 THIRD AVENUE NEW YORK NY 10017 |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | ATTN DOUGLAS B MOYLAN ADMINISTRATION DIVISION 590 S MARINE CORPS DR STE 901 TAMUNING GU 96913 |
| OFFICE OF THE US TRUSTEE | ATTN FRAN B STEELE, ESQ & PETER J D'AURIA, ESQ ONE NEWARK CENTER STE 2100 |
| OFFIT KURMAN, P.A. | COUNESL FOR SIMON PROPERTY GROUP, INC. ATTN PAUL J. WINTERHALTER, ESQ 100 EAGLE ROCK AVE, STE 105 EAST HANOVER NJ 07936 |
| ONNI GROUP | 200 N LASALLE STREET UNIT 750 CHICAGO IL 60601 |
| REED SMITH LLP | (COUNSEL TO TIKTOK U.S. DATA SECURITY INC.) ATTN: ALISSA K. PICCIONE 599 LEXINGTON AVE NEW YORK NY 10022 |
| REED SMITH LLP | (COUNSEL TO TIKTOK U.S. DATA SECURITY INC.) ATTN: MARSHA A. HOUSTON 1901 |

| Claim Name | Address Information |
|---|---|
| REED SMITH LLP | AVENUE OF THE STARS #700 LOS ANGELES CA 90067 |
| RFRK 77 SANDS OWNER LLC | C/O RFR REALTY LLC 375 PARK AVENUE 10TH FLOOR NEW YORK NY 10152 |
| RFRK 81 PROSPECT OWNER LLC | C/O RFR REALTY LLC 375 PARK AVENUE 10TH FLOOR NEW YORK NY 10152 |
| RIKER DANZIG LLP | COUNSEL FOR ABM INDUSTRY GROUPS, LLC ATTN: J. SCHWARTZ; T. SCHELLHORN; G. TOMA HEADQUARTERS PLAZA, ONE SPEEDWELL AVE MORRISTOWN NJ 07962-1981 |
| RIVKIN RADLER LLP | (COUNSEL TO 490 LOWER UNIT LP AKA 490 LOWER LEVEL) ATTN: ANA PARIKH 25 MAIN STREET COURT PLAZA NORTH - SUITE 501 HACKENSACK NJ 07601-7082 |
| RUBIN LLC | (COUNSEL TO MC 71 FIFTH AVENUE REALTY LLC) ATTN: PAUL A. RUBIN 11 BROADWAY, SUITE 715 NEW YORK NY 10004 |
| SECURITIES AND EXCHANGE COMMISSION | SEC HEADQUARTERS 100 F STREET NE WASHINGTON DC 20549 |
| SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A | COUNSEL FOR KATO INTERNATIONAL LLC ATTN: ROSS J. SWITKES 308 HARPER DRIVE, STE 200 MOORESTOWN NJ 08057 |
| SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A. | COUNSEL FOR KATO INTERNATIONAL LLC ATTN ARTHUR J. ABRAMOWITZ 308 HARPER DRIVE, STE 200 MOORESTOWN NJ 08057 |
| SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, PA | (COUNSEL TO KATO INTERNATIONAL LLC) ATTN ARTHUR J ABRAMOWITZ,ESQ & ROSS J SWITKES,ESQ 308 HARPER DRIVE, SUITE 200 MOORESTOWN NJ 08057 |
| SIMON PROPERTY GROUP, INC | ATTN: RONALD M. TUCKER, ESQ 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204 |
| SIRLIN LESSER & BENSON, P.C. | (COUNSEL TO BDN 1900 MARKET OWNER LLC) ATTN DANA S. PLON, ESQ 123 SOUTH BROAD STREET, STE 2100 PHILADELPHIA PA 19109 |
| SSL LAW FIRM LLP | COUNSEL FOR 600 B STREET SAN DIEGO OWNER, LLC A DELAWARE LIMITED LIABILITY COMPANY, ET AL ATTN: IVO KELLER, ESQ 505 MONTGOMERY STREET, STE 620 SAN FRANCISCO CA 94111 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN TREG TAYLOR 1031 W 4TH AVE STE 200 ANCHORAGE AK 99501-1994 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | DEPT OF LEGAL AFFAIRS EXECUTIVE OFFICE BLDG 3RD FLR PO BOX 7 UTULEI AS 96799 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN FAINU'ULELEI FALEFATU ALA'ILIMAUTU AMERICAN SAMOA GOVT EXEC OFC BLDG UTULEI TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN KRIS MAYES 2005 NORTH CENTRAL AVENUE PHOENIX AZ 85004-2926 |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN TIM GRIFFIN 323 CENTER ST STE 200 LITTLE ROCK AR 72201-2610 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | CONSUMER PROTECTION SECTION ATTN BANKRUPTCY NOTICES 455 GOLDEN GATE AVE STE 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN PHIL WEISER RALPH L CARR COLORADO JUDICIAL BLDG 1300 BROADWAY 10TH FL DENVER CO 80203 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN WILLIAM TONG 165 CAPITOL AVENUE HARTFORD CT 06106 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN KATHY JENNINGS CARVEL STATE BUILDING 820 N FRENCH ST WILMINGTON DE 19801 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN CHRIS CARR 40 CAPITOL SQUARE SW ATLANTA GA 30334 |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN ANN E LOPEZ 425 QUEEN ST HONOLULU HI 96813 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN RAUL R LABRADOR 700 W JEFFERSON ST STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN BRENNA BIRD HOOVER STATE OFFICE BUILDING 1305 E WALNUT ST DES MOINES IA 50319 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN KRIS W KOBACH 120 SW 10TH AVE 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN DANIEL CAMERON 700 CAPITOL AVE STE 118 FRANKFORT KY 40601-3449 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY 1885 N THIRD ST BATON ROUGE LA 70802 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY PO BOX 94005 BATON ROUGE LA 70804 |
| STATE OF MAINE ATTORNEY GENERAL | ATTN AARON FREY 6 STATE HOUSE STATION AUGUSTA ME 04333 |

