| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D.N.J. LBR 9004-1(b) <br><br> **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** <br> Gary D. Bressler, Esq. (#228882016) <br> 1300 Mt. Kemble Avenue <br> P.O. Box 2075 <br> Morristown, NJ 07962-2075 <br> Telephone: (973) 993-8100 <br> E-mail: gbressler@mdmc-law.com <br> *Attorneys to U.S. Specialty Insurance Company* | |
| In re: <br><br> WEWORK INC., *et al.*,[1] <br><br> Debtors. | Ch. 11 <br><br> Case No. 23-19865 (JKS) <br><br> (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned, Gary D. Bressler, Esquire, of McElroy, Deutsch, Mulvaney & Carpenter, LLP, appears for U.S. Specialty Insurance Company ("USSIC"), and, pursuant to Rules 2002(g), 2002(i), and 9007, requests, unless otherwise directed by the Court, that all notices that are required to be given in this case or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon the undersigned, at the offices, telephone and facsimile number set forth below:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/wework. The location of Debtor WeWork Ic.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

> Gary D. Bressler, Esq.
> **McElroy, Deutsch, Mulvaney
> & Carpenter, LLP**
> 300 Delaware Avenue, Suite 1014
> Wilmington, DE  19801
> (T): (302) 300-4515; (F): (302) 654-4031
> gbressler@mdmc-law.com

PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including but not limited to reports, pleadings, motions, applications or petitions, and answering reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court to the above address.

PLEASE TAKE FURTHER NOTICE that USSIC does not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which it may be entitled including, but not limited to: (i) its right to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) its right to trial by jury in any proceeding related to this case; (iii) its right to have the District Court withdraw the reference in any matter subsequent to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which it may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept services of initial process under Rule 4, Fed. R. Civ. P., or Rule 7004, Fed. R. Bankr. P. (except as has otherwise been specifically agreed to by counsel), nor shall it result in undersigned counsel being deemed to be the agent of USSIC for such purpose.

{SIGNATURE BLOCK ON FOLLOWING PAGE}

|  |  |
|---|---|
|  | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| Dated: November 10, 2023 | */s/ Gary D. Bressler*<br>Gary D. Bressler, Esq.<br>1300 Mt. Kemble Avenue<br>P.O. Box 2075<br>Morristown, NJ 07962-2075<br>Telephone: (973) 993-8100<br>E-mail: gbressler@mdmc-law.com<br><br>*Attorneys for U.S. Specialty Insurance Company* |

3