## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-19865-JKS |
| | ) | |
| WEWORK INC., et al., | ) | CHAPTER 11 |
| Debtors. | ) | |

### REQUEST FOR NOTICE AND DEMAND FOR SERVICE OF PAPERS

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

COMES NOW, Michael B. Pugh of the Firm of Thompson, O'Brien, Kappler & Nasuti, P.C., and files this Request for Notice and Demand for Service of Papers, as Counsel for and on behalf of **PRESIDIO NETWORKED SOLUTIONS, INC.** pursuant to Bankruptcy Rule 2002 and 11 U.S.C. § 1109(b) and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office, postal address and telephone number listed as follows:

Michael B. Pugh
Thompson, O'Brien, Kappler & Nasuti, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
Telephone: (770) 925-0111
Fax: (770) 925-8597

PLEASE TAKE FURTHER NOTICE that, pursuant to § 1109(b) of the Bankruptcy Code, the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, order, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, Counsel requests that he be provided with a copy of any Disclosure Statement to be submitted prior to its approval and any and all Plans of Reorganization.

Counsel additionally request that the Clerk of the Court place the foregoing name and address on any mailing matrix to be prepared or existing in the above-numbered case.

Dated this 10th day of November, 2023.

Respectfully submitted,
*/s/ Michael B. Pugh*
**MICHAEL B. PUGH**
Georgia State Bar No. 150170
Thompson, O'Brien, Kappler & Nasuti, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
Attorneys for Presidio Networked Solutions, Inc.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-19865-JKS |
| | ) | |
| WEWORK INC., et al., | ) | CHAPTER 11 |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing **Request for Notice and Demand for Service of Papers** was sent via first-class mail upon the creditors and parties in interest set forth in Exhibit "A" attached hereto on this 10th day of November, 2023.

Respectfully submitted,
*/s/ Michael B. Pugh*
**MICHAEL B. PUGH**
Georgia State Bar No. 150170
Thompson, O'Brien, Kappler & Nasuti, P.C.
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092
Attorneys for Presidio Networked Solutions, Inc.

| | | |
|---|---|---|
| | 1156 APF LLC<br>c/o Belkin Burden Goldman, LLP<br>Attn.: Jay B. Solomon, Esq.<br>60 E 42nd Street, 16th Floor<br>New York, NY 10165-0020 | 183 Madison Owner APF LLC<br>c/o Belkin Burden Goldman, LLP<br>Attn.: Jay B. Solomon, Esq.<br>60 E 42nd Street, 16th Floor<br>New York, NY 10165-0020 |
| 28 West 44 Owner L.P.<br>c/o Belkin Burden Goldman, LLP<br>Attn.: Jay B. Solomon, Esq.<br>60 E 42nd Street, 16th Floor<br>New York, NY 10165-0020 | 490 Lower Unit LP a/k/a 490 Lower Level Unit<br>c/o Rivkin Radler LLP<br>25 Main Street<br>Court Plaza North - Suite 501<br>Hackensack, NJ 07601-9004 | ABM Industry Groups, LLC<br>Riker Danzig LLP<br>One Speedwell Avenue<br>Morristown, NJ 07960-6838 |
| Ad Hoc Group<br>c/o Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Attn: Alan J. Brody, Esq.<br>Florham Park, NJ 07932-1024 | Ad Hoc Group of Noteholders<br>c/o Greenberg Traurig, LLP<br>500 Campus Drive, Suite 400<br>Attn: Alan J. Brody, Esq.<br>Florham Park, NJ 07932-1024 | BDN 1900 Market Owner LLC<br>c/o Dana S. Plon, Esquire<br>Sirlin Lesser & Benson, P.C.<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA 19109-1042 |
| Epiq Corporate Restructuring, LLC<br>777 Third Avenue<br>12th Floor<br>New York, NY 10017-1302 | MC 71 Fifth Avenue Realty LLC<br>c/o Rubin LLC; Attn: Paul Rubin<br>11 Broadway<br>Suite 715<br>New York, NY 10004-1371 | Simon Property Group, Inc.<br>c/o Ronald M. Tucker, Esq.<br>225 West Washington Street<br>Indianapolis, IN 46204-3438 |
| (p)WEWORK<br>ATTN LEGAL DEPARTMENT<br>75 ROCKEFELLER CENTER 10TH FL<br>NEW YORK NY 10019-6908 | U.S. Bankruptcy Court<br>MLK Jr Federal Building<br>50 Walnut Street<br>Newark, NJ 07102-3550 | ROCKWOOD CAPITAL, LLC<br>c/o Ivo Keller<br>SSL LAW FIRM LLP<br>505 Montgomery Street, Suite 620<br>San Francisco, CA 94111-6545 |
| Simon Property Group Inc.<br>c/o Ronald Tucker<br>225 W. Washington Street<br>Indianapolis, IN 46204-3438 | U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102-5235 | Michael D. Sirota<br>Cole Schotz P.C.<br>25 Main St.<br>Hackensack, NJ 07601-7189 |

WeWork Inc.
12 East 49th Street
3rd Floor
New York, NY 10017

EXHIBIT A