UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>WeWork Companies U.S. LLC., *et al.,*<br><br>                               Debtors. | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

NOTICE OF APPEARANCE; DEMAND FOR SERVICE OF PAPERS; AND DEMAND FOR PAYMENT OF ALL POST-PETITION RENT AND PERFORMANCE BY CO-DEBTORS **75 ROCK PLZ TENANT LLC AND WEWORK COMPANIES LLC** OF ALL OF THEIR OBLIGATIONS DUE UNDER A COMMERCIAL LEASE AND WRITTEN LEASE GUARANTY IN ACCORDANCE WITH BANKRUPTCY CODE § 365(d)(3)

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of Title 11 of the United States Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure, **RXR ATLAS LLC** hereby appears in the above-captioned case by its undersigned counsel, KUCKER, MARINO, WINIARSKY & BITTENS LLP.

Request is hereby made pursuant to Federal Rule of Bankruptcy Procedure 2001 for service of all papers, including, but not limited to, orders, reports, pleadings, motions, applications or petitions, disclosure statements, plans and answering and reply papers, filed in the above-captioned case by mailing one (1) copy of any such paper to:

> KUCKER, MARINO, WINIARSKY
> & BITTENS LLP
> 747 Third Avenue, 17th Floor
> New York, New York 10017
> Attn: Edmond P. O'Brien, Esq.

**PLEASE TAKE FURTHER NOTICE** that demand is hereby made pursuant to Bankruptcy Code § 365(d)(3) for payment of all post-petition rent and additional rent due **RXR ATLAS LLC** ("Landlord"), as landlord (payments to be made promptly upon the due dates

-1-

specified in the Lease); and for the performance by co-debtor **75 ROCK PLZ TENANT LLC** ("Tenant"), as tenant, of all of the obligations of Tenant pursuant to the non-residential lease, made as of February 14, 2019 (as amended, the "Lease") between Landlord and Tenant, for the premises, consisting of the entire rentable portions of each of the 8th, 9th, 10th and 11th Floors (collectively, the "Premises"), as more particularly described in the Lease, in the building located at 75 Rockefeller Plaza, New York, New York.

Co-Debtor **WEWORK COMPANIES LLC** ("Guarantor"), guaranteed Tenant's obligations under the Lease, pursuant to a written Guaranty, dated as of February 14, 2019 (as ratified and reaffirmed, the "Guaranty"), made in favor of Landlord by a predecessor-in-interest to Guarantor.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers, nor any later appearance, pleading, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a judge of the United States District Court for the District of New Jersey, (ii) the right to trial by jury in any proceeding related to this proceeding, (iii) the right to have the United States District Court for the District of New Jersey withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:   New York, New York
           November 8, 2023

                                                                KUCKER, MARINO, WINIARSKY
                                                                & BITTENS LLP
                                                                *Attorneys for RXR Atlas LLC*

                                                                By: */s/ Edmond P. O'Brien*
                                                                Edmond O'Brien (EO-5583)
                                                                Jonathan W. Rich (JR-2525)
                                                                747 Third Avenue, 17th Floor
                                                                New York, New York 10017
                                                                (212) 869-5030

TO:   All parties having appeared electronically