**WEBBER MCGILL LLC**
Douglas J. McGill (NJ Bar No. 002751992)
100 E Hanover Avenue, Suite 401
Cedar Knolls, NJ 07927
Telephone: 973.739.9559
Facsimile: 973.739.9575
Email: dmcgill@webbermcgill.com
*Attorneys for Hudson Pacific Properties, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 23-19865 (JKS)<br><br>Jointly Administered<br><br>Judge: Hon. John K. Sherwood |

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF MICHAEL I. GOTTFRIED

Douglas J. McGill ("Applicant"), a member of the bar of this Court, hereby moves for the entry of an order granting the admission *pro hac vice* of Michael I. Gottfried of Elkins Kalt Weintraub Reuben Gartside LLP ("Elkins Kalt") to practice before this Court in connection with the above-captioned cases. This application (the "Application") is submitted pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey, and also Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey. Unless requested by other parties, no oral argument is requested. A

---

[1] The last four digits of the Debtor WeWork Inc.'s federal tax identification number, are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors claims and noticing agent at https://dm.epiq11.com/WeWork. The location of the Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, New York 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10030 SW Allen Blvd., Beaverton, Oregon 97005.

proposed form of order is attached. In support of the Application, the undersigned represents as follows:

1. I am an attorney at law of the State of New Jersey, admitted to practice and in good standing in the United States District Court for the District of New Jersey, among other jurisdictions. I am a partner of the law firm Webber McGill, LLC which maintains an address of 100 E. Hanover Avenue, Suite 401, Cedar Knolls, New Jersey, 07927. Webber McGill LLC has been retained to serve as co-counsel, with Elkins Kalt, for Hudson Pacific Properties, Inc. in this matter.

2. I have been a member of the New Jersey bar since 1992 and have not been subject to any disciplinary proceedings.

3. Mr. Gottfried is an attorney at law and a partner with the law firm Elkins Kalt, which maintains offices at 10345 W. Olympic Boulevard, Los Angeles, California 90064.

4. Attached hereto is the Certification of Mr. Gottfried in which he certifies that he is, and has been, a member in good standing of the bar of the State of California since 1990, and also of the State of New York since 1987. Additionally, Mr. Fletcher certifies that he is, and has remained, a member of good standing of said bars at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

5. I have appeared as counsel of record for Hudson Pacific Properties, Inc. and will serve as local counsel upon whom all notices, pleadings and orders may be served.

**WHEREFORE**, Applicant respectfully requests entry of the proposed order submitted herewith approving the admission, *pro hac vice*, of Michael I. Gottfried to represent Hudson Pacific Properties, Inc. in the above-captioned cases and any related adversary proceedings.

Dated: November 13, 2023

*/s/ Douglas J. McGill*
**WEBBER MCGILL LLC**
Douglas J. McGill (NJ Bar No. 002751992)
100 E Hanover Avenue, Suite 401
Cedar Knolls, NJ 07927
Telephone: 973.739.9559
Facsimile: 973.739.9575
Email: dmcgill@webbermcgill.com

*Attorneys for Hudson Pacific Properties, Inc.*