**WEBBER MCGILL LLC**
Douglas J. McGill (NJ Bar No. 002751992)
100 E Hanover Avenue, Suite 401
Cedar Knolls, NJ 07927
Telephone: 973.739.9559
Facsimile: 973.739.9575
Email: dmcgill@webbermcgill.com
*Attorneys for Hudson Pacific Properties, Inc.*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 23-19865 (JKS)<br><br>Jointly Administered<br><br>Judge: Hon. John K. Sherwood |

**CERTIFICATION OF MICHAEL I. GOTTFRIED IN SUPPORT OF
APPLICATION FOR ADMISSION *PRO HAC VICE***

**MICHAEL I. GOTTFRIED**, of full age, under penalty of perjury, hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am an attorney at law and a partner with the law firm Elkins Kalt Weintraub Reuben Gartside LLP ("Elkins Kalt"), which maintains offices at 10345 W. Olympic Boulevard, Los Angeles, California 90064. Elkins Kalt has been retained to represent Hudson Pacific Properties, Inc. in the above-captioned chapter 11 cases.

---

[1] The last four digits of the Debtor WeWork Inc.'s federal tax identification number, are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors claims and noticing agent at https://dm.epiq11.com/WeWork. The location of the Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, New York 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10030 SW Allen Blvd., Beaverton, Oregon 97005.

2. I am, and have been, a member in good standing of the bar of the State of California since 1990, and also of the State of New York since 1987.

3. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

4. I am not admitted to practice law in the State of New Jersey and it is therefore necessary for me to seek *pro hac vice* admission in this proceeding in order to represent Hudson Pacific Properties, Inc.

5. Douglas McGill, Esq. of Webber McGill LLC has appeared as local counsel of record for Hudson Pacific Properties, Inc. and will serve as local counsel upon whom all notices, pleadings and orders may be served.

6. I have reviewed the Local Rules of this Court. If admitted *pro hac vice*, I agree to abide by the Local Rules, and to make the payments to the Clerk of the United States Court for the District of New Jersey and the New Jersey Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

7. I understand that, if admitted *pro hac vice*, I will be bound by the Local Rules of this Court, including all applicable disciplinary rules. I will notify this Court immediately of any matter affecting my good standing before the bar of any jurisdiction.

I certify under the penalty of perjury that the foregoing is true and correct.

Executed: November 13, 2023

Michael I. Gottfried