**INGRAM YUZEK GAINEN
CARROLL & BERTOLOTTI, LLP**
Attorneys for 11 Park Place LLC
150 East 42nd Street, 19th Floor
New York, New York 10017
(212) 907-9600

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------------x
                                                                : Chapter 11
In re:                                                         : Case No. 23-19865 (JKS)
                                                                :
**WEWORK, INC.,** *et al.*
                                                                :
            Debtor.
                                                                :
------------------------------------------------------------------------x

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned appears for 11 Park Place LLC, a creditor and party in interest, and pursuant to Rule 2002 and 9010 of the Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b) demands that all papers served in this case be given to and served upon the undersigned at the following office, post office address, and telephone number:

>   INGRAM YUZEK GAINEN CARROLL
>    & BERTOLOTTI, LLP
>   Attorneys for 11 Park Place LLC
>   150 East 42nd Street, 19th Floor
>   New York, New York 10017
>    (212) 907-9600
>   Attention:  Michael D. Capozzi, Esq.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any motion, application, petition, pleading, request, complaint, or

560152_1/00448-0034
992029_1/01415-0425

demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise, which affects the debtor or property of the debtor.

Dated: New York, New York
November 13, 2023

                **INGRAM YUZEK GAINEN CARROLL
                 &BERTOLOTTI, LLP**
                Attorneys for 11 Park Place LLC
                150 East 42nd Street, 19th Floor
                New York, New York 10017
                (212) 907-9600

                By:   */s/ Michael D. Capozzi*
                     Michael D. Capozzi (MC 9704)

560152_1/00448-0034
992029_1/01415-0425