# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |
|  | **Ref. Docket No. 89** |

## CERTIFICATE OF SERVICE

I, DAVID RODRIGUEZ, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 10, 2023, I caused to be served the "Interim Order (I) Approving Notification and Hearing Procedures for Certain Transfers of, Exchanges for and Declarations of Worthlessness with Respect to Common Stock, and (II) Granting Related Relief," dated November 10, 2023, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B, and

   b. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to 122 parties, whose names and addresses are confidential and therefore not reflected.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ David Rodriguez*
David Rodriguez

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

| Claim Name | Address Information |
|---|---|
| AAP DIGITAL SERVICES | 0103 JOO CHIAT MANSION 185 JOO CHIAT PLACE SINGAPORE 1 427897 SINGAPORE |
| AARON RONI BAHAR 2014 FAMILY | 2 PETER COOPER RD APT 13D NEW YORK NY 10010-6727 |
| AGILIC ADVISORS LLC | 67 HOLLY HILL LN STE 301 GREENWICH CT 06830-6072 |
| ALAKON LTD | 133 HIGHAM ROAD N17 6NU LONDON UNITED KINGDOM |
| ALPAR LIMITED | TRIDENT CHAMBERS 146 BRITISH VIRGIN ISLANDS ROADTOWN TORTOLA VIRGIN ISLANDS |
| ALPHA LOAN SERVICING LLC | 75 STEEPLECHASE DR MARLBORO NJ 07746-1918 |
| APEX CLEARING | BILIANA STOIMENOVA 1700 PACIFIC AVE, STE 1400 DALLAS TX 75201 |
| APEX CLEARING | BRIAN DARBY ONE DALLAS CTR 350 M. ST. PAUL STE 1300 DALLAS TX 75201 |
| AQUA BLUE VENTURES LTD | WICKHAMS CAY NO 662 ROAD TOWN TORTOLA ROAD TOWN TORTOLA VIRGIN ISLANDS |
| ARRAY VENTURES LP | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| BALANCE ACCOUNT REPRESENTING | 1 STATE ST FL 30 NEW YORK NY 10004-1571 |
| BANK OF AMERICA | EARL WEEKS 4804 DEAR LAKE DR E JACKSONVILLE FL 32246 |
| BANK OF NEW YORK MELLON | CELESTE MORRIS 500 GRANT ST, RM 151-2610 PITTSBURGH PA 15259 |
| BANK OF NEW YORK MELLON | JENNIFER MAY 525 WILLIAM PENN PL, STE 153-0400 PITTSBURGH PA 15259 |
| BARCLAYS BANK PLC | 745 7TH AVE FL 2 NEW YORK NY 10019-6801 |
| BARCLAYS CAPITAL | GIOVANNA LAURELLA 70 HUDSON ST, 7TH FL JERSEY CITY NJ 07302 |
| BARCLAYS CAPITAL | ANTHONY SCIARAFFO 400 JEFFERSON PARK WHIPPANY NJ 07981 |
| BARCLAYS CAPITAL | NELLIE FOO CORPORATE ACTIONS 200 CEDAR KNOLLS RD WHIPPANY NJ 07981 |
| BARCLAYS CAPITAL | ANTHONY SCIARAFFO 1301 SIXTH AVE NEW YORK NY 10019 |
| BASIS SET VENTURES I LP | 325 SHARON PARK DR STE 603 MENLO PARK CA 94025-6805 |
