

**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

November 13, 2023

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

11/13/2023, NY & NATL, pg B2

_Larnyce Tabron_



Digitally signed by John McGill
Date: 2023.11.13 15:54:41 -05'00'

# India Splurges on Planes and Airports to Expand Its Aviation Market

FROM FIRST BUSINESS PAGE

cendant middle class. Its airports present highly visible achievements.

Air travel remains out of the financial reach of most Indians. An estimated 3 percent of the country's population flies on a regular basis. But in a nation of 1.4 billion people, that percentage represents 42 million — executives, students and engineers who yearn to get quickly from here to there inside India's borders, and to gain easier access to destinations beyond, for both business and vacation.

Kapil Kaul, the chief executive of CAPA India, an advisory firm focused on aviation, calls "the next two to three years critical for achieving the quality of growth that India desires and deserves." Growth has so far been profitless. Now Indian aviation must prove it can make money.

The effects of the spending spree should redound across India's economy. Cargo comes with passenger traffic, and foreign investment tends to follow closely behind, Mr. Kaul said.

Arrivals to the international terminal at Indira Gandhi Airport are greeted by a wall of giant sculptural hands, their fingers and palms folded into gestures used by the Buddha, looking both ancient and futuristic. In 2012, when they were installed, 30 million passengers passed through the airport. By the time the airport has expanded to its new capacity, another one will have been built from scratch on the other side of the city.

Indira Gandhi Airport is racing to get bigger. In July it added a fourth runway and opened an elevated taxiway. The company that operates it, GMR Airports, took over in 2006, a time when all arrivals walked past cows lazing in the dust to reach a taxi stand. By 2018 the facility was rated as India's most valuable infrastructural asset. To spare the use of jet fuel, a battery-powered TaxiBot lugs idling planes around the tarmac. An automated luggage-handling system can sort 6,000 bags an hour.

Two beneficiaries of India's expanding aviation market are the world's largest airplane makers: Boeing in America and Airbus in Europe. In February, Air India, which the Tata Group took private last year, agreed to buy 250 planes from Airbus and 220 from Boeing, worth a combined $70 billion. In June, IndiGo, the country's biggest carrier by passengers and flights, ordered 500 new Airbus A320s.

The bulk of the growth of Indian aviation has been among homegrown airlines, which have clocked a 36 percent increase in passengers since 2022. Foreign tourist arrivals are rebounding since the pandemic, but are still relatively scarce, barely topping 10 million in a good year (about the same as Romania). So lowcost carriers are adding new



Indira Gandhi International Airport in New Delhi will be ready for 109 million passengers in 2024. It has added a fourth runway and an elevated taxiway.

AJAY AGGARWAL/HINDUSTAN TIMES, VIA GETTY IMAGES

countries to their destinations in order to accommodate India's demand for foreign tourism. Azerbaijan, Kenya and Vietnam are all a direct flight from Delhi or Mumbai, India's financial capital, for less than 21,000 rupees, or $250, one way.

The air corridor between Delhi and Mumbai was already one of the world's 10 busiest. Like Delhi, Mumbai has new airport terminals that would be the envy of any city in America, not to mention the glorious new all-bamboo Terminal 2 at Kempegowda International Airport in Bengaluru, a city in southern India. But the expansion in infrastructure is not limited to the country's premier metropolitan areas.

Prime Minister Narendra Modi's government likes to point out that the number of airports has doubled in the nine years since he took office, to 148 from 74. Jyotiraditya Scindia, Mr. Modi's aviation minister, said there would be at least 230 by 2030. The government has invested more than $11 billion in airports over the past decade, and Mr. Scindia has promised another $15 billion.

That means that sleepy towns like Darbhanga, a former principality in the impoverished state of Bihar in eastern India, now have nonstop access to Delhi, Bengaluru and beyond. For many of the 900 travelers a day who fill its flights, including plenty from nearby Nepal, the new airport has transformed the journey.

Prasanna Kumar Jha, 52, was born in Darbhanga but works in Delhi as a tax consultant. "Who ever expected that Darbhanga would be on the air map?" he asked. Flying to his hometown on short notice to see his ailing mother cost him 10,500 rupees ($126), which pinched.

"But if you calculate the alternative — by train from Delhi and then taxi to Darbhanga — it will take at least 30 hours," he said. "The plane journey is no longer a luxury but a necessity."

Darbhanga's airport is a far cry from New Delhi's. There is no parking lot. Passengers walk from the edge of a highway past a checkpoint to wait on benches outside the terminal. Then they wait on another set of outdoor benches after clearing the security check. But it works.

Another passenger on the same flight at Darbhanga, Ajay Jha, was cradling his 1-year-old daughter, Saranya, as he stood near the rudimentary baggage claim. His family was on the last leg of a trip that started in Bellevue, Wash., where he works as an engineer for Amazon, to a family reunion in the Bihari countryside. Traveling halfway around the world took less time than Mr. Jha used to spend getting home from his school in Bengaluru.

Yet a vast majority of Indians cannot afford such conveniences. The annual mean income is still less than a single economy-class fare from the United States, and, in this top-heavy economy, most Indians earn much less than that. Middle class, in Indian parlance, indicates somewhere close to the top of the pyramid.

A report by CAPA India, the aviation analysis firm, counted just 0.13 passenger seats per capita in 2019 for Indians, compared with 0.52 for Chinese and 3.03 for Americans. But aviation companies and India's elected officials look at the low penetration and see opportunity.

