J. Mark Chevallier
Texas Bar No. 04189170
McGuire, Craddock & Strother, P.C.
500 North Akard Street, Suite 2200
Dallas, Texas 75201
T: 214.954.6800
F: 214.954.6868
mchevallier@mcslaw.com
*ATTORNEYS FOR BELL TECHLOGIX, INC.*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| WeWork Inc., et al.,[1] | § | CASE NO. 23-19865 (JKS) |
| | § | (Jointly Administered Requested) |
| *Debtors.* | § | |

## NOTICE OF APPEARANCE PURSUANT TO
## BANKRUPTCY RULE 9010(b) AND REQUEST FOR ALL COPIES
## PURSUANT TO BANKRUPTCY RULE 2002

Bell Techologix, Inc., a creditor and party-in-interest herein hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> J. Mark Chevallier
> MCGUIRE, CRADDOCK & STROTHER, P.C.
> 500 N. Akard Street, Suite 2200
> Dallas, Texas 75201
> T: 214.954.6800
> F: 214.954.6868
> mchevallier@mcslaw.com

This request encompasses all notices, copies and pleadings referred to in Title 11, United States Code, or in Rules 2002, 3017(a), 9007, or 9010 of the Federal Rules of Bankruptcy

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

Procedure and 11 U.S.C. § 1109(b), including, without limitation, Orders, Motions, Demands, Complaints, Petitions, Pleadings or Requests, Applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affects or seeks to affect the above case.

DATED: November 14, 2023

        Respectfully submitted,

        */s/ J. Mark Chevallier  2023-11-14*
        J. Mark Chevallier
        Texas Bar No. 04189170
        **McGuire, Craddock & Strother, P.C.**
        500 North Akard Street, Suite 2200
        Dallas, Texas 75201
        T: 214.954.6800
        F: 214.954.6868
        mchevallier@mcslaw.com

        ***ATTORNEYS FOR BELL TECHLOGIX, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance was served via electronic mail to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District on November 14, 2023.

        */s/ J. Mark Chevallier 2023-11-14*
        **J. MARK CHEVALLIER**