| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>STRADLEY RONON STEVENS & YOUNG, LLP<br>2005 Market Street, Suite 2600<br>Philadelphia, PA 19103<br>Daniel M. Pereira, Esquire<br>Tel: (215) 564-8747<br>Facsimile: (215) 564-8120<br>E-mail: dpereira@stradley.com<br>Attorney for Philadelphia Indemnity Insurance Company | Case No.: 23-19865-JKS<br>Chapter: 11<br>Judge: John K. Sherwood |
| In Re:<br><br>WeWork Inc.,<br><br>                Debtor | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that Daniel M. Pereira of Stradley Ronon Stevens & Young, LLP, hereby appears as counsel for Philadelphia Indemnity Insurance Company ("PIIC") and demands, pursuant to 11 U.S.C. §§102(1), 342 and 1109(b) and Federal Rules of Bankruptcy Procedure 2002, 3017, 9007, and 9010(b) that all notices given or required to be given and all papers served or required to be served in the above case be given to and served on the undersigned at the address set forth below:

4527437v.1

Daniel M. Pereira, Esq.
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street
Suite 2600
Philadelphia, PA 19103
Telephone: (215) 564-8747
Facsimile:  (215) 564-8120
Emails: dpereira@stradley.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the statutes and rules specified above, but also includes, without limitation, orders and notices of any request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise which affects or seeks to affect in any way any rights or interests of the Debtor, its estates or any of its creditors.

**PLEASE TAKE FURTHER NOTICE** that the filing of this Notice of Appearance and Request for Service of Notices and Papers is not intended to be, and it shall not be deemed or construed to be, a waiver or relinquishment of any right, including, but not limited to: (a) the right to have final orders in non-core matters entered only after *de novo* review by a higher court; (b) the right to trial by jury in any proceeding so triable in connection with these cases or any related cases, controversies, or proceeding; (c) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; and/or (d) any other rights, claims or defenses to which PIIC may be entitled in law or in equity, all of which are hereby expressly reserved.

| | |
|---|---|
| Dated: November 14, 2023 | STRADLEY RONON STEVENS & YOUNG, LLP<br>A Pennsylvania Limited Liability Partnership<br><br>*/s/Daniel M. Pereira*<br>Daniel M. Pereira, Esq.<br>STRADLEY RONON STEVENS & YOUNG, LLP<br>2005 Market Street<br>Suite 2600<br>Philadelphia, PA 19103<br>Telephone: (215) 564-8747<br>Facsimile: (215) 564-8120<br>Email: dpereira@stradley.com |

### **CERTIFICATE OF SERVICE**

I, Daniel M. Pereira, hereby certify that on this date, I caused the foregoing to be electronically filed with the Clerk of the US Bankruptcy Court using the CM/ECF system, which sent notification to all counsel and parties of record.

*/s/Daniel M. Pereira*
Daniel M. Pereira

Dated: November 14, 2023