| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**STRADLEY RONON STEVENS & YOUNG, LLP**<br>LibertyView<br>457 Haddonfield Road, Suite 100<br>Cherry Hill, NJ 08002<br>Julie M. Murphy, Esquire<br>Daniel Pereira, Esquire<br>Tel: (856) 321-2400<br>Facsimile: (856) 321-2415<br>E-mail: jmmurphy@stradley.com<br>E-mail: dpereira@stradley.com<br><br>**MANIER & HEROD, P.C.**<br>1201 Demonbreun Street, Suite 900<br>Nashville, TN 37203<br>Scott C. Williams, Esquire<br>Jeffrey S. Price, Esquire<br>Tel: (615) 244-0030<br>Email:   swilliams@manierherod.com<br>            jprice@manierherod.com<br><br>*Attorneys for Philadelphia Indemnity Insurance Company* |

| | |
|---|---|
| In Re:<br><br>WEWORK INC., *et al.*,[2]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>Judge: Hon. John K. Sherwood |

**CERTIFICATION OF DANIEL M. PEREIRA IN SUPPORT OF APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* OF SCOTT C. WILLIAMS**

I, Daniel M. Pereira, of full age, hereby certify as follows:

1. I am an attorney with the law firm of Stradley Ronon Stevens & Young, LLP,

---

[2] The last four digits of the Debtor WeWork Inc.'s federal tax identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of the Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, New York 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10030 SW Allen Blvd., Beaverton, Oregon 97005.

LibertyView, 457 Haddonfield Road, Suite 100, Cherry Hill, NJ 08002. I am admitted to practice law in the State of New Jersey and the United States District Court for the District of New Jersey.

    2.    I make this Certification in support of the application of Scott C. Williams to practice before this court *pro hac vice* pursuant to D.N.J LBR 2090-1. The facts contained in the Certification of Mr. Williams are true and correct to the best of my knowledge, information, and belief.

    3.    I am co-counsel of record in this matter and will work closely with Mr. Williams. As co-counsel of record, I will sign all pleadings, briefs, and other papers filed with the Court and understand that I will be held responsible for Mr. Williams and the conduct of this case.

    I certify that the foregoing statements are true to the best of my knowledge, information, and belief under penalty of perjury.

Dated: November 15, 2023

                                  */s/ Daniel M. Pereira*
                                  Daniel M. Pereira, Esq.