|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**STRADLEY RONON STEVENS & YOUNG, LLP**<br>LibertyView<br>457 Haddonfield Road, Suite 100<br>Cherry Hill, NJ 08002<br>Julie M. Murphy, Esquire<br>Daniel Pereira, Esquire<br>Tel: (856) 321-2400<br>Facsimile: (856) 321-2415<br>E-mail: jmmurphy@stradley.com<br>E-mail: dpereira@stradley.com<br><br>**MANIER & HEROD, P.C.**<br>1201 Demonbreun Street, Suite 900<br>Nashville, TN 37203<br>Scott C. Williams, Esquire<br>Jeffrey S. Price, Esquire<br>Tel: (615) 244-0030<br>Email:   swilliams@manierherod.com<br>            jprice@manierherod.com<br><br>*Attorneys for Philadelphia Indemnity Insurance Company* | |
| In Re:<br><br>WEWORK INC., *et al.,*[1]<br><br>                        Debtors. | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>Judge: Hon. John K. Sherwood |

## **APPLICATION TO ADMIT JEFFREY S. PRICE *PRO HAC VICE***

**PLEASE TAKE NOTICE** that pursuant to Rule 2090-1 of the District of New Jersey Local Bankruptcy Rules, Stradley Ronon Stevens & Young, LLP, co-counsel for Creditor,

---

[1] The last four digits of the Debtor WeWork Inc.'s federal tax identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of the Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, New York 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10030 SW Allen Blvd., Beaverton, Oregon 97005.

Philadelphia Indemnity Insurance Company (the "Creditor"), hereby makes the application before the United States Bankruptcy Court for the District of New Jersey, for the entry of an Order admitting Jeffrey S. Price of the law firm Manier & Herod, P.C., *pro hac vice* in the within proceeding to represent the Creditor.

The undersigned relies upon the Certifications of Daniel M. Pereira and Jeffrey S. Price in support of this application.

The undersigned hereby requests that, in accordance with D.N.J. LBR 2090-1, if no objection to the within application is filed within seven (7) days, the application be granted and the proposed form of Order be entered.

Dated: November 15, 2023
      Philadelphia, Pennsylvania

Respectfully submitted,

STRADLEY RONON STEVENS & YOUNG, LLP

*/s/ Daniel M. Pereira*
Daniel M. Pereira, Esq.
Liberty View
457 Haddonfield Road, Suite 100
Cherry Hill, NJ 08002
(856) 321-2400
Email: dpereira@stradley.com

*Counsel for Philadelphia Indemnity Insurance Company*