| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**STRADLEY RONON STEVENS & YOUNG, LLP**<br>LibertyView<br>457 Haddonfield Road, Suite 100<br>Cherry Hill, NJ 08002<br>Julie M. Murphy, Esquire<br>Daniel Pereira, Esquire<br>Tel: (856) 321-2400<br>Facsimile: (856) 321-2415<br>E-mail: jmmurphy@stradley.com<br>E-mail: dpereira@stradley.com<br><br>**MANIER & HEROD, P.C.**<br>1201 Demonbreun Street, Suite 900<br>Nashville, TN 37203<br>Scott C. Williams, Esquire<br>Jeffrey S. Price, Esquire<br>Tel: (615) 244-0030<br>Email:  swilliams@manierherod.com<br>            jprice@manierherod.com<br><br>*Attorneys for Philadelphia Indemnity Insurance Company* | |
| In Re:<br><br>WEWORK INC., *et al.*,[3]<br><br>                                  Debtors. | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>Judge: Hon. John K. Sherwood |

**CERTIFICATION OF JEFFREY S. PRICE IN SUPPORT OF
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Jeffrey S. Price, of full age, hereby certify as follows:

1.     I am a principal with the law firm of Manier & Herod, P.C., 1201 Demonbreun Street, Suite 900, Nashville, TN 37203.

---

[3] The last four digits of the Debtor WeWork Inc.'s federal tax identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of the Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, New York 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10030 SW Allen Blvd., Beaverton, Oregon 97005.

2. I make this certification in connection with my application to be admitted *pro hac vice* in the above captioned bankruptcy case to represent Creditor, Philadelphia Indemnity Insurance Company as co-counsel.

3. I am a member in good standing of the bars of the following courts, to which I was admitted in the years indicated: Tennessee (admitted: 1998); and North Carolina (admitted: 2011).

4. I am not under suspension or disbarment by any court.

5. I have no disciplinary proceeding pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund For Client Protection in accordance with New Jersey Court Rule 1:28-2, in connection with my admission *pro hac vice* before this Court.

7. I have familiarized myself with the Local Rules of Bankruptcy Procedure promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of this case.

8. I understand that if I am admitted *pro hac vice* to this Court, I am within its disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all rules, regulations and orders of this Court.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 15, 2023

                                                                 */s/ Jeffrey S. Price*
                                                                    Jeffrey S. Price