| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**STRADLEY RONON STEVENS & YOUNG, LLP**<br>LibertyView<br>457 Haddonfield Road, Suite 100<br>Cherry Hill, NJ 08002<br>Julie M. Murphy, Esquire<br>Daniel Pereira, Esquire<br>Tel: (856) 321-2400<br>Facsimile: (856) 321-2415<br>E-mail: jmmurphy@stradley.com<br>E-mail: dpereira@stradley.com<br><br>**MANIER & HEROD, P.C.**<br>1201 Demonbreun Street, Suite 900<br>Nashville, TN 37203<br>Scott C. Williams, Esquire<br>Jeffrey S. Price, Esquire<br>Tel: (615) 244-0030<br>Email:   swilliams@manierherod.com<br>            jprice@manierherod.com<br><br>*Attorneys for Philadelphia Indemnity Insurance Company* | |
| In Re:<br><br>WEWORK INC., *et al.*,[4]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>Judge: Hon. John K. Sherwood<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The relief set forth on the following page is **ORDERED**.

---

[4] The last four digits of the Debtor WeWork Inc.'s federal tax identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of the Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, New York 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10030 SW Allen Blvd., Beaverton, Oregon 97005.

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

ORDERED that Jeffrey S. Price be permitted to appear pro hac vice; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

ORDERED that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

ORDERED that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District
Court District of New
Jersey
Martin Luther King, Jr. Federal
Building 50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further ORDERED that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

ORDERED that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.