**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. Docket Nos. 7, 109** |

**SUPPLEMENTAL**
**CERTIFICATE OF SERVICE**

I, DAVID RODRIGUEZ, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 15, 2023, I caused to be served the following:

   a. "Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered into Prepetition and Pay Related Prepetition Obligations and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage and (II) Granting Related Relief," filed November 7, 2023 [Docket No. 7], and

   b. "Interim Order (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered into Prepetition and Pay Related Prepetition Obligations and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage and (II) Granting Related Relief," filed November 9, 2023 [Docket No. 109],

   by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ David Rodriguez*
David Rodriguez

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| MARSH USA INC DBA MARSH MANAGEMENT INC | 1166 AVENUES OF THE AMERICAS NEW YORK NY 10036 |
| MARSH USA INC. | 99 HIGH STREET BOSTON MA 10004 |
| RAMPART BROKERAGE CORP | 1983 MARCUS AVENUE PO BOX 5494 LAKE SUCCESS NY 11042-5494 |
| RAMPART INSURANCE SERVICES | 1983 MARCUS AVE SUITE C130 NEW HYDE PARK NY 11042-2013 |

**Total Creditor count  4**