| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>WINDELS MARX LANE & MITTENDORF, LLP<br>156 West 56th Street<br>New York, New York 10019<br>Tel: (212) 237-1000<br>Scott R. Matthews (smatthews@windelsmarx.com)<br>Eloy A. Peral (eperal@windelsmarx.com)<br><br>Attorneys for Broadway Continental Corp. | |
| In Re:<br>WEWORK INC., et al.,<br><br>Debtors. | Case No.:  23-19865<br>Chapter:  11<br>Judge:  JKS |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Broadway Continental Corp. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Scott R. Matthews (smatthews@windelsmarx.com)

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: 11/14/2023                                         /s/ Scott R. Matthews
                                                                    Signature

*new.8/1/15*