WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Scott R. Matthews (smatthews@windelsmarx.com)
Eloy A. Peral (eperal@windelsmarx.com)

*Attorneys for Broadway Continental Corp.*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

### APPLICATION FOR *PRO HAC VICE* ADMISSION OF ELOY A. PERAL

Scott R. Matthews, a member in good standing of the bars of the states of New Jersey and New York (the "**Movant**"), pursuant to Civ. Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and D.N.J. LBR 9010-1, respectfully moves this Court, on behalf of attorney Eloy A. Peral, for an order granting permission to appear *pro hac vice* on behalf of Broadway Continental Corp. in the above-captioned chapter 11 cases and in any related adversary proceeding(s) filed or to be filed in these chapter 11 cases. In support of this request, Movant submits the attached Certification of Eloy A. Peral and represents as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd., Beaverton, OR 97005

{12243913:1}

1. I am a partner of the law firm of Windels Marx Lane & Mittendorf, LLP. I am admitted to practice in the State of New Jersey and before the United States District Court for the District of New Jersey, and I am familiar with the Local Rules of practice of this Court. There are no disciplinary proceedings pending against me in any jurisdiction and no disciplinary proceeding has previously been imposed on me in any jurisdiction.

2. Eloy A. Peral is a special counsel of Windels Marx Lane & Mittendorf, LLP. Mr. Peral is a member in good standing of the bar of the State of New York. No disciplinary proceedings are pending against him or have been imposed on him in any jurisdiction.

3. I have appeared as counsel of record for Broadway Continental Corp. in these chapter 11 cases and am the counsel upon whom all notices, orders, and pleadings shall be served.

WHEREFORE, Movant respectfully requests entry of the Order submitted herewith admitting Eloy A. Peral *pro hac vice* in the above-captioned chapter 11 cases and any related adversary proceedings.

Dated: New York, New York
       November 14, 2023

WINDELS MARX LANE & MITTENDORF, LLP

By: _____
Scott R. Matthews (smatthews@windelsmarx.com)
Eloy A. Peral (eperal@windelsmarx.com)
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000

*Attorneys for Broadway Continental Corp.*

{12243913:1}