WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Scott R. Matthews (smatthews@windelsmarx.com)
Eloy A. Peral (eperal@windelsmarx.com)

*Attorneys for Broadway Continental Corp.*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATION OF ELOY A. PERAL
IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION**

Eloy A. Peral, of full age, hereby certifies as follows:

1. I am an attorney-at-law duly admitted to practice before the courts of the State of New York. I am special counsel in the firm of Windels Marx Lane & Mittendorf, LLP, counsel for Broadway Continental Corp. in the above-captioned chapter 11 cases.

2. I am and have always been, a member in good standing of the bar of the State of New York since I was admitted in 2011. No disciplinary proceedings are pending against me in any jurisdiction and no disciplinary proceedings have been imposed on me in any jurisdiction.

3. Upon being admitted to appear and participate in these cases *pro hac vice*, I shall promptly cause payment to be made to the Clerk of Court in the amount of $150.00 pursuant to

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd., Beaverton, OR 97005

{12244204:1}

Rule 101.1(c)(3) of the Local Civil Rules for the United States District Court for the District Court of New Jersey.

4. Scott R. Matthews, a partner located in the New York office of Windels Marx Lane & Mittendorf, LLP, has appeared as counsel of record for Broadway Continental Corp. in the above-captioned chapter 11 cases and shall be local counsel upon whom all notices, orders, and pleadings shall be served.

5. I am in possession of and have reviewed a copy of the Local Bankruptcy Rules of this Court.

6. I understand and agree that if admitted *pro hac vice*, I will be bound by the rules of this Court, including all applicable disciplinary rules, and that I will notify this Court immediately of any matter affecting my good standing before the bar of any jurisdiction.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 14, 2023

                */s/ Eloy A. Peral*_____
                Eloy A. Peral