# Notice Recipients

District/Off: 0312–2          User: admin              Date Created: 11/16/2023
Case: 23–19865–JKS           Form ID: orderntc          Total: 1

**Recipients of Notice of Electronic Filing:**
aty          Joseph Francis Pacelli          jpacelli@wmd–law.com

TOTAL: 1