UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Martha R. Hildebrandt, Esq.
Fran B. Steele, Esq.
Peter J. D'Auria, Esq.
One Newark Center, Suite 2100
Newark, NJ  07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: Fran.B.Steele@usdoj.gov
         Peter.J.D'Auria@usdoj.gov

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| WeWork Inc., *et al.*, | Case No. 23-19865(JKS) |
| Debtors. | The Honorable John K. Sherwood |

### NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Andrew R. Vara, United States Trustee for Regions 3 and 9, pursuant to Section 1102(a) of title 11, United States Code, hereby appoints, effective **November 16, 2023**, the below listed creditors to the Official Committee of Unsecured Creditors in the above captioned case:

Computershare Trust Company,
National Association
Attn: Megan Ford
1505 Energy Drive
St. Paul, MN 55108
Ph: 667-786-1078

Nuveen Real Estate
Attn:  Brian Wallick
730 Third Avenue
New York, NY 10017
Ph: 212-916-4305

Beacon Capital Partners, LLC
Attn: Kirsten L. Hoffman
200 State Street, 5th Floor
Boston MA 02109
Ph: 617-457-0400

Carr Properties
Attn: Jackson Prentice
1615 L Street, NW Suite 650
Washington DC 20036
Ph: 703-307-9100

Page 2
**WeWork Inc.,** *et al.*
**Appointment of Official Committee of Unsecured Creditors**

Delaware Trust Company
Attn: Michelle A. Dreyer
251 Little Falls Drive
Wilmington, DE 19808
Ph: 302-363-5806

ABM Industry Groups, LLC
Attn: Scott S. Flynn
One Liberty Plaza, 7th Floor
New York, NY 10006
Ph: 212-497-0608

Hudson Pacific Properties, Inc.
Attn: Steven Jaffe
11601 Wilshire Boulevard, Suite 900
Los Angeles, CA 90025
Ph: 310-905-3068

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 & 9

*/s/ Martha R. Hildebrandt*
Martha R. Hildebrandt
Assistant United States Trustee

Fran B. Steele
Trial Attorney

Peter J D'Auria
Trial Attorney

Date: November 16, 2023