| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**NEWARK DIVISION** |
| **Caption In Compliance With D.N.J. LBR 9004-1(B)** |
| COZEN O'CONNOR<br>Mark E. Felger<br>1010 Kings Hwy S.<br>Cherry Hill, NJ 08034<br>Tel: (302) 295-2000<br>Fax: (888) 207-2440 |
| -and- |
| NIXON PEABODY LLP<br>Victor G. Milione<br>Christopher J. Fong<br>55 West 46th Street<br>New York, NY 10036<br>Telephone: (212) 940-3000<br>Facsimile: (212) 940-3111 |
| *Co-Counsel To Mt Back Bay One LLC* |

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 |
| Debtors.[1] | Jointly Administered |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that MT BACK BAY ONE LLC hereby appears in the above-captioned chapter 11 cases, by and through its undersigned counsel, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

| | |
|---|---|
| COZEN O' CONNOR<br>Mark E. Felger<br>1010 Kings Hwy S.<br>Cherry Hill, NJ 08034<br>Tel: (302) 295-2000<br>Fax: (888) 207-2440<br>mfelger@cozen.com | NIXON PEABODY LLP<br>Victor G. Milione<br>Christopher J. Fong<br>55 West 46th Street<br>New York, NY 10036<br>Telephone: (212) 940-3000<br>Facsimile: (212) 940-3111<br>vmilione@nixonpeabody.com<br>cfong@nixonpeabody.com |

**PLEASE TAKE FURTHER NOTICE THAT** this request encompasses all notices, copies, and pleadings referred to in section 1109(b) of the Bankruptcy Code, or in Bankruptcy Rules 2002, 3017, or 9007 including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, applications, and any other documents brought before this Court or in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telecopy, telex, or otherwise which effect or seek to effect the above case.

**PLEASE TAKE FURTHER NOTICE THAT** neither this Notice of Appearance and Request for Notices and Papers nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion nor any other writing or conduct should be taken to constitute a waiver of any right: (i) to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge; (ii) to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation *vel non* of such matters as "core proceedings" pursuant to 28 U.S.C. §157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution; (iii) to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) to rights, claim, actions or defenses, setoffs,

recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

Dated: November 16, 2023

                COZEN O'CONNOR

                By: /s/ Mark E. Felger
                Mark E. Felger
                1010 Kings Hwy S.
                Cherry Hill, NJ 08034
                Tel: (302) 295-2000
                Fax: (888) 207-2440

                -and-

                NIXON PEABODY LLP
                Victor G. Milione
                Christopher J. Fong
                55 West 46th Street
                New York, NY 10036
                Telephone: (212) 940-3000
                Facsimile: (212) 940-3111

                *Co-Counsel to MT Back Bay One LLC*