| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**VENABLE LLP**<br>151 West 42nd Street, 49th Floor<br>New York, New York 10036<br>Telephone: (212) 808-5670<br>Facsimile: (212) 307-5598<br>Attn: Michael A. Guerra<br>(MAGuerra@Venable.com)<br><br>- and -<br><br>750 East Pratt Street, Suite 900<br>Baltimore, Maryland 21202<br>Telephone: (410) 244-7400<br>Facsimile: (410) 244-7742<br>Attn: Laura S. Bouyea (*pro hac vice* admission application forthcoming)<br>(lsbouyea@Venable.com)<br><br>*Counsel to CSHV 1600 7th Avenue LLC* | |
| In Re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Case No.: 23-19865-JKS<br><br>Chapter: 11<br><br>(Jointly Administered)<br><br>Judge: Hon. John K. Sherwood |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Venable LLP hereby enters its appearance in the above-captioned cases (the "Cases") as counsel to Interested Party CSHV 1600 7th Avenue LLC ("CSHV") pursuant to sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and rules 2002, 9007 and 0910(b) of the Federal

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring LLC, 10300 SW Allen Blvd. Beaverton, OR 97005.

Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010, that copies of all notices and pleadings given or filed in the Cases be given to and served upon the following:

| | |
|---|---|
| Michael A. Guerra<br>VENABLE LLP<br>151 West 42nd Street, 49th Floor<br>New York, New York 10036<br>Telephone: (212) 808-5670<br>Facsimile: (212) 307-5598<br>MAGuerra@Venable.com | Laura S. Bouyea*<br>VENABLE LLP<br>750 East Pratt Street, Suite 900<br>Baltimore, MD 21202<br>Telephone: (410) 244-7400<br>Facsimile: (410) 244-7742<br>LSBouyea@Venable.com |

*Not yet admitted to practice in this court; *pro hac vice* admission application forthcoming.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand included not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronic filing, facsimile, or otherwise filed or made with regard to the Cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that filing of this Notice of Appearance and Demand for Service of Papers shall not be deemed or construed to constitute a waiver of any substantive or procedural rights of CSHV, without limitation: (i) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of New Jersey (the "District Court"), (ii) the right to trial by jury in any proceeding related to these cases or any case, controversy, or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which

CSHV is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

**PLEASE TAKE FURTHER NOTICE** that the aforementioned attorneys further request that they be added to the office service list for notice of all contested matters, adversary proceedings, and other proceedings in the Cases.

Dated: November 16, 2023                    VENABLE LLP

By:  */s/ Michael A. Guerra*
Michael A. Guerra
151 West 42nd Street, 49th Floor
New York, New York 10036
Telephone: 212-808-5670
Facsimile: 212-307-5598
maguerra@venable.com

and

Laura S. Bouyea*
750 E. Pratt Street, Suite 900
Baltimore, Maryland
Telephone: (410) 244-7400
Facsimile: (410) 244-7742
Email: lsbouyea@venable.com

*Attorneys CSHV 1600 7th Avenue LLC*

*Not admitted to practice in this court; application for *pro hac vice* admission forthcoming.