<table>
<tr><td colspan="2">

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**VENABLE LLP**
151 West 42nd Street, 49th Floor
New York, New York 10036
Telephone:   (212) 808-5670
Facsimile:   (212) 307-5598
Attn:  Michael A. Guerra
      (MAGuerra@Venable.com)

  - and -

750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone:   (410) 244-7400
Facsimile:   (410) 244-7742
Attn:   Laura S. Bouyea  (*pro hac vice* admission
      application forthcoming)
      (lsbouyea@Venable.com)

*Counsel to CSHV 1600 7ᵗʰ Avenue LLC*

</td></tr>
</table>

| | |
|---|---|
| In Re:<br><br> WEWORK INC., *et al.*,<br><br>                   Debtors.[1] | Case No.: Case No. 23-19865-JKS<br><br>Chapter: 11<br><br>(Jointly Administered)<br><br>Judge: Hon. John K. Sherwood |

### APPLICATION FOR ADMISSION *PRO HAC VICE* OF LAURA S. BOUYEA

Michael A. Guerra ("Applicant") hereby respectfully moves this Court, pursuant to Civil

Rule 101.1(c) of the Local Civil and Criminal Rules of the United States District Court for the

District of New Jersey (the "Local Civil Rules") and Rule 9010-1 of the Local Rules of the United

States Bankruptcy Court for the District of New Jersey, for an order granting attorney Laura S.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork.  The location of Debtor WeWork Inc.'s principal place of business is 12 East 49ᵗʰ Street, 3ʳᵈ Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring LLC, 10300 SW Allen Blvd. Beaverton, OR 97005.

Bouyea permission to appear and participate, *pro hac vice*, before this United States Bankruptcy Court for the District of New Jersey as counsel for Interested Party CSHV 1600 7th Avenue LLC ("CSHV") in these Chapter 11 cases captioned above.

In support of this Application, Applicant represents as follows:

1. I am a Counsel with the law firm of Venable LLP, which maintains an office at 151 West 42nd Street, 49th Floor, New York, New York 10036, among other locations.

2. I am a member in good standing of the bars of the States of New Jersey and New York, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the District of New Jersey and the Northern, Southern, and Eastern Districts of New York.

3. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has previously been imposed against me in any jurisdiction.

4. As described in the enclosed Certificated of Laura S. Bouyea in Support of Application for Admission *Pro Hac Vice*, dated November 16, 2023 (the "Certification"), Ms. Bouyea is a Partner with the law firm of Venable LLP.  Ms. Bouyea was admitted to the bar of the State of Maryland in 2003, the bar of the State of Delaware in 2005, the United States District Court for the District of Maryland in 2005, and the United States District Court for the District of Delaware in 2014.

5. Ms. Bouyea is a member in good standing with these bars and courts.  Ms. Bouyea has no disciplinary proceedings pending against her and no discipline has been imposed against her in any jurisdiction.  Ms. Bouyea is not under suspension or disbarment by any court or bar.

6. Ms. Bouyea's office is located at 750 East Pratt Street, Suite 900, Baltimore, Maryland 21202.

7.      I have appeared as counsel of record for CSHV in these Chapter 11 cases and shall be local counsel upon whom all notices, orders, briefs, stipulations, pleadings, and other papers shall be served.

8.      Pursuant to Local Civil Rule 101.1(4), Applicant and Ms. Bouyea understand that all notices, orders, briefs, stipulations, pleadings, and other papers filed with this Court shall be filed by local counsel.

9.      Ms. Bouyea certifies that she understands and agrees that, upon her admission *pro hac vice*, she will be subject to and bound by the orders and rules, and within the civil jurisdiction, of the United States District Court for the District of New Jersey and the New Jersey State Bar in all respects, including with respect to the Rules of Professional Conduct and all applicable disciplinary rules.

10.     Ms. Bouyea further certifies that she understands that she has an obligation to, and will, during the period of her admission promptly advise the Court of the institution of new disciplinary proceedings or any other matters that may affect her good standing before the bar or court of any jurisdiction.

11.     No previous motion has been made for the relief sought herein.

12.     The statements made herein regarding Ms. Bouyea are made upon information, knowledge, belief, and in reliance on Ms. Bouyea's Certification filed herein.

**WHEREFORE**, Applicant respectfully requests entry of an order in the form submitted herewith granting the admission, *pro hac vice,* of Laura S. Bouyea, to represent and participate in these Chapter 11 proceedings before this Court as counsel to Interested Party CSHV 1600 7th Avenue LLC.

3

Dated:  November 16, 2023                    VENABLE LLP


                                             By:   /s/ Michael A. Guerra
                                                   Michael A. Guerra
                                                   151 West 42nd Street, 49th Floor
                                                   New York, New York 10036
                                                   Telephone: 212-808-5670
                                                   Facsimile: 212-307-5598
                                                   maguerra@venable.com

                                                   and

                                                   Laura S. Bouyea*
                                                   750 E. Pratt Street, Suite 900
                                                   Baltimore, Maryland
                                                   Telephone:  (410) 244-7400
                                                   Facsimile: (410) 244-7742
                                                   Email: lsbouyea@venable.com

                                                   *Attorneys CSHV 1600 7th Avenue LLC*


 *Not admitted to practice in this court; application for *pro hac vice* admission forthcoming.