| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**VENABLE LLP**<br>151 West 42nd Street, 49th Floor<br>New York, New York 10036<br>Telephone:   (212) 808-5670<br>Facsimile:    (212) 307-5598<br>Attn:  Michael A. Guerra<br>          (MAGuerra@Venable.com)<br><br>   - and -<br><br>750 East Pratt Street, Suite 900<br>Baltimore, Maryland 21202<br>Telephone:   (410) 244-7400<br>Facsimile:    (410) 244-7742<br>Attn:    Laura S. Bouyea  (*pro hac vice* admission<br>             application forthcoming)<br>             (lsbouyea@Venable.com)<br><br>*Counsel to CSHV 1600 7th Avenue LLC* | |
| In Re:<br><br>  WEWORK INC., *et al.*,<br><br>                    Debtors.[1] | Case No.: Case No. 23-19865-JKS<br><br>Chapter: 11<br><br>(Jointly Administered)<br><br>Judge: Hon. John K. Sherwood |

## CERTIFICATE OF SERVICE OF APPLICATION FOR
## ADMISSION *PRO HAC VICE* OF LAURA S. BOUYEA

Michael A. Guerra, hereby certifies that I caused a true and correct copy of the attached Application for Admission *Pro Hac Vice* of Laura S. Bouyea to this Court in this bankruptcy case pursuant to Local Bankruptcy Rule 9010-1(b) through the Court's CM/ECF system enabling all

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork.  The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring LLC, 10300 SW Allen Blvd. Beaverton, OR 97005.

counsel and persons who have entered an appearance and requested notices to be served a copy of documents filed of record.

Dated: November 16, 2023          VENABLE LLP

By:    /s/ Michael A. Guerra
        Michael A. Guerra
        151 West 42nd Street, 49th Floor
        New York, New York 10036
        Telephone: 212-808-5670
        Facsimile: 212-307-5598
        maguerra@venable.com

and

Laura S. Bouyea*
750 E. Pratt Street, Suite 900
Baltimore, Maryland
Telephone: (410) 244-7400
Facsimile: (410) 244-7742
Email: lsbouyea@venable.com

*Attorneys CSHV 1600 7th Avenue LLC*

*Not admitted to practice in this court; application for *pro hac vice* admission forthcoming.

2