Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−19865−JKS
Chapter: 11
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  WeWork Inc.
  aka BowX Acquisition Corp., aka BowX
  Acquisition Corp.
  12 East 49th Street
  3rd Floor
  New York, NY 10017

Social Security No.:

Employer's Tax I.D. No.:
  85−1144904

## NOTICE OF JUDGMENT OR ORDER
## Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on November 16, 2023, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 160 − 46
Order Granting Application To Allow Attorney Ronald M. Tucker, Esq. as Counsel to Simon Property Group to Appear Pro Hac Vice (Related Doc # 46). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. This order has been mailed to the Treasurer of the New Jersey Lawyer's Fund for Client Protection via US mail. Signed on 11/16/2023. (rah)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: November 16, 2023
JAN: rah

Jeanne Naughton
Clerk