UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------x
In re:                                                          Chapter 11

WEWORK INC., *et al.*,                                          Case No. 23-19865 (JKS)

                      Debtors.                         Jointly Administered
------------------------------------------------------------x

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned now hereby appears as counsel for International Plaza Associates, L.P., a creditor of the Debtor, in the above captioned case and requests as provided in 11 U.S.C. §1109(b) and Federal Rules of Bankruptcy Procedure 2002, 9007, and 9010(b) (the "Bankruptcy Rules") that all notices given or required to be given, and all papers served or required to be served, be given to and served upon:

> GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP
> 125 Park Avenue, 12th Floor
> New York, New York 10017
> Attn: Kevin J. Nash, Esq.
> Tel. (212) 221-5700
> E-mail: KNash@GWFGLaw.com
>
> and
>
> SEIDMAN & PINCUS, LLC
> 777 Terrace Avenue, Suite 508
> Hasbrouck Heights, NJ 07604
> Attn: Mitchell B. Seidman, Esq.
> Tel. (201) 473-0047, ext. 101
> Email:  ms@seidmanllc.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notices of any application, motion, petition, pleadings, plans and disclosure statements, request,

complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, telegraph, telex, e-mail, internet, or otherwise filed of made with regard to the above captioned case, that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

Dated: New York, New York
November 16, 2023

>GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP
*Attorneys for International Plaza Associates, L.P.*
125 Park Avenue, 12th Floor
New York, New York 10017
Tel. (212) 221-5700
E-mail: KNash@GWFGLaw.com

>By:   /s/ Kevin J. Nash, Esq.

>and

>SEIDMAN & PINCUS, LLC
*Local counsel for International Plaza Associates, L.P.*
777 Terrace Avenue, Suite 508
Hasbrouck Heights, NJ 07604
Tel. (201) 473-0047, ext. 101
Email:  ms@seidmanllc.com

>By:   /s/ Mitchell B. Seidman, Esq.