# Notice Recipients

District/Off: 0312–2    User: admin    Date Created: 11/17/2023
Case: 23–19865–JKS    Form ID: orderntc    Total: 1

**Recipients of Notice of Electronic Filing:**
aty    Joshua Sussberg    joshua.sussberg@kirkland.com

TOTAL: 1