| Information to identify the case: | | |
|---|---|---|
| Debtor __WeWork Inc._____ <br>                Name | | EIN:    __85-1144904__ |
| United States Bankruptcy Court for the District of New Jersey <br><br>Case number:        __Lead Case 23-19865, Jointly Administered__ | | Date cases filed for chapter 11: __11/06/2023__ <br>                                    MM / DD / YYYY |

Official Form 309F (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Cases                                                     02/20

**For the debtors listed above, cases have been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered for each Debtor. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the cases imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from the debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the cases may be inspected on the website created by Claims and Noticing Agent Epiq ("EPIQ") for these chapter 11 cases at https://dm.epiq11.com/wework, the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Telephonic inquiries may be directed to Epiq .

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | |
|---|---|
| **1.** | **Debtors' full names:  WeWork Inc., et al.** <br><br>A full listing of the Debtors and their names is set forth on **Schedule I**, annexed hereto. |
| **2.** | **All other names used in     N/A <br>the last 8 years** |
| **3.** | **Address Applicable to all Debtors**         12 East 49th Street, 3rd Floor <br>                                                                  New York, NY 10017 |

| | |
|---|---|
| **4.** | **Debtors' attorneys** <br>         MICHAEL SIROTA, ESQ. <br>         WARREN A. USATINE, ESQ. <br>         FELICE R. YUDKIN, ESQ. <br>         RYAN T. JARECK, ESQ. <br>         COLE SCHOTZ PC <br>         25 MAIN STREET <br>         HACKENSACK, NEW JERSEY 07601 <br>         MSIROTA@COLESCHOTZ.COM <br>         WUSATINE@COLESCHOTZ.COM <br>         FYUDKIN@COLESCHOTZ.COM <br>         RJARECK@COLESCHOTZ.COM <br><br>         EDWARD O. SASSOWER, P.C. <br>         JOSHUA A. SUSSBERG, P.C. <br>         STEVEN N. SERAJEDDINI, P.C. <br>         CIARA FOSTER, ESQ. <br>         KIRKLAND & ELLIS LLP <br>         KIRKLAND & ELLIS INTERNATIONAL LLP <br>         601 LEXINGTON AVENUE <br>         NEW YORK, NEW YORK 10022 <br>         ESASSOWER@KIRKLAND.COM <br>         JSUSSBERG@KIRKLAND.COM <br>         SSERAJEDDINI@KIRKLAND.COM <br>         CFOSTER@KIRKLAND.COM | **Debtors' notice and claims agent (for court documents and case information inquiries):** <br><br>**EPIQ Corporate Restructuring, LLC** <br><br>Website:  https://dm.epiq11.com/wework <br><br>Email Inquiries: WeWorkinfo@epiqglobal.com <br><br>Toll Free within U.S. & Canada # 877-959-5845 <br>International # +1 (503) 852-9067 |

**Information to identify the case:**

| | | | |
|---|---|---|---|
| 5. | **Bankruptcy clerk's office**<br>Documents in these cases may be filed at this address. You may also inspect all records filed in these cases at this office or online at www.pacer.gov, or free of charge on the website for these chapter 11 cases at https://www.njb.uscourts.gov | Clerk of the Court<br>U.S. Courthouse<br>Martin Luther King Jr.<br>Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 | **Hours:** Mon-Fri. 8:30 a.m.-4:00 p.m. (ET)<br><br>**Contact phone:** Please contact EPIQ the court-appointed claims agent by calling # 877-959-5845<br>International # +1 (503) 852-9067 |
| 6. | **Meeting of creditors**<br>The debtors' representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 13, 2023, at 10:00 a.m. (E.T.)**<br><br>**BY TELEPHONE**: dial in 888-946-3502; passcode 7299449<br><br>The 341 meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*The audio of the meeting of creditors will be made available upon request.* | |
| 7. | **Proof of claim deadline** | **Deadline for filing proof of claim**<br>**For all creditors (except a governmental unit):**<br>**For a governmental unit:** | Not yet set. If a deadline is set, the court or EPIQ will send you another notice. |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov, any bankruptcy clerk's office or on the case website at **https://dm.epiq11.com/wework**. Completed proofs of claim may be submitted to EPIQ, as the official claims agent for these cases.<br><br>**If by First-Class Mail:**<br><br>WeWork Inc.<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>P.O. Box 4421<br>Beaverton, OR 97076-4421<br><br>**If by overnight courier or hand delivery:**<br><br>WeWork Inc.<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>1300 SW Allen Blvd.<br>Beaverton, OR 97005<br><br>**Or you may file your claim electronically on the case website: https://dm.epiq11.com/wework or with the bankruptcy court at the following website: www.njb.uscourts.gov and clicking on "Proof of Claim Filing"**<br><br>Your claim will be allowed in the amount scheduled unless:<br>- your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>- you file a proof of claim in a different amount; or<br>- you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office, the case website at **https://dm.epiq11.com/wework** or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:** N/A | |

| Information to identify the case: | |
|---|---|
| any required filing fee by the following deadline | |
| 9.  **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. |

