UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DOUGLAS G. LENEY, ESQUIRE
**ARCHER & GREINER, P.C.**
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
Telephone: (215) 246-3151
Facsimile: (215) 963-9999
Email: dleney@archerlaw.com

    -and-

MICHAEL S. HELD, ESQUIRE
*(Pro Hac Vice* admission pending*)*
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-5859
Facsimile: (302) 252-4466
E-mail: mheld@jw.com

*Attorneys for Fairway East Kennedy Owner, LLC f/k/a AG-EREP East Kennedy Owner, LLC*

| | |
|---|---|
| In Re: | Chapter 11 |
| WEWORK INC., *et al.*[1] | Case Number: 23-19865 (JKS) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

Please take notice that Douglas G. Leney, Esquire and Michael S. Held, Esquire, hereby enter their appearance in the above-referenced bankruptcy proceeding on behalf of creditor, Fairway East Kennedy Owner, LLC f/k/a AG EREP East Kennedy Owner, LLC ("Creditor"). Douglas G. Leney,

---

[1] The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10300 SW

Esquire and Michael S. Held, Esquire enter their appearance pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").  Pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Bankruptcy Code Sections 342 and 1109(b), Douglas G. Leney, Esquire and Michael S. Held, Esquire hereby request that they be added to the service list in these cases as follows and that copies of all notices and pleadings given or filed in this case be given and served upon him at the following addresses:

> Douglas G. Leney, Esquire
> **ARCHER & GREINER, P.C.**
> Three Logan Square
> 1717 Arch Street, Suite 3500
> Philadelphia, PA 19103-7393
> Telephone: (215) 246-3151
> Facsimile: (215) 963-9999
> Email: dleney@archerlaw.com
>
> -and-
>
> Michael S. Held, Esquire
> **JACKSON WALKER LLP**
> 2323 Ross Avenue, Suite 600
> Dallas, TX 75201
> Telephone: (214) 953-5859
> Facsimile: (302) 252-4466
> E-mail: mheld@jw.com

Please take further notice that, pursuant to Bankruptcy Code Section 1109(b), the foregoing demands include not only the notices and papers referred to in the Bankruptcy Rules but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, messenger delivery, telephone facsimile, telegraph, telex or otherwise, filed or made with regard to the case and proceedings referenced herein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the Creditor's rights (i) to have final orders in noncore matters entered only after *de*

*novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other rights, claims, actions, setoffs, or recoupments to which the Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

                              ARCHER & GREINER
                              A Professional Corporation

Dated: November 17, 2023        By:   */s/ Douglas G. Leney*
                                                    Douglas G. Leney, Esquire
                                                    Three Logan Square
                                                    1717 Arch Street, Suite 3500
                                                    Philadelphia, PA 19103
                                                    Telephone: (215) 246-3151
                                                    Facsimile: (215) 963-9999
                                                    Email: dleney@archerlaw.com

                                                           -and-

                                                    JACKSON WALKER L.L.P.
                                                    Michael S. Held, Esquire
                                                    2323 Ross Avenue, Suite 600
                                                    Dallas, TX 75201
                                                    Telephone: (214) 953-5859
                                                    Facsimile: (302) 252-4466
                                                    E-mail: mheld@jw.com

                                       *Attorneys for Fairway East Kennedy Owner, LLC*
                                       *f/k/a AG-EREP East Kennedy Owner, LLC*