UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DOUGLAS G. LENEY, ESQUIRE
**ARCHER & GREINER, P.C.**
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
Telephone: (215) 246-3151
Facsimile: (215) 963-9999
Email: dleney@archerlaw.com

*Attorneys for Fairway East Kennedy Owner, LLC f/k/a AG-EREP East Kennedy Owner, LLC*

In Re:

WEWORK INC., *et al.*[1]

Debtors.

Chapter 11

Case Number: 23-19865 (JKS)
(Joint Administration Requested)

Judge: Hon. John K. Sherwood

## APPLICATION FOR AN ORDER FOR ADMISSION
## *PRO HAC VICE* OF MICHAEL S. HELD

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Michael S. Held, Esq. of the law firm of Jackson Walker LLP, to represent Fairway East Kennedy Owner, LLC f/k/a AG-EREP East Kennedy Owner, LLC in the above-captioned chapter 11 case(s). In support of this application, counsel submits the attached Certification of Michael S. Held, and requests that the proposed form of order submitted herewith

---

[1] The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10300 SW

be entered. Counsel certifies that he is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

Date: November 17, 2023                    */s/ Douglas G. Leney*
                                                  Douglas Leney
                                                  ARCHER & GREINER, P.C.
                                                  Three Logan Square
                                                  1717 Arch Street, Suite 3500
                                                  Philadelphia, PA 19103
                                                  Telephone: (215) 246-3151
                                                  Facsimile: (215) 963-9999
                                                  E-mail: dleney@archerlaw.com

                                                  *Attorneys for Fairway East Kennedy Owner,*
                                                  *LLC f/k/a AG-EREP East Kennedy Owner, LLC*

228037764 v1