UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DOUGLAS G. LENEY, ESQUIRE
**ARCHER & GREINER, P.C.**
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, PA 19103
Telephone: (215) 246-3151
Facsimile: (215) 963-9999
Email: dleney@archerlaw.com

*Attorneys for Fairway East Kennedy Owner, LLC f/k/a AG-EREP East Kennedy Owner, LLC*

| | |
|---|---|
| In Re:<br><br>WEWORK INC., *et al.*[1]<br><br>Debtors. | Chapter 11<br><br>Case Number: 23-19865 (JKS)<br>(Joint Administration Requested)<br><br>Judge: Hon. John K. Sherwood |

## CERTIFICATION OF MICHAEL S. HELD

I, Michael S. Held, Esquire, hereby certify as follows:

1. I am a partner of the law firm of Jackson Walker LLP, counsel to Fairway East Kennedy Owner, LLC f/k/a AG-EREP East Kennedy Owner, LLC. My office is located at 2323 Ross Avenue, Suite 600, Dallas, TX 75201. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of Texas on 11/2/1990. I was admitted to practice before the below courts as follows:

---

[1] The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10300 SW

| | | |
|---|---|---|
| • | U.S. District Court for the Northern District of Texas | 11/19/1990 |
| • | U.S. District Court for the Southern District of Texas | 3/5/1991 |
| • | U.S. District Court for the Western District of Texas | 10/17/1991 |
| • | U.S. District Court for the Eastern District of Texas | 3/19/1991 |
| • | U.S. Court of Appeals for the Eleventh Circuit | 7/25/1997 |
| • | U.S. Court of Appeals for the Fifth Circuit | 8/24/1994 |

3.  I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

4.  No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5.  I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6.  I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: November 17, 2023

*/s/ Michael S. Held*
Michael S. Held
JACKSON WALKER LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-5859
Facsimile: (214) 953-6000
Email: mheld@jw.com

228037764 v1