**SQUIRE PATTON BOGGS (US) LLP**
Mark C. Errico, Esq.
382 Springfield Ave., Suite 300
Summit, NJ 07401
Telephone: (973) 848-5600
Facsimile: (973) 848-5601
Email: mark.errico@squirepb.com

Jeffrey N. Rothleder (to be admitted *pro hac vice*)
2500 M Street NW
Washington DC 20037
Telephone (202) 457-6000
Facsimile: (202) 457-6315
Email: jeffrey.rothleder@squirepb.com

Peter R. Morrison (to be admitted *pro hac vice*)
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
Email: peter.morrison@squirepb.com

*ATTORNEYS FOR DELAWARE TRUST COMPANY,*
*AS SUCCESSOR INDENTURE TRUSTEE*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 23-19865 (JKS)<br><br>(Jointly Administered) |

### CERTIFICATION OF JEFFREY N. ROTHLEDER IN SUPPORT OF APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

I, Jeffrey N. Rothleder, of full age, hereby certify as follows:

---

[1] The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

1. I am a partner with the law firm of Squire Patton Boggs (US) LLP, 2550 M Street NW, Washington, D.C., 20037.

2. I make this certification in connection with my application to be admitted *pro hac vice* in the above captioned bankruptcy cases to represent Delaware Trust Company, as successor indenture trustee for the 12.00% Third Lien Senior Secured PIK Notes Due 2027, as counsel.

3. I am a member in good standing of the bars of the following courts, to which I was admitted in the years indicated:

| | |
|---|---|
| U.S. District Court, District of Columbia | April 2005 |
| U.S. District Court, Eastern District of Virginia | May 2017 |
| U.S. Bankruptcy Court, Western District of Virginia | August 2020 |
| U.S. District Court, District of Maryland | May 2003 |
| Second Circuit Court of Appeals | June 2016 |
| Fourth Circuit Court of Appeals | May 2003 |
| State Bar of Maryland | December 2002 |
| State Bar of Virginia | February 2017 |
| Bar of the District of Columbia | April 2005 |

4. I am not under suspension or disbarment by any court.

5. I have no disciplinary proceeding pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund For Client Protection in accordance with New Jersey Court Rule 1:28-2.

7. I have familiarized myself with the Local Rules of Bankruptcy Procedure promulgated by this Court and will at all times conduct myself in accordance with such Rules during the conduct of these cases.

8. I understand that if I am admitted *pro hac vice* to this Court, I am within its disciplinary jurisdiction and I voluntarily consent to the same and certify that I will abide with all rules, regulations and orders of this Court.

2

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2023
Washington, D.C.

/s/ *Jeffrey N. Rothleder*
Jeffrey N. Rothleder