**SQUIRE PATTON BOGGS (US) LLP**
Mark C. Errico, Esq.
382 Springfield Ave., Suite 300
Summit, NJ 07401
Telephone: (973) 848-5600
Facsimile: (973) 848-5601
Email: mark.errico@squirepb.com

Jeffrey N. Rothleder (to be admitted *pro hac vice*)
2500 M Street NW
Washington DC 20037
Telephone (202) 457-6000
Facsimile: (202) 457-6315
Email: jeffrey.rothleder@squirepb.com

Peter R. Morrison (to be admitted *pro hac vice*)
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
Email: peter.morrison@squirepb.com

*ATTORNEYS FOR DELAWARE TRUST COMPANY,*
*AS SUCCESSOR INDENTURE TRUSTEE*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br>WEWORK INC., *et al.*,<br>Debtors.[1] | Chapter 11<br>Case No.: 23-19865 (JKS)<br>(Jointly Administered) |

### APPLICATION TO ADMIT PETER R. MORRISON *PRO HAC VICE*

**TO:    PARTIES ON THE COURT'S ELECTRONIC MAIL NOTICE LIST**

---

[1] The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**PLEASE TAKE NOTICE** that pursuant to Rule 2090-1 of the District of New Jersey Local Bankruptcy Rules, Squire Patton Boggs (US) LLP, counsel for Delaware Trust Company, as successor indenture trustee for the 12.00% Third Lien Senior Secured PIK Notes Due 2027 (the "<u>Delaware Trust</u>"), parties in interest in the above-captioned cases, hereby makes the application before the United States Bankruptcy Court for the District of New Jersey, for the entry of an Order admitting Peter R. Morrison of the law firm Squire Patton Boggs (US) LLP *pro hac vice* in the within proceeding to represent Delaware Trust.

The undersigned relies upon the Certifications of Peter R. Morrison and Mark C. Errico in support of this application.

The undersigned hereby requests that, in accordance with D.N.J. LBR 2090-1, if no objection to the within application is filed within seven (7) days, the application be granted and the proposed form of Order be entered.

Dated:  November 17, 2023
Summit, New Jersey

Respectfully submitted,

**SQUIRE PATTON BOGGS (US) LLP**

<u>/s/ *Mark C. Errico*</u>
Mark C. Errico, Esq.
382 Springfield Ave., Suite 300
Summit, NJ 07401
Telephone: (973) 848-5600
Facsimile: (973) 848-5601
Email: mark.errico@squirepb.com

*Attorneys for Delaware Trust Company, as successor indenture trustee*