**SQUIRE PATTON BOGGS (US) LLP**
Mark C. Errico, Esq.
382 Springfield Ave., Suite 300
Summit, NJ 07401
Telephone: (973) 848-5600
Facsimile: (973) 848-5601
Email: mark.errico@squirepb.com

Jeffrey N. Rothleder (to be admitted *pro hac vice*)
2500 M Street NW
Washington DC 20037
Telephone (202) 457-6000
Facsimile: (202) 457-6315
Email: jeffrey.rothleder@squirepb.com

Peter R. Morrison (to be admitted *pro hac vice*)
1000 Key Tower
127 Public Square
Cleveland, OH 44114
Telephone: (216) 479-8500
Facsimile: (216) 479-8780
Email: peter.morrison@squirepb.com

*ATTORNEYS FOR DELAWARE TRUST COMPANY,*
*AS SUCCESSOR INDENTURE TRUSTEE*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No.: 23-19865 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATION OF MARK C. ERRICO IN SUPPORT OF APPLICATION FOR**
<u>**ADMISSION OF ATTORNEY *PRO HAC VICE* OF PETER R. MORRISON**</u>

I, Mark C. Errico, of full age, hereby certify as follows:

---

[1] The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

1. I am a partner with the law firm of Squire Patton Boggs (US) LLP, 382 Springfield Ave., Suite 300, Summit, New Jersey 07401. I am admitted to practice law in the State of New Jersey and the United States District Court for the District of New Jersey.

2. I make this Certification in support of the application of Peter R. Morrison to practice before this court *pro hac vice* pursuant to D.N.J LBR 2090-1. The facts contained in the Certification of Mr. Morrison are true and correct to the best of my knowledge, information, and belief.

3. I am counsel of record in this matter and will work closely with Mr. Morrison. As counsel of record, I will sign all pleadings, briefs, and other papers filed with the Court and understand that I will be held responsible for Mr. Morrison and the conduct of these cases.

4. I certify that the foregoing statements are true to the best of my knowledge, information, and belief under penalty of perjury.

Dated: November 17, 2023

                                                  */s/ Mark C. Errico*
                                                  Mark C. Errico