**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(a)

Benesch, Friedlander, Coplan & Aronoff LLP
Kevin M. Capuzzi (NJ No. 173442015)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
kcapuzzi@beneschlaw.com

*Counsel to L&B CIP 625 Mass Ave, LLC*

In re:

WEWORK, INC., *et al.*,

Debtors.[1]

Chapter 11

Case No. 23-19865 (JKS)

(Jointly Administered)

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICES PURSUANT TO BANKRUPTCY RULE 2002**

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, Kevin M. Capuzzi, Esquire and the law firm of Benesch, Friedlander, Coplan & Aronoff LLP and Alex F. Mattera, Esquire and the law firm of Pierce Atwood LLP hereby appear for **L&B CIP 625 Mass Ave, LLC**, in the above-captioned proceeding, and request that notice of all papers, including but not limited to orders, reports, pleadings, motions, applications or petitions, requests, disclosure statements, answering and reply papers, and notice of all hearings or other

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

23472665

proceedings, whether transmitted by mail, hand-delivery, telephone, telegraph, telex or otherwise, relating to any issue which may be raised in the above-captioned case be sent to:

| | |
|---|---|
| Kevin M. Capuzzi<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>Continental Plaza II<br>411 Hackensack Ave., 3rd Floor<br>Hackensack, NJ 07601-6323<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>Email:  kcapuzzi@beneschlaw.com | Alex F. Mattera<br>PIERCE ATWOOD LLP<br>100 Summer Street, 22nd Floor<br>Boston, MA 02110<br>Telephone:  (617) 488-8112<br>Facsimile:  (617) 824-2020<br>Email:  amattera@pierceatwood.com |

Dated: November 20, 2023

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By: */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ 173442015)
Continental Plaza II
411 Hackensack Ave., 3rd Floor
Hackensack, NJ 07601-6323
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email:  kcapuzzi@beneschlaw.com

*Counsel to L&B CIP 625 Mass Ave, LLC*

**CERTIFICATE OF SERVICE**

I, Kevin M. Capuzzi, do hereby certify that on the 20th day of November 2023 I caused a copy of the foregoing document to be served through the ECF system, and that copies will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF).

 */s/ Kevin M. Capuzzi*
Kevin M. Capuzzi (NJ 173442015)