# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. Docket Nos. 139-142** |

## CERTIFICATE OF SERVICE

I, DAVID RODRIGUEZ, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 16, 2023, I caused to be served the following:

   a. "Notice of Debtors' Motion for Entry of an Administrative Fee Order Establishing Procedures for the Allowance and Payment of Interim Compensation and Reimbursement of Expenses of Professionals Retained by Order of the Court," dated November 15, 2023 [Docket No. 139], (the "Administrative Fee Motion"),

   b. "Notice of Hearing on Debtors' Motion for Entry of an Order (I) Authorizing and Establishing Procedures for the Compromise and Settlement of De Minimis Claims, (II) Approving the Form and Manner of the Notice of Settlement, and (III) Granting Related Relief," dated November 15, 2023 [Docket No. 140], (the "De Minimis Claims Motion"),

   c. "Notice of Hearing on Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business," dated November 15, 2023 [Docket No. 141], (the "OCP Motion"), and

   d. "Notice of Hearing on Debtors' Motion for Entry of an Order (I) Authorizing and Establishing Procedures for the De Minimis Asset Transactions; (II) Authorizing

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

      and Establishing Procedures for De Minimis Asset Abandonment; (III) Approving the Form and Manner of the Notice of De Minimis Asset Transactions and Abandonment; and (IV) Granting Related Relief," dated November 15, 2023 [Docket No. 142], (the "De Minimis Asset Motion"),

by causing true and correct copies of the:

i. Administrative Fee Motion, De Minimis Claims Motion and De Minimis Asset Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

ii. Administrative Fee Motion, De Minimis Claims Motion and De Minimis Asset Motion, to be delivered via electronic mail to those parties listed on the annexed Exhibit B,

iii. OCP Motion, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit C, and

iv. OCP Motion, to be delivered via electronic mail to those parties listed on the annexed Exhibit D.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                     */s/ David Rodriguez*
                                                      David Rodriguez

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 1619 BROADWAY REALTY LLC, A/K/A MACK REAL ESTATE | 60 COLUMBUS CIRCLE, 20TH FLOOR NEW YORK NY 10023 |
| INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP | (COUNSEL TO 11 PARK PLACE LLC) ATTN: MICHAEL D CAPOZZI 150 EAST 42ND STREET, 19TH FLOOR NEW YORK NY 10017 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| KUCKER, MARINO, WINIARSKY & BITTENS LLP | (COUNSEL TO G.S.505 PARK, LLC ET AL) ATTN: EDMOND O'BRIEN 747 THIRD AVENUE, 17TH FLOOR NEW YORK NY 10017 |
| NORTHERN MARIANA ISLANDS AG | ATTN EDWARD MANIBUSAN CALLER BOX 10007 SAIPAN MP 96950-8907 |
| OFFICE OF THE US TRUSTEE | ATTN FRAN B STEELE, ESQ & PETER J D'AURIA, ESQ ONE NEWARK CENTER STE 2100 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN FAINU'ULELEI FALEFATU ALA'ILIMAUTU AMERICAN SAMOA GOVT EXEC OFC BLDG UTULEI TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | CONSUMER PROTECTION SECTION ATTN BANKRUPTCY NOTICES 455 GOLDEN GATE AVE STE 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN KRIS W KOBACH 120 SW 10TH AVE 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN DANIEL CAMERON 700 CAPITOL AVE STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN MATTHEW J PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN BRIDGET HILL 109 STATE CAPITAL 200 W 24TH ST CHEYENNE WY 82002 |
| THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C. | (COUNSEL TO PRESIDIO NETWORKED SOLUTIONS, INC.) ATTN: MICHAEL B. PUGH 2 SUN COURT, SUITE 400 PEACHTREE CORNERS GA 30092 |
| UNITED STATES ATTORNEYS OFFICE | DISTRICT OF NEW JERSEY 970 BROAD ST 806 NEWARK NJ 07102 |

**Total Creditor count  26**

# EXHIBIT B

| WeWork Inc. Core/Top 30/NOA Electronic Service List ||
|---|---|
| **Name** | **Email** |
| 1460 LEASEHOLD SWIGHM LLC | jdvacker@merprop.com |
| 2 NINTH AVENUE PARTNERS LLC | ACCOUNTSRECEIVABLE@WMGOTTLIEB.COM |
| 260261 MADISON AVENUE LLC | RM@sapir.com |
| 400 CALIFORNIA LLC | kmouton@kennedywilson.com |
| 500512 SEVENTH AVENUE LP | ALICE.CHEN@CUSHWAKE.COM |
| 54 WEST 40TH REALTY LLC | eric@alliedpartners.com |
| AKERMAN LLP | mark.lichtenstein@akerman.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| BALLARD SPAHR LLP | hubenb@ballardspahr.com; branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| BCSP DENVER PROPERTY LLC | JULIE.BOWDEN@BPRETAIL.COM |
| BEACON CAPITAL PARTNERS LLC | khoffman@beaconcapital.com |
| BELKIN BURDEN GOLDMAN, LLP | Jsolomon@bbgllp.com |
| BROADWAY CONTINENTAL CORP | adam@currentreadvisors.com |
| BROOKFIELD PROPERTIES RETAIL INC., AS AGENT | bk@bpretail.com |
| Charles E. Boulbol, P.C. | rtrack@msn.com |
| Chiesa Shahinian & Giantomasi PC | jbondy@csglaw.com |
| Chiesa Shahinian & Giantomasi PC | szuber@csglaw.com |
| CIM GROUP | jtao@cimgroup.com |
| COHEN BROTHERS REALTY CORPORATION | mhorowitz@cohenbrothers.com |
| COLE SCHOTZ | jnovak@coleschotz.com |
| COOLEY LLP | ltiari@cooley.com |
| COOLEY LLP | mklein@cooley.com; lreichardt@cooley.com; elazerowitz@cooley.com |
| CP 1875 K STREET LLC | jprentice@carrprop.com |
| CTO21 ACQUISITIONS II LLC | dsmith@ctoreit.com |
| CUSHMAN  WAKEFIELD | noelle.perkins@cushwake.com |
| DAVIS POLK  WARDWELL LLP | eli.vonnegut@davispolk.com |
| DAVIS POLK & WARDWELL LLP | ELI.VONNEGUT@DAVISPOLK.COM; ELLIOT.MOSKOWITZ@DAVISPOLK.COM; NATASHA.TSIOURIS@DAVISPOLK.COM; JONAH.PEPPIATT@DAVISPOLK.COM |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |

| | |
|---|---|
| DORSEY & WHITNEY LLP | kohn.sam@dorsey.com; yulisa.courina@dorsey.com; clark.monica@dorsey.com |
| GENOVA BURNS LLC | dstolz@genovaburns.com; DClarke@genovaburns.com |
| GOULSTON & STORRS PC | bgage@goulstonstorrs.com; drosner@goulstonstorrs.com |
| GREENBERG TRAURIG LLP | BRODYA@GTLAW.COM |
| HALPERIN BATTAGLIA BENZIJA, LLP | wbenzija@halperinlaw.net; ahalperin@halperinlaw.net |
| JAMESTOWN LP | amurray@jamestownLP.com |
| JOHN HANCOCK LIFE INSURANCE COMPANY USA | tsamoluk@jhancock.com |
| KELLEY DRYE & WARREN LLP | JCARR@KELLEYDRYE.COM; KELLIOTT@KELLEYDRYE.COM; PWEINTRAUB@KELLEYDRYE.COM |
| KELLEY DRYE & WARREN LLP | rlehane@kelleydrye.com; jraviele@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| KUDMAN TRACHTEN ALOE POSNER LLP | paloe@kudmanlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MAYORE ESTATES LLC | bstern@ngkf.com |
| MCDERMOTT WILL & EMERY LLP | mkandestin@mwe.com |
| MCDERMOTT WILL & EMERY LLP | crgibbs@mwe.com; mwombacher@mwe.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | gbressler@mdmc-law.com |
| MCGUIRE, CRADDOCK & STROTHER, P.C. | mchevallier@mcslaw.com |
| MORI TRUST CO LTD | tanaka-yo@mori-trust.co.jp |
| MOZAIC PARTNERS LLC | Jackie@Ackerberg.com |
| NUVEEN REAL ESTATE  TIAA | chad.phillips@nuveen.com |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | email@guamag.org; ADMINISTRATION@OAGGUAM.ORG |
| OFFICE OF THE US TRUSTEE | Peter.J.D'Auria@usdoj.gov; fran.B.Steele@usdoj.gov |
| OFFIT KURMAN, P.A. | pwinterhalter@offitkurman.com |
| ONNI GROUP | gregwilks@onni.com |
| REED SMITH LLP | apiccione@reedsmith.com; mhouston@reedsmith.com |
| RFRK 77 SANDS OWNER LLC | jreifler@rfr.com |
| RFRK 81 PROSPECT OWNER LLC | jreifler@rfr.com |

| | |
|---|---|
| RIKER DANZIG LLP | jschwartz@riker.com; tschellhorn@riker.com; gtoma@riker.com |
| RIVKIN RADLER LLP | ana.parikh@rivkin.com |
| ROSENBERG & ESTIS, P.C. | jgiampolo@rosenbergestis.com; hkingsley@rosenbergestis.com |
| RUBIN LLC | prubin@rubinlawllc.com |
| SECURITIES AND EXCHANGE COMMISSION | CHAIRMANOFFICE@SEC.GOV |
| Sherman, Silverstein, Kohl, Rose & Podolsky, P.A | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com |
| SIMON PROPERTY GROUP, INC. | rtucker@simon.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| SSL LAW FIRM LLP | ivo@ssllawfirm.com |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | AG@LA.AS.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | AGInfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | Attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | AGCARR@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | AGLabrador@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ConstituentServices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | AgInfo@ag.nv.gov |

| | |
|---|---|
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW YORK ATTORNEY GENERAL | NYAG.Pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | Trish.Lazich@OhioAttorneyGeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | AttorneyGeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | tnattygen@ag.tn.gov |
| STATE OF TEXAS ATTORNEY GENERAL | complaints@oag.texas.gov |
| STATE OF UTAH ATTORNEY GENERAL | uag@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | emailmailoag@oag.state.va.us |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| STRADLEY RONON STEVENS & YOUNG, LLP | dpereira@stradley.com |
| STRADLEY RONON STEVENS & YOUNG, LLP | jmmurphy@stradley.com |
| THE ALTER GROUP | michael@altergroup.com |
| THE PLATFORM LLC | clewis@theplatform.city |
| U.S. BANK GLOBAL CORPORATE TRUST AND CUSTODY | justin.shearer@usbank.com |
| UNITARIAN UNIVERSALIST ASSOCIATION | amcgeorge@uua.org |
| US BANK TRUST COMPANY NA | christopher.grell@usbank.com |
| US VIRGIN ISLANDS ATTORNEY GENERAL | info@usvidoj.com |
| WALTER SAMUELS INC | pweiss@walter-samuels.com |
| WEBBER MCGILL LLC | dmcgill@webbermcgill.com |
| WEIL GOTSHAL MANGES LLP | kevin.bostel@weil.com |
| WESTFIELD FULTON CENTER LLC | aline.taireh@urw.com |
| WeWork Inc. | legal@wework.com |
| WOLLMUTH MAHER DEUTSCH LLP | pdefilippo@wmd-law.com; jlawlor@wmd-law.com; jpacelli@wmd-law.com sfitzgerald@wmd-law.com |

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| ABNR COUNSELORS AT LAW | GRAHA CIMB NIAGA 24TH FLOOR JL. JEND. SUDIRMAN KAV. 58 JAKARTA 12190 INDONESIA |
| ACCENTURE LLP | 500 W. MADISON STREET 20TH FLOOR CHICAGO IL 60661 |
| AKERMAN LLP | P.O.BOX 4906 ORLANDO FL 32802 |
| AL TAMIMI & CO. | AL SILA TOWER, 26TH FLOOR ABU DHABI GLOBAL MARKET SQUARE AL MARYAH ISLAND, PO BOX 44046, ABU DHABI UNITED ARAB EMIRATES |
| AUGUST DEBOUZY | AUGUST DEBOUZY 7, RUE DE TEHERAN PARIS 75008 FRANCE |
| AXIOM GLOBAL USA | AXIOM LAW 33 WEST MONROE STREET SUITE 200 CHICAGO IL 60603 |
| BAKER & MCKENZIE LLP AUSTRALIA | BAKER & MCKENZIE LLP AUSTRALIA LEVEL 19 181 WILLIAM STREET MELBOURNE VIC 3000 AUSTRALIA |
| BARREDA MOLLER | AV. ANGAMOS OESTE 1200 MIRAFLORES LIMA 15073 PERU |
| BDO USA | P.O. BOX 642743 PITTSBURGH PA 15264 |
| BERGSTEIN ABOGADOS | BERGSTEIN ABOGATOS AV. 18 DE JULIO 1117 P.5. MONTEVIDEO CP 11.100 URUGUAY |
| BLACK OAK | 168 ROBINSON RD #10-01 CAPITAL TOWER SINGAPORE 068912 SINGAPORE |
| BLAKE, CASSELS & GRAYDON LLP | BLAKE, CASSELS & GRAYDON LLP 199 BAY STREET SUITE 4000 TORONTO ON M5L 1A9 CANADA |
| BLANK ROME LLP | BLANK ROME LLP 1271 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| BRIGARD & CASTRO S.A.S. | CALLE 70 BIS # 4- 41 BOGOTA D.C. 11023 COLOMBIA |
| BUCHANAN INGERSOLL & ROONEY | BUCHANAN INGERSOLL & ROONEY 500 DELAWARE AVE, SUITE 720 WILMINGTON DE 19801 |
| CABINET BEAU DE LOMENIE | 158 RUE DE L'UNIVERSITE 75340 PARIS CEDEX 07 FRANCE |
| CAHILL GORDON & REINDEL | 32 OLD SLIP WAY NEW YORK NY 10005 |
| CHATHAM PARTNERS RECHTSANWALTE | NUNEZ MULLER SCHAFER FISCHER PARTG MBB CHATHAM PARTNERS NEUER WALL 50 HAMBURG 20354 GERMANY |
| CLINTONS | CLINTONS 2 ST GILES SQUARE LONDON WC2H 8AP UNITED KINGDOM |
| CMS DEBACKER | CH. DE LA HULPE 178 BRUSSELS B-1170 BELGIUM |
| CMS GRAU | STA. MARIA 110 MIRAFLORES 15074 PERU |
| COVINGTON & BURLING LLP | COVINGTON & BURLING LLP ONE CITY CENTER 850 TENTH STREET, NW WASHINGTON DC 20001-4956 |
| CUATRECASAS PORTUGAL | AV. FONTES PEREIRA DE MELO 6 LISBON 1050-121 PORTUGAL |
| CUATRECASAS SPAIN | C. DE ALMAGRO, 9 MADRID 28010 SPAIN |
| CYWIAK & COMPANY LLP | 19 WEST 44TH STREET SUITE 510 NEW YORK NY 10036 |
| DEBEVOISE & PLIMPTON LLP | DEBEVOISE & PLIMPTON LLP 66 HUDSON BOULEVARD NEW YORK NY 10001 |
| DLA PIPER AUSTRALIA | GADIGAL COUNTRY LEVEL 22, NO.1 MARTIN PLACE GPO BOX 4082 SYDNEY NSW 2001 AUSTRALIA |
| DLA PIPER DENMARK LAW FIRM P/S | OSLO PL. 2 KOBENHAVN O 2100 DENMARK |
| DLA PIPER LLP US | DLA PIPER 444 W LAKE ST #900 CHICAGO IL 60606 |
| DLA PIPER UNITED KINGDOM | 160 ALDERSGATE ST, BARBICAN LONDON EC1A 4HT UNITED KINGDOM |
| EPSTEIN BECKER GREEN, PC | 875 3RD AVE NEW YORK NY 10022 |
| FITCH LAW PARTNERS | FITCH LAW PARTNERS LLP 84 STATE STREET BOSTON MA 02109 |
| FROSS ZELNICK LEHRMAN & ZISSU PC | 151 WEST 42ND STREET 17TH FLOOR NEW YORK NY 10036 |
| GILBERT & TOBIN | LEVEL 25, 101 COLLINS STREET MELBOURNE VIC 3000 AUSTRALIA |
| GOWLING WLG (CANADA) LLP | P. O. BOX 466, STN. D 2600 160 ELGIN STREET OTTAWA ON K1P 1C3 CANADA |
| GREENBERG TRAURIG LLP [DORAL] | 500 CAMPUS DRIVE SUITE 400 FLORHAM PARK NJ 07932-0677 |
| GREENBERG TRAURIG TOKYO | MEIJI YASUDA SEIMEI BUILDING 14F 2-1-1 MARUNOUCHI, CHIYODA-KU TOKYO 100-0005 JAPAN |
| GRUNECKER PATENT- UND | RECHTSANWALTE PARTG MBB LEOPOLDSTRASSE 4 BAYERN MUNCHEN 80802 GERMANY |
| GUN DANISMANLIK HIZMETLERI LTD. STI. | ESENTEPE MAH. KORE SEHITLERI CAD. NO. 17 ZINCIRLIKUYU ISTANBUL 34394 TURKEY |
| HERRICK, FEINSTEIN LLP | HERRICK, FEINSTEIN LLP TWO PARK AVENUE NEW YORK NY 10016 |
| INVENTURE IP | C 1/8 SECTOR 36 NOIDA 201301 INDIA |
| JIPYONG LLC | 26F, GRAND CENTRAL A, 14 SEJONG-DAERO JUNG-GU SEOUL 04527 SOUTH KOREA |
| KARAVAS KIELY SCHLOSS & WHITMAN LLP | KARAVAS, KIELY, SCHLOSS & WHITMAN LLP 1800 CENTURY PARK E STE 200 LOS ANGELES |

| Claim Name | Address Information |
|---|---|
| KARAVAS KIELY SCHLOSS & WHITMAN LLP | CA 09006 |
| KAUFMAN DOLOWICH & VOLUCK LLP | KAUFMAN DOLOWICH & VOLUCK LLP 135 CROSSWAYS PARK DRIVE SUITE 201 WOODBURY NY 11797 |
| KIM & CHANG | JEONGDONG BUILDING 17F, 21-15 JEONGDONG-GIL JUNG-GU SEOUL 04518 SOUTH KOREA |
| KING & WOOD MALLESONS (MELBOURNE) | LEVEL 27 COLLINS ARCH 447 COLLINS STREET MELBOURNE VIC 3000 AUSTRALIA |
| KINSTELLAR | PALAC MYSLBEK NA PRIKOPE 19 PRAGUE 110 00 CZECH REPUBLIC |
| KNAUTHE RECHTSANWALTE | PARTNERSCHAFT LEIPZIGER PLATZ 10 BERLIN 10117 GERMANY |
| KPMG LLP (DBA KPMG) | DEPT 0511, P.O. BOX 120511 DALLAS TX 75312-0511 |
| LEASON ELLIS LLP | ONE BARKER AVE, 5TH FLOOR WHITE PLAINS NY 10601-1526 |
| LEE AND LI ATTORNEYS-AT-LAW | 8F, NO.555 SEC. 4, ZHONGXIAO E. ROAD TAIWAN TAIPEI 11072 CHINA |
| LEXFIELD LAW OFFICES | SUITE 1009, CHINA LIFE TOWER, 16 CHAO YANG MEN WAI STREET CHAOYANG DISTRICT BEIJING 100020 CHINA |
| LOCKE LORD LLP | LOCKE LORDE LLP BROOKFILED PLACE 200 VESEY STREET, 20TH FLOOR NEW YORK NY 10281 |
| LOYENS & LOEFF | TERVURENLAAN 2 BRUSSELS B-1040 BELGIUM |
| MANNHEIMER SWARTLING | NORRLANDSGATAN 21 STOCKHOLM 111 43 SWEDEN |
| MATHESON LLP | 70 SIR JOHN ROGERSON'S QUAY, DUBLIN DOCKLANDS DUBLIN D02 R296 IRELAND |
| MEISTER SEELIG AND FEIN LLP | MEISTER SEELIG & FEIN PLLC 125 PARK AVENUE 7TH FLOOR NEW YORK NY 10017 |
| MININO ABOGADOS | TORRE CITIGROUP, ACROPOLIS CENTER, PISO 11, AV. WINSTON CHURCHILL 1099 SANTO DOMINGO DOMINICAN REPUBLIC |
| MOLINARI AGOSTINELLI | CORSO GIACOMO MATTEOTTI, 10 MILAN 20121 ITALY |
| MORGAN, LEWIS & BOCKIUS LLP | 101 PARK AVE. NEW YORK NY 10178-0060 |
| MORRIS NICHOLS ARSHT & TUNNELL | MORRIS, NICHOLS, ARSHT & TUNNELL LLP 1201 NORTH MARKET STREET P.O. BOX 1347 WILMINGTON DE 19899-1347 |
| NAUTADUTILH N.V. (AMSTERDAM) | BEETHOVENSTRAAT 400 AMSTERDAM 1082 PR NETHERLANDS |
| NAUTADUTILH N.V. (NEW YORK) | BEETHOVENSTRAAT 400 AMSTERDAM 1082 PR NETHERLANDS |
| O'MELVENY & MYERS LLP | 400 SOUTH HOPE STREET 18TH FLOOR, O'MELVENY & M LOS ANGELES CA 90071 |
| OLIVARES & CIA. | TORRE CITIGROUP, ACROPOLIS CENTER, PISO 11, AV. WINSTON CHURCHILL 1099 SANTO DOMINGO DOMINICAN REPUBLIC |
| PERKINS COIE LLP | PERKINS COIE LLP 1201 THIRD AVENUE SUITE 4900 SEATTLE WA 98101 |
| PINSENT MASONS | PINSENT MASONS 13 QUEEN'S ROAD ABERDEEN AB15 4YL SCOTLAND |
| PRYOR CASHMAN LLP | PRYOR CASHMAN LLC 7 TIMES SQUARE 40TH FLOOR NEW YORK NY 10036 |
| RAHMAT LIM & PARTNERS | RAHMAT LIM & PARTNERS SUITE 33.01, LEVEL 33, THE GARDENS NORTH TOWER MID VALLEY CITY, LINGKARAN SYED PUTRA KUALA LUMPUR 59200 MALAYSIA |
| RICHARDS, LAYTON & FINGER | 920 NORTH KING STREET WILMINGTON DE 19801 |
| ROMERO PINEDA & ASOCIADOS | EDIFICIO AVANTE, STE 5-01 BLVD LUIS POMA SANTA ELENA ANTIGUO CUSCATLAN EL SALVADOR |
| ROMULO MABANTA BUENAVENTURA | SAYOC & DE LOS ANGELES 8767 PASEO DE ROXAS, MAKATI METRO MANILA PHILIPPINES |
| SABA & CO. (BAHRAIN) | BAHRAIN TOWER, AL-KHALIFA ROAD P.O. BOX 21013 MANAMA BAHRAIN |
| SABA & CO. (MOROCCO) | 185 BOULEVARD ZERKTOUNI RESIDENCE ZERKTOUNI, CASABLANCA 20330 MOROCCO |
| SABA & CO. INTELLECTUAL PROPERTY | 10 AISHA EL TAYMOURIAH ST. GARDEN CITY P.O. BOX 129, MOHAMED FARID CAIRO CP 11451 EGYPT |
| SABA & CO. INTELLECTUAL PROPERTY | SABA HOUSE, BLOCK A, 4TH FLOOR SAID FREIHA STREET, HAZMIEH P.O. BOX 11-9421 BEIRUT 00961 LEBANON |
| SABA & CO. INTELLECTUAL PROPERTY (QATAR) | UNIT 1, 14TH FLOOR, SHOUMOUKH TOWER A, BUILDING 58 STREET NO. 231, ZONE 23 BIN MAHMOUD DOHA QATAR |
| SALTZ NALIBOTSKY | 101 LINDENWOOD DRIVE SUITE 225 MALVERN PA 19355 |
| SHOOK HARDY & BACON | SHOOK HARDY & BACON 1800 K ST. NW SUITE 1000 WASHINGTON DC 20006 |
| SIMMONS & SIMMONS | CITYPOINT, 1 ROPEMAKER ST LONDON EC2Y 9SS UNITED KINGDOM |
| SKADDEN, ARPS, SLATE, | MEAGHER & FLOM LLP 500 BOYLSTON STREET BOSTON MA 02116 |
| SMART & BIGGAR | 55 METCALFE ST., SUITE 900 PO BOX 2999, STATION D OTTAWA ON K1P 5Y6 CANADA |

| Claim Name | Address Information |
|---|---|
| SPHERIENS | PIAZZA DELLA LIBERTA, 13 FIRENZE 50129 ITALY |
| STEPHENSON HARWOOD | ONE BARKER AVENUE WHITE PLAINS NY 10601 |
| THOMPSON HINE LLP - CLEVELAND | THOMPSON HINE LLP, 312 WALNUT STREET SUITE 2000 CINCINNATI OH 45202-4024 |
| TILLEKE & GIBBINS INTERNATIONAL LIMITED | 4TH FLOOR, HAREC BUILDING 4A LANG HA STREET, BA DINH DISTRICT HANOI 10000 VIETNAM |
| TMI ASSOCIATES | 23/F, ROPPONGI HILLS MORI TOWER 6-10-1 ROPPONGI, MINATO-KU TOKYO 106-6123 JAPAN |
| VELA WOOD | 5307 E. MOCKINGBIRD LANE SUITE 802 DALLAS TX 75206 |
| VINSON & ELKINS LLP | VINSON & ELKINS 1114 AVENUE OF THE AMERICAS 32ND FLOOR NEW YORK NY 10036 |
| VON SEIDELS INTELLECTUAL PROPERTY ATTYS | OFFICE A, ESTUARY SUITES OXBOW CRESCENT WESTERN PROVINCE THE ESTUARIES CENTURY CITY (CAPE TOWN) CAPE TOWN 7441 SOUTH AFRICA |
| WEERAWONG, CHINNAVAT & PARTNERS LTD. | 22ND FLOOR, MERCURY TOWER 22ND FLOOR, MERCURY TOWER LUMPINI, PATHUMWAN BANGKOK 10330 THAILAND |
| WEIRFOULDS | 4100 - 66 WELLINGTON STREET WEST PO BOX 35, TD BANK TOWER TORONTO ON M5K 1B7 CANADA |
| WIKBORG REIN | POSTBOKS 1513 VIKA OSLO 0117 NORWAY |
| WILSON SONSINI GOODRICH & ROSATI | 650 PAGE MILL ROAD PALO ALTO CA 94304-1050 |
| WKB LAWYERS | PLAC MALACHOWSKIEGO 2 WARSAW 00-066 POLAND |
| YKVN LLC | V1601-04, PACIFIC PLACE 83B LY THUONG KIET STREET HOAN KIEM DISTRICT HANOI VIETNAM |

**Total Creditor count  96**

**EXHIBIT D**

| WeWork Inc. OCP Electronic Service List ||
|---|---|
| **Name** | **Email** |
| ABNR COUNSELORS AT LAW | info@abnrlaw.com |
| ACCENTURE LLP | olutosin.oguntunde@accenture.com |
| AKERMAN LLP | AR@AKERMAN.COM |
| AL TAMIMI & CO. | I.Gracias@tamimi.com |
| AUGUST DEBOUZY | gaubatier@august-debouzy.com |
| AXIOM GLOBAL USA | Andrew.pacer@axiomlaw.com |
| BAKER & MCKENZIE LLP AUSTRALIA | Adrian.Chin@bakermckenzie.com |
| BARREDA MOLLER | mail@barredamoller.com |
| BDO USA | mtepper@bdo.com |
| BERGSTEIN ABOGADOS | gduarte@bergsteinlaw.com |
| BLACK OAK | ashok.kumar@blackoak-llc.com |
| BLAKE, CASSELS & GRAYDON LLP | david.kruse@blakes.com |
| BLANK ROME LLP | sam.walker@blankrome.com |
| BRIGARD & CASTRO S.A.S. | jcadena@bc.com.co |
| BUCHANAN INGERSOLL & ROONEY | geoffrey.grivner@bipc.com |
| CABINET BEAU DE LOMENIE | AMARIE@bdl-ip.com |
| CAHILL GORDON & REINDEL | Bmarkley@cahill.com |
| CHATHAM PARTNERS RECHTSANWÄLTE | Jochen.Wilkens@chatham.partners |
| CLINTONS | TFrederikse@clintons.co.uk |
| CMS DEBACKER | PierreAxel.CHABOT@cms-db.com |
| CMS GRAU | cobranza@cms-grau.com |
| COVINGTON & BURLING LLP | kburke@cov.com |
| CUATRECASAS PORTUGAL | manuel.requichaferreira@cuatrecasas.com |
| CUATRECASAS SPAIN | javier.aznar@cuatrecasas.com |
| CYWIAK & COMPANY LLP | MichaelCywiak@cywiak.com |
| DEBEVOISE & PLIMPTON LLP | mloconnor@debevoise.com |
| DLA PIPER AUSTRALIA | Naomi.Moore@dlapiper.com |
| DLA PIPER DENMARK LAW FIRM P/S | annesofie.thomassen@dk.dlapiper.com |
| DLA PIPER LLP US | shari.lennon@us.dlapiper.com |
| DLA PIPER UNITED KINGDOM | tony.katz@dlapiper.com |
| EPSTEIN BECKER GREEN, PC | DGarland@ebglaw.com |
| FITCH LAW PARTNERS | peb@fitchlp.com |
| FROSS ZELNICK LEHRMAN & ZISSU PC | njacobson@fzlz.com |
| GILBERT & TOBIN | gtinvoice@gtlaw.com.au |
| GOWLING WLG (CANADA) LLP | monique.couture@gowlingwlg.com |
| GREENBERG TRAURIG LLP [DORAL] | oppenheimd@gtlaw.com |
| GREENBERG TRAURIG TOKYO | carterj@gtlaw.com |
| GRUNECKER PATENT- UND | Gauss@GRUNECKER.DE |

| | |
|---|---|
| GUN DANISMANLIK HIZMETLERI LTD. STI. | hande.hancer@gun.av.tr |
| HERRICK, FEINSTEIN LLP | jnewman@herrick.com |
| INVENTURE IP | punita@inventureip.in |
| JIPYONG LLC | cjeong@jipyong.com |
| KARAVAS KIELY SCHLOSS & WHITMAN LLP | jkaravas@kkslawyers.com |
| KAUFMAN DOLOWICH & VOLUCK LLP | emarchionni@kdvlaw.com |
| KIM & CHANG | angela.kim@kimchang.com |
| KING & WOOD MALLESONS (MELBOURNE) | Bill.Ladas@au.kwm.com |
| KINSTELLAR | martina.brezinova@kinstellar.com |
| KNAUTHE RECHTSANWÄLTE | Jenderny@knauthe.com |
| KPMG LLP (DBA KPMG) | US-BKRDASC-AR@KPMG.COM |
| LEASON ELLIS LLP | chang@leasonellis.com |
| LEE AND LI ATTORNEYS-AT-LAW | rueysentsai@leeandli.com |
| LEXFIELD LAW OFFICES | jan.liu@lexfieldlaw.com |
| LOCKE LORD LLP | RDeRose@lockelord.com |
| LOYENS & LOEFF | Vanessa.Marquette@loyensloeff.com |
| MANNHEIMER SWARTLING | filip.lassing@msa.se |
| MATHESON LLP | kathryn.rice@matheson.com |
| MEISTER SEELIG AND FEIN LLP | sbm@msf-law.com |
| MININO ABOGADOS | urko.ochoa@minino.com.do |
| MOLINARI AGOSTINELLI | R.Agostinelli@malaw.it |
| MORGAN, LEWIS & BOCKIUS LLP | kenneth.turnbull@morganlewis.com |
| MORRIS NICHOLS ARSHT & TUNNELL | sgelsinger@morrisnichols.com |
| NAUTADUTILH N.V. (AMSTERDAM) | florine.kuiperi@nautadutilh.com |
| NAUTADUTILH N.V. (NEW YORK) | florine.kuiperi@nautadutilh.com |
| OLIVARES & CIA. | urko.ochoa@minino.com.do |
| O'MELVENY & MYERS LLP | wyu@omm.com |
| PERKINS COIE LLP | DPerez@perkinscoie.com |
| PINSENT MASONS | Jessica.Weir@pinsentmasons.com |
| PRYOR CASHMAN LLP | SSchirick@pryorcashman.com |
| RAHMAT LIM & PARTNERS | choo.yungxin@rahmatlim.com |
| RICHARDS, LAYTON & FINGER | dicamillo@rlf.com |
| ROMERO PINEDA & ASOCIADOS | susana@romeropineda.com |
| ROMULO MABANTA BUENAVENTURA | romulo@romulo.com |
| SABA & CO. (BAHRAIN) | bahrain@sabaip.com |
| SABA & CO. (MOROCCO) | morocco@sabaip.com |
| SABA & CO. INTELLECTUAL PROPERTY | info@sabaip-eg.com |
| SABA & CO. INTELLECTUAL PROPERTY | Lebanon@sabaip.com |
| SABA & CO. INTELLECTUAL PROPERTY (QATAR) | qatar@sabaip.com |
| SALTZ NALIBOTSKY | asaltz@S-Nlaw.com |
| SHOOK HARDY & BACON | mzito@shb.com |

| | |
|---|---|
| SIMMONS & SIMMONS | Julian.Taylor@simmons-simmons.com |
| SKADDEN, ARPS, SLATE, | laura.knoll@skadden.com |
| SMART & BIGGAR | mkevans@smartbiggar.ca |
| SPHERIENS | pierluigi.roncaglia@spheriens |
| STEPHENSON HARWOOD | chang@leasonellis.com |
| THOMPSON HINE LLP - CLEVELAND | Tim.Brown@ThompsonHine.com |
| TILLEKE & GIBBINS INTERNATIONAL LIMITED | mailinh.n@tilleke.com |
| TMI ASSOCIATES | Takeshi_Hironaka@tmi.gr.jp |
| VELA WOOD | cstaley@velawoodlaw.com |
| VINSON & ELKINS LLP | aendick@velaw.com |
| VON SEIDELS INTELLECTUAL PROPERTY ATTYS | hprinsloo@vonseidels.com |
| WEERAWONG, CHINNAVAT & PARTNERS LTD. | thanida.t@weerawongcp.com |
| WEIRFOULDS | MALLEN@weirfoulds.com |
| WIKBORG REIN | oslo@wr.no |
| WILSON SONSINI GOODRICH & ROSATI | dschnell@wsgr.com |
| WKB LAWYERS | klaudia.kospin@wkb.pl |
| YKVN LLC | dzung.vu@ykvn-law.com |