UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of  CIO Bloc 23, LLC / CIO Bloc 83, LLC / CIO Terraces, LLC _____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐  All documents and pleadings of any nature.

Date: _____        _____
                                                                                    Signature

*new.8/1/15*