**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
edward.sassower@kirkland.com
joshua.sussberg@kirkland.com
steven.serajeddini@kirkland.com
ciara.foster@kirkland.com

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:      (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**DEBTORS' APPLICATION FOR ENTRY**
**OF AN ORDER AUTHORIZING THE RETENTION**
**AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND**
**KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE**
**DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF NOVEMBER 6, 2023**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file

this application (this "Application") for the entry of an order, substantially in the form attached

hereto as **Exhibit A** (the "Order"), authorizing the Debtors to retain and employ Kirkland & Ellis

LLP and Kirkland & Ellis International LLP (collectively, "Kirkland") as their attorneys

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at https://dm.epiq11.com/WeWork.  The location of Debtor WeWork Inc.'s principal
place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these
chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton,
OR 97005.

effective as of the Petition Date (as defined herein).  In support of this Application, the Debtors

submit the declaration of Steven N. Serajeddini, the president of Steven N. Serajeddini, P.C., a

partner of Kirkland & Ellis LLP, and a partner of Kirkland & Ellis International LLP (the

"Serajeddini Declaration"), which is attached hereto as **Exhibit B** and the declaration of Pamela

Swidler, the Chief Legal Officer of  WeWork  Inc., which is attached hereto as **Exhibit C**

(the "Swidler Declaration").  In further support of this Application, the Debtors respectfully state

as follows.

### Jurisdiction and Venue

1.    The United States Bankruptcy Court for the District of New Jersey (the "Court")

has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of

Reference to the Bankruptcy Court Under Title 11*, entered July 23, 1984, and amended on

September 18, 2012 (Simandle, C.J.).  This matter is a core proceeding within the meaning of 28

U.S.C. § 157(b)(2), and the Debtors confirm their consent to the entry of a final order by the Court

in connection with this Application to the extent that it is later determined that the Court, absent

consent of the parties, cannot enter final orders or judgments in connection herewith consistent

with Article III of the United States Constitution.

2.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3.    The bases for the relief requested herein are sections 327(a) and 330 of title 11 of

the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local

Bankruptcy Rules for the District of New Jersey (the "D.N.J. LBR" or "Local Rules").

### Background

4.    On November 6, 2023 (the "Petition Date"), each of the Debtors filed a voluntary

petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their

business and managing their properties as debtors in possession pursuant to sections 1107(a) and

1108 of the Bankruptcy Code.  On November 8, 2023, the Court entered an order [Docket No. 87]

authorizing the joint administration and procedural consolidation of these chapter 11 cases

pursuant to Bankruptcy Rule 1015(b).  No request for the appointment of a trustee or examiner has

been made in these chapter 11 cases.  On November 16, 2023, the United States Trustee for the

District of New Jersey (the "U.S. Trustee") appointed an official committee of unsecured creditors

pursuant to section 1102 of the Bankruptcy Code (the "Committee") [Docket No. 150].

5.      A description of the Debtors' business, the reasons for commencing the chapter 11

cases, and the relief sought from the Court to allow for a smooth transition into chapter 11 are set

forth in the *Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of

the Chapter 11 Petitions and First Day Motions*, filed on November 7, 2023 [Docket No. 21],

incorporated herein by reference.

## Relief Requested

6.      By this Application, the Debtors seek entry of the Order authorizing the retention

and employment of Kirkland as their attorneys in accordance with the terms and conditions set

forth in that certain engagement letter between the Debtors and Kirkland effective as of

September 5, 2023 (the "Engagement Letter"),[2] a copy of which is attached hereto as **Exhibit 1** to

the Order and incorporated herein by reference.[3]

---

[2]    Kirkland was initially engaged by the Debtors for intellectual property services pursuant to an engagement letter
       dated as of October 8, 2018.  However, to expand and clarify Kirkland's role with respect to a restructuring
       engagement, the Debtors entered into the Engagement Letter, which governs this engagement.

[3]    The Debtors also seek to employ and retain Cole Schotz P.C. ("Cole Schotz") as co-counsel with Kirkland in
       connection with these chapter 11 cases.  Kirkland will coordinate with Cole Schotz regarding their respective
       responsibilities in these chapter 11 cases to avoid any duplication of effort and provide services to the Debtors in
       the most efficient and cost-effective manner, including handling matters that the Debtors may encounter that
       cannot be handled appropriately by Kirkland because of a conflict of interest.

### Kirkland's Qualifications

7.      The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

8.      Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others: *In re Cyxtera Technologies, Inc.*, No. 23-14853 (JKS) (Bankr. D.N.J. July 18, 2023); *In re Whittaker, Clark & Daniels, Inc.*, No. 23-13575 (MBK) (Bankr. D.N.J. June 26, 2023); *In re Bed Bath & Beyond, Inc.*, No. 23-13359 (VFP) (Bankr. D.N.J. June 5, 2023); *In re David's Bridal, LLC*, No. 23-13131 (CMG) (Bankr. D.N.J. June 1, 2023); and *In re BlockFi Inc.*, No. 22-19361 (MBK) (Bankr. D.N.J. Feb. 1, 2023).[4]

9.      In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' business and many of the potential legal issues that may arise in the context of these chapter 11 cases.  The Debtors believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

### Services to be Provided

10.      Subject to further order of the Court, and consistent with the Engagement Letter, the Debtors request the retention and employment of Kirkland to render the following legal services:

>      a.      advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

---

[4]      Because of the voluminous nature of the orders cited in this Application, they are not attached to this Application. Copies of these orders are available upon request to Kirkland.

b.   advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.   attending meetings and negotiating with representatives of creditors and other parties in interest;

d.   taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.   preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.   representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g.   advising the Debtors in connection with any potential sale of assets;

h.   appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.   advising the Debtors regarding tax matters;

j.   taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.   performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors' assets; and (iii) advising the Debtors on corporate and litigation matters.

**<u>Professional Compensation</u>**

11.   Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court. The hourly rates and corresponding rate structure Kirkland will use in these chapter 11

5

cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other

restructuring matters, as well as similar complex corporate, securities, and litigation matters

whether in court or otherwise, regardless of whether a fee application is required.  These rates and

the rate structure reflect that such restructuring and other complex matters typically are national in

scope and involve great complexity, high stakes, and severe time pressures.

12.    Kirkland operates in a national marketplace for legal services in which rates are

driven by multiple factors relating to the individual lawyer, his or her area of specialization, the

firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

13.    Kirkland's current hourly rates for matters related to these chapter 11 cases range

as follows:[5]

| Billing Category[6] | U.S. Range |
|---|---|
| Partners | $1,195-$2,245 |
| Of Counsel | $820-$2,125 |
| Associates | $685-$1,395 |
| Paraprofessionals | $295-$575 |

14.    Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for

the work of its attorneys and paraprofessionals and to cover fixed and routine expenses.  Hourly

---

[5]    For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[6]    Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[7]

15.    Kirkland represented the Debtors under the Engagement Letter during the two-month period before the Petition Date, using the hourly rates listed above and in the Serajeddini Declaration. Moreover, these hourly rates are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

16.    The rate structure provided by Kirkland is appropriate and not significantly different from (a) the rates that Kirkland charges for other similar types of representations or (b) the rates that other comparable counsel would charge to do work substantially similar to the work Kirkland will perform in these chapter 11 cases.

17.    It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

18.    To ensure compliance with all applicable deadlines in these chapter 11 cases, from time-to-time, Kirkland utilizes the services of overtime secretaries. Kirkland charges fees for these services pursuant to the Engagement Letter, which permits Kirkland to bill the Debtors for

---

[7]    For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion; and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013). As set forth in the Order, Kirkland will provide ten business-days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file any such notice with the Court.

overtime secretarial charges that arise out of business necessity.   In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

19.   Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States.  Notwithstanding the foregoing and consistent with the Local Rules, Kirkland will charge no more than $0.10 per page for standard duplication services in these chapter 11 cases.   Kirkland does not charge its clients for incoming facsimile transmissions. Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

## Compensation Received by Kirkland from the Debtors

20.   Per the terms of the Engagement Letter, on September 13, 2023, the Debtors paid $1,000,000.00 to Kirkland, which, as stated in the Engagement Letter, constituted a "special purpose retainer" (also known as an "advance payment retainer") as defined in Rule 1.5(d) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007).   Subsequently, the Debtors paid to Kirkland additional special purpose retainers totaling $21,000,000.00 in the aggregate.  As stated in the Engagement Letter, any special purpose retainer is earned by Kirkland upon receipt, any special purpose retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any special purpose retainer upon Kirkland's receipt, any special purpose retainer will be placed in Kirkland's general account and will not be held in a client trust account, and the Debtors will not earn any interest on any special purpose retainer.[8]

---

[8]   The Engagement Letter provides that Kirkland may continue to hold any remaining prepetition special purpose retainer during the pendency of a chapter 11 case rather than applying such special purpose retainer to postpetition

21.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has neither shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

22.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred but not yet applied to Kirkland's special purpose retainer, the amount of Kirkland's special purpose retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

## Kirkland's Disinterestedness

23.     To the best of the Debtors' knowledge and as disclosed herein and in the Serajeddini Declaration,  (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Serajeddini Declaration.

24.     Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to

---

fees and expenses.  Kirkland evaluates whether to retain any remaining prepetition special purpose retainer on a case-by-case basis.  In this particular case, Kirkland has elected not to hold any remaining prepetition special purpose retainer but, instead, will apply any remaining special purpose retainer to postpetition fees and expenses as such fees and expenses are allowed by the Court.

identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

## Supporting Authority

25.     The Debtors seek retention of Kirkland as their attorneys pursuant to section 327(a) of the Bankruptcy Code, which provides that a debtor, subject to Court approval:

> [M]ay employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor] in carrying out the [debtor]'s duties under this title.

11 U.S.C. § 327(a).

26.     Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

Fed. R. Bankr. P. 2014.

27.     The Debtors submit that for all the reasons stated above and in the Serajeddini Declaration, the retention and employment of Kirkland as counsel to the Debtors is warranted. Further, as stated in the Serajeddini Declaration, Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in the Serajeddini Declaration.

## No Prior Request

28.     No prior request for the relief sought in this Application has been made to this or any other court.

## Notice[9]

29.     The Debtors will provide notice of this Application to the following parties or their respective counsel:  (a) the U.S. Trustee for the District of New Jersey; (b) the Committee; (c) the holders of the thirty largest unsecured claims against the Debtors (on a consolidated basis); (d) Davis Polk & Wardwell LLP and Greenberg Traurig, LLP, as counsel to the Ad Hoc Group; (e) Weil, Gotshal & Manges LLP and Wollmuth Maher & Deutsch LLP, as counsel to SoftBank; (f) Cooley LLP, as counsel to Cupar Grimmond, LLC; (g) the agents under each of the Debtors' prepetition secured credit facilities and counsel thereto; (h) the office of the attorney general for each of the states in which the Debtors operate; (i) the United States Attorney's Office for the District of New Jersey; (j) the Securities and Exchange Commission; (k) the Internal Revenue Service; (l) the monitor in the CCAA proceeding and counsel thereto; and (n) any party that has requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested, no other or further notice need be given.

*[Remainder of Page Intentionally Left Blank]*

---

[9]     A detailed description of the Debtors and their businesses, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the *Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of the Chapter 11 Petitions and First Day Motions* [Docket No. 21] (the "First Day Declaration"). A detailed description of the Debtors, their businesses, and the facts and circumstances supporting the Debtors' chapter 11 cases is set forth in greater detail in the First Day Declaration and incorporated by reference herein.

**WHEREFORE**, the Debtors respectfully request that the Court enter the Order

substantially in the form attached hereto as **<u>Exhibit A</u>**, granting the relief requested herein and

granting such other relief as is just and proper.

Dated:  November 20, 2023                         */s/ Pamela Swidler*
       Newark, New Jersey                         Pamela Swidler
                                 WeWork Inc.
                                 Chief Legal Officer

# EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
edward.sassower@kirkland.com
joshua.sussberg@kirkland.com
steven.serajeddini@kirkland.com
ciara.foster@kirkland.com


**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:    (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork.  The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**ORDER AUTHORIZING THE RETENTION
AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND
KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE
DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF NOVEMBER 6, 2023**

The relief set forth on the following pages, numbered three (3) through eight (8), is

**ORDERED**.

2

(Page | 3)

| | |
|---|---|
| Debtors: | WeWork Inc., *et al.* |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of November 6, 2023 |

Upon the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of November 6, 2023* (the "Application"),[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), for entry of an order (this "Order") (a) authorizing the Debtors to retain and employ Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "Kirkland") as their attorneys effective as of the Petition Date, pursuant to sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the District of New Jersey (the "Local Rules"); and the Court having reviewed the Application, the Declaration of Steven N. Serajeddini, the president of Steven N. Serajeddini, P.C., a partner of Kirkland & Ellis LLP, and a partner of Kirkland & Ellis International LLP (the "Serajeddini Declaration"), and the declaration of Pamela Swidler, the Chief Legal Officer of WeWork Inc. (the "Swidler Declaration"); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found based on the representations made in the Application and in the Serajeddini Declaration that (a) Kirkland does not hold or represent an interest adverse to the

---

[2]    Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Application.

(Page | 4)

| | |
|---|---|
| Debtors: | WeWork Inc., *et al*. |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of November 6, 2023 |

Debtors' estates and (b) Kirkland is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code; and the Court having found that the relief requested in the Application is in the best interests of the Debtors' estates; and the Court having found that the Debtors provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and the Court having reviewed the Application and having heard statements in support of the Application at a hearing held before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Application and at the Hearing establish just cause for the relief granted herein; and any objections to the relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.    The Application is granted to the extent set forth herein.

2.    The Debtors are authorized to retain and employ Kirkland as their attorneys effective as of the Petition Date in accordance with the terms and conditions set forth in the Application and in the Engagement Letter attached hereto as **Exhibit 1**.

3.    Kirkland is authorized to provide the Debtors with the professional services as described in the Application and the Engagement Letter.  Specifically, but without limitation, Kirkland will render the following legal services:

   a.    advising the Debtors with respect to their powers and duties as debtors in possession in the continued management and operation of their businesses and properties;

(Page | 5)

| | |
|---|---|
| Debtors: | WeWork Inc., *et al.* |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of November 6, 2023 |

b.  advising and consulting on their conduct during these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.  attending meetings and negotiating with representatives of creditors and other parties in interest;

d.  taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.  preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.  representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g.  advising the Debtors in connection with any potential sale of assets;

h.  appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.  advising the Debtors regarding tax matters;

j.  taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.  performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors' assets; and (iii) advising the Debtors on corporate and litigation matters.

4.  Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the

5

(Page | 6)

| | |
|---|---|
| Debtors: | WeWork Inc., *et al.* |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of November 6, 2023 |

Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, both in connection with the Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

5.    Notwithstanding anything in the Application, Declaration, or Engagement Letter to the contrary, Kirkland shall apply any remaining amounts of its prepetition special purpose retainer as a credit toward postpetition fees and expenses, after such postpetition fees and expenses are approved pursuant to an order of the Court awarding fees and expenses to Kirkland.  Kirkland is authorized without further order of the Court to reserve and apply amounts from the prepetition special purpose retainer that would otherwise be applied toward payment of postpetition fees and expenses as are necessary and appropriate to compensate and reimburse Kirkland for fees or expenses incurred on or prior to the Petition Date consistent with its ordinary course billing practices.

6.    Notwithstanding anything to the contrary in the Application, the Engagement Letter, or the Declarations attached to the Application, the reimbursement provisions allowing the reimbursement of fees and expenses incurred in connection with participating in, preparing for, or responding to any action, claim, suit, or proceeding brought by or against any party that relates to the legal services provided under the Engagement Letter and fees for defending any objection to

6

| | |
|---|---|
| (Page \| 7) | |
| Debtors: | WeWork Inc., *et al*. |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of November 6, 2023 |

Kirkland's fee applications under the Bankruptcy Code are not approved pending further order of the Court.

7.      Kirkland shall not charge a markup to the Debtors with respect to fees billed by contract attorneys who are hired by Kirkland to provide services to the Debtors and shall ensure that any such contract attorneys are subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code and Bankruptcy Rules.

8.      Kirkland shall provide ten-business-days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Letter are implemented and shall file such notice with the Court.  The U.S. Trustee retains all rights to object to any rate increase on all grounds, including the reasonableness standard set forth in section 330 of the Bankruptcy Code, and the Court retains the right to review any rate increase pursuant to section 330 of the Bankruptcy Code.

9.      No agreement or understanding exists between Kirkland and any other person, other than as permitted by Bankruptcy Code section 504, to share compensation received for services rendered in connection with these chapter 11 cases, nor shall Kirkland share or agree to share compensation received for services rendered in connection with these chapter 11 cases with any other person other than as permitted by Bankruptcy Code section 504.

10.     In order to avoid any duplication of effort and provide services to the Debtors in the most efficient and cost-effective manner, Kirkland shall coordinate with Cole Schotz P.C. and any additional firms the Debtors retain regarding their respective responsibilities in these chapter 11 cases.

(Page | 8)

| | |
|---|---|
| Debtors: | WeWork Inc., *et al*. |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of November 6, 2023 |

11.     The Debtors and Kirkland are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

12.     Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Rules are satisfied by the contents of the Application.

13.     To the extent the Application, the Serajeddini Declaration, the Swidler Declaration, or the Engagement Letter is inconsistent with this Order, the terms of this Order shall govern.

14.     The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived.

15.     The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

16.     The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

## <u>EXHIBIT 1</u>

**Engagement Letter**

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

Steven N. Serajeddini, P.C.
To Call Writer Directly:
+1 212 446 5984
steven.serajeddini@kirkland.com

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Facsimile:
+1 212 446 4900

August 28, 2023

Pamela Swidler
Chief Legal Officer and Corporate Secretary
WeWork Inc.
12 East 49th Street
New York, New York 10017

Re:    Retention to Provide Legal Services

Dear Ms. Swidler:

We are very pleased that you have asked us to represent WeWork Inc. and its direct and indirect subsidiaries listed in an addendum to this letter (collectively, "Client") in connection with a potential restructuring.  Please note, the Firm's representation is only of Client; the Firm does not and will not represent any direct or indirect shareholder, director, officer, partner, employee, affiliate, or joint venturer of Client or of any other entity.

**General Terms.**  This retention letter (this "Agreement") sets forth the terms of Client's retention of Kirkland & Ellis LLP (and its affiliated entity Kirkland & Ellis International LLP (collectively, the "Firm")) to provide legal services and constitutes an agreement between the Firm and Client (the "Parties").  This Agreement (notwithstanding any guidelines for outside counsel that Client may provide to the Firm) sets forth the Parties' entire agreement for rendering professional services for the current matter, as well as for all other existing or future matters (collectively, the "Engagement"), except where the Parties otherwise agree in writing.

**Fees.**  The Firm will bill Client for fees incurred at its regular hourly rates and in quarterly increments of an hour (or in smaller time increments as otherwise required by a court).  The Firm reserves the right to adjust the Firm's billing rates from time to time in the ordinary course of the Firm's representation of Client.

Although the Firm will attempt to estimate fees to assist Client in Client's planning if requested, such estimates are subject to change and are not binding unless otherwise expressly and unequivocally stated in writing.

**Expenses.**  Expenses related to providing services shall be included in the Firm's statements as disbursements advanced by the Firm on Client's behalf.  Such expenses include photocopying, printing, scanning, witness fees, travel expenses, filing and recording fees, certain secretarial overtime, and other overtime expenses, postage, express mail, and messenger charges,

Ms. Swidler
August 28, 2023
Page No. 2

deposition costs, computerized legal research charges, and other computer services, and miscellaneous other charges.  Client shall pay directly (and is solely responsible for) certain larger costs, such as consultant or expert witness fees and expenses, and outside suppliers' or contractors' charges, unless otherwise agreed by the Parties.  By executing this Agreement below, Client agrees to pay for all charges in accordance with the Firm's schedule of charges, a copy of which is attached hereto at **Schedule 1**, as revised from time to time.

**Billing Procedures.**  The Firm's statements of fees and expenses are typically delivered monthly, but the Firm reserves the right to alter the timing of delivering its statements depending on circumstances.  Client may have the statement in any reasonable format it chooses, but the Firm will select an initial format for the statement unless Client otherwise requests in writing.  Depending on the circumstances, however, estimated or summary statements may be provided, with time and expense details to follow thereafter.

**Retainer.**  Client agrees to provide to the Firm a "special purpose retainer" (also known as an "advance payment retainer") as defined in Rule 1.5(d) of the Illinois Rules of Professional Conduct, *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007), and *In re Caesars Entm't Operating Co., Inc.*, No. 15-01145 (ABG) (Bankr. N.D. Ill. May 28, 2015) (and cases cited therein), in the amount of $1,000,000.00.  In addition, Client agrees to provide one or more additional special purpose retainer upon request by the Firm so that the amount of any special purpose retainer remains at or above the Firm's estimated fees and expenses.  The Firm may apply the special purpose retainer to any outstanding fees as services are rendered and to expenses as they are incurred.  Client understands and acknowledges that any special purpose retainer is earned by the Firm upon receipt, any special purpose retainer becomes the property of the Firm upon receipt, Client no longer has a property interest in any special purpose retainer upon the Firm's receipt, any special purpose retainer will be placed in the Firm's general account and will not be held in a client trust account, and Client will not earn any interest on any special purpose retainer; provided, however, that solely to the extent required under applicable law, at the conclusion of the Engagement, if the amount of any special purpose retainer held by the Firm is in excess of the amount of the Firm's outstanding and estimated fees, expenses, and costs, the Firm will pay to Client the amount by which any special purpose retainer exceeds such fees, expenses, and costs.  Client further understands and acknowledges that the use of a special purpose retainer is an integral condition of the Engagement, and is necessary to ensure that:  Client continues to have access to the Firm's services; the Firm is compensated for its representation of Client; the Firm is not a pre-petition creditor in the event of a Restructuring Case (as defined below); and that in light of the foregoing, the provision of the special purpose retainer is in Client's best interests.  The fact that Client has provided the Firm with a special purpose retainer does not affect Client's right to terminate the client-lawyer relationship.

Please be advised that there is another type of retainer known as a "security retainer," as defined in *Dowling v. Chicago Options Assoc.*, 875 N.E.2d at 1018, and *In re Caesars Entm't Operating Co., Inc.*, No. 15-01145 (ABG) (Bankr. N.D. Ill. May 28, 2015) (and cases cited therein).  A security retainer remains the property of the client until the lawyer applies it to charges for services that are actually rendered and expenses that are incurred.  Any unearned funds are then returned to the client.  In other circumstances not present here, the Firm would consider a security

Ms. Swidler
August 28, 2023
Page No. 3

retainer and Client's funds would be held in the Firm's segregated client trust account until applied
to pay fees and expenses.  Funds in a security retainer, however, can be subject to claims of Client's
creditors and, if taken by creditors, may leave Client unable to pay for ongoing legal services,
which may result in the Firm being unable to continue the Engagement.  Moreover, a security
retainer creates clawback risks for the Firm in the event of an insolvency proceeding.  The choice
of the type of retainer to be used is Client's choice alone, but for the Engagement and for the
reasons set forth above, the Firm is unwilling to represent Client in the Engagement without using
the special purpose retainer.

      **Termination.**  The Engagement may be terminated by either Party at any time by written
notice by or to Client.  The Engagement will end at the earliest of (a) Client's termination of the
Engagement, (b) the Firm's withdrawal, and (c) the substantial completion of the Firm's
substantive work.  If permission for withdrawal is required by a court, the Firm shall apply
promptly for such permission, and termination shall coincide with the court order for withdrawal.
If this Agreement or the Firm's services are terminated for any reason, such termination shall be
effective only to terminate the Firm's services prospectively and all the other terms of this
Agreement shall survive any such termination.

      Upon cessation of the Firm's active involvement in a particular matter (even if the Firm
continues active involvement in other matters on Client's behalf), the Firm will have no further
duty to inform Client of future developments or changes in law as may be relevant to such matter.
Further, unless the Parties mutually agree in writing to the contrary, the Firm will have no
obligation to monitor renewal or notice dates or similar deadlines that may arise from the matters
for which the Firm had been retained.

      **Cell Phone and E-Mail Communication.**  The Firm hereby informs Client and Client
hereby acknowledges that the Firm's attorneys sometimes communicate with their clients and their
clients' professionals and agents by cell telephone, that such communications are capable of being
intercepted by others and therefore may be deemed no longer protected by the attorney-client
privilege, and that Client must inform the Firm if Client does not wish the Firm to discuss
privileged matters on cell telephones with Client or Client's professionals or agents.

      The Firm hereby informs Client and Client hereby acknowledges that the Firm's attorneys
sometimes communicate with their clients and their clients' professionals and agents by
unencrypted e-mail, that such communications are capable of being intercepted by others and
therefore may be deemed no longer protected by the attorney-client privilege, and that Client must
inform the Firm if Client wishes to institute a system to encode all e-mail between the Firm and
Client or Client's professionals or agents.

      **File Retention.**  All records and files will be retained and disposed of in compliance with
the Firm's policy in effect from time to time.  Subject to future changes, it is the Firm's current
policy generally not to retain records relating to a matter for more than five years.  Upon Client's
prior written request, the Firm will return client records that are Client's property to Client prior
to their destruction.  Although we will return your records (*i.e.*, your client file) to you at any time
upon your written request, you agree that your client file will not include our Firm's internal files

Ms. Swidler
August 28, 2023
Page No. 4

including administrative materials, internal communications, and drafts. It is not administratively feasible for the Firm to advise Client of the closing of a matter or the disposal of records. The Firm recommends, therefore, that Client maintain Client's own files for reference or submit a written request for Client's client files promptly upon conclusion of a matter. Notwithstanding anything to the contrary herein, Client acknowledges and agrees that any applicable privilege of Client (including any attorney-client and work product privilege or any duty of confidentiality) (collectively, the "Privileges") belongs to Client alone and not to any successor entity (including, without limitation, the Client after a change in control or other similar restructuring or non-restructuring transaction (including, without limitation, a reorganized Client after the effective date of a plan of reorganization), whether through merger, asset or equity sale, business combination, or otherwise, irrespective of whether such transaction occurs in a Restructuring Case or on an out-of-court basis (in each case, a "Transaction")). Client hereby waives any right, title, and interest of such successor entity to all information, data, documents, or communications in any format covered by the Privileges that is in the possession of the Firm ("Firm Materials"), to the extent that such successor entity had any right, title, and interest to such Firm Materials. For the avoidance of doubt, Client agrees and acknowledges that after a Transaction, such successor entity shall have no right to claim or waive the Privileges or request the return of any such Firm Materials; instead, such Firm Materials shall remain in the Firm's sole possession and control for its exclusive use, and the Firm will (a) not waive any Privileges or disclose the Firm Materials, (b) take all reasonable steps to ensure that the Privileges survive and remain in full force and effect, and (c) assert the Privileges to prevent disclosure of any Firm Materials.

**Data Protection.** You further agree that, if you provide us with personal data, you have complied with applicable data protection legislation and that we may process such personal data in accordance with our Data Transfer and Privacy Policy at www.kirkland.com. We process your personal data in order to: (a) carry out work for you; (b) share the data with third parties such as expert witnesses and other professional advisers if our work requires; (c) comply with applicable laws and regulations; and (d) provide you with information relating to our Firm and its services.

**Conflicts of Interest.** As is customary for a law firm of the Firm's size, there are numerous business entities, with which Client currently has relationships, that the Firm has represented or currently represents in matters unrelated to Client. The Firm notes that the Firm currently represents or has represented IWG plc or their affiliates (collectively, the "Interested Parties") and will continue to do so in such unrelated matters. Because Client is engaged in activities (and may in the future engage in additional activities) in which Client's interests may diverge from those of the Interested Parties or the Firm's other clients, the possibility exists that the Interested Parties or one of the Firm's clients may take positions adverse to Client.

Further, in undertaking the representation of Client, the Firm wants to be fair not only to Client's interests but also to those of the Firm's other clients. Because Client is engaged in activities (and may in the future engage in additional activities) in which its interests may diverge from those of the Firm's other clients, the possibility exists that one of the Firm's current or future clients may take positions adverse to Client (including litigation or other dispute resolution mechanisms) in a matter in which such other client may have retained the Firm or one of Client's adversaries may retain the Firm in a matter adverse to another entity or person.

Ms. Swidler
August 28, 2023
Page No. 5

In the event a present conflict of interest exists between Client and the Firm's other clients or in the event one arises in the future, Client agrees to waive any such conflict of interest or other objection that would preclude the Firm's representation of another client (a) in other current or future matters substantially unrelated to the Engagement or (b) other than during a Restructuring Case, in other matters related to Client (such representation, an "Allowed Adverse Representation").  By way of example, such Allowed Adverse Representations might take the form of, among other contexts:  litigation (including arbitration, mediation and other forms of dispute resolution); transactional work (including consensual and non-consensual merger, acquisition, and takeover situations, financings, and commercial agreements); counseling (including advising direct adversaries and competitors); and restructuring (including bankruptcy, insolvency, financial distress, recapitalization, equity and debt workouts, and other transactions or adversarial adjudicative proceedings related to any of the foregoing and similar matters).

Client also agrees that it will not, for itself or any other entity or person, assert that either (i) the Firm's representation of Client or any of Client's affiliates in any past, present, or future matter or (ii) the Firm's actual or possible possession of confidential information belonging to Client or any of Client's affiliates is a basis to disqualify the Firm from representing another entity or person in any Allowed Adverse Representation.  Client further agrees that any Allowed Adverse Representation does not breach any duty that the Firm owes to Client or any of Client's affiliates. Client also agrees that the Firm's representation in the Engagement is solely of Client and that no member or other entity or person related to it (such as a shareholder, parent, subsidiary, affiliate, director, officer, partner, employee, or joint venturer) has the status of a client for conflict of interest purposes.

In addition, if a waiver of a conflict of interest necessary to allow the Firm to represent another client in a matter that is not substantially related to the Engagement is not effective for any reason, Client agrees that the Firm may withdraw from the Engagement.  Should that occur, Client will not, for itself or any other entity or person, seek to preclude such termination of services or assert that either (1) the Firm's representation of Client or any of Client's affiliates in any past, present, or future matter or (2) the Firm's actual or possible possession of confidential information belonging to Client or any of Client's affiliates is a basis to disqualify the Firm from representing such other client or acting on such adverse matter.

It is important that you review this letter carefully and consider all of the advantages and disadvantages of waiving certain conflicts of interests that would otherwise bar the Firm from representing parties with interests adverse to you during the time in which the Firm is representing you.  You also understand that because this waiver includes future issues and future clients that are unknown and unknowable at this time, it is impossible to provide you with any more details about those prospective clients and matters.  Thus, in choosing to execute this waiver, you have recognized the inherent uncertainty about the array of potential matters and clients the Firm might take on in matters that are adverse to you but have nonetheless decided it is in your interest to waive conflicts of interest regarding the Allowed Adverse Representations and waive rights to prohibit the Firm's potential withdrawal should a conflict waiver prove ineffectual.

Ms. Swidler
August 28, 2023
Page No. 6

The Firm informs Client that certain entities owned by current or former Firm attorneys and senior staff ("attorney investment entities") have investments in funds or companies that may, directly or indirectly, be affiliated with Client, hold investments in Client's debt or equity securities, may be adverse to Client, or conduct commercial transactions with Client (each, a "Passive Holding"). The attorney investment entities are passive and have no management or other control rights in such funds or companies. The Firm notes that other persons may in the future assert that a Passive Holding creates, in certain circumstances, a conflict between the Firm's exercise of its independent professional judgment in rendering advice to Client and the financial interest of Firm attorneys participating in the attorney investment entities, and such other persons might seek to limit Client's ability to use the Firm to advise Client on a particular matter. While the Firm cannot control what a person might assert or seek, the Firm believes that the Firm's judgment will not be compromised by virtue of any Passive Holding. Please let us know if Client has any questions or concerns regarding the Passive Holdings. By executing this letter, Client acknowledges the Firm's disclosure of the foregoing.

**Insurance.** As required under California Business and Professions Code § 6148, Client is hereby advised that the Firm maintains errors and omissions insurance coverage that will be applicable to the services to be rendered by the Firm on Client's behalf as described in this Agreement.

**Restructuring Cases**. If it becomes necessary for Client to commence a restructuring case under chapter 11 of the U.S. Bankruptcy Code (a "Restructuring Case"), the Firm's ongoing employment by Client will be subject to the approval of the court with jurisdiction over the petition. If necessary, the Firm will take steps necessary to prepare the disclosure materials required in connection with the Firm's retention as lead restructuring counsel. In the near term, the Firm will begin conflicts checks on potentially interested parties as provided by Client.

If necessary, the Firm will prepare a preliminary draft of a schedule describing the Firm's relationships with certain interested parties (the "Disclosure Schedule"). The Firm will give Client a draft of the Disclosure Schedule once it is available. Although the Firm believes that these relationships do not constitute actual conflicts of interest, these relationships must be described and disclosed in Client's application to the court to retain the Firm.

If in the Firm's determination a conflict of interest arises in Client's Restructuring Case requiring separate conflicts counsel, then Client will be required to use separate conflicts counsel in those matters.

**No Guarantee of Success.** It is impossible to provide any promise or guarantee about the outcome of Client's matters. Nothing in this Agreement or any statement by Firm staff or attorneys constitutes a promise or guarantee. Any comments about the outcome of Client's matter are simply expressions of judgment and are not binding on the Firm.

**Consent to Use of Information.** In connection with future materials that, for marketing purposes, describe facets of the Firm's law practice and recite examples of matters the Firm handles on behalf of clients, Client agrees that, if those materials avoid disclosing Client's

Ms. Swidler
August 28, 2023
Page No. 7

confidences and secrets as defined by applicable ethical rules, they may identify Client as a client, may contain factual synopses of Client's matters, and may indicate generally the results achieved.

**Reimbursement of Fees and Expenses.** Client agrees to promptly reimburse the Firm for all internal or external fees and expenses, including the amount of the Firm's attorney and paralegal time at normal billing rates, as incurred by the Firm in connection with participating in, preparing for, or responding to any action, claim, objection, suit, or proceeding brought by or against any third-party that relates to the legal services provided by the Firm under this Agreement. Without limiting the scope of the foregoing, and by way of example only, this paragraph extends to all such fees and expenses incurred by the Firm in responding to document subpoenas, and preparing for and testifying at depositions and trials, and with respect to the filing, preparation, prosecution, or defense of any applications by the Firm for approval of fees and expenses in a judicial, arbitral, or similar proceeding. Further, Client understands, acknowledges, and agrees that in connection with a Restructuring Case, if Client has not objected to the payment of a Firm invoice or to a Firm fee and expense application, has in fact paid such invoice, or has approved such fee and expense application, then Client waives its right (and the right of any successor entity as a result of a Transaction or otherwise) to subsequently object to the payment of fees and expenses covered by such invoice or fee application.

**LLP.** Kirkland & Ellis LLP is a limited liability partnership organized under the laws of Illinois, and Kirkland & Ellis International LLP is a limited liability partnership organized under the laws of Delaware. Pursuant to those statutory provisions, an obligation incurred by a limited liability partnership, whether arising in tort, contract or otherwise, is solely the obligation of the limited liability partnership, and partners are not personally liable, directly or indirectly, by way of indemnification, contribution, assessment or otherwise, for such obligation solely by reason of being or so acting as a partner.

**Governing Law**. This Agreement shall be governed by, and construed in accordance with, the laws of the State of Illinois, without giving effect to the conflicts of law principles thereof.

**Miscellaneous.** This Agreement sets forth the Parties' entire agreement for rendering professional services. It can be amended or modified only in writing and not orally or by course of conduct. Each Party signing below is jointly and severally responsible for all obligations due to the Firm and represents that each has full authority to execute this Agreement so that it is binding. This Agreement may be signed in one or more counterparts and binds each Party countersigning below, whether or not any other proposed signatory ever executes it. If any provision of this Agreement or the application thereof is held invalid or unenforceable, the invalidity or unenforceability shall not affect other provisions or applications of this Agreement which can be given effect without such provisions or application, and to this end the provisions of this Agreement are declared to be severable. Any agreement or waiver contained herein by Client extends to any assignee or successor in interest to Client, including, without limitation, the reorganized Client upon and after the effective date of a plan of reorganization in a Restructuring Case.

Ms. Swidler
August 28, 2023
Page No. 8

        This Agreement is the product of arm's-length negotiations between sophisticated parties, and Client acknowledges that it is experienced with respect to the retention of legal counsel. Therefore, the Parties acknowledge and agree that any otherwise applicable rule of contract construction or interpretation which provides that ambiguities shall be construed against the drafter (and all similar rules of contract construction or interpretation) shall not apply to this Agreement. The Parties further acknowledge that the Firm is not advising Client with respect to this Agreement because the Firm would have a conflict of interest in doing so, and that Client has consulted (or had the opportunity to consult) with legal counsel of its own choosing.    Client further acknowledges that Client has entered into this Agreement and agreed to all of its terms and conditions voluntarily and fully-informed, based on adequate information and Client's own independent judgment.  The Parties further acknowledge that they intend for this Agreement to be effective and fully enforceable upon its execution and to be relied upon by the Parties.

* * *

Ms. Swidler
August 28, 2023
Page No. 9


      Please confirm your agreement with the arrangements described in this letter by signing the enclosed copy of this letter in the space provided below and returning it to us.  Please understand that, if we do not receive a signed copy of this letter within twenty-one days, we will withdraw from representing you in this Engagement.


            Very truly yours,

            KIRKLAND & ELLIS LLP

            By: _____

                Printed Name:  Steven N. Serajeddini, P.C.
                Title:  Partner


     Agreed and accepted this 5th day of September, 2023


            WEWORK INC., on behalf of itself and its subsidiaries

            By: _____
            Name:  Pamela Swidler
            Title:  Chief Legal Officer and Corporate Secretary

Ms. Swidler
August 28, 2023
Page No. 10

## ADDENDUM: List of Client Subsidiaries

WW Holdco LLC
The We Company MC LLC
The We Company Management Holdings L.P.
WeWork Companies LLC
1 Beacon Street Tenant LLC
1 Belvedere Drive Tenant LLC
1 Glenwood Ave Tenant LLC
1 Lincoln Street Tenant LLC
1 Milk Street Tenant LLC
1 Post Street Tenant LLC
1 South Dearborn Street Tenant LLC
1 Union Square West HQ LLC
10 East 38th Street Tenant LLC
10 East 40th Street HQ LLC
100 Bayview Circle Tenant LLC
100 Broadway Tenant LLC
100 S State Street Tenant LLC
100 Summer Street Tenant LLC
10000 Washington Boulevard Tenant LLC
1001 Woodward Ave Tenant LLC
1003 East 4th Place Tenant LLC
101 East Washington Street Tenant LLC
101 Marietta Street NorthWest Tenant LLC
101 North 1st Avenue Tenant LLC
10250 Constellation Tenant LLC
1031 South Broadway Tenant LLC
10585 Santa Monica Boulevard Tenant LLC
10845 Griffith Peak Drive Tenant LLC
10885 NE 4th Street Tenant LLC
109 S 5th Street Tenant LLC
10900 Stonelake Boulevard Tenant LLC
1099 Stewart Street Tenant LLC
11 Park Pl Tenant LLC
110 110th Avenue Northeast Tenant LLC
110 Corcoran Street Tenant LLC
110 Wall Manager LLC
1100 15th Street NW Tenant LLC
1100 Ludlow Street Tenant LLC
1100 Main Street Tenant LLC
1111 Broadway Tenant LLC
1111 West 6th Street Tenant LLC
1114 W Fulton Market Q LLC

1115 Broadway Q LLC
1115 Howell Mill Road Tenant LLC
1115 W Fulton Market Q LLC
115 Broadway Tenant LLC
115 East 23rd Street Tenant LLC
1150 South Olive Street Tenant LLC
1155 Perimeter Center West Tenant LLC
1155 West Fulton Street Tenant LLC
1156 6th Avenue Tenant LLC
117 NE 1st Ave Tenant LLC
1175 Peachtree Tenant LLC
11801 Domain Blvd Tenant LLC
12 East 49th Street Tenant LLC
12 South 1st Street Tenant LLC
120 West Trinity Place Tenant LLC
1200 17th Street Tenant LLC
1200 Franklin Avenue Tenant LLC
1201 3rd Avenue Tenant LLC
1201 Wills Street Tenant LLC
1201 Wilson Blvd Tenant LLC
12130 Millennium Drive Tenant LLC
1240 Rosecrans Tenant LLC
125 S Clark Street Tenant LLC
125 West 25th Street Tenant LLC
12655 Jefferson Blvd Tenant LLC
128 South Tryon Street Tenant LLC
130 5th Avenue Tenant LLC
130 Madison Avenue Tenant LLC
130 W 42nd Street Tenant LLC
1305 2nd Street Q LLC
1330 Lagoon Avenue Tenant LLC
1333 New Hampshire Avenue Northwest
Tenant LLC
135 E 57th Street Tenant LLC
135 Madison Ave Tenant LLC
1372 Peachtree Street NE Tenant LLC
1389 Peachtree Street Northwest Tenant LLC
1400 Lavaca Street Tenant LLC
1410 Broadway Tenant LLC
1411 4th Avenue Tenant LLC
142 W 57th Street Tenant LLC
1430 Walnut Street Tenant LLC

Ms. Swidler
August 28, 2023
Page No. 11

1440 Broadway Tenant LLC
1448 NW Market Street Tenant LLC
1449 Woodward Avenue Tenant LLC
145 W 45th Street Tenant LLC
1450 Broadway Tenant LLC
1453 3rd Street Promenade Q LLC
1455 Market Street Tenant LLC
1460 Broadway Tenant LLC
148 Lafayette Street Tenant LLC
149 5th Avenue Tenant LLC
149 Madison Avenue Tenant LLC
15 West 27th Street Tenant LLC
150 4th Ave N Tenant LLC
152 3rd Street Tenant LLC
1525 11th Ave LLC
1535 Broadway Tenant LLC
154 W 14th Street Tenant LLC
1547 9th Street HQ LLC
1557 West Innovation Way Tenant LLC
1560 Broadway Tenant LLC
16 East 34th Street Tenant LLC
160 Varick Street Tenant LLC
160 W Santa Clara St Tenant LLC
1600 7th Avenue Tenant LLC
1601 Elm Street Tenant LLC
1601 Market Street Tenant LLC
1601 Vine Street Tenant LLC
161 Avenue of the Americas Tenant LLC
1615 Platte Street Tenant LLC
1619 Broadway Tenant LLC
166 Geary Street HQ LLC
1660 Lincoln Street Tenant LLC
167 N Green Street Tenant LLC
1700 Lincoln Street Tenant LLC
1701 Rhode Island Avenue Northwest Tenant LLC
1725 Hughes Landing Boulevard Tenant LLC
1730 Minor Avenue Tenant LLC
17300 Laguna Canyon Road Tenant LLC
177 E Colorado Blvd Tenant LLC
1775 Tysons Boulevard Tenant LLC
18 West 18th Street Tenant LLC
180 Geary Street HQ LLC
180 Sansome Street Tenant LLC

1814 Franklin St Q LLC
18191 Von Karman Avenue Tenant LLC
1825 South Grant Street Tenant LLC
1828 Walnut St Tenant LLC
183 Madison Avenue Q LLC
1840 Gateway Dr Tenant LLC
185 Madison Avenue Tenant LLC
18691 Jamboree Road Tenant LLC
1875 K Street NW Tenant LLC
1881 Broadway HQ LLC
1900 Market Street Tenant LLC
1900 Powell Street Tenant LLC
1910 North Ola Avenue Tenant LLC
1920 McKinney Ave Tenant LLC
195 Montague Street Tenant LLC
199 Water Street Tenant LLC
2 Belvedere Drive Tenant LLC
2 Embarcadero Center Tenant LLC
2 North LaSalle Street Tenant LLC
20 W Kinzie Tenant LLC
200 Berkeley Street Tenant LLC
200 Massachusetts Ave NW Tenant LLC
200 Portland Tenant LLC
200 South Biscayne Blvd Tenant LLC
200 South Orange Avenue Tenant LLC
200 Spectrum Center Drive Tenant LLC
201 Spear St Tenant LLC
2031 3rd Ave Tenant LLC
205 Hudson Street Tenant LLC
205 North Detroit Street Tenant LLC
21 Penn Plaza Tenant LLC
210 N Green Partners LLC
210 N Green Promoter LLC
2120 Berkeley Way Tenant LLC
21255 Burbank Boulevard Tenant LLC
214 West 29th Street Tenant LLC
22 Cortlandt Street HQ LLC
2201 Broadway Tenant LLC
221 6th Street Tenant LLC
2211 Michelson Drive Tenant LLC
222 Kearny Street Tenant LLC
222 North Sepulveda Tenant LLC
222 S Riverside Plaza Tenant LLC
2221 Park Place Tenant LLC

Ms. Swidler
August 28, 2023
Page No. 12

2222 Ponce De Leon Blvd Tenant LLC
225 South 6th St Tenant LLC
225 W 39th Street Tenant LLC
229 West 36th Street Tenant LLC
231 11th Ave Tenant LLC
2323 Delgany Street Tenant LLC
24 Farnsworth Street Q LLC
2-4 Herald Square Tenant LLC
2401 Elliott Avenue Tenant LLC
2420 17th Street Tenant LLC
2425 East Camelback Road Tenant LLC
245 Livingston St Q LLC
25 West 45th Street HQ LLC
250 E 200 S Tenant LLC
250 Park Avenue Tenant LLC
255 Giralda Avenue Tenant LLC
255 Greenwich Street Tenant LLC
255 S King St Tenant LLC
2600 Executive Parkway Tenant LLC
2700 Post Oak Blvd. Tenant LLC
27-01 Queens Plaza North Tenant LLC
2755 Canyon Blvd WW Tenant LLC
28 2nd Street Tenant LLC
28 West 44th Street HQ LLC
29 West 30th Street Tenant LLC
30 Hudson Street Tenant LLC
30 Wall Street Tenant LLC
300 Morris Street Tenant LLC
300 Park Avenue Tenant LLC
3000 Olym Boulevard Tenant LLC
3000 S Robertson Blvd Q LLC
3001 Bishop Drive Tenant LLC
3003 Woodbridge Ave Tenant LLC
3090 Olive Street Tenant LLC
31 St James Ave Tenant LLC
3101 Park Boulevard Tenant LLC
311 W 43rd Street Tenant LLC
3120 139th Avenue Southeast Tenant LLC
315 East Houston Tenant LLC
315 W 36th Street Tenant LLC
316 West 12th Street Tenant LLC
3200 Park Center Drive Tenant LLC
3219 Knox Street Tenant LLC
3280 Peachtree Road NE Tenant LLC

33 Arch Street Tenant LLC
33 East 33rd Street Tenant LLC
33 Irving Tenant LLC
330 North Wabash Avenue Tenant LLC
3300 N. Interstate 35 Tenant LLC
332 S Michigan Tenant LLC
333 West San Carlos Tenant LLC
3365 Piedmont Road Tenant LLC
340 Bryant Street HQ LLC
345 4th Street Tenant LLC
345 West 100 South Tenant LLC
35 East 21st Street HQ LLC
353 Sacramento Street Tenant LLC
35-37 36th Street Tenant LLC
360 NW 27th Street Tenant LLC
3600 Brighton Boulevard Tenant LLC
38 West 21st Street Tenant LLC
385 5th Avenue Q LLC
3900 W Alameda Ave Tenant LLC
391 San Antonio Road Tenant LLC
40 Water Street Tenant LLC
400 California Street Tenant LLC
400 Capitol Mall Tenant LLC
400 Concar Drive Tenant LLC
400 Lincoln Square Tenant LLC
400 Spectrum Center Drive Tenant LLC
4005 Miranda Ave Tenant LLC
401 San Antonio Road Tenant LLC
404 Fifth Avenue Tenant LLC
4041 Macarthur Boulevard Tenant LLC
405 Mateo Street Tenant LLC
408 Broadway Tenant LLC
410 North Scottsdale Road Tenant LLC
414 West 14th Street HQ LLC
415 Mission Street Tenant LLC
419 Park Avenue South Tenant LLC
420 5th Avenue Q LLC
420 Commerce Street Tenant LLC
WW Project Swift Member LLC
424 Fifth Avenue Holdings LLC
424 Fifth Avenue Junior Holdings LLC
424 Fifth Avenue Senior Holdings LLC
424 Fifth Avenue LLC
424-438 Fifth Avenue Tenant LLC

Ms. Swidler
August 28, 2023
Page No. 13

428 Broadway Tenant LLC
429 Lenox Ave Tenant LLC
430 Park Avenue Tenant LLC
4311 11th Avenue Northeast Tenant LLC
433 Hamilton Avenue Tenant LLC
437 5th Avenue Q LLC
437 Madison Avenue Tenant LLC
44 East 30th Street HQ LLC
44 Montgomery Street Tenant LLC
44 Wall Street HQ LLC
448 North LaSalle Street Tenant LLC
45 West 18th Street Tenant LLC
450 Lexington Tenant LLC
460 Park Ave South Tenant LLC
460 West 50 North Tenant LLC
475 Sansome St Tenant LLC
483 Broadway Tenant LLC
49 West 27th Street HQ LLC
490 Broadway Tenant LLC
50 W 28th Street Tenant LLC
500 11th Ave North Tenant LLC
500 7th Avenue Tenant LLC
501 Boylston Street Tenant LLC
501 East Kennedy Boulevard Tenant LLC
501 East Las Olas Blvd Tenant LLC
501 Eastlake Tenant LLC
5049 Edwards Ranch Tenant LLC
505 Main Street Tenant LLC
505 Park Avenue Q LLC
50-60 Francisco Street Tenant LLC
511 W 25th Street Tenant LLC
515 Folsom Street Tenant LLC
515 N State Street Tenant LLC
5161 Lankershim Boulevard Tenant LLC
5215 North O'Connor Boulevard Tenant LLC
524 Broadway Tenant LLC
525 Broadway Tenant LLC
53 Beach Street Tenant LLC
540 Broadway Q LLC
545 Boylston Street Q LLC
546 5th Avenue Tenant LLC
550 7th Avenue HQ LLC
550 Kearny Street HQ LLC
57 E 11th Street Tenant LLC

575 5th Avenue Tenant LLC
575 Lexington Avenue Tenant LLC
5750 Wilshire Boulevard Tenant LLC
5960 Berkshire Lane Tenant LLC
599 Broadway Tenant LLC
6 East 32nd Street WW Q LLC
600 B Street Tenant LLC
600 California Street Tenant LLC
600 H Apollo Tenant LLC
6001 Cass Avenue Tenant LLC
601 South Figueroa Street Tenant LLC
606 Broadway Tenant LLC
609 5th Avenue Tenant LLC
609 Greenwich Street Tenant LLC
609 Main street Tenant LLC
611 North Brand Boulevard Tenant LLC
615 S. Tenant LLC
625 Massachusetts Tenant LLC
625 West Adams Street Tenant LLC
63 Madison Avenue Tenant LLC
65 East State Street Tenant LLC
650 California Street Tenant LLC
6543 South Las Vegas Boulevard Tenant LLC
655 15th Street NW Tenant LLC
655 Montgomery St Tenant LLC
655 New York Avenue Northwest Tenant
LLC
660 J Street Tenant LLC
660 North Capitol St NW Tenant LLC
6655 Town Square Tenant LLC
67 Irving Place Tenant LLC
6900 North Dallas Parkway Tenant LLC
695 Town Center Drive Tenant LLC
7 West 18th Street Tenant LLC
700 K Street NW Tenant LLC
700 North Miami Tenant LLC
700 SW 5th Tenant LLC
708 Main St Tenant LLC
71 5th Avenue Tenant LLC
71 Stevenson Street Q LLC
711 Atlantic Ave Tenant LLC
725 Ponce De Leon Ave NE Tenant LLC
7272 Wisconsin Avenue Tenant LLC
729 Washington Ave Tenant LLC

Ms. Swidler
August 28, 2023
Page No. 14

| | |
|---|---|
| 7300 Dallas Parkway Tenant LLC | 980 6th Avenue Tenant LLC |
| 731 Sansome Street Tenant LLC | 9830 Wilshire Boulevard Tenant LLC |
| 75 Arlington Street Tenant LLC | 99 Chauncy Street Q LLC |
| 75 E Santa Clara Street Tenant LLC | 99 High Street Tenant LLC |
| 75 Rock Plz Tenant LLC | ARK Investment Group Holdings LLC |
| 750 Lexington Avenue Tenant LLC | Bird Investco LLC |
| 750 White Plains Road Tenant LLC | Cities by We LLC |
| 755 Sansome Street Tenant LLC | Clubhouse TS LLC |
| 756 W Peachtree Tenant LLC | Common Desk Holdings LLC |
| 77 Sands Tenant LLC | CD Locations, LLC |
| 77 Sands WW Corporate Tenant LLC | Common Coffee, LLC |
| 77 Sleeper Street Tenant LLC | Common Desk DE, LLC |
| 7761 Greenhouse Rd Tenant LLC | Common Desk OC , LLC |
| 777 6th Street NW Tenant LLC | Common Desk West 7th, LLC |
| 78 SW 7th Street Tenant LLC | Common Desk Daymaker LLC |
| 8 W 40th Street Tenant LLC | Common Desk Operations LLC |
| 80 M Street SE Tenant LLC | Creator Fund Managing Member LLC |
| 800 Bellevue Way Tenant LLC | Euclid LLC |
| 800 Market Street Tenant LLC | FieldLens LLC |
| 800 North High Street Tenant LLC | Five Hundred Fifth Avenue HQ LLC |
| 801 B. Springs Road Tenant LLC | Legacy Tenant LLC |
| 808 Wilshire Boulevard Tenant LLC | Mailroom Bar at 110 Wall LLC |
| 820 18th Ave South Tenant LLC | MissionU PBC |
| 821 17th Street Tenant LLC | One Gotham Center Tenant LLC |
| 83 Maiden Lane Q LLC | One Metropolitan Square Tenant LLC |
| 830 Brickell Plaza Tenant LLC | Parkmerced Partner LLC |
| 830 NE Holladay Street Tenant LLC | Play by WeWork LLC |
| 8305 Sunset Boulevard HQ LLC | Powered By We LLC |
| 8687 Melrose Avenue Tenant LLC | Project Caesar LLC |
| 8687 Melrose Green Tenant LLC | Project Standby I LLC |
| 88 U Place Tenant LLC | Prolific Interactive LLC |
| 880 3rd Ave Tenant LLC | PxWe Facility & Asset Management Services |
| 881 Peachtree Street Northeast Tenant LLC | LLC |
| 8910 University Center Lane Tenant LLC | South Tryon Street Tenant LLC |
| 90 South 400 West Tenant LLC | Spacious Technologies, LLC |
| 901 North Glebe Road Tenant LLC | The Hub Tenant LLC |
| 901 Woodland St Tenant LLC | Waltz Merger Sub LLC |
| 902 Broadway Tenant LLC | We Rise Shell LLC |
| 920 5th Ave Tenant LLC | WeWork Wellness LLC |
| 920 SW 6th Avenue Tenant LLC | We Work 154 Grand LLC |
| 9200 Timpanogos Highway Tenant LLC | We Work 349 5th Ave LLC |
| 925 4th Avenue Tenant LLC | We Work Management LLC |
| 925 N La Brea Ave Tenant LLC | We Work Retail LLC |
| 9777 Wilshire Boulevard Q LLC | WeInsure Holdco LLC |

Ms. Swidler
August 28, 2023
Page No. 15

Insurance Services by WeWork LLC

Welkio LLC

WeWork 156 2nd LLC

WeWork 175 Varick LLC

WeWork 25 Taylor LLC

WeWork 261 Madison LLC

WeWork 54 West 40th LLC

WeWork Bryant Park LLC

WeWork Asset Management LLC

WeWork Commons LLC

WeWork Companies Partner LLC

WeWork Construction LLC

WeWork Holdings LLC

WeWork Interco LLC

WeWork LA LLC

WeWork Labs Entity LLC

WeWork Little West 12th LLC

WeWork Magazine LLC

WeWork Real Estate LLC

WeWork Services LLC

WeWork Space Services Inc.

WeWork Space Services LLC

WeWork Workplace LLC

Wildgoose I LLC

WW 1010 Hancock LLC

WW 107 Spring Street LLC

WW 11 John LLC

WW 110 Wall LLC

WW 111 West Illinois LLC

WW 115 W 18th Street LLC

WW 1161 Mission LLC

WW 120 E 23rd Street LLC

WW 1328 Florida Avenue LLC

WW 1550 Wewatta Street LLC

WW 1601 Fifth Avenue LLC

WW 1875 Connecticut LLC

WW 2015 Shattuck LLC

WW 205 E 42nd Street LLC

WW 210 N Green LLC

WW 220 NW Eighth Avenue LLC

WW 222 Broadway LLC

WW 2221 South Clark LLC

WW 240 Bedford LLC

WW 25 Broadway LLC

WW 26 JS Member LLC

WW 312 Arizona LLC

WW 350 Lincoln LLC

WW 379 W Broadway LLC

WW 401 Park Avenue South LLC

WW 5 W 125th Street LLC

WW 500 Yale LLC

WW 51 Melcher LLC

WW 520 Broadway LLC

WW 535 Mission LLC

WW 555 West 5th Street LLC

WW 5782 Jefferson LLC

WW 600 Congress LLC

WW 641 S Street LLC

WW 718 7th Street LLC

WW 745 Atlantic LLC

WW 79 Madison LLC

WW 81 Prospect LLC

WW 811 West 7th Street LLC

WW 85 Broad LLC

WW 995 Market LLC

WW Brooklyn Navy Yard LLC

WW BuildCo LLC

WW Co-Obligor Inc.

WW Enlightened Hospitality Investor LLC

WW Journal Square Holdings LLC

WW Journal Square Member LLC

WW Onsite Services LLC

WW Onsite Services AAG LLC

WW Onsite Services EXP LLC

WW Onsite Services SFI LLC

WW Onsite Services SUM LLC

WW Project Swift Development LLC

WW VendorCo LLC

WW CO Architecture Holdings LLC

9670416 CANADA Inc.

WeWork Canada GP B.V.

WeWork Canada GP ULC

WeWork Canada LP B.V.

WeWork Canada LP ULC

700 2 Street Southwest Tenant LP

500 Bloor Street West Tenant LP

4635 Lougheed Highway Tenant LP

33 Bloor Street East Tenant LP

Ms. Swidler
August 28, 2023
Page No. 16

150 9 Avenue Southwest Tenant LP
114 East 4th Avenue Tenant LP
1090 West Pender Street Tenant LP
WW Worldwide CV
WeWork Companies (International) B.V.
Icefish APAC Holdco B.V.
Icefish Investment Holdco B.V.
WeWork APAC Partner Holdings B.V.
WeWork Asia Holding Company B.V.
WeWork Companies Partner (International)
B.V.
WeWork Middle East Holdings B.V.
WeWork New Zealand Holdco B.V.
WeWork Netherlands B.V.
1 Locatellikade Q B.V.
Herengracht 206 Tenant B.V.
Keizersgracht 271 Tenant B.V.
Keizersgracht 572 Tenant B.V.
Sarphatistraat 8 Tenant B.V.
Stadhouderskade 5-6 Q B.V.
Strawinskylaan 4117 Tenant B.V.
WW Metropool B.V.
WW Weteringschans B.V.
WeWork Denmark ApS
35 Kalvebod Brygge Tenant ApS
Skelbækgade 2-4 Tenant ApS
WeWork Belgium
31 Handelsstraat Tenant
4 Sint-Lazaruslaan Tenant
53 Belliardstraat Tenant
WeWork Germany GmbH
101 Karl-Marx-Straße Tenant GmbH
11 Neue Bahnhofstraße Q GmbH
11 Spittelmarkt Tenant GmbH
123 Schönhauser Allee Tenant GmbH
15 Herzogstraße Tenant GmbH
19 Schillerstraße Tenant GmbH
20 Heinrich-Heine-Allee Tenant GmbH
20 Rotherstrasse Tenant GmbH
242 Prenzlauer Allee Tenant GmbH
25 Turmstraße Tenant GmbH
3 Cuvrystraße Tenant GmbH
56 Schildergasse Tenant GmbH
72 Knesebeckstraße Tenant GmbH

Alexanderplatz 1 Tenant GmbH
Arnulfstraße 60 Tenant GmbH
Axel-Springer-Platz 3 Tenant GmbH
Ballindamm 40 Tenant GmbH
Chausseestraße 29 Tenant GmbH
Eichhornstraße 3 Tenant GmbH
Friedrichstraße 76 Tenant GmbH
Friesenplatz Tenant GmbH
Gänsemarkt 43 Tenant GmbH
Gerhofstraße 1-3 Tenant GmbH
Junghofstrasse 13 Tenant GmbH
Junghofstraße 22 Tenant GmbH
Karl-Liebknecht Street Tenant GmbH
Kemperplatz 1 Tenant GmbH
Kurfürstendamm 11 Tenant GmbH
Neue Schönhauser Straße 3-5 Tenant GmbH
Neuturmstraße 5 Tenant GmbH
Oskar-von-Miller-Ring 20 Tenant GmbH
Oskar-von-Miller-Ring 33 Q GmbH
Powered By We Germany GmbH
Rosenthaler Straße 43-45 Tenant GmbH
Rudolfplatz 7 Tenant GmbH
Standby I Tenant GmbH
Stralauer Allee 6 Tenant GmbH
Stresemannstraße 123 Tenant GmbH
Taunusanlage 8 Tenant GmbH
Warschauer Platz Tenant GmbH
Wilmersdorferstrasse 59 Tenant GmbH
WeWork (Czech Republic) s.r.o.
WeWork France SAS
33 Rue La Fayette Tenant SAS
40 Rue du Colisée Tenant SAS
Rue des Archives 64/66 Tenant SAS
WeWork Paris I Tenant SAS
WeWork Paris II Tenant SAS
WeWork Paris II Tenant SAS - Sucursal Em
Portugal [*branch*]
WeWork Paris III Tenant SAS
WeWork Paris IV Tenant SAS
WeWork Community Workspace Ireland
Limited
1 George's Quay Tenant Limited
155 Townsend St Q Tenant Limited
160 Shelbourne Road Q Limited

Ms. Swidler
August 28, 2023
Page No. 17

42 Charlemont Street Tenant Limited
5 Harcourt Road Tenant Limited
Central Plaza Tenant Limited
Dublin Landings Tenant Limited
Iveagh Court Tenant Limited
WeWork Israel Ltd.
10 Hazerem Street Tenant Ltd
144 Menachem Begin Tenant Ltd.
146 Derech Menachem Begin Tenant Ltd.
16 Efal Tenant Ltd.
16 Helkikey Ha'Or Tenant Ltd
23 Schocken Street Tenant Ltd
3 Aluf Kalman Magen Tenant Ltd.
30 Ibn Gabirol Tenant Ltd.
32 King George Tenant Ltd.
37 Shaul HaMelech Boulevard Tenant Ltd
4 Maale HaShichrur Tenant Ltd
40 Tuval Tenant Ltd.
45 HaAtzmaut Tenant Ltd.
6 Totzeret Haaretz Tenant Ltd.
7 Menachem Begin Tenant Ltd.
Midtown Music Club Ltd.
Unomy Ltd.
WeWork Technology Israel Ltd.
WeWork Italy S.R.L.
WeWork Norway AS
WeWork Poland sp. z o.o.
The We Company ROU S.R.L.
WeWork Company Workspace S. L.
WW Sweden AB
WeWork Rus LLC
WeWork Saudi Arabia Limited
WeWork Middle East Gazelle Limited
WeWork Middle East DWTC FZE
Wework Gulf I FZ-LLC
The We Company Worldwide Limited
WeWork International Limited
1 America Square Q Tenant Limited
1 Ariel Way Tenant Limited
1 Lloyd's Avenue Tenant Limited
1 Mark Square Tenant Limited
1 Poultry Tenant Limited
1 St Katharine's Way Tenant Limited
1 St Peter's Square Tenant Limited

1 Waterhouse Square Tenant Limited
10 East Road Tenant Limited
10 Fenchurch Avenue Tenant Limited
10-12 Russell Square Q Limited
119 Marylebone Road Tenant Limited
12 Hammersmith Grove Tenant Limited
12 Moorgate Tenant Limited
120 Moorgate Tenant Limited
120 Old Broad St Q Limited
123 Buckingham Palace Road Tenant Limited
125 Kingsway Tenant Limited
125 Shaftesbury Tenant Limited
130 Wood Street Tenant Limited
131 Finsbury Pavement Tenant Limited
133 Houndsditch Tenant Limited
14-16 Great Chapel Tenant Limited
142 Old Street Q Tenant Limited
142 Wardour Street Tenant Limited
15 Bishopsgate Tenant Limited
165 Fleet Street Tenant Limited
17 St Helen's Place Tenant Limited
184 Shepherds Bush Road Tenant Limited
2 Eastbourne Tenant Limited
2 Minster Court Tenant Limited
2 Southbank Tenant Limited
207 Old Street Tenant Limited
21 Soho Square Tenant Limited
22 Long Acre Tenant Limited
26 Hatton Garden Tenant Limited
28-42 Banner Street Q Limited
3 Waterhouse Square Tenant Limited
30 Churchill Place Tenant Limited
33 Q Street Tenant Limited
38 Chancery Lane Tenant Limited
41 Blackfriars Road Tenant Limited
5 Merchant Square Tenant Limited
50-60 Station Road Tenant Limited
51 Eastcheap Tenant Limited
52 Bedford Row Tenant Limited
55 Colmore Row Tenant Limited
6 Brindley Place Tenant Limited
70 Wilson Street Tenant Limited
71-91 Aldwych House Tenant Limited
76-78 Clerkenwell Road Tenant Limited

Ms. Swidler
August 28, 2023
Page No. 18

77 Leadenhall Street Tenant Limited
77 Farringdon Road Tenant Limited
8-14 Meard Street Tenant Limited
89-115 Mare Street Tenant Limited
90 York Way Tenant Limited
91 Baker Street Tenant Limited
97 Hackney Road Tenant Limited
99 Q Victoria Street Tenant Limited
Corsham Tenant Limited
Dalton Place Tenant Limited
LT Build Limited
No. 1 Spinningfields Tenant Limited
Powered By We UK Limited
Provost and East Tenant Limited
Shoreditch the Bard Tenant Limited
Stamford Street Tenant Limited
The Hewitt Shoreditch Tenant Limited
WeWork Community Workspace UK Limited
80 George Street Tenant Limited
WW Bishopsgate Limited
WW Devonshire Limited
WW Hanover House Operations Limited
WW Medius Limited
WW Moor Place Limited
WW Sea Containers Limited
Hammerjaw Bengaluru Private Limited
Hagfish Mumbai Private Limited
Houndshark Delhi Private Limited
PxWe India Private Limited
WeWork Uruguay S.R.L.
WeWork Peru Management S.R.L.
WeWork Peru S.R.L.
Emprendimientos y Proyectos del Peru S.A.C.
WeWork New Zealand
WeWork Australia Pty Ltd
1 Sussex Street Pty Ltd
100 Harris Tenant Pty Ltd
120 Spencer Street Pty Ltd
123 Eagle Street Tenant Pty Ltd
152 Saint Georges Terrace Pty Ltd
161 Castlereagh Street Pty Ltd
192 Ann Street Tenant Pty Ltd
222 Exhibition St Pty Ltd
25 K Street Pty Ltd

260 Queen Street Pty Ltd
320 Pitt Street Pty Ltd
333 George Street Pty Ltd
345 Bourke Street Tenant Pty Ltd
383 George Street Tenant Pty Ltd
401 Collins Street Tenant Pty Ltd
5 Martin Place Tenant Pty Ltd
50 Miller Street Pty Ltd
64 York Street Pty Ltd
66 King Street Tenant Pty Ltd
Gravity Coworking Pty Ltd
WeWork Korea Yuhan Hoesa
WeWork Seoul 1-ho Yuhan Hoesa
WeWork Seoul 2-ho Yuhan Hoesa
WeWork Seoul 3-ho Yuhan Hoesa
WeWork Seoul 4-ho Yuhan Hoesa
WeWork Seoul 5-ho Yuhan Hoesa
WeWork Busan 1-ho Yuhan Hoesa
WeWork Singapore Pte. Ltd.
naked Hub Vietnam Holdings Limited
NHNP VN Limited
WeWork Vietnam Limited
WW Community Workspaces Philippines, Inc.
WeWork Malaysia Sdn. Bhd.
WeWork Holding (Thailand) Company Limited
WeWork (Thailand) Limited
Spacemob Pte. Ltd.
PT WeWork Services International
PT PoweredByWe Services Indonesia
WeTech LLC

**KIRKLAND & ELLIS LLP**

**CLIENT-REIMBURSABLE EXPENSES AND OTHER CHARGES**

*Effective 01/01/2023*

The following outlines Kirkland & Ellis LLP's ("K&E LLP") policies and standard charges for various services performed by K&E LLP and/or by other third parties on behalf of the client which are often ancillary to our legal services. Services provided by in-house K&E LLP personnel are for the convenience of our clients. Given that these services are often ancillary to our legal services, in certain instances it may be appropriate and/or more cost efficient for these services to be outsourced to a third-party vendor. If services are provided beyond those outlined below, pricing will be based on K&E LLP's approximate cost and/or comparable market pricing.

- **Duplicating, Reprographics, and Printing**: The following list details K&E LLP's charges for duplicating, reprographics, and printing services:

  ‣ Black and White Copy or Print (all sizes of paper):
    - $0.16 per impression for all U.S. offices
    - €0.10 per impression in Munich
    - £0.15 per impression in London
    - HK$1.50 per impression in Hong Kong
    - RMB1.00 per impression in Beijing and Shanghai
  ‣ Color Copy or Print (all sizes of paper):
    - $0.55 per impression
  ‣ Scanned Images:
    - $0.16 per page for black and white or color scans
  ‣ Other Services:
    - CD/DVD Duplicating or Mastering - $7/$10 per CD/DVD
    - Binding - $0.70 per binding
    - Large or specialized binders - $13/$27
    - Tabs - $0.13 per item
    - OCR/File Conversion - $0.03 per page
    - Large Format Printing - $1.00 per sq. ft.

- **Secretarial and Word Processing**: Clients are not charged for secretarial and word processing activities incurred on their matters during standard business hours.

- **Overtime Charges**: Clients will be charged for overtime costs for secretarial and document services work if either (a) the client has specifically requested the after-hours work or (b) the nature of the work being done for the client necessitates out-of-hours overtime and such work could not have been done during normal working hours. If these conditions are satisfied, costs for related overtime meals and transportation also will be charged.

- **Travel Expenses**:  We charge clients our out-of-pocket costs for travel expenses including associated travel agency fees.  We charge coach fares (business class for international flights) unless the client has approved business-class, first-class, or an upgrade.  K&E LLP personnel are instructed to incur only reasonable airfare, hotel, and meal expenses.  K&E LLP negotiates, uses, and passes along volume-discount hotel and air rates whenever practicable.  However, certain retrospective rebates may not be passed along.

- **Catering Charges:**  Clients will be charged for any in-house catering service provided in connection with client matters.

- **Communication Expenses**:  We do not charge clients for telephone calls, conference calls, videoconferences, or faxes made from K&E LLP's offices.

  Charges incurred for conference calls, videoconferences, cellular telephones, and calls made from other third-party locations will be charged to the client at the actual cost incurred.  Further, other telecommunication expenses incurred at third-party locations (*e.g.*, phone lines at trial sites, Internet access, etc.) will be charged to the client at the actual cost incurred.

- **Overnight Delivery/Postage**:  We charge clients for the actual cost of overnight and special delivery (*e.g.*, Express Mail, FedEx, and DHL), and U.S. postage for materials mailed on the client's behalf.  K&E LLP negotiates, uses, and passes along volume-discount rates whenever practicable.

- **Messengers**:  We charge clients for the actual cost of a third-party vendor messenger.

- **Library Research Services**:  Library Research staff provides research and document retrieval services at the request of attorneys, and clients are charged per hour for these services.  Any expenses incurred in connection with the request, such as outside retrieval service or online research charges, are passed on to the client at cost, including any applicable discounts.

- **Online Research Charges**:  K&E LLP charges for costs incurred in using third-party online research services in connection with a client matter.  K&E LLP negotiates and uses discounts or special rates for online research services whenever possible and practicable and passes through the full benefit of any savings to the client based on actual usage.

- **Inter-Library Loan Services**: Our standard client charge for inter-library loan services when a K&E LLP library employee borrows a book from an outside source is $25 per title.  There is no client charge for borrowing books from K&E LLP libraries in other cities or from outside collections when the title is part of the K&E LLP collection but unavailable.

- **Off-Site Legal Files Storage**: Clients are not charged for off-site storage of files unless the storage charge is approved in advance.

- **Electronic Data Storage**: K&E LLP will not charge clients for costs to store electronic data and files on K&E LLP's systems if the data stored does not exceed 100 gigabytes (GB). If the data stored for a specific client exceeds 100GB, K&E LLP will charge clients $6.00 per month/per GB for all network data stored until the data is either returned to the client or properly disposed of. For e-discovery data on the Relativity platform, K&E LLP will also charge clients $6.00 per month/per GB until the data is either returned to the client or properly disposed of.

- **Tax Filings**: Clients will be charged a fixed fee for certain tax filings. Our standard charge is: $400 per Form 8832 election; $250 per Form 83(b) election for the first 20 forms, $100 per form for any additional forms; $1,000 each for Form SS-4 (Foreign); $100 each for Form SS-4 (Domestic); and $75 for each FIRPTA certificate.

- **Calendar Court Services**: Our standard charge is $25 for a court filing and other court services or transactions.

- **Supplies**: There is no client charge for standard office supplies. Clients are charged for special items (*e.g.*, a minute book, exhibit tabs/indexes/dividers, binding, etc.) and then at K&E LLP's actual cost.

- **Contract Attorneys and Contract Non-Attorney Billers**: If there is a need to utilize a contract attorney or contract non-attorney on a client engagement, clients will be charged a standard hourly rate for these billers unless other specific billing arrangements are agreed between K&E LLP and client.

- **Expert Witnesses, Experts of Other Types, and Other Third-Party Consultants**: If there is a need to utilize an expert witness, expert of other type, or other third-party consultant such as accountants, investment bankers, academicians, other attorneys, etc. on a client engagement, clients will be requested to retain or pay these individuals directly unless specific billing arrangements are agreed between K&E LLP and client.

- **Third-Party Expenditures**: Third-party expenditures (*e.g.*, corporate document and lien searches, lease of office space at Trial location, IT equipment rental, SEC and regulatory filings, etc.) incurred on behalf of a client, will be passed through to the client at actual cost. If the invoice exceeds $50,000, it is K&E LLP's policy that wherever possible such charges will be directly billed to the client. In those circumstances where this is not possible, K&E LLP will seek reimbursement from our client prior to paying the vendor.

Unless otherwise noted, charges billed in foreign currencies are determined annually based on current U.S. charges at an appropriate exchange rate.

3

## EXHIBIT B

**Serajeddini Declaration**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
edward.sassower@kirkland.com
joshua.sussberg@kirkland.com
steven.serajeddini@kirkland.com
ciara.foster@kirkland.com

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:      (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## DECLARATION OF STEVEN N. SERAJEDDINI IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF NOVEMBER 6, 2023

I, Steven N. Serajeddini, being duly sworn, state the following under penalty of perjury:

1.      I am the president of Steven N. Serajeddini, P.C., a partner of the law firm of

Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022, and a

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork.  The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland"). I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases. I am a member in good standing of the Bar of the State of New York and the State of Illinois, and I have been admitted to practice in United States District Court for the Northern District of Illinois. There are no disciplinary proceedings pending against me.

2.        I submit this declaration (the "Declaration") in support of the Debtors' *Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of November 6, 2023* (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## Kirkland's Qualifications

4.        The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

5.        Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others:  *In re Cyxtera Technologies, Inc.*, No. 23-14853 (JKS) (Bankr. D.N.J. July 18, 2023); *In re Whittaker, Clark & Daniels, Inc.*, No. 23-13575 (MBK) (Bankr. D.N.J. June 26, 2023); *In re Bed Bath & Beyond, Inc.*, No. 23-13359 (VFP) (Bankr. D.N.J. June 5, 2023); *In re David's Bridal, LLC*, No. 23-13131 (CMG) (Bankr. D.N.J. June 1, 2023); and *In re BlockFi Inc.*, No. 22-19361 (MBK) (Bankr. D.N.J. Feb. 1, 2023).[3]

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

[3]     Because of the voluminous nature of the orders cited in this Declaration, they are not attached to this Declaration. Copies of these orders are available upon request to Kirkland.

2

6.      In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland

has become familiar with the Debtors' business and many of the potential legal issues that may

arise in the context of these chapter 11 cases.  I believe that Kirkland is both well-qualified and

uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

## Services to Be Provided

7.      Subject to further order of the Court and that certain engagement letter dated

September 5, 2023 (the "Engagement Letter"),[4] a copy of which is attached as **Exhibit 1** to the

Order, the Debtors retained Kirkland to render, without limitation, the following legal services:

a.      advising the Debtors with respect to their powers and duties as debtor in
possession in the continued management and operation of their businesses
and properties;

b.      advising and consulting on the conduct of these chapter 11 cases, including
all of the legal and administrative requirements of operating in chapter 11;

c.      attending meetings and negotiating with representatives of creditors and
other parties in interest;

d.      taking all necessary actions to protect and preserve the Debtors' estates,
including prosecuting actions on the Debtors' behalf, defending any action
commenced against the Debtors, and representing the Debtors in
negotiations concerning litigation in which the Debtors are involved,
including objections to claims filed against the Debtors' estates;

e.      preparing pleadings in connection with these chapter 11 cases, including
motions, applications, answers, orders, reports, and papers necessary or
otherwise beneficial to the administration of the Debtors' estates;

f.      representing the Debtors in connection with obtaining authority to continue
using cash collateral and postpetition financing;

g.      advising the Debtors in connection with any potential sale of assets;

---

[4]   Kirkland was initially engaged by the Debtors for intellectual property services pursuant to an engagement letter
dated as of October 8, 2018.  However, to expand and clarify Kirkland's role with respect to a restructuring
engagement, the Debtors entered into the Engagement Letter, which governs this engagement.

3

h.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.      advising the Debtors regarding tax matters;

j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors' assets; and (iii) advising the Debtors on corporate and litigation matters.

8.      By separate application, the Debtors have also asked the Court to approve the retention of Cole Schotz P.C. ("Cole Schotz") as bankruptcy co-counsel to the Debtors.  In order to avoid any duplication of effort and provide services to the Debtors in the most efficient and cost-effective manner, Kirkland will coordinate with Cole Schotz and any other firms the Debtors retain regarding their respective responsibilities in these chapter 11 cases.

9.      Cole Schotz  is primarily responsible for the following:

a.      advising and consulting on the prosecution of the chapter 11 case, including all of the legal and administrative requirements of operating in chapter 11;

b.      preparing such administrative and procedural applications and motions as may be required for the orderly and efficient conduct of the case;

c.      prosecuting and defending litigation that may arise during the course of the case;

d.      consulting with the Debtors concerning and participate in the formulation, negotiation, preparation, and filing of a plan or plans of reorganization/liquidation and disclosure statement(s) to accompany the plan(s);

e.      reviewing and objecting to claims;

f.      analyzing, recommending, preparing, and bringing causes of action permitted under the bankruptcy code;

g.      addressing conflict matters to the extent necessary; and

4

      h.     taking all steps necessary and appropriate to bring the case to a conclusion.

## Professional Compensation

10.    Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that Kirkland uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required.  These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

11.    Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

12.    Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[5]

---

[5] For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

| Billing Category[6] | U.S. Range |
|---|---|
| Partners | $1,195-$2,245 |
| Of Counsel | $820-$2,125 |
| Associates | $685-$1,395 |
| Paraprofessionals | $295-$575 |

13.     Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[7]

14.     It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client.  It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items.  Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

15.     To ensure compliance with all applicable deadlines in these chapter 11 cases, Kirkland utilizes the services of overtime secretaries.  Kirkland charges fees for these services pursuant to the Engagement Letter between Kirkland and the Debtors, which permits Kirkland to

---

[6]     Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys.  Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[7]     For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion; and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013).  As set forth in the Order, Kirkland will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

bill the Debtors for overtime secretarial charges that arise out of business necessity.  In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

16.    Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States.  Notwithstanding the foregoing and consistent with the Local Rules, Kirkland will charge no more than $0.10 per page for standard duplication services in these chapter 11 cases.  Kirkland does not charge its clients for incoming facsimile transmissions. Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

## Compensation Received by Kirkland from the Debtors

17.    Per the terms of the Engagement Letter, on September 13, 2023, the Debtors paid $1,000,000.00 to Kirkland, which, as stated in the Engagement Letter, constituted a "special purpose retainer" (also known as an "advance payment retainer") as defined in Rule 1.5(d) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007).  Subsequently, the Debtors paid to Kirkland additional special purpose retainers totaling $21,000,000.00 in the aggregate.  As stated in the Engagement Letter, any special purpose retainer is earned by Kirkland upon receipt, any special purpose retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any special purpose retainer upon Kirkland's receipt, any special purpose retainer will be placed in Kirkland's

general account and will not be held in a client trust account, and the Debtors will not earn any interest on any special purpose retainer.[8]

18.     As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  Although certain expenses and fees may have been incurred, but not yet applied to Kirkland's special purpose retainer, Kirkland's total special purpose retainer always exceeded any amounts listed or to be listed on statements describing services rendered and expenses incurred (on a "rates times hours" and "dates of expenses incurred" basis) prior to the Petition Date.

19.     Pursuant to Bankruptcy Rule 2016(b), Kirkland has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

### Statement Regarding U.S. Trustee Guidelines

20.     Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court. Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for

---

[8]   The Engagement Letter provides that Kirkland may continue to hold any remaining prepetition special purpose retainer during the pendency of a chapter 11 case rather than applying such special purpose retainer to postpetition fees and expenses.  Kirkland evaluates whether to retain any remaining prepetition special purpose retainer on a case-by-case basis.  In this particular case, Kirkland has elected not to hold any remaining prepetition special purpose retainer but, instead, will apply any remaining special purpose retainer to postpetition fees and expenses as such fees and expenses are allowed by the Court.

information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "<u>Revised UST Guidelines</u>"), both in connection with this Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

<u>**Attorney Statement Pursuant to Revised UST Guidelines**</u>

21.     The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

a.    **Question**: Did Kirkland agree to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement?

**Answer**: No. Kirkland and the Debtors have not agreed to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement. The rate structure provided by Kirkland is appropriate and is not significantly different from (a) the rates that Kirkland charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

b.    **Question**: Do any of the Kirkland professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

**Answer**: No. The hourly rates used by Kirkland in representing the Debtors are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

c.    **Question**: If Kirkland has represented the Debtors in the 12 months prepetition, disclose Kirkland's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If Kirkland's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

**Answer**: Kirkland's current hourly rates for services rendered on behalf of the Debtors range as follows: [9]

| Billing Category | U.S. Range |
|---|---|
| Partners | $1,195-$2,245 |
| Of Counsel | $820-$2,125 |
| Associates | $685-$1,395 |
| Paraprofessionals | $295-$575 |

d.  **Question**:  Have the Debtors approved Kirkland's budget and staffing plan, and, if so, for what budget period?

**Answer**: Yes.  More specifically, pursuant to the Interim Cash Collateral Order,[10] the Debtors must furnish weekly budget and variance reports, which include detail regarding the fees and expenses incurred in these chapter 11 cases by professionals proposed to be retained by the Debtors.

### Kirkland's Disinterestedness

22.    In connection with its proposed retention by the Debtors in these chapter 11 cases, Kirkland undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Kirkland obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto.  Kirkland has searched its electronic database for its connections to the entities listed on **Schedule 1** hereto.  In addition, after Kirkland identified all client connections with the parties in interest over a specified time period, Kirkland circulated a survey email to all Kirkland attorneys who billed 10 or more hours to such clients

---

[9]    While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

[10]    "Interim Cash Collateral Order" means the *Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay and (V) Granting Related Relief* [Docket No. 103].

10

during the prior six years. Further, beyond the individual emails, Kirkland sent a daily report of new matters firm wide. All Kirkland attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations. Kirkland received certain answers in the affirmative from attorneys who had worked on matters for parties in interest unrelated to these chapter 11 cases, and, as further described herein, such attorneys have been screened from this matter. Additionally, to the extent that I have been able to ascertain that Kirkland has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

23.      Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases. Kirkland has searched its electronic database for its connections to the entities listed on **Schedule 1** attached hereto. The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases. Accordingly, Kirkland will update this Declaration as necessary and when Kirkland becomes aware of additional material information. The following is a list of the categories that Kirkland has searched:[11]

| **Schedule** | **Category** |
| --- | --- |
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers |
| 1(c) | Bankruptcy Judges and Court Staff |
| 1(d) | Banks, Lenders, Agents, and Payment Processors |
| 1(e) | Customers |

---

[11]   Kirkland's inclusion of parties in the following Schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

1(f)        Bankruptcy Professionals
1(g)        Equity Holders
1(h)        Insurance
1(i)        Landlords, Lease Rejection Counterparties, and Guarantor Landlords
1(j)        Litigation Counterparties
1(k)        Non-Debtor Affiliates
1(l)        Noteholders
1(m)        Office of the United Trustee Office
1(n)        Surety Bonds
1(o)        Taxing Authorities
1(p)        Utilities
1(q)        Vendors

24.    To the best of my knowledge, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

25.    Listed on **Schedule 2** to this Declaration are the results of Kirkland's conflicts searches of the above-listed entities.[12]  For the avoidance of doubt, Kirkland will not commence a cause of action in these chapter 11 cases against the entities listed on **Schedule 2** that are current clients of Kirkland (including entities listed below under the "Specific Disclosures" section of this Declaration) unless Kirkland has an applicable waiver on file or first receives a waiver from such entity allowing Kirkland to commence such an action.  To the extent that a waiver does not exist

---

[12]    As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed.  Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

or is not obtained from such entity and it is necessary for the Debtors to commence an action
against that entity, the Debtors will be represented in such particular matter by Cole Schotz.

26.     Kirkland's conflicts search of the entities listed on **Schedules 1(a) – 1(q)** (that
Kirkland was able to locate using its reasonable efforts) reveals, to the best of my knowledge, that
those Kirkland attorneys and paraprofessionals who previously worked at other law firms that
represented such entities in these chapter 11 cases have not worked on matters relating to the
Debtors' restructuring efforts while at Kirkland.

27.     Based on the conflicts search conducted to date and described herein, to the best of
my knowledge, neither I, Kirkland, nor any partner or associate thereof, insofar as I have been able
to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest,
their respective attorneys and accountants, the United States Trustee for the District of New Jersey
(the "U.S. Trustee"), any person employed by the U.S. Trustee, or any Bankruptcy Judge currently
serving on the United States Bankruptcy Court for the District of New Jersey, except as disclosed
or otherwise described herein.

28.     Kirkland will review its files periodically during the pendency of these chapter 11
cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new
relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to
identify such further developments and will promptly file a supplemental declaration, as required
by Bankruptcy Rule 2014(a).

29.     Generally, it is Kirkland's policy to disclose entities in the capacity that they first
appear in a conflicts search.  For example, if an entity already has been disclosed in this Declaration
in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a
different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental

13

declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

30.     From time to time, certain former partners of Kirkland are entitled to compensation for a limited period of time following their departure from the firm.

31.     From time to time, Kirkland has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to Kirkland.

32.     Certain insurance companies pay the legal bills of Kirkland clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance companies, however, are Kirkland clients as a result of the fact that they pay legal fees on behalf of Kirkland clients.

### **Specific Disclosures**

33.     As specifically set forth below and in the attached exhibits, Kirkland represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates.  Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters unrelated to these chapter 11 cases.

A.      **Connections to Holders of Equity Interests in the Debtors.**

34.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Softbank Group and certain of its affiliates ("Softbank") on a variety of matters.  Softbank owns approximately 71% of the equity interests in Debtor WeWork Inc. and is

14

represented by Weil, Gotshal & Manges LLP and Wollmuth Maher & Deutsch LLP in these chapter 11 cases. Kirkland has not represented, and will not represent, Softbank in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. All current and prior Kirkland representations of Softbank have been in matters unrelated to these chapter 11 cases. I do not believe that Kirkland's current or prior representation of Softbank precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**B.     Connections to Officers and Directors.**

35.     As disclosed below and on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries and entities associated with the Debtors' current and recent former officers and directors. I do not believe that Kirkland's current or prior representation of the affiliates, subsidiaries, and entities associated with certain officers and directors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

36.     As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain entities affiliated with, owned by, or founded, by former officer Adam Neumann. All current and prior representations of Mr. Neumann's other endeavors have been in matters unrelated to the Debtors or these chapter 11 cases that are not Non-Debtor Affiliates (as defined in paragraph 38 herein). Kirkland has not represented, and will not represent, Mr. Neumann or other non-Debtor entities affiliated with, owned by, or founded by Mr. Neumann in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of businesses affiliated with Mr. Neumann precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

15

37.     Paul Aronzon, Paul Keglevic, Elizabeth LaPuma, and Henry Miller, disinterested directors of the Debtors (the "Disinterested Directors"), and David Tolley, chief executive officer of Debtor WeWork Inc., have served, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof. I do not believe that Kirkland's current or prior representation of clients for which the Disinterested Directors and/or David Tolley serve(d) in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**C.      Connections to Other Entities.**

38.     As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain non-debtor affiliates of the Debtors (the "Non-Debtor Affiliates"), including affiliates which may be able to assert claims in these chapter 11 cases, in a variety of matters unrelated to these chapter 11 cases. I do not believe these representations preclude Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

39.     As disclosed on **Schedule 2**, certain of the Debtors and/or Non-Debtor Affiliates are parties in interest in the chapter 11 cases of current or former Kirkland restructuring clients and/or such clients may be parties in interest in these chapter 11 cases, including SmileDirectClub, Inc., Ascena Retail Group, Inc., RGN-Group Holdings, LLC, Bed Bath & Beyond, Inc., Katerra, Inc., David's Bridal LLC, Altera Infrastructure L.P., Pipeline Health Systems, LLC, Voyager Digital Ltd., Windstream Holdings, Inc, and/or certain of their subsidiaries and affiliates (collectively, the "Restructuring Clients"). Kirkland's current and prior representations of the Restructuring Clients are unrelated to the Debtors' chapter 11 cases. Kirkland will not represent the Debtors, the Non-Debtor Affiliates, or other entities associated with the Debtors in any matter related to the Restructuring Clients' restructuring matters. Similarly, Kirkland will not represent the

16

Restructuring Clients against the Debtors in these chapter 11 cases. I do not believe that Kirkland's current or former representation of the Restructuring Clients precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

40. As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, Starwood Capital Group Global, LP and/or certain of its affiliates ("<u>Starwood</u>") on a variety of matters. Starwood engaged in certain prepetition transactions with the Debtors, including the provision of certain private placement notes from investors, including funds managed by Starwood. Kirkland has not represented, and will not represent, Starwood in connection with any matter related to these chapter 11 cases during the pendency of these chapter 11 cases. All current and prior Kirkland representations of Starwood have been in matters unrelated to these chapter 11 cases. I do not believe that Kirkland's current or prior representation of Starwood precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

41. As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain of the Debtors' vendors, including ABM Industries Incorporated, Accenture LLP, Anywhere Real Estate, Inc., Truist Financial Corporation, CBRE, Inc., Cushman & Wakefield, Inc., Deloitte LLP, BC Partners, Hewlett Packard Enterprise Co., Staples, Inc., and/or certain of their subsidiaries and affiliates (collectively, the "<u>Vendors</u>") in a variety of matters. Kirkland's current and prior representation of the Vendors have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented and will not represent, the Vendors in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of the Vendors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain of the Debtors' utility providers, including AT&T Services, Inc., DIRECTV, LLC, Charter Communications, Inc., Comcast Cable Communications Management LLC, Lumen Technologies, Inc., City of Dallas, Arcline Investment Management LP, Just Energy Group Inc., NextEra Energy, Inc., WGL Holdings, Inc., Vistra Energy Corp., Calpine Corporation, Stonepeak Partners, LP, Radiate Topco, LLC, Exelon Corporation, Optim Energy Altura Cogen LLC, Targa Resources, Corp., BHE Renewables, LLC, Pacific Gas and Electric Company, NRG Energy, Inc., Oracle Corporation, Verizon Communications, Inc., and/or certain of their subsidiaries and affiliates (collectively, the "Utility Providers") in a variety of matters.  Kirkland's current and prior representation of the Utility Providers have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, the Utility Providers in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of the Utility Providers precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

As disclosed on **Schedule 2**, Kirkland represents, and in the past has represented, certain of the Debtors' insurance provers, including Berkshire Hathaway Inc., Chubb Bermuda Insurance Ltd., Continental Casualty Company, Centerbridge Partners, L.P., HCC Insurance Holdings, Inc., and/or certain of their subsidiaries, affiliates, and employees (collectively, the "Insurance Providers") in a variety of matters.  Kirkland's current and prior representation of the Insurance Providers have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented and will not represent, the Insurance Providers in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe

18

that Kirkland's current or prior representation of the Insurance Providers precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

As disclosed on **Schedule 2**, Kirkland represents, and in the past has represented, certain of the Debtors' customers and/or certain of their subsidiaries, affiliates, and employees (collectively, the "Customers") in a variety of matters. Kirkland's current and prior representation of the Customers have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented and will not represent, the Customers in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of the Customers precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**D.      Other Chapter 11 Professionals.**

42.      As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seeks to retain in connection with these chapter 11 cases. Kirkland's current and prior representations of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, any such professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

43.      The Debtors' proposed restructuring advisor is Alvarez & Marsal North America, LLC ("A&M Advisory"). As disclosed on **Schedule 2**, Kirkland represents Alvarez & Marsal, Inc. ("A&M Inc."), Alvarez & Marsal Capital, LLC ("A&M Capital"), AMCP Security Holdings L.P. / Centerra Group, LLC, Alvarez & Marsal Tax and UK LLP, and affiliated entities in matters

19

unrelated to the Debtors and these chapter 11 cases. In addition, subject to the parameters discussed in the Kirkland Attorney and Employee Investments section of this Declaration, Kirkland person(s) have invested in one or more funds affiliated with A&M Capital. I do not believe that Kirkland's representation of these parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**E.     Kirkland Attorney and Employee Investments.**

44.     From time to time, Kirkland partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases, often without Kirkland's knowledge. Each Kirkland person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. The Investment Fund is generally operated as a blind pool, meaning that when the Kirkland persons make an investment in the Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

45.     From time to time one or more Kirkland partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds. Such Passive-Intermediary Entity is composed only of persons who were Kirkland partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some may later become former Kirkland partners and of counsel). Participation in such a Passive-Intermediary

20

Entity is wholly voluntary and only a portion of Kirkland's partners and of counsel choose to participate. The Passive-Intermediary Entity generally owns substantially less than one percent of any such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales. And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) the identity of the securities purchased, sold, or held by the Investment Fund. To the extent the Passive-Intermediary Entity is or becomes aware of the identity of the securities purchased, sold, or held by the Investment Funds ("Known Holdings"), such Known Holdings are submitted to Kirkland's conflict checking system.

46.    From time to time, Kirkland partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases. Kirkland has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work, so that all Kirkland attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

F.     **Other Disclosures.**

47.     Finally, certain interrelationships exist among the Debtors.  Nevertheless, the

Debtors have advised Kirkland that the Debtors' relationships to each other do not pose any

conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have

been able to ascertain, I know of no conflict of interest that would preclude Kirkland's joint

representation of the Debtors in these chapter 11 cases.

48.     Kirkland currently represents, and formerly has represented, Bank of America,

N.A. ("Bank of America") and certain of its affiliates, in a variety of matters.  Bank of America is

a lender in these chapter 11 cases.  Kirkland's representations of Bank of America, in the

aggregate, accounted for less than one percent of Kirkland's fee receipts for the twelve-month

period ending on November 15, 2023.  All of Kirkland's current and prior representations of Bank

of America have been unrelated to the Debtors and these chapter 11 cases.  I do not believe that

Kirkland's representation of Bank of America precludes Kirkland from meeting the

disinterestedness standard under the Bankruptcy Code.

49.     The spouse of Kirkland partner Helen E. Witt, P.C. is a managing director of

JPMorgan Chase & Co.  JP Morgan Chase Bank, N.A. and certain of its affiliates are among the

Debtors' lenders to and holders of equity interests in the Debtors.  Out of an abundance of caution,

Kirkland has instituted formal screening measures to screen Ms. Witt from all aspects of

Kirkland's representation of the Debtors.

50.     James H.M. Sprayregen, a Kirkland partner, worked as an attorney at Kirkland from

July 1990 until June 2006 and rejoined the firm in December 2008. From June 2006 until

December 2008, prior to rejoining the firm, Mr. Sprayregen was co-head of the restructuring group

of Goldman Sachs Americas, where he advised U.S. and international clients in restructuring and

distressed situations.  Certain affiliates of Goldman Sachs are holders of equity interests in the Debtors.  As described above, Goldman Sachs is a client of the firm and is disclosed on Schedule 1(d) attached hereto.  I do not believe that Mr. Sprayregen's prior employment at Goldman Sachs precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

51.     Reginald Brown, a Kirkland partner, is a member of the board of directors Blackstone, Inc. Blackstone/certain affiliates of Blackstone is/are investors in and landlords to the Debtors.  Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Mr. Brown from all aspects of Kirkland's representation of the Debtors.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

52.     Jonathan S. Henes, a former partner of Kirkland, is the CEO and principal of C Street Advisory Group, LLC ("C Street").  C Street is providing services to the Debtors in the ordinary course as a communications advisor.  Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with C. Street.  Kirkland's current and prior representations of C Street have been unrelated to the Debtors and these chapter 11 cases and Mr. Henes did not work on the Debtors' cases while at Kirkland. I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

53.     The son of Kirkland partner Patrick J. Nash, Jr., is employed by Hilco Redevelopment Partners LLC, an affiliate of Hilco Real Estate, LLC ("Hilco").  Hilco is providing services to the Debtors as real estate consultant and advisor.  I do not believe that this connection precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

23

54.     Furthermore, prior to joining Kirkland, certain Kirkland attorneys represented clients adverse to Kirkland's current and former restructuring clients.  Certain of these attorneys (the "Screened Kirkland Attorneys") will not perform work in connection with Kirkland's representation of the Debtors and will not have access to confidential information related to the representation.  Kirkland's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

55.     Under Kirkland's screening procedures, Kirkland's conflicts department distributes a memorandum to all Kirkland attorneys and legal assistants directing them as follows:  (a) not to discuss any aspects of Kirkland's representation of the Debtors with the Screened Kirkland Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding Kirkland's representation of the Debtors in a manner that avoids contact with the Screened Kirkland Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened Kirkland Attorneys to the files or other information related to Kirkland's representation of the Debtors; and (d) to avoid contact between the Screened Kirkland Attorneys and all Kirkland personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of Kirkland's representation of the Debtors. Furthermore, Kirkland already has implemented procedures to block the Screened Kirkland Attorneys from accessing files and documents related to the Debtors that are stored in Kirkland's electronic document managing system.

### Affirmative Statement of Disinterestedness

56.     Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person"

24

within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated:  November 20, 2023                     Respectfully submitted,

                                              /s/ Steven N. Serajeddini
                                              Steven N. Serajeddini
                                              as President of Steven N. Serajeddini, P.C., as
                                              Partner of Kirkland & Ellis LLP; and as Partner
                                              of Kirkland & Ellis International LLP

## Schedule 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Steven N. Serajeddini in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of November 6, 2023* (the "Serajeddini Declaration").[1]  Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Serajeddini Declaration, matching the incomplete or ambiguous name.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Serajeddini Declaration.

# SCHEDULE 1

### List of Schedules

| Schedule | Category |
|----------|----------|
| 1(a) | Debtors |
| 1(b) | Current and Former Directors and Officers |
| 1(c) | Bankruptcy Judges and Court Staff |
| 1(d) | Banks, Lenders, Agents, and Payment Processors |
| 1(e) | Customers |
| 1(f) | Debtors' Bankruptcy Professionals |
| 1(g) | Equity Holders |
| 1(h) | Insurance |
| 1(i) | Landlords, Lease Rejection Counterparties, and Guarantor Landlords |
| 1(j) | Litigation Counterparties |
| 1(k) | Non-Debtor Affiliates |
| 1(l) | Noteholders |
| 1(m) | Office of the United Trustee Office |
| 1(n) | Surety Bonds |
| 1(o) | Taxing Authorities |
| 1(p) | Utilities |
| 1(q) | Vendors |

# SCHEDULE 1(a)

## **Debtors**

1 Beacon Street Tenant LLC
1 Belvedere Drive Tenant LLC
1 Glenwood Ave Tenant LLC
1 Lincoln Street Tenant LLC
1 Milk Street Tenant LLC
1 Post Street Tenant LLC
1 South Dearborn Street Tenant LLC
1 Union Square West HQ LLC
10 East 38th Street Tenant LLC
10 East 40th Street HQ LLC
100 Bayview Circle Tenant LLC
100 Broadway Tenant LLC
100 S State Street Tenant LLC
100 Summer Street Tenant LLC
10000 Washington Boulevard Tenant LLC
1001 Woodward Ave Tenant LLC
1003 East 4th Place Tenant LLC
101 East Washington Street Tenant LLC
101 Marietta Street Northwest Tenant LLC
101 North 1St Avenue Tenant LLC
10250 Constellation Tenant LLC
1031 South Broadway Tenant LLC
10585 Santa Monica Boulevard Tenant LLC
10845 Griffith Peak Drive Tenant LLC
10885 Ne 4th Street Tenant LLC
109 S 5Th Street Tenant LLC
10900 Stonelake Boulevard Tenant LLC
1099 Stewart Street Tenant LLC
11 Park Pl Tenant LLC
110 110th Avenue Northeast Tenant LLC
110 Corcoran Street Tenant LLC
110 Wall Manager LLC
1100 15th Street Nw Tenant LLC
1100 Ludlow Street Tenant LLC
1100 Main Street Tenant LLC
1111 Broadway Tenant LLC
1111 West 6th Street Tenant LLC
1114 W Fulton Market Q LLC
1115 Broadway Q LLC
1115 Howell Mill Road Tenant LLC
1115 W Fulton Market Q LLC
115 Broadway Tenant LLC

115 East 23Rd Street Tenant LLC
1150 South Olive Street Tenant LLC
1155 Perimeter Center West Tenant LLC
1155 West Fulton Street Tenant LLC
1156 6th Avenue Tenant LLC
117 NE 1St Ave Tenant LLC
1175 Peachtree Tenant LLC
11801 Domain Blvd Tenant LLC
12 East 49th Street Tenant LLC
12 South 1st Street Tenant LLC
120 West Trinity Place Tenant LLC
1200 17th Street Tenant LLC
1200 Franklin Avenue Tenant LLC
1201 3rd Avenue Tenant LLC
1201 Wills Street Tenant LLC
1201 Wilson Blvd Tenant LLC
12130 Millennium Drive Tenant LLC
1240 Rosecrans Tenant LLC
125 S Clark Street Tenant LLC
125 West 25th Street Tenant LLC
12655 Jefferson Blvd Tenant LLC
128 South Tryon Street Tenant LLC
130 5th Avenue Tenant LLC
130 Madison Avenue Tenant LLC
130 W 42nd Street Tenant LLC
1305 2nd Street Q LLC
1330 Lagoon Avenue Tenant LLC
1333 New Hampshire Avenue Northwest
    Tenant LLC
135 E 57th Street Tenant LLC
135 Madison Ave Tenant LLC
1372 Peachtree Street NE Tenant LLC
1389 Peachtree Street Northwest Tenant
    LLC
1400 Lavaca Street Tenant LLC
1410 Broadway Tenant LLC
1411 4th Avenue Tenant LLC
142 W 57th Street Tenant LLC
1430 Walnut Street Tenant LLC
1440 Broadway Tenant LLC
1448 NW Market Street Tenant LLC
1449 Woodward Avenue Tenant LLC

145 W 45th Street Tenant LLC
1450 Broadway Tenant LLC
1453 3rd Street Promenade Q LLC
1455 Market Street Tenant LLC
1460 Broadway Tenant LLC
148 Lafayette Street Tenant LLC
149 5th Avenue Tenant LLC
149 Madison Avenue Tenant LLC
15 West 27th Street Tenant LLC
150 4th Ave N Tenant LLC
152 3rd Street Tenant LLC
1525 11th Ave Tenant LLC
1535 Broadway Tenant LLC
154 W 14th Street Tenant LLC
1547 9th Street HQ LLC
1557 West Innovation Way Tenant LLC
1560 Broadway Tenant LLC
16 East 34th Street Tenant LLC
160 Varick Street Tenant LLC
160 W Santa Clara St Tenant LLC
1600 7th Avenue Tenant LLC
1601 Elm Street Tenant LLC
1601 Market Street Tenant LLC
1601 Vine Street Tenant LLC
161 Avenue of the Americas Tenant LLC
1615 Platte Street Tenant LLC
1619 Broadway Tenant LLC
166 Geary Street Hq LLC
1660 Lincoln Street Tenant LLC
167 N Green Street Tenant LLC
1700 Lincoln Street Tenant LLC
1701 Rhode Island Avenue Northwest
    Tenant LLC
1725 Hughes Landing Boulevard Tenant
    LLC
1730 Minor Avenue Tenant LLC
17300 Laguna Canyon Road Tenant LLC
177 E Colorado Blvd Tenant LLC
1775 Tysons Boulevard Tenant LLC
18 West 18th Street Tenant LLC
180 Geary Street Hq LLC
180 Sansome Street Tenant LLC
1814 Franklin St Q LLC
18191 Von Karman Avenue Tenant LLC
1825 South Grant Street Tenant LLC
1828 Walnut St Tenant LLC

183 Madison Avenue Q LLC
1840 Gateway Dr Tenant LLC
185 Madison Avenue Tenant LLC
18691 Jamboree Road Tenant LLC
1875 K Street NW Tenant LLC
1881 Broadway Hq LLC
1900 Market Street Tenant LLC
1900 Powell Street Tenant LLC
1910 North Ola Avenue Tenant LLC
1920 McKinney Ave Tenant LLC
195 Montague Street Tenant LLC
199 Water Street Tenant LLC
2 Belvedere Drive Tenant LLC
2 Embarcadero Center Tenant LLC
2 North Lasalle Street Tenant LLC
20 W Kinzie Tenant LLC
200 Berkeley Street Tenant LLC
200 Massachusetts Ave NW Tenant LLC
200 Portland Tenant LLC
200 South Biscayne Blvd Tenant LLC
200 South Orange Avenue Tenant LLC
200 Spectrum Center Drive Tenant LLC
201 Spear St Tenant LLC
2031 3Rd Ave Tenant LLC
205 Hudson Street Tenant LLC
205 North Detroit Street Tenant LLC
21 Penn Plaza Tenant LLC
210 N Green Partners LLC
210 N Green Promoter LLC
2120 Berkeley Way Tenant LLC
21255 Burbank Boulevard Tenant LLC
214 West 29th Street Tenant LLC
22 Cortlandt Street HQ LLC
2201 Broadway Tenant LLC
221 6th Street Tenant LLC
2211 Michelson Drive Tenant LLC
222 Kearny Street Tenant LLC
222 North Sepulveda Tenant LLC
222 S Riverside Plaza Tenant LLC
2221 Park Place Tenant LLC
2222 Ponce De Leon Blvd Tenant LLC
225 South 6th St Tenant LLC
225 W 39th Street Tenant LLC
229 West 36th Street Tenant LLC
231 11th Ave Tenant LLC
2323 Delgany Street Tenant LLC

24 Farnsworth Street Q LLC
2-4 Herald Square Tenant LLC
2401 Elliott Avenue Tenant LLC
2420 17th Street Tenant LLC
2425 East Camelback Road Tenant LLC
245 Livingston St Q LLC
25 West 45th Street Hq LLC
250 E 200 S Tenant LLC
250 Park Avenue Tenant LLC
255 Giralda Avenue Tenant LLC
255 Greenwich Street Tenant LLC
255 S King St Tenant LLC
2600 Executive Parkway Tenant LLC
2700 Post Oak Blvd. Tenant LLC
27-01 Queens Plaza North Tenant LLC
2755 Canyon Blvd WW Tenant LLC
28 2nd Street Tenant LLC
28 West 44th Street Hq LLC
29 West 30th Street Tenant LLC
30 Hudson Street Tenant LLC
30 Wall Street Tenant LLC
300 Morris Street Tenant LLC
300 Park Avenue Tenant LLC
3000 Olym Boulevard Tenant LLC
3000 S Robertson Blvd Q LLC
3001 Bishop Drive Tenant LLC
3003 Woodbridge Ave Tenant LLC
3090 Olive Street Tenant LLC
31 St James Ave Tenant LLC
3101 Park Boulevard Tenant LLC
311 W 43rd Street Tenant LLC
3120 139th Avenue Southeast Tenant LLC
315 East Houston Tenant LLC
315 W 36th Street Tenant LLC
316 West 12th Street Tenant LLC
3200 Park Center Drive Tenant LLC
3219 Knox Street Tenant LLC
3280 Peachtree Road NE Tenant LLC
33 Arch Street Tenant LLC
33 East 33rd Street Tenant LLC
33 Irving Tenant LLC
330 North Wabash Tenant LLC
3300 N. Interstate 35 Tenant LLC
332 S Michigan Tenant LLC
333 West San Carlos Tenant LLC
3365 Piedmont Road Tenant LLC

340 Bryant Street Hq LLC
345 4th Street Tenant LLC
345 West 100 South Tenant LLC
35 East 21St Street Hq LLC
353 Sacramento Street Tenant LLC
35-37 36th Street Tenant LLC
360 NW 27th Street Tenant LLC
3600 Brighton Boulevard Tenant LLC
38 West 21St Street Tenant LLC
385 5th Avenue Q LLC
3900 W Alameda Ave Tenant LLC
391 San Antonio Road Tenant LLC
40 Water Street Tenant LLC
400 California Street Tenant LLC
400 Capitol Mall Tenant LLC
400 Concar Drive Tenant LLC
400 Lincoln Square Tenant LLC
400 Spectrum Center Drive Tenant LLC
4005 Miranda Ave Tenant LLC
401 San Antonio Road Tenant LLC
404 Fifth Avenue Tenant LLC
4041 Macarthur Boulevard Tenant LLC
405 Mateo Street Tenant LLC
408 Broadway Tenant LLC
410 North Scottsdale Road Tenant LLC
414 West 14th Street Hq LLC
415 Mission Street Tenant LLC
419 Park Avenue South Tenant LLC
420 5th Avenue Q LLC
420 Commerce Street Tenant LLC
424 Fifth Avenue Holdings LLC
424-438 Fifth Avenue Tenant LLC
428 Broadway Tenant LLC
429 Lenox Ave Tenant LLC
430 Park Avenue Tenant LLC
4311 11th Avenue Northeast Tenant LLC
433 Hamilton Avenue Tenant LLC
437 5th Avenue Q LLC
437 Madison Avenue Tenant LLC
44 East 30th Street Hq LLC
44 Montgomery Street Tenant LLC
44 Wall Street HQ LLC
448 North Lasalle Street Tenant LLC
45 West 18th Street Tenant LLC
450 Lexington Tenant LLC
460 Park Ave South Tenant LLC

460 West 50 North Tenant LLC
475 Sansome St Tenant LLC
483 Broadway Tenant LLC
49 West 27th Street Hq LLC
490 Broadway Tenant LLC
50 W 28th Street Tenant LLC
500 11th Ave North Tenant LLC
500 7th Avenue Tenant LLC
501 Boylston Street Tenant LLC
501 East Kennedy Boulevard Tenant LLC
501 East Las Olas Blvd Tenant LLC
501 Eastlake Tenant LLC
5049 Edwards Ranch Tenant LLC
505 Main Street Tenant LLC
505 Park Avenue Q LLC
50-60 Francisco Street Tenant LLC
511 W 25th Street Tenant LLC
515 Folsom Street Tenant LLC
515 N State Street Tenant LLC
5161 Lankershim Boulevard Tenant LLC
5215 North O'Connor Boulevard Tenant
    LLC
524 Broadway Tenant LLC
525 Broadway Tenant LLC
53 Beach Street Tenant LLC
540 Broadway Q LLC
545 Boylston Street Q LLC
546 5th Avenue Tenant LLC
550 7th Avenue Hq LLC
550 Kearny Street Hq LLC
57 E 11th Street Tenant LLC
575 5th Avenue Tenant LLC
575 Lexington Avenue Tenant LLC
5750 Wilshire Boulevard Tenant LLC
5960 Berkshire Lane Tenant LLC
599 Broadway Tenant LLC
6 East 32nd Street Ww Q LLC
600 B Street Tenant LLC
600 California Street Tenant LLC
600 H Apollo Tenant LLC
6001 Cass Avenue Tenant LLC
601 South Figueroa Street Tenant LLC
606 Broadway Tenant LLC
609 5th Avenue Tenant LLC
609 Greenwich Street Tenant LLC
609 Main Street Tenant LLC

611 North Brand Boulevard Tenant LLC
615 S. Tenant LLC
625 Massachusetts Tenant LLC
625 West Adams Street Tenant LLC
63 Madison Avenue Tenant LLC
65 East State Street Tenant LLC
650 California Street Tenant LLC
6543 South Las Vegas Boulevard Tenant
    LLC
655 15th Street Nw Tenant LLC
655 Montgomery St Tenant LLC
655 New York Avenue Northwest Tenant
    LLC
660 J Street Tenant LLC
660 North Capitol St NW Tenant LLC
6655 Town Square Tenant LLC
67 Irving Place Tenant LLC
6900 North Dallas Parkway Tenant LLC
695 Town Center Drive Tenant LLC
7 West 18th Street Tenant LLC
700 K Street NW Tenant LLC
700 North Miami Tenant LLC
700 SW 5Th Tenant LLC
708 Main St Tenant LLC
71 5th Avenue Tenant LLC
71 Stevenson Street Q LLC
711 Atlantic Ave Tenant LLC
725 Ponce De Leon Ave Ne Tenant LLC
7272 Wisconsin Avenue Tenant LLC
729 Washington Ave Tenant LLC
7300 Dallas Parkway Tenant LLC
731 Sansome Street Tenant LLC
75 Arlington Street Tenant LLC
75 E Santa Clara Street Tenant LLC
75 Rock Plz Tenant LLC
750 Lexington Avenue Tenant LLC
750 White Plains Road Tenant LLC
755 Sansome Street Tenant LLC
756 W Peachtree Tenant LLC
77 Sands Tenant LLC
77 Sands WW Corporate Tenant LLC
77 Sleeper Street Tenant LLC
7761 Greenhouse Rd Tenant LLC
777 6th Street NW Tenant LLC
78 SW 7th Street Tenant LLC
8 W 40th Street Tenant LLC

80 M Street SE Tenant LLC
800 Bellevue Way Tenant LLC
800 Market Street Tenant LLC
800 North High Street Tenant LLC
801 B. Springs Road Tenant LLC
808 Wilshire Boulevard Tenant LLC
820 18th Ave South Tenant LLC
821 17th Street Tenant LLC
83 Maiden Lane Q LLC
830 Brickell Plaza Tenant LLC
830 NE Holladay Street Tenant LLC
8305 Sunset Boulevard Hq LLC
8687 Melrose Avenue Tenant LLC
8687 Melrose Green Tenant LLC
88 U Place Tenant LLC
880 3rd Ave Tenant LLC
881 Peachtree Street Northeast Tenant LLC
8910 University Center Lane Tenant LLC
90 South 400 West Tenant LLC
901 North Glebe Road Tenant LLC
901 Woodland St Tenant LLC
902 Broadway Tenant LLC
920 5th Ave Tenant LLC
920 SW 6th Avenue Tenant LLC
9200 Timpanogos Highway Tenant LLC
925 4th Avenue Tenant LLC
925 N La Brea Ave Tenant LLC
9670416 Canada Inc.
9777 Wilshire Boulevard Q LLC
980 6th Avenue Tenant LLC
9830 Wilshire Boulevard Tenant LLC
99 Chauncy Street Q LLC
99 High Street Tenant LLC
Ark Investment Group Holdings LLC
Bird Investco LLC
CD Locations LLC
Cities By We LLC
Clubhouse TS LLC
Common Coffee LLC
Common Desk Daymaker LLC
Common Desk De LLC
Common Desk Holdings LLC
Common Desk Oc LLC
Common Desk Operations LLC
Common Desk West 7th LLC
Creator Fund Managing Member LLC

Euclid LLC
Fieldlens LLC
Five Hundred Fifth Avenue Hq LLC
Hub Tenant LLC, The
Insurance Services By Wework LLC
Legacy Tenant LLC
Mailroom Bar at 110 Wall LLC
Missionu PBC
One Gotham Center Tenant LLC
One Metropolitan Square Tenant LLC
Parkmerced Partner LLC
Play By Wework LLC
Powered By We LLC
Project Caesar LLC
Project Standby I LLC
Prolific Interactive LLC
Pxwe Facility & Asset Management
    Services LLC
South Tryon Street Tenant LLC
Spacious Technologies LLC
Waltz Merger Sub LLC
We Co. Management Holdings LP, The
We Co. MC LLC, The
We Co. Worldwide Ltd., The
We Rise Shell LLC
We Work 154 Grand LLC
We Work 349 5th Ave LLC
We Work Management LLC
We Work Retail LLC
Weinsure Holdco LLC
Welkio LLC
Wework 156 2nd LLC
Wework 175 Varick LLC
Wework 25 Taylor LLC
Wework 261 Madison LLC
Wework 54 West 40th LLC
Wework Asset Management LLC
Wework Bryant Park LLC
Wework Capital Advisors LLC
Wework Commons LLC
Wework Construction LLC
Wework Cos. (International) BV
Wework Cos. LLC
Wework Cos. Partner LLC
Wework Cos. US LLC
Wework Holdings LLC

Wework Inc.
Wework Interco LLC
Wework La LLC
Wework Labs Entity LLC
Wework Little West 12th LLC
Wework Magazine LLC
Wework Real Estate LLC
Wework Services LLC
Wework Space Services Inc.
Wework Space Services LLC
Wework Wellness LLC
Wework Workplace LLC
Wildgoose I LLC
WW 1010 Hancock LLC
WW 107 Spring Street LLC
WW 11 John LLC
WW 110 Wall LLC
WW 111 West Illinois LLC
WW 115 W 18th Street LLC
WW 1161 Mission LLC
WW 120 E 23rd Street LLC
WW 1328 Florida Avenue LLC
WW 1550 Wewatta Street LLC
WW 1601 Fifth Avenue LLC
WW 1875 Connecticut LLC
WW 2015 Shattuck LLC
WW 205 E 42nd Street LLC
WW 210 N Green LLC
WW 220 NW Eighth Avenue LLC
WW 222 Broadway LLC
WW 2221 South Clark LLC
WW 240 Bedford LLC
WW 25 Broadway LLC
WW 26 JS Member LLC
WW 312 Arizona LLC
WW 350 Lincoln LLC
WW 379 W Broadway LLC
WW 401 Park Avenue South LLC
WW 5 W 125th Street LLC
WW 500 Yale LLC
WW 51 Melcher LLC
WW 520 Broadway LLC
WW 535 Mission LLC
WW 555 West 5th Street LLC
WW 5782 Jefferson LLC
WW 600 Congress LLC

WW 641 S Street LLC
WW 718 7th Street LLC
WW 745 Atlantic LLC
WW 79 Madison LLC
WW 81 Prospect LLC
WW 811 West 7th Street LLC
WW 85 Broad LLC
WW 995 Market LLC
WW Brooklyn Navy Yard LLC
WW Buildco LLC
WW Co-Obligor Inc.
WW Enlightened Hospitality Investor LLC
WW Holdco LLC
WW Journal Square Holdings LLC
WW Journal Square Member LLC
WW Onsite Services Aag LLC
WW Onsite Services Exp LLC
WW Onsite Services LLC
WW Onsite Services Sfi LLC
WW Onsite Services Sum LLC
WW Project Swift Development LLC
WW Project Swift Member LLC
WW Vendorco LLC
WW Worldwide CV
WWCO Architecture Holdings LLC

# SCHEDULE 1(b)

## **Current and Former Directors and Officers**

Aronzon, Paul
Catalano, Susan
Clavel, Alex
Greenspan, Peter
Keglevic, Paul
Lapuma, Elizabeth
Miller, Henry S.
Neumann, Adam
Parekh, Vikas
Swidler, Pam
Tolley, David
Wehner, Kurt
Yazbeck, Anthony

# SCHEDULE 1(c)

## **Bankruptcy Judges and Court Staff**

Altenburg, Andrew B., Jr.
Ferguson, Kathryn C.
Gambardella, Rosemary
Gravelle, Christine M.
Kaplan, Michael B.
Meisel, Stacey L.
Naughton, Jeanna A.
Papalia, Vincent F.
Poslusny, Jerrold N., Jr.
Sherwood, John K.

# SCHEDULE 1(d)

## <u>Banks, Lenders, Agents, and Payment Processors</u>

Adyen NV
Bank of America NA, Tokyo Branch
Citibank Europe plc, Hungarian Branch Office
Citibank NA
Citibank NA, London Branch
Cybersource
Deutsche Bank AG, London Branch
Goldman Sachs Asset Management LP
Goldman Sachs Bank USA
Goldman Sachs International Bank
HSBC Bank USA NA
JPMorgan Chase Bank Luxembourg SA
JPMorgan Chase Bank NA
JPMorgan Chase Bank NA, Johannesburg
JPMorgan Chase Bank NA, London Branch
JPMorgan Chase Bank, Amsterdam
JPMorgan Chase Bank, London
JPMorgan Chase Bank, Toronto
Kroll Agency Services Ltd.
Mizuho Bank Ltd.
Natixis, Hong Kong Branch
OneIM Fund I LLP
Societe Generale, Hong Kong Branch
Stripe Inc.
US Bank Trust Co. NA
Wells Fargo Bank NA

# SCHEDULE 1(e)

## __Customers__

Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted
Customer – Redacted

# SCHEDULE 1(f)

## **Bankruptcy Professionals**

Alvarez & Marsal North America LLC
Cole Schotz PC
Cooley LLP
Davis Polk & Wardwell LLP
Ducera Partners LLC
Epiq Corporate Restructuring LLC
Freshfields Bruckhaus Deringer LLP
Greenberg Traurig LLP
Hilco Global
Houlihan Lokey Capital Inc.
Munger Tolles & Olson LLP
Piper Sandler & Co.
PJT Partners LP
Province Inc.
Weil Gotshal & Manges LLP
Wollmuth Maher & Deutsch LLP

## SCHEDULE 1(g)

### Equity Holders

Cupar Grimmond LLC
SB WW Holdings (Cayman) Ltd.
Softbank
SVF Endurance (Cayman) Ltd.
SVF II WW Holdings (Cayman) Ltd.

# SCHEDULE 1(h)

## Insurance

1389 Peachtree Street LP
1711 Rhode Island Owner LLC
575 Lex Property Owner LLC
601 Metropolitan Square LLC
729 Washington Property Owner LLC
881 Peachtree Street LLC
AAT Lloyd District LLC
AB Metro Properties Ltd.
AG-Erep East Kennedy Owner LLC
AIG Property Casualty Co.
AIG Specialty Insurance Co.
AIU Insurance Co.
Allianz Global US Risk Insurance Co.
American Bankers Insurance Co. of Florida
Americani International Group Inc.
Arch Specialty Insurance Co.
Argo Group International Holdings Ltd.
Argonaut Insurance Co.
Aspen American Insurance Co.
BCSP Circa Property LLC
Beazley Insurance Co.
Berkley Insurance Co.
Canopius Insurance Services
Capitol View
Chubb
Continental Casualty Co.
Continental Insurance Co.
Crp/Mi West Loop Owner LLC
Endurance American Insurance Co.
Endurance Assurance Corp.
Federal Insurance Co.
Giralda PB LLC
Greenwich Insurance Co.
.

GW Property Services LLC
Hiscox Insurance Co.
Illinois National Insurance Co.
Illinois Union Insurance Co.
KBSIII Legacy Town Center LLC
Ma-100 Summer Street Owner LLC
Madison Centre LLC
Mikoma Electric
National Casualty Co.
National Union Fire Insurance Co.
Nationwide
Philadelphia Indemnity Insurance Co.
Pioneer Underwriters – Syndicate Number
    1980
QBE Insurance Co.
Red Development
RenaissanceRe – Syndicate Number 1458
RLI Insurance Co.
Royal & Sun Alliance Insurance Co. of
    Canada
RSUI Indemnity Co.
Sompo America Insurance Co.
Station Square 4670 Assembly LP
Sunset North LLC
T-C 4th & Madison LLC
Tokio Marine Hcc
TSSP LLC
U.S. Specialty Insurance Co.
VGB 990 Aoa LLC
Wasserstein Enterprises LLC
Westchester Fire Insurance Co.
XL Specialty Insurance Co.
Zurich American Insurance Co

# SCHEDULE 1(i)

### Landlords, Lease Rejection Counterparties, and Guarantor Landlords

0862223 BC Ltd.
10 East 38th Street Co. LLC
100 Summer Owner LLC
1001 Dominion Square Management Inc.
1001 Webward Master Tenant LLC
101 North First Avenue LLC
1045 Howe Street Holdings Ltd.
1090 Pender Properties Ltd.
11 Park Place LLC
110 Wall Street LP
1100 15th Street LLC
1156 APF LLC
120 East 16th Street Co. LLC
1201 Tab Owner LLC
120MG Jersey Ltd.
130 Wood Street Trustees Ltd.
130W42 Opco LLC
1389 Peachtree Street LP
1440 Broadway (NY) Owner LLC
1450 Broadway LLC
1460 Leasehold Swighm LLC
149 Fifth Ave. Corp.
1547 9th LLC
1619 Broadway Realty LLC
1701 Rhode Island Inc.
17-18 Management Co. LLC
177 Colorado Owner LLC
1814 Franklin Investors LLC
18191 Von Karman Avenue Tenant LLC
183 Madison Owner APF LP
185 Madison Avenue LLC
1900 McKinney Harwood LLC
195 Montague Owner LLC
2 Ninth Avenue Partners LLC
200 Portland Street LLC
200 Spectrum Center Drive LLC
2000 Sierra Point Parkway LLC
2015 Main Partnership
2016 Soho LLC
221 W. 6th Street (TX) Owner LLC
2211 Michelson Holdings LLC
222 Broadway Owner LLC

229 West 36th Street Tenant LLC
2420 17th Street LLC
255 South King Street LP
2600 CR LLC
260-261 Madison Avenue LLC
270B Metropolitan Square LLC
2755 Canyon Boulevard LLC
29 West Manager LLC
3000 S Robertson Property Owner LLC
3000 S. Robertson Property Owner LLC
34 South 11th Street LP
36 LLC
385 Fifth Avenue LLC
400 California LLC
400 Spectrum Holdings LLC
408 Bway Realty LLC
419 Park Avenue South Associates LLC
44 Wall Street Holdings LP
448 North LaSalle LLC
460 Park Avenue South Associates LLC
490 Lower Unit LP
500 Fifth Avenue (New York) LLC
500-512 Seventh Avenue LP
520 Broadway Owner LLC
54 West 40th Realty LLC
550 Stewart Acquisition LLC
575 Lex Property Owner LLC
58508 Alberta Ltd.
599-6 LLC
600 B Street San Diego Owner LLC
600 California Owner LLC
6001 Cass LLC
601 Metropolitan Square LLC
625 Mass Ave. Owner LLC
625 W. Adams LLC
655 New York LLC
6763332 Canada Inc.
6E32 Fee Owners LLC
711 Atlantic Avenue Co. LLC
77 Leadenhall Ltd.
77 Sands Owner LLC
79 Madison LLC

80 Lafayette Associates LLC
800 Market Street LLC
800 N. High Investments LLC
801 Barton Springs Owner LLC
8440 Cambie Nominee Corp.
85 Broad Street Property Owner LLC
881 Peachtree Street LLC
A&A UKI Three Ltd.
A+E Immobilienverwaltungs Gmbh & Co.
    KG
AAA Northeast
Aareal Capital Corp.
AAT Lloyd District LLC
AB 40th Street LLC
AB Metro Properties Ltd.
Abner Properties Co.
Acorns Grow Inc.
Administradora Jockey Plaza Shopping
    Center SA
Afiaa 125 West 25th Street LLC
AG Beltane 33 Queen BV
AG Redstone Owner LP
AG-LC Warner Center Phase IV Owner LP
AGLM IMMO
Agre Williams Square Holdings LLC
AL 511 West 25th Street Owner LLC
Aldwych Investments Ltd.
Alese SAC
Alida Grundstucksgesellschaft Mbh & Co.
    KG
Allen Matkins Leck Gamble Mallory &
    Natsis LLP
Allianz Lebensversicherungs AG
Allianz Private Krankenversicherungs AG
Allianz SpA
Alston & Bird LLP
Amazonia Administracao E Locacoes Ltda.
AMCO 120 West Trinity
Amerant Bank NA
AMF Pensionsforsakring AB
Amundi Re Italia Sgr SpA
AP The Hill Owner LLC
AP Victory Park LP
APF 28 West 44 Owner LP
Apollo Technology Platform Inc.
Apple Bank For Savings

Archlane Ltd.
Argonaut Insurance Co.
ARI SP Nominee Inc.
ARI SP1 Nominee Inc.
Arnold & Porter Kaye Scholer LLP
Arrendadora Nest SA de CV
Asana Partners Fund III REIT 1 LLC
Atim Universite SCI
Atrium North Tower BV
Avenida Capital De Colombia SAS
Aviva Life & Pensions UK Ltd.
BA1 2201 Broadway LLC
Banca Mifel SA Multiple Banking
    Institution Trust Division
Banca Mifel, Sociedad Anonima, Institucion
    De Banca Multiple, Como Fiduciaria En
    El Fideicomiso Banca Mifel Fideicomiso
    1664/2013
Banco Actinver
Banco Actinver SA
Banco Actinver SA Institution De Banca
    Multiple
Banco Monex SA
Bank of America Merrill Lynch Real Estate
    Structured Finance Servicing Nc1-026-
    06-01
Bank of America NA
Bank of East Asia Ltd., The
Bank of New York Mellon, The
Bank of The Ozarks
Bank OZK
BCAL 44 Montgomery Property LLC
BCAL Gateway Property LLC
BCSP 330 North Wabash Property LLC
BCSP 515 North State Street LLC
BCSP 8 600 Property LP
BCSP Circa Property LLC
BCSP Crossroads Property LLC
BCSP Denver Property LLC
Bcsp Vii Investments LP
BDN 1900 Market Owner LLC
Bellevue Place Office LLC
Belvedere Place JV LLC
BH Centre Head Corp.
BICE Vida Compañía De Seguros SA
Block Younger LLC

Blue Bottle Coffee Inc.
BNY Tower Associates LLC
Boston Properties LP
Botanic Building NV
Brentwood Town Centre LP
Broadway Continental Corp.
Brown Rudnick LLP
Bryan Cave Leighton Paisner LLP
BSREP II SJ Towers LLC
BSREP LLL Orion V REIT LLC
Building at 575 Fifth Office Owner LLC, The
BXP Madison Centre I LLC
BXP Madison Centre I LLC And BXP Madison Centre II LLC
BXP Madison Centre II LLC
BXP Mission 535 LP
C&A 483 Broadway LLC
CA 5-15 West 125th LLC
Cab Bedford LLC
Canadian Imperial Bank of Commerce
Canadian Imperial Bank of Commerce Real Estate Finance Division
Capital & Counties CG Ltd.
Capital & Counties CG Nominee Ltd.
Capitol Crossing I LLC
Capitol View JV-E, a Tennessee General Partnership
CBD One Pty Ltd.
Cbus Property 5 Martin Place Pty. Ltd.
CCP/MS SSIII Denver Tabor Center 1 Property Owner LLC
Cedar Real Estate Investments plc
Centenario Renta Immobiliaria SAC
Central Place Office LLC
Centro Comercial Punto Sur SAPI de CV
Cetza Trustees S1 Ltd.
Cetza Trustees S2 Ltd.
CG Cutlers Gardens (Jersey) 2 Ltd.
CG Cutlers Gardens (Jersey) Ltd.
Chevy Chase LLC
Chun, Yang Hyeon
Cibanco SA
Cibanco Sociedad Anonima Institucion De Banca Multiple Fideicomiso CIB
CIO Bloc 23 LLC

CIO Bloc 83 LLC
CIO Terraces LLC
Cit Bank NA
Citibank NA
Citizens Bank NA
Civic Center Owner LLC
CLDN NY LLC
Clearfork Retail Venture LLC
Cmsreuk Moorgate Propco Ltd.
CMTG Lender 33 LLC
Colisee RE
College Park Coworking LLC
Columbia REIT - 650 California LLC
Commerz Grundbesitz Investmentgesellschaft MBH
Constellation Place LLC
Cordova II Equities Inc.
Core & Value Advisors LLC
Coref Spencer Property Pty. Ltd.
Corporativo Plaza Del Parque SA de CV
Corrigan Station LLC
Corum Eurion SCPI
Costa E. Oliveira Participacoes Ltda.
Cousins 725 Ponce LLC
Cousins Railyard LP
CP 1875 K Street LLC
CP 7272 Wisconsin Avenue LLC
CP/IPERS Seattle LLC
CR-Chicago 125 South Clark Street LLC
Crystal Realty 1 SAC
CSHV 1600 7th Avenue LLC
CSHV 615 College LLC
CT021 Acquisitions II LLC
Curtis Mallet-Prevost Colt & Mosle LLP
Cushman & Wakefield Inc.
Cushman & Wakefield of California Inc.
CV Latitude 34 LLC
CZ Properties LLC
Daishin Securities Co. Ltd.
Daisho Co. Ltd.
Dame Plaza Property Trading DAC
Datamininr Inc.
Dcv Berlin-Mitte Gmbh & Co. KG
Dellia Investments - Projekt Echo - 115 Spolka Z Ograniczona
Deo Belgium 2 SRL

DEREIF Dublln Harcourt Road SARL
Desarrollos P. Hierro SA de CV
Deutsche Bank AG, New York Branch
Deutsche Bank Mexico SA
Deutsche Bank Trust Co. Americas
Dexus Cpa Pty. Ltd.
Dexus Wholesale Management Ltd.
Diamond Marina II LLC
Diamond Marina LLC
Dixcity Real Estate SA
DLA Piper LLP (US)
Domain Northside Office Property Owner LP
Douglas Emmett 2014 LLC
DP Leasehold (Illinois) LLC
Dream Office LP
DRN SRO
DTRT 1449 Woodward LLC
DTS Office Holdings LLC
Dunnhumby Ltd.
DWF V 311 W 43rd LLC
DWF V 311 W. 43 Rd. LLC
Eastcheap Luxembourg SARL
Edissimmo & Rivoli Avenir Patrimoine
EIB Studio Square LLC
El Rosal Trust Fund
Eldon Street Ltd.
Elementum SCS
Elisabeth House Nominee No. 1 Ltd.
Elisabeth House Nominee No. 2 Ltd.
Elkins Kalt Weintraub Reuben Gartside LLP
Ellpa Participacoes Patrimoniais e Empresariais Ltda.
Embarcadero Center Associates
Emmet Marvin & Martin LLP
Engage Inversiones 2014 SL
EPGF (NL) Amsterdam Cooperative UA
Epic (General Partner Russel Square) Ltd.
Epic Lafayette Street LLC
Epic Nominees (Russell Square) Ltd.
Esplanade Owner LLC
European Medicines Agency
European Property Lux Acquico 3 SARL
F1 Stevenson LLC
Fade Promociones SA de CV
Fairway East Kennedy Owner LLC

Fideicomiso Arriendos y Concesiones OFI 7 La Francia
Fideicomiso Arriendos y Concesions OFI 7 - II
Fideicomiso de Actividades Empresariales Numero F/4143
Fideicomiso Flormorado Plaza
Fideicomiso Master 8111
Fideicomiso Oficinas WeWork Atlantica
Fideicomiso Patrimonio Autonomo Torre Aconstruir
Fideicomiso Torre Calle 100
Fife Y&G Pty. Ltd.
First Property Group plc
Flagstar Bank NA
Focheong Pty. Ltd.
Fondo de Capital Privado Fondo Inmobiliario Colombia
Forethought Life Insurance Co.
Fundo de Investimento Imobiliario – FII Torre Almirante
Fundo de Investimento Imobiliario - FII Torre Norte
Fundo de Investimento Imobiliário - FII Torre Norte
Fundo de Investimento Imobiliario JK D - FII
Fundo de Investimentos Imobiliarios Multi Renda Urbana
Fundo de Investmento Imobiliario - FII Prime Portifolio
Fundo de Investimento Imobiliario TM-FII
G.S. 505 Park LLC
Gaia Realizacoes Imobiliarias Ltda.
Galewood Ltd.
Gamma Sudamericana SA
Garber, Ricardo Elías
Gateway Property Owner LLC
Gazprom Germania GmbH
GC 123 BPR Ltd.
Geary-Stockton Realty LLC
Geciter SAS
Generali Real Estate SGR SpA
Gibson Dunn & Crutcher LLP
Giralda Complex LLC
Giralda PB LLC

GJP Bossa Nova Empreendimentos SA
Godo Kaisha Minori Investment
Goldberg Weprin Finkel Goldstein LLP
Goldman Sachs International Bank
Goldman Sachs Lending Partners LLC
Gorsuch Street Development Ltd.
GP Commercial JPM LLC
GPT Funds Management Ltd.
Grandland Management Ltd.
Greenberg Traurig LLP
GRE-F 222 Kearny Fee LLC
GRE-F 222 Kearny Leasehold LLC
Grunwalder Grundvermogen GmbH
Grupo Accionario Colorado SA de CV
Grupo Catalana Occidente Activos
    Inmobiliarios SL
Grupo Catalana Occidente Activos
    Inmobiliarios SLU
Grupo Patio Oficinas SAC
GS 505 Park LLC
GSJC Master Lessee LLC
GT RP Halcyon LLC
GTIS Atilio Innocenti Empreendimentos
    Ltda.
GW Property Services LLC
Haakon VIIS Gate 5 Holding AS
Halifax Pension Nominees Ltd.
Hana Property SARL
Hancock S-REIT Sacramento LLC
Hansef Propco GmbH
Haynes & Boone LLP
HBR 1 - Investimentos Imobiliarios Ltda.
HCG Block 69 LP
Heinz Bose Immobilien Verwaltungs GBR
Herald Square Owner LLC
Hesa 112 Investimentos Imobiliarios Ltda.
Hesa 37 - Investimentos Imobiliarios Ltda.
Hghi Schultheiss Quartier GmbH & Co. KG
HL Champion Holding Co. LLC
Holland & Knight LLP
Hoopp Realty Inc.
Hospitals Contribution Fund of Australia
    Ltd., The
Hpref Ireland (Georges Quay & Court) DAC
HSRE-Portman Tech Square LLC
Hudson 1003 4th Place LLC

Hudson 1099 Stewart Street LLC
Hudson 1455 Market Street LLC
Hudson 405 Mateo LLC
Hudson's Bay Co. ULC
Hullmark (230-240 Richmond) LP
Ilsong Private Qualified Investors Real
    Estate Investment Co.
Imotur - Fundo Especial de Investimento
    Imobiliario Fechado
Inmobilia Nivel Cinco Cero Dos SA de CV
Inmobiliaria Puente Ltda.
Inmobiliaria Valle De Colorines SA de CV
Innovation Pointe One LLC
Innovation Pointe Two LLC
Institucion De Banca Multiple
Interlock Atlanta LLC
International Plaza Associates LP
Inversioners Centro Sur SA
Inversiones Montanel SAS
Invesco Real Estate
IQHQ-Aventine West LP
Irish Life Assurance plc
Ivanhoé Cambridge Inc. - PVM
J.G. Capital Hill LLC
Jack Resnick & Sons Inc.
Jack Vogel Associates
Jameson Babbitt Stites & Lombard pllc
John Hancock Life Insurance Co.
Jones Lang Lasalle Real Estate Services Inc.
Joseph P. Day Realty Corp.
JPMBB Commercial Mortgage Securities
    Trust 2014-C26
JPMorgan Chase Bank NA
JPPF Waterfront Plaza LP
Jules Lefebvre SAS
Kanji Investment Corp.
Karrev (Reserve) Ltd.
Kasowitz Benson Torres LLP
Kato International LLC
Katten Muchin Rosenman LLP
Kaye Scholer LLP
KBSIII 201 Spear Street LLC
KBSIII Legacy Town Center LLC
Kinea Investimentos Ltda.
Kingboard Moor Place SARL
Kingsclub Development Inc.

Koffman Kalef LLP
KRE Summit 1, 2, Owner LLC
KS SP Nominee Inc.
KS Sp1 Nominee Inc.
L. Charney 1410 Broadway LLC
La375 WW SA de CV
Ladder Capital Finance LLC
Laffite Pierre
Lakeshore Land Lessee PT LLC
Landings 2 Propco SARL
Lasalle Brokerage Inc.
Laurelgrove Ltd.
Law Offices of David J. Feit, Esq., pllc
Lawland Corp.
LBA RV - Co. IX LP
LCL Global-Golden Gate LLC
LCM EU Investment 1 SARL
Legacy West Investors LP
Lendinvest Secure Trustees Ltd.
Lendlease (Daramu House) Pty. Ltd.
Lenox 429 Avenue Inc.
LF Gramercy Property Co. LLC
LF Greenwich LLC
LHREV Austin University Park LP
Libercorner SA
Liberty Market Building Two LP
LIC Site B-1 Owner LLC
Lifetime Adelaide Street Inc.
Lincoln Street Property Owner LLC
Link Properties Investimentos Imobiliarios
    Ltda.
Loeb & Loeb LLP
Lore BCA 2120 LP
Loro Piana SpA
LS2 Office LLC
LUX Europa III SARL
LVA4 Atlanta Colony Square LP
LV-Patio Renta Inmobiliaria III SpA
M&G Ltd.
Madison Avenue Leasehold LLC
Madison-OFC 5161 CA LLC
Maguire Properties-555 W. Fifth LLC
Manufacturers Life Insurance Co., The
Maplestone Ltd.
Marble Range Ltd.
Market Holdings Co. LLC

Market Place Torres Ltda.
Marks & Spencer plc
Mayore Estates LLC
MC 19 East Houston LLC
MC 71 Fifth Avenue Realty LLC
McGavock Pike Partners GP
MCP Hub I Property LLC
Mennica Towers GGH MT Spolka Z
    Organiczona Odpowiedzialnoscia SKA
MEPT 475 Sansome Street LLC
MET Tower Owner LLC
Metropolitan Life Insurance Co.
Metropolitan Life Insurance Co., Law
    Department
MMG Properties Ltd.
Monex Grupo Financiero
Monroe, James
Moore, Douglas Ricardo
Morrison & Foerster LLP
Morrison Cohen LLP
Mozaic East LLC
MPG St Katharine Nominee Two Ltd.
MPG St Katharine Nominee Ltd.
MSI Holyoke LLC
MT Back Bay One LLC
Namor Realty Co. LLC
Narland Management Services Partnership
National Farmers Union Mutual Insurance
    Society Ltd., The
Natixis Real Estate Capital LLC
Natixis, New York Branch
Neumann, Adam
New Roman House Ltd.
Newmark Group Inc.
North West House One Guernsey PTC Ltd.
North West House Two Guernsey PTC Ltd.
NP 18th & Chet LLC
NPS 3 Propco SARL
NW 524 Soho LLC
O&R Ltd.
OBS REIT LLC
OCC Commercial LLC
Old Street (Jersey) 1 Ltd.
Old Street Trustee (Jersey) 1 Ltd.
Old Street Trustee (Jersey) 2 Ltd.
Olive/Hill Street Partners LLC

Olshan Frome Wolosky LLP
Omers Realty Corp.
One Metropolitan Square Tenant LLC
One Town Center Associates
Onni Brand LP
Onni Manhattan Towers LP
OOO Kvartal 674-675
Opera Italiens SNC
Optrust West Pender Inc.
Oskar 20 GmbH & Co. KG
OSS 2016 LLC
Pacific Design Center 1 LLC
Pacific Red LLC
PAM Connecta Trust
Parhaus
Park 430 Operating Co. LLC
Park Place Associates Ltd.
Parlex 3A Finco LLC
Parnassus Tower BV
Patrizia Oval Ltd.
Patterson Belknap Webb & Tyler LLP
Paul Hastings LLP
PEA Green Owner LLC
Perkins Coie LLP
Perron Investments Pty. Ltd. (Perron)
PF Grand Paris
PFP Holding Co. VI LLC
PH Retail Advisors S de RL de CV
Piazza Partners I LP
Piedmont 1155 PCW LLC
Piedmont Office Realty Trust
Pigment Inc.
Placeholder Labs Inc.
PNBJ IV Ltd.
PNC Bank NA
Polsinelli PC
Ponte Gadea Biscayne LLC
Portland Administradora Fiduciaria SA
Potsdamer Platz C1 SARL
Power & Light Building LLC
Power House TSSP LLC
Predial JM Imobiliaria E Participacoes SA
Prevu Loans LLC
Principal Life Insurance Co.
Promenade Gateway LP
Property Chancery (UK) Ltd.

Prudential Assurance Co. Ltd., The
Prudential Services Ltd.
Quarry Oaks Owner LP
RAR2 – 222 South Riverside LLC
Redwood Nebraska LP
Refep Spain I SL
Resnick & Sons Inc.
Resnick 255 Greenwich LLC
Resnick Seaport LLC
Rfm Block On Congress I LLC
RFM-KTB CSQ Propco LLC
RFR Holding LLC
RFR/K 77 Sands Owner LLC
RFR/K 81 Prospect Owner LLC
Rio Tinto European Holdings Ltd.
Riverpark Tower I Owner LLC
Robinson Brog Leinwand Greene Genovese
    & Gluck PC
Roc-Fifth Avenue Associates LLC
Rockhill Management LLC
Rockpoint Group LLC
Romer Debbas LLP
Ronbet 40th Street LLC
Ronbet 437 LLC
Rosenberg & Estis PC
Royal Bank of Canada
Royal London Mutual Insurance Society
    Ltd., The
RXR 620 Master Lessee LLC
RXR Atlas LLC
Safeguard AI Inc.
Sage Realty Corp.
Samsung SRA Asset Management Co. Ltd.
Santander Holdings USA Inc.
SBP 2 SARL
Schulte Roth & Zabel LLP
Schwartz Levine pllc
SCI GRE Paneu Coeur Marais
SCI Le France
SCI LF Maillot 2000
SCI New York Fresnel
SCI Stresemann
SCI Trudaine
SDL Partners Ltd.
Seaport B/C Retail Owner LLC
SFIII 1111 Broadway LLC

Shape Brentwood LP
Sheley Hall & Williams PC
Sherin & Lodgen LLP
Signature Bank
Sociedad Agrícola Y de Inversiones Cuatro
    Robles SpA
Societe Immobiliere Camont Inc.
SOF-11 Propco 13 GBP SARL
SOF-11 SBC Propco SARL
SOF-Dearborn LP
SOF-XI PCT Single Tower Owner LLC
Soho AOA Owner LLC
Solidus SA Corretora De Cambio E Valores
    Mobiliarios
Somera Road - 1100 Main Street LLC
Spaulding & Slye Investments
Sperber Denenberg & Kahan PC
Spinningfields Unit Trust
SRI Eleven Minneapolis 225 LLC
Stafe 505 WW SA de CV
Stage Shoreditch (Office North) GP Ltd.,
    The
Stage Shoreditch (Office South) Nominee
    Ltd., The
Stena Realty BV
Sundance East Partners LP
Sunset North Owner LLC
Sunset Park Holdings LLC
Sutton Investment Group Ltd.
SVF Criterion Santa Monica Corp.
Swiss Life Asset Managers France
Takami Space Sp Zoo
T-C 33 Arch Street LLC
T-C 501 Boylston Street LLC
Teachers Insurance & Annuity Association
    of America for the Benefit of its Real
    Estate Account
Terminus Venture T100 LLC
Terra Capital Partners LLC
Threadneedle Pensions Ltd.
Three Galleria Office Buildings LLC
Tishman Speyer Junghof GmbH & Co. KG
Tjuvholmen Alle 1-5 AS
TMG 1333 New Hampshire Ave LLC
TMG 800 K Street LLC
Tokyu Land Corp.

Tower Nominees No.1 & No. 2 Jersey Ltd.
TPL Property Owner LLC
Tranel 1 LLC
Transbay Tower LLC
Trimont Real Estate Advisors UK Ltd.
Trinity Centre LLC
Trinity Hudson Holdings LLC
True Securitizadora SA
Trust Co. (Australia) Ltd., The
Trust Co. (Re Services) Ltd., The
Trust Co. Ltd. ATF the Lav Australia Sub
    Trust 1, The
Trustor Torre Calle 100
TS Q207 SARL
TYH Development Co. LLC
UI 55 Colmore Row Ltd.
Unico 250 East 200 South Tower LLC
Unico One Nashville Place LLC
Union Investment Real Estate GmbH
Union Square Associates LLC
Unitarian Universalist Association
United States, Government of the, Postal
    Service
Universal-Investment- GmbH
UPD 729 Washington LLC
Upper West Immobilien GmbH & Co. KG
Urbanismo Y Construccion SL
USBC Mortgage Lender LLC
US VI 2 Brickell LLC
Value Invest Immo #2
Vandergrand Properties Co. LP
VBG 990 AOA LLC
Vinci Offices Fundo de Investimento
    Imobiliario SA
Vinson & Elkins LLP
VREF Charlemont
VREF Shaftesbury SCS
W&S Properties LLC
Walber 419 Co. LLC
Wallarkaden Beteiligungs GmbH & Co. KG
Walsam 130 MAD LLC
Walsam Twenty-Nine Co.
War Horse Golden Gate LLC
Warschauer Platz Entwicklungsgesellschaft
    MBH
Warshaw Burstein LLP

Wasserstein Enterprises LLC
Watermark Tempe I LLC
WAW CED Sp Zoo
Wegweiser & Ehrlich LLC
Wells Fargo Bank NA
Wells REIT II - 80 M. Street LLC
West 18th Street Venture LLC
West 36 TT LLC
West 45 APF LLC
West Pender II LP
Westerman Ball Ederer Miller Zucker &
    Sharfstein LLP
Westfield Fulton Center LLC
Westlnvest Gesellschaft Fur
    Investmentfonds MBH
Westminister Meard Street Ltd.
Westview on 12th - Arc LLC
Witting Ton Investments (Properties) Ltd.
Wohio Holding Inc.
Wohl Loewe Stettner Fabricant & Deitz PC
W-SF Goldfinger Owner VIII LLC
Wynwood DS LLC
Yukon Capital SLU
Ziref Lux Netherlands 2 SARL

# SCHEDULE 1(j)

## Litigation Counterparties

| | |
|---|---|
| 1814 Franklin Investors LLC | Individual – Redacted |
| 2420 17th Street LLC | Individual – Redacted |
| 260-261 Madison Avenue LLC | Individual – Redacted |
| 400 California LLC | Individual – Redacted |
| Individual – Redacted | Individual – Redacted |
| AL 511 West 25th Street Owner LLC | Individual – Redacted |
| Individual – Redacted | Individual – Redacted |
| Individual – Redacted | Individual – Redacted |
| Individual – Redacted | Indigo Group Inc. |
| Individual – Redacted | Individual – Redacted |
| Individual – Redacted | JC Elite Construction Services LLC |
| Individual – Redacted | Individual – Redacted |
| Individual – Redacted | Lakeshore Land Lessee PT LLC |
| Individual – Redacted | Law Offices of Michael S. Lamonsoff, The |
| Bastion Collective Pty. Ltd. | Individual – Redacted |
| Bastion Elevate LLC | Individual – Redacted |
| Bastion Rare LLC | Individual – Redacted |
| Individual – Redacted | Individual – Redacted |
| Individual – Redacted | Individual – Redacted |
| Individual – Redacted | MCP Hub I Property LLC |
| Individual – Redacted | Individual – Redacted |
| Individual – Redacted | Individual – Redacted |
| Individual – Redacted | Individual – Redacted |
| Individual – Redacted | Individual – Redacted |
| Individual – Redacted | New Angel Capital LLC |
| Individual – Redacted | Individual – Redacted |
| Cognovi Labs Inc. | Parkmerced Investors LLC |
| Individual – Redacted | Individual – Redacted |
| CP1875 K Street LLC | Polanco, Jose |
| CR-Chicago 125 South Clark Street LLC | Q Globe |
| CT021 Acquisitions II LLC | Individual – Redacted |
| CTO Realty Growth Inc. | Individual – Redacted |
| Individual – Redacted | Individual – Redacted |
| Individual – Redacted | Individual – Redacted |
| Detroit, City of (MI) | Individual – Redacted |
| DP Leasehold (Illinois) LLC | Shareholder Representative Services LLC |
| DWF Group | Individual – Redacted |
| Individual – Redacted | Individual – Redacted |
| Individual – Redacted | Thirteenth Floor Group LLC |
| Express LLC | Individual – Redacted |
| Individual – Redacted | Individual – Redacted |
| George Investment Partners LP | Individual – Redacted |

TPL Property Owner LP

United States, Department of the Treasury,
Internal Revenue Service

United States, Government of the, Attorney
General, Southern District of New York

United States, Government of the, Securities
and Exchange Commission

United States, Government of the, Security
and Exchange Commission,
Enforcement Division

Individual – Redacted

Individual – Redacted

Individual – Redacted

War Horse Golden Gate LLC

Individual – Redacted

Individual – Redacted

Individual – Redacted

# SCHEDULE 1(k)

## Non-Debtor Affiliates

1 America Square Q Tenant Ltd.
1 Ariel Way Tenant Ltd.
1 George's Quay Tenant Ltd.
1 Lloyd's Avenue Tenant Ltd.
1 Locatellikade Q BV
1 Mark Square Tenant Ltd.
1 Poultry Tenant Ltd.
1 St Katharine's Way Tenant Ltd.
1 St Peter's Square Tenant Ltd.
1 Sussex Street Pty. Ltd.
1 Waterhouse Square Tenant Ltd.
10 East Road Tenant Ltd.
10 Fenchurch Avenue Tenant Ltd.
10 Hazerem Street Tenant Ltd.
100 Harris Tenant Pty. Ltd.
101 Karl-Marx-Straße Tenant GmbH
10-12 Russell Square Q Ltd.
1090 West Pender Street Tenant LP
11 Neue Bahnhofstraße Q GmbH
11 Spittelmarkt Tenant GmbH
114 East 4Th Avenue Tenant LP
119 Marylebone Road Tenant Ltd.
12 Hammersmith Grove Tenant Ltd.
12 Moorgate Tenant Ltd.
120 Moorgate Tenant Ltd.
120 Old Broad St Q Ltd.
120 Spencer Street Pty. Ltd.
123 Buckingham Palace Road Tenant Ltd.
123 Eagle Street Tenant Pty. Ltd.
123 Schönhauser Allee Tenant GmbH
125 Kingsway Tenant Ltd.
125 Shaftesbury Tenant Ltd.
130 Wood Street Tenant Ltd.
131 Finsbury Pavement Tenant Ltd.
133 Houndsditch Tenant Ltd.
14-16 Great Chapel Tenant Ltd.
142 Old Street Q Tenant Ltd.
142 Wardour Street Tenant Ltd.
144 Menachem Begin Tenant Ltd.
146 Derech Menachem Begin Tenant Ltd.
15 Bishopsgate Tenant Ltd.
15 Herzogstraße Tenant GmbH

150 9 Avenue Southwest Tenant LP
152 Saint Georges Terrace Pty. Ltd.
155 Townsend St Q Tenant Ltd.
16 Efal Tenant Ltd.
16 Helkikey Ha'Or Tenant Ltd.
160 Shelbourne Road Q Ltd.
161 Castlereagh Street Pty. Ltd.
165 Fleet Street Tenant Ltd.
17 St Helen'S Place Tenant Ltd.
184 Shepherds Bush Road Tenant Ltd.
19 Schillerstraße Tenant GmbH
192 Ann Street Tenant Pty. Ltd.
2 Eastbourne Tenant Ltd.
2 Minster Court Tenant Ltd.
2 Southbank Tenant Ltd.
20 Heinrich-Heine-Allee Tenant GmbH
20 Rotherstrasse Tenant GmbH
207 Old Street Tenant Ltd.
21 Soho Square Tenant Ltd.
22 Long Acre Tenant Ltd.
222 Exhibition St Pty Ltd.
23 Schocken Street Tenant Ltd.
242 Prenzlauer Allee Tenant GmbH
25 K Street Pty. Ltd.
25 Turmstraße Tenant GmbH
26 Hatton Garden Tenant Ltd.
260 Queen Street Pty. Ltd.
28-42 Banner Street Q Ltd.
3 Aluf Kalman Magen Tenant Ltd.
3 Cuvrystraße Tenant GmbH
3 Waterhouse Square Tenant Ltd.
30 Churchill Place Tenant Ltd.
30 Ibn Gabirol Tenant Ltd.
31 Handelsstraat Tenant
32 King George Tenant Ltd.
320 Pitt Street Pty. Ltd.
33 Bloor Street East Tenant LP
33 Q Street Tenant Ltd.
33 Rue La Fayette Tenant SAS
333 George Street Pty. Ltd.
345 Bourke Street Tenant Pty. Ltd.
35 Kalvebod Brygge Tenant ApS

37 Shaul Hamelech Boulevard Tenant Ltd.
38 Chancery Lane Tenant Ltd.
383 George Street Tenant Pty. Ltd.
4 Maale Hashichrur Tenant Ltd.
4 Sint-Lazaruslaan Tenant
40 Rue Du Colisée Tenant SAS
40 Tuval Tenant Ltd.
401 Collins Street Tenant Pty. Ltd.
41 Blackfriars Road Tenant Ltd.
42 Charlemont Street Tenant Ltd.
424 Fifth Avenue Junior Holdings LLC
424 Fifth Avenue LLC
424 Fifth Avenue Senior Holdings LLC
45 Haatzmaut Tenant Ltd.
4635 Lougheed Highway Tenant LP
5 Harcourt Road Tenant Ltd.
5 Martin Place Tenant Pty Ltd.
5 Merchant Square Tenant Ltd.
50 Miller Street Pty Ltd.
500 Bloor Street West Tenant LP
50-60 Station Road Tenant Ltd.
51 Eastcheap Tenant Ltd.
52 Bedford Row Tenant Ltd.
53 Belliardstraat Tenant
55 Colmore Row Tenant Ltd.
56 Schildergasse Tenant GmbH
6 Totzeret Haaretz Tenant Ltd.
64 York Street Pty Ltd.
66 King Street Tenant Pty Ltd.
7 Menachem Begin Tenant Ltd.
70 Wilson Street Tenant Ltd.
700 2 Street Southwest Tenant LP
71-91 Aldwych House Tenant Ltd.
72 Knesebeckstraße Tenant GmbH
76-78 Clerkenwell Road Tenant Ltd.
77 Farringdon Road Tenant Ltd.
77 Leadenhall Street Tenant Ltd.
80 George Street Tenant Ltd.
8-14 Meard Street Tenant Ltd.
89-115 Mare Street Tenant Ltd.
90 York Way Tenant Ltd.
91 Baker Street Tenant Ltd.
97 Hackney Road Tenant Ltd.
99 Q Victoria Street Tenant Ltd.
Alexanderplatz 1 Tenant GmbH
Arnulfstraße 60 Tenant GmbH

Axel-Springer-Platz 3 Tenant GmbH
Ballindamm 40 Tenant GmbH
Central Plaza Tenant Ltd.
Chausseestraße 29 Tenant GmbH
Corsham Tenant Ltd.
Dalton Place Tenant Ltd.
Dublin Landings Tenant Ltd.
Eichhornstraße 3 Tenant GmbH
Emprendimientos Y Proyectos Del Peru
    SAC
Euclid WW Holdings Inc.
Friedrichstraße 76 Tenant Gmbh
Friesenplatz Tenant GmbH
Gänsemarkt 43 Tenant GmbH
Gerhofstraße 1-3 Tenant GmbH
Gravity Coworking Pty Ltd.
Hagfish Mumbai Private Ltd.
Hammerjaw Bengaluru Private Ltd.
Herengracht 206 Tenant BV
Hewitt Shoreditch Tenant Ltd., The
Houndshark Delhi Private Ltd.
Icefish Apac Holdco BV
Icefish Investment Holdco BV
Iveagh Court Tenant Ltd.
Junghofstrasse 13 Tenant GmbH
Junghofstraße 22 Tenant GmbH
Karl-Liebknecht Street Tenant GmbH
Keizersgracht 271 Tenant BV
Keizersgracht 572 Tenant BV
Kemperplatz 1 Tenant GmbH
Kurfürstendamm 11 Tenant GmbH
Latam Co. BV
Lt Build Ltd.
Midtown Music Club Ltd.
Naked Hub Vietnam Holdings Ltd.
Neue Schönhauser Straße 3-5 Tenant GmbH
Neuturmstraße 5 Tenant GmbH
NHNP Vn Ltd.
No. 1 Spinningfields Tenant Ltd.
Oskar-Von-Miller-Ring 20 Tenant GmbH
Oskar-Von-Miller-Ring 33 Q GmbH
Powered By We Germany GmbH
Powered By We UK Ltd.
Provost And East Tenant Ltd.
PT Poweredbywe Services Indonesia
PT Wework Services International

Pxwe India Private Ltd.
Rosenthaler Straße 43-45 Tenant GmbH
Rudolfplatz 7 Tenant GmbH
Rue Des Archives 64/66 Tenant SAS
Sarphatistraat 8 Tenant BV
Shoreditch The Bard Tenant Ltd.
Skelbækgade 2-4 Tenant APS
Spacemob Pte. Ltd.
Stadhouderskade 5-6 Q BV
Stamford Street Tenant Ltd.
Standby I Tenant GmbH
Stralauer Allee 6 Tenant GmbH
Strawinskylaan 4117 Tenant BV
Stresemannstraße 123 Tenant GmbH
Taunusanlage 8 Tenant GmbH
Unomy Ltd.
Warschauer Platz Tenant GmbH
We Co. Management LLC, The
We Co. Pi LP, The
We Co. Rou SRL, The
We Co. Worldwide Ltd., The
WeTech LLC
WeWork (Czech Republic) SRO
WeWork (Thailand) Ltd.
WeWork APAC Partner Holdings BV
WeWork Asia Holding Co. BV
WeWork Australia Pty. Ltd.
   WeWork Belgium
WeWork Busan 1-Ho Yuhan Hoesa
WeWork Canada GP BV
WeWork Canada GP ULC
WeWork Canada LP BV
WeWork Canada LP ULC
Wework Capital Advisors LLC
WeWork Community Workspace Ireland
   Ltd.
WeWork Community Workspace SL
WeWork Community Workspace UK Ltd.
Wework Cos. (International) BV
Wework Cos. LLC
WeWork Cos. Partner (International) BV
WeWork Denmark ApS
WeWork France SAS
WeWork Germany GmbH
WeWork Greater China Holding Co. BV
WeWork Gulf I FZ-LLC

WeWork Holding (Thailand) Co. Ltd.
WeWork India Management Pvt. Ltd.
WeWork International Ltd.
WeWork Israel Ltd.
WeWork Italy SRL
WeWork Japan GK
WeWork Korea Yuhan Hoesa
WeWork Malaysia Sdn. Bhd.
WeWork Middle East DWTC FZE
WeWork Middle East Gazelle Ltd.
WeWork Middle East Holdings BV
WeWork Netherlands BV
WeWork New Zealand
WeWork New Zealand Holdco BV
WeWork Norway AA
WeWork Paris I Tenant SAS
WeWork Paris II Tenant SAS
WeWork Paris III Tenant SAS
WeWork Paris IV Tenant SAS
WeWork Peru Management SRL
WeWork Peru SRL
WeWork Poland Sp. Zoo.
WeWork Rus LLC
WeWork Saudi Arabia Ltd.
WeWork Seoul 1-Ho Yuhan Hoesa
WeWork Seoul 2-Ho Yuhan Hoesa
WeWork Seoul 3-Ho Yuhan Hoesa
WeWork Seoul 4-Ho Yuhan Hoesa
WeWork Seoul 5-Ho Yuhan Hoesa
WeWork Singapore Pte. Ltd.
WeWork Technology Israel Ltd.
WeWork Uruguay SRL
WeWork Vietnam Ltd.
Wilmersdorferstrasse 59 Tenant GmbH
WW Bishopsgate Ltd.
WW Community Workspaces Philippines
   Inc.
WW Devonshire Ltd.
WW Hanover House Operations Ltd.
WW Medius Ltd.
WW Metropool BV
WW Moor Place Ltd.
WW Sea Containers Ltd.
WW Sweden AB
WW Weteringschans BV

# SCHEDULE 1(l)

## **Noteholders**

BlackRock Inc.
Brigade Capital Management LP
Capital Group
Cupar Grimmond LLC
King Street Capital Management LP
Sculptor SC II LP
Silver Point Capital LP

# SCHEDULE 1(m)

## Office of the United Trustee Office

Alfaro, Adela
Ardelean, Kirsten K.
Arendas, Francyne D.
Artis, Michael
Bielskie, Lauren
D'Auria, Peter J.
Gerardi, David
Green, Tia
Hildebrandt, Martha
Kern, Joseph C.
Kropiewnicki, Daniel C.
McGee, Maggie
Nikolinos, Alexandria
Oppelt, Tina L.
Ortiz-Ng, Angeliza
Schneider, Robert J., Jr.
Shaarawy, Adam
Sponder, Jeffrey
Steele, Fran B.
Stives, James
Vara, Andrew
Ziemer, William J.

# SCHEDULE 1(n)

## **Surety Bonds**

Argonaut Insurance Co.
Aspen American Insurance Co.
Chubb Corp., The
Nationwide Mutual Insurance Co.
Partage Empreendimentos e Participacoes Ltda.
Philadelphia Indemnity Insurance Co.
Seoul Guarantee Insurance Co. Ltd.
Tokio Marine HCC

# SCHEDULE 1(o)

## Taxing Authorities

Alameda, County of (CA), Assessment Appeals Board

Alameda, County of (CA), Tax Collector

Arizona, State of, Department Of Revenue

Arizona, State of, Privilege Use Return Tpt-2

Arlington, County of (VA), Treasurer

Arlington, County of (VA), Treasurer

Atlanta, City of (GA)

Bellevue, City of (WA)

Berkeley, City of (CA)

Beverly Hills, City of (CA)

Boulder, County of (CO), Treasurer

Burbank, City of (CA)

California, State of, Franchise Tax Board

California, State of, Local District Sales Use Cdtfa- 401-A

Cambridge, City of (MA)

Chicago, City of (IL), Department Of Finance, Tax Division

City College of San Francisco

Clark, County of (NV)

Collin, County of (TX), Tax Assessor-Collector

Colorado, State of, Boulder Sales Use Tax Return

Colorado, State of, Denver Occupancy Tax

Colorado, State of, Department Of Revenue

Colorado, State of, Retail Sales Tax Return Dr0100

Colorado, State of, Retailers Use Tax Return Dr0173

Contra Costa, County of (CA), Tax Collector

Coral Gables, City of (FL)

Costa Mesa, City of (CA)

Culver City, City of (CA)

Dallas, County of (TX), Tax Assessor / Collector

Dallas, County of (TX), Utility & Reclamation District

Davidson, County of (TN), Clerk

Decatur, City of (IL)

DeKalb, County of (TX), Tax Commissioner

Delaware, State of

Denver, City of (CO)

Denver, County of (CO)

Detroit, City of (MI)

Durham, County of (NC), Tax Collector

El Segundo, City of (CA)

Emeryville, City of (CA)

Fairfax, County of (VA)

Florida, State of, Department of Revenue

Florida, State of, Sales Use Tax Return Dr-15

Forsyth, County of (GA)

Forsyth, County of (GA), Office of Tax Commissioner

Fulton, County of (GA), Tax Commissioner

Georgia, State of, Sales Use Tax Report St-3

Glendale, City of (AZ)

Harris, County of (TX), Tax Office

Hillsborough, County of (FL)

Hillsborough, County of (FL), Tax Collector

Illinois, State of, Department Of Revenue

Illinois, State of, Sales Use Tax Return E911 St-1

Irving ISD (TX), Tax Assessor - Collector

Jackson,County of (MO), Courthouse

Kansas City, City of (MO)

King, County of (WA), Treasury

Lehi, City of (UT)

Long Beach, City of (CA)

Los Angeles, County of (CA), Tax Collector

Manhattan Beach, City of (CA)

Maricopa, County of (AZ), Treasurer

Marin, County of (CA), Central Collections

Marin, County of (CA), Tax Collector

Maryland, State of, Department of Assessments &  Taxation

Maryland, State of, Sales And Use Tax Return Form 202

Massachusetts, Commonwealth of

Massachusetts, Commonwealth of, Sales
   Use Tax Return St-9
Mecklenburg, County of (NC), Tax
   Collector
Miami, City of (FL)
Miami-Dade, County, of (FL)
Michigan, State of, Sales Use Withholding
   5080 (The 20Th)
Minnesota, State of, Department of Revenue
Minnesota, State of, Sales Use Tax Return
   St-1
Missouri, State of, Consumers Use Tax
   Return 53-C
Montgomery, County of (TX), Tax Assessor
   - Collector
Mountain View, City of (CA)
Multnomah, County of (OR), Tax Collector
Nevada, State of, Combined Sales Use Tax
   Return St-18
New Jersey, State of, Division Of Taxation
New Jersey, State of, Sales Use Tax Return
   St-50 (Q) St-51 (M)
New York, City of (NY), Department of
   Finance
New York, State of, Department of Taxation
   & Finance
New York, State of, Department of Taxation
   And Finance
New York, State of, Sales Tax Processing
Newport Beach, City of (CA)
North Carolina, State of, Department of
   Revenue
North Carolina, State of, Sales And Use Tax
   Return E-500
Oakland, City of (CA)
Ohio, State of
Ohio, State of, Universal Use Tax Return
   Uut-1
Ohio, State of, Ust-1 Sales
Orange, County of (CA), Treasurer - Tax
   Collector
Oregon, State of, Department of Revenue
Palo Alto, City of (CA)
Pasadena, City of (CA)
Pennsylvania, Commonwealth of, Sales Use
   Hotel Tax Pa-3

Philadelphia, City of (PA)
Portland, City of (OR)
Portland, City of (OR), Metro Supportive
   Housing Services Tax, Revenue
   Division -
Sacramento, City of (CA)
Salt Lake, County of (UT), Assessor'S
   Office
San Diego, County of (CA), Treasurer-Tax
   Collector
San Francisco, City of (CA), Treasurer &
   Tax Collector
San Francisco, City of (CA), Treasurer And
   Tax Collector
San Jose, City of (CA)
San Mateo, County of (CA), Tax Collector
San Ramon, City of (CA)
Sandy Springs, City of (GA)
Santa Clara, City of (CA), County
   Department of Tax & Collections
Santa Monica, City of (CA), Finance
   Department
Seattle, City of (WA)
Seattle, City of (WA), B&O Tax
Seattle, City of (WA), Business Licensing &
   Tax Administration
St. Louis, City of (MO), Personal Property
   Tax, Collector of Revenue
Tampa, City of (FL), Business License Tax
   Division
Tarrant, County of (TX), Tax Assessor-
   Collector
Tennessee, State of, Department of Revenue
Tennessee, State of, Sales Use Tax Return
   Rvr0000201
Texas, State of, Comptroller of Public
   Accounts
Texas, State of, Sales Use Tax Return 01-
   114
Travis, County of (TX), Tax Office
Utah, County of (UT), Assessor's Office
Utah, State of, Sales And Use Tax Return
   Tc- 62M
Utah, State of, Tax Commission
Virginia, Commonwealth of, Dealers Sales
   Use Tax St-9

Virginia, Commonwealth of, Department of
    Taxation
Wake, County of (NC), Tax Administration
Washington, District of Columbia, Office Of
    Tax And Revenue
Washington, District of Columbia, Sales
    Use Tax Return Fr-800 M
Washington, District of Columbia, Treasurer
Washington, State of, Combined Annual
    Excise Tax Return
Washington, State of, Department of
    Revenue
West Hollywood, City of (CA)

# SCHEDULE 1(p)

## Utilities

1156 APF LLC
ACC Business
Access One
Access One Inc.
Action Environmental Services Inc.
ADT Security Services Inc.
AT&T Inc.
AT&T Mobility LLC
Atlanta, Ciry of (GA), Department of
    Watershed Management
Atlanta, City of (GA)
Atmos Energy Corp.
Austin, City of (TX)
BAI Connect
BC Hydro
BCN Telecom Inc.
Beanfield Metroconnect
Bell Canada
Berkeley, City of (CA)
Beverly Hills, City of (CA)
Bin There Dump That Ltd.
Break It Down LLC
Break It Down Ltd.
Cablevision Lightpath LLC
Centurylink
Centurylink Ltd.
Charter Communications Inc.
Cogent Canada Inc.
Cogent Communications
Cogent Waste Solutions LLC
Columbia Gas of Ohio Inc.
Comcast Corp.
ComEd
Commonwealth Edison Co.
CompostNow
Compostnow Inc.
Con Edison
Cox Business
Cox Communications
Crown Castle Fiber
Crown Castle Fiber LLC
Dallas, City of (TX)

Dataverge
Direct Energy
Ebs-Energy Billing Service
EllumNet
Engie Resources
Enwave Energy Corp.
Eversource Energy
Everstream
Everstream Sum
Filco Carting
Filco Carting Corp.
First-Citizens Bank & Trust
Firstdigital
Florida Power & Light Co.
Fpl - Florida Power & Light
Fusion
Fusion Data Services LLC
Georgia Natural Gas
Georgia Power
Granite Telecommunications
GTT Communications
GTT Communications Inc.
Hotwire Communications
Hudson Energy
Hudson Energy Services LLC
Industrial Carting
Junkluggers of New York City, The
Just Energy
KBSIII 201 Spear Street
KBSIII 201 Spear Street LLC
Kelltech Systems
Kings III of America
Kings III of America Inc.
Level 3 Communications
Level 3 Communications LLC
Logix Fiber Networks
Los Angeles, City of (CA), Department of
    Water & Power
LS2 Office LLC
MCI Communications Service
McKinney, City of (TX)
MetTel Inc.

Miami Beach, City fo (FL)
MidAmerican Energy Co.
Midamerican Energy Services LLC
Monkeybrains
Monkeybrains ISP
Mountain View, City of (CA)
MSI Holyoke LLC
New York City Water Board
Nitel Inc.
NRG
NV Energy
NV Energy Inc.
Optical Communications
Optical Communications Group
Pacific Gas & Electric
Pacific Power
Palo Alto, City of (CA), Utilities
PECO
Peoples Gas
Pinnacle Sustainability Solutions
Pinnacle Sustainability Solutions Inc.
Portland, City of (OR)
Potomac Electric Power Co., The
Provident Energy Management
RCN Corp.
Recycle Track Systems
Recycle Track Systems Inc.
Reliant Energy Solutions
Reliant Energy Solutions Inc.
Republic Services Inc.
Re-Stream
Re-Stream Waste Management
Rogers Communications Canada
Royal Waste Services Inc.
RWS Facility Services
Santa Monica, City of (CA)
Sea07-1099 Stewart St
Shaw Business
Shaw Cable
Silverip Communications
Skywire Networks
Sohonet Inc.
Southern California Edison
Southern California Gas
Southwest Gas
Sparklight

Spectrum Business
Telus Services
Texas Gas Service
Toronto Hydro Electric System
Toronto Water & Solid Waste Management
    Services
TXU Energy
United World Telecom
University of Maryland
Verizon
Verizon Wireless
Washington Gas
Waste Connections Lone Star
Waste Connections LS
Waste Connections of Florida
Waste Connections of New York
Waste Connections of New York Inc.
Waste Management
Waste Management Inc.
Water Systems Inc.
Wave
Wave Broadband
Wiline Networks
Wiline Networks Inc.
Wyse Meter Solutions Inc.
Xcel Energy
Zayo Canada Inc.
Zayo Group LLC
Zrace Communications

# SCHEDULE 1(q)

## Vendors

100 Summer Owner LLC
1001 Dominion Square Management Inc.
1090 Pender Properties Ltd.
11 Park Place Associates
1100 15th Street LLC
120 East 16th Street Co. LLC
1201 Tab Owner LLC
135 East 57th Street LLC
1440 Broadway (NY) Owner LLC
1460 Leasehold Swighm LLC
1701 Rhode Island Inc.
17-18 Management Co. LLC
1818 Advocacy Group
1900 McKinney Harwood LLC
195 Montague Owner LLC
200 Portland Street LLC
2000 Sierra Point Parkway LLC
221 W. 6th Street (TX) Owner LLC
255 South King Street LP
2600 CR LLC
270B Metropolitan Square LLC
34 South 11th Street LP
400 California LLC
408 Bway Realty LLC
4282639 Canada Inc.
430 Park Avenue Co. LLC
448 North LaSalle LLC
460 Park Ave. S. Associates
500-512 Seventh Avenue LP
575 Lex Parent LLC
600 B Street San Diego Owner LLC
600 California JV Holdco LLC
6001 Cass LLC
655 New York LLC
79 Madison LLC
801 Barton Springs Owner LLC
85 Broad Street Property Owner LLC
9044-1866 Quebec Inc.
A&G Realty Partners LLC
ABM Janitorial Services Northeast Inc.
Abner Properties Co.
Accenture International Ltd.

Advanced Parking Systems
Adyen NV
AFCO Credit Corp.
Affinity Building Solution LLC
Alberta, Province of (Canada), Province of
Amazon Web Services Inc.
Amazon.Ca
American Express Travel Related Services
    Co. Inc.
Anixter Canada Inc.
Annex Ale Project
ANP Atelier & Associates Ltd.
Anybill Financial Services Inc.
ARI SP LP
ARI SP1 LP
Armstrong Transfer & Storage Co. Inc.
Arup Canada Inc.
Ateesh Chand Personal Real Estate Corp.
Audio Video Galerie Mgmt Inc.
Aus10 Development Ltd.
Avicor Construction Inc.
Avison Young Commercial Real Estate
    Services LP
BBSPro Services Inc.
BCAL 44 Montgomery Property LLC
BCAL Met Park Property LLC
BCSP 330 North Wabash Co-Investment JV
BCSP 515 North State Street LLC
BCSP 8 600 Holdings LLC
BCSP 8 Investments LP
BCSP Denver Property LLC
Beer Worx Inc.
BH Centre Head Corp.
BHRS Group LLC
BHS Food Services Solutions International
Bird, Jonathan
Bizstratplan Inc.
Blake Cassels & Graydon LLP
Blantyre Holdings LLC
BluCar LLC
BNY Tower Holdings LLC
Boston Properties LP

Brass, Eric
British Columbia, Province of (Canada),
    Ministry of Finance
BSREP LLL Orion V REIT LLC
Building at 575 Fifth Office Owner LLC,
    The
BVK US VI Master REIT LLC
BXP Mission 535 LP
Caf Caf Inc.
Calgary, City of (Canada)
California State Teachers Retirement
    System
Canadian Turner Construction Co. Ltd.
Carr Properties Partnership LP
CBRE Inc.
CBRE Ltd.
CC SPE I LLC
CDW Canada Corp.
Central Place Office LLC
Cintas Canada Ltd.
CIO Bloc 83 LLC
City Office Reit Operating Partnership LP
CLAdirect Peru Sa.C.
CLDN NY LLC
Clifford Fischer & Co. Inc.
CloudPay Inc.
CMN Calgary Inc.
Colliers International (Quebec) Inc.
Columbia Property Trust Inc.
Common Desk Operations LLC
Compass Group USA Inc.
Constellation Place LLC
Convergint Technologies Ltd.
Cordova II Equities Inc.
Cowper Corporate Realty Advisory CRA
    Inc.
CP 1875 K Street LLC
CTO Realty Growth Inc.
Cushman & Wakefield US Inc.
CV Latitude 34 LLC
CZ Properites LLC
Davis Polk & Wardwell LLP
Dearborn Partners LP
Deloitte Tax & Consulting Sarl
Deloitte Tax LLP
Deutsche Bank AG, London Branch

Domain Northside Office Property Owner
    LP
Dominion Neon Inc.
Donoghue, Connor
Doordash Technologies Canada Inc.
Douglas Emmett Properties LP
DP Leasehold (Illinois) LLC
Ducera Partners LLC
DWF V OT REIT LLC
East Van Vinyl
El-Din, Ali Serag
Empire Office Inc.
Epic Lafayette LLC
Eq3 Ltd.
Ernst & Young U.S. LLP
Eversys Inc.
F1 Stevenson LLC
Freedom Jars
Fruit O Bureau Inc.
Genpact (UK) Ltd.
Gilbane Building Co.
Gillman Consulting Inc.
Goldman Sachs Group Inc., The
Goldman Sachs International Bank
Govan Brown & Associates Ltd.
Grow Digital Services DMCC
Grzywacz, Warren
Guard-X Inc.
HDR Architecture Associates Inc.
Herald Square Owner LLC
Hillsboro Corp. Inc.
Himes Associates Ltd.
HITT Contracting Inc.
Hoochy 'Booch Kombucha Inc.
Horizon Media Inc.
Houlihan Lokey Inc.
HP Inc.
HSRE-Portman Tech Square LLC
Hudson 1099 Stewart Reit LLC
Hudson 1455 Market Street LLC
Hudson Pacific Properties LP
Hudson's Bay Co. ULC
Immobilier Mirador Inc.
Imperial Coffee & Services Inc.
Imperial Parking Canada Corp.
Innovation Pointe Holdings LLC

Instant Offices Ltd.
International Plaza Associates LP
IQ EQ (Luxembourg) SA
IQHQ LP
Irvine Co. LLC, The
Ivanhoe Cambridge Inc.  Place Ville Marie
J.G. Capital Hill LLC
John Hancock Life Insurance Co. (USA)
Jones Lang Lasalle Brokerage Inc.
JPPF Waterfront Plaza LP
Kato International LLC
KBS Real Estate Investment Trust III Inc.
Kismet Realty Corp.
KRE Summit 1, 2, Owner LLC
Kroll Agency & Trustee Services Ltd.
KS SP LP
KS SP1 LP
L. Charney 1410 Broadway LLC
La Cie Electrique Britton Ltee Ltd.
La375 WW SA de CV
Lazarus Direct Inc.
Leapley Construction Group of Atlanta LLC
Lee & Associates Commercial Real Estate
    (BC) Ltd.
Legacy West Investors LP
Lemay Co. Inc.
Lennard Commercial Realty
LF Gramercy LLC
LHREV Austin University Park LP
LIC Site B-1 JV Holdings LP
Lincoln Street Property Owner LLC
LJ Realties Inc.
Logixx Security Inc.
LS2 Office LLC
Lyreco Canada
Madison Avenue Leasehold LLC
Majcherkiewicz, Joanna
Mallin, Ben
Mani Jefferson Landing (DE) LLC
Mantica Coffee Traders Inc.
Manufacturers Life Insurance Co., The
Maple Red Financial Management Canada
    Inc.
Marcus & Millichap Real Estate Investment
    Services Canada Inc.
Marsh Canada Ltd.

Matala, Patrick Julian
Matt Anderson Personal Real Estate Corp.
MC 19 East Houston LLC
MC 71 Fifth Avenue Realty LLC
MEPT 475 Sansome Street LLC
Mermaids UK
MET Tower Owner LLC
Metlife Core Property Reit LLC
Metropolitan Square Reit LLC
Michael White Realties Inc.
Mid Arctic Transportation Co. Ltd.
Mill Creek Coffee Co. Ltd.
Minhas, Rupin
Mori America LLC
Mozaic East LLC
Myriad360 LLC
Namor Realty Co. LLC
New York, City of (NY), Department of
    Finance
Newmark Canada
Nfinity Global Inc.
North Downs Realty Inc.
North Hydration Ltd.
NW SoHoCa REIT LLC
Oakwood Corporate Services Ltd.
OBN Consulting Inc.
OBS REIT LLC
Omers Realty Corp.
One Culver Owner LP
Orkin Canada Corp.
Pacific Red LLC
Park Place Associates Ltd.
Pawlewicz, Karl
PCI Cordova Properties Inc.
PCI Green LP
PEA Green Owner LLC
Piedmont Operating Partnership LP
PJT Partners LP
Ponte Gadea USA Inc.
Portland, City of (OR), Revenue Division
Power House TSSP LLC
Presidio Networked Solutions Group LLC
Prit Core 501(C)(25) LLC
Pryor Cashman LLP
Rampart Brokerage Corp.
Rar2-222 Broadway Owner Spe LLC

RCAP Leasing Inc.
Redefine Properties Ltd.
Redpath Relocations Inc.
Resnick Water St. Development Co. LP
RFM-KTB CSQ Propco LLC
RFR/K 77 Sands Owner LLC
Rice Re Holdings III
Riverpark Tower I Owner LLC
Roc-Fifth Avenue Associates LLC
Rxr 620 Reit LLC
RXR Atlas LLC
Sajo Inc.
Salesforce.com Inc.
San Francisco, City & Council of (CA)
Sarabin, Ryan
Savills Inc.
Securitas Canada Ltd.
Service D'Entretien Des Plantes Alpha Inc.
Service Du Bâtiment G.R. Inc.
SFIII 1111 Broadway LLC
Shape Brentwood LP
SHI Canada ULC
Simmons & Simmons LLP
Smith And Andersen Consulting
    Engineering
Softbank Group Corp.
Softbank Vision Fund II-2 LP
SoftServe Inc.
SOF-XI PCT Single Tower Ultimate Mezz
    Holdings LLC
Stantec Consulting Ltd.
Staples Canada Inc. - Building Openings &
    Procurement
Staples Inc.
Staples US For Canada
Starbright WW LP
Station Cold Brew Coffee Co. Inc.
Steelcase Canada Ltd.
Stikeman Elliott LLP
Stripe Payments Canada Ltd.
Structure Tone Inc.
Sun Life Assurance Co. of Canada
Sunset North Owner LLC
Sutter Hill Management Corp.
Sweeny & Co. Architects Inc
Tabor Center REIT I LLC

T-C 33 Arch Street LLC
Teachers Insurance & Annuity Association
    of America
Terminus Venture T100 LLC
Three Galleria Office Buildings LLC
TMG 1333 NH Sub-Holdings LLC
TMG 800 K Street Reit LLC
TMG Bay Area Investments I LLC
TPC Inc. (Canada)
Training Establishment Pty. Ltd., The
Tranel 1 LLC
Transbay Tower Holdings LLC
Trinity Centre LLC
Trinity Hudson Holdings LLC
Turner Construction Co.
Tysons II Land Co. LLC
Uline Canada Corp.
Unco Re Holdings LLC
U-Need-A-Bottle Ltd.
Union Investment Real Estate GmbH
Unity Building Services Inc.
UPD 729 Washington LLC
Urban Outline Building Group Ltd.
US Bank NA
US Electrical Services Inc.
USODP 625 W. Adams JV LLC
UTS Group Inc.
Vandergrand Properties Co. LP
VaynerMedia LLC
VBG 990 AOA LLC
Verticore Communications Ltd.
Ville De Montréal, Service Des Finances
Vishal Marapon Photography
W&S Properties LLC
Walsam 36 Delaware LLC
Walsam Twenty Nine Co.
War Horse Golden Gate LLC
Wasserstein Enterprises LLC
Watermark Tempe I LLC
WDI Services Ltd.
Westbank Pacific Realty Corp. ITF 5th &
    Main Partnership
Westview on 12th - Arc LLC
Workday Inc.
Workplace Solutions LLC (Canada)

Workplace Solutions LLC (United
    Kingdom)
W-SF Goldfinger REIT VIII LLC
WSP Canada Inc.
Wyco Inc.
Yardi Systems Inc.
Zelos Capital Ltd.

**SCHEDULE 2**

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 1 America Square Q Tenant Ltd. | 6001 Cass Avenue Tenant LLC | Current |
| 1 Ariel Way Tenant Ltd. | 625 West Adams Street Tenant LLC | Current |
| 1 Beacon Street Tenant LLC | 655 New York Avenue Northwest Tenant LLC | Current |
| 1 Belvedere Drive Tenant LLC | Bingbai Hou | Former |
| 1 George's Quay Tenant Ltd. | Open Opportunity Management LLC | Current |
| 1 Glenwood Ave Tenant LLC | SB Energy Global, LLC | Current |
| 1 Lincoln Street Tenant LLC | SB Group US, Inc. | Current |
| 1 Lloyd's Avenue Tenant Ltd. | SB Investment Advisers (UK) Limited | Current |
| 1 Locatellikade Q BV | SB Investment Advisers (US) Inc. | Current |
| 1 Mark Square Tenant Ltd. | SBLA Advisers Corp. | Closed |
| 1 Milk Street Tenant LLC | SoftBank Vision Fund II-2 LP | Former |
| 1 Post Street Tenant LLC | SVF 2 | Closed |
| 1 Poultry Tenant Ltd. | SVF Holdco (UK) Ltd. | Closed |
| 1 South Dearborn Street Tenant LLC | WW 79 Madison LLC | Current |
| 1 St Katharine's Way Tenant Ltd. | | |
| 1 St Peter's Square Tenant Ltd. | | |
| 1 Sussex Street Pty. Ltd. | | |
| 1 Union Square West HQ LLC | | |
| 1 Waterhouse Square Tenant Ltd. | | |
| 10 East 38th Street Tenant LLC | | |
| 10 East 40th Street HQ LLC | | |
| 10 East Road Tenant Ltd. | | |
| 10 Fenchurch Avenue Tenant Ltd. | | |
| 10 Hazerem Street Tenant Ltd. | | |
| 100 Bayview Circle Tenant LLC | | |
| 100 Broadway Tenant LLC | | |
| 100 Harris Tenant Pty. Ltd. | | |
| 100 S State Street Tenant LLC | | |
| 100 Summer Street Tenant LLC | | |
| 10000 Washington Boulevard Tenant LLC | | |
| 1001 Woodward Ave Tenant LLC | | |
| 1003 East 4th Place Tenant LLC | | |
| 101 East Washington Street Tenant LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 101 Karl-Marx-Straße Tenant GmbH | | |
| 101 Marietta Street Northwest Tenant LLC | | |
| 101 North 1St Avenue Tenant LLC | | |
| 10-12 Russell Square Q Ltd. | | |
| 10250 Constellation Tenant LLC | | |
| 1031 South Broadway Tenant LLC | | |
| 10585 Santa Monica Boulevard Tenant LLC | | |
| 10845 Griffith Peak Drive Tenant LLC | | |
| 10885 Ne 4th Street Tenant LLC | | |
| 109 S 5Th Street Tenant LLC | | |
| 1090 West Pender Street Tenant LP | | |
| 10900 Stonelake Boulevard Tenant LLC | | |
| 1099 Stewart Street Tenant LLC | | |
| 11 Neue Bahnhofstraße Q GmbH | | |
| 11 Park Pl Tenant LLC | | |
| 11 Spittelmarkt Tenant GmbH | | |
| 110 110th Avenue Northeast Tenant LLC | | |
| 110 Corcoran Street Tenant LLC | | |
| 110 Wall Manager LLC | | |
| 1100 15th Street Nw Tenant LLC | | |
| 1100 Ludlow Street Tenant LLC | | |
| 1100 Main Street Tenant LLC | | |
| 1111 Broadway Tenant LLC | | |
| 1111 West 6th Street Tenant LLC | | |
| 1114 W Fulton Market Q LLC | | |
| 1115 Broadway Q LLC | | |
| 1115 Howell Mill Road Tenant LLC | | |
| 1115 W Fulton Market Q LLC | | |
| 114 East 4Th Avenue Tenant LP | | |
| 115 Broadway Tenant LLC | | |
| 115 East 23Rd Street Tenant LLC | | |
| 1150 South Olive Street Tenant LLC | | |
| 1155 Perimeter Center West Tenant LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 1155 West Fulton Street Tenant LLC | | |
| 1156 6th Avenue Tenant LLC | | |
| 117 NE 1St Ave Tenant LLC | | |
| 1175 Peachtree Tenant LLC | | |
| 11801 Domain Blvd Tenant LLC | | |
| 119 Marylebone Road Tenant Ltd. | | |
| 12 East 49th Street Tenant LLC | | |
| 12 Hammersmith Grove Tenant Ltd. | | |
| 12 Moorgate Tenant Ltd. | | |
| 12 South 1st Street Tenant LLC | | |
| 120 Moorgate Tenant Ltd. | | |
| 120 Old Broad St Q Ltd. | | |
| 120 Spencer Street Pty. Ltd. | | |
| 120 West Trinity Place Tenant LLC | | |
| 1200 17th Street Tenant LLC | | |
| 1200 Franklin Avenue Tenant LLC | | |
| 1201 3rd Avenue Tenant LLC | | |
| 1201 Wills Street Tenant LLC | | |
| 1201 Wilson Blvd Tenant LLC | | |
| 12130 Millennium Drive Tenant LLC | | |
| 123 Buckingham Palace Road Tenant Ltd. | | |
| 123 Eagle Street Tenant Pty. Ltd. | | |
| 123 Schönhauser Allee Tenant GmbH | | |
| 1240 Rosecrans Tenant LLC | | |
| 125 Kingsway Tenant Ltd. | | |
| 125 S Clark Street Tenant LLC | | |
| 125 Shaftesbury Tenant Ltd. | | |
| 125 West 25th Street Tenant LLC | | |
| 12655 Jefferson Blvd Tenant LLC | | |
| 128 South Tryon Street Tenant LLC | | |
| 130 5th Avenue Tenant LLC | | |
| 130 Madison Avenue Tenant LLC | | |
| 130 W 42nd Street Tenant LLC | | |
| 130 Wood Street Tenant Ltd. | | |
| 130 Wood Street Trustees Ltd. | | |
| 1305 2nd Street Q LLC | | |
| 131 Finsbury Pavement Tenant Ltd. | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 133 Houndsditch Tenant Ltd. | | |
| 1330 Lagoon Avenue Tenant LLC | | |
| 1333 New Hampshire Avenue Northwest Tenant LLC | | |
| 135 E 57th Street Tenant LLC | | |
| 135 Madison Ave Tenant LLC | | |
| 1372 Peachtree Street NE Tenant LLC | | |
| 1389 Peachtree Street Northwest Tenant LLC | | |
| 1400 Lavaca Street Tenant LLC | | |
| 1410 Broadway Tenant LLC | | |
| 1411 4th Avenue Tenant LLC | | |
| 14-16 Great Chapel Tenant Ltd. | | |
| 142 Old Street Q Tenant Ltd. | | |
| 142 W 57th Street Tenant LLC | | |
| 142 Wardour Street Tenant Ltd. | | |
| 1430 Walnut Street Tenant LLC | | |
| 144 Menachem Begin Tenant Ltd. | | |
| 1440 Broadway Tenant LLC | | |
| 1448 NW Market Street Tenant LLC | | |
| 1449 Woodward Avenue Tenant LLC | | |
| 145 W 45th Street Tenant LLC | | |
| 1450 Broadway Tenant LLC | | |
| 1453 3rd Street Promenade Q LLC | | |
| 1455 Market Street Tenant LLC | | |
| 146 Derech Menachem Begin Tenant Ltd. | | |
| 1460 Broadway Tenant LLC | | |
| 148 Lafayette Street Tenant LLC | | |
| 149 5th Avenue Tenant LLC | | |
| 149 Madison Avenue Tenant LLC | | |
| 15 Bishopsgate Tenant Ltd. | | |
| 15 Herzogstraße Tenant GmbH | | |
| 15 West 27th Street Tenant LLC | | |
| 150 4th Ave N Tenant LLC | | |
| 150 9 Avenue Southwest Tenant LP | | |
| 152 3rd Street Tenant LLC | | |
| 152 Saint Georges Terrace Pty. Ltd. | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 1525 11th Ave Tenant LLC | | |
| 1535 Broadway Tenant LLC | | |
| 154 W 14th Street Tenant LLC | | |
| 1547 9th Street HQ LLC | | |
| 155 Townsend St Q Tenant Ltd. | | |
| 1557 West Innovation Way Tenant LLC | | |
| 1560 E Broadway Tenant LLC | | |
| 16 East 34th Street Tenant LLC | | |
| 16 Efal Tenant Ltd. | | |
| 16 Helkikey Ha'Or Tenant Ltd. | | |
| 160 Shelbourne Road Q Ltd. | | |
| 160 Varick Street Tenant LLC | | |
| 160 W Santa Clara St Tenant LLC | | |
| 1600 7th Avenue Tenant LLC | | |
| 1601 Elm Street Tenant LLC | | |
| 1601 Market Street Tenant LLC | | |
| 1601 Vine Street Tenant LLC | | |
| 161 Avenue of the Americas Tenant LLC | | |
| 161 Castlereagh Street Pty. Ltd. | | |
| 1615 Platte Street Tenant LLC | | |
| 1619 Broadway Tenant LLC | | |
| 165 Fleet Street Tenant Ltd. | | |
| 166 Geary Street Hq LLC | | |
| 1660 Lincoln Street Tenant LLC | | |
| 167 N Green Street Tenant LLC | | |
| 17 St Helen'S Place Tenant Ltd. | | |
| 1700 Lincoln Street Tenant LLC | | |
| 1701 Rhode Island Avenue Northwest Tenant LLC | | |
| 1725 Hughes Landing Boulevard Tenant LLC | | |
| 1730 Minor Avenue Tenant LLC | | |
| 17300 Laguna Canyon Road Tenant LLC | | |
| 177 E Colorado Blvd Tenant LLC | | |
| 1775 Tysons Boulevard Tenant LLC | | |
| 18 West 18th Street Tenant LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 180 Geary Street Hq LLC | | |
| 180 Sansome Street Tenant LLC | | |
| 1814 Franklin St Q LLC | | |
| 18191 Von Karman Avenue Tenant LLC | | |
| 1825 South Grant Street Tenant LLC | | |
| 1828 Walnut St Tenant LLC | | |
| 183 Madison Avenue Q LLC | | |
| 184 Shepherds Bush Road Tenant Ltd. | | |
| 1840 Gateway Dr Tenant LLC | | |
| 185 Madison Avenue Tenant LLC | | |
| 18691 Jamboree Road Tenant LLC | | |
| 1875 K Street NW Tenant LLC | | |
| 1881 Broadway Hq LLC | | |
| 19 Schillerstraße Tenant GmbH | | |
| 1900 Market Street Tenant LLC | | |
| 1900 Powell Street Tenant LLC | | |
| 1910 North Ola Avenue Tenant LLC | | |
| 192 Ann Street Tenant Pty. Ltd. | | |
| 1920 McKinney Ave Tenant LLC | | |
| 195 Montague Street Tenant LLC | | |
| 199 Water Street Tenant LLC | | |
| 2 Belvedere Drive Tenant LLC | | |
| 2 Eastbourne Tenant Ltd. | | |
| 2 Embarcadero Center Tenant LLC | | |
| 2 Minster Court Tenant Ltd. | | |
| 2 North Lasalle Street Tenant LLC | | |
| 2 Southbank Tenant Ltd. | | |
| 20 Heinrich-Heine-Allee Tenant GmbH | | |
| 20 Rotherstrasse Tenant GmbH | | |
| 20 W Kinzie Tenant LLC | | |
| 200 Berkeley Street Tenant LLC | | |
| 200 Massachusetts Ave NW Tenant LLC | | |
| 200 Portland Tenant LLC | | |
| 200 South Biscayne Blvd Tenant LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 200 South Orange Avenue Tenant LLC | | |
| 200 Spectrum Center Drive LLC | | |
| 200 Spectrum Center Drive Tenant LLC | | |
| 201 Spear St Tenant LLC | | |
| 2031 3Rd Ave Tenant LLC | | |
| 205 Hudson Street Tenant LLC | | |
| 205 North Detroit Street Tenant LLC | | |
| 207 Old Street Tenant Ltd. | | |
| 21 Penn Plaza Tenant LLC | | |
| 21 Soho Square Tenant Ltd. | | |
| 210 N Green Partners LLC | | |
| 210 N Green Promoter LLC | | |
| 2120 Berkeley Way Tenant LLC | | |
| 21255 Burbank Boulevard Tenant LLC | | |
| 214 West 29th Street Tenant LLC | | |
| 22 Cortlandt Street HQ LLC | | |
| 22 Long Acre Tenant Ltd. | | |
| 2201 Broadway Tenant LLC | | |
| 221 6th Street Tenant LLC | | |
| 2211 Michelson Drive Tenant LLC | | |
| 222 Exhibition St Pty Ltd. | | |
| 222 Kearny Street Tenant LLC | | |
| 222 North Sepulveda Tenant LLC | | |
| 222 S Riverside Plaza Tenant LLC | | |
| 2221 Park Place Tenant LLC | | |
| 2222 Ponce De Leon Blvd Tenant LLC | | |
| 225 South 6th St Tenant LLC | | |
| 225 W 39th Street Tenant LLC | | |
| 229 West 36th Street Tenant LLC | | |
| 23 Schocken Street Tenant Ltd. | | |
| 231 11th Ave Tenant LLC | | |
| 2323 Delgany Street Tenant LLC | | |
| 24 Farnsworth Street Q LLC | | |
| 2-4 Herald Square Tenant LLC | | |
| 2401 Elliott Avenue Tenant LLC | | |
| 242 Prenzlauer Allee Tenant GmbH | | |

7

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 2420 17th Street LLC | | |
| 2420 17th Street Tenant LLC | | |
| 2425 East Camelback Road Tenant LLC | | |
| 245 Livingston St Q LLC | | |
| 25 K Street Pty. Ltd. | | |
| 25 Turmstraße Tenant GmbH | | |
| 25 West 45th Street Hq LLC | | |
| 250 E 200 S Tenant LLC | | |
| 250 Park Avenue Tenant LLC | | |
| 255 Giralda Avenue Tenant LLC | | |
| 255 Greenwich Street Tenant LLC | | |
| 255 S King St Tenant LLC | | |
| 26 Hatton Garden Tenant Ltd. | | |
| 260 Queen Street Pty. Ltd. | | |
| 2600 Executive Parkway Tenant LLC | | |
| 2700 Post Oak Blvd. Tenant LLC | | |
| 27-01 Queens Plaza North Tenant LLC | | |
| 2755 Canyon Blvd WW Tenant LLC | | |
| 28 2nd Street Tenant LLC | | |
| 28 West 44th Street Hq LLC | | |
| 28-42 Banner Street Q Ltd. | | |
| 29 West 30th Street Tenant LLC | | |
| 3 Aluf Kalman Magen Tenant Ltd. | | |
| 3 Cuvrystraße Tenant GmbH | | |
| 3 Waterhouse Square Tenant Ltd. | | |
| 30 Churchill Place Tenant Ltd. | | |
| 30 Hudson Street Tenant LLC | | |
| 30 Ibn Gabirol Tenant Ltd. | | |
| 30 Wall Street Tenant LLC | | |
| 300 Morris Street Tenant LLC | | |
| 300 Park Avenue Tenant LLC | | |
| 3000 Olym Boulevard Tenant LLC | | |
| 3000 S Robertson Blvd Q LLC | | |
| 3000 S Robertson Property Owner LLC | | |
| 3000 S. Robertson Property Owner LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 3001 Bishop Drive Tenant LLC | | |
| 3003 Woodbridge Ave Tenant LLC | | |
| 3090 Olive Street Tenant LLC | | |
| 31 Handelsstraat Tenant | | |
| 31 St James Ave Tenant LLC | | |
| 3101 Park Boulevard Tenant LLC | | |
| 311 W 43rd Street Tenant LLC | | |
| 3120 139th Avenue Southeast Tenant LLC | | |
| 315 East Houston Tenant LLC | | |
| 315 W 36th Street Tenant LLC | | |
| 316 West 12th Street Tenant LLC | | |
| 32 King George Tenant Ltd. | | |
| 320 Pitt Street Pty. Ltd. | | |
| 3200 Park Center Drive Tenant LLC | | |
| 3219 Knox Street Tenant LLC | | |
| 3280 Peachtree Road NE Tenant LLC | | |
| 33 Arch Street Tenant LLC | | |
| 33 Bloor Street East Tenant LP | | |
| 33 East 33rd Street Tenant LLC | | |
| 33 Irving Tenant LLC | | |
| 33 Q Street Tenant Ltd. | | |
| 33 Rue La Fayette Tenant SAS | | |
| 330 North Wabash Tenant LLC | | |
| 3300 N. Interstate 35 Tenant LLC | | |
| 332 S Michigan Tenant LLC | | |
| 333 George Street Pty. Ltd. | | |
| 333 West San Carlos Tenant LLC | | |
| 3365 Piedmont Road Tenant LLC | | |
| 340 Bryant Street Hq LLC | | |
| 345 4th Street Tenant LLC | | |
| 345 Bourke Street Tenant Pty. Ltd. | | |
| 345 West 100 South Tenant LLC | | |
| 35 East 21St Street Hq LLC | | |
| 35 Kalvebod Brygge Tenant ApS | | |
| 353 Sacramento Street Tenant LLC | | |
| 35-37 36th Street Tenant LLC | | |
| 360 NW 27th Street Tenant LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 3600 Brighton Boulevard Tenant LLC | | |
| 37 Shaul Hamelech Boulevard Tenant Ltd. | | |
| 38 Chancery Lane Tenant Ltd. | | |
| 38 West 21St Street Tenant LLC | | |
| 383 George Street Tenant Pty. Ltd. | | |
| 385 5th Avenue Q LLC | | |
| 3900 W Alameda Ave Tenant LLC | | |
| 391 San Antonio Road Tenant LLC | | |
| 4 Maale Hashichrur Tenant Ltd. | | |
| 4 Sint-Lazaruslaan Tenant | | |
| 40 Rue Du Colisée Tenant SAS | | |
| 40 Tuval Tenant Ltd. | | |
| 40 Water Street Tenant LLC | | |
| 400 California Street Tenant LLC | | |
| 400 Capitol Mall Tenant LLC | | |
| 400 Concar Drive Tenant LLC | | |
| 400 Lincoln Square Tenant LLC | | |
| 400 Spectrum Center Drive Tenant LLC | | |
| 4005 Miranda Ave Tenant LLC | | |
| 401 Collins Street Tenant Pty. Ltd. | | |
| 401 San Antonio Road Tenant LLC | | |
| 404 Fifth Avenue Tenant LLC | | |
| 4041 Macarthur Boulevard Tenant LLC | | |
| 405 Mateo Street Tenant LLC | | |
| 408 Broadway Tenant LLC | | |
| 41 Blackfriars Road Tenant Ltd. | | |
| 410 North Scottsdale Road Tenant LLC | | |
| 414 West 14th Street Hq LLC | | |
| 415 Mission Street Tenant LLC | | |
| 419 Park Avenue South Tenant LLC | | |
| 42 Charlemont Street Tenant Ltd. | | |
| 420 5th Avenue Q LLC | | |
| 420 Commerce Street Tenant LLC | | |
| 424 Fifth Avenue Holdings LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 424 Fifth Avenue Junior Holdings LLC | | |
| 424 Fifth Avenue LLC | | |
| 424 Fifth Avenue Senior Holdings LLC | | |
| 424-438 Fifth Avenue Tenant LLC | | |
| 428 Broadway Tenant LLC | | |
| 429 Lenox Ave Tenant LLC | | |
| 430 Park Avenue Co. LLC | | |
| 430 Park Avenue Tenant LLC | | |
| 4311 11th Avenue Northeast Tenant LLC | | |
| 433 Hamilton Avenue Tenant LLC | | |
| 437 5th Avenue Q LLC | | |
| 437 Madison Avenue Tenant LLC | | |
| 44 East 30th Street Hq LLC | | |
| 44 Montgomery Street Tenant LLC | | |
| 44 Wall Street HQ LLC | | |
| 448 North Lasalle Street Tenant LLC | | |
| 45 Haatzmaut Tenant Ltd. | | |
| 45 West 18th Street Tenant LLC | | |
| 450 Lexington Tenant LLC | | |
| 460 Park Ave South Tenant LLC | | |
| 460 West 50 North Tenant LLC | | |
| 4635 Lougheed Highway Tenant LP | | |
| 475 Sansome St Tenant LLC | | |
| 483 Broadway Tenant LLC | | |
| 49 West 27th Street Hq LLC | | |
| 490 Broadway Tenant LLC | | |
| 5 Harcourt Road Tenant Ltd. | | |
| 5 Martin Place Tenant Pty Ltd. | | |
| 5 Merchant Square Tenant Ltd. | | |
| 50 Miller Street Pty Ltd. | | |
| 50 W 28th Street Tenant LLC | | |
| 500 11th Ave North Tenant LLC | | |
| 500 7th Avenue Tenant LLC | | |
| 500 Bloor Street West Tenant LP | | |
| 501 Boylston Street Tenant LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 501 East Kennedy Boulevard Tenant LLC | | |
| 501 East Las Olas Blvd Tenant LLC | | |
| 501 Eastlake Tenant LLC | | |
| 5049 Edwards Ranch Tenant LLC | | |
| 505 Main Street Tenant LLC | | |
| 505 Park Avenue Q LLC | | |
| 50-60 Francisco Street Tenant LLC | | |
| 50-60 Station Road Tenant Ltd. | | |
| 51 Eastcheap Tenant Ltd. | | |
| 511 W 25th Street Tenant LLC | | |
| 515 Folsom Street Tenant LLC | | |
| 515 N State Street Tenant LLC | | |
| 5161 Lankershim Boulevard Tenant LLC | | |
| 52 Bedford Row Tenant Ltd. | | |
| 5215 North O'Connor Boulevard Tenant LLC | | |
| 524 Broadway Tenant LLC | | |
| 525 Broadway Tenant LLC | | |
| 53 Beach Street Tenant LLC | | |
| 53 Belliardstraat Tenant | | |
| 540 Broadway Q LLC | | |
| 545 Boylston Street Q LLC | | |
| 546 5th Avenue Tenant LLC | | |
| 55 Colmore Row Tenant Ltd. | | |
| 550 7th Avenue Hq LLC | | |
| 550 Kearny Street Hq LLC | | |
| 56 Schildergasse Tenant GmbH | | |
| 57 E 11th Street Tenant LLC | | |
| 575 5th Avenue Tenant LLC | | |
| 575 Lex Parent LLC | | |
| 575 Lexington Avenue Tenant LLC | | |
| 5750 Wilshire Boulevard Tenant LLC | | |
| 5960 Berkshire Lane Tenant LLC | | |
| 599 Broadway Tenant LLC | | |
| 6 East 32nd Street Ww Q LLC | | |
| 6 Totzeret Haaretz Tenant Ltd. | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 600 B Street Tenant LLC | | |
| 600 California Street Tenant LLC | | |
| 600 H Apollo Tenant LLC | | |
| 6001 Cass Avenue Tenant LLC | | |
| 6001 Cass LLC | | |
| 601 South Figueroa Street Tenant LLC | | |
| 606 Broadway Tenant LLC | | |
| 609 5th Avenue Tenant LLC | | |
| 609 Greenwich Street Tenant LLC | | |
| 609 Main Street Tenant LLC | | |
| 611 North Brand Boulevard Tenant LLC | | |
| 615 S. Tenant LLC | | |
| 625 Massachusetts Tenant LLC | | |
| 625 West Adams Street Tenant LLC | | |
| 63 Madison Avenue Tenant LLC | | |
| 64 York Street Pty Ltd. | | |
| 65 East State Street Tenant LLC | | |
| 650 California Street Tenant LLC | | |
| 6543 South Las Vegas Boulevard Tenant LLC | | |
| 655 15th Street Nw Tenant LLC | | |
| 655 Montgomery St Tenant LLC | | |
| 655 New York Avenue Northwest Tenant LLC | | |
| 66 King Street Tenant Pty Ltd. | | |
| 660 J Street Tenant LLC | | |
| 660 North Capitol St NW Tenant LLC | | |
| 6655 Town Square Tenant LLC | | |
| 67 Irving Place Tenant LLC | | |
| 6900 North Dallas Parkway Tenant LLC | | |
| 695 Town Center Drive Tenant LLC | | |
| 7 Menachem Begin Tenant Ltd. | | |
| 7 West 18th Street Tenant LLC | | |
| 70 Wilson Street Tenant Ltd. | | |
| 700 2 Street Southwest Tenant LP | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 700 K Street NW Tenant LLC | | |
| 700 North Miami Tenant LLC | | |
| 700 SW 5Th Tenant LLC | | |
| 708 Main St Tenant LLC | | |
| 71 5th Avenue Tenant LLC | | |
| 71 Stevenson Street Q LLC | | |
| 711 Atlantic Ave Tenant LLC | | |
| 71-91 Aldwych House Tenant Ltd. | | |
| 72 Knesebeckstraße Tenant GmbH | | |
| 725 Ponce De Leon Ave Ne Tenant LLC | | |
| 7272 Wisconsin Avenue Tenant LLC | | |
| 729 Washington Ave Tenant LLC | | |
| 7300 Dallas Parkway Tenant LLC | | |
| 731 Sansome Street Tenant LLC | | |
| 75 Arlington Street Tenant LLC | | |
| 75 E Santa Clara Street Tenant LLC | | |
| 75 Rock Plz Tenant LLC | | |
| 750 Lexington Avenue Tenant LLC | | |
| 750 White Plains Road Tenant LLC | | |
| 755 Sansome Street Tenant LLC | | |
| 756 W Peachtree Tenant LLC | | |
| 76-78 Clerkenwell Road Tenant Ltd. | | |
| 77 Farringdon Road Tenant Ltd. | | |
| 77 Leadenhall Street Tenant Ltd. | | |
| 77 Sands Owner LLC | | |
| 77 Sands Tenant LLC | | |
| 77 Sands WW Corporate Tenant LLC | | |
| 77 Sleeper Street Tenant LLC | | |
| 7761 Greenhouse Rd Tenant LLC | | |
| 777 6th Street NW Tenant LLC | | |
| 78 SW 7th Street Tenant LLC | | |
| 8 W 40th Street Tenant LLC | | |
| 80 George Street Tenant Ltd. | | |
| 80 M Street SE Tenant LLC | | |
| 800 Bellevue Way Tenant LLC | | |
| 800 Market Street Tenant LLC | | |
| 800 North High Street Tenant LLC | | |
| 801 B. Springs Road Tenant LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| 808 Wilshire Boulevard Tenant LLC | | |
| 8-14 Meard Street Tenant Ltd. | | |
| 820 18th Ave South Tenant LLC | | |
| 821 17th Street Tenant LLC | | |
| 83 Maiden Lane Q LLC | | |
| 830 Brickell Plaza Tenant LLC | | |
| 830 NE Holladay Street Tenant LLC | | |
| 8305 Sunset Boulevard Hq LLC | | |
| 8687 Melrose Avenue Tenant LLC | | |
| 8687 Melrose Green Tenant LLC | | |
| 88 U Place Tenant LLC | | |
| 880 3rd Ave Tenant LLC | | |
| 881 Peachtree Street Northeast Tenant LLC | | |
| 8910 University Center Lane Tenant LLC | | |
| 89-115 Mare Street Tenant Ltd. | | |
| 90 South 400 West Tenant LLC | | |
| 90 York Way Tenant Ltd. | | |
| 901 North Glebe Road Tenant LLC | | |
| 901 Woodland St Tenant LLC | | |
| 902 Broadway Tenant LLC | | |
| 91 Baker Street Tenant Ltd. | | |
| 920 5th Ave Tenant LLC | | |
| 920 SW 6th Avenue Tenant LLC | | |
| 9200 Timpanogos Highway Tenant LLC | | |
| 925 4th Avenue Tenant LLC | | |
| 925 N La Brea Ave Tenant LLC | | |
| 9670416 Canada Inc. | | |
| 97 Hackney Road Tenant Ltd. | | |
| 9777 Wilshire Boulevard Q LLC | | |
| 980 6th Avenue Tenant LLC | | |
| 9830 Wilshire Boulevard Tenant LLC | | |
| 99 Chauncy Street Q LLC | | |
| 99 High Street Tenant LLC | | |
| 99 Q Victoria Street Tenant Ltd. | | |
| Alexanderplatz 1 Tenant GmbH | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Ark Investment Group Holdings LLC | | |
| Arnulfstraße 60 Tenant GmbH | | |
| Axel-Springer-Platz 3 Tenant GmbH | | |
| Ballindamm 40 Tenant GmbH | | |
| Bird Investco LLC | | |
| CD Locations LLC | | |
| Central Plaza Tenant Ltd. | | |
| Chausseestraße 29 Tenant GmbH | | |
| Cities By We LLC | | |
| Clubhouse TS LLC | | |
| Common Coffee LLC | | |
| Common Desk Daymaker LLC | | |
| Common Desk De LLC | | |
| Common Desk Holdings LLC | | |
| Common Desk Oc LLC | | |
| Common Desk Operations LLC | | |
| Common Desk Operations LLC | | |
| Common Desk West 7th LLC | | |
| Corsham Tenant Ltd. | | |
| Creator Fund Managing Member LLC | | |
| Dalton Place Tenant Ltd. | | |
| Dublin Landings Tenant Ltd. | | |
| Eichhornstraße 3 Tenant GmbH | | |
| Emprendimientos Y Proyectos Del Peru SAC | | |
| Euclid LLC | | |
| Euclid WW Holdings Inc. | | |
| Fieldlens LLC | | |
| Five Hundred Fifth Avenue Hq LLC | | |
| Friedrichstraße 76 Tenant Gmbh | | |
| Friesenplatz Tenant GmbH | | |
| Gänsemarkt 43 Tenant GmbH | | |
| Gerhofstraße 1-3 Tenant GmbH | | |
| Gravity Coworking Pty Ltd. | | |
| Hagfish Mumbai Private Ltd. | | |
| Hammerjaw Bengaluru Private Ltd. | | |
| Herengracht 206 Tenant BV | | |
| Hewitt Shoreditch Tenant Ltd., The | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Houndshark Delhi Private Ltd. | | |
| Hub Tenant LLC, The | | |
| Icefish Apac Holdco BV | | |
| Icefish Investment Holdco BV | | |
| Insurance Services By Wework LLC | | |
| Iveagh Court Tenant Ltd. | | |
| Junghofstrasse 13 Tenant GmbH | | |
| Junghofstraße 22 Tenant GmbH | | |
| Karl-Liebknecht Street Tenant GmbH | | |
| Keizersgracht 271 Tenant BV | | |
| Keizersgracht 572 Tenant BV | | |
| Kemperplatz 1 Tenant GmbH | | |
| Kurfürstendamm 11 Tenant GmbH | | |
| Latam Co. BV | | |
| Legacy Tenant LLC | | |
| Lt Build Ltd. | | |
| Mailroom Bar at 110 Wall LLC | | |
| Midtown Music Club Ltd. | | |
| Missionu PBC | | |
| Naked Hub Vietnam Holdings Ltd. | | |
| Neue Schönhauser Straße 3-5 Tenant GmbH | | |
| Neuturmstraße 5 Tenant GmbH | | |
| NHNP Vn Ltd. | | |
| No. 1 Spinningfields Tenant Ltd. | | |
| One Gotham Center Tenant LLC | | |
| One Metropolitan Square Tenant LLC | | |
| One Metropolitan Square Tenant LLC | | |
| Oskar-Von-Miller-Ring 20 Tenant GmbH | | |
| Oskar-Von-Miller-Ring 33 Q GmbH | | |
| Parkmerced Partner LLC | | |
| Play By Wework LLC | | |
| Powered By We Germany GmbH | | |
| Powered By We LLC | | |
| Powered By We UK Ltd. | | |
| Project Caesar LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Project Standby I LLC | | |
| Prolific Interactive LLC | | |
| Provost And East Tenant Ltd. | | |
| PT Poweredbywe Services Indonesia | | |
| PT Wework Services International | | |
| Pxwe Facility & Asset Management Services LLC | | |
| Pxwe India Private Ltd. | | |
| Rosenthaler Straße 43-45 Tenant GmbH | | |
| Rudolfplatz 7 Tenant GmbH | | |
| Rue Des Archives 64/66 Tenant SAS | | |
| Sarphatistraat 8 Tenant BV | | |
| SB WW Holdings (Cayman) Ltd. | | |
| Shoreditch The Bard Tenant Ltd. | | |
| Skelbækgade 2-4 Tenant APS | | |
| Softbank | | |
| Softbank Group Corp. | | |
| Softbank Vision Fund II-2 LP | | |
| South Tryon Street Tenant LLC | | |
| Spacemob Pte. Ltd. | | |
| Spacious Technologies LLC | | |
| Stadhouderskade 5-6 Q BV | | |
| Stamford Street Tenant Ltd. | | |
| Standby I Tenant GmbH | | |
| Starbright WW LP | | |
| Stralauer Allee 6 Tenant GmbH | | |
| Strawinskylaan 4117 Tenant BV | | |
| Stresemannstraße 123 Tenant GmbH | | |
| SVF Endurance (Cayman) Ltd. | | |
| SVF II WW Holdings (Cayman) Ltd. | | |
| Taunusanlage 8 Tenant GmbH | | |
| Unomy Ltd. | | |
| Waltz Merger Sub LLC | | |
| Warschauer Platz Tenant GmbH | | |
| We Co. Management LLC, The | | |
| We Co. MC LLC, The | | |
| We Co. Pi LP, The | | |
| We Co. Rou SRL, The | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| We Company Management Holdings LP, The | | |
| We Company MC LLC, The | | |
| We Company Worldwide Ltd., The | | |
| We Rise Shell LLC | | |
| We Work 154 Grand LLC | | |
| We Work 349 5th Ave LLC | | |
| We Work Management LLC | | |
| We Work Retail LLC | | |
| Weinsure Holdco LLC | | |
| Welkio LLC | | |
| WeTech LLC | | |
| WeWork (Czech Republic) SRO | | |
| WeWork (Thailand) Ltd. | | |
| Wework 156 2nd LLC | | |
| Wework 175 Varick LLC | | |
| Wework 25 Taylor LLC | | |
| Wework 261 Madison LLC | | |
| Wework 54 West 40th LLC | | |
| WeWork APAC Partner Holdings BV | | |
| WeWork Asia Holding Co. BV | | |
| Wework Asset Management LLC | | |
| WeWork Australia Pty. Ltd. | | |
| WeWork Belgium | | |
| Wework Bryant Park LLC | | |
| WeWork Busan 1-Ho Yuhan Hoesa | | |
| WeWork Canada GP BV | | |
| WeWork Canada GP ULC | | |
| WeWork Canada LP BV | | |
| WeWork Canada LP ULC | | |
| Wework Capital Advisors LLC | | |
| WeWork Capital Advisors LLC | | |
| Wework Commons LLC | | |
| WeWork Community Workspace Ireland Ltd. | | |
| WeWork Community Workspace SL | | |
| WeWork Community Workspace UK Ltd. | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Wework Companies (International) BV | | |
| WeWork Companies Partner (International) BV | | |
| Wework Construction LLC | | |
| Wework Cos. LLC | | |
| Wework Cos. Partner LLC | | |
| Wework Cos. US LLC | | |
| WeWork Denmark ApS | | |
| WeWork France SAS | | |
| WeWork Germany GmbH | | |
| WeWork Greater China Holding Co. BV | | |
| WeWork Gulf I FZ-LLC | | |
| WeWork Holding (Thailand) Co. Ltd. | | |
| Wework Holdings LLC | | |
| Wework Inc. | | |
| WeWork India Management Pvt. Ltd. | | |
| Wework Interco LLC | | |
| WeWork International Ltd. | | |
| WeWork Israel Ltd. | | |
| WeWork Italy SRL | | |
| WeWork Japan GK | | |
| WeWork Korea Yuhan Hoesa | | |
| Wework La LLC | | |
| Wework Labs Entity LLC | | |
| Wework Little West 12th LLC | | |
| Wework Magazine LLC | | |
| WeWork Malaysia Sdn. Bhd. | | |
| WeWork Middle East DWTC FZE | | |
| WeWork Middle East Gazelle Ltd. | | |
| WeWork Middle East Holdings BV | | |
| WeWork Netherlands BV | | |
| WeWork New Zealand | | |
| WeWork New Zealand Holdco BV | | |
| WeWork Norway AA | | |
| WeWork Paris I Tenant SAS | | |
| WeWork Paris II Tenant SAS | | |
| WeWork Paris III Tenant SAS | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| WeWork Paris IV Tenant SAS | | |
| WeWork Peru Management SRL | | |
| WeWork Peru SRL | | |
| WeWork Poland Sp. Zoo. | | |
| Wework Real Estate LLC | | |
| WeWork Rus LLC | | |
| WeWork Saudi Arabia Ltd. | | |
| WeWork Seoul 1-Ho Yuhan Hoesa | | |
| WeWork Seoul 2-Ho Yuhan Hoesa | | |
| WeWork Seoul 3-Ho Yuhan Hoesa | | |
| WeWork Seoul 4-Ho Yuhan Hoesa | | |
| WeWork Seoul 5-Ho Yuhan Hoesa | | |
| Wework Services LLC | | |
| WeWork Singapore Pte. Ltd. | | |
| Wework Space Services Inc. | | |
| Wework Space Services LLC | | |
| WeWork Technology Israel Ltd. | | |
| WeWork Uruguay SRL | | |
| WeWork Vietnam Ltd. | | |
| Wework Wellness LLC | | |
| Wework Workplace LLC | | |
| Wildgoose I LLC | | |
| Wilmersdorferstrasse 59 Tenant GmbH | | |
| WW 1010 Hancock LLC | | |
| WW 107 Spring Street LLC | | |
| WW 11 John LLC | | |
| WW 110 Wall LLC | | |
| WW 111 West Illinois LLC | | |
| WW 115 W 18th Street LLC | | |
| WW 1161 Mission LLC | | |
| WW 120 E 23rd Street LLC | | |
| WW 1328 Florida Avenue LLC | | |
| WW 1550 Wewatta Street LLC | | |
| WW 1601 Fifth Avenue LLC | | |
| WW 1875 Connecticut LLC | | |
| WW 2015 Shattuck LLC | | |
| WW 205 E 42nd Street LLC | | |
| WW 210 N Green LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| WW 220 NW Eighth Avenue LLC | | |
| WW 222 Broadway LLC | | |
| WW 2221 South Clark LLC | | |
| WW 240 Bedford LLC | | |
| WW 25 Broadway LLC | | |
| WW 26 JS Member LLC | | |
| WW 312 Arizona LLC | | |
| WW 350 Lincoln LLC | | |
| WW 379 W Broadway LLC | | |
| WW 401 Park Avenue South LLC | | |
| WW 5 W 125th Street LLC | | |
| WW 500 Yale LLC | | |
| WW 51 Melcher LLC | | |
| WW 520 Broadway LLC | | |
| WW 535 Mission LLC | | |
| WW 555 West 5th Street LLC | | |
| WW 5782 Jefferson LLC | | |
| WW 600 Congress LLC | | |
| WW 641 S Street LLC | | |
| WW 718 7th Street LLC | | |
| WW 745 Atlantic LLC | | |
| WW 79 Madison LLC | | |
| WW 81 Prospect LLC | | |
| WW 811 West 7th Street LLC | | |
| WW 85 Broad LLC | | |
| WW 995 Market LLC | | |
| WW Bishopsgate Ltd. | | |
| WW Brooklyn Navy Yard LLC | | |
| WW Buildco LLC | | |
| WW Community Workspaces Philippines Inc. | | |
| WW Co-Obligor Inc. | | |
| WW Devonshire Ltd. | | |
| WW Enlightened Hospitality Investor LLC | | |
| WW Hanover House Operations Ltd. | | |
| WW Holdco LLC | | |
| WW Journal Square Holdings LLC | | |
| WW Journal Square Member LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| WW Medius Ltd.<br>WW Metropool BV<br>WW Moor Place Ltd.<br>WW Onsite Services Aag LLC<br>WW Onsite Services Exp LLC<br>WW Onsite Services LLC<br>WW Onsite Services Sfi LLC<br>WW Onsite Services Sum LLC<br>WW Project Swift Development LLC<br>WW Project Swift Member LLC<br>WW Sea Containers Ltd.<br>WW Sweden AB<br>WW Vendorco LLC<br>WW Weteringschans BV<br>WW Worldwide CV<br>WWCO Architecture Holdings LLC | | |
| 11 Park Place Associates<br>11 Park Place LLC<br>Colliers International (Quebec) Inc. | Harrison Street Advisors, LLC | Current |
| 135 East 57th Street LLC | Anywhere Real Estate Group LLC | Current |
| | Anywhere Real Estate Operations LLC | Current |
| | Anywhere Real Estate Services Group LLC | Current |
| | Anywhere Real Estate, Inc. | Current |
| ABM Janitorial Services Northeast Inc. | ABM Industries Incorporated | Current |
| Accenture International Ltd. | Accenture LLP | Current |
| | Accenture plc | Current |
| AFCO Credit Corp. | Truist Financial Corporation | Current |
| AIG Property Casualty Co.<br>AIG Specialty Insurance Co.<br>AIU Insurance Co.<br><br>Illinois National Insurance Co.<br>National Union Fire Insurance Co. | AIG DECO Fund I LP | Current |
| | AIG DECO Fund II LP | Current |
| | National Union Fire Insurance Company of Pittsburgh, PA | Current |
| Alida Grundstucksgesellschaft Mbh & Co. KG | Allianz Capital Partners GmbH | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Allianz Global US Risk Insurance Co. | Pacific Investment Management Company, LLC | Current |
| Allianz Lebensversicherungs AG | PIMCO | Current |
| Allianz Private Krankenversicherungs AG | | |
| Allianz SpA | | |
| Botanic Building NV | | |
| Columbia Property Trust Inc. | | |
| Alvarez & Marsal North America LLC | A&M Capital Advisors Europe, LLP | Closed |
| | A&M Capital Advisors GP, LLC | Closed |
| | A&M Capital Advisors LLC | Closed |
| | A&M Capital Advisors LP | Closed |
| | A&M Capital Europe, SCSp | Closed |
| | A&M Capital Europe-GP Associates, LP | Closed |
| | A&M Capital Opportunities Fund, LP | Current |
| | A&M Capital Opportunities-GP Associates, LP | Closed |
| | A&M Capital Partners, LLC | Current |
| | A&M Capital-GP Associates, LP | Closed |
| | A&M Capital-GP Holdings, LP | Closed |
| | A&M Opportunities Fund | Former |
| | Alvarez & Marsal AMCO Partners Fund, LP | Closed |
| | Alvarez & Marsal Capital LLC | Closed |
| | Alvarez & Marsal Capital, LP | Closed |
| | Alvarez & Marsal Europe LLP | Closed |
| | Alvarez & Marsal Holdings LLC | Current |
| | Alvarez & Marsal Inc. | Current |
| | Alvarez & Marsal Partners Buyout Fund, LP | Closed |
| | Alvarez & Marsal Partners Europe Buyout Fund, LP | Closed |
| | Alvarez & Marsal Partners Europe Fund, LP | Closed |
| | Alvarez & Marsal Partners Fund, LP | Closed |
| | Alvarez & Marsal Partners Opportunities Fund, LP | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Barbara Gould | Closed |
| | Ben Cairns | Current |
| | Edward Simon Middleton | Former |
| | Richard Fleming | Current |
| | Wing Sze Tiffany Wong | Former |
| Amazon Web Services Inc. Amazon.Ca Amazon.com Services Inc. | Zoox Labs, Inc. | Current |
| Aspen American Insurance Co. | AEPF III 34 S.à r.l. | Closed |
| | Apollo Capital Management, L.P. | Current |
| | Apollo Global Management, Inc. | Current |
| | Apollo Global Real Estate Management LP | Current |
| | Apollo Infrastructure Opportunities Fund II LP | Closed |
| | Apollo Management International LLP | Current |
| | Apollo Principal Holdings IX LP | Closed |
| | Apterra Infrastructure Capital | Closed |
| | Marc Rowan | Closed |
| AT&T Inc. AT&T Mobility LLC | AT&T Billing Southeast, LLC | Current |
| | AT&T Billing Southwest, LLC | Current |
| | AT&T Communications of Indiana, Inc. | Current |
| | AT&T Communications of Indiana, LLC | Current |
| | AT&T Communications of New York Inc. | Current |
| | AT&T Communications of Texas, LLC | Current |
| | AT&T Communications of Virginia, LLC | Current |
| | AT&T Comunicaciones Digitales, S. de R.L. de C.V. | Current |
| | AT&T Corp. | Current |
| | AT&T Datacomm Holdings, LLC | Current |
| | AT&T DataComm, L.P. | Current |
| | AT&T Global Communications Services Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | AT&T Inc. | Current |
| | AT&T Investment Fund IV, LLC | Current |
| | AT&T Investment Fund V, LLC | Current |
| | AT&T Investment Fund VI, LLC | Current |
| | AT&T Investment Operations I, LLC | Current |
| | AT&T Investment Operations II, LLC | Current |
| | AT&T Management Services, LLC | Current |
| | AT&T Mobility II LLC | Current |
| | AT&T Mobility LLC | Current |
| | AT&T MVPD Group Holdings, LLC | Current |
| | AT&T Network Supply, LLC | Current |
| | AT&T of Puerto Rico, Inc. | Current |
| | AT&T of the Virgin Islands, Inc. | Current |
| | AT&T Services, Inc. | Current |
| | AT&T Southeast Supply, LLC | Current |
| | AT&T Southwest Supply, LLC | Current |
| | AT&T Supply I, LLC | Current |
| | AT&T Technical Services Company, Inc. | Current |
| | AT&T Teleholdings, Inc. | Current |
| | AT&T West Supply, LLC | Current |
| | DIRECTV Enterprises, LLC | Closed |
| | DIRECTV Group Holdings, LLC | Closed |
| | DIRECTV Group Inc., The | Closed |
| | DIRECTV Holdings LLC | Closed |
| | DIRECTV Merchandising, Inc. | Closed |
| | DIRECTV Operations LLC | Closed |
| | DIRECTV Sports Networks LLC | Closed |
| | DIRECTV, LLC | Former |
| Avison Young Commercial Real Estate Services LP | Avison Young | Closed |
| Aviva Life & Pensions UK Ltd. | Athene USA Corp. | Current |
| | Aviva Life and Annuity Company | Current |
| Bank of America Merrill Lynch Real Estate Structured Finance Servicing Nc1-026-06-01 | Banc of America Securities LLC | Closed |
| Bank of America NA | Bank of America Securities Ltd. | Closed |
| Bank of America NA, Tokyo Branch | Benjamin Klein | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | BofA Securities Inc. | Current |
| | Merrill Lynch (Asia Pacific) Limited | Closed |
| Bank of New York Mellon, The | Alcentra Limited | Closed |
| | The Bank of New York Mellon Corporation | Current |
| Berkley Insurance Co. | W.R. Berkley Corporation | Closed |
| BlackRock Inc. | BlackRock Financial Management, Inc. – Decarbonization Partners Group | Current |
| | BlackRock Inc. | Current |
| | BlackRock Investment Management (UK) Limited | Closed |
| | BlackRock, Inc. | Current |
| | Decarbonization Partners I Master SCSp | Current |
| | Mark B. Florian | Current |
| | Pam Chan | Current |
| Blue Bottle Coffee Inc. | Blue Bottle Coffee, Inc. | Closed |
| Brigade Capital Management LP | Brigade Capital Management, LP | Current |
| BVK US VI Master REIT LLC | Michael F. Profenius and Lisa M. Profenius | Former |
| NW 524 Soho LLC | Northwood Investors | Closed |
| Bytedance Inc. | ByteDance (HK) Limited | Closed |
| Canadian Imperial Bank of Commerce Canadian Imperial Bank of Commerce Real Estate Finance Division | Christopher Michael Owens | Current |
| Canopius Insurance Services | Centerbridge Partners Europe LLP | Closed |
| | Centerbridge Partners, L.P. | Current |
| Capital Group | Capital International Inc. | Current |
| | Steven T. Watson | Current |
| | The Capital Group Companies, Inc. | Closed |
| CBRE Inc. CBRE Ltd. | CBRE Caledon Capital Management | Closed |
| | CBRE SpA | Current |
| | CBRE SpA Italy | Current |
| | CBRE, Inc. | Current |
| CDW Canada Corp. | CDW Corporation | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | CDW LLC | Current |
| Centurylink Ltd.<br>Level 3 Communications LLC | Lumen Technologies, Inc. | Former |
| Charter Communications Inc. | Charter Communications Holding Co. LLC | Closed |
| | Charter Communications LLC | Current |
| | Charter Communications Operating, LLC | Closed |
| | Charter Communications, Inc. | Current |
| Chicago, City of (IL), Department Of Finance, Tax Division | City of Chicago | Former |
| Chubb Corp., The<br>Federal Insurance Co.<br>Illinois Union Insurance Co.<br>Westchester Fire Insurance Co. | Chubb Bermuda Insurance Ltd. | Current |
| Citadel Enterprise Americas LLC | Citadel Americas LLC | Current |
| | Citadel Enterprise Americas LLC | Closed |
| | Citadel LLC | Current |
| | Citadel Securities LLC | Closed |
| | Kenneth Griffin | Current |
| Citibank Europe plc, Hungarian Branch Office | Andrew Morton | Current |
| Citibank NA | Citigroup Global Markets Asia Limited | Current |
| Citibank NA, London Branch | Citigroup Global Markets Asia Ltd. | Former |
| | Citigroup Global Markets Europe AG | Closed |
| | Citigroup Global Markets Inc. | Current |
| | Citigroup Inc. | Current |
| Coinbase Inc. | Coinbase Global Inc. | Closed |
| | Coinbase, Inc. | Former |
| | Emilie Choi | Current |
| Cole Schotz PC | Cole Schotz P.C. | Closed |
| Comcast Corp. | Comcast Cable Communications Management LLC | Closed |
| ComEd<br>Commonwealth Edison Co.<br>PECO<br>Potomac Electric Power Co., The | Commonwealth Edison Co. | Closed |
| | Exelon Corp. | Former |
| | William A. Von Hoene, Jr. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Continental Casualty Co.<br>Continental Insurance Co. | Continental Casualty Company | Current |
| Convergint Technologies Ltd. | Convergint Technologies GP LLC | Current |
| | Convergint Technologies Group L.P. | Current |
| Core & Value Advisors LLC | Stockbridge Capital Group LLC | Current |
| Cox Business<br>Cox Communications | NextGear Capital, Inc. | Current |
| Cushman & Wakefield Inc.<br>Cushman & Wakefield of California Inc.<br>Cushman & Wakefield US Inc. | Cushman & Wakefield, Inc. | Current |
| Dallas, City of (TX) | City of Dallas | Closed |
| Deloitte Tax LLP | Deloitte Consulting LLP | Current |
| | Deloitte LLP | Current |
| | Deloitte Tax LLP | Current |
| | Deloitte USA LLP | Current |
| Deutsche Bank AG, London Branch<br>Deutsche Bank AG, New York Branch<br>Deutsche Bank Trust Co. Americas | DB U.S. Financial Markets | Closed |
| | Deutsche Bank & Trust Co. | Closed |
| | Deutsche Bank AG | Current |
| | Deutsche Bank AG, London Branch | Former |
| | Deutsche Bank AG, New York Branch | Closed |
| | Deutsche Bank Americas Holding Corp. | Closed |
| | Deutsche Bank Securities Inc. | Former |
| | RREEF America LLC | Current |
| Direct Energy<br>NRG<br>Reliant Energy Solutions Inc. | NRG Energy, Inc. | Closed |
| Doordash Technologies Canada Inc. | SB Investment Advisers (UK) Limited | Current |
| DWF Group | Inflexion Private Equity Partners LLP | Current |
| Enwave Energy Corp. | Altera Infrastructure L.P. | Current |
| | BCP IV RTP Holdings Ltd. | Current |
| | BPR REIT Services LLC | Closed |
| | Brookfield Asset Management Inc. | Closed |
| | Brookfield Asset Management, LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Brookfield Business Partners LP | Closed |
| | Brookfield Capital Partners Ltd. | Closed |
| | Brookfield Infrastructure Debt Fund II LP | Current |
| | Brookfield Properties Development LLC | Closed |
| | Brookfield Special Investments LLC | Current |
| | GFI Energy Group of Oaktree Capital Management | Current |
| | Oaktree Capital Management, L.P. | Current |
| | Oaktree Maritime Finance II, LLC | Closed |
| | Oaktree Strategic Credit | Closed |
| | Oaktree Strategic Credit Fund | Current |
| Facebook Inc. | Facebook Operations LLC | Current |
| | Facebook Payments, Inc. | Closed |
| | Facebook Services, Inc. | Closed |
| | Facebook Technologies LLC | Current |
| | Meta Platforms, Inc. | Current |
| Florida Power & Light Co. | NextEra Energy Capital Holdings Inc. | Current |
| | NextEra Energy Constructors LLC | Closed |
| | NextEra Energy Inc. | Closed |
| | NextEra Energy Marketing LLC | Closed |
| | NextEra Energy Operating Services LLC | Closed |
| | NextEra Energy Project Management LLC | Closed |
| | NextEra Energy Resources LLC | Current |
| | NextEra Energy Transmission Asset Acquisition Holdings LLC | Current |
| | NextEra Energy Transmission LLC | Current |
| | NextEra Energy Transmission Southwest LLC | Closed |
| | NextEra Energy, Inc. | Current |
| | NextEra Grid Holdings LLC | Current |
| Generali Real Estate SGR SpA | Generali Investments d.o.o | Closed |
| Georgia, State of, Sales Use Tax Report St-3 | State of Georgia | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Goldman Sachs Asset Management LP | Goldman Sachs | Current |
| Goldman Sachs Bank USA | Goldman Sachs & Co. LLC | Former |
| Goldman Sachs Group Inc., The | Goldman Sachs (Asia) LLC | Current |
| Goldman Sachs International Bank | Goldman Sachs 7 (JDHQ Holdings LP) | Current |
| Goldman Sachs Lending Partners LLC | Goldman Sachs Asset Management International | Current |
| GSJC Master Lessee LLC | Goldman Sachs Bank Europe SE | Closed |
| | Goldman Sachs Group Inc. | Current |
| | Goldman Sachs Group, Merchant Banking Division | Closed |
| | Goldman Sachs International Bank | Former |
| | Goldman Sachs International Ltd. | Current |
| | Goldman Sachs Trust Company, N.A. | Current |
| Google LLC | Fitbit Inc. | Closed |
| | Intersection Holdings, LLC | Closed |
| | Waymo LLC | Current |
| Hilco Global | Hilco Global | Closed |
| | Hilco Inc. | Former |
| | Hilco Industrial LLC | Closed |
| | Hilco IP Merchant Capital LLC | Former |
| | Hilco Monarch Investments VI LLC | Current |
| | Hilco Real Estate LLC | Closed |
| | Hilco Receivables, LLC | Closed |
| | Hilco Redevelopment Holdings LLC | Current |
| | Hilco Redevelopment, LLC | Current |
| | Hilco Trading LLC | Current |
| Hoopp Realty Inc. | Healthcare of Ontario Pension Plan Trust Fund | Current |
| Hotwire Communications | Hotwire Communications LLC | Former |
| Houlihan Lokey Capital Inc. | Houlihan Lokey EMEA, LLP | Current |
| Houlihan Lokey Inc. | Houlihan Lokey Inc. | Current |
| HP Inc. | Hewlett Packard Enterprise Co. | Current |
| | HP, Inc. | Former |
| HSBC Bank USA NA | HSBC Global Services (UK) Limited | Closed |
| | HSBC Holdings plc | Current |
| Hudson 1003 4th Place LLC | Hudson Pacific Properties, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Hudson 1099 Stewart Reit LLC<br>Hudson 1099 Stewart Street LLC<br>Hudson 1455 Market Street LLC<br>Hudson 405 Mateo LLC<br>Hudson Pacific Properties LP | | |
| Hudson Energy<br>Hudson Energy Services LLC | Hudson Energy Canada Corp. | Current |
| | Hudson Energy Corp. | Current |
| | Hudson Energy Holdings UK Ltd. | Current |
| | Hudson Energy Services LLC | Current |
| | Just Energy (Finance) Hungary Zrt. | Current |
| | Just Energy (Ireland) Ltd. | Current |
| | Just Energy (U.K.) Ltd. | Current |
| | Just Energy (U.S.) Corp. | Current |
| | Just Energy Advanced Solutions Corp. | Current |
| | Just Energy Advanced Solutions LLC | Current |
| | Just Energy Alberta LP | Current |
| | Just Energy Connecticut Corp. | Current |
| | Just Energy Corp. | Current |
| | Just Energy Deutschland GmbH | Current |
| | Just Energy Finance Canada ULC | Current |
| | Just Energy Finance Holding Inc. | Current |
| | Just Energy Germany GmbH | Current |
| | Just Energy Group Inc. | Current |
| | Just Energy Illinois Corp. | Current |
| | Just Energy Indiana Corp. | Current |
| | Just Energy LLC | Current |
| | Just Energy Ltd. | Current |
| | Just Energy Manitoba LP | Current |
| | Just Energy Marketing Corp. | Current |
| | Just Energy Massachusetts Corp. | Current |
| | Just Energy Michigan Corp. | Current |
| | Just Energy New York Corp. | Current |
| | Just Energy Ontario LP | Current |
| | Just Energy Pennsylvania Corp. | Current |
| | Just Energy Prairies LP | Current |
| | Just Energy Québec LP | Current |
| | Just Energy Services Ltd. | Current |
| | Just Energy Solutions Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Just Energy Texas I Corp. | Current |
| | Just Energy Texas LP | Current |
| | Just Energy Trading LP | Current |
| Hudsons Bay Co. ULC | Saks Off Fifth LLC | Closed |
| Illinois, State of, Department Of Revenue | Illinois Executive Ethics Commission | Current |
| Illinois, State of, Sales Use Tax Return E911 St-1 | Office of the Governor, State of Illinois | Current |
| Imperial Parking Canada Corp. | Neighborhood Property Group, LLC | Current |
| | REEF Global Inc. | Current |
| | Reef Technology Inc. | Current |
| Indigo Group Inc. | Indigo Group Holdings, Inc. | Current |
| Ivanhoe Cambridge Inc.  Place Ville Marie | Caisse de dépôt et placement du Québec | Current |
| Ivanhoé Cambridge Inc. - PVM | Hilco Trading, LLC | Former |
| | Ivanhoé Cambridge Inc. | Former |
| | RHP Partners, L.P. | Closed |
| John Hancock Life Insurance Co. | Manulife Financial | Closed |
| John Hancock Life Insurance Co. (USA) | | |
| Manufacturers Life Insurance Co., The | | |
| Jones Lang Lasalle Brokerage Inc. | Jones Lang LaSalle Income Property Trust | Closed |
| Jones Lang Lasalle Real Estate Services Inc. | Jones Lang LaSalle, Inc. | Current |
| Lasalle Brokerage Inc. | LAO VI CN Company V Pte. Ltd. | Closed |
| | LaSalle Investment Management | Current |
| | LaSalle Investment Management / Jones Lang LaSalle Group | Current |
| JPMorgan Chase Bank Luxembourg SA | Andrew Cohen | Current |
| JPMorgan Chase Bank NA | Highbridge Capital Management, LLC | Current |
| JPMorgan Chase Bank NA, Johannesburg | J.P. Morgan AG | Closed |
| JPMorgan Chase Bank NA, London Branch | J.P. Morgan Asset Management Private Equity Group | Current |

33

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| JPMorgan Chase Bank, Amsterdam | J.P. Morgan Investment Management Inc. | Current |
| JPMorgan Chase Bank, London | J.P. Morgan Securities Asia Pacific Limited | Current |
| JPMorgan Chase Bank, Toronto | J.P. Morgan Securities LLC | Current |
| | J.P. Morgan Securities plc | Current |
| | JP Morgan Asset Management | Current |
| | JP Morgan Securities (Asia Pacific) Ltd. | Current |
| | JP Morgan Securities (Far East) Ltd. | Current |
| | JPMorgan Asset Management (Europe) SARL | Current |
| | JPMorgan Asset Management (UK) Ltd. | Current |
| | JPMorgan Chase & Co. | Current |
| | JPMorgan Chase Bank NA | Current |
| | JPMorgan Funds Limited | Current |
| | JPMorgan Infrastructure Investments Fund | Current |
| | JPMorgan Investment Management Inc. - Global Special Situations | Current |
| | JPMorgan Investment Management Inc. - Infrastructure Investment Group | Current |
| | JPMorgan Securities LLC | Closed |
| | Kerwin Clayton | Former |
| King Street Capital Management LP | King Street Capital Management L.P. | Current |
| | King Street Investment Corp. | Former |
| Kings III of America | Arcline Investment Management LP | Current |
| Kings III of America Inc. | Rajeev Amara | Current |
| Kroll Agency & Trustee Services Ltd. | Duff & Phelps LLC | Closed |
| Kroll Agency Services Ltd. | Further Global Capital Management, L.P. | Current |
| | Kroll Advisory Ltd. | Current |
| | Kroll Associates, Inc. | Former |
| | Kroll International (UK) Ltd | Current |
| | Kroll LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Kroll Restructuring Administration LLC | Current |
| | Stone Point Capital LLC | Current |
| | StonePoint Holding, LLC | Closed |
| KS SP LP<br>KS SP1 LP<br>Sun Life Assurance Co. of Canada<br>West Pender II LP | SLC Management | Current |
| Ladder Capital Finance LLC | Ladder Capital Finance Holdings LLLP | Closed |
| | Ladder Capital Finance LLC | Current |
| | Ladder Capital Realty II LLC | Closed |
| LBA RV - Co. IX LP<br>Olive/Hill Street Partners LLC | LBA Inc. | Current |
| | LBA Partners Feeder LP | Current |
| | LBA Realty, LLC | Current |
| | LBA VI Feeder LP | Current |
| Lenox 429 Avenue Inc. | 429 Lenox Ave Tenant LLC | Current |
| Loro Piana SpA | L Catterton Singapore Pte. Ltd. | Current |
| M&G Ltd.<br>Prudential Assurance Co. Ltd., The | M&G plc | Former |
| Manufacturers Life Insurance Co., The | John Hancock Investment Management LLC | Current |
| | Manulife Financial | Closed |
| | Manulife Investment Management Ltd. | Closed |
| Marks & Spencer PLC | M & S Ltd. | Closed |
| | Marks & Spencer Outlet Ltd. | Closed |
| | Marks and Spencer (Bradford) Ltd. | Closed |
| | Marks and Spencer (Property Investments) Ltd. | Closed |
| | Marks and Spencer (Property Ventures) Ltd. | Closed |
| | Marks and Spencer 2005 (Brooklands Store) Ltd. | Closed |
| | Marks and Spencer 2005 (Chester Satellite Store) Ltd. | Closed |
| | Marks and Spencer 2005 (Chester Store) Ltd. | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Marks and Spencer 2005 (Fife Road Kingston Store) Ltd. | Closed |
| | Marks and Spencer 2005 (Hedge End Store) Ltd. | Closed |
| | Marks and Spencer 2005 (Kensington Store) Ltd. | Closed |
| | Marks and Spencer 2005 (Kingston-on-Thames Satellite Store) Ltd. | Closed |
| | Marks and Spencer 2005 (Kingston-on-Thames Store) Ltd. | Closed |
| | Marks and Spencer 2005 (Parman House Kingston Store) Ltd. | Closed |
| | Marks and Spencer 2005 (Pudsey Store) Ltd. | Closed |
| | Marks and Spencer 2005 (Warrington Gemini Store) Ltd. | Closed |
| | Marks and Spencer Chester Ltd. | Closed |
| | Marks and Spencer Group plc | Closed |
| | Marks and Spencer International Holdings Ltd. | Closed |
| | Marks and Spencer Property Holdings Ltd. | Closed |
| | Marks and Spencer Scottish LP | Closed |
| | Marks and Spencer Simply Foods Ltd. | Closed |
| Marsh Canada Ltd. | Oliver Wyman Inc. | Current |
| MCI Communications Service | Verizon Communications Inc. | Current |
| MidAmerican Energy Co. | Berkshire Hathaway Inc. | Current |
| NV Energy Inc. | BHE Renewables, LLC | Current |
| Pacific Power | BHER Power Resources Inc. | Current |
| RSUI Indemnity Co. | BNSF Railway | Current |
| | Brilliant National Services, Inc. | Current |
| | FlightSafety International Inc. | Current |
| Minnesota, State of, Department of Revenue | Minnesota Department of Human Rights | Current |
| Minnesota, State of, Sales Use Tax Return St-1 | Minnesota, State of, Office of the Attorney General | Current |
| Mizuho Bank Ltd. | Mizuho Americas LLC | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Mizuho International plc | Former |
| Natixis Real Estate Capital LLC<br>Natixis, Hong Kong Branch<br>Natixis, New York Branch | MV Credit Partners LLP | Current |
| Newmark Canada<br>Newmark Group Inc. | Newmark Midwest Region LLC | Current |
| Pacific Gas & Electric | Pacific Gas and Electric Company | Former |
| Palantir Technologies Inc. | Palantir Solutions Inc.<br>Palantir Technologies, Inc.<br>Palantir USA Inc. | Current<br>Current<br>Current |
| Parlex 3A Finco LLC | Blackstone Mortgage Trust Inc. | Current |
| Paxos Trust Co. LLC | Bruntal SA<br>Kabompo  Holdings Ltd.<br>Lomami Intermediacao Ltda.<br>Molopo S de RL de CV<br>Paxos Canada Inc.<br>Paxos Global Pte. Ltd.<br>Paxos Holdings LLC<br>Paxos National Trust<br>Paxos Securities Settlement Co. LLC<br>Paxos Services Ltd.<br>Paxos Technology Ltd.<br>Paxos Technology Solutions LLC<br>Paxos Trust Company LLC | Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current |
| Pennsylvania, Commonwealth of, Sales Use Hotel Tax Pa-3 | Office of the General Counsel of Pennsylvania | Current |
| | Office of the Governor of Pennsylvania | Current |
| | Pennsylvania Higher Education Assistance Agency | Closed |
| | Pennsylvania, Commonwealth of, Office of the Secretary | Closed |
| | Pennsylvania, Commonwealth of, Office of the Secretary of State | Current |
| Perkins Coie LLP | Stephanie I. Command | Closed |
| Philadelphia Indemnity Insurance Co.<br>Tokio Marine Hcc<br>U.S. Specialty Insurance Co. | HCC Insurance Holdings, Inc. | Current |

37

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Pioneer Underwriters – Syndicate Number 1980 | David J. Sreter | Current |
| | Jeffrey Perlman | Current |
| | John Rowan | Closed |
| | Summit Acquisition Inc. | Current |
| | Vishal Mahadevia | Current |
| | Warburg Pincus Asia LLC | Current |
| | Warburg Pincus Asia Real Estate, L.P. | Current |
| | Warburg Pincus Capital Corp. I-A | Current |
| | Warburg Pincus Capital Corp. I-B | Current |
| | Warburg Pincus Global Growth LP | Current |
| | Warburg Pincus Global Growth XIV | Current |
| | Warburg Pincus LLC | Current |
| | Warburg Realty Partnership Ltd. | Current |
| | WRP91 LLC | Current |
| PJT Partners LP | PJT Partners (UK) Limited | Closed |
| PNC Bank NA | PNC Bank NA | Current |
| | SP Capital Partners LLC | Current |
| | The PNC Financial Services Group, Inc. | Current |
| Presidio Networked Solutions Group LLC | BC Partners | Current |
| | BC Partners Credit | Closed |
| | BC Partners Lending Corp. | Current |
| | Presidio Capital Funding LLC | Current |
| | Presidio Holdings Inc. | Current |
| | Presidio Inc. | Current |
| | Presidio IS LLC | Current |
| | Presidio LLC | Current |
| | Presidio Networked Solutions Group LLC | Current |
| | Presidio Networked Solutions LLC | Current |
| | Presidio Technology Capital, LLC | Current |
| | Presidio, Inc. | Current |
| Principal Life Insurance Co. | Principal Real Estate Investors LLC | Current |
| Provident Energy Management | Northleaf Capital Partners (Canada) Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| RCAP Leasing Inc. | BlueBay Asset Management Services Ltd. | Current |
| | RBC Capital Markets Corporation | Closed |
| | RBC Wealth Management | Current |
| RCN Corp. | Radiate Topco, LLC | Current |
| Wave Broadband | Stonepeak Partners, LP | Current |
| RenaissanceRe – Syndicate Number 1458 | RenaissanceRe Holdings Ltd. | Closed |
| Rice Re Holdings III | William Marsh Rice University | Closed |
| Rio Tinto European Holdings Ltd. | Resolution Copper Co. | Current |
| | Resolution Copper Mining LLC | Closed |
| | Rio Tinto Energy America Inc. | Current |
| | Rio Tinto Limited | Current |
| | Rio Tinto Ltd. | Current |
| | Rio Tinto Minerals Inc. | Current |
| | Rio Tinto plc | Current |
| | Rio Tinto Services Inc. | Current |
| | SouthGobi Resources Ltd. | Closed |
| Samsung SRA Asset Management Co. Ltd. | Samsung | Current |
| | Samsung Advanced Institute of Technology | Closed |
| | Samsung Austin Semiconductor LLC | Current |
| | Samsung Bioepis Co., Ltd. | Current |
| | Samsung Electro-Mechanics Co. Ltd. | Current |
| | Samsung Electronics America Inc. | Current |
| | Samsung Electronics Co. Ltd. | Current |
| | Samsung Electronics Co., Ltd. Visual Display | Closed |
| | Samsung Electronics Latinoamerica Miami Inc. | Current |
| | Samsung Research America, Inc. | Current |
| | Samsung SDI America Inc | Current |
| | Samsung Semiconductor Inc. | Current |
| Santander Holdings USA Inc. | Banco Santander SA | Closed |
| | Santander Bank, N.A. | Current |
| | Santander Holdings USA Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Savills Inc. | DRC Savills Investment Management LLP | Current |
| | Savills IM Holdings Limited | Current |
| | Savills Inc. | Current |
| | Savills Investment Management LLP | Current |
| | Savills plc | Current |
| Shareholder Representative Services LLC | John D. Cochran | Current |
| | Lovell Minnick Partners LLC | Current |
| | Robert M. Belke | Former |
| | Shareholder Representative Services LLC | Current |
| | Spencer P. Hoffman | Former |
| | Steven C. Pierson | Former |
| Silver Point Capital LP | Silver Point Capital | Current |
| | Silver Point Capital LP | Current |
| Societe Generale, Hong Kong Branch | Societe Generale Americas | Closed |
| SoftServe Inc. | SoftServe Inc. | Closed |
| SOF-XI PCT Single Tower Ultimate Mezz Holdings LLC | Starwood Capital Europe Advisers, LLP | Closed |
| | Starwood Capital Global I LLC | Current |
| | Starwood Capital Group Global I LLC | Current |
| | Starwood Capital Group Global, L.P. | Current |
| | Starwood Capital Group LLC | Current |
| | Starwood Capital Operations LLC | Current |
| | Starwood Energy Group Global LLC | Current |
| Staples Canada Inc. - Building Openings & Procurement | Beijing Staples Commerce & Trade Co. Ltd. (China) | Closed |
| Staples Inc. | Hong Kong Staples Brands Ltd. | Current |
| Staples US For Canada | Jiangsu Staples Office Products Co. Ltd. (China) | Closed |
| | Shenzhen Staples Commerce & Trade Co. Ltd. (China) | Closed |
| | Staples (China) Investment Co. Ltd (Shanghai) | Closed |
| | Staples (Shanghai) Company Limited (China) | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Staples Argentina SA (Argentina) | Closed |
| | Staples Asia Investments Ltd. (Cayman) | Closed |
| | Staples Brands Consulting (Shenzhen) Co. Ltd. | Current |
| | Staples Brands Inc. | Current |
| | Staples Brands International Ltd. | Current |
| | Staples Brands Sales, LLC | Current |
| | Staples Brasil Comercio de Materials para Escritorio Ltda. (Brazil) | Closed |
| | Staples Canada Holdings III, Inc. | Current |
| | Staples Canada Holdings, LLC | Current |
| | Staples Canada ULC | Current |
| | Staples Connecticut LLC (DE) | Current |
| | Staples Contract & Commercial Inc. | Current |
| | Staples Cyprus Holdings L.P. | Current |
| | Staples Cyprus Holdings, Ltd. | Current |
| | Staples Cyprus Intermediary Holdings, Ltd. | Current |
| | Staples Dutch Management BV | Current |
| | Staples E-Commerce (Shanghai) Co. Limited (China) | Closed |
| | Staples E-Commerce (Tianjin) Co., Ltd. (China) | Closed |
| | Staples Europe Holdings GP | Current |
| | Staples Global Holdings, Ltd. | Current |
| | Staples Global Markets, Inc. | Current |
| | Staples GP, LLC | Current |
| | Staples Hong Kong Investments Limited (Hong Kong) | Closed |
| | Staples of Maryland LLC (DE) | Current |
| | Staples Procurement & Management Services PLC | Current |
| | Staples Project 2017, LLC | Current |
| | Staples Promotional Products Canada Ltd. | Current |
| | Staples Shared Service Center (Europe) II BVBA | Current |
| | Staples Shared Service Center, LLC | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Staples Solutions BV | Current |
| | Staples Taiwan Branch | Closed |
| | Staples Taiwan Corporation Limited (Cayman) | Closed |
| | Staples the Office Superstore LLC | Current |
| | Staples the Office Superstore LLC | Current |
| | Staples Value, LLC (VA) | Current |
| | Staples Ventures, LLC | Current |
| | Staples, Inc. | Current |
| | Sycamore Partners A LP | Current |
| | Sycamore Partners Associates Co-Invest LP | Current |
| | Sycamore Partners Associates Investments LP | Current |
| | Sycamore Partners Associates LP | Current |
| | Sycamore Partners Associates-C LP | Current |
| | Sycamore Partners Co-Invest LLC | Current |
| | Sycamore Partners II, LP | Current |
| | Sycamore Partners III LP | Current |
| | Sycamore Partners LP | Current |
| | Sycamore Partners Management LP | Current |
| | Sycamore Partners Torrid LLC | Current |
| | The Staples Group, Inc. | Current |
| Swiss Life Asset Managers France | Swiss Life Asset Management AG | Current |
| Teachers Insurance & Annuity Association of America  Teachers Insurance & Annuity Association of America for the Benefit of its Real Estate Account | Nuveen Alternatives Advisors, LLC | Current |
| Telus Services | Baring Private Equity Asia Limited | Current |
| | EQT AB | Current |
| | EQT Exeter Holdings US Inc. | Current |
| | EQT Fund VII | Current |
| | EQT IX Investments SARL | Current |
| | EQT Partners UK Advisors LLP | Current |
| | EQT VII Ltd. | Closed |
| TXU Energy | Vistra Energy Corp. | Current |
| Uline Canada Corp. | Brian Uihlein | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Richard E. Uihlein | Current |
| | Richard E. Uihlein, Jr. | Closed |
| | Stephen Ellis Uihlein | Current |
| Union Investment Real Estate GmbH | DZ BANK AG Deutsche Zentral-Genossenschaftsbank, Frankfurt am Main | Current |
| United States, Department of the Treasury, Internal Revenue Service | Chamber of Commerce of the United States | Closed |
| United States, Government of the, Attorney General, Southern District of New York | Konstantina Diamantopoulos | Current |
| United States, Government of the, Postal Service | | |
| United States, Government of the, Securities and Exchange Commission | | |
| United States, Government of the, Security and Exchange Commission, Enforcement Division | | |
| University of Maryland | Initiative on Closing the Investment Gap in Sustainable Finance | Current |
| Utah, State of, Sales And Use Tax Return Tc- 62M | Utah Solicitor General | Current |
| Utah, State of, Tax Commission | | |
| Washington Gas | WGL Holdings, Inc. | Closed |
| Wells Fargo Bank NA | Wells Fargo Bank, N.A. | Current |
| | Wells Fargo Securities LLC | Current |

## **EXHIBIT C**

**Swidler Declaration**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
edward.sassower@kirkland.com
joshua.sussberg@kirkland.com
steven.serajeddini@kirkland.com
ciara.foster@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:      (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br><div align=right>Debtors.[1]</div> | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

**DECLARATION OF PAMELA**
**SWIDLER IN SUPPORT OF THE DEBTOR'S**
**APPLICATION FOR THE ENTRY OF AN ORDER AUTHORIZING**
**THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP**
**AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE**
**DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF NOVEMBER 6 ,2023**

I, Pamela Swidler, Chief Legal Officer, of WeWork Inc. being duly sworn, state the

following under penalty of perjury:

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork.  The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

1.      I am the Chief Executive Officer of WeWork Inc. located at 12 East 49th Street, 3rd

Floor, New York, New York 10017.

2.      I submit this declaration (this "Declaration") in support of the *Debtors' Application*

*for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as*

*Attorneys for the Debtors and Debtors in Possession Effective as of November 6, 2023*

(the "Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set

forth herein.

### The Debtors' Selection of Counsel

3.      The Debtors recognize that a comprehensive review process is necessary when

selecting and managing chapter 11 counsel to ensure that bankruptcy professionals are subject to

the same client-driven market forces, scrutiny, and accountability as professionals in

non-bankruptcy engagements.

4.      The Debtors drew on their experience working with Kirkland on a prior

engagement related to the Debtors' intellectual property and chose to continue working with

Kirkland in these chapter 11 cases based on their positive experience in connection therewith.

5.      Ultimately, the Debtors retained Kirkland because of its extensive experience in

corporate reorganizations, both out-of-court and under chapter 11 of the Bankruptcy Code.  More

specifically, Kirkland is familiar with the Debtors' business operations and many of the potential

legal issues that may arise in the context of these chapter 11 cases.  I believe that Kirkland is both

well qualified and uniquely able to represent the Debtor in these chapter 11 cases in an efficient

and timely manner.

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

## Rate Structure

6.      In my capacity as Chief Legal Officer, I am responsible for supervising outside counsel retained by the Debtors in the ordinary course of business.  Kirkland has informed the Debtors that its rates for bankruptcy representations are comparable to the rates Kirkland charges for non-bankruptcy representations.  As discussed below, I am also responsible for reviewing the statements regularly submitted by Kirkland, and can confirm that the rates Kirkland charged the Debtors in the prepetition period are the same as the rates Kirkland will charge the Debtors in the postpetition period.

## Cost Supervision

7.      Pursuant to the Interim Cash Collateral Order,[3] the Debtors must furnish budget and variance reports weekly, which include detail regarding the fees and expenses incurred in these chapter 11 cases by professionals proposed to be retained by the Debtors.  As a retained professional, Kirkland's fees and expenses will be included in those reporting requirements. Moreover, the Debtors and Kirkland recognize that in the course of a large chapter 11 case like these chapter 11 cases, it is possible that there may be a number of unforeseen fees and expenses that will need to be addressed by the Debtors and Kirkland.  The Debtors further recognize that it is their responsibility to monitor closely the billing practices of their counsel to ensure the fees and expenses paid by the estate remain consistent with the Debtors' expectations and the exigencies of the chapter 11 cases.  The Debtors will continue to review the statements that Kirkland regularly

---

[3]   "Interim Cash Collateral Order" means the *Interim Order (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay and (V) Granting Related Relief* [Docket No. 103].

submits, and, together with Kirkland, amend the budget and staffing plans periodically, as the case develops.

8.      As they did prepetition, the Debtors will continue to bring discipline, predictability, client involvement, and accountability to the counsel fees and expenses reimbursement process. While every chapter 11 case is unique, these budgets will provide guidance on the periods of time involved the level of the attorneys and professionals that will work on various matters, and projections of average hourly rates for the attorneys and professionals for various matters.

*[Remainder of Page Intentionally Left Blank]*

4

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  November 20, 2023                          Respectfully submitted,

_/s/ Pamela Swidler_ _____
Name: Pamela Swidler
Title:  Chief Legal Officer

5