|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>Stephen V. Falanga, Esq.<br>**WALSH PIZZI O'REILLY FALANGA LLP**<br>Three Gateway Center<br>100 Mulberry St., 15th Floor<br>Newark, New Jersey 07102<br>T: 973.757.1100 \| F: 973.757.1090<br>sfalanga@walsh.law<br>*Counsel to Domain Northside Office Property Owner, LP, US VI 2 Brickell, LLC, and NW 524 SOHO LLC Domain Retail Property Owner L.P* |  |
| In re:<br><br>WEWORK INC. *et al.*,<br><br>                    Debtors. | Bankr. Case No.: 23-19865 (JKS)<br><br>*Jointly Administered*<br><br>Chapter 11 |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Domain Northside Office Property Owner, LP, US VI 2 Brickell, LLC, and NW 524 SOHO LLC hereby appear in the above-captioned bankruptcy case by its counsel, Walsh Pizzi O'Reilly Falanga LLP; such counsel hereby enters its appearance pursuant to § 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002 and 9007 and Section 342 of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case be given and served upon:

                    WALSH PIZZI O'REILLY FALANGA LLP
                    Three Gateway Center
                    100 Mulberry Street, 15th Fl.
                    Newark, NJ 07102

      Attn:  Stephen V. Falanga, Esq.
      Tel:   (973) 757-1100
      Fax:  (973) 757-1090
      Email: sfalanga@walsh.law

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules and Sections specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, hand or courier delivery, telephone, telecopy, telegraph, telex, or otherwise filed with regard to the referenced case and proceedings therein.

By entering this appearance, Domain Northside Office Property Owner, LP, US VI 2 Brickell, LLC, and NW 524 SOHO LLC do not waive any objections to jurisdiction, any rights to have final orders in non-core matters entered only after de novo review by a district judge, the right to trial by jury, or any other rights, claims, or defenses to which Domain Northside Office Property Owner, LP, US VI 2 Brickell, LLC, and/or NW 524 SOHO LLC may be entitled, all of which are expressly reserved.

      **WALSH PIZZI O'REILLY FALANGA LLP**
      *Counsel to Domain Northside Office Property Owner, LP, US VI 2 Brickell, LLC, and NW 524 SOHO LLC*

      *By:*   */s/ Stephen V. Falanga*
           Stephen V. Falanga
           Three Gateway Center
           100 Mulberry Street, 15th Floor
           Newark, New Jersey 07102
           sfalanga@walsh.law

Dated: November 20, 2023