| Claim Name | Address Information |
|---|---|
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN ATHONY G BROWN 200 ST PAUL PLACE BALTIMORE MD 21202 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN ANDREA JOY CAMPBELL 1 ASHBURTON PLACE 20TH FL BOSTON MA 02108-1518 |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN DANA NESSEL G MENNEN WILLIAMS BLDG 525 W OTTAWA ST PO BOX 30212 LANSING MI 48909 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST STE 1400 ST PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN ANDREW BAILEY SUPREME CT BLDG 207 W HIGH ST PO BOX 899 JEFFERSON CITY MO 65102 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN MIKE HILGERS 2115 STATE CAPITOL PO BOX 98920 LINCOLN NE 68509 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN AARON D FORD 100 N CARSON ST CARSON CITY NV 89701 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN JOHN M FORMELLA NH DEPT OF JUSTICE 33 CAPITOL ST CONCORD NH 03301 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN MATTHEW J PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN LETITIA A JAMES DEPT OF LAW THE CAPITOL 2ND FL ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN DREW WRIGLEY 600 E BOULEVARD AVE DEPT 125 BISMARCK ND 58505 |
| STATE OF OHIO ATTORNEY GENERAL | ATTN DAVE YOST 30 E BROAD ST 14TH FL COLUMBUS OH 43215 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN DONNA HOPE 313 NE 21ST ST OKLAHOMA CITY OK 73105 |
| STATE OF OREGON ATTORNEY GENERAL | ATTN ELLEN F ROSENBLUM 1162 COURT ST NE SALEM OR 97301-4096 |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN MICHELLE HENRY STRAWBERRY SQ 16TH FLR HARRISBURG PA 17120 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN PETER F NERONHA 150 S MAIN ST PROVIDENCE RI 02903 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN ALAN WILSON REMBERT C DENNIS OFFICE BLDG 1000 ASSEMBLY ST ROOM 519 COLUMBIA SC 29201 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN ALAN WILSON PO BOX 11549 COLUMBIA SC 29211-1549 |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN MARK JACKLEY 1302 EAST HIGHWAY 14 STE 1 PIERRE SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN JONATHAN SKRMETTI PO BOX 20207 NASHVILLE TN 37202-0207 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN SEAN D REYES 350 N STATE ST STE 230 SALT LAKE CITY UT 84114-2320 |
| STATE OF UTAH ATTORNEY GENERAL | ATTN SEAN D REYES PO BOX 142320 SALT LAKE CITY UT 84114-2320 |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN CHARITY R CLARK 109 STATE ST MONTPELIER VT 05609-1001 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN BOB FERGUSON 1125 WASHINGTON ST SE OLYMPIA WA 98504-0100 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN BOB FERGUSON PO BOX 40100 OLYMPIA WA 98504-0100 |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN PATRICK MORRISEY STATE CAPITOL COMPLEX BLDG 1 ROOM E26 1900 KANAWHA BLVD E CHARLESTON WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN BRIDGET HILL 109 STATE CAPITAL 200 W 24TH ST CHEYENNE WY 82002 |
| THE ALTER GROUP | 3201 OLD GLENVIEW ROAD UNIT 302 WILMETTE IL 60091 |
| THE PLATFORM LLC | 2937 E GRAND BLVD DETROIT MI 48202 |
| U.S. BANK GLOBAL CORPORATE TRUST AND CUSTODY | ATTN: JUSTIN L. SHEARER, VP DEFAULT SERVICES 100 WALL STREET, STE 600 NEW YORK NY 10005 |
| UNITARIAN UNIVERSALIST ASSOCIATION | 24 FARNSWORTH STREET BOSTON MA 02210 |
| UNITED STATES ATTORNEYS OFFICE | DISTRICT OF NEW JERSEY 970 BROAD ST 806 NEWARK NJ 07102 |

WEWORK INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| US BANK TRUST COMPANY NA | ATTN CHRISTOPHER J GRELL 100 WALL STREET 6TH FLOOR NEW YORK NY 10005 |
| US VIRGIN ISLANDS ATTORNEY GENERAL | ATTN ARIEL SMITH 3438 KRONDPRINDSENS GADE GERS BUILDING2ND FLOOR ST THOMAS VI 00802 |
| US VIRGIN ISLANDS ATTORNEY GENERAL | ATTN ARIEL SMITH 213 ESTATE LA REINE 6151 RR1 ST CROIX VI 00850 |
| WALTER SAMUELS INC | 419 PARK AVE S NEW YORK NY 10016 |
| WEIL GOTSHAL MANGES LLP | ATTN KEVIN BOSTEL 767 5TH AVE NEW YORK NY 10153 |
| WESTERMAN BALL EDERER MILLER ZUCKER SHARFSTEIN,LLP | (COUNSEL TO 54 WEST 40TH REALTY LLC) ATTN THOMAS A. DRAGHI, WILLIAM C. HEUER, ALEXANDRA TROIANO, ESQS 1201 RXR PLAZA UNIONDALE NY 11556 |
| WESTFIELD FULTON CENTER LLC | 185 GREENWICH STREET MANAGEMENT OFFICE OCULUS LEVEL C2 NEW YORK NY 10007 |
| WOLLMUTH MAHER & DEUTSCH LLP | (COUNSEL TO THE SOFTBANK PARTIES) ATTN PAUL R DEFILIPPO,ESQ & JAMES N LAWLER,ESQ 90 WASHINGTON VALLEY ROAD BEDMINSTER NJ 07921 |
| WOLLMUTH MAHER DEUTSCH LLP | (COUNSEL TO THE SOFTBANK PARTIES) ATTN PAUL DEFILIPPO, JAMES N LAWLOR, STEVEN S FITZGERALD, JOSEPH F PACELLI, ESQS 500 5TH AVENUE NEW YORK NY 10110 |

**Total Creditor count  146**

# EXHIBIT B

| WeWork Inc. Core/Top 30/NOA Electronic Service List | |
|---|---|
| **Name** | **Email** |
| 1460 LEASEHOLD SWIGHM LLC | jdvacker@merprop.com |
| 2 NINTH AVENUE PARTNERS LLC | ACCOUNTSRECEIVABLE@WMGOTTLIEB.COM |
| 260261 MADISON AVENUE LLC | omer.kachlon@sapircorp.com |
| 400 CALIFORNIA LLC | kmouton@kennedywilson.com |
| 500512 SEVENTH AVENUE LP | ALICE.CHEN@CUSHWAKE.COM |
| 54 WEST 40TH REALTY LLC | eric@alliedpartners.com |
| AKERMAN LLP | mark.lichtenstein@akerman.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com<br>roglenl@ballardspahr.com<br>brannickn@ballardspahr.com<br>vesperm@ballardspahr.com |
| BALLARD SPAHR LLP | hubenb@ballardspahr.com<br>branchd@ballardspahr.com<br>zarnighiann@ballardspahr.com |
| BCSP DENVER PROPERTY LLC | JULIE.BOWDEN@BPRETAIL.COM |
| BEACON CAPITAL PARTNERS LLC | khoffman@beaconcapital.com |
| BELKIN BURDEN GOLDMAN, LLP | Jsolomon@bbgllp.com |
| BROADWAY CONTINENTAL CORP | adam@currentreadvisors.com |
| BROOKFIELD PROPERTIES RETAIL INC., AS AGENT | bk@bpretail.com |
| Charles E. Boulbol, P.C. | rtrack@msn.com |
| Chiesa Shahinian & Giantomasi PC | jbondy@csglaw.com |
| Chiesa Shahinian & Giantomasi PC | szuber@csglaw.com |
| CIM GROUP | jtao@cimgroup.com |
| COHEN BROTHERS REALTY CORPORATION | mhorowitz@cohenbrothers.com |
| COOLEY LLP | ltiari@cooley.com |
| COOLEY LLP | mklein@cooley.com; lreichardt@cooley.com;<br>elazerowitz@cooley.com |
| CP 1875 K STREET LLC | jprentice@carrprop.com |
| CTO21 ACQUISITIONS II LLC | dsmith@ctoreit.com |
| CUSHMAN  WAKEFIELD | noelle.perkins@cushwake.com |
| DAVIS POLK  WARDWELL LLP | eli.vonnegut@davispolk.com |
| DAVIS POLK & WARDWELL LLP | ELI.VONNEGUT@DAVISPOLK.COM;<br>ELLIOT.MOSKOWITZ@DAVISPOLK.COM;<br>NATASHA.TSIOURIS@DAVISPOLK.COM;<br>JONAH.PEPPIATT@DAVISPOLK.COM |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DORSEY & WHITNEY LLP | kohn.sam@dorsey.com;<br>yulisa.courina@dorsey.com;<br>clark.monica@dorsey.com |

| GENOVA BURNS LLC | dstolz@genovaburns.com; DClarke@genovaburns.com |
|---|---|
| GOULSTON & STORRS PC | bgage@goulstonstorrs.com; drosner@goulstonstorrs.com |
| GREENBERG TRAURIG LLP | BRODYA@GTLAW.COM |
| HALPERIN BATTAGLIA BENZIJA, LLP | wbenzija@halperinlaw.net ahalperin@halperinlaw.net |
| JAMESTOWN LP | amurray@jamestownLP.com |
| JOHN HANCOCK LIFE INSURANCE COMPANY USA | tsamoluk@jhancock.com |
| KELLEY DRYE & WARREN LLP | JCARR@KELLEYDRYE.COM; KELLIOTT@KELLEYDRYE.COM; PWEINTRAUB@KELLEYDRYE.COM |
| KELLEY DRYE & WARREN LLP | rlehane@kelleydrye.com; jraviele@kelleydrye.com cchoe@kelleydrye.com kdwbankruptcydepartment@kelleydrye.com |
| KUDMAN TRACHTEN ALOE POSNER LLP | paloe@kudmanlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MAYORE ESTATES LLC | bstern@ngkf.com |
| MCDERMOTT WILL & EMERY LLP | mkandestin@mwe.com |
| MCDERMOTT WILL & EMERY LLP | crgibbs@mwe.com; mwombacher@mwe.com |
| MORI TRUST CO LTD | tanaka-yo@mori-trust.co.jp |
| MOZAIC PARTNERS LLC | Jackie@Ackerberg.com |
| NUVEEN REAL ESTATE  TIAA | chad.phillips@nuveen.com |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | email@guamag.org; ADMINISTRATION@OAGGUAM.ORG |
| OFFICE OF THE US TRUSTEE | Peter.J.D'Auria@usdoj.gov; fran.B.Steele@usdoj.gov |
| OFFIT KURMAN, P.A. | pwinterhalter@offitkurman.com |
| ONNI GROUP | gregwilks@onni.com |
| REED SMITH LLP | apiccione@reedsmith.com; mhouston@reedsmith.com |
| RFRK 77 SANDS OWNER LLC | jreifler@rfr.com |
| RFRK 81 PROSPECT OWNER LLC | jreifler@rfr.com |
| RIKER DANZIG LLP | jschwartz@riker.com tschellhorn@riker.com gtoma@riker.com |
| RIVKIN RADLER LLP | ana.parikh@rivkin.com |
| RUBIN LLC | prubin@rubinlawllc.com |
| SECURITIES AND EXCHANGE COMMISSION | CHAIRMANOFFICE@SEC.GOV |
| Sherman, Silverstein, Kohl, Rose & Podolsky, P.A | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com |
| SIMON PROPERTY GROUP, INC. | rtucker@simon.com |

| | |
|---|---|
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| SSL LAW FIRM LLP | ivo@ssllawfirm.com |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | AG@LA.AS.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | AGInfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | Attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | AGCARR@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | AGLabrador@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ConstituentServices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | AgInfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW YORK ATTORNEY GENERAL | NYAG.Pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | Trish.Lazich@OhioAttorneyGeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | AttorneyGeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | tnattygen@ag.tn.gov |
| STATE OF TEXAS ATTORNEY GENERAL | complaints@oag.texas.gov |
| STATE OF UTAH ATTORNEY GENERAL | uag@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | emailmailoag@oag.state.va.us |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| THE ALTER GROUP | michael@altergroup.com |
| THE PLATFORM LLC | clewis@theplatform.city |

| | |
|---|---|
| U.S. BANK GLOBAL CORPORATE TRUST AND CUSTODY | justin.shearer@usbank.com |
| UNITARIAN UNIVERSALIST ASSOCIATION | amcgeorge@uua.org |
| US BANK TRUST COMPANY NA | christopher.grell@usbank.com |
| US VIRGIN ISLANDS ATTORNEY GENERAL | info@usvidoj.com |
| WALTER  SAMUELS INC | pweiss@walter-samuels.com |
| WEIL GOTSHAL MANGES LLP | kevin.bostel@weil.com |
| WESTERMAN BALL EDERER MILLER ZUCKER & SHARFSTEIN, LLP | tdraghi@westermanllp.com; wheuer@westermanllp.com; atroiano@westermanllp.com |
| WESTFIELD FULTON CENTER LLC | aline.taireh@urw.com |
| WeWork Inc. | legal@wework.com |
| WOLLMUTH MAHER DEUTSCH LLP | pdefilippo@wmd-law.com; jlawlor@wmd-law.com; jpacelli@wmd-law.com sfitzgerald@wmd-law.com; |

**EXHIBIT C**

WEWORK INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| JP MORGAN CHASE BANK | ATTN: WENDY S. WALKER 277 PARK AVE NEW YORK NY 10172 |

**Total Creditor count  1**

**EXHIBIT D**

| Claim Name | Address Information |
|---|---|
| 1389 PEACHTREE STREET LP | PARKSIDE PARTNERS 1776 PEACHTREE STREET NW SUITE 200S ATLANTA GA 30309 |
| 1711 RHODE ISLAND OWNER LLC | THE JOHN AKRIDGE MANAGEMENT COMPANY 601 THIRTEENTH ST NW STE 300 NORTH WASHINGTON DC 20005 |
| 575 LEX PROPERTY OWNER LLC | ATTN ANGELO GORDON CO LP 245 PARK AVENUE 24TH FLOOR NEW YORK NY 10167 |
| 601 METROPOLITAN SQUARE LLC | 211 NORTH BROADWAY STE 1290 NEW YORK NY 10001 |
| 729 WASHINGTON PROPERTY OWNER LLC | 651 NICOLLET MALL SUITE 450 MINNEAPOLIS MN 55402 |
| 881 PEACHTREE STREET LLC | 309 EAST PACES FERRY ROAD NE SUITE 1200 ATLANTA GA 30305 |
| AAT LLOYD DISTRICT LLC | CO AMERICAN ASSETS TRUST MANAGEMENT LLC 11455 EL CAMINO REAL STE 200 SAN DIEGO CA 92130 |
| AB METRO PROPERTIES LTD | STATION SQUARE 4670 ASSEMBLY LP 550 BURRARD ST STE 300 VANCOUVER BC V6C 2B5 CANADA |
| AGEREP EAST KENNEDY OWNER LLC | ATTN PGPKY FAIRWAY N LLC 800 N MAGNOLIA AVENUE SUITE 1625 ORLANDO FL 32803 |
| AIG PROPERTY CASUALTY COMPANY | 1271 AVENUE OF THE AMERICAS FLOOR 37 NEW YORK NY 10020-1304 |
| AIG SPECIALTY INSURANCE COMPANY | 1271 AVENUE OF THE AMERICAS FLOOR 37 NEW YORK NY 10020-1304 |
| ALLIANZ GLOBAL US RISK INS CO | 225 W WASHINGTON STREET STE 1800 CHICAGO IL 60606 |
| AMERICAN BANKERS INS CO OF FLORIDA | 11222 QUAIL ROOST DRIVE MIAMI FL 33157-6596 |
| ARCH SPECIALTY INSURANCE CO | 2345 GRAND BLVD SUITE 900 KANSAS CITY MO 64108 |
| ARGO | 225 WEST WASHINGTON ST 24TH FLOOR CHICAGO IL 60606 |
| ARGONAUT INSURANCE CO | 10101 REUNION PL STE 500 SAN ANTONIO TX 78216 |
| ASPEN | ATTN KEVIN GILLEN 175 CAPITAL BLVD ROCKY HILL CT 06067 |
| BCSP CIRCA PROPERTY LLC | CO BEACON CAPITAL PARTNERS LLC ATTN GENERAL COUNSEL 200 STATE ST 5TH FLOOR BOSTON MA 02109 |
| BEAZLEY INSURANCE CO | 30 BATTERSON PARK ROAD FARMINGTON CT 06032 |
| BERKLEY INSURANCE COMPANY | 757 THIRD AVENUE 10TH FLOOR NEW YORK NY 10017 |
| CANOPIUS INSURANCE SERVICES | 200 SOUTH WACKER DRIVE STE 950 CHICAGO IL 60606 UNITED KINGDOM |
| CAPITOL VIEW | 720 EAST WISCONSIN AVE N16WC MILWAUKEE WI 53202 |
| CHUBB | 436 WALNUT ST WA10A PHILADELPHIA PA 19106 |
| CONTINENTAL CASUALTY CO | 125 BROAD STREET 8TH FLOOR NEW YORK NY 10004 |
| CONTINENTAL INSURANCE COMPANY | 151 N FRANKLIN STREET CHICAGO IL 60606 |
| CRPMI WEST LOOP OWNER LLC | 176 NORTH RACINE AVE STE 200 ATTN ANGELA WOOLFOLK CHICAGO IL 60607 |
| ENDURANCE AMERICAN INSURANCE COMPANY | 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| ENDURANCE ASSURANCE CORP | 1221 AVENUE OF THE AMERICAS NEW YORK NY 10020-1304 |
| FEDERAL INSURANCE COCHUBB | 202B HALLS MILL ROAD WHITEHOUSE STATION NJ 08889 |
| GIRALDA PB LLC | ATTN CHRISTOPHER BROWN ESQ 2222 PONCE DE LEON BLVD CORAL GABLES FL 33134 |
| GREENWICH INSURANCE COMPANY | 87 GREENWICH AVENUE PO BOX 1675 GREENWICH CT 06830 |
| GW PROPERTY SERVICES LLC | ATTN EVERWEST ADVISORS LLC 1099 18TH STREET SUITE 2900 DENVER CO 80202 |
| HISCOX INSURANCE CO | 520 MADISON AVENUE 32ND FLOOR NEW YORK NY 10022 |
| ILLINOIS UNION INSURANCE CO | 303 W ERIE ST STE 310 CHICAGO IL 60654 |
| KBSIII LEGACY TOWN CENTER LLC | 7160 DALLAS PARKWAY STE 125 PLANO TX 75024 |
| MA100 SUMMER STREET OWNER LLC | EQ OFFICE 100 SUMMER ST 9TH FLOOR BOSTON MA 02110 |
| MADISON CENTRE LLC | ATTN ASSET MANAGER MADISON CENTRE FOUR EMBARCADERO CENTER LOBBY LEVEL STE ONE SAN FRANCISCO CA 94111-5994 |
| MIKOMA ELECTRIC LLC | 174 TARGEE ST STATEN ISLAND NY 10304 |
| NATIONAL CASUALTY CO | 18700 NORTH HAYDEN ROAD STE 150 SCOTTSDALE AZ 85255 |
| NATIONAL UNION FIRE INS COAIG | 1271 AVENUE OF THE AMERICAS FLOOR 37 NEW YORK NY 10020-1304 |
| NATIONWIDE | ATTN CLAIMS DEPARTMENT 7 WORLD TRADE CENTER 37TH FLOOR NEW YORK NY 10007-0033 |
| PHILADELPHIA | ATTN PHILADELPHIA INDEMNITY INSURANCE CO ONE BALA PLAZA BALA CYNWYD PA 19004 |
| QBE INSURANCE CO | 55 WATER STREET NEW YORK NY 10041 |
| RED DEVELOPMENT | ONE EAST WASHINGTON ST STE 300 ATTN VICE PRESIDENT DEVELOPMENT PHOENIX AZ 85004 |

| Claim Name | Address Information |
|---|---|
| RLI INSURANCE CO | 9025 N LINDBERGH DR PEORIA IL 61615 |
| ROYAL SUN ALLIANCE INSURANCE | COMPANY OF CANADA 700 UNIVERSITY AVE STE 1500A TORONTO ON M5G 0A1 CANADA |
| RSUI INDEMNITY CO | 945 EAST PACES FERRY ROAD NE STE 1800 ATLANTA GA 30326 |
| SOMPO AMERICA INSURANCE COMPANY | ATTN LEGAL DEPARTMENT 1221 AVENUE OF THE AMERICAS NEW YORK NY 10022 |
| SUNSET NORTH LLC | 151 S EL CAMINO DRIVE BEVERLY HILLS CA 90212 |
| TC 4TH MADISON LLC | 6029 S FORT APACHE RD SUITE 100 LAS VEGAS NV 89148 |
| TOKIO MARINE HCC | 801 SOUTH FIGUEROA ST STE 700 LOS ANGELES CA 90017 |
| TSSP LLC | 6029 S FORT APACHE RD SUITE 100 LAS VEGAS NV 89148 |
| UNDERWRITERS AT LLOYDS | ONE LIME STREET LONDON EC3M 7HA UNITED KINGDOM |
| US SPECIALTY INSURANCE CO | CO TOKIO MARINE HCC DO GROUP 8 FOREST PARK DRIVE FARMINGTON CT 06032 |
| VGB 990 AOA LLC | 292 MADISON AVE 7TH FLOOR NEW YORK NY 10011 |
| WASSERSTEIN ENTERPRISES LLC | 200 PARK AVENUE SOUTH 10TH FLOOR NEW YORK NY 10003 |
| WESTCHESTER FIRE INS CO | 436 WALNUT STREET PHILADELPHIA PA 19106 |
| XL SPECIALTY INSURANCE COMPANY | 100 CONSTITUTION PLAZA 17TH FLOOR HARTFORD CT 06103 |
| ZURICH AMERICAN INSURANCE CO | 1299 ZURICH WAY SCHAUMBURG IL 60196 |

**Total Creditor count  59**

**EXHIBIT E**

| WeWork Inc.<br>CM Bank Electronic Service List | |
|---|---|
| **Name** | **Email** |
| JP MORGAN CHASE BANK | kirill.kondrashin@jpmorgan.com |
| JP MORGAN CHASE BANK | pablo.m.pinedo@jpmorgan.com |
| JP MORGAN CHASE BANK | Robbin.D.Schulsohn@chase.com |
| JP MORGAN CHASE BANK | Timothy.hoffmann@jpmchase.com |
| JP MORGAN CHASE BANK | wendy.s.walker@jpmchase.com |
| JP MORGAN CHASE BANK | douglas.a.kravitz@jpmorgan.com |
| JP MORGAN CHASE BANK | adam.x.smith@jpmorgan.com |
| JP MORGAN CHASE BANK | lance.buxkemper@jpmorgan.com |

**EXHIBIT F**

| WeWork Inc. | |
| --- | --- |
| **Insurance Electronic Service List** | |
| **Name** | **Email** |
| 1389 PEACHTREE STREET LP | CLAYTON@SIMPSONORG.COM; CB@PARKSIDEPARTNERS.COM |
| 1711 RHODE ISLAND OWNER LLC | mrobertson@akridge.com; ACLEMENTS@LPC.COM |
| 575 LEX PROPERTY OWNER LLC | AGClientRelations@angelogordon.com |
| 601 METROPOLITAN SQUARE LLC | LARRY.HUNKINS@AM.JIL.COM |
| 881 PEACHTREE STREET LLC | mhowell@lpc.com |
| AAT LLOYD DISTRICT LLC | info@americanassets.com |
| AIG PROPERTY CASUALTY COMPANY | Kevin.Larner@aig.com |
| AIG SPECIALTY INSURANCE COMPANY | Kevin.Larner@aig.com |
| ALLIANZ GLOBAL US RISK INS CO | privacy@allianzassistance.com |
| AMERICAN BANKERS INS CO OF FLORIDA | brad.wilkes@assurant.com |
| ARCH SPECIALTY INSURANCE CO | fpetrosino@archinsurance.com |
| ARGONAUT INSURANCE CO | barbara.mcdowell@genexservices.com |
| ASPEN | aspen@aspeninsuranceagency.com |
| BCSP CIRCA PROPERTY LLC | khoffman@beaconcapital.com |
| BEAZLEY INSURANCE CO | USAINFO@BEAZLEY.COM |
| BERKLEY INSURANCE COMPANY | USAINFO@BEAZLEY.COM |
| CANOPIUS INSURANCE SERVICES | greg.alcazar@canopius.com |
| CAPITOL VIEW | tomzale@northwesternmutual.com |
| CHUBB | adrienne.logan@chubb.com |
| CONTINENTAL CASUALTY CO | CNA_help@cna.com |
| CONTINENTAL CASUALTY COMPANY | CNA_help@cna.com |
| ENDURANCE AMERICAN INSURANCE COMPANY | fmarsala@sompo-intl.com |
| ENDURANCE ASSURANCE CORP | fmarsala@sompo-intl.com |
| FEDERAL INSURANCE COCHUBB | adrienne.logan@chubb.com |
| GREENWICH INSURANCE COMPANY | contact@greenwichinsurance.com |
| GW PROPERTY SERVICES LLC | info@sagardholdings.com |
| HISCOX INSURANCE CO | US.Legal@hiscox.com |
| ILLINOIS UNION INSURANCE CO | adrienne.logan@chubb.com |
| KBSIII LEGACY TOWN CENTER LLC | tsmith@kbs.com |
| MA100 SUMMER STREET OWNER LLC | jtwombly@rockhillmanagement.com |
| MADISON CENTRE LLC | madisoncentre@schnitzerwest.com; QTSANG@SCHNITZERWEST.COM |
| MIKOMA ELECTRIC LLC | info@mikomaelectric.com |
| NATIONAL CASUALTY CO | madina.depauw@nationwide.com |
| NATIONAL UNION FIRE INS COAIG | kevin.Larner@aig.com |
| NATIONWIDE | nwclaim6@nationwide.com |

| | |
|---|---|
| PHILADELPHIA | rmiller@manierherod.com |
| QBE INSURANCE CO | anna.ramirez@us.qbe.com |
| RED DEVELOPMENT | j.brownlee@am.jll.com |
| RLI INSURANCE CO | info@rlius.com |
| ROYAL  SUN ALLIANCE INSURANCE | kuy@phn.com |
| RSUI INDEMNITY CO | info@rsui.com |
| SOMPO AMERICA INSURANCE COMPANY | legal@sompo-intl.com |
| TC 4TH  MADISON LLC | DAN.FEENEY@HINES.COM |
| TOKIO MARINE HCC | flanak@tmhcc.com |
| TSSP LLC | OFIR@MOONWATERCAPITAL.COM |
| UNDERWRITERS AT LLOYDS | andrew.jeffrey@cnahardy.com |
| US SPECIALTY INSURANCE CO | flanak@tmhcc.com |
| WASSERSTEIN ENTERPRISES LLC | contact@wasserco.com |
| WESTCHESTER FIRE INS CO | stephen.hawkins@chubb.com |
| XL SPECIALTY INSURANCE COMPANY | theresa.schlageter@axaxl.com |
| ZURICH AMERICAN INSURANCE CO | jessica.melesio@zurichna.com |