| BEACON ENTERPRISES LIMITED | TRIDENT CHAMBERS WICKHAMS CAY PO BOX 146 ROAD TOWN TORTOLA VIRGIN ISLANDS |
| BENMENACHEM RON | ADDRESS ON FILE |
| BLACKROCK STRATEGIC FUNDS | 50 HUDSON YARDS NEW YORK NY 10001-2180 |
| BLUE RIDGE PRIVATE HOLDINGS LLC | 2 BLUE HILL PLZ PEARL RIVER NY 10965-3113 |
| BNP PARIBAS | DEAN GALLI AD D JOAO II, N 49 LISBON 1988-028 PORTUGAL |
| BNP PARIBAS | RUSSELL YAP 525 WASHINGTON BLVD, 9TH FL JERSEY CITY NJ 07310 |
| BNY MELLON | JENNIFER MAY 525 WILLIAM PENN PL PITTSBURGH PA 15259 |
| BNY MELLON | MICHAEL KANIA 525 WILLIAM PENN PL, STE 0400 PITTSBURGH PA 15259 |
| BNY MELLON | SEAN GARRISON 525 WILLIAM PENN PL, STE 153-0400 PITTSBURGH PA 15259 |
| BOFA SECURITIES INC | TWO BRYANT PARK 5TH FLOOR ATTN CORPORATE ACTION REORG NEW YORK NY 10036 |
| BONDBLOXX CCCRATED USD HIGH YIELD | 700 LARKSPUR LANDING CIR STE 250 LARKSPUR CA 94939-1733 |
| BROWN BROTHERS HARRIMAN & CO | JERRY TRAVERS 525 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| CADEDDUDUKE FAMILY TRUST | 11520 OLD RANCH RD LOS ALTOS HILLS CA 94024-6313 |
| CANADA LIFE STRATEGIC INCOME FUND | 255 DUFFERIN AVE LONDON ON N6A 4K1 CANADA |
| CANYON CREEK CAPITAL II | 1134 11TH ST APT 101 SANTA MONICA CA 90403-5315 |
| CEDE CO | 570 WASHINGTON BLVD JERSEY CITY NJ 07310-1617 |
| CHARLES SCHWAB | CHRISTINA YOUNG 2423 E LINCOLN DR PHOENIX AZ 85016-1215 |
| CIBC BANK | RODERICK ROOPSINGH 22 FRONT ST TORONTO ON M5J 2W5 CANADA |
| CITIBANK | PAUL WATTERS 3801 CITIBANK CTR B/3RD FLOOR/ZONE 12 TAMPA FL 33610 |
| CITIGLOBAL MANAGEMENT | SHERRYL NASH-COOL 388 GREENWICH ST, 11TH FL NEW YORK NY 10013 |
| CITRIN FAMILY FOUNDATION | 155 DANIELSON DR ASPEN CO 81611-9707 |
| COLUMBIA FLEXIBLE CAPITAL INCOME FUND | 290 CONGRESS ST BOSTON MA 02210-1033 |
| COMER WOODFORD VENTURES | 6652 EAST COUNTY HIGHWAY 30A SUITE 200 WATERSOUND BEACH FL 32461 |
| CONARE TRADING CORP | 7590 NW 53RD ST SUITE 337 MIAMI FL 33166 |
| CONOCOPHILLIPS RETIREMENT | 925 N ELDRIDGE PKWY HOUSTON TX 77079-2703 |
| CONTOUR VENTURE ASSOCIATES | 475 PARK AVE FL 6 NEW YORK NY 10022-2045 |
| CONTOUR VENTURE PARTNERS | 475 PARK AVENUE SOUTH 6TH FLOOR NEW YORK NY 10016 |
| CONTOUR VENTURE PARTNERS | 475 PARK AVE FL 6 NEW YORK NY 10022-2045 |
| CUPAR GRIMMOND LLC | 785 GAILEN AVE PALO ALTO CA 94303-4533 |

| Claim Name | Address Information |
|---|---|
| DIROXX LTD | 23 KENNEDY AVE GLOBE HOUSE 4TH FLOOR NICOSIA 1075 CYPRUS |
| DJ STEIN LLC | 603 S MAPLE AVE GLEN ROCK NJ 07452-1853 |
| DTZ WORLDWIDE LIMITED UK | ATTN GENERAL COUNSEL 225 W WACKER DR STE 2000 CHICAGO IL 60606-1270 |
| DUMB MONEY LLC | 75 VARICK ST FL 9 NEW YORK NY 10013-1917 |
| EASTWARD CAPITAL PARTNERS | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| EASTWARD FUND MANAGEMENT | 432 CHERRY ST WEST NEWTON MA 02465-2029 |
| EFFIQ LTD | 21385 MARINA COVE CIR APT E13 AVENTURA FL 33180 |
| EFOUNDERS SA | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| ELP 8 LLC | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| EMPOWER INVESTMENTS LLC | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| ENTANGLED VENTURES LLC | 44 TEHAMA ST SAN FRANCISCO CA 94105-3110 |
| ESOP TRUST AND MANAGEMENT | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| EXPANSION FUND LP | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| FIRST OCEAN ENTERPRISES SA | 5 XENIAS STR 14562 KIFISSIA MARIA IVPROTOPAPA ATHENS GREECE |
| FORTUNE COMPASS MANAGEMENT | NO 669 HAIKE ROAD SHANGHAI 201210 CHINA |
| FOSELA CORPORATE LTD | FLEMMING HOUSE 662 WICKHAMS CAY ROAD TOWN TORTOLA VIRGIN ISLANDS |
| FRIDOLIN CORP | NO 5 CORK STREET 2204 BELIZE BAHRAIN |
| GCCU VIII LLC | 190 ELGIN AVENUE GEORGE TOWN GRAND CAYMAN KY19005 CAYMAN ISLANDS |
| GLB DYNASTY TRUST | 5804 REYNOLDS RD ATTN CARLYPOLLACK AUSTIN TX 78749-2000 |
| GLOBAL EVENT PARTNERS MASTER LTD | 50 HUDSON YARDS NEW YORK NY 10001-2180 |
| GOLDMAN SACHS | PROXY HOTLINE PROXY DEPT 30 HUDSON ST JERSEY CITY NJ 07302 |
| GOLDMAN SACHS | PATRICIA BALDWIN ONE NEW YORK PLZ, 45TH FL NEW YORK NY 10004 |
| GSI | ASSET SERVICING PROXY DEPT 30 HUDSON ST JERSEY CITY NJ 07302 |
| GUY ROBERTSON 2012 TRUST | 10575 WESTOFFICE DR ATTN GUYROBERTSON HOUSTON TX 77042-5335 |
| HAIM SHAYO TTEE | 981 E 24TH ST BROOKLYN NY 11210-3611 |
| HIGH PEAKS SEED VENTURES | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| HILLTOPSECURITIES | RHONDA JACKSON 1201 ELM ST, STE 3500 DALLAS TX 75270 |
| I AL CUADRADO SPORTS SL | ZUATZU 9 5 PLANTA LOCAL 3 SAN SEBASTIAN PV 20018 SPAIN |
| IBE ANGEL INVESTORS INC | 2050 E 8TH ST BROOKLYN NY 11223-4129 |
| IG MACKENZIE FLOATING RATE INCOME FUND | 447 PORTAGE AVE WINNIPEG MB R3B 3H5 CANADA |
| IG MACKENZIE HIGH YIELD FIXED INCOME | 447 PORTAGE AVE WINNIPEG MB R3B 3H5 CANADA |
| IG MACKENZIE STRATEGIC INCOME FUND | 447 PORTAGE AVE WINNIPEG MB R3B 3H5 CANADA |
| IMAGINABLE FUTURES FUND LLC | 720 UNIVERSITY AVE 200 LOS GATOS CA 95032-7609 |
| INTERACTIVE BROKERS LLC | KARIN MCCARTHY 2 PICKWICK PLZ, 2ND FL GREENWICH CT 06830 |
| IPROFILE FIXED INCOME PRIVATE POOL | 447 PORTAGE AVE WINNIPEG MB R3B 3H5 CANADA |
| ISRAEL DISCOUNT BANK | 1114 AVENUE OF THE AMERICAS NEW YORK NY 10036-7703 |
| JANE STREET GLOBAL TRADING LLC | 250 VESEY ST NEW YORK NY 10281-1052 |
| JANEFIELD INVESTMENTS SA | 2DO PISO TORRE HUMBOLDT CALLE 53 ESTE MARBELLA PANAMA CITY 81909132 PANAMA |
| JAO INVESTMENTS LLC | 970 LAKE AVE GREENWICH CT 06831-3032 |
| JAVIER E TORRES | ADDRESS ON FILE |
| JEANKARIM METWALLI | ADDRESS ON FILE |
| JEJAMA INVESTMENT COMPANY | 11452 EL CAMINO REAL CO RANCH CAPITAL LLC SUITE 120 SAN DIEGO CA 92130 |
| JP MORGAN BANK | FAREED HAMEEDUDDIN 4 CHASE METROTECH CTR BROOKLYN NY 11245 |
| JPMORGAN CHASE & CO. | JOHN STIGLICH 1650 MARKET ST 47TH FLOOR PHILADELPHIA PA 19103 |
| JPMORGAN CHASE BANK, N.A. | FAREED HAMEEDUDDIN 4 CHASE METROTECH CTR BROOKLYN NY 11245 |
| JPMORGAN CHASE BANK, N.A. | PROXY EMAIL CONTACT 4 CHASE METROTECH CTR BROOKLYN NY 11245 |
| JPMORGAN CHASE BANK/EUROCLEAR BANK | DTC CUSTODY HOTLINE 500 STANTON CHRISTIANA RD NEWARD DE 19713 |
| JPMORGAN CHASE BANK/EUROCLEAR BANK | SACHIN GOYAL 500 STANTON CHRISTIANA RD, OPS 4 FL 02 NEWWARK DE 19713-2107 |
| JSW INVESTMENTS LLC | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| KAIROS | 214 RUE DU FAUBOURG SAINT MARTIN PARIS PARIS 75010 FRANCE |
| KAPOR CAPITAL I LP | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| KAZAZIAN CAPITAL MASTER FUND | 712 5TH AVE FL 31 NEW YORK NY 10019-4108 |
| KIMA VENTURES SASU | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| KONRAD R KRUGER AND LISA | 39 INDIAN HARBOR DR B GREENWICH CT 06830-7107 |
| LEONTEQ SECURITIES AG | EUROPAALLEE 39 ZURICH 8004 SWITZERLAND |
| LIGHTNING CAPITAL MANAGEMENT | 1002 14TH ST APT 1 SANTA MONICA CA 90403-7214 |
| LIGHTVC LTD | CO EE CAPITAL PTE LTD THE HEEREN 260 ORCHARD ROAD 200102 ELAINE A SAVERIN SINGAPORE 238855 SINGAPORE |
| LILY YANG | ADDRESS ON FILE |
| LOMBARD INTERNATIONAL ASSURANCE SA | 4 RUE LOU HEMMER LUXEMBOURG L1748 LUXEMBOURG |
| LSB DYNASTY TRUST | 5804 REYNOLDS RD ATTN CARLYPOLLACK AUSTIN TX 78749-2000 |
| LUIS SANTOS GESTIO SL | CCIUTAT PUBILLA DE LA SARDANA NO 43 CASA 6 ENCAMP AD200 ANDORRA |
| MACADOO FAMILY FOUNDATION | MACADOO FAMILY FOUNDATION INC ATTN MICHAEL DYE 101 W MOUNT ROYAL AVE BALTIMORE MD 21201-5708 |
| MACKENZIE CORPORATE BOND FUND | 1600180 QUEEN ST W TORONTO ON M5V 3K1 CANADA |
| MACKENZIE CREDIT ABSOLUTE RETURN FUND | 1600180 QUEEN ST W TORONTO ON M5V 3K1 CANADA |
| MACKENZIE DIVERSIFIED ALTERNATIVES FUND | 1600180 QUEEN ST W TORONTO ON M5V 3K1 CANADA |
| MACKENZIE FLOATING RATE INCOME ETF | 1600180 QUEEN ST W TORONTO ON M5V 3K1 CANADA |
| MACKENZIE FLOATING RATE INCOME FUND | 1600180 QUEEN ST W TORONTO ON M5V 3K1 CANADA |
| MACKENZIE GLOBAL HIGH YIELD FIXED INCOME | 1600180 QUEEN ST W TORONTO ON M5V 3K1 CANADA |
| MACKENZIE MULTISTRATEGY ABSOLUTE RETURN | 1600180 QUEEN ST W TORONTO ON M5V 3K1 CANADA |
| MACKENZIE NORTH AMERICAN CORPORATE BOND | 1600180 QUEEN ST W TORONTO ON M5V 3K1 CANADA |
| MACKENZIE STRATEGIC INCOME FUND | 1600180 QUEEN ST W TORONTO ON M5V 3K1 CANADA |
| MACKENZIE UNCONSTRAINED BOND ETF | 1600180 QUEEN ST W TORONTO ON M5V 3K1 CANADA |
| MACKENZIE UNCONSTRAINED FIXED INCOME | 1600180 QUEEN ST W TORONTO ON M5V 3K1 CANADA |
| MACKENZIE USD UNCONSTRAINED FIXED INCOME | 1600180 QUEEN ST W TORONTO ON M5V 3K1 CANADA |
| MAREX CAPITAL MARKET INC | 140 E 45TH ST FL 10 NEW YORK NY 10017-7136 |
| MARK AYZENSHTAT REVOCABLE | 50 BEALE ST STE 2300 SAN FRANCISCO CA 94105-1827 |
| MASSIF CAPITAL LLC | 217 CENTRE ST 127 NEW YORK NY 10013-3624 |
| MERRILL LYNCH FINANCIAL ADVISORS | EARL WEEKS 4804 DEERLAKE DR. E. JACKSONVILLE FL 32246 |
| MICROMANAGEMENT VENTURES | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| MILLENNIUM CMM LTD | 399 PARK AVE NEW YORK NY 10022-4614 |
| MIN J KIM | ADDRESS ON FILE |
| MITSUBISHI UFJ TRUST & BANKING CORP | EDWARD CAPLETTE 1221 AVENUE OF THE AMERICAS 10TH FL NEW YORK NY 10022 |
| MLB DYNASTY TRUST | 5804 REYNOLDS RD ATTN CARLYPOLLACK AUSTIN TX 78749-2000 |
| MNOBLE INC | CALLE 50 Y 57 ESTE OBARRIO PANAMA CITY PANAMA |
| MONANGO HOME INC | 303 RACQUET CLUB RD APT 103 WESTON FL 33326-1103 |
| MONTAUK MISSION HOLDINGS | CO WSMB 6 EAST 39TH STREET NEW YORK NY 10016 |
| MOONLIGHT CLOUD LLC | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| MOR SWIEL ADV COMPANY | 58 RAKEVET ST TEL AVIV TA 6777016 ISRAEL |
| MORGAN STANLEY | JOHN BARRY 1300 THAMES ST, 6TH FL BALTIMORE MD 21231 |
| MORGAN STANLEY | MANSUR PRESIDENT 1300 THAMES ST, 5TH FL BALTIMORE MD 21231 |
| MOTTARET LLC | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| NATIONAL FINANCIAL SERVICES JLLC | JOANNE PADARATHSINGH 499 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| NATIONAL FINANCIAL SERVICES LLC | PETER CLOSS 499 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| NEW EUROPE VENTURES LLC | 245 W 107TH ST APT 11A NEW YORK NY 10025-3059 |
| NEW YORK LIFE INSURANCE COMPANY | 51 MADISON AVE NEW YORK NY 10010-1603 |

| Claim Name | Address Information |
|---|---|
| NEXT GENERATION TC FBO ADAM | 75 LIVINGSTON AVE STE 304 ROSELAND NJ 07068-3738 |
| NOAM TAICHLER | ADDRESS ON FILE |
| NORTHERN TRUST | RYAN CHISLETT ATTN CAPITAL STRUCTURES-C1N 801 S CANAL ST CHICAGO IL 60607 |
| OLD MISSON CAPITAL LLC | 1 N DEARBORN ST FL 8 CHICAGO IL 60602-4305 |
| OPPENHEIMER | OSCAR MAZARIO 85 BROAD ST NEW YORK NY 10004 |
| OUTFRONT MEDIA OUTERNET | 405 LEXINGTON AVE FL 14 NEW YORK NY 10174-0002 |
| PEBELS JOINT SL | PLAZA IXPILLANO6 A 4OA 20800 ZARAUTZ GUIPUZCOA SPAIN |
| PERSHING LLC | JOSEPH LAVARA ONE PERSHING PLZ JERSEY CITY NJ 07399 |
| PREHYPE PARALLEL ENTREPRENEURIAL | 221 CANAL ST 502 NEW YORK NY 10013-4149 |
| PREHYPE VENTURE PARTNERS | 221 CANAL ST 502 NEW YORK NY 10013-4149 |
| PSTW PARTNERS LP | 1111 PARK AVE 14A NEW YORK NY 10128-1234 |
| RAYMOND JAMES FINANCIAL, INC. | MELISSA STUDZIN 880 CARILLON PKWY SAINT PETERSBURG FL 33716 |
| REGALIM INVESTMENTS | 1 PLACE VILLE MARIE SUITE 2901 MONTREAL QC H3B 0E9 CANADA |
| RIVER HILL VENTURES LIMITED | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| RODOSTAR INTERNATIONAL LIMITED | WINTERBOTHAM PLACE MARLBOROUGH AND QUEEN STREETS CB 1134 NASSAU BURKINA FASO |
| ROXSTONE INTERNATIONAL LIMITED | 5TH FL RITTER WICKHAMS CAY II BOX 3175 ROAD TOWN TORTOLA VIRGIN ISLANDS |
| RWJ CAPITAL LTD | 87 BODMIN DRIVE SINGAPORE 559685 SINGAPORE |
| SAFRA NATIONAL BANK | PAUL BOTTA 545 5TH AVE NEW YORK NY 10036 |
| SAVINGS BOARD OF NFL PLYR | 200 SAINT PAUL ST STE 2420 BALTIMORE MD 21202-2008 |
| SB WW HOLDINGS CAYMAN LIMITED | 190 ELGIN AVENUE GEORGE TOWN GRAND CAYMAN KY19008 CAYMAN ISLANDS |
| SERIES I A SERIES OF GROUNDSWELL | 30182 STOWE CT EVERGREEN CO 80439-9421 |
| SHERPA VENTURES FUND II | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| SIGMA INTERNATIONAL FZC | A1427AJMAN FREE ZONE AJMAN 6242 UAE |
| SILVERTECH VENTURES II LLC | 7 WORLD TRADE CTR 250 GREENWICH STREET FL 10 NEW YORK NY 10007-2140 |
| SILVERTECH VENTURES LLC | 7 WORLD TRADE CTR 250 GREENWICH STREET 38TH NEW YORK NY 10007-2140 |
| SIX STREET LABS INC | 1222 6TH ST SANTA MONICA CA 90401-1602 |
| SKYLER VENTURES CORP | FLEMMING HOUSE WICKHAMS CAY ROAD TOWN TORTOLA VIRGIN ISLANDS |
| SLIK | 65 SHADBOLT LANE ROLLESTON 7614 NEW ZEALAND |
| SOFTBANK CAPITAL TECHNOLOGY | 1 SENECA TOWER STE 2400 BUFFALO NY 14203-2843 |
| SOFX WW HOLDINGS LP | 591 W PUTNAM AVE GREENWICH CT 06830-6005 |
| SOFXI WW HOLDINGS LP | 591 W PUTNAM AVE GREENWICH CT 06830-6005 |
| SPLAVIA LTD | 23 KENNEDY AVE GLOBE HOUSE 4TH FLOOR NICOSIA 1075 CYPRUS |
| STATE STREET BANK AND TRUST COMPANY | EMAIL PROXY CONTACT 1776 HERITAGE DR NORTH QUINCY MA 02169 |
| STEPHEN ROBERTS JERSEY LIMITED | GOURAY LODGE MONT DU GOURAY GROUVILLE JE3 9GH JERSEY |
| STONEX WEALTH MANAGEMENT | STEVE SIKORSKI 2 PERIMETER PARK S, STE 100W BIRMINGHAM AL 35243 |
| SV ANGEL V LP | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| SVF ENDURANCE CAYMAN LIMITED | CO SB INVESTMENT ADVISERS UK INC 69 GROSVENOR STREET LONDON W1K 3JP UNITED KINGDOM |
| SVF II WW DE LLC | CO SB INVESTMENT ADVISERS UK LIMITED 69 GROSVENOR STREET LONDON W1K 3JP UNITED KINGDOM |
| SVF II WW HOLDINGS CAYMAN LIMITED | WALKERS CORPORATE LIMITED 190 ELGIN AVENUE GEORGE TOWN GRAND CAYMAN KY19008 CAYMAN ISLANDS |
| TAZ INVESTMENTS CORPORATION LTD | 23 KENNEDY AVENUE GLOBE HOUSE 4TH FLOOR NICOSIA 1075 CYPRUS |
| TETON CAPITAL PARTNERS LP | 500 W 5TH ST STE 1110 AUSTIN TX 78701-3835 |
| THE AP TRUST | 409 7TH ST MANHATTAN BEACH CA 90266-5615 |
| THE WARREN TRUST | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| TOCU XXXIII LLC | 190 ELGIN AVE GEORGE TOWN GRAND CAYMAN KY19005 CAYMAN ISLANDS |
| TRICONTINENTAL CORPORATION | 290 CONGRESS ST BOSTON MA 02210-1033 |
| UBS FINANCIAL SERVICES INC. | GIOVANNA LAURELLA 1000 HARBOR BLVD, 5TH FL WEEHAWKEN NJ 07086 |
| UBS FINANCIAL SERVICES INC. | JANE FLOOD 1000 HARBOR BLVD, 5TH FL WEEHAWKEN NJ 07086 |

| Claim Name | Address Information |
|---|---|
| UNIVERSITY VENTURES FUND | 104 W 40TH ST STE 1600 NEW YORK NY 10018-3617 |
| US BANK NA | STEHANIE KAPTA 1555 N RIVERCENTER DR, STE 302 MILWAUKEE WI 53212 |
| VALUESHINE VENTURES LTD | 35 SHDEROT CHEN BLVD APARTMENT 3 FLOOR 1 TEL AVIV TA 6416615 ISRAEL |
| VERDE ALPHA FUND LTD | 89 NEXUS WAY CAMANA BAY GRAND CAYMAN CAMANA BAY KY19009 CAYMAN ISLANDS |
| VERDE DIRECTIVE FUND LTD | 89 NEXUS WAY CAMANA BAY GRAND CAYMAN CAMANA BAY KY19009 CAYMAN ISLANDS |
| VERTEX VENTURES US FUND I | 345 CALIFORNIA AVE PALO ALTO CA 94306-1865 |
| VISTA VENTURE PARTNERS | 1207 WAVERLEY ST PALO ALTO CA 94301-2749 |
| WELLS FARGO ADVISORS | ROBERT MATERA CORP ACTION - NC0675 1525 W WT HARIS BLVD, 1B1 CHARLOTTE NC 28262 |
| WELLS FARGO ADVISORS | MATT BUETTNER 2801 MARKET ST H0006-09B ST LOUIS MO 63103 |
| WEWORK COMPANIES INC | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| WEWORK INC | CO 575 LEXINGTON AVENUE 12TH FLOOR NEW YORK NY 10022 |
| WILLOW POND LLC | 47 WILLOW POND LN HEWLETT NY 11557-2202 |
| XIAO WANG | ADDRESS ON FILE |
| XPLORER CAPITAL FUND III | 1260 SAN MATEO DR MENLO PARK CA 94025-5525 |
| YORKTOWN HOLDINGS LIMITED | TRIDENT CHAMBERS WICKHAMS CAY ROAD TOWN TORTOLA VIRGIN ISLANDS |

**Total Creditor count  206**