A scarcity of competition, in the face of an emerging duopoly between IndiGo and the Tata-led airlines, is one of the new landscape's most striking features. Smaller competitors keep going bust, most recently Go First, which declared bankruptcy in May. A shortage of pilots, after dozens were poached by bigger companies, forced Akasa Air, a promising upstart, to cancel flights in August.

But supply shortages are not the worst kind of problem to have in today's global economy. With aviation's growth in the decade before the pandemic steady at about 15 percent a year, the Indian boom seems all but guaranteed to change the future of aviation worldwide. If the benefits accruing to the winners in India's economy can be coaxed into trickling outward and downward, the same could go for many other sectors.

---

# In Nepal, New $216 Million Airport Made by China Is Being Investigated

**By Daisuke Wakabayashi, Bhadra Sharma and Claire Fu**

As developing countries weigh the consequences of borrowing heavily from China for major infrastructure projects, anti-corruption officials in Nepal have begun an investigation into a flagship airport financed and built by Chinese state-owned companies.

Nepal's $216 million international airport in Pokhara, the country's second-biggest city, opened in January. China agreed to provide loans to build the airport more than a decade ago. Nepal tapped China CAMC Engineering, the construction arm of a state-owned conglomerate, Sinomach, as the contractor.

The airport has failed to attract any regular international flights, raising concerns about whether it will generate enough revenue to repay loans to its Chinese lenders. Nepali officials have asked Beijing to change the loans into a grant to ease the financial burden, but China has not agreed to do so.

Last month, The New York Times reported that CAMC had inflated the cost of the project and undermined Nepal's efforts to maintain quality control, putting a priority on its own business interests. Nepal's Civil Aviation Authority, the agency overseeing the airport's construction, did not put up much resistance — reluctant to upset Beijing on an important project for both countries.

Shortly after the article's publication, Nepal's Commission for the Investigation of Abuse and Authority raided the Pokhara offices of the Civil Aviation Authority and seized documents related to the project.

Bhola Dahal, a spokesman for the anti-corruption agency, confirmed that an investigation into the airport was underway but declined to elaborate, noting that it was still in the preliminary stages. He said the agency had started the investigation in response to a complaint about irregularities with the project. He declined to say who filed the complaint. Local media reports said the agency had received more than 20 complaints about construction quality at the airport.

The investigation is the latest black eye for China's overseas infrastructure projects, which face criticism for costly and poor-quality construction that leaves borrower countries awash in debt. Beijing has declared the Pokhara airport the "flagship project" of its Belt and Road Initiative with Nepal.

The Belt and Road Initiative, a signature campaign of President Xi Jinping of China, has handed out an estimated $1 trillion in loans and grants as part of Beijing's efforts to build stronger economic and diplomatic ties around the world, while bolstering the lucrative infrastructure building business for its state-owned enterprises.

Nepal, one of the poorest countries in Asia, had sought to build an international airport in Pokhara since the 1970s in the hopes of turning the city into a tourist destination. The airport held a deep significance for Nepali officials, who hailed it as a "national pride" project because it was seen as a gateway to the Himalayas.

Nepal's anti-corruption agency is constitutionally empowered to investigate high-profile corruption cases and file charges at a special independent court. This year, in an unrelated case, a former government minister and a sitting member of Nepal's Parliament were found guilty of corruption charges brought by the antigraft body.

Jagannath Niroula, deputy director general at the Civil Aviation Authority, said anti-corruption investigators had spent two or three days in Pokhara looking into the airport's construction quality.

A few engineers who had worked on the airport told investigators that building quality had been compromised and that the project's infrastructure was not sound, said two people familiar with the investigation, who did not have permission to speak publicly on the matter.

In a statement, China's Ministry of Foreign Affairs said it was not aware of an investigation into the airport, but noted that it had always required Chinese firms operating abroad to comply with local laws and regulations. The ministry said CAMC "strictly implemented quality standards and kept complete records during the construction process." CAMC did not respond to requests for comment about the investigation.

There is a growing mistrust among countries struggling to repay debts to China. Sri Lanka was forced to hand over a deepwater port to China when it could not repay its loans. Around 30 percent of Pakistan's foreign debt is owed to China, a figure that has climbed with the building of a $50 billion China-Pakistan Economic Corridor. In Malaysia, an $11 billion rail link was halted until a Chinese contractor agreed to slash the project's costs.

The Pokhara airport is one of several Nepalese projects for the Belt and Road Initiative, which the country signed onto in 2017. China has agreed to finance a feasibility study for a cross-border railway that would be part of a so-called Trans-Himalayan connectivity network that may eventually include highways connecting the two countries. Nepal is also seeking Chinese assistance for a power transmission line that would cross the countries' border.

But Nepal has rejected the designation of the airport as a Belt and Road project, because that label has complicated its diplomatic ties with India — its neighbor and rival to China for influence in the region. India, a major destination for Nepali travelers, has dragged its feet on approving flight.

Engineering consultants who worked on the airport told The Times that CAMC's work did not meet international standards. The company completed earth-filling work for the runway but did not provide documentation that it had tested for soil density, meaning that Nepali officials did not have assurances that the foundation of the runway was built properly, according to Murari Gautam, an outside consultant brought on by Nepal's aviation agency.



Media reports in Nepal said there have been more than 20 complaints about construction quality at the airport.

REBECCA CONWAY FOR THE NEW YORK TIMES

[Legal notices for bankruptcy court proceedings: Rite Aid Corporation (District of New Jersey), WeWork Inc. et al. (District of New Jersey), and IRONNET, INC. et al. (District of Delaware) occupy the bottom portion of the page.]