**Schedule I**
**Debtor's Full Names**

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-19865 | WeWork Inc. | 85-1144904 |
| 23-19864 | 30 Hudson Street Tenant LLC | 85-1700317 |
| 23-19866 | WeWork Canada GP ULC | 98-1239880 |
| 23-19867 | WeWork Canada LP ULC | 98-1240094 |
| 23-19868 | WW Worldwide C.V. | 98-1203442 |
| 23-19870 | 9670416 CANADA Inc. | 98-1506905 |
| 23-19871 | 700 2 Street Southwest Tenant LP | 98-1467212 |
| 23-19872 | 4635 Lougheed Highway Tenant LP | 98-1443618 |
| 23-19873 | 1090 West Pender Street Tenant LP | 98-1469555 |
| 23-19874 | WeWork Companies U.S. LLC | 37-1949651 |
| 23-19875 | 222 S Riverside Plaza Tenant LLC | 82-2375465 |
| 23-19876 | 12 East 49th Street Tenant LLC | 81-2147257 |
| 23-19877 | 1 Beacon Street Tenant LLC | 81-2147257 |
| 23-19878 | 99 Chauncy Street Q LLC | 81-2147257 |
| 23-19879 | 575 5th Avenue Tenant LLC | 81-4847320 |
| 23-19880 | 1430 Walnut Street Tenant LLC | 81-4847320 |
| 23-19881 | 180 Sansome Street Tenant LLC | 83-2257086 |
| 23-19882 | 12 South 1st Street Tenant LLC | 83-3723509 |
| 23-19883 | 2221 Park Place Tenant LLC | 83-3372652 |
| 23-19884 | 7300 Dallas Parkway Tenant LLC | 82-3384557 |
| 23-19885 | 1 Belvedere Drive Tenant LLC | 82-3931950 |
| 23-19886 | 33 Arch Street Tenant LLC | 82-2936094 |
| 23-19887 | 99 High Street Tenant LLC | 83-4070091 |
| 23-19888 | 44 East 30th Street HQ LLC | 83-3976271 |
| 23-19889 | 2222 Ponce De Leon Blvd Tenant LLC | 81-4138034 |
| 23-19890 | 1 Lincoln Street Tenant LLC | 83-2929148 |
| 23-19891 | 1440 Broadway Tenant LLC | 38-4095006 |
| 23-19892 | 575 Lexington Avenue Tenant LLC | 83-1882383 |
| 23-19893 | 1 Glenwood Ave Tenant LLC | 81-4032341 |
| 23-19894 | 115 Broadway Tenant LLC | 82-1242484 |
| 23-19895 | 980 6th Avenue Tenant LLC | 84-2021345 |
| 23-19896 | 33 East 33rd Street Tenant LLC | 38-4096298 |
| 23-19897 | 225 South 6th St Tenant LLC | 81-4224193 |
| 23-19898 | 731 Sansome Street Tenant LLC | 83-1950238 |
| 23-19899 | Euclid LLC | 30-1205519 |
| 23-19900 | 1448 NW Market Street Tenant LLC | 47-5663228 |
| 23-19901 | 44 Montgomery Street Tenant LLC | 82-1353921 |
| 23-19902 | 5750 Wilshire Boulevard Tenant LLC | 83-4695616 |
| 23-19903 | 1 Milk Street Tenant LLC | 82-5236412 |
| 23-19904 | 225 W 39th Street Tenant LLC | 83-1004074 |
| 23-19905 | The we Company Management LLC | 84-2022046 |

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-19906 | 115 East 23rd Street Tenant LLC | 82-5099028 |
| 23-19907 | 9777 Wilshire Boulevard Q LLC | 84-3184415 |
| 23-19908 | 33 Irving Tenant LLC | 47-4595161 |
| 23-19909 | 75 Arlington Street Tenant LLC | 83-3679937 |
| 23-19910 | 1814 Franklin St Q LLC | 84-4043963 |
| 23-19911 | 229 West 36th Street Tenant LLC | 84-2063292 |
| 23-19912 | 1449 Woodward Avenue Tenant LLC | 81-0855856 |
| 23-19913 | 5960 Berkshire Lane Tenant LLC | 36-4915468 |
| 23-19914 | The We Company PI L.P. | 98-1498077 |
| 23-19915 | 231 11th Ave Tenant LLC | 82-5308665 |
| 23-19916 | 117 NE 1st Ave Tenant LLC | 47-4046608 |
| 23-19917 | 9830 Wilshire Boulevard Tenant LLC | 61-1908888 |
| 23-19918 | 35 East 21st Street HQ LLC | 83-2346368 |
| 23-19919 | 75 E Santa Clara Street Tenant LLC | 47-5360838 |
| 23-19920 | 1 Post Street Tenant LLC | 83-0889425 |
| 23-19921 | 44 Wall Street HQ LLC | 83-2515492 |
| 23-19922 | Insurance Services by WeWork LLC | 83-3858367 |
| 23-19923 | WeWork Companies Partner LLC | 47-1768122 |
| 23-19924 | 2323 Delgany Street Tenant LLC | 83-3146612 |
| 23-19925 | 145 W 45th Street Tenant LLC | 83-1197901 |
| 23-19926 | 599 Broadway Tenant LLC | 83-1526167 |
| 23-19927 | 35-37 36th Street Tenant LLC | 47-4087127 |
| 23-19928 | Bird Investco LLC | 82-3483296 |
| 23-19929 | 75 Rock Plz Tenant LLC | 83-1865056 |
| 23-19930 | WW 5 W 125th Street LLC | 46-5411560 |
| 23-19931 | 24 Farnsworth Street Q LLC | 84-2631191 |
| 23-19932 | 18191 Von Karman Avenue Tenant LLC | 83-4496802 |
| 23-19933 | 120 West Trinity Place Tenant LLC | 83-2382371 |
| 23-19934 | 1 South Dearborn Street Tenant LLC | 83-3571824 |
| 23-19935 | 2-4 Herald Square Tenant LLC | 47-5508694 |
| 23-19936 | 38 West 21st Street Tenant LLC | 82-5119121 |
| 23-19937 | 1450 Broadway Tenant LLC | 81-2959255 |
| 23-19938 | WW 26 JS Member LLC | 47-3795832 |
| 23-19939 | CD Locations, LLC | 92-2088967 |
| 23-19940 | 750 Lexington Avenue Tenant LLC | 82-2651068 |
| 23-19941 | Welkio LLC | 81-1385890 |
| 23-19942 | 125 S Clark Street Tenant LLC | 47-5308278 |
| 23-19943 | 2401 Elliott Avenue Tenant LLC | 36-4911910 |
| 23-19944 | 45 West 18th Street Tenant LLC | 83-3457315 |
| 23-19945 | 40 Water Street Tenant LLC | 82-2239843 |
| 23-19946 | WW 51 Melcher LLC | 46-2971986 |
| 23-19947 | 750 White Plains Road Tenant LLC | 83-2023720 |
| 23-19948 | 1453 3rd Street Promenade Q LLC | 83-4597593 |
| 23-19949 | 6 East 32nd Street WW Q LLC | 83-3779362 |

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-19950 | Cities by We LLC | 84-4203807 |
| 23-19951 | 2420 17th Street Tenant LLC | 47-4052459 |
| 23-19952 | 125 West 25th Street Tenant LLC | 82-3174277 |
| 23-19953 | 330 North Wabash Tenant LLC | 82-5075905 |
| 23-19954 | WW 79 Madison LLC | 46-4847991 |
| 23-19955 | 1 Union Square West HQ LLC | 36-4918269 |
| 23-19956 | 2425 East Camelback Road Tenant LLC | 83-1462681 |
| 23-19957 | 1825 South Grant Street Tenant LLC | 82-4292094 |
| 23-19958 | 49 West 27th Street HQ LLC | 83-2661321 |
| 23-19959 | WW 81 Prospect LLC | 46-5427116 |
| 23-19960 | WeWork 25 Taylor LLC | 45-5415403 |
| 23-19961 | 600 B Street Tenant LLC | 81-2625059 |
| 23-19962 | 755 Sansome Street Tenant LLC | 83-2229841 |
| 23-19963 | Clubhouse TS LLC | 47-4092620 |
| 23-19964 | 1455 Market Street Tenant LLC | 61-1907402 |
| 23-19965 | 332 S Michigan Tenant LLC | 47-3019907 |
| 23-19966 | 245 Livingston St Q LLC | 83-4459725 |
| 23-19967 | 128 South Tryon Street Tenant LLC | 81-1815222 |
| 23-19968 | WW 85 Broad LLC | 47-2685502 |
| 23-19969 | 10 East 38th Street Tenant LLC | 38-4094628 |
| 23-19970 | 25 West 45th Street HQ LLC | 83-2543532 |
| 23-19971 | 333 West San Carlos Tenant LLC | 47-3053623 |
| 23-19972 | Common Coffee LLC | 82-3016639 |
| 23-19973 | 130 5th Avenue Tenant LLC | 82-3895444 |
| 23-19974 | 1460 Broadway Tenant LLC | 47-3482571 |
| 23-19975 | 50 W 28th Street Tenant LLC | 83-0971689 |
| 23-19976 | WW 312 Arizona LLC | 47-3050123 |
| 23-19977 | 600 California Street Tenant LLC | 81-0735806 |
| 23-19978 | 756 W Peachtree Tenant LLC | 82-3004741 |
| 23-19979 | 250 E 200 S Tenant LLC | 83-4663981 |
| 23-19980 | 340 Bryant Street HQ LLC | 83-2408690 |
| 23-19981 | 130 Madison Avenue Tenant LLC | 83-1118482 |
| 23-19982 | 1828 Walnut St Tenant LLC | 81-2875661 |
| 23-19983 | Common Desk Daymaker LLC | 85-0777044 |
| 23-19984 | WeWork 54 West 40th LLC | 45-5461295 |
| 23-19985 | WW 350 Lincoln LLC | 47-2060726 |
| 23-19986 | 148 Lafayette Street Tenant LLC | 82-1069622 |
| 23-19987 | 10 East 40th Street HQ LLC | 83-3472399 |
| 23-19988 | 600 H Apollo Tenant LLC | 47-4303737 |
| 23-19989 | 250 Park Avenue Tenant LLC | 84-3406797 |
| 23-19990 | 77 Sands Tenant LLC | 47-3540831 |
| 23-19991 | 130 W 42nd Street Tenant LLC | 81-4916470 |
| 23-19992 | 345 4th Street Tenant LLC | 61-1907728 |
| 23-19993 | WW 379 W Broadway LLC | 46-4032927 |

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-19994 | Common Desk DE, LLC | 45-5063369 |
| 23-19995 | 255 Giralda Avenue Tenant LLC | 83-1933616 |
| 23-19996 | 50-60 Francisco Street Tenant LLC | 83-1762771 |
| 23-19997 | 149 5th Avenue Tenant LLC | 82-5216151 |
| 23-19998 | 6001 Cass Avenue Tenant LLC | 84-2180649 |
| 23-19999 | 135 E 57th Street Tenant LLC | 81-0693854 |
| 23-20000 | 77 Sands WW Corporate Tenant LLC | 84-1767229 |
| 23-20001 | WW 401 Park Avenue South LLC | 46-4166949 |
| 23-20002 | WeWork 156 2nd LLC | 45-2550044 |
| 23-20003 | 345 West 100 South Tenant LLC | 83-3588632 |
| 23-20004 | 255 Greenwich Street Tenant LLC | 84-4219273 |
| 23-20005 | 183 Madison Avenue Q LLC | 83-4347817 |
| 23-20006 | 100 Bayview Circle Tenant LLC | 83-4109430 |
| 23-20007 | Common Desk Holdings LLC | 82-4851077 |
| 23-20008 | WW 500 Yale LLC | 35-2484534 |
| 23-20009 | 255 S King St Tenant LLC | 81-4209388 |
| 23-20010 | 135 Madison Ave Tenant LLC | 82-1682802 |
| 23-20011 | 353 Sacramento Street Tenant LLC | 82-3877038 |
| 23-20012 | 601 South Figueroa Street Tenant LLC | 84-3652533 |
| 23-20013 | 149 Madison Avenue Tenant LLC | 83-1133068 |
| 23-20014 | 53 Beach Street Tenant LLC | 81-4643555 |
| 23-20015 | 77 Sleeper Street Tenant LLC | 82-4454466 |
| 23-20016 | WW 520 Broadway LLC | 47-2380453 |
| 23-20017 | WeWork 175 Varick LLC | 45-3627288 |
| 23-20018 | Common Desk OC, LLC | 47-3781705 |
| 23-20019 | 142 W 57th Street Tenant LLC | 47-5188674 |
| 23-20020 | 2600 Executive Parkway Tenant LLC | 83-3020485 |
| 23-20021 | WW 535 Mission LLC | 47-1840213 |
| 23-20022 | 15 West 27th Street Tenant LLC | 82-5055292 |
| 23-20023 | 606 Broadway Tenant LLC | 83-1242846 |
| 23-20024 | 100 Broadway Tenant LLC | 81-2823744 |
| 23-20025 | 360 NW 27th Street Tenant LLC | 35-2644991 |
| 23-20026 | 7761 Greenhouse Rd Tenant LLC | 81-3284515 |
| 23-20027 | 57 E 11th Street Tenant LLC | 83-0937807 |
| 23-20028 | WW 555 West 5th Street LLC | 47-3907086 |
| 23-20029 | 2700 Post Oak Blvd. Tenant LLC | 81-5422031 |
| 23-20030 | 1840 Gateway Dr Tenant LLC | 84-3166081 |
| 23-20031 | Common Desk Operations LLC | 92-0726548 |
| 23-20032 | 1111 Broadway Tenant LLC | 82-1005858 |
| 23-20033 | 385 5th Avenue Q LLC | 84-3136803 |
| 23-20034 | WW 600 Congress LlC | 47-1320821 |
| 23-20035 | 27-01 Queens Plaza North Tenant LLC | 81-4820193 |
| 23-20036 | WeWork 261 Madison LLC | 45-5368934 |
| 23-20037 | 150 4th Ave N Tenant LLC | 81-3027935 |

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-20038 | 609 5th Avenue Tenant LLC | 30-1113255 |
| 23-20039 | WW 641 S Street LLC | 38-3912454 |
| 23-20040 | Common Desk West 7th, LLC | 82-0749256 |
| 23-20041 | 777 6th Street NW Tenant LLC | 82-3317423 |
| 23-20042 | 429 Lenox Ave Tenant LLC | 47-3989500 |
| 23-20043 | 391 San Antonio Road Tenant LLC | 82-2595919 |
| 23-20044 | 1111 West 6th Street Tenant LLC | 83-1340087 |
| 23-20045 | WeWork Asset Management LLC | 83-2553952 |
| 23-20046 | WW 718 7th Street LLC | 38-3911938 |
| 23-20047 | 152 3rd Street Tenant LLC | 83-1020691 |
| 23-20048 | 2755 Canyon Blvd WW Tenant LLC | 83-1675519 |
| 23-20049 | 609 Greenwich Street Tenant LLC | 83-0807046 |
| 23-20050 | 100 S State Street Tenant LLC | 47-5111703 |
| 23-20051 | 400 California Street Tenant LLC | 82-2682995 |
| 23-20052 | Creator Fund Managing Member LLC | 83-3889988 |
| 23-20053 | 185 Madison Avenue Tenant LLC | 83-1450308 |
| 23-20054 | 78 SW 7th Street Tenant LLC | 81-0931680 |
| 23-20055 | WW 745 Atlantic LLC | 46-2950358 |
| 23-20056 | 430 Park Avenue Tenant LLC | 36-4918193 |
| 23-20057 | 28 2nd Street Tenant LLC | 83-2214392 |
| 23-20058 | 400 Capitol Mall Tenant LLC | 83-3253269 |
| 23-20059 | 1114 W Fulton Market Q LLC | 84-3837844 |
| 23-20060 | 609 Main Street Tenant LLC | 83-3662045 |
| 23-20061 | 1525 11th Ave Tenant LLC | 81-3105382 |
| 23-20062 | 8 W 40th Street Tenant LLC | 81-4932386 |
| 23-20063 | 100 Summer Street Tenant LLC | 84-1793455 |
| 23-20064 | 400 Concar Drive Tenant LLC | 82-4206051 |
| 23-20065 | 1115 Broadway Q LLC | 83-1828644 |
| 23-20066 | 433 Hamilton Avenue Tenant LLC | 83-0557959 |
| 23-20067 | WW 811 West 7th Street LLC | 47-2299868 |
| 23-20068 | WeWork Bryant Park LLC | 47-2433403 |
| 23-20069 | 28 West 44th Street HQ LLC | 83-2842049 |
| 23-20070 | 611 North Brand Boulevard Tenant LLC | 83-3760420 |
| 23-20071 | 18691 Jamboree Road Tenant LLC | 82-3622700 |
| 23-20072 | 80 M Street SE Tenant LLC | 81-3676950 |
| 23-20073 | FieldLens LLC | 82-1567625 |
| 23-20074 | 1115 Howell Mill Road Tenant LLC | 83-0907225 |
| 23-20075 | 400 Lincoln Square Tenant LLC | 81-0744542 |
| 23-20076 | WeWork Commons LLC | 47-2434823 |
| 23-20077 | 1560 Broadway Tenant LLC | 83-2596569 |
| 23-20078 | 800 Bellevue Way Tenant LLC | 82-3813657 |
| 23-20079 | 29 West 30th Street Tenant LLC | 83-1658622 |
| 23-20080 | 10000 Washington Boulevard Tenant LLC | 82-3809598 |
| 23-20081 | WW 995 Market LLC | 47-2957195 |

66847/0001-46516626v2

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-20082 | 615 S. Tenant LLC | 81-3573370 |
| 23-20083 | 437 5th Avenue Q LLC | 84-3350163 |
| 23-20084 | 400 Spectrum Center Drive Tenant LLC | 83-2480663 |
| 23-20085 | 1115 W Fulton Market Q LLC | 84-2809376 |
| 23-20086 | WW 5782 Jefferson LLC | 47-3035676 |
| 23-20087 | 30 Wall Street Tenant LLC | 83-2280897 |
| 23-20088 | 800 Market Street Tenant LLC | 83-1402895 |
| 23-20089 | 1875 K Street NW Tenant LLC | 47-4591471 |
| 23-20090 | Euclid WW Holdings Inc. | 84-2045444 |
| 23-20091 | WeWork Construction LLC | 82-5414168 |
| 23-20092 | 401 San Antonio Road Tenant LLC | 82-3010434 |
| 23-20093 | 625 Massachusetts Tenant LLC | 81-0972879 |
| 23-20094 | WW Brooklyn Navy Yard LLC | 46-3866035 |
| 23-20095 | 300 Morris Street Tenant LLC | 83-1735643 |
| 23-20096 | 1535 Broadway Tenant LLC | 82-0984753 |
| 23-20097 | 1150 South Olive Street Tenant LLC | 83-4257411 |
| 23-20098 | 1001 Woodward Ave Tenant LLC | 81-1276699 |
| 23-20099 | 437 Madison Avenue Tenant LLC | 32-0586821 |
| 23-20100 | 800 North High Street Tenant LLC | 84-1845180 |
| 23-20101 | 300 Park Avenue Tenant LLC | 47-4782629 |
| 23-20102 | WW BuildCo LLC | 45-0902457 |
| 23-20103 | Five Hundred Fifth Avenue HQ LLC | 37-1912321 |
| 23-20104 | 404 Fifth Avenue Tenant LLC | 47-4492984 |
| 23-20105 | 625 West Adams Street Tenant LLC | 84-1827504 |
| 23-20106 | WeWork Holdings LLC | 32-0354799 |
| 23-20107 | 154 W 14th Street Tenant LLC | 47-5627274 |
| 23-20108 | 3000 Olym Boulevard Tenant LLC | 83-1369769 |
| 23-20109 | WW Co-Obligor Inc. | 84-2045488 |
| 23-20110 | 1881 Broadway HQ LLC | 83-2609343 |
| 23-20111 | 801 B. Springs Road Tenant LLC | 82-0632571 |
| 23-20112 | 405 Mateo Street Tenant LLC | 38-4098802 |
| 23-20113 | 3000 S Robertson Blvd Q LLC | 84-3395098 |
| 23-20114 | 448 North LaSalle Street Tenant LLC | 32-0581999 |
| 23-20115 | WW Enlightened Hospitality Investor LLC | 47-4802182 |
| 23-20116 | 1155 Perimeter Center West Tenant LLC | 83-2921618 |
| 23-20117 | 1547 9th Street HQ LLC | 83-3116450 |
| 23-20118 | WeWork Interco LLC | 82-3472925 |
| 23-20119 | 63 Madison Avenue Tenant LLC | 84-4082399 |
| 23-20120 | 808 Wilshire Boulevard Tenant LLC | 84-2543857 |
| 23-20121 | 408 Broadway Tenant LLC | 82-1891584 |
| 23-20122 | 3001 Bishop Drive Tenant LLC | 30-1147613 |
| 23-20123 | 1003 East 4th Place Tenant LLC | 83-3123413 |
| 23-20124 | WW Journal Square Holdings LLC | 47-2639105 |
| 23-20125 | 1155 West Fulton Street Tenant LLC | 84-2746023 |

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-20126 | 3003 Woodbridge Ave Tenant LLC | 83-0873338 |
| 23-20127 | 820 18th Ave South Tenant LLC | 83-1639830 |
| 23-20128 | 450 Lexington Tenant LLC | 47-2129165 |
| 23-20129 | Legacy Tenant LLC | 81-3632688 |
| 23-20130 | WW Journal Square Member LLC | 47-2625210 |
| 23-20131 | 410 North Scottsdale Road Tenant LLC | 83-1317464 |
| 23-20132 | 65 East State Street Tenant LLC | 84-3239344 |
| 23-20133 | 1557 West Innovation Way Tenant LLC | 61-1911627 |
| 23-20134 | 3090 Olive Street Tenant LLC | 83-1480766 |
| 23-20135 | 1900 Market Street Tenant LLC | 81-1882704 |
| 23-20136 | 1156 6th Avenue Tenant LLC | 38-4094480 |
| 23-20137 | WW Onsite Services AAG LLC | 82-3256683 |
| 23-20138 | WeWork LA LLC | 45-3211342 |
| 23-20139 | 821 17th Street Tenant LLC | 82-4460159 |
| 23-20140 | 414 West 14th Street HQ LLC | 61-1910330 |
| 23-20141 | Mailroom Bar at 110 Wall LLC | 82-1278140 |
| 23-20142 | 101 East Washington Street Tenant LLC | 83-1966768 |
| 23-20143 | 31 St James Ave Tenant LLC | 47-5466768 |
| 23-20144 | WW Onsite Services EXP LLC | 82-0879307 |
| 23-20145 | 460 Park Ave South Tenant LLC | 82-5154363 |
| 23-20146 | 16 East 34th Street Tenant LLC | 84-1746651 |
| 23-20147 | 650 California Street Tenant LLC | 81-4984581 |
| 23-20148 | 1175 Peachtree Tenant LLC | 81-2855258 |
| 23-20149 | 3101 Park Boulevard Tenant LLC | 83-2307620 |
| 23-20150 | 83 Maiden Lane Q LLC | 84-2232372 |
| 23-20151 | WW Onsite Services LLC | 81-4810099 |
| 23-20152 | 415 Mission Street Tenant LLC | 82-1775221 |
| 23-20153 | MissionU PBC | 81-1173361 |
| 23-20154 | 311 W 43rd Street Tenant LLC | 81-3328453 |
| 23-20155 | WeWork Labs Entity LLC | 84-2257939 |
| 23-20156 | WW Onsite Services SFI LLC | 82-3247559 |
| 23-20157 | 1200 17th Street Tenant LLC | 82-3098102 |
| 23-20158 | 830 Brickell Plaza Tenant LLC | 82-4535219 |
| 23-20159 | 160 Varick Street Tenant LLC | 83-2367334 |
| 23-20160 | 101 Marietta Street North West Tenant LLC | 83-2861823 |
| 23-20161 | 6543 South Las Vegas Boulevard Tenant LLC | 83-2778965 |
| 23-20162 | 460 West 50 North Tenant LLC | 32-0579577 |
| 23-20163 | 419 Park Avenue South Tenant LLC | 83-2641064 |
| 23-20164 | 1900 Powell Street Tenant LLC | 83-0987057 |
| 23-20165 | One Gotham Center Tenant LLC | 47-4791331 |
| 23-20166 | WW Onsite Services SUM LLC | 82-3179220 |
| 23-20167 | 830 NE Holladay Street Tenant LLC | 81-4654503 |
| 23-20168 | 160 W Santa Clara St Tenant LLC | 84-5150863 |
| 23-20169 | 420 5th Avenue Q LLC | 84-3248836 |

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-20170 | 3120 139th Avenue Southeast Tenant LLC | 35-2645843 |
| 23-20171 | 1200 Franklin Avenue Tenant LLC | 83-2004211 |
| 23-20173 | 655 15th Street NW Tenant LLC | 47-5598329 |
| 23-20174 | One Metropolitan Square Tenant LLC | 83-4559826 |
| 23-20175 | WW Project Swift Development LLC | 83-4004146 |
| 23-20176 | 101 North 1st Avenue Tenant LLC | 83-2703820 |
| 23-20177 | 475 Sansome St Tenant LLC | 84-4058834 |
| 23-20178 | WeWork Little West 12th LLC | 27-3791584 |
| 23-20179 | 8305 Sunset Boulevard HQ LLC | 83-2877840 |
| 23-20180 | 315 East Houston Tenant LLC | 83-1085032 |
| 23-20181 | 420 Commerce Street Tenant LLC | 83-0918833 |
| 23-20182 | 1600 7th Avenue Tenant LLC | 82-3399887 |
| 23-20183 | 1201 3rd Avenue Tenant LLC | 82-3073754 |
| 23-20184 | WW VendorCo LLC | 47-4964134 |
| 23-20185 | 1910 North Ola Avenue Tenant LLC | 37-1915213 |
| 23-20186 | Parkmerced Partner LLC | 84-1857551 |
| 23-20187 | 655 Montgomery St Tenant LLC | 81-4171232 |
| 23-20188 | 315 W 36th Street Tenant LLC | 47-3279400 |
| 23-20189 | WeWork Magazine LLC | 47-3485969 |
| 23-20190 | 424-438 Fifth Avenue Tenant LLC | 83-3409307 |
| 23-20191 | WWCO Architecture Holdings LLC | 36-4968509 |
| 23-20192 | 8687 Melrose Avenue Tenant LLC | 82-1204528 |
| 23-20193 | 10250 Constellation Tenant LLC | 81-2844310 |
| 23-20194 | 483 Broadway Tenant LLC | 82-5269335 |
| 23-20195 | 1601 Elm Street Tenant LLC | 81-1854255 |
| 23-20196 | 1201 Wills Street Tenant LLC | 82-4905225 |
| 23-20197 | 316 West 12th Street Tenant LLC | 83-1360630 |
| 23-20198 | Play by WeWork LLC | 84-2976799 |
| 23-20199 | 655 New York Avenue Northwest Tenant LLC | 83-4279052 |
| 23-20200 | 8687 Melrose Green Tenant LLC | 82-5253491 |
| 23-20201 | 428 Broadway Tenant LLC | 47-4481575 |
| 23-20202 | 1201 Wilson Blvd Tenant LLC | 82-5290842 |
| 23-20203 | 1601 Market Street Tenant LLC | 81-0808047 |
| 23-20204 | 3200 Park Center Drive Tenant LLC | 82-2871022 |
| 23-20205 | 1920 McKinney Ave Tenant LLC | 81-1763595 |
| 23-20206 | 490 Broadway Tenant LLC | 82-5188615 |
| 23-20207 | 88 U Place Tenant LLC | 47-4612883 |
| 23-20208 | 1031 South Broadway Tenant LLC | 35-2644914 |
| 23-20209 | 660 J Street Tenant LLC | 83-2462309 |
| 23-20210 | Powered By We LLC | 82-3779356 |
| 23-20211 | 3219 Knox Street Tenant LLC | 30-1160093 |
| 23-20212 | 1240 Rosecrans Tenant LLC | 81-3013275 |
| 23-20213 | 1601 Vine Street Tenant LLC | 81-5461403 |
| 23-20214 | 880 3rd Ave Tenant LLC | 82-5017700 |

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-20215 | 500 7th Avenue Tenant LLC | 82-2172846 |
| 23-20216 | WeWork Real Estate LLC | 47-4533338 |
| 23-20217 | 3280 Peachtree Road NE Tenant LLC | 82-2670892 |
| 23-20218 | Project Caesar LLC | 61-1879586 |
| 23-20219 | 1305 2nd Street Q LLC | 84-4313037 |
| 23-20220 | 10585 Santa Monica Boulevard Tenant LLC | 83-3558761 |
| 23-20221 | 881 Peachtree Street Northeast Tenant LLC | 83-2446543 |
| 23-20222 | 161 Avenue of the Americas Tenant LLC | 84-5116924 |
| 23-20223 | 195 Montague Street Tenant LLC | 47-5332111 |
| 23-20224 | 3300 N. Interstate 35 Tenant LLC | 47-4473691 |
| 23-20225 | 660 North Capitol St NW Tenant LLC | 83-2917309 |
| 23-20226 | 8910 University Center Lane Tenant LLC | 82-1778425 |
| 23-20227 | 1330 Lagoon Ave Tenant LLC | 82-1660999 |
| 23-20228 | 725 Ponce De Leo Ave NE Tenant LLC | 38-4095728 |
| 23-20229 | Project Standby I LLC | 83-3431706 |
| 23-20230 | 500 11th Ave North Tenant LLC | 82-3645628 |
| 23-20231 | 1615 Platte Street Tenant LLC | 83-1270353 |
| 23-20232 | 729 Washington Ave Tenant LLC | 83-2169334 |
| 23-20233 | 3365 Piedmont Road Tenant LLC | 47-4765282 |
| 23-20234 | 90 South 400 West Tenant LLC | 35-2640471 |
| 23-20235 | 10845 Griffith Peak Drive Tenant LLC | 83-1546915 |
| 23-20236 | WeWork Services LLC | 47-4547918 |
| 23-20237 | Prolife Interactive LLC | 26-4745428 |
| 23-20238 | 199 Water Street Tenant LLC | 61-1908814 |
| 23-20239 | 1333 New Hampshire Avenue Northwest Tenant LLC | 35-2642667 |
| 23-20240 | 7272 Wisconsin Avenue Tenant LLC | 83-3361988 |
| 23-20241 | 501 Boylston Street Tenant LLC | 82-3608098 |
| 23-20242 | 6655 Town Square Tenant LLC | 84-3846104 |
| 23-20243 | 1619 Broadway Tenant LLC | 81-2205736 |
| 23-20244 | 901 North Glebe Road Tenant LLC | 83-3533089 |
| 23-20245 | 3600 Brighton Boulevard Tenant LLC | 83-1721382 |
| 23-20246 | PxWe Facility & Asset Management Services LLC | 83-4222109 |
| 23-20247 | WW E 42nd Street LLC | 47-1434871 |
| 23-20248 | 1372 Peachtree Street NE Tenant LLC | 81-1108619 |
| 23-20249 | WeWork Space Services Inc. | 84-1939636 |
| 23-20250 | 3900 W Alameda Ave Tenant LLC | 81-2941744 |
| 23-20251 | 10885 NE 4th Street Tenant LLC | 82-5083728 |
| 23-20252 | 901 Woodland St Tenant LLC | 81-4184471 |
| 23-20253 | 166 Geary Street HQ LLC | 83-2837137 |
| 23-20254 | 501 East Kennedy Boulevard Tenant LLC | 61-1906970 |
| 23-20255 | WW 210 N Green LLC | 46-4096146 |
| 23-20256 | 67 Irving Place Tenant LLC | 83-1102790 |
| 23-20257 | 1389 Peachtree Street Northwest Tenant LLC | 83-2986957 |
| 23-20258 | 2 Belvedere Drive Tenant LLC | 83-2580136 |

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-20259 | South Tryon Street Tenant LLC | 82-3549719 |
| 23-20260 | WeWork Space Services LLC | 83-1432640 |
| 23-20261 | 4005 Miranda Ave Tenant LLC | 83-4645468 |
| 23-20262 | WW 220 NW Eighth Avenue LLC | 47-2715120 |
| 23-20263 | 1660 Lincoln Street Tenant LLC | 83-2931627 |
| 23-20264 | 902 Broadway Tenant LLC | 82-4811807 |
| 23-20265 | 109 S 5th Street Tenant LLC | 47-5000568 |
| 23-20266 | Spacious Technologies, LLC | 84-2851303 |
| 23-20267 | WW 222 Broadway LLC | 46-1857621 |
| 23-20268 | 1400 Lavaca Street Tenant LLC | 83-1512571 |
| 23-20269 | 501 East Las Olas Blvd Tenant LLC | 85-0602981 |
| 23-20270 | 4041 Macarthur Boulevard Tenant LLC | 83-3800097 |
| 23-20271 | 6900 North Dallas Parkway Tenant LLC | 83-4467340 |
| 23-20272 | WeWork Workplace LLC | 88-2939362 |
| 23-20273 | 920 5th Ave Tenant LLC | 82-1086346 |
| 23-20274 | 167 N Green Street Tenant LLC | 83-1163686 |
| 23-20275 | WW 240 Bedford LLC | 46-4877318 |
| 23-20276 | The Hub Tenant LLC | 81-1888702 |
| 23-20277 | 1410 Broadway Tenant LLC | 83-2244595 |
| 23-20278 | WW Project Swift Member LLC | 83-2966294 |
| 23-20279 | 2 Embarcadero Center Tenant LLC | 81-0799361 |
| 23-20280 | Wildgoose I LLC | 81-2906496 |
| 23-20281 | WW 1010 Hancock LlC | 47-3298318 |
| 23-20282 | 10900 Stonelake Boulevard Tenant LLC | 84-2480585 |
| 23-20283 | 920 SW 6th Avenue Tenant LLC | 82-1867587 |
| 23-20284 | 501 Eastlake Tenant LLC | 47-5490435 |
| 23-20285 | 695 Town Center Drive Tenant LLC | 82-2734367 |
| 23-20286 | 1700 Lincoln Street Tenant LLC | 82-5030179 |
| 23-20287 | 1411 4th Avenue Tenant LLC | 82-2335499 |
| 23-20288 | WALTZ MERGER SUB LLC | 84-2798388 |
| 23-20289 | WW 1161 Mission LLC | 47-2940808 |
| 23-20290 | WW 11 John LLC | 47-2078621 |
| 23-20291 | 9200 Timpanogos Highway Tenant LLC | 82-4942752 |
| 23-20292 | 11801 Domain Blvd Tenant LLC | 81-1781552 |
| 23-20293 | WW 1328 Florida Avenue LLC | 47-2757101 |
| 23-20294 | We Rise Shell LLC | 83-2071065 |
| 23-20295 | 505 Main Street Tenant LLC | 83-0836085 |
| 23-20296 | 1099 Stewart Street Tenant LLC | 82-1135450 |
| 23-20297 | 7 West 18th Street Tenant LLC | 81-3626321 |
| 23-20298 | 1701 Rhode Island Avenue Northwest Tenant LLC | 83-1300313 |
| 23-20299 | 925 4th Avenue Tenant LLC | 82-1672380 |
| 23-20300 | 2 North LaSalle Street Tenant LLC | 84-2731726 |
| 23-20301 | WW 25 Broadway LLC | 46-2798425 |
| 23-20302 | WW 1550 Wewatta Street LLC | 47-3923435 |

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-20303 | We Work 154 Grand LLC | 27-1198775 |
| 23-20304 | 925 N La Brea Ave Tenant LLC | 47-5159569 |
| 23-20305 | 12130 Millennium Drive Tenant LLC | 81-4126904 |
| 23-20306 | 505 Park Avenue Q LLC | 84-2330923 |
| 23-20307 | WW 1601 Fifth Avenue LLC | 47-3830715 |
| 23-20308 | WW 107 Spring Street LLC | 47-2275306 |
| 23-20309 | 1725 Hughes Landing Boulevard Tenant LLC | 83-2194999 |
| 23-20310 | We Work 349 5th Ave LLC | 27-3863223 |
| 23-20311 | 71 5th Avenue Tenant LLC | 82-4336530 |
| 23-20312 | 12655 Jefferson Blvd Tenant LLC | 47-5213517 |
| 23-20313 | 11 Park Pl Tenant LLC | 81-4878791 |
| 23-20314 | WW 1875 Connecticut LLC | 46-4880015 |
| 23-20315 | WW 110 Wall LLC | 46-4920573 |
| 23-20316 | 1730 Minor Avenue Tenant LLC | 82-3911889 |
| 23-20317 | 511 W 25th Street Tenant LLC | 83-1180540 |
| 23-20318 | We Work Management LLC | 27-3869551 |
| 23-20319 | 71 Stevenson Street Q LLC | 84-3187905 |
| 23-20320 | WW 2015 Shattuck LLC | 46-5448007 |
| 23-20321 | 20 W Kinzie Tenant LLC | 47-2966463 |
| 23-20322 | WW 111 West Illinois LLC | 47-1765880 |
| 23-20323 | 17300 Laguna Canyon Road Tenant LLC | 83-4552597 |
| 23-20324 | We Work Retail LLC | 27-3110298 |
| 23-20325 | WW 2221 South Clark LLC | 46-4897668 |
| 23-20326 | 515 Folsom Street Tenant LLC | 83-1978421 |
| 23-20327 | 700 K Street NW Tenant LLC | 81-0774176 |
| 23-20328 | WW 115 18th Street LLC | 46-3990878 |
| 23-20329 | 177 E Colorado Blvd Tenant LLC | 47-5161754 |
| 23-20330 | WeInsure Holdco LLC | 83-3840829 |
| 23-20331 | 515 N State Street Tenant LLC | 82-5137257 |
| 23-20332 | WW 120 E 23rd Street LLC | 47-1494643 |
| 23-20333 | WeWork Wellness LLC | 81-5309888 |
| 23-20334 | 1775 Tysons Boulevard Tenant LLC | 81-0917002 |
| 23-20335 | 700 North Miami Tenant LLC | 88-3019432 |
| 23-20336 | 110 110th Avenue Northeast Tenant LLC | 83-3289464 |
| 23-20337 | 524 Broadway Tenant LLC | 47-4953084 |
| 23-20338 | WW Holdco LLC | 87-3590264 |
| 23-20339 | 18 West 18th Street Tenant LLC | 82-0977806 |
| 23-20340 | 200 Berkeley Street Tenant LLC | 83-4152702 |
| 23-20341 | 700 SW 5th Tenant LLC | 81-3661301 |
| 23-20342 | The We Company Management Holdings L.P. | 98-0331706 |
| 23-20343 | 180 Greary Street HQ LLC | 38-4097761 |
| 23-20344 | 110 Corcoran Street Tenant LLC | 82-1102187 |
| 23-20345 | 708 Main St Tenant LLC | 81-3054830 |
| 23-20346 | The We Company MC LLC | 84-3081981 |

66847/0001-46516626v2

| Case No. | Debtor Name | EIN |
|---|---|---|
| 23-20347 | 711 Atlantic Avenue Tenant LLC | 83-1628881 |
| 23-20348 | 525 Broadway Tenant LLC | 83-2329130 |
| 23-20349 | 110 Wall Manager LLC | 47-5224092 |
| 23-20350 | 550 Kearny Street HQ LLC | 83-3192758 |
| 23-20351 | 200 Massachusetts Ave NW Tenant LLC | 83-3176273 |
| 23-20352 | 540 Broadway Q LLC | 83-4439706 |
| 23-20353 | 1100 Ludlow Street Tenant LLC | 83-3629300 |
| 23-20354 | Edwards Ranch Tenant LLC | 82-1807647 |
| 23-20355 | 5215 North OConnor Boulevard Tenant LLC | 83-2197414 |
| 23-20356 | 1100 Main Street Tenant LLC | 84-1952169 |
| 23-20357 | 545 Boylston Street Q LLC | 84-3036891 |
| 23-20358 | 1100 15th Street NW Tenant LLC | 83-3306913 |
| 23-20359 | 200 Portland Tenant LLC | 81-3695184 |
| 23-20360 | 5161 Lankershim Boulevard Tenant LLC | 83-2664034 |
| 23-20361 | 546 5th Avenue Tenant LLC | 38-4092660 |
| 23-20362 | 4311 11th Avenue Northeast Tenant LLC | 84-1778382 |
| 23-20363 | 550 7th Avenue HQ LLC | 83-2892573 |
| 23-20364 | 200 South Biscayne Blvd Tenant LLC | 83-3203891 |
| 23-20365 | 200 South Orange Avenue Tenant LLC | 36-4913156 |
| 23-20366 | 200 Spectrum Center Drive Tenant LLC | 47-5368013 |
| 23-20367 | 201 Spear St Tenant LLC | 81-4207496 |
| 23-20368 | 2031 3rd Ave Tenant LLC | 81-1759856 |
| 23-20369 | 205 Hudson Street Tenant LLC | 81-5393431 |
| 23-20370 | 205 North Detroit Street Tenant LLC | 61-1903408 |
| 23-20371 | 21 Penn Plaza Tenant LLC | 82-5209148 |
| 23-20372 | 210 N Green Partners LLC | 47-1635418 |
| 23-20373 | 210 N Green Promoter LLC | 46-3243228 |
| 23-20374 | 2120 Berkeley Way Tenant LLC | 82-2303781 |
| 23-20375 | 21255 Burbank Boulevard Tenant LLC | 83-3521978 |
| 23-20376 | 214 West 29th Street Tenant LLC | 82-3542570 |
| 23-20377 | 22 Cortlandt Street HQ LLC | 83-2614853 |
| 23-20378 | 2201 Broadway Tenant LLC | 83-0955193 |
| 23-20379 | 221 6th Street Tenant LLC | 82-1894733 |
| 23-20380 | 2211 Michelson Drive Tenant LLC | 83-1897608 |
| 23-20381 | 222 Kearny Street Tenant LLC | 83-1907335 |
| 23-20382 | 222 North Sepulveda Tenant LLC | 81-1026484 |