**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
edward.sassower@kirkland.com
joshua.sussberg@kirkland.com
steven.serajeddini@kirkland.com
ciara.foster@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:     (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |

### DEBTORS' APPLICATION FOR ENTRY
### OF AN ORDER AUTHORIZING THE EMPLOYMENT
### AND RETENTION OF PROVINCE, LLC AS FINANCIAL
### ADVISOR TO WEWORK INC., AS DEBTOR AND DEBTOR IN
### POSSESSION, AT THE SOLE DIRECTION OF THE SPECIAL COMMITTEE
### OF INDEPENDENT DIRECTORS EFFECTIVE AS OF THE PETITION DATE

TO:  THE HONORABLE JOHN K. SHERWOOD UNITED STATES BANKRUPTCY

COURT FOR THE DISTRICT OF NEW JERSEY:

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork.  The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

WeWork Inc., ("WeWork"), one of the above-captioned debtors and debtors in possession (collectively, the "Debtors") state as follows in support of this application (the "Application"):[2]

**Relief Request**

1.      WeWork seeks entry of an order, substantially in the form attached hereto as **Exhibit A** (the "Order"): (a) authorizing, but not directing, WeWork to (i) retain and employ Province, LLC ("Province") as financial advisor to render independent services on behalf of and at the sole direction of the Special Committee of the Board of Directors of WeWork, comprised of Paul Aronzon, Paul Keglevic, Elizabeth LaPuma and Henry Miller (collectively the "Special Committee"), effective as of the Petition Date (as defined below) and in accordance with the terms and conditions set forth in that certain engagement letter dated October 12, 2023 (the "Engagement Letter") which is attached hereto as **Exhibit B**; and (b) granting related relief.  In support of this Application, the Debtors submit the *Declaration of Daniel Moses in Support of Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Province, LLC as Financial Advisor to WeWork Inc., as Debtor and Debtor in Possession, at the Sole Direction of the Special Committee of Independent Directors Effective as of the Petition Date* (the "Moses Declaration"), which is attached hereto as **Exhibit C** and incorporated herein by reference.

**Jurisdiction and Venue**

2.      The United States Bankruptcy Court for the District of New Jersey (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, entered July 23, 1984, and amended on

---

[2]      A detailed description of the Debtors and their businesses, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the *Declaration of David Tolley, Chief Executive Officer of WeWork Inc., in Support of the Chapter 11 Petitions and First Day Motions* [Docket No. 21] (the "First Day Declaration").  A detailed description of the Debtors, their businesses, and the facts and circumstances supporting the Debtors' chapter 11 cases is set forth in greater detail in the First Day Declaration and incorporated by reference herein.

September 18, 2012 (Simandle, C.J.).  WeWork confirms their consent to the Court entering a final

order in connection with this Application to the extent that it is later determined that the Court,

absent consent of the parties, cannot enter final orders or judgments in connection herewith

consistent with Article III of the United States Constitution.

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are sections 327(a) and 330 of title 11 of

the United States Code (the "Bankruptcy Code"), rules 2014 and 2016 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local

Bankruptcy Rules for the District of New Jersey (the "Local Rules").

### Background

5.      The Debtors, together with their non-Debtor affiliates (collectively, the

"Company"), are the global leader in flexible workspace, integrating community, member

services, and technology.  Founded in 2010 and headquartered in New York City, the Company's

mission is to create a collaborative work environment where people and companies across a variety

of industries, from freelancers to Fortune 100 companies, come together to optimize performance.

The Company became a publicly traded company in 2021 and employs over 2,650 full-time and

fifty part-time workers in the United States and abroad.  The Company operates over 750 locations

in thirty-seven countries and is among the top commercial real estate lessors in business hubs

including New York City, London, Dublin, Boston, and Miami.  For the fiscal year 2022,

WeWork's revenue was approximately $3.25 billion.  The Debtors commenced these chapter 11

cases to rationalize their lease portfolio, right-size their balance sheet, and position the Company

for sustainable, long-term growth.

6.      On November 6, 2023 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On November 8, 2023, the Court entered an order [Docket No. 87] authorizing the procedural consolidation and joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b).  On November 16, 2023, the United States Trustee for the District of New Jersey (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy code (the "Committee") [Docket No. 150].

7.      Province has extensive experience representing official creditors' committees, debtors, creditors, trustees, and others in a wide variety of bankruptcy cases, including, as (i) financial advisor to the official committees of unsecured creditors in the A.B.C. Carpet, Alex and Ani, Armstrong Flooring, Aruze Gaming, Ascena Group, Avadim Health, BL Restaurants Holding, Carbonlite Holdings, Cherry Man Industries, Cyprus Mines, David's Bridal, DCL Holdings (USA), Destination Maternity, Eastern Outfitters, EHT US1 (Eagle Hospitality), Endo International, Francesca's Holding Corporation, Honx, Insys Therapeutics, Independent Pet Partners, Invacare, J Crew, Lucky's Market, L'Occitane, Mallinckrodt, Mountain Express Oil Company, Nielsen & Bainbridge (NBD Home), Neopharma, One Web, Papyrus, Path Medical, Pier 1, PBS Brand Co. (Punch Bowl), Purdue Pharma, Prime Core Technologies, Reverse Mortgage, Revlon, SiO2 Medical Products, Stimwave Technologies, TECT Aerospace Group, The Rockport Company, True Religion Apparel, Tuesday Morning, Virgin Orbit, Wesco Aircraft and White Stallion Energy, Winsor Terrace matters; (ii) financial advisor to the debtors in 4E Brands, Basic Energy Services, Cherry Man Industries, Cinemex Holdings USA, Codiak BioSciences, Coin Cloud, Frontsight Management, Penthouse Global Media, Superior Linen, True Religion

4

Apparel, Vesta Holdings, and Woodbridge Group of Companies; and (iii) the trustee in Aegean
Marine Petroleum, Advance Watch, American Apparel, Borden Dairy, CS Mining, Cycle Force,
DCL, EBH Topco, Eclipse Berry Farms, Energy & Exploration (ENXP), Fieldwood, Gump's,
Invacare, La Paloma Generating Company, Limetree Bay Services, Mallinckrodt, Maxus Energy,
Neogenix, PBS Brand Co. (Punch Bowl), Promise Healthcare Group, RadioShack Corporation,
RMIT (Reverse Mortgage), and Samson Resources, Stimwave Technologies, among others.

## Scope of Services

8.      On August 17, 2023, the Board adopted a resolution (the "Resolution") that
delegated to the Special Committee all power over "Conflicts Matters."  The Resolution defines
"Conflicts Matters" as any matters in which a conflict of interests exists or is reasonably likely to
exist between the Company, on the one hand, and any of its current and former directors, managers,
officers, investment committee members, special or other committee members, equity holders
(regardless of whether such interests are held directly or indirectly), affiliated investment funds or
investment vehicles, managed accounts or funds, predecessors, participants, successors, assigns,
subsidiaries, affiliates, partners, limited partners, general partners, principals, members,
management companies, fund advisors or managers, employees, agents, trustees, advisory board
members, financial advisors, attorneys (including any other attorneys or professionals retained by
any current or former director or manager in his or her capacity as director or manager of an entity),
accountants, investment bankers, consultants, representatives, and other professionals and advisors
of such person or entity, and any such person's or entity's respective heirs, executors, estates, and
nominees (collectively, the "Related Parties"), on the other hand, as reasonably determined by the
Special Committee.

9.      Under the Resolutions, the Board specifically delegated to the Special Committee the authority to: (i) investigate and determine, in the Special Committee's business judgment, whether any matter constitutes a Conflicts Matter; (ii) on behalf of the Board and as it deems appropriate or desirable in its discretion, take any and all actions with respect to the Conflicts Matters, as determined in the sole judgment of the Special Committee, including, but not limited to, approving any Conflicts Matters.

10.     In addition, the Resolution delegated to the Special Committee the authority to review, discuss, consider, and negotiate the Company's entry into and consummation of a "Transaction," which is defined by the Resolution as a restructuring, reorganization, and/or other recapitalization transaction involving the Company and/or one or more of its subsidiaries and/or affiliates. Included in the delegation with respect to a Transaction is the power of the Special Committee to consider whether or not it is fair to and in the best interests of WeWork and its respective stakeholders to proceed with a Transaction and to determine that a Transaction should not proceed if not fair or in such best interests.

11.     Subject to further Order of this Court, the services Province has rendered and may be required to render relate to advising WeWork at the sole direction of the Special Committee with respect to any Conflicts Matters and a Transaction. Province expects that in rendering services, some or all of the below activities may be necessary:

   a.     becoming familiar with and analyzing the Debtors' assets and liabilities, and overall financial condition and liquidity during the case;

   b.     reviewing financial and operational information furnished by the Debtors;

   c.     reviewing other operational data and agreements related to the interaction of the Debtors with Related Parties or in connection with a Transaction;

   d.     analyzing the Debtors' proposed business plans;

   e.     preparing, or reviewing as applicable, avoidance action and claim analyses;

f.   advising the Special Committee in negotiations with the case constituents and third parties as necessary;

g.   if necessary, participating as a witness in hearings before the bankruptcy court with respect to matters upon which Province has provided advice; and

h.   other activities as directed by the Special Committee and as agreed to by Province.

**Professional Compensation**

12.   The Special Committee desires to employ Province and compensate Province with reasonable fees to be determined by the Court.  No compensation will be paid to the Province except upon compliance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of this Court.  Neither the Special Committee nor any of its members (or their representatives) are or will be liable for any fees or costs incurred by Province in its representation of the Special Committee.

13.   Per the Engagement Letter, the Debtor WeWork agreed to compensate Province for its services at for the following standard hourly rates:

| Professional Level | Per Hour (USD) |
| --- | --- |
| Managing Directors and Principals | $860-$1,350 |
| Vice Presidents, Directors, and Senior Directors | $580-$950 |
| Analysts, Associates, and Senior Associates | $300-$650 |
| Other / Para-Professional | $220-$300 |

14.   The hourly rates set forth in the Engagement Letter, as referenced above, are subject to periodic adjustments to reflect economic and other conditions.

15.   Effective as of January 1, 2024, Province is raising its market rates for its services of like kind to the following revised hourly rates, (for which the Application shall serve as notice thereof):

| **Professional Level** | **Per Hour (USD)** |
|---|---|
| Managing Directors and Principals | $870-$1,450 |
| Vice Presidents, Directors, and Senior Directors | $690-$950 |
| Analysts, Associates, and Senior Associates | $370-$700 |
| Other / Para-Professional | $270-$410 |

16.    Province intends to provide notice to the Special Committee and the Debtors before implementing any further increases in Province's rates for professionals working on these chapter 11 cases.

17.    In addition, Province will bill for all out-of-pocket expenses reasonably incurred by Province in connection with the matters contemplated by this Application.

18.    Province will maintain detailed records of fees and expenses incurred in connection with the rendering of the advisory services described above, in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of this Court.

19.    Province was engaged by the Special Committee effective as of October 12, 2023. The Debtors paid in the ordinary course certain prepetition fees and expense reimbursements due under the Engagement Letter. According to the Province's books and records, the Debtors paid Province a total of $401,254.72 for services rendered to Debtors prior to the Petition Date. Province retains no retainer or advanced funds of the Debtors as of the Petition Date, and no amounts are due to Province for prepetition services as of the Petition Date.

20.    The Debtors believe that the fee arrangement and other terms and conditions of the Engagement Letter, including the indemnification provisions, are reasonable terms and conditions of employment in light of (i) industry practice; (ii) market rates charged for comparable services in and out of the chapter 11 context; (iii) Province's substantial experience; and (iv) nature and

scope of the work performed by Province prior to the Petition Date and to be performed by Province in these chapter 11 cases.

21.     As set forth in the Moses Declaration, no promises have been received by Province or by any member or associate thereof as to compensation in connection with this case. Furthermore, Province has not shared or agreed to share any of its compensation from the Debtors with any other persons, other than employees of Province.

### Providence's Disinterestedness

22.     To the best of the Debtors' knowledge and based upon the Moses Declaration attached hereto, neither Province nor any of its employees have any connection with any party in interest, their attorneys, or accountants, other than as set forth in the Moses Declaration.

23.     To the best of the Debtors' knowledge, except as provided in the Moses Declaration, neither Province, nor any of its employees represent any interest adverse to that of the Debtors in the matters on which they are to be retained.

24.     While Province has undertaken, and continues to undertake, efforts to identify connections with the Debtors and other parties-in-interest, it is possible that connections with some parties-in-interest have not yet been identified.  Should Province, through its continuing efforts, learn of any new connections of the nature described above, Province will promptly file supplemental declarations, as required by Bankruptcy Rule 2014(a).

25.     Province represents many debtors, trustees, and committees in other bankruptcy cases, and the debtors, the members of those committees, or those estates may be creditors of the Debtors.  However, Province will not represent those debtors, committees, or their members with respect to any claims that they may collectively or individually have against the Debtors.

**Indemnification**

26.    As part of the overall compensation payable to Province under the terms of the Engagement Letter, the Engagement Letter provides for certain indemnification obligations to Province, its affiliates, and their respective shareholders, principals, managers, members, employees, agents, representatives and subcontractors, against, among other things, any and all losses, claims, damages, liabilities, penalties, obligations, and disbursements in investigating, preparing or defending any action or claim, or enforcing the Engagement Letter (including the indemnity provisions).

27.    The terms of the Engagement Letter, including the indemnification provisions, were fully negotiated between WeWork and Province at arm's length and were authorized by the Special Committee.    WeWork respectfully submits that the indemnification provisions, as modified by the Order, are customary, reasonable, and in the best interests of the Debtors, their estates, and creditors.    Accordingly, as part of this Application, WeWork requests that the Court approve the indemnification provisions.    Such terms of indemnification reflect the qualifications and limits on such terms that are customary for financial advisors such as Province in chapter 11 cases.

**Basis for Relief**

28.    WeWork on behalf and at the sole direction of the Special Committee, seeks approval for the retention of by the Special Committee pursuant to sections 327(a) and 328(a) of the Bankruptcy Code.

29.    Section 327(a) of the Bankruptcy Code provides that the debtor, subject to court approval:

> "may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons, that do not hold or

represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the [debtor] in carrying out the [debtor]'s duties under this title"

11 U.S.C. § 327(a).

30.     Under section 328(a) of the Bankruptcy Code, with Court's approval, a debtor in possession may employ professional persons under section 327 of the Bankruptcy Code "on any reasonable terms and conditions of employment, including on retainer, on an hourly basis, on a fixed or percentage basis, or on a contingent fee basis." 11 U.S.C. § 328(a).

31.     Bankruptcy Rule 2014(a) requires that an application for retention include:

> [S]pecific facts showing the necessity for the employment, the name of the [firm] to be employed, the reasons for the selection, the professional services to be rendered, any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the [firm's] connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

> Fed. R. Bankr. P. 2014(a).

32.     WeWork believes that the retention and employment of Province is warranted under the circumstances of these chapter 11 cases.  As demonstrated herein, Province's retention is in the best interest of the Debtors' estates and all parties in interest.  Further, WeWork believes that no party in interest will be prejudiced by the granting of the relief requested herein because Province has provided and will continue to provide valuable financial advisory services on behalf and at the sole direction of the Special Committee.

33.     WeWork submits that for all the reasons stated above and in the Moses Declaration, the retention and employment of Province as financial advisor to render independent services on behalf of and at the sole direction of the Special Committee is warranted.

**No Prior Request**

34.    No prior request for the relief sought in this Application has been made to this Court

or any other court.

**Notice**

35.    The Debtors will provide notice of this Application to the following parties or their

respective counsel:  (a) the U.S. Trustee for the District of New Jersey; (b) the Committee; (c) the

holders of the thirty largest unsecured claims against the Debtors (on a consolidated basis);

(d) Davis Polk & Wardwell LLP and Greenberg Traurig, LLP, as counsel to the Ad Hoc Group;

(e) Weil, Gotshal & Manges LLP and Wollmuth Maher & Deutsch LLP, as counsel to SoftBank;

(f) Cooley LLP, as counsel to Cupar Grimmond, LLC; (g) the agents under each of the Debtors'

prepetition secured credit facilities and counsel thereto; (h) the office of the attorney general for

each of the states in which the Debtors operate; (i) the United States Attorney's Office for the

District of New Jersey; (j) the Securities and Exchange Commission; (k) the Internal Revenue

Service; (l) the monitor in the CCAA proceeding and counsel thereto; and (m) any party that has

requested notice pursuant to Bankruptcy Rule 2002.   In light of the nature of the relief requested,

no other or further notice need be given.

*[Remainder of page intentionally left blank]*

**WHEREFORE**, the Debtors request that the Court enter an order, in substantially the forms submitted herewith, granting the relief requested herein and such other relief as is just and proper under the circumstances.

Dated: November 20, 2023                    Respectfully submitted,

                                             **WEWORK, INC., *et al.***

                                             By: */s/ Pamela Swidler*
                                                  Pamela Swidler
                                                  Chief Legal Officer
                                                  WeWork Inc., *et al.*

## **EXHIBIT A**

### **Proposed Order**

UNITED STATES BANKRUPTCY COURT
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
edward.sassower@kirkland.com
joshua.sussberg@kirkland.com
steven.serajeddini@kirkland.com
ciara.foster@kirkland.com


**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:      (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*,<br>          Debtors.[1] | Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork.  The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**ORDER AUTHORIZING THE EMPLOYMENT
AND RETENTION OF PROVINCE, LLC AS FINANCIAL
ADVISOR TO WEWORK INC., AS DEBTOR AND DEBTOR IN POSSESSION,
AT THE SOLE DIRECTION OF THE SPECIAL COMMITTEE OF THE
INDEPENDENT DIRECTORS EFFECTIVE AS OF THE PETITION DATE**

The relief set forth on the following pages, numbered three (3) through eight (8), is hereby

**ORDERED**.

(Page | 3)

Debtors:              WeWork Inc., *et al.*
Case No.              23-19865 (JKS)
Caption of Order:     Order (I) Authorizing the Retention and Employment of PJT Partners LP
                      as Investment Banker to the Debtors and Debtors in Possession Effective
                      as of the Petition Date, (II) Waiving Certain Timekeeping Requirements,
                      and (III) Granting Related Relief

Upon the *Debtor's Application for Entry of an Or*der *Authorizing the Employment and Retention of Province, LLC as Financial Advisor to WeWork Inc., as Debtor and Debtor in Possession, at the Sole Direction of the Special Committee of Independent Directors Effective as of the Petition Date* (the "Application")[2] of the Debtor WeWork, Inc. ("WeWork") as debtor and debtor in possession (collectively, the "Debtors"), for entry of an order (this "Order"): (a) authorizing, but not directing, WeWork to (i) retain and employ Province, LLC ("Province") as financial advisor to render independent servic**es** on behalf of and at the sole direction of the Special Committee of the Board of Directors of WeWork, comprised of Paul Aronzon, Paul Keglevic, Elizabeth LaPuma and Henry Miller (collectively the "Special Committee"), effective as of the Petition Date and in accordance with the terms and conditions set forth in that certain engagement letter dated October 12, 2023, which is attached hereto as **Exhibit B**; and (b) granting related relief, all as more fully set forth in the Application; and upon the Moses Declaration; and this Court having jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Application was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the

---

[2]    Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

(Page | 4)

| | |
|---|---|
| Debtors: | WeWork Inc., *et al.* |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Timekeeping Requirements, and (III) Granting Related Relief |

Application and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT**:

1.      The Application is **GRANTED** as set forth herein.

2.      Pursuant to sections 327(a), 330, and 1107 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1 and 2016-1, WeWork is authorized to employ and retain Province as financial advisor to render independent services at the sole direction of the Special Committee effective as of the Petition Date, pursuant to the terms of the Engagement Letter, the Application, and the Moses Declaration, as modified by this Order.

3.      The indemnification provisions in the Engagement Letter are approved, subject to the following modifications:

      a.      The Company agrees to indemnify and hold harmless each of Province, its affiliates and their respective shareholders, principals, managers, members, employees, agents, representatives and subcontractors (each, an "Indemnified Party" and collectively, the "Indemnified Parties") against any and all losses, claims, damages, liabilities, penalties, obligations, disbursements and expenses, including the cost (fees and disbursements) for counsel or others (including employees or consultants of Province, based on their then current hourly billing rates) in investigating, preparing or defending any action or claim, whether or not in connection with litigation in which any Indemnified Party is a party, or enforcing the Agreement (including these indemnity provisions), as and when incurred, caused by, relating to, based upon or arising out of (directly or indirectly) the Indemnified Parties' acceptance of or the performance or nonperformance of their obligations under the Agreement; provided, however, such indemnity shall not apply to any such loss, claim, damage, liability or

(Page | 5)
Debtors:                    WeWork Inc., *et al*.
Case No.                    23-19865 (JKS)
Caption of Order:           Order (I) Authorizing the Retention and Employment of PJT Partners LP
                            as Investment Banker to the Debtors and Debtors in Possession Effective
                            as of the Petition Date, (II) Waiving Certain Timekeeping Requirements,
                            and (III) Granting Related Relief

    expense to the extent it is found by a court of competent jurisdiction to have resulted primarily and directly from such Indemnified Party's gross negligence or willful misconduct.

b.    The Company also agrees that no Indemnified Party shall have any liability (whether direct or indirect, in contract or tort or otherwise) to the Company for or in connection with the engagement of Province, except to the extent that any such liability for losses, claims, damages, liabilities or expenses that are found by a court of competent jurisdiction to have resulted primarily and directly from such Indemnified Party's gross negligence or willful misconduct. The Company further agrees that it will not, without the prior consent of an Indemnified Party, settle or compromise or consent to the entry of any judgment in any pending or threatened claim, action, suit or proceeding in respect of which such Indemnified Party seeks indemnification hereunder (whether or not such Indemnified Party is an actual party to such claim, action, suit or proceeding) unless such settlement, compromise or consent includes an unconditional release of such Indemnified Party from all liabilities arising out of such claim, action, suit or proceeding.

c.    In the event that, at any time whether before or after termination of the Agreement, as a result of or in connection with the Agreement or Province's and its personnel's role under the Agreement, Province or any Indemnified Party is required to produce any of its personnel (including former employees or consultants) or is required to produce, review or organize any material within such Indemnified Party's possession or control pursuant to a subpoena or other legal process, the Company will reimburse the Indemnified Party for its reasonable and properly documented out-of-pocket expenses, including the reasonable fees and expenses of its counsel, and will compensate the Indemnified Party for the time expended by its personnel based on such personnel's then current hourly rate.

d.    The Indemnified Party will promptly provide notice to the Company of any pending action or proceeding that they become aware of, provided however, that any failure by such Indemnified Party to notify the Company will not relieve the Company from its obligations hereunder, except to the extent that such failure shall have actually prejudiced the defense of such action.

e.    The Company shall promptly pay expenses reasonably incurred by any Indemnified Party in defending, participating in, or settling any action, proceeding or investigation in which such Indemnified Party is a party or is

(Page | 6)

| | |
|---|---|
| Debtors: | WeWork Inc., *et al.* |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Timekeeping Requirements, and (III) Granting Related Relief |

threatened to be made a party or otherwise is participating in by reason of the engagement under the Agreement, as incurred upon submission of invoices thereof.

f.   The Company will be liable to any settlement of any claim against an Indemnified Party made with the Company's written consent, which consent shall not be unreasonably withheld.

g.   If a claim for indemnification is made but it is found in a final judgment by a court that such indemnification may not be enforced in such case, in no event will the Indemnified Parties' aggregate contribution for all losses, claims, damages, liabilities and expenses exceed the amount of fees actually received by the Indemnified Parties pursuant to the Agreement.

h.   In the event the Company and Province seek judicial approval for the assumption of the Agreement or authorization to enter into a new engagement agreement pursuant to either of which Province would continue to be engaged by the Company, the Company shall promptly pay expenses reasonably incurred by the Indemnified Parties, including attorneys' fees and expenses, in connection with any motion, action or claim made either in support of or in opposition to any such retention or authorization, whether in advance of or following any judicial disposition of such motion, action or claim, promptly upon submission of invoices therefore and regardless of whether such retention or authorization is approved by any court.   The Company will also promptly pay the Indemnified Parties for any expenses reasonably incurred by them, including their attorneys' fees and expenses, in seeking payment of all amounts owed to it under the Agreement (or any new engagement agreement) whether through submission of a fee Motion or in any other manner, without offset, recoupment or counterclaim.

i.   Neither termination of the Agreement nor termination of Province's engagement nor the filing of a petition or application under the Bankruptcy Code (nor the conversion of an existing case to a different form or proceeding, including a receivership) shall affect these indemnification provisions, which shall hereafter survive in full force and effect to the extent approved by the Bankruptcy Court.

j.   The rights provided herein shall be in addition to any other rights to which the Indemnified Parties may be entitled under the certificate of incorporation or by-laws of the Company, any policy of insurance, any other agreements, any applicable law or otherwise.

6

Document      Page 21 of 89

(Page | 7)

| Debtors: | WeWork Inc., *et al.* |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Timekeeping Requirements, and (III) Granting Related Relief |

4.      Province shall file interim and final fee applications for allowance of its compensation and reimbursement of its expenses in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court, including an arrangement for interim compensation.

5.      Notwithstanding anything to the contrary in the Application or the Moses Declaration, Province shall not seek reimbursement for any fees or costs, including attorney fees and costs, arising from the defense of Province's fee applications in these chapter 11 cases.  In the event Province seeks reimbursement for attorneys' fees and expenses, the invoices and supporting time records for the attorneys' fees and expenses shall be included in Province's fee and expense applications, and these invoices and time records shall be in compliance with the Local Rules and the approval of the Court pursuant to sections 330 and 331 of the Bankruptcy code, but without regard to whether such attorneys have been retained under section 327 of the Bankruptcy Code, and without regard to whether such attorneys' services satisfy section 330(a)(3)(C) of the Bankruptcy Code.

6.      Province's market rate increase, as indicated in the Application, is approved and shall be effective for all services rendered on or after January 1, 2024.

7.      Province shall provide ten (10) days' notice to the Special Committee and the Debtors before any additional increases in the rates set forth in the Application or any agreement entered into connection with the Debtors' retention of Province are implemented and shall file such notice with the Court, provided, however, that in the event that Province professionals

(Page | 8)

| | |
|---|---|
| Debtors: | WeWork Inc., *et al.* |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Timekeeping Requirements, and (III) Granting Related Relief |

responsible for this matter do not have sufficient advance notice of such rate increase, Province shall provide notice to the Debtors, the U.S. Trustee, and Debtors as soon as practicable after the information regarding rate increases becomes available to Province's professional responsible for this matter.

8.    Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

9.    Notice of the Application as provided therein shall be deemed good and sufficient notice of such Application and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

10.    To the extent the Application, the Moses Declaration, or the Engagement Letter is inconsistent with this Order, the terms of this Order shall govern.

11.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**<u>EXHIBIT B</u>**

**ENGAGEMENT LETTER**

# PROVINCE

October 12, 2023

**__PRIVILEGED & CONFIDENTIAL__**

**__VIA EMAIL ONLY__**

WeWork Inc.
Attention: Special Committee
12 East 49th Street
Floor 3
New York, New York 10017

Cc:
Thomas Walper, Esq.
Seth Goldman, Esq.
MUNGER TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071-3426
thomas.walper@mto.com
Seth.Goldman@mto.com

    *Re: Province Engagement Letter*

Ladies and Gentlemen:

This letter confirms and sets forth the terms and conditions of the engagement between Province, Inc. ("Province" or "we") and WeWork Inc. (the "Company" or "you") under the sole direction of the Special Committee of the Board of Directors of the Company, comprising Paul Aronzon, Paul Keglevic, Elizabeth LaPuma and Henry Miller (as the composition of the same may change from time to time, the "Special Committee").

We understand that we will be working at the direction of the Special Committee.  We also understand that Munger, Tolles & Olson LLP ("Counsel") is engaged by the Company at the sole direction of the Special Committee, and that we will also be working at the direction of Counsel, as directed by the Special Committee.   It is intended that Province's work on this engagement will be protected by attorney-client privilege and the work-product doctrine throughout our representation of the Company, under the sole direction of the Special Committee. The Special Committee shall control any attorney-client, work product, or other privilege belonging to the Company in connection with Province's engagement. Further, as a condition of our engagement, the Company agrees that it consents to such control by the Special Committee and waives (to the extent permitted by applicable law) any right it or its board of directors may have under the Company's articles of incorporation and/or bylaws or under applicable law to access, and shall not seek to access, the work or privileged material of Province related to the Conflict Matters, except as permitted by the Special Committee. Upon execution of this letter by each of the

# PROVINCE

parties below, this letter will constitute an agreement between the Company and the Special Committee, and Province (the "Agreement") and will be effective as of the date stated above or the date services are first performed, whichever first occurs.

Province will perform such financial advisory and forensic advisory services as requested by the Special Committee and Counsel, and agreed to by Province. In performing these services, the Company agrees to use best efforts to provide Province with the necessary access to the Special Committee and the Company in order to obtain all information that we believe is necessary or appropriate to fulfill our responsibilities during the term of this engagement.

Scope of Services and Client Duties: Province's engagement is limited to advising the Company at the sole direction of the Special Committee with respect to any matters that arise in connection with the Company's restructuring efforts in which a conflict exists between the Company, on the one hand, and its shareholders, affiliates, or directors and officers, on the other hand (the "Conflicts Matters").  Province's responsibilities will be to provide the Special Committee, at the direction of Counsel as directed by the Special Committee, with the financial advisory and forensic investigatory services as requested by the Special Committee from time to time, and Province shall report to the Special Committee and Counsel.  The Special Committee acknowledges that Province's engagement shall not constitute an audit, review or compilation, or any other type of financial statement reporting engagement that is subject to the rules of the AICPA, the SEC or other state, national or international professional or regulatory body.  For greater certainty, during the course of this engagement, Province shall be acting as a consultant to the Special Committee, and Province shall not be assuming any decision making or other management responsibilities in connection with the management of the Company.  In addition, Province shall not do anything or perform any act pursuant to which Province assumes any possession or control of the property, assets, undertakings, premises or operations of the Company for any purpose whatsoever.

Fees and Billing Practices; Retainer: This Agreement outlines the basis upon which Province will render the services outlined herein and confirms the parties' understanding with respect to the determination and payment of fees and the reimbursement of costs and expenses. Province will charge the Company for its services based on the following schedule of standard rates summarized below:

| Professional Level | Per Hour (USD) |
| --- | --- |
| Principal and Managing Directors | $860-$1,350 |
| Senior Directors, Directors and Vice Presidents | $580-$950 |
| Senior Associates, Associates and Analysts | $300-$650 |
| Paraprofessionals | $220-$300 |

Province shall indicate the billable time in increments of six minutes.  Province may periodically adjust its rates to reflect the advancing experience, capabilities, and seniority of certain of our professionals as well as general economic factors on an annual basis. Accordingly, the rates

# PROVINCE

listed above may be changed during the term of this Agreement. Province intends to provide ten (10) business days' notice to the Company implementing any increases in Province's rates for its professionals.

It is our understanding that all fees and expenses incurred by Province in this engagement will be paid by the Company. In no event shall Counsel be liable for any of our fees and expenses or any indemnification obligations to any Indemnified Parties (as defined below) in connection with this engagement.

Upon execution of the Agreement, the Company shall promptly pay Province in advance an retainer in the total amount of $250,000.00 ("Retainer"), before Province shall be obligated to provide any services to the Special Committee or Counsel as directed by the Special Committee. The Retainer funds will be held for the purpose of providing a retainer for professional services to be rendered and expenses to be charged by Province to the Company hereunder.  The Company will receive a summary billing statement from Province on a monthly or more frequent basis, as determined by Province, and the fees and expenses stated therein shall be due upon issuance.  Following Province's delivery of a billing statement or invoice, Province will deduct the billed amount for services rendered and expenses incurred from the Retainer, with any remaining amount due and payable by the Company. These
summary statements will not include time entry information and descriptions to preserve privilege and confidentiality. When we send a summary statement to the Company, we will also send a detailed statement to the Special Committee that will include daily time entries and descriptions.

Costs and Other Charges: In general, Province will incur various costs and expenses in the normal course of this Agreement. Costs and expenses commonly include, but are not limited to: reasonable lodging, postage, parking, legal fees, allocable technology and research charges, photocopying and other reproduction and binding costs, messenger and other delivery fees, express mail, information retrieval services, temporary clerical assistance and other similar items. All costs and expenses will be itemized and included in Province's invoice to the Company.

Conflicts: To Province's knowledge, neither Province nor any of its employees have any connection with any party in interest, their attorneys or accountants, other than as set forth in this Agreement. While Province has undertaken and continues to undertake efforts to identify connections with the Company and other parties-in-interest, it is possible that connections with some parties-in-interest have not yet been identified. Should Province, through its continuing efforts, learn of any new connections of the nature described above, Province will promptly inform Counsel.

Discharge, Withdrawal, Termination: Province has the right to terminate this Agreement with thirty (30) days written notice; provided that if the Company impairs Province's ability to effectively provide the services outlined in this Agreement or the Company is withholding information, Province may terminate this engagement immediately. Reasons for Province's

# PROVINCE

termination may also include, but are not limited to, your breach of this Agreement, refusal to cooperate with or to follow advice, or a representation of you that is unlawful or unethical. The Special Committee, on behalf of the Company, shall have the right to terminate this engagement at any time by written notice to Province.

<u>Disclaimer of Guarantee; Exculpation:</u> Nothing in this Agreement should be construed as a promise or guarantee about the outcome of any of Province's efforts. Our comments about the outcome or likely results of any effort are expressions of personal opinion only and are not representations or warranties.

<u>Indemnification:</u>

i.       The Company agrees to indemnify and hold harmless each of Province, its affiliates and their respective shareholders, principals, managers, members, employees, agents, representatives and subcontractors (each, an "<u>Indemnified Party</u>" and collectively, the "<u>Indemnified Parties</u>") against any and all losses, claims, damages, liabilities, penalties, obligations, disbursements and expenses, including the reasonable and documented cost (fees and disbursements) for counsel or others (including employees or consultants of Province, based on their then current hourly billing rates) in investigating, preparing or defending any action or claim, whether or not in connection with litigation in which any Indemnified Party is a party, or enforcing the Agreement (including these indemnity provisions), as and when incurred, caused by, relating to, based upon or arising out of (directly or indirectly) the Indemnified Parties' acceptance of or the performance or nonperformance of their obligations under the Agreement; provided, however, such indemnity shall not apply to any such loss, claim, damage, liability or expense to the extent it is found by a court of competent jurisdiction to have resulted primarily and directly from such Indemnified Party's gross negligence or willful misconduct.

ii.      The Company also agrees that no Indemnified Party shall have any liability (whether direct or indirect, in contract or tort or otherwise) to the Company for or in connection with the engagement of Province, except to the extent that any such liability for losses, claims, damages, liabilities or expenses that are found by a court of competent jurisdiction to have resulted primarily and directly from such Indemnified Party's gross negligence or willful misconduct. The Company further agrees that it will not, without the prior consent of an Indemnified Party, settle or compromise or consent to the entry of any judgment in any pending or threatened claim, action, suit or proceeding in respect of which such Indemnified Party seeks indemnification hereunder (whether or not such Indemnified Party is an actual party to such claim, action, suit or proceeding) unless such settlement, compromise or consent includes an unconditional release of such Indemnified Party from all liabilities arising out of such claim, action, suit or proceeding.

iii.     In the event that, at any time whether before or after termination of the Agreement, as a result of or in connection with the Agreement or Province's and its personnel's role under the Agreement, Province or any Indemnified Party is required to produce any of its personnel (including former employees or consultants) or is required to produce, review or organize any material within such Indemnified Party's possession or control pursuant to a subpoena or other

# PROVINCE

legal process, the Company will reimburse the Indemnified Party for its reasonable and properly documented out-of-pocket expenses, including the reasonable and documented fees and expenses of its counsel, and will compensate the Indemnified Party for the time expended by its personnel based on such personnel's then current hourly rate.

iv.    The Indemnified Party will promptly provide notice to the Company of any pending action or proceeding that they become aware of, provided however, that any failure by such Indemnified Party to notify the Company will not relieve the Company from its obligations hereunder, except to the extent that such failure shall have actually prejudiced the defense of such action.

v.    The Company shall promptly pay any documented expenses reasonably incurred by any Indemnified Party in defending, participating in, or settling any action, proceeding or investigation in which such Indemnified Party is a party or is threatened to be made a party or otherwise is participating in by reason of the engagement under the Agreement, as incurred upon submission of invoices thereof.

vi.    The Company will be liable to any settlement of any claim against an Indemnified Party made with the Company's written consent, which consent shall not be unreasonably withheld.

vii.    If a claim for indemnification is made but it is found in a final judgment by a court that such indemnification may not be enforced in such case, in no event will the Indemnified Parties' aggregate contribution for all losses, claims, damages, liabilities and expenses exceed the amount of fees actually received by the Indemnified Parties pursuant to the Agreement.

viii.    In the event the Company and Province seek judicial approval for the assumption of the Agreement or authorization to enter into a new engagement agreement pursuant to either of which Province would continue to be engaged by the Company, the Company shall promptly pay documented expenses reasonably incurred by the Indemnified Parties, including reasonable attorneys' fees and expenses, in connection with any motion, action or claim made either in support of or in opposition to any such retention or authorization, whether in advance of or following any judicial disposition of such motion, action or claim, promptly upon submission of invoices therefore and regardless of whether such retention or authorization is approved by any court.  The Company will also promptly pay the Indemnified Parties for any documented expenses reasonably incurred by them, including their reasonable attorneys' fees and expenses, in seeking payment of all amounts owed to it under the Agreement (or any new engagement agreement) whether through submission of a fee application or in any other manner, without offset, recoupment or counterclaim.

ix.    Neither termination of the Agreement nor termination of Province's engagement nor the filing of a petition or application under the Bankruptcy Code (nor the conversion of an existing case to a different form or proceeding, including a receivership) shall affect these

# PROVINCE

indemnification provisions, which shall hereafter survive in full force and effect to the extent approved by the Bankruptcy Court.

      x.     The rights provided herein shall be in addition to any other rights to which the Indemnified Parties may be entitled under the certificate of incorporation or by-laws of the Company, any policy of insurance, any other agreements, any applicable law or otherwise.

Bankruptcy Court Approvals: Province acknowledges that in the event a bankruptcy filing involving the Company, the Bankruptcy Court presiding thereover shall be required to approve Province's post-petition services to the Company, at the direction of the Special Committee, and Province's fees and expenses shall be subject to the jurisdiction, approval, and local and other applicable rules of said court, provided further, that Province shall be required to maintain time records in a detail and format as required by this Agreement, the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, orders of the Bankruptcy Court, and guidelines established by the United States Trustee.

Privilege: We understand that our work (a) will be conducted under Counsel 's direction (as Counsel is directed by the Special Committee) and (b) is covered by the attorney-client privilege and work product protection. We will keep confidential all non-public, confidential or proprietary information pertaining to the Company and its affiliates (the "Confidential Information") whether obtained from Counsel, the Special Committee, the Company, or other sources during the term of this engagement. Such Confidential Information will be held in confidence and will not be used for any other purpose except for purposes stated herein. This provision shall not prohibit Province from disclosure pursuant to a valid subpoena or court order, or applicable law, but Province and its affiliates shall not incite or assist in securing any such subpoena or court order. Province shall, to the extent permitted by applicable law, immediately give notice of any such subpoena or court order it receives by fax or email transmission to Counsel and the Special Committee. The Company shall pay Province for all costs and expenses associated with any subpoena or court order, including regarding disclosures of Confidential Information.

To the extent possible, written reports, memoranda or status summaries that we prepare under this Agreement will be maintained in accordance with our retention procedures and shall be prominently labeled "Privileged and Confidential - Privileges and Protections Controlled by Special Committee of WeWork Inc. Board of Directors " or such other legend as directed by Counsel; provided, however, that the failure to so label any work product shall not be deemed a waiver of any applicable privilege or of any right of confidentiality. Any reports, drafts, written evaluations and analyses or other findings, summaries or work papers that we prepare or generate and any communication (oral or written) involving Province in connection, in either event, with any services performed hereunder (collectively, the "Reports") shall be (A) addressed to Counsel, (B) construed as confidential attorney work product, (C) prepared, generated or communicated for the purpose of assisting Counsel in giving legal advice, and (D) protected by the attorney-client privilege and the attorney work product doctrine.

# PROVINCE

Without limiting any of the foregoing, and except as may be required by law, regulation or valid judicial or administrative process, Province will maintain in confidence the Reports and any other confidential business information provided to us, and we will not use, disclose or disseminate such Reports and any other confidential business information for any other purpose. The provisions of this paragraph shall survive the termination or expiration of this Agreement.

Entire Agreement: Unless otherwise agreed in writing between Province and the Company, all other matters referred to us for representation shall be governed by the terms of this letter, any Bankruptcy Court order, and any other attached schedules or amendments. This Agreement contains all terms of the agreement between us and may not be modified except in writing signed by both of us, and approved by the Bankruptcy Court to the extent required.

Modification: This Agreement shall not be varied, altered, modified, cancelled, changed or in any way amended except by mutual agreement of the Parties in a written instrument executed by the Parties or their legal representatives. Each of the persons executing this Agreement on behalf of a Party represent and warrant that they have the requisite corporate authority to do so.

Governing Law; Venue: To the extent not preempted by Federal law, the provisions of this Agreement shall be construed and enforced in accordance with the laws of the State of Delaware without further application of its choice of law principals. In any action between the Parties related to this Agreement or the services to be provided hereunder, the prevailing party thereto shall be entitled to an award of its reasonably expended attorneys' fees and costs, including any such fees and costs on appeal thereof. The Parties further agree that the exclusive venue for any dispute between the Parties shall be the courts of competent jurisdiction located in New Castle County, Delaware, and the Parties waive any argument that such forum is inappropriate or inconvenient.

Relationship of the Parties: The Parties intend that an independent contractor relationship will be created by this Agreement in order to provide the Services described above to the Company. Neither Province nor any of its personnel or subcontractors is to be considered an employee of Counsel or the Company, and the personnel and subcontractors of Province shall not entitled to any of the benefits that Counsel or the Company provides for their employees.

Notice: Any notices, requests, demands or other communications required by or provided for in this Agreement shall be sufficient if in writing and sent by registered or certified mail to Province, c/o General Counsel, 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074 or, in the case of the Company, to Counsel.

Severability And Blue Penciling: The invalidity or unenforceability of any provision of this Agreement or subpart thereof shall in no way affect the validity or enforceability of any other provisions or subparts hereof. If any provisions of this Agreement are found to be invalid or unenforceable, in lieu of such illegal, invalid or unenforceable paragraph, provision or part thereof, there shall be automatically added a provision as similar in terms to the illegal, invalid or

# PROVINCE

unenforceable paragraph, provision or part thereof, as may be possible, legal, valid, and enforceable.

If this letter accurately reflects our agreement, please sign and return it to us. If you have any questions concerning the provisions of this Agreement, we invite your inquiries. We look forward to working with you.

Very truly yours,


By: _____
      Peter Kravitz, Principal
      Province, LLC

Acknowledged  and agreed:

SPECIAL COMMITTEE OF WEWORK INC.

By: _____

Its: _____

Acknowledged and agreed to:

WEWORK INC.

By: _____

Its: _____

**<u>EXHIBIT C</u>**

**DECLARATION OF DANIEL MOSES**

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Steven Serajeddini, P.C. (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
edward.sassower@kirkland.com
joshua.sussberg@kirkland.com
steven.serajeddini@kirkland.com
ciara.foster@kirkland.com

*Proposed Co-Counsel for Debtors and
Debtors in Possession*

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**DECLARATION OF DANIEL MOSES
IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN
ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
PROVINCE, LLC AS FINANCIAL ADVISOR TO WEWORK INC.,
AS DEBTOR AND DEBTOR IN POSSESSION, AT THE SOLE
DIRECTION OF THE SPECIAL COMMITTEE OF INDEPENDENT
DIRECTORS EFFECTIVE AS OF THE PETITION DATE**

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork.  The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

I, Daniel Moses, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 and pursuant to Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1 of the Local Rules as follows:

1.      I am a principal with Province, LLC ("<u>Province</u>"), which is a financial advisory firm with its principal office located at 2360 Corporate Circle, Suite 340, Henderson, Nevada 89074.  Province also has offices in the Baltimore, Greenwich, Los Angeles, Miami and New York metro areas.  I am authorized to submit this Declaration in Support of the Debtor WeWork's Application for an Order Authorizing the Employment and Retention of Province as financial advisor to the Debtor WeWork, as debtor and debtor in possession, at the sole direction of the Special Committee of Independent Directors effective as of the Petition Date (the "Application").

2.      This Declaration is submitted pursuant to sections 327(a) of Title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and Rules 2014-1 and 2016-1 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of New Jersey (the "<u>Local Bankruptcy Rules</u>") in support of the Application.

3.      Province's corporate structure, including its parent entities, affiliates, and subsidiaries, is as follows:  Province, LLC is a Delaware limited liability company, and Province's sole subsidiary, which is wholly-owned, is Province Fiduciary Services, LLC, a Nevada limited liability company.  All of the membership interests in Province, LLC are held by Province Holdings, Inc., a Delaware corporation ("<u>Holdco</u>"), and Province Management, LLC, a Delaware limited liability company ("<u>Management Holdco</u>").  Neither Holdco, Management Holdco, nor any Province subsidiary (i) has any employees, (ii) has any connection to the Debtors or any person listed on the Entity List (defined below), (iii) has any physical or electronic access to Province's

2

physical or electronically stored information; (iv) will be involved in this engagement. Additionally, all Province conflicts checks and related disclosures include any connections of each of Province's subsidiary, Holdco, and Management Holdco.

4.      Neither I, Province, nor any employee thereof, insofar as I have been able to ascertain, has any connection with the Debtors, its creditors, or any other parties in interest herein, or their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee, except as set forth herein.

5.      In connection with its proposed retention by the Special Committee in this case and in preparing this Declaration, Province used a set of procedures developed to ensure full compliance with the requirements of the Bankruptcy Code and the Federal and Local Bankruptcy Rules regarding the retention of professionals (the "Retention Procedures"). Pursuant to the Retention Procedures, and under my direction and supervision, Province researched its client connections database, which includes all engagements that concluded within the past twenty-four (24) months, to determine whether it has relationships with any of the entities that were identified to Province as creditors or parties-in-interest in these chapter 11 cases (the "Entity List") a copy which is attached hereto as Schedule 1. To the extent such a search indicated that Province has a relationship with any of the entities on the Entity List, the identities of such entities and Province's relationship with such entities is disclosed in the attached Schedule 2.

     i.     Province sent an email questionnaire to each employee inquiring as to whether each employee or any member(s) of his or her household: owns any debt or equity securities of the Debtors or its non-debtor affiliates;

     ii.     holds a claim against or interest adverse to the Debtors or its non-debtor affiliates;

     iii.     is or was an officer, director, or employee of the Debtors or its non-debtor affiliates;

3

iv.     is related to or has any connections to any Bankruptcy Judge in the United States Bankruptcy Court for the District of New Jersey;

v.      is related to or has any connections to anyone working in the Office of the United States Trustee for the District of New Jersey;

vi.     was an officer, director or employee of the Debtors within two years prior to the Petition Date; or

vii.    has a connection with a party in interest listed on the Entity List.

6.      Province received the following responses to the above inquiry, none of which affect Province's disinterestedness or create an interest adverse to the Debtors:

i.      Province employee Walter Bowser, who is a Director with Province, has an adult son that works as a Manager for KPMG, LLP listed on Schedule 1 as a vendor of Debtors; however, Mr. Bowser's son does not work on Debtors' matters, Mr. Bowser is not presently assigned to perform any work on this matter, and Mr. Bowser's son is not a member of Mr. Bowser's household.

7.      Based on the result of that search and employee questionnaire, I have been able to ascertain after diligent inquiry that to the best of my knowledge, Province (i) does not represent any entity having an adverse interest in connection with these chapter 11 cases and (ii) does not represent or hold an interest adverse to the interest of the Debtors or its estate with respect to the matters on which Province is to be employed. Moreover, Province and its subsidiaries are disinterested within the meaning of section 101(14) of the Bankruptcy Code, in that neither I, Province, any Province subsidiary, nor any of their principals, employees (including those working on this engagement) or associates:

a.      are creditors, equity security holders or insiders of the Debtors;

b.      are or were within two years before the Petition Date, a director, officer or employee of the Debtors;

4

     c.   have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with or interest in the Debtors or for any other reason; or

     d.   hold any debt or equity securities of the Debtors.

8.     As a part of Province's financial advisory practice, Province's clientele includes: debtors, creditors and other statutory committees, institutional creditors, asset purchasers, venture capitalists, secured parties, lessors, contract parties, equity holders, directors and officers, court-appointed fiduciaries, plan sponsors, indenture trustees, and bond insurers. The Debtors have numerous creditors and other parties-in-interest.

9.     Except as otherwise set forth herein and in <u>Schedule 2</u>, insofar as I have been able to ascertain, the principals, associates and staff members of Province do not have any connection with the Debtors, the Debtors' officers and directors, the Debtors' creditors, the Debtors' equity security holders, and other known parties-in-interest or their respective professionals.

10.     To the best of my knowledge, information and belief formed after reasonable inquiry, neither I, nor any principal, associate or staff member of Province, insofar as I have been able to ascertain, is related to the bankruptcy judge assigned to the above-captioned chapter 11 cases.

11.     To the best of my knowledge, information and belief formed after reasonable inquiry, neither I, nor any principal, associate or staff member of Province, insofar as I have been able to ascertain, has a connection to the United States Trustee or any person employed in the office of the United States Trustee.

12.     Despite the substantial efforts described above to identify and disclose potential conflicts and connections with parties-in-interest in this case, neither I nor Province is able to conclusively identify all potential relationships or state with absolute certainty that every client representation or other connection of Province has been disclosed. To the extent Province

discovers any facts or additional information during the period of Province's retention that requires

disclosure, Province will supplement this Declaration to disclose such information.

13.      Province intends to apply for compensation for professional services rendered in

connection with these chapter 11 cases subject to approval of this Court as stated in the

Application, and in compliance with applicable provisions of the Bankruptcy Code, on an hourly

basis, plus reimbursement of actual, necessary expenses and other charges incurred by Province.

14.      Per the Engagement Letter (as defined in the Application), the Debtors will initially

compensate Province for its services to the Special Committee in exchange for the following

standard hourly rates:

| Professional Level | Per Hour (USD) |
|---|---|
| Managing Directors and Principals | $860-$1,350 |
| Vice Presidents, Directors, and Senior Directors | $580-$950 |
| Analysts, Associates, and Senior Associates | $300-$650 |
| Other / Para-Professional | $220-$300 |

15.      Per the Engagement Letter, the hourly rates set forth above are subject to periodic

adjustments to reflect economic and other conditions.

16.      Effective as of January 1, 2023, Province is raising its market rates for its services

of like kind to the following revised hourly rates, (for which the Application shall serve as notice

thereof):

| Professional Level | Per Hour (USD) |
|---|---|
| Managing Directors and Principals | $870-$1,450 |
| Vice Presidents, Directors, and Senior Directors | $690-$950 |
| Analysts, Associates, and Senior Associates | $370-$700 |
| Other / Para-Professional | $270-$410 |

17.     Province intends to provide notice to the Special Committee and the Debtors before implementing any further increases in Province's rates for professionals working on these chapter 11 cases.

18.     In addition to the fees described above, Province will bill for all out-of-pocket expenses reasonably incurred by Province in connection with the matters contemplated by this Application.

19.     Pursuant to the Engagement Letter, Province was engaged by the Debtor WeWork Inc. at the request and sole direction of the Special Committee on October 13, 2023. The Debtor WeWork paid in the ordinary course certain fees and expense reimbursements due under the Engagement Letter for prepetition services as of the Petition Date, with no amounts due from Debtors to Province for prepetition services as of the Petition Date.

20.     Specifically, as of the Petition Date, Province has received total payments in the amount of $401,254.72 for prepetition services rendered for the benefit of the Special Committee, with a remaining balance due as of the Petition Date in the amount of $23,107.40 having been written off by Province as of the Petition Date.

21.     Accordingly, as of the Petition Date, the Debtors do not owe Province any amount for fees or expenses incurred prior to the Petition Date.

22.     Province will apply to the Court for the interim and final allowance and compensation and reimbursement of expenses as a professional person pursuant to, and subject to the standard of review of, section 327 and 330 of the Bankruptcy Code, the Bankruptcy Rules, and applicable Local Rules and orders.

23.     I believe that the fee arrangement and other terms and conditions of the Engagement Letter, including the indemnification provisions, are reasonable terms and conditions of employment in light of (i) industry practice; (ii) market rates charged for comparable services in and out of the Chapter 11 context; (iii) Province's substantial experience; and (iv) nature and scope of the work performed by Province prior to the Petition Date and to be performed by Province in these chapter 11 cases.

24.     As set forth in the Moses Declaration, no promises have been received by Province or by any member or associate thereof as to compensation in connection with this case. Furthermore, Province has not shared or agreed to share any of its compensation from the Debtors with any other persons, other than employees of Province.

25.     As set forth in the Moses Declaration, no promises have been received by Province or by any member or associate thereof as to compensation in connection with this case. Furthermore, Province has not shared or agreed to share any of its compensation from the Debtors with any other persons, other than employees of Province.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:    November 20, 2023

By:  */s/ Daniel Moses*_____
Daniel Moses, Principal

## Schedule 1
## Conflicts Search List

**Debtors**

1 BEACON STREET TENANT LLC
1 BELVEDERE DRIVE TENANT LLC
1 GLENWOOD AVE TENANT LLC
1 LINCOLN STREET TENANT LLC
1 MILK STREET TENANT LLC
1 POST STREET TENANT LLC
1 SOUTH DEARBORN STREET TENANT LLC
1 UNION SQUARE WEST HQ LLC
10 EAST 38TH STREET TENANT LLC
10 EAST 40TH STREET HQ LLC
100 BAYVIEW CIRCLE TENANT LLC
100 BROADWAY TENANT LLC
100 S STATE STREET TENANT LLC
100 SUMMER STREET TENANT LLC
10000 WASHINGTON BOULEVARD TENANT LLC
1001 WOODWARD AVE TENANT LLC
1003 EAST 4TH PLACE TENANT LLC
101 EAST WASHINGTON STREET TENANT LLC
101 MARIETTA STREET NORTHWEST TENANT LLC
101 NORTH 1ST AVENUE TENANT LLC
10250 CONSTELLATION TENANT LLC
1031 SOUTH BROADWAY TENANT LLC
10585 SANTA MONICA BOULEVARD TENANT LLC
10845 GRIFFITH PEAK DRIVE TENANT LLC
10885 NE 4TH STREET TENANT LLC
109 S 5TH STREET TENANT LLC
1090 WEST PENDER STREET TENANT LP
10900 STONELAKE BOULEVARD TENANT LLC
1099 STEWART STREET TENANT LLC
11 PARK PL TENANT LLC
110 110TH AVENUE NORTHEAST TENANT LLC
110 CORCORAN STREET TENANT LLC
110 WALL MANAGER LLC
1100 15TH STREET NW TENANT LLC
1100 LUDLOW STREET TENANT LLC
1100 MAIN STREET TENANT LLC
1111 BROADWAY TENANT LLC
1111 WEST 6TH STREET TENANT LLC
1114 W FULTON MARKET Q LLC
1115 BROADWAY Q LLC
1115 HOWELL MILL ROAD TENANT LLC
1115 W FULTON MARKET Q LLC
115 BROADWAY TENANT LLC
115 EAST 23RD STREET TENANT LLC
1150 SOUTH OLIVE STREET TENANT LLC
1155 PERIMETER CENTER WEST TENANT LLC
1155 WEST FULTON STREET TENANT LLC
1156 6TH AVENUE TENANT LLC
117 NE 1ST AVE TENANT LLC
1175 PEACHTREE TENANT LLC
11801 DOMAIN BLVD TENANT LLC
12 EAST 49TH STREET TENANT LLC
12 SOUTH 1ST STREET TENANT LLC
120 WEST TRINITY PLACE TENANT LLC
1200 17TH STREET TENANT LLC
1200 FRANKLIN AVENUE TENANT LLC
1201 3RD AVENUE TENANT LLC

1201 WILLS STREET TENANT LLC
1201 WILSON BLVD TENANT LLC
12130 MILLENNIUM DRIVE TENANT LLC
1240 ROSECRANS TENANT LLC
125 S CLARK STREET TENANT LLC
125 WEST 25TH STREET TENANT LLC
12655 JEFFERSON BLVD TENANT LLC
128 SOUTH TRYON STREET TENANT LLC
130 5TH AVENUE TENANT LLC
130 MADISON AVENUE TENANT LLC
130 W 42ND STREET TENANT LLC
1305 2ND STREET Q LLC
1330 LAGOON AVENUE TENANT LLC
1333 NEW HAMPSHIRE AVENUE NORTHWEST
TENANT LLC
135 E 57TH STREET TENANT LLC
135 MADISON AVE TENANT LLC
1372 PEACHTREE STREET NE TENANT LLC
1389 PEACHTREE STREET NORTHWEST TENANT
LLC
1400 LAVACA STREET TENANT LLC
1410 BROADWAY TENANT LLC
1411 4TH AVENUE TENANT LLC
142 W 57TH STREET TENANT LLC
1430 WALNUT STREET TENANT LLC
1440 BROADWAY TENANT LLC
1448 NW MARKET STREET TENANT LLC
1449 WOODWARD AVENUE TENANT LLC
145 W 45TH STREET TENANT LLC
1450 BROADWAY TENANT LLC
1453 3RD STREET PROMENADE Q LLC
1455 MARKET STREET TENANT LLC
1460 BROADWAY TENANT LLC
148 LAFAYETTE STREET TENANT LLC
149 5TH AVENUE TENANT LLC
149 MADISON AVENUE TENANT LLC
15 WEST 27TH STREET TENANT LLC
150 4TH AVE N TENANT LLC
152 3RD STREET TENANT LLC
1525 11TH AVE TENANT LLC
1535 BROADWAY TENANT LLC
154 W 14TH STREET TENANT LLC
1547 9TH STREET HQ LLC
1557 WEST INNOVATION WAY TENANT LLC
1560 BROADWAY TENANT LLC
16 EAST 34TH STREET TENANT LLC
160 VARICK STREET TENANT LLC
160 W SANTA CLARA ST TENANT LLC
1600 7TH AVENUE TENANT LLC
1601 ELM STREET TENANT LLC
1601 MARKET STREET TENANT LLC
1601 VINE STREET TENANT LLC
161 AVENUE OF THE AMERICAS TENANT LLC
1615 PLATTE STREET TENANT LLC
1619 BROADWAY TENANT LLC
166 GEARY STREET HQ LLC
1660 LINCOLN STREET TENANT LLC
167 N GREEN STREET TENANT LLC

2

1700 LINCOLN STREET TENANT LLC
1701 RHODE ISLAND AVENUE NORTHWEST TENANT LLC
1725 HUGHES LANDING BOULEVARD TENANT LLC
1730 MINOR AVENUE TENANT LLC
17300 LAGUNA CANYON ROAD TENANT LLC
177 E COLORADO BLVD TENANT LLC
1775 TYSONS BOULEVARD TENANT LLC
18 WEST 18TH STREET TENANT LLC
180 GEARY STREET HQ LLC
180 SANSOME STREET TENANT LLC
1814 FRANKLIN ST Q LLC
1191 VON KARMAN AVENUE TENANT LLC
1825 SOUTH GRANT STREET TENANT LLC
1828 WALNUT ST TENANT LLC
183 MADISON AVENUE Q LLC
1840 GATEWAY DR TENANT LLC
185 MADISON AVENUE TENANT LLC
18691 JAMBOREE ROAD TENANT LLC
1875 K STREET NW TENANT LLC
1881 BROADWAY HQ LLC
1900 MARKET STREET TENANT LLC
1900 POWELL STREET TENANT LLC
1910 NORTH OLA AVENUE TENANT LLC
1920 MCKINNEY AVE TENANT LLC
195 MONTAGUE STREET TENANT LLC
199 WATER STREET TENANT LLC
2 BELVEDERE DRIVE TENANT LLC
2 EMBARCADERO CENTER TENANT LLC
2 NORTH LASALLE STREET TENANT LLC
20 W KINZIE TENANT LLC
200 BERKELEY STREET TENANT LLC
200 MASSACHUSETTS AVE NW TENANT LLC
200 PORTLAND TENANT LLC
200 SOUTH BISCAYNE BLVD TENANT LLC
200 SOUTH ORANGE AVENUE TENANT LLC
200 SPECTRUM CENTER DRIVE TENANT LLC
201 SPEAR ST TENANT LLC
2031 3RD AVE TENANT LLC
205 HUDSON STREET TENANT LLC
205 NORTH DETROIT STREET TENANT LLC
21 PENN PLAZA TENANT LLC
210 N GREEN PARTNERS LLC
210 N GREEN PROMOTER LLC
2120 BERKELEY WAY TENANT LLC
21255 BURBANK BOULEVARD TENANT LLC
214 WEST 29TH STREET TENANT LLC
22 CORTLANDT STREET HQ LLC
2201 BROADWAY TENANT LLC
221 6TH STREET TENANT LLC
2211 MICHELSON DRIVE TENANT LLC
222 KEARNY STREET TENANT LLC
222 NORTH SEPULVEDA TENANT LLC
222 S RIVERSIDE PLAZA TENANT LLC
2221 PARK PLACE TENANT LLC
2222 PONCE DE LEON BLVD TENANT LLC
225 SOUTH 6TH ST TENANT LLC
225 W 39TH STREET TENANT LLC
229 WEST 36TH STREET TENANT LLC
231 11TH AVE TENANT LLC
2323 DELGANY STREET TENANT LLC
24 FARNSWORTH STREET Q LLC

2-4 HERALD SQUARE TENANT LLC
2401 ELLIOTT AVENUE TENANT LLC
2420 17TH STREET TENANT LLC
2425 EAST CAMELBACK ROAD TENANT LLC
245 LIVINGSTON ST Q LLC
25 WEST 45TH STREET HQ LLC
250 E 200 S TENANT LLC
250 PARK AVENUE TENANT LLC
255 GIRALDA AVENUE TENANT LLC
255 GREENWICH STREET TENANT LLC
255 S KING ST TENANT LLC
2600 EXECUTIVE PARKWAY TENANT LLC
2700 POST OAK BLVD. TENANT LLC
27-01 QUEENS PLAZA NORTH TENANT LLC
2755 CANYON BLVD WW TENANT LLC
28 2ND STREET TENANT LLC
28 WEST 44TH STREET HQ LLC
29 WEST 30TH STREET TENANT LLC
30 HUDSON STREET TENANT LLC
30 WALL STREET TENANT LLC
300 MORRIS STREET TENANT LLC
300 PARK AVENUE TENANT LLC
3000 OLYM BOULEVARD TENANT LLC
3000 S ROBERTSON BLVD Q LLC
3001 BISHOP DRIVE TENANT LLC
3003 WOODBRIDGE AVE TENANT LLC
3090 OLIVE STREET TENANT LLC
31 ST JAMES AVE TENANT LLC
3101 PARK BOULEVARD TENANT LLC
311 W 43RD STREET TENANT LLC
3120 139TH AVENUE SOUTHEAST TENANT LLC
315 EAST HOUSTON TENANT LLC
315 W 36TH STREET TENANT LLC
316 WEST 12TH STREET TENANT LLC
3200 PARK CENTER DRIVE TENANT LLC
3219 KNOX STREET TENANT LLC
3280 PEACHTREE ROAD NE TENANT LLC
33 ARCH STREET TENANT LLC
33 EAST 33RD STREET TENANT LLC
33 IRVING TENANT LLC
330 NORTH WABASH TENANT LLC
3300 N. INTERSTATE 35 TENANT LLC
332 S MICHIGAN TENANT LLC
333 WEST SAN CARLOS TENANT LLC
3365 PIEDMONT ROAD TENANT LLC
340 BRYANT STREET HQ LLC
345 4TH STREET TENANT LLC
345 WEST 100 SOUTH TENANT LLC
35 EAST 21ST STREET HQ LLC
353 SACRAMENTO STREET TENANT LLC
35-37 36TH STREET TENANT LLC
360 NW 27TH STREET TENANT LLC
3600 BRIGHTON BOULEVARD TENANT LLC
38 WEST 21ST STREET TENANT LLC
385 5TH AVENUE Q LLC
3900 W ALAMEDA AVE TENANT LLC
391 SAN ANTONIO ROAD TENANT LLC
40 WATER STREET TENANT LLC
400 CALIFORNIA STREET TENANT LLC
400 CAPITOL MALL TENANT LLC
400 CONCAR DRIVE TENANT LLC
400 LINCOLN SQUARE TENANT LLC

400 SPECTRUM CENTER DRIVE TENANT LLC
4005 MIRANDA AVE TENANT LLC
401 SAN ANTONIO ROAD TENANT LLC
404 FIFTH AVENUE TENANT LLC
4041 MACARTHUR BOULEVARD TENANT LLC
405 MATEO STREET TENANT LLC
408 BROADWAY TENANT LLC
410 NORTH SCOTTSDALE ROAD TENANT LLC
414 WEST 14TH STREET HQ LLC
415 MISSION STREET TENANT LLC
419 PARK AVENUE SOUTH TENANT LLC
420 5TH AVENUE Q LLC
420 COMMERCE STREET TENANT LLC
424-438 FIFTH AVENUE TENANT LLC
428 BROADWAY TENANT LLC
429 LENOX AVE TENANT LLC
430 PARK AVENUE TENANT LLC
4311 11TH AVENUE NORTHEAST TENANT LLC
433 HAMILTON AVENUE TENANT LLC
437 5TH AVENUE Q LLC
437 MADISON AVENUE TENANT LLC
44 EAST 30TH STREET HQ LLC
44 MONTGOMERY STREET TENANT LLC
44 WALL STREET HQ LLC
448 NORTH LASALLE STREET TENANT LLC
45 WEST 18TH STREET TENANT LLC
450 LEXINGTON TENANT LLC
460 PARK AVE SOUTH TENANT LLC
460 WEST 50 NORTH TENANT LLC
4635 LOUGHEED HIGHWAY TENANT LP
475 SANSOME ST TENANT LLC
483 BROADWAY TENANT LLC
49 WEST 27TH STREET HQ LLC
490 BROADWAY TENANT LLC
50 W 28TH STREET TENANT LLC
500 11TH AVE NORTH TENANT LLC
500 7TH AVENUE TENANT LLC
501 BOYLSTON STREET TENANT LLC
501 EAST KENNEDY BOULEVARD TENANT LLC
501 EAST LAS OLAS BLVD TENANT LLC
501 EASTLAKE TENANT LLC
5049 EDWARDS RANCH TENANT LLC
505 MAIN STREET TENANT LLC
505 PARK AVENUE Q LLC
50-60 FRANCISCO STREET TENANT LLC
511 W 25TH STREET TENANT LLC
515 FOLSOM STREET TENANT LLC
515 N STATE STREET TENANT LLC
5161 LANKERSHIM BOULEVARD TENANT LLC
5215 NORTH O'CONNOR BOULEVARD TENANT LLC
524 BROADWAY TENANT LLC
525 BROADWAY TENANT LLC
53 BEACH STREET TENANT LLC
540 BROADWAY Q LLC
545 BOYLSTON STREET Q LLC
546 5TH AVENUE TENANT LLC
550 7TH AVENUE HQ LLC
550 KEARNY STREET HQ LLC
57 E 11TH STREET TENANT LLC
575 5TH AVENUE TENANT LLC
575 LEXINGTON AVENUE TENANT LLC
5750 WILSHIRE BOULEVARD TENANT LLC

5960 BERKSHIRE LANE TENANT LLC
599 BROADWAY TENANT LLC
6 EAST 32ND STREET WW Q LLC
600 B STREET TENANT LLC
600 CALIFORNIA STREET TENANT LLC
600 H APOLLO TENANT LLC
6001 CASS AVENUE TENANT LLC
601 SOUTH FIGUEROA STREET TENANT LLC
606 BROADWAY TENANT LLC
609 5TH AVENUE TENANT LLC
609 GREENWICH STREET TENANT LLC
609 MAIN STREET TENANT LLC
611 NORTH BRAND BOULEVARD TENANT LLC
615 S. TENANT LLC
625 MASSACHUSETTS TENANT LLC
625 WEST ADAMS STREET TENANT LLC
63 MADISON AVENUE TENANT LLC
65 EAST STATE STREET TENANT LLC
650 CALIFORNIA STREET TENANT LLC
6543 SOUTH LAS VEGAS BOULEVARD TENANT
LLC
655 15TH STREET NW TENANT LLC
655 MONTGOMERY ST TENANT LLC
655 NEW YORK AVENUE NORTHWEST TENANT
LLC
660 J STREET TENANT LLC
660 NORTH CAPITOL ST NW TENANT LLC
6655 TOWN SQUARE TENANT LLC
67 IRVING PLACE TENANT LLC
6900 NORTH DALLAS PARKWAY TENANT LLC
695 TOWN CENTER DRIVE TENANT LLC
7 WEST 18TH STREET TENANT LLC
700 2 STREET SOUTHWEST TENANT LP
700 K STREET NW TENANT LLC
700 NORTH MIAMI TENANT LLC
700 SW 5TH TENANT LLC
708 MAIN ST TENANT LLC
71 5TH AVENUE TENANT LLC
71 STEVENSON STREET Q LLC
711 ATLANTIC AVE TENANT LLC
725 PONCE DE LEON AVE NE TENANT LLC
7272 WISCONSIN AVENUE TENANT LLC
729 WASHINGTON AVE TENANT LLC
7300 DALLAS PARKWAY TENANT LLC
731 SANSOME STREET TENANT LLC
75 ARLINGTON STREET TENANT LLC
75 E SANTA CLARA STREET TENANT LLC
75 ROCK PLZ TENANT LLC
750 LEXINGTON AVENUE TENANT LLC
750 WHITE PLAINS ROAD TENANT LLC
755 SANSOME STREET TENANT LLC
756 W PEACHTREE TENANT LLC
77 SANDS TENANT LLC
77 SANDS WW CORPORATE TENANT LLC
77 SLEEPER STREET TENANT LLC
7761 GREENHOUSE RD TENANT LLC
777 6TH STREET NW TENANT LLC
78 SW 7TH STREET TENANT LLC
8 W 40TH STREET TENANT LLC
80 M STREET SE TENANT LLC
800 BELLEVUE WAY TENANT LLC
800 MARKET STREET TENANT LLC

800 NORTH HIGH STREET TENANT LLC
801 B. SPRINGS ROAD TENANT LLC
808 WILSHIRE BOULEVARD TENANT LLC
820 18TH AVE SOUTH TENANT LLC
821 17TH STREET TENANT LLC
83 MAIDEN LANE Q LLC
830 BRICKELL PLAZA TENANT LLC
830 NE HOLLADAY STREET TENANT LLC
8305 SUNSET BOULEVARD HQ LLC
8687 MELROSE AVENUE TENANT LLC
8687 MELROSE GREEN TENANT LLC
88 U PLACE TENANT LLC
880 3RD AVE TENANT LLC
881 PEACHTREE STREET NORTHEAST TENANT
LLC
8910 UNIVERSITY CENTER LANE TENANT LLC
90 SOUTH 400 WEST TENANT LLC
901 NORTH GLEBE ROAD TENANT LLC
901 WOODLAND ST TENANT LLC
902 BROADWAY TENANT LLC
920 5TH AVE TENANT LLC
920 SW 6TH AVENUE TENANT LLC
9200 TIMPANOGOS HIGHWAY TENANT LLC
925 4TH AVENUE TENANT LLC
925 N LA BREA AVE TENANT LLC
9670416 CANADA INC.
9777 WILSHIRE BOULEVARD Q LLC
980 6TH AVENUE TENANT LLC
9830 WILSHIRE BOULEVARD TENANT LLC
99 CHAUNCY STREET Q LLC
99 HIGH STREET TENANT LLC
BIRD INVESTCO LLC
CD LOCATIONS, LLC
CITIES BY WE LLC
CLUBHOUSE TS LLC
COMMON COFFEE, LLC
COMMON DESK DAYMAKER LLC
COMMON DESK DE, LLC
COMMON DESK HOLDINGS LLC
COMMON DESK OC , LLC
COMMON DESK OPERATIONS LLC
COMMON DESK WEST 7TH, LLC
CREATOR FUND MANAGING MEMBER LLC
EUCLID LLC
EUCLID WW HOLDINGS INC.
FIELDLENS LLC
FIVE HUNDRED FIFTH AVENUE HQ LLC
INSURANCE SERVICES BY WEWORK LLC
LEGACY TENANT LLC
MAILROOM BAR AT 110 WALL LLC
MISSIONU PBC
ONE GOTHAM CENTER TENANT LLC
ONE METROPOLITAN SQUARE TENANT LLC
PARKMERCED PARTNER LLC
PLAY BY WEWORK LLC
POWERED BY WE LLC
PROJECT CAESAR LLC
PROJECT STANDBY I LLC
PROLIFIC INTERACTIVE LLC
PXWE FACILITY & ASSET MANAGEMENT
SERVICES LLC
SOUTH TRYON STREET TENANT LLC

SPACIOUS TECHNOLOGIES, LLC
THE HUB TENANT LLC
THE WE COMPANY MC LLC
THE WE COMPANY MANAGEMENT HOLDINGS L.P.
THE WE COMPANY MANAGEMENT LLC
THE WE COMPANY PI L.P.
THE WE COMPANY WORLDWIDE LIMITED
WALTZ MERGER SUB LLC
WE RISE SHELL LLC
WE WORK 154 GRAND LLC
WE WORK 349 5TH AVE LLC
WE WORK MANAGEMENT LLC
WE WORK RETAIL LLC
WEINSURE HOLDCO LLC
WELKIO LLC
WEWORK 156 2ND LLC
WEWORK 175 VARICK LLC
WEWORK 25 TAYLOR LLC
WEWORK 261 MADISON LLC
WEWORK 54 WEST 40TH LLC
WEWORK ASSET MANAGEMENT LLC
WEWORK BRYANT PARK LLC
WEWORK CANADA GP B.V.
WEWORK CANADA GP ULC
WEWORK CANADA LP B.V.
WEWORK CANADA LP ULC
WEWORK CAPITAL ADVISORS LLC
WEWORK COMMONS LLC
WEWORK COMPANIES (INTERNATIONAL) B.V.
WEWORK COMPANIES LLC
WEWORK COMPANIES U.S. LLC
WEWORK COMPANIES PARTNER LLC
WEWORK CONSTRUCTION LLC
WEWORK HOLDINGS LLC
WEWORK INC.
WEWORK INTERCO LLC
WEWORK LA LLC
WEWORK LABS ENTITY LLC
WEWORK LITTLE WEST 12TH LLC
WEWORK MAGAZINE LLC
WEWORK REAL ESTATE LLC
WEWORK SERVICES LLC
WEWORK SPACE SERVICES INC.
WEWORK SPACE SERVICES LLC
WEWORK WELLNESS LLC
WEWORK WORKPLACE LLC
WILDGOOSE I LLC
WW 1010 HANCOCK LLC
WW 107 SPRING STREET LLC
WW 11 JOHN LLC
WW 110 WALL LLC
WW 111 WEST ILLINOIS LLC
WW 115 W 18TH STREET LLC
WW 1161 MISSION LLC
WW 120 E 23RD STREET LLC
WW 1328 FLORIDA AVENUE LLC
WW 1550 WEWATTA STREET LLC
WW 1601 FIFTH AVENUE LLC
WW 1875 CONNECTICUT LLC
WW 2015 SHATTUCK LLC
WW 205 E 42ND STREET LLC
WW 210 N GREEN LLC

WW 220 NW EIGHTH AVENUE LLC
WW 222 BROADWAY LLC
WW 2221 SOUTH CLARK LLC
WW 240 BEDFORD LLC
WW 25 BROADWAY LLC
WW 26 JS MEMBER LLC
WW 312 ARIZONA LLC
WW 350 LINCOLN LLC
WW 379 W BROADWAY LLC
WW 401 PARK AVENUE SOUTH LLC
WW 5 W 125TH STREET LLC
WW 500 YALE LLC
WW 51 MELCHER LLC
WW 520 BROADWAY LLC
WW 535 MISSION LLC
WW 555 WEST 5TH STREET LLC
WW 5782 JEFFERSON LLC
WW 600 CONGRESS LLC
WW 641 S STREET LLC
WW 718 7TH STREET LLC
WW 745 ATLANTIC LLC
WW 79 MADISON LLC
WW 81 PROSPECT LLC
WW 811 WEST 7TH STREET LLC
WW 85 BROAD LLC
WW 995 MARKET LLC
WW BROOKLYN NAVY YARD LLC
WW BUILDCO LLC
WW CO-OBLIGOR INC.
WW ENLIGHTENED HOSPITALITY INVESTOR LLC
WW HOLDCO LLC
WW JOURNAL SQUARE HOLDINGS LLC
WW JOURNAL SQUARE MEMBER LLC
WW ONSITE SERVICES AAG LLC
WW ONSITE SERVICES EXP LLC
WW ONSITE SERVICES LLC
WW ONSITE SERVICES SFI LLC
WW ONSITE SERVICES SUM LLC
WW PROJECT SWIFT DEVELOPMENT LLC
WW PROJECT SWIFT MEMBER LLC
WW VENDORCO LLC
WW WORLDWIDE C.V.
WWCO ARCHITECTURE HOLDINGS LLC

**Equity Holders**

CUPAR GRIMMOND, LLC
SB WW HOLDINGS (CAYMAN) LIMITED
SOFTBANK
SVF ENDURANCE (CAYMAN) LIMITED
SVF II WW HOLDINGS (CAYMAN) LIMITED

**Director / Officer**

ALEX CLAVEL
ANTHONY YAZBECK
DAVID TOLLEY
ELIZABETH LAPUMA
HENRY S. MILLER
KURT WEHNER
PAM SWIDLER
PAUL ARONZON

PAUL KEGLEVIC
PETER GREENSPAN
SUSAN CATALANO
VIKAS PAREKH

**Former Director / Officer**

ADAM NEUMANN

**Non-Debtor Affiliates**

1 AMERICA SQUARE Q TENANT LIMITED
1 ARIEL WAY TENANT LIMITED
1 GEORGE'S QUAY TENANT LIMITED
1 LLOYD'S AVENUE TENANT LIMITED
1 LOCATELLIKADE Q B.V.
1 MARK SQUARE TENANT LIMITED
1 POULTRY TENANT LIMITED
1 ST KATHARINE'S WAY TENANT LIMITED
1 ST PETER'S SQUARE TENANT LIMITED
1 SUSSEX STREET PTY LTD
1 WATERHOUSE SQUARE TENANT LIMITED
10 EAST ROAD TENANT LIMITED
10 FENCHURCH AVENUE TENANT LIMITED
10 HAZEREM STREET TENANT LTD
100 HARRIS TENANT PTY LTD
101 KARL-MARX-STRAβE TENANT GMBH
10-12 RUSSELL SQUARE Q LIMITED
11 NEUE BAHNHOFSTRAβE Q GMBH
11 SPITTELMARKT TENANT GMBH
114 EAST 4TH AVENUE TENANT LP
119 MARYLEBONE ROAD TENANT LIMITED
12 HAMMERSMITH GROVE TENANT LIMITED
12 MOORGATE TENANT LIMITED
120 MOORGATE TENANT LIMITED
120 OLD BROAD ST Q LIMITED
120 SPENCER STREET PTY LTD
123 BUCKINGHAM PALACE ROAD TENANT
LIMITED
123 EAGLE STREET TENANT PTY LTD
123 SCHÖNHAUSER ALLEE TENANT GMBH
125 KINGSWAY TENANT LIMITED
125 SHAFTESBURY TENANT LIMITED
130 WOOD STREET TENANT LIMITED
131 FINSBURY PAVEMENT TENANT LIMITED
133 HOUNDSDITCH TENANT LIMITED
14-16 GREAT CHAPEL TENANT LIMITED
142 OLD STREET Q TENANT LIMITED
142 WARDOUR STREET TENANT LIMITED
144 MENACHEM BEGIN TENANT LTD.
146 DERECH MENACHEM BEGIN TENANT LTD.
15 BISHOPSGATE TENANT LIMITED
15 HERZOGSTRAβE TENANT GMBH
150 9 AVENUE SOUTHWEST TENANT LP
152 SAINT GEORGES TERRACE PTY LTD
155 TOWNSEND ST Q TENANT LIMITED
16 EFAL TENANT LTD.
16 HELKIKEY HA'OR TENANT LTD
160 SHELBOURNE ROAD Q LIMITED
161 CASTLEREAGH STREET PTY LTD
165 FLEET STREET TENANT LIMITED
17 ST HELEN'S PLACE TENANT LIMITED

184 SHEPHERDS BUSH ROAD TENANT LIMITED
19 SCHILLERSTRAßE TENANT GMBH
192 ANN STREET TENANT PTY LTD
2 EASTBOURNE TENANT LIMITED
2 MINSTER COURT TENANT LIMITED
2 SOUTHBANK TENANT LIMITED
20 HEINRICH-HEINE-ALLEE TENANT GMBH
20 ROTHERSTRASSE TENANT GMBH
207 OLD STREET TENANT LIMITED
21 SOHO SQUARE TENANT LIMITED
22 LONG ACRE TENANT LIMITED
222 EXHIBITION ST PTY LTD
23 SCHOCKEN STREET TENANT LTD
242 PRENZLAUER ALLEE TENANT GMBH
25 K STREET PTY LTD
25 TURMSTRAßE TENANT GMBH
26 HATTON GARDEN TENANT LIMITED
260 QUEEN STREET PTY LTD
28-42 BANNER STREET Q LIMITED
3 ALUF KALMAN MAGEN TENANT LTD.
3 CUVRYSTRAßE TENANT GMBH
3 WATERHOUSE SQUARE TENANT LIMITED
30 CHURCHILL PLACE TENANT LIMITED
30 IBN GABIROL TENANT LTD.
31 HANDELSSTRAAT TENANT
32 KING GEORGE TENANT LTD.
320 PITT STREET PTY LTD
33 BLOOR STREET EAST TENANT LP
33 Q STREET TENANT LIMITED
33 RUE LA FAYETTE TENANT SAS
333 GEORGE STREET PTY LTD
345 BOURKE STREET TENANT PTY LTD
35 KALVEBOD BRYGGE TENANT APS
37 SHAUL HAMELECH BOULEVARD TENANT LTD
38 CHANCERY LANE TENANT LIMITED
383 GEORGE STREET TENANT PTY LTD
4 MAALE HASHICHRUR TENANT LTD
4 SINT-LAZARUSLAAN TENANT
40 RUE DU COLISÉE TENANT SAS
40 TUVAL TENANT LTD.
401 COLLINS STREET TENANT PTY LTD
41 BLACKFRIARS ROAD TENANT LIMITED
42 CHARLEMONT STREET TENANT LIMITED
424 FIFTH AVENUE HOLDINGS LLC
424 FIFTH AVENUE JUNIOR HOLDINGS LLC
424 FIFTH AVENUE LLC
424 FIFTH AVENUE SENIOR HOLDINGS LLC
45 HAATZMAUT TENANT LTD.
5 HARCOURT ROAD TENANT LIMITED
5 MARTIN PLACE TENANT PTY LTD
5 MERCHANT SQUARE TENANT LIMITED
50 MILLER STREET PTY LTD
500 BLOOR STREET WEST TENANT LP
50-60 STATION ROAD TENANT LIMITED
51 EASTCHEAP TENANT LIMITED
52 BEDFORD ROW TENANT LIMITED
53 BELLIARDSTRAAT TENANT
55 COLMORE ROW TENANT LIMITED
56 SCHILDERGASSE TENANT GMBH
6 TOTZERET HAARETZ TENANT LTD.
64 YORK STREET PTY LTD
66 KING STREET TENANT PTY LTD

7 MENACHEM BEGIN TENANT LTD.
70 WILSON STREET TENANT LIMITED
71-91 ALDWYCH HOUSE TENANT LIMITED
72 KNESEBECKSTRAßE TENANT GMBH
76-78 CLERKENWELL ROAD TENANT LIMITED
77 FARRINGDON ROAD TENANT LIMITED
77 LEADENHALL STREET TENANT LIMITED
80 GEORGE STREET TENANT LIMITED
8-14 MEARD STREET TENANT LIMITED
89-115 MARE STREET TENANT LIMITED
90 YORK WAY TENANT LIMITED
91 BAKER STREET TENANT LIMITED
97 HACKNEY ROAD TENANT LIMITED
99 Q VICTORIA STREET TENANT LIMITED
ALEXANDERPLATZ 1 TENANT GMBH
ARK INVESTMENT GROUP HOLDINGS LLC
ARNULFSTRAßE 60 TENANT GMBH
AXEL-SPRINGER-PLATZ 3 TENANT GMBH
BALLINDAMM 40 TENANT GMBH
BOW BELLS HOUSE TENANT LIMITED
CENTRAL PLAZA TENANT LIMITED
CHAUSSEESTRAßE 29 TENANT GMBH
CORSHAM TENANT LIMITED
DALTON PLACE TENANT LIMITED
DUBLIN LANDINGS TENANT LIMITED
EICHHORNSTRAßE 3 TENANT GMBH
EMPRENDIMIENTOS Y PROYECTOS DEL PERU
S.A.C.
FRIEDRICHSTRAßE 76 TENANT GMBH
FRIESENPLATZ TENANT GMBH
GÄNSEMARKT 43 TENANT GMBH
GERHOFSTRAßE 1-3 TENANT GMBH
GRAVITY COWORKING PTY LTD
HAGFISH MUMBAI PRIVATE LIMITED
HAMMERJAW BENGALURU PRIVATE LIMITED
HERENGRACHT 206 TENANT B.V.
HOUNDSHARK DELHI PRIVATE LIMITED
ICEFISH APAC HOLDCO B.V.
ICEFISH INVESTMENT HOLDCO B.V.
IVEAGH COURT TENANT LIMITED
JUNGHOFSTRASSE 13 TENANT GMBH
JUNGHOFSTRAßE 22 TENANT GMBH
KARL-LIEBKNECHT STREET TENANT GMBH
KEIZERSGRACHT 271 TENANT B.V.
KEIZERSGRACHT 572 TENANT B.V.
KEMPERPLATZ 1 TENANT GMBH
KURFÜRSTENDAMM 11 TENANT GMBH
LATAM CO B.V.
LT BUILD LIMITED
MIDTOWN MUSIC CLUB LTD.
NAKED HUB VIETNAM HOLDINGS LIMITED
NEUE SCHÖNHAUSER STRAßE 3-5 TENANT GMBH
NEUTURMSTRAßE 5 TENANT GMBH
NHNP VN LIMITED
NO. 1 SPINNINGFIELDS TENANT LIMITED
OSKAR-VON-MILLER-RING 20 TENANT GMBH
OSKAR-VON-MILLER-RING 33 Q GMBH
POWERED BY WE GERMANY GMBH
POWERED BY WE UK LIMITED
PROVOST AND EAST TENANT LIMITED
PT POWEREDBYWE SERVICES INDONESIA
PT WEWORK SERVICES INTERNATIONAL

PXWE INDIA PRIVATE LIMITED
ROSENTHALER STRAßE 43-45 TENANT GMBH
RUDOLFPLATZ 7 TENANT GMBH
RUE DES ARCHIVES 64/66 TENANT SAS
SARPHATISTRAAT 8 TENANT B.V.
SHOREDITCH THE BARD TENANT LIMITED
SKELBÆKGADE 2-4 TENANT APS
SPACEMOB PTE. LTD.
STADHOUDERSKADE 5-6 Q B.V.
STAMFORD STREET TENANT LIMITED
STANDBY I TENANT GMBH
STRALAUER ALLEE 6 TENANT GMBH
STRAWINSKYLAAN 4117 TENANT B.V.
STRESEMANNSTRAßE 123 TENANT GMBH
TAUNUSANLAGE 8 TENANT GMBH
THE HEWITT SHOREDITCH TENANT LIMITED
THE WE COMPANY MC LLC
THE WE COMPANY ROU S.R.L.
THE WE COMPANY WORLDWIDE LIMITED
UNOMY LTD.
WARSCHAUER PLATZ TENANT GMBH
WETECH LLC
WEWORK (CZECH REPUBLIC) S.R.O.
WEWORK (THAILAND) LIMITED
WEWORK APAC PARTNER HOLDINGS B.V.
WEWORK ASIA HOLDING COMPANY B.V.
WEWORK AUSTRALIA PTY LTD
WEWORK BELGIUM SRL
WEWORK BUSAN 1-HO YUHAN HOESA
WEWORK CANADA GP B.V.
WEWORK CANADA LP B.V.
WEWORK CAPITAL ADVISORS LLC
WEWORK COMMUNITY WORKSPACE IRELAND
LIMITED
WEWORK COMMUNITY WORKSPACE UK LIMITED
WEWORK COMMUNITY WORKSPACE, S. L.
WEWORK COMPANIES (INTERNATIONAL) B.V.
WEWORK COMPANIES LLC
WEWORK COMPANIES PARTNER
(INTERNATIONAL) B.V.
WEWORK DENMARK APS
WEWORK FRANCE SAS
WEWORK GERMANY GMBH
WEWORK GREATER CHINA HOLDING COMPANY
B.V.
WEWORK GULF I FZ-LLC
WEWORK HOLDING (THAILAND) COMPANY
LIMITED
WEWORK INDIA MANAGEMENT PRIVATE LIMITED
WEWORK INTERNATIONAL LIMITED
WEWORK ISRAEL LTD.
WEWORK ITALY S.R.L.
WEWORK JAPAN GK
WEWORK KOREA YUHAN HOESA
WEWORK MALAYSIA SDN. BHD.
WEWORK MIDDLE EAST DWTC FZE
WEWORK MIDDLE EAST GAZELLE LIMITED
WEWORK MIDDLE EAST HOLDINGS B.V.
WEWORK NETHERLANDS B.V.
WEWORK NEW ZEALAND
WEWORK NEW ZEALAND HOLDCO B.V.
WEWORK NORWAY AS

WEWORK PARIS I TENANT SAS
WEWORK PARIS II TENANT SAS
WEWORK PARIS III TENANT SAS
WEWORK PARIS IV TENANT SAS
WEWORK PERU MANAGEMENT S.R.L.
WEWORK PERU S.R.L.
WEWORK POLAND SP. Z O.O.
WEWORK RUS LLC
WEWORK SAUDI ARABIA LIMITED
WEWORK SEOUL 1-HO YUHAN HOESA
WEWORK SEOUL 2-HO YUHAN HOESA
WEWORK SEOUL 3-HO YUHAN HOESA
WEWORK SEOUL 4-HO YUHAN HOESA
WEWORK SEOUL 5-HO YUHAN HOESA
WEWORK SINGAPORE PTE. LTD.
WEWORK TECHNOLOGY ISRAEL LTD.
WEWORK URUGUAY S.R.L.
WEWORK VIETNAM LIMITED
WILMERSDORFERSTRASSE 59 TENANT GMBH
WW BISHOPSGATE LIMITED
WW COMMUNITY WORKSPACES PHILIPPINES,
INC.
WW DEVONSHIRE LIMITED
WW HANOVER HOUSE OPERATIONS LIMITED
WW HOLDCO LLC
WW MEDIUS LIMITED
WW METROPOOL B.V.
WW MOOR PLACE LIMITED
WW SEA CONTAINERS LIMITED
WW SWEDEN AB
WW WETERINGSCHANS B.V.

**Landlords**

10 EAST 38TH STREET COMPANY, L.L.C.
100 SUMMER OWNER LLC
101 NORTH FIRST AVE LLC
11 PARK PLACE LLC
110 WALL STREET L.P.
1100 15TH STREET, LLC
1156 APF LLC
120 EAST 16TH STREET CO. LLC
1201 TAB OWNER, LLC
130W42 OPCO LLC
1389 PEACHTREE STREET, LP
1440 BROADWAY (NY) OWNER, LLC
1450 BROADWAY, LLC
1460 LEASEHOLD SWIGHM LLC
149 FIFTH AVE. CORP
1547 9TH LLC
1619 BROADWAY REALTY LLC
1701 RHODE ISLAND INC.
17-18 MANAGEMENT COMPANY L.L.C
177 COLORADO OWNER LLC
1814 FRANKLIN INVESTORS, LLC
183 MADISON OWNER APF LP
185 MADISON AVENUE, LLC
1900 MCKINNEY HARWOOD LLC
195 MONTAGUE OWNER LLC
200 PORTLAND STREET, LLC
200 SPECTRUM CENTER DRIVE LLC

2000 SIERRA POINT PARKWAY LLC, DIAMOND MARINA LLC AND DIAMOND MARINA II LLC
222 BROADWAY OWNER, LLC
255 SOUTH KING STREET LIMITED PARTNERSHIP
2600 CR, LLC
270B METROPOLITAN SQUARE, LLC
2755 CANYON BOULEVARD, LLC
29 WEST MANAGER LLC
3000 S ROBERTSON PROPERTY OWNER LLC
34 SOUTH 11TH STREET LP
36 LLC
385 FIFTH AVENUE, LLC
400 CALIFORNIA LLC
400 SPECTRUM HOLDINGS LLC
408 BWAY REALTY LLC
44 WALL STREET HOLDINGS LP
448 NORTH LASALLE, LLC
490 LOWER UNIT LP
500 FIFTH AVENUE (NEW YORK) LLC
500-512 SEVENTH AVENUE LIMITED PARTNERSHIP
520 BROADWAY OWNER, LLC
54 WEST 40TH REALTY LLC
550 STEWART ACQUISITION LLC
575 LEX PROPERTY OWNER, L.L.C.
599-6 LLC
600 B STREET SAN DIEGO OWNER, LLC
600 CALIFORNIA OWNER LLC
6001 CASS LLC
625 MASS AVE OWNER, LLC
625 W. ADAMS, LLC
655 NEW YORK LLC
6E32 FEE OWNERS LLC
711 ATLANTIC AVENUE COMPANY, LLC
79 MADISON LLC
800 MARKET STREET, LLC
800 N HIGH INVESTMENTS, LLC
AAA NORTHEAST
AAT LLOYD DISTRICT, LLC
AB 40TH STREET LLC
ABNER PROPERTIES COMPANY
AG REDSTONE OWNER, L.P
AG-LC WARNER CENTER PHASE IV OWNER, L.P.
AGRE WILLIAMS SQUARE HOLDINGS, LLC
AL 511 WEST 25TH STREET OWNER, LLC
AMCO 120 WEST TRINITY
AP THE HILL OWNER, LLC
AP VICTORY PARK, LP
APF 28 WEST 44 OWNER LP
ASANA PARTNERS FUND III REIT 1 LLC
BA1 2201 BROADWAY LLC
BCAL 44 MONTGOMERY PROPERTY LLC
BCAL GATEWAY PROPERTY LLC
BCSP 330 NORTH WABASH PROPERTY LLC
BCSP 515 NORTH STATE STREET LLC
BCSP 8 600 PROPERTY, L.P.
BCSP CIRCA PROPERTY LLC
BCSP CROSSROADS PROPERTY LLC
BCSP DENVER PROPERTY LLC
BDN 1900 MARKET OWNER LLC
BELLEVUE PLACE OFFICE, LLC
BELVEDERE PLACE JV LLC (DBA BELVEDERE PLACE PROPERTY OWNER LLC)

BLOCK YOUNGER, LLC
BNY TOWER ASSOCIATES LLC
BROADWAY CONTINENTAL CORP.
BSREP II SJ TOWERS LLC
BSREP LLL ORION V REIT LLC
BXP MADISON CENTRE I LLC AND BXP MADISON CENTRE II LLC
BXP MISSION 535 LP
C&A 483 BROADWAY LLC
CA 5-15 WEST 125TH LLC
CAB BEDFORD LLC
CAPITOL CROSSING I LLC
CAPITOL VIEW JV-E, A TENNESSEE GENERAL PARTNERSHIP
CCP/MS SSIII DENVER TABOR CENTER 1 PROPERTY OWNER LLC
CENTRAL PLACE OFFICE, L.L.C.
CHEVY CHASE, LLC
CIO BLOC 83, LLC
CIO BLOCK 23, LLC
CIVIC CENTER OWNER, LLC
CLDN NY LLC
CLEARFORK RETAIL VENTURE, LLC
COLLEGE PARK COWORKING, LLC
COLUMBIA REIT - 650 CALIFORNIA, LLC
CONSTELLATION PLACE, LLC
COUSINS 725 PONCE LLC
COUSINS RAILYARD LP
CP 1875K STREET LLC
CP 7272 WISCONSIN AVENUE LLC
CP/IPERS SEATTLE, LLC
CR-CHICAGO 125 SOUTH CLARK STREET, LLC
CSHV 1600 7TH AVENUE, LLC
CSHV 615 COLLEGE. LLC
CT021 ACQUISITIONS II LLC
CV LATITUDE 34, LLC
CZ PROPERTIES LLC
DATAMINR INC.
DOMAIN NORTHSIDE OFFICE PROPERTY OWNER, LP
DOUGLAS EMMETT 2014, LLC
DOUGLAS RICARDO MOORE
DP LEASEHOLD (ILLINOIS) LLC
DTRT 1449 WOODWARD LLC
DTS OFFICE HOLDINGS, LLC
DWF V 311 W 43RD, LLC
EIB STUDIO SQUARE LLC
EMBARCADERO CENTER ASSOCIATES
EPIC LAFAYETTE STREET LLC
ESPLANADE OWNER LLC
F1 STEVENSON, LLC
FAIRWAY EAST KENNEDY OWNER, LLC
G.S. 505 PARK, LLC
GATEWAY PROPERTY OWNER, LLC
GEARY-STOCKTON REALTY, LLC
GIRALDA COMPLEX LLC
GIRALDA PB LLC
GRE-F 222 KEARNY FEE, LLC AND GRE-F 222 KEARNY LEASEHOLD, LLC
GSJC MASTER LESSEE, L.L.C
GT RP HALCYON, LLC
GW PROPERTY SERVICES LLC

8

HANCOCK S-REIT SACRAMENTO LLC
HCG BLOCK 69 LP
HERALD SQUARE OWNER LLC
HL CHAMPION HOLDING COMPANY, LLC
HSRE-PORTMAN TECH SQUARE, LLC
HUDSON 1003 4TH PLACE, LLC
HUDSON 1099 STEWART STREET, LLC
HUDSON 1455 MARKET STREET, LLC
HUDSON 405 MATEO LLC
INNOVATION POINTE ONE LLC
INNOVATION POINTE TWO, LLC
INTERLOCK ATLANTA, LLC
INTERNATIONAL PLAZA ASSOCIATES LP.
IQHQ-AVENTINE WEST, LP
J.G. CAPITAL HILL, LLC
JACK VOGEL ASSOCIATES
JOHN HANCOCK LIFE INSURANCE COMPANY
JPMORGAN CHASE BANK, NATIONAL
ASSOCIATION
JPPF WATERFRONT PLAZA, L.P.
KATO INTERNATIONAL LLC
KBSIII 201 SPEAR STREET, LLC
KBSIII LEGACY TOWN CENTER, LLC
KRE SUMMIT 1, 2, OWNER LLC
L. CHARNEY 1410 BROADWAY, LLC
LAKESHORE LAND LESSEE PT LLC
LBA RV - COMPANY IX, LP
LEGACY WEST INVESTORS, LP
LENOX 429 AVENUE INC.,
LF GRAMERCY PROPERTY CO., LLC
LF GREENWICH LLC
LHREV AUSTIN UNIVERSITY PARK, L.P.
LIC SITE B-1 OWNER, L.L.C.
LINCOLN STREET PROPERTY OWNER, LLC
LORE BCA 2120 L.P. (DBA LIONSTONE
INVESTMENTS)
LS2 OFFICE, LLC
LVA4 ATLANTA COLONY SQUARE, L.P.
MADISON AVENUE LEASEHOLD LLC
MADISON-OFC 5161 CA LLC
MAGUIRE PROPERTIES-555 W.FIFTH, LLC
MARKET HOLDINGS COMPANY, LLC
MAYORE ESTATES LLC AND 80 LAFAYETTE
ASSOCIATES LLC
MC 19 EAST HOUSTON LLC
MC 71 FIFTH AVENUE REALTY LLC
MCGAVOCK PIKE PARTNERS, GP
MEPT 475 SANSOME STREET LLC
MET TOWER OWNER, LLC
MSI HOLYOKE LLC
MT BACK BAY ONE LLC
NAMOR REALTY COMPANY L.L.C.
NP 18TH & CHET, LLC
NW 524 SOHO LLC
OBS REIT, LLC
OCC COMMERCIAL LLC
OLIVE/HILL STREET PARTNERS, LLC
ONE TOWN CENTER ASSOCIATES
ONNI BRAND LIMITED PARTNERSHIP
ONNI MANHATTAN TOWERS LP
PACIFIC DESIGN CENTER 1, LLC
PACIFIC RED, LLC

PARK 430 OPERATING COMPANY, LLC
PARK PLACE ASSOCIATES
PIAZZA PARTNERS I LP
PIEDMONT 1155 PCW, LLC
PIEDMONT OFFICE REALTY TRUST
PONTE GADEA BISCAYNE, LLC
POWER & LIGHT BUILDING LLC
POWER HOUSE TSSP, LLC
PROMENADE GATEWAY, L.P.
QUARRY OAKS OWNER LP
RAR2 – 222 SOUTH RIVERSIDE, LLC
REDWOOD NEBRASKA, L.P
RESNICK 255 GREENWICH, LLC
RESNICK SEAPORT LLC
RFM-KTB CSQ PROPCO, LLC
RFR/K 77 SANDS OWNER LLC
RIVERPARK TOWER I OWNER LLC
ROC-FIFTH AVENUE ASSOCIATES, LLC
RONBET 40TH STREET LLC
RONBET 437 LLC
RXR 620 MASTER LESSEE LLC
RXR ATLAS LLC
SDL PARTNERS, LTD.
SEAPORT B/C RETAIL OWNER LLC
SFIII 1111 BROADWAY, LLC
SOF-DEARBORN, L.P.
SOF-XI PCT SINGLE TOWER OWNER, L.L.C.
SOHO AOA OWNER, LLC
SOMERA ROAD - 1100 MAIN STREET, LLC
SUNDANCE EAST PARTNERS, L.P.
SUNSET NORTH OWNER LLC
SUNSET PARK HOLDINGS, LLC
SVF CRITERION SANTA MONICA CORPORATION
T-C 33 ARCH STREET LLC
T-C 501 BOYLSTON STREET LLC
TEACHERS INSURANCE AND ANNUITY
ASSOCIATION OF AMERICA FOR THE BENEFIT OF
ITS REAL ESTATE ACCOUNT
TERMINUS VENTURE T100 LLC
THE BUILDING AT 575 FIFTH OFFICE OWNER LLC
THREE GALLERIA OFFICE BUILDINGS, LLC
TMG 1333 NEW HAMPSHIRE AVE, LLC
TMG 800 K STREET, L.L.C.
TPL PROPERTY OWNER, L.P.
TRANEL 1 LLC
TRANSBAY TOWER LLC
TRINITY CENTRE LLC
TRINITY HUDSON HOLDINGS, LLC
TYH DEVELOPMENT COMPANY LLC
UNICO 250 EAST 200 SOUTH TOWER LLC
UNICO ONE NASHVILLE PLACE LLC
UNION INVESTMENT REAL ESTATE GMBH
UNION SQUARE ASSOCIATES, LLC
UNITARIAN UNIVERSALIST ASSOCIATION
UNITED STATES POSTAL SERVICE
UPD 729 WASHINGTON LLC
US VI 2 BRICKELL, LLC
VANDERGRAND PROPERTIES CO., L.P.
VBG 990 AOA LLC
W AND S PROPERTIES, LLC
WALBER 419 COMPANY LLC AND 419 PARK
AVENUE SOUTH ASSOCIATES LLC

9

WALSAM 130 MAD LLC
WALSAM TWENTY-NINE COMPANY
WAR HORSE GOLDEN GATE LLC
WASSERSTEIN ENTERPRISES L.L.C.
WATERMARK TEMPE I, LLC
WEGWEISER AND EHRLICH LLC
WELLS REIT II - 80 M STREET, LLC
WEST 18TH STREET VENTURE, LLC
WEST 36 TT, LLC
WEST 45 APF LLC
WESTVIEW ON 12TH - ARC LLC
WOHIO HOLDING INC.
W-SF GOLDFINGER OWNER VIII, L.L.C.
WYNWOOD DS, LLC

**Additional Guarantor Landlords**

1001 DOMINION SQUARE MANAGEMENT INC.
1001 WEBWARD MASTER TENANT LLC
120MG JERSEY LIMITED
130 WOOD STREET TRUSTEES LIMITED
2015 MAIN PARTNERSHIP
221 W. 6TH STREET (TX) OWNER, LLC
2211 MICHELSON HOLDINGS, LLC
460 PARK AVENUE SOUTH ASSOCIATES LLC
58508 ALBERTA LTD.
77 LEADENHALL LIMITED
801 BARTON SPRINGS OWNER LLC
85 BROAD STREET PROPERTY OWNER LLC
881 PEACHTREE STREET, LLC
A + E IMMOBILIENVERWALTUNGS GMBH & CO. KG
A&A UKI THREE LIMITED
AB METRO PROPERTIES LTD
ADMINISTRADORA JOCKEY PLAZA SHOPPING CENTER S.A.
AFIAA 125 WEST 25TH STREET, LLC
AG BELTANE 33 QUEEN B.V.
AGLM IMMO
ALDWYCH INVESTMENTS LIMITED
ALESE S.A.C.
ALIDA GRUNDSTUCKSGESELLSCHAFT MBH & CO. KG
ALLIANZ LEBENSVERSICHERUNGS-AKTIENGESELLSCHAFT
ALLIANZ PRIVATE KRANKENVERSICHERUNGS-AKTIENGESELLSCHAFT
ALLIANZ S.P.A.
AMAZONIA ADMINISTRACAO E LOCACOES LTDA.
AMF PENSIONSFORSAKRING AB
AMUNDI RE ITALIA SGR S.P.A
ARCHLANE LIMITED
ARRENDADORA NEST, S.A. DE C.V.
ATIM UNIVERSITE SCI
ATRIUM NORTH TOWER B.V.
AVENIDA CAPITAL DE COLOMBIA S.A.S
AVIVA LIFE & PENSIONS UK LIMITED
BANCA MIFEL, S.A., MULTIPLE BANKING INSTITUTION, TRUST DIVISION,
BANCA MIFEL, SOCIEDAD ANONIMA, INSTITUCION DE BANCA MULTIPLE, COMO

FIDUCIARIA EN EL FIDEICOMISO BANCA MIFEL FIDEICOMISO 1664/2013
BANCO ACTINVER
BANCO ACTINVER, S.A.
BANCO ACTINVER, S.A., INSTITUTION DE BANCA MULTIPLE
BANCO MONEX, S.A., INSTITUCION DE BANCA MULTIPLE, MONEX GRUPO FINANCIERO
BENTALL KENNEDY (CANADA) LP
BH CENTRE HEAD CORP.
BICE VIDA COMPAÑÍA DE SEGUROS S.A.
BOTANIC BUILDING NV
CAPITAL & COUNTIES CG LIMITED AND CAPITAL & COUNTIES CG NOMINEE LIMITED
CBD ONE PTY LTD
CEDAR REAL ESTATE INVESTMENTS PLC
CENTENARIO RENTA IMMOBILIARIA S.A.C.
CENTRO COMERCIAL PUNTO SUR, S.A.P.I. DE C.V.
CETZA TRUSTEES S1 LIMITED AND CETZA TRUSTEES S2 LIMITED AS TRUSTEES OF 1 SPINNINGFIELDS UNIT TRUST
CG CUTLERS GARDENS (JERSEY) LIMITED AND CG CUTLERS GARDENS (JERSEY) 2 LIMITED
CIBANCO, S.A.
CIBANCO, S.A.,
CIBANCO, SOCIEDAD ANONIMA, INSTITUCION DE BANCA MULTIPLE
CIO TERRACES, LLC
CMSREUK MOORGATE PROPCO LIMITED
COLISEE RE
COMMERZ REAL INVESTMENTGESELLSCHAFT MBH
CORDOVA II EQUITIES INC.
COREF SPENCER PROPERTY PTY LIMITED
CORPORATIVO PLAZA DEL PARQUE, S.A DE C.V.
CORRIGAN STATION, LLC
CORUM EURION SCPI
COSTA E OLIVEIRA PARTICIPACOES LTDA
CRYSTAL REALTY 1 S.A.C.
DAISHIN SECURITIES CO., LTD.
DAISHO CO LIMITED
DAME PLAZA PROPERTY TRADING DAC
DCV BERLIN-MITTE GMBH & CO. KG
DELLIA INVESTMENTS - PROJEKT ECHO - 115 SPOLKA Z OGRANICZONA
DEO BELGIUM 2 SRL
DEREIF DUBLLN HARCOURT ROAD S.A.R.L.
DESARROLLOS P. HIERRO, S.A. DE C. V
DEUTSCHE BANK MEXICO, S. A.
DEUTSCHE BANK MEXICO,S.A.
DEXUS CPA PTY LTD & CBUS PROPERTY 5 MARTIN PLACE PTY LIMITED
DEXUS WHOLESALE MANAGEMENT LIMITED
DIXCITY REAL ESTATE, S.A.
DREAM OFFICE LP
DRN, S.R.O
DUNNHUMBY LIMITED
EASTCHEAP LUXEMBOURG S.A.R.L
EDISSIMMO AND RIVOLI AVENIR PATRIMOINE
EL ROSAL TRUST FUND
ELDON STREET LIMITED
ELEMENTUM SCS

ELISABETH HOUSE NOMINEE NO.1 LIMITED AND
ELISABETH HOUSE NOMINEE NO.2 LIMITED
ELLPA PARTICIPACOES PARTRIMONIAIS E
EMPRESARIAIS LTDA.
ENGAGE INVERSIONES 2014, S.L.
EPGF (NL) AMSTERDAM COOPERATIVE U.A.
EPIC (GENERAL PARTNER RUSSEL SQUARE)
LIMITED AND EPIC NOMINEES (RUSSELL SQUARE)
LIMITED
EUROPEAN MEDICINES AGENCY
EUROPEAN PROPERTY LUX ACQUICO 3 S.A.R.L.,
FADE PROMOCIONES, S.A. DE C.V.
FIDEICOMISO ARRIENDOS Y CONCESIONES OFI 7
LA FRANCIA
FIDEICOMISO ARRIENDOS Y CONCESIONS OFI 7 -
II
FIDEICOMISO DE ACTIVIDADES EMPRESARIALES
NUMERO F/4143
FIDEICOMISO FLORMORADO PLAZA
FIDEICOMISO MASTER 8111
FIDEICOMISO OFICINAS WEWORK ATLANTICA
FIDEICOMISO PATRIMONIO AUTONOMO TORRE
ACONSTRUIR
FIDEICOMISO TORRE CALLE 100
FIFE Y&G PTY LIMITED
FOCHEONG PTY LTD
FONDO DE CAPITAL PRIVADO FONDO
INMOBILIARIO COLOMBIA
FUNDO DE INVESTIMENTO IMOBILIARIO – FII
TORRE ALMIRANTE
FUNDO DE INVESTIMENTO IMOBILIARIO - FII
TORRE NORTE
FUNDO DE INVESTIMENTO IMOBILIÁRIO - FII
TORRE NORTE
FUNDO DE INVESTIMENTO IMOBILIARIO JK D - FII
FUNDO DE INVESTIMENTOS IMOBILIARIOS MULTI
RENDA UR
FUNDO DE INVESTIMENTOS IMOBILIARIOS MULTI
RENDA URBANA
FUNDO DE INVESTMENTO IMOBILIARIO - FII
PRIME PORTIFOLIO
FUNDO DE INVESTMENTO IMOBILIARIO TM-FII
GAIA REALIZACOES IMOBILIARIAS LTDA
GALEWOOD LIMITED
GAMMA SUDAMERICANA S.A.
GAZPROM GERMANIA GMBH
GC 123 BPR LTD
GECITER
GENERALI REAL ESTATE SGR S.P.A.
GJP BOSSA NOVA EMPREENDIMENTOS S.A.
GODO KAISHA MINORI INVESTMENT
GORSUCH STREET DEVELOPMENT LIMITED
GPT FUNDS MANAGEMENT LIMITED
GPT FUNDS MANAGEMENT LIMITED AND THE
TRUST COMPANY (RE SERVICES) LIMITED
GRANDLAND MANAGEMENT LTD. AND 1045
HOWE STREET HOLDINGS LTD.
GRUNWALDER GRUNDVERMOGEN GMBH
GRUPO ACCIONARIO COLORADO, S.A. DE C.V.
GRUPO CATALANA OCCIDENTE ACTIVOS
INMOBILIARIOS S.L.U.

GRUPO CATALANA OCCIDENTE ACTIVOS
INMOBILIARIOS SL (B66672544)
GRUPO PATIO OFICINAS S.A.C.
GTIS ATILIO INNOCENTI EMPREENDIMENTOS
LTDA.
HAAKON VIIS GATE 5 HOLDING AS
HALIFAX PENSION NOMINEES LIMITED
HANA PROPERTY S.A.R.L
HANSEF PROPCO GMBH
HBR 1 - INVESTIMENTOS IMOBILIARIOS LTDA.
HEINZ BOSE IMMOBILIEN VERWALTUNGS GBR
HESA 112 INVESTIMENTOS IMOBILIARIOS LTDA
HESA 37 - INVESTIMENTOS IMOBILIARIOS LTDA
HGHI SCHULTHEISS QUARTIER GMBH & CO. KG
HOOPP REALTY INC., 6763332 CANADA INC. AND
8440 CAMBIE NOMINEE CORP.
HPREF IRELAND (GEORGES QUAY AND COURT)
DAC
HUDSONS BAY COMPANY ULC
HULLMARK (230-240 RICHMOND) LP
ILSONG PRIVATE QUALIFIED INVESTORS REAL
ESTATE INVESTMENT COMPANY
IMOTUR - FUNDO ESPECIAL DE INVESTIMENTO
IMOBILIARIO FECHADO
INMOBILIA NIVEL CINCO CERO DOS, S.A. DE C.V.
INMOBILIARIA PUENTE LIMITADA
INMOBILIARIA VALLE DE COLORINES, S.A. DE C.V
INVERSIONERS CENTRO SUR S.A.
INVERSIONES MONTANEL S.A.S
IRISH LIFE ASSURANCE PLC
IVANHOÉ CAMBRIDGE INC. - PVM
JAMES MONROE
KANJI INVESTMENT CORPORATION
KARREV (RESERVE) LTD
KINEA INVESTIMENTOS LTDA.
KINGBOARD MOOR PLACE S.A.R.L
KINGSCLUB DEVELOPMENT INC.
KS SP NOMINEE INC., ARI SP NOMINEE INC., KS
SP1 NOMINEE INC., AND ARI SP1 NOMINEE INC.
LA375 WW, S.A. DE C.V.
LAFFITE PIERRE
LANDINGS 2 PROPCO SARL
LAURELGROVE LIMITED
LCM EU INVESTMENT 1 S.A R.L
LCM EU INVESTMENT 1 S.A R.L.
LENDINVEST SECURE TRUSTEES LIMITED
LENDLEASE (DARAMU HOUSE) PTY LTD
LIBERCORNER S.A.
LIBERTY MARKET BUILDING TWO LP
LIFETIME ADELAIDE STREET INC.
LINK PROPERTIES INVESTIMENTOS IMOBILIARIOS
LTDA.
LORO PIANA S.P. A
LUX EUROPA III S.A R.L.
LV-PATIO RENTA INMOBILIARIA III SPA
M&G LIMITED
MAPLESTONE LIMITED
MARBLE RANGE LIMITED
MARKET PLACE TORRES LTDA.
MARKS AND SPENCER P.L.C.
MENNICA TOWERS GGH MT SPOLKA Z
ORGANICZONA ODPOWIEDZIALNOSCIA S.K.A

MMG PROPERTIES LIMITED
MOZAIC EAST LLC
MPG ST KATHERINE NOMINEE LIMITED AND MPG
ST KATHARINE NOMINEE TWO LIMITED
NEW ROMAN HOUSE LIMITED
NORTH WEST HOUSE ONE GUERNSEY PTC
LIMITED AND NORTH WEST HOUSE TWO
GUERNSEY PTC LIMITED
NPS 3 PROPCO S.A.R.L.
O&R LIMITED
OLD STREET (JERSEY) 1 LIMITED AND OLD
STREET TRUSTEE (JERSEY) 2 LIMITED
OLD STREET TRUSTEE (JERSEY) 1 LIMITED
OLD STREET TRUSTEE (JERSEY) 1 LIMITED AND
OLD STREET TRUSTEE (JERSEY) 2 LIMITED
OMERS REALTY CORPORATION
OOO KVARTAL 674-675
OPERA ITALIENS SNC
OSKAR 20 GMBH & CO. KG
PAM CONNECTA TRUST
PARHAUS
PARNASSUS TOWER B.V
PATRIZA OVAL LIMITED
PATRIZIA OVAL LIMITED
PEA GREEN OWNER LLC
PERRON INVESTMENTS PTY LTD (PERRON)
PF GRAND PARIS
PH RETAIL ADVISORS, S. DE R.L. DE C.V.
PNBJ IV LIMITED
PORTLAND ADMINISTRADORA FIDUCIARIA S.A.
POTSDAMER PLATZ C1 S.A.R.L
PREDIAL JM IMOBILIARIA E PARTICIPACOES S/A
PROPERTY CHANCERY (UK) LIMITED
PRUDENTIAL SERVICES LIMITED
REFEP SPAIN I, S.L.
RICARDO ELÍAS GARBER
RIO TINTO EUROPEAN HOLDINGS LIMITED
S.C.I. LF MAILLOT 2000
SAMSUNG SRA ASSET MANAGEMENT CO., LTD.
SAS JULES LEFEBVRE
SBP 2 S.A.R.L
SCI GRE PANEU COEUR MARAIS
SCI LE FRANCE
SCI NEW YORK FRESNEL
SCI STRESEMANN
SCI TRUDAINE
SHAPE BRENTWOOD LIMITED PARTNERSHIP,
BRENTWOOD TOWNCENTRE LIMITED
PARTNERSHIP AND 0862223 B.C. LTD.
SOCIEDAD AGRÍCOLA Y DE INVERSIONES
CUATRO ROBLES SPA
SOCIETE IMMOBILIERE CAMONT INC
SOF-11 PROPCO 13 GBP S.A R.L
SOF-11 SBC PROPCO S.A.RL.
SOLIDUS S/A CORRETORA DE CAMBIO E VALORES
MOBILIARIOS
SRI ELEVEN MINNEAPOLIS 225 LLC
STAFE 505 WW, S.A. DE C.V.
STENA REALTY B.V.
SUTTON INVESTMENT GROUP LIMITED
SWISS LIFE ASSET MANAGERS FRANCE
TAKAMI SPACE SP. Z O.O.

THE HOSPITALS CONTRIBUTION FUND OF
AUSTRALIA LIMITED
THE MANUFACTURERS LIFE INSURANCE
COMPANY
THE NATIONAL FARMERS UNION MUTUAL
INSURANCE SOCIETY LIMITED
THE PRUDENTIAL ASSURANCE COMPANY
LIMITED
THE ROYAL LONDON MUTUAL INSURANCE
SOCIETY LIMITED
THE STAGE SHOREDITCH (OFFICE NORTH) GP
LIMITED
THE STAGE SHOREDITCH (OFFICE SOUTH)
NOMINEE LIMITED
THE TRUST COMPANY (AUSTRALIA) LIMITED
THE TRUST COMPANY (AUSTRALIA) LIMITED ACN
000 000 993 AS TRUSTEE
THE TRUST COMPANY LIMITED ATF THE LAV
AUSTRALIA SUB TRUST 1
THREADNEEDLE PENSIONS LIMITED
TISHMAN SPEYER JUNGHOF GMBH & CO. KG
TJUVHOLMEN ALLE 1-5 AS
TOKYU LAND COROPORATION
TOWER NOMINEES NO.1 & NO. 2 JERSEY LIMITED
TRIMONT REAL ESTATE ADVISORS, U.K., LTD
TRUE SECURITIZADORA S.A.
TRUSTOR TORRE CALLE 100
TS Q207 S.A R.L.
UI 55 COLMORE ROW LIMITED
UNIVERSAL-INVESTMENT- GESELLSCHAFT MBH
UPPER WEST IMMOBILIEN GMBH & CO. KG
URBANISMO Y CONSTRUCCION, S.L
VALUE INVEST IMMO #2
VINCI OFFICES FUNDO DE INVESTIMENTO
IMOBILIARIO SA
VREF CHARLEMONT
VREF SHAFTESBURY SCS
WALLARKADEN BETEILIGUNGS GMBH & CO. KG
WARSCHAUER PLATZ
ENTWICKLUNGSGESELLSCHAFT MBH
WAW CED SP. Z O.O.
WEST PENDER II LP AND OPTRUST WEST PENDER
INC. AND 1090 PENDER PROPERTIES LTD.
WESTLNVEST GESELLSCHAFT FUR
INVESTMENTFONDS MBH
WESTMINISTER MEARD STREET LIMITED
WITTING TON INVESTMENTS (PROPERTIES)
LIMITED
YANG HYEON CHUN
YUKON CAPITAL, S.L.U
ZIREF LUX NETHERLANDS 2 S.A.R.L.

**Bankruptcy Judges**

ANDREW B. ALTENBURG, JR.
CHRISTINE M. GRAVELLE
CHRISTOPHER M. LOPEZ
DAVID R. JONES
EDUARDO V. RODRIGUEZ
JEFFREY P. NORMAN
JERROLD N. POSLUSNY, JR.
JOHN K. SHERWOOD

KATHRYN C. FERGUSON
MARVIN ISGUR
MICHAEL B. KAPLAN
ROSEMARY GAMBARDELLA
STACEY L. MEISEL
VINCENT F. PAPALIA

**Bankruptcy Judges – Staff**

ALBERT ALONZO
ANA CASTRO
ELIZABETH MILLER
JEANNA A. NAUGHTON
JEANNIE CHAVEZ
LINHTHU DO
MARIO RIOS
ROSARIO SALDANA
TRACEY CONRAD
TYLER LAWS
VRIANA PORTILLO
ZILDE MARTINEZ

**U.S. Trustee Office**

ADAM SHAARAWY
ADELA ALFARO
ALETHEA CALUZA
ALEXANDRIA NIKOLINOS
ALICIA BARCOMB
ANGELIZA ORTIZ-NG
BRIAN HENAULT
CHRISTOPHER R. TRAVIS
CHRISTY SIMMONS
CLARISSA WAXTON
DANIEL C. KROPIEWNICKI
DAVID GERARDI
FRAN B. STEELE
FRANCYNE D. ARENDAS
GLENN OTTO
GWEN SMITH
HA NGUYEN
HECTOR DURAN
IVETTE GERHARD
JAMES STIVES
JANA WHITWORTH
JAYSON B. RUFF
JEFFREY SPONDER
JOSEPH C. KERN
KIRSTEN K. ARDELEAN
LAUREN BIELSKIE
LINDA MOTTON
LUCI JOHNSON-DAVIS
MAGGIE MCGEE
MARTHA HILDEBRANDT
MICHAEL ARTIS
MILLIE APONTE SALL
PETER J. D'AURIA
ROBERT J. SCHNEIDER, JR.
SAMANTHA CHILTON
TARA TWOMEY
TIA GREEN
TINA L. OPPELT

WILLIAM J. ZIEMER
YASMINE RIVERA

**Bankruptcy Professionals – Retained**

ALVAREZ & MARSAL NORTH AMERICA, LLC
HILCO GLOBAL
KIRKLAND & ELLIS
PJT PARTNERS LP

**Banks/Lenders/Administrative Agents**

BANK OF AMERICA NATIONAL ASSOCIATION,
TOKYO BRANCH
CITIBANK EUROPE PLC HUNGARIAN BRANCH
OFFICE
CITIBANK, N.A. LONDON BRANCH
DEUTSCHE BANK AG, LONDON BRANCH
GOLDMAN SACHS BANK USA
GOLDMAN SACHS INTERNATIONAL BANK
HSBC BANK USA NA
JP MORGAN CHASE BANK NA, JOHANNESBURG
JPMORGAN CHASE BANK LUXEMBOURG, SA
JPMORGAN CHASE BANK, AMSTERDAM
JPMORGAN CHASE BANK, LONDON
JPMORGAN CHASE BANK, N.A.
JPMORGAN CHASE BANK, N.A. – LONDON
BRANCH
JPMORGAN CHASE BANK, TORONTO
KROLL AGENCY SERVICES LIMITED
MIZUHO BANK, LTD.
NATIXIS HONG KONG BRANCH
ONEIM FUND I LLP
SOCIETE GENERALE, HONG KONG BRANCH
U.S. BANK TRUST COMPANY, NATIONAL
ASSOCIATION
WELLS FARGO BANK, NATIONAL ASSOCIATION

**Customers**

Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted

Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted
Customer - Redacted

**Insurance**

1389 PEACHTREE STREET, LP
1711 RHODE ISLAND OWNER LLC
575 LEX PROPERTY OWNER, L.L.C.
601 METROPOLITAN SQUARE LLC
729 WASHINGTON PROPERTY OWNER LLC
881 PEACHTREE STREET, LLC
AAT LLOYD DISTRICT, LLC
AB METRO PROPERTIES LTD. AND STATION
SQUARE 4670 ASSEMBLY LIMITED PARTNERSHIP
AG-EREP EAST KENNEDY OWNER, LLC
AIG PROPERTY CASUALTY COMPANY
AIG SPECIALTY INSURANCE COMPANY
AIU INSURANCE COMPANY
ALLIANZ GLOBAL US RISK INS CO
AMERICAN BANKERS INS CO. OF FLORIDA
ARCH SPECIALTY INSURANCE CO.
ARGO GROUP
ARGONAUT INSURANCE CO.
ASPEN AMERICAN INSURANCE COMPANY
BCSP CIRCA PROPERTY LLC C/O BEACON
BEAZLEY INSURANCE CO.
BERKLEY INSURANCE COMPANY
CAPITAL PARTNERS LLC
CAPITOL VIEW
CANOPIUS INSURANCE SERVICES
CHUBB
CONTINENTAL CASUALTY CO.
CONTINENTAL CASUALTY COMPANY
CONTINENTAL INSURANCE COMPANY
CRP/MI WEST LOOP OWNER, LLC
ENDURANCE AMERICAN INSURANCE COMPANY
ENDURANCE ASSURANCE CORP.
FEDERAL INSURANCE CO.
GREENWICH INSURANCE COMPANY
HISCOX INSURANCE CO.
ILLINOIS NATIONAL INS CO.
ILLINOIS UNION INSURANCE CO.
NATIONAL CASUALTY CO.
NATIONAL UNION FIRE INS CO
NATIONAL UNION FIRE INS CO.
NATIONAL UNION FIRE IS CO.
QBE INSURANCE CO.
RLI INSURANCE CO.
RSUI INDEMNITY CO.
SOMPO AMERICA INSURANCE COMPANY
U.S. SPECIALTY INSURANCE CO.
U.S. SPECIALTY INSURANCE COMPANY
UNDERWRITERS AT LLOYD'S
WESTCHESTER FIRE INS CO.
XL SPECIALTY INSURANCE COMPANY
ZURICH AMERICAN INSURANCE CO.
ZURICH AMERICAN INSURANCE COMPANY

**Lease Rejection**

10 EAST 38TH STREET COMPANY, L.L.C.
100 SUMMER OWNER LLC
101 NORTH FIRST AVE LLC
1156 APF LLC
1389 PEACHTREE STREET, LP
1619 BROADWAY REALTY LLC
1814 FRANKLIN INVESTORS, LLC
18191 VON KARMAN AVENUE TENANT LLC
183 MADISON OWNER APF LP
2 NINTH AVENUE PARTNERS LLC
2016 SOHO LLC
229 WEST 36TH STREET TENANT LLC
2420 17TH STREET LLC
260-261 MADISON AVENUE LLC
270B METROPOLITAN SQUARE, LLC
3000 S ROBERTSON PROPERTY OWNER LLC
36 LLC
400 CALIFORNIA LLC
400 CALIFORNIA, LLC
44 WALL STREET HOLDINGS LP
500 FIFTH AVENUE (NEW YORK) LLC
54 WEST 40TH REALTY LLC
599-6 LLC
601 METROPOLITAN SQUARE LLC
6E32 FEE OWNERS LLC
77 SANDS OWNER, LLC
800 MARKET STREET LLC
800 MARKET STREET, LLC
AAREAL CAPITAL CORPORATION
AB 40TH STREET LLC
ACORNS GROW INC.
ADAM NEUMANN
AL 511 WEST 25TH STREET OWNER, LLC
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS LLP
ALSTON & BIRD LLP
AMERANT BANK, N.A.
APF 28 WEST 44 OWNER LP
APOLLO TECHNOLOGY PLATFORM,
INCORPORATED
APPLE BANK FOR SAVINGS
ARGONAUT INSURANCE COMPANY
ARNOLD & PORTER KAYE SCHOLER LLP
BANK OF AMERICA MERRILL LYNCH REAL
ESTATE STRUCTURED FINANCE SERVICING NC1-
026-06-01
BANK OF AMERICA, N.A.
BANK OF AMERICA, N.A., A NATIONAL
ASSOCIATION
BANK OF THE OZARKS
BANK OZK
BCSP VII INVESTMENTS, L.P.
BLUE BOTTLE COFFEE, INC.
BOSTON PROPERTIES, L.P.
BROWN RUDNICK LLP
BRYAN CAVE LEIGHTON PAISNER LLP
BXP MADISON CENTRE I LLC AND BXP MADISON
CENTRE II LLC
C&A 483 BROADWAY LLC
CANADIAN IMPERIAL BANK OF COMMERCE

CANADIAN IMPERIAL BANK OF COMMERCE REAL
ESTATE FINANCE DIVISION
CIT BANK, N.A.
CITIBANK, N.A.
CITIZENS BANK, NATIONAL ASSOCIATION
CMTG LENDER 33 LLC
CORE AND VALUE ADVISORS, LLC
CR-CHICAGO 125 SOUTH CLARK STREET, LLC
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
CUSHMAN & WAKEFIELD OF CALIFORNIA INC
CUSHMAN & WAKEFIELD, INC
CUSHMAN & WAKEFIELD, INC.
DATAMINR INC.
DEUTSCHE BANK AG, NEW YORK BRANCH
DEUTSCHE BANK TRUST COMPANY AMERICAS
DLA PIPER LLP (US)
DOUGLAS EMMETT 2014, LLC
DWF V 311 W 43RD, LLC
ELKINS KALT WEINTRAUB REUBEN GARTSIDE
LLP
EMMET, MARVIN & MARTIN, LLP
FIRST PROPERTY
FORETHOUGHT LIFE INSURANCE COMPANY
G.S. 505 PARK, LLC
GEARY-STOCKTON REALTY, LLC
GIBSON, DUNN & CRUTCHER LLP
GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
GOLDMAN SACHS INTERNATIONAL BANK
GOLDMAN SACHS LENDING PARTNERS LLC
GOLDMAN SACHS LENDING PARTNERS, LLC
GP COMMERCIAL JPM LLC
GRANDLAND MANAGEMENT LTD. AND 1045
HOWE STREET HOLDINGS LTD.
GREENBERG TRAURIG
GRE-F 222 KEARNY FEE, LLC AND GRE-F 222
KEARNY LEASEHOLD, LLC
HAYNES AND BOONE, LLP
HOLLAND & KNIGHT LLP
HUDSON 1455 MARKET STREET, LLC
INVESCO REAL ESTATE
JACK RESNICK & SONS, INC.
JACK VOGEL ASSOCIATES
JAMES BABBITT STITES & LOMBARD, PLLC
JONES LANG LASALLE REAL ESTATE SERVICES
INC.
JOSEPH P. DAY REALTY CORP
JPMBB COMMERCIAL MORTGAGE SECURITIES
TRUST 2014-C26
KASOWITZ BENSON TORRES LLP
KATTEN MUCHIN ROSENMAN LLP
KAYE SCHOLER LLP
KOFFMAN KALEF LLP
LADDER CAPITAL FINANCE LLC
LAKESHORE LAND LESSEE PT LLC
LASALLE BROKERAGE, INC
LAW OFFICES OF DAVID J. FEIT, ESQ., PLLC
LAWLAND CORP.
LCL GLOBAL-GOLDEN GATE, LLC
LIBERTY MARKET BUILDING TWO LP
LIFETIME ADELAIDE STREET INC.
LOEB & LOEB LLP
MADISON AVENUE LEASEHOLD LLC

MAYORE ESTATES LLC AND 80 LAFAYETTE
ASSOCIATES LLC
MCP HUB I PROPERTY, LLC (FKA BCSP RINO
PROPERTY, LLC)
MERCANTIL BANK, N.A.
METROPOLITAN LIFE INSURANCE COMPANY
METROPOLITAN LIFE INSURANCE COMPANY LAW
DEPARTMENT
MORRISON & FOERSTER LLP
MORRISON COHEN LLP
NAMOR REALTY COMPANY L.L.C
NARLAND MANAGEMENT SERVICES
PARTNERSHIP
NATIXIS REAL ESTATE CAPITAL LLC
NATIXIS, NEW YORK BRANCH
NEW YORK COMMUNITY BANK
NEWMARK
OLSHAN FROME WOLOSKY LLP
ONE METROPOLITAN SQUARE TENANT LLC
ONNI MANHATTAN TOWERS LP
OSS 2016 LLC
PACIFIC DESIGN CENTER 1, LLC
PARLEX 3A FINCO, LLC
PATTERSON BELKNAP WEBB & TYLER LLP
PAUL HASTINGS, LLP
PERKINS COIE LLP
PFP HOLDING COMPANY VI, LLC
PIGMENT INC
PLACEHOLDER LABS INC.
PNC BANK
POLSINELLI
POLSINELLI PC
PREVU LOANS, LLC
PRINCIPLE LIFE INUSRANCE COMPANY
PROMENADE GATEWAY L.P.
PROMENADE GATEWAY, L.P.
RESNICK & SONS, INC.
RESNICK 255 GREENWICH, LLC
RFM BLOCK ON CONGRESS I, LLC
RFM-KTB CSQ PROPCO, LLC
RFR HOLDING LLC
RFR/K 77 SANDS OWNER LLC
RFR/K 81 PROSPECT OWNER LLC
ROBINSON BROG LEINWAND GREENE GENOVESE
& GLUCK P.C.
ROCKHILL MANAGEMENT, L.L.C.
ROCKPOINT GROUP, LLC
ROMER DEBBAS LLP
RONBET 40TH STREET LLC
RONBET 437 LLC
ROSENBERG & ESTIS, P.C.
ROYAL BANK OF CANADA
SAFEGUARD AI INC.
SAGE REALTY CORPORATION
SANTANDER HOLDINGS USA, INC.
SCHULTE ROTH & ZABEL LLP
SCHWARTZ LEVINE PLLC
SHAPE BRENTWOOD LIMITED PARTNERSHIP,
BRENTWOOD TOWNCENTRE LIMITED
PARTNERSHIP AND 0862223 B.C. LTD.
SHELEY, HALL & WILLIAMS, PC
SHERIN AND LODGEN LLP

15

SIGNATURE BANK
SOHO AOA OWNER, LLC
SPAULDING AND SLYE INVESTMENTS
SPERBER DENENBERG & KAHAN, P.C.
SUNSET PARK HOLDINGS, LLC
TERRA CAPITAL PARTNERS, LLC
THE BANK OF EAST ASIA LIMITED
THE BANK OF NEW YORK MELLON
THE MANUFACTUERS LIFE INSURANCE COMPANY
TPL PROPERTY OWNER, L.P.
TRINITY HUDSON HOLDINGS, LLC
UNION SQUARE ASSOCIATES, LLC
USBC MORTGAGE LENDER, L.L.C.
VBG 990 AOA LLC
VINSON & ELKINS LLP
WALBER 419 COMPANY LLC AND 419 PARK
AVENUE SOUTH ASSOCIATES LLC
WALSAM 130 MAD LLC
WAR HORSE GOLDEN GATE LLC
WARSHAW BURSTEIN, LLP
WELLS FARGO BANK
WELLS FARGO BANK, N.A.
WELLS FARGO BANK, NATIONAL ASSOCIATION
WEST 18TH STREET VENTURE, LLC
WEST 36 TT, LLC
WEST PENDER II LP AND OPTRUST WEST PENDER
INC. AND 1090 PENDER PROPERTIES LTD.
WESTERMAN BALL EDERER MILLER ZUCKER &
SHARFSTEIN LLP
WESTFIELD FULTON CENTER LLC
WOHL LOEWE STETTNER FABRICANT & DEITZ P.C

**Litigation**

1814 Franklin Investors, LLC
2420 17th Street LLC
260-261 Madison Avenue LLC
400 California, LLC
AL 511 West 25th Street Owner, LLC
Alejandro Jimenez
Alex Olivera Arteaga
Alexander Depaz
Alexandria Fitzgerald
Angel Javier
Angel Tipan
Apollo Green
Arlin G. Sanchez Montilla
Bardhul Myftari
Bastion Collective
Bastion Elevate LLC
Bastion Rare, LLC
Bernardo Castro
Bersi Rodriguez
Bisera Nikocevic
BOBAK EMAMIAN
Brittney Smith
Butrim Hoti
Carlos Ruiz Jr
City of Detroit
Cognovi Labs, Inc.
CP1875 K Street LLC
CR-Chicago 125 South Clark Street LLC

Cristhian Mariduena
CT021 Acquisitions II LLC
CTO Realty Growth, Inc.
Darwin Campoverde
Department of the Treasury Internal Revenue Service
DEVON GEORGE
Deysi Barzallo
Douglas Avellaneda
Douglas Chertok
DP LEASEHOLD (ILLINOIS), LLC
DWF
Emmanuel Lopez Veras
Enrique Guanga
Express, LLC
FEDERAL INSURANCE CO./CHUBB
FEDERAL INSURANCE COMPANY
Felix Ronaldo Moraga
Fernando Melgarejo
Fernando Tiburcio
Fintan Mckenna
Freddy Alvarez
Genry Jarol Gil Castro
George Adams
GEORGE INVESTMENT PARTNERS LP
GIRALDA PB, LLC
GW PROPERTY SERVICES LLC
HASSAN EMAMIAN
Hector Villegas
Heidi Bogdan
Horacio Luciano Alonso Cortes
Hugo Torres
Indigo Group Inc
Jaime Chango
James Wonhof
Jamiyla Ruiz
JC Elite Construction Services, LLC
John Walsh
Jorge P. Bravo
Jose Barcia
Jose Lopez Loja
Jose Polanco
KBSIII LEGACY TOWN CENTER, LLC
Lakeshore Land Lessee Pt LLC
Laurel Hilbert
Luis Enrique Ponce Canelas
MA-100 SUMMER STREET OWNER, LLC
MADISON CENTRE, LLC
Maria Lourdes Perez
MCP Hub I Property, LLC
Melissa McCaig-Wells
Michael Demasi
Michael Miller
Michael Wells
Mikie Valdez
MIKOMA ELECTRIC LLC
NATIONAL UNION FIRE INS CO. / AIG
NATIONAL UNION FIRE INS CO/AIG
NATIONWIDE
NEW ANGEL CAPITAL, LLC
Parkmerced Investors, LLC
PHILADELPHIA INDEMNITY INSURANCE
COMPANY

16

Q Globe
RED DEVELOPMENT
Reyna Amaya
Ricardo Solorzano
Robert D Becker
Robert Hall
ROYAL & SUN ALLIANCE INSURANCE COMPANY
OF CANADA
Ryan Hertich
Sarah Austin
SEC Enforcement Division
Sergio Ramirez
SHAREHOLDER REPRESENTATIVE SERVICES LLC
Shirley Guzman
Sonlly Arredondo
SUNSET NORTH, LLC
Susan C Warnock
The Law Offices of Michael S. Lamonsoff
Thirteenth Floor Group LLC
TPL Property Owner, L.P.
United States Attorney General, Southern District of New
York
United States Securities and Exchange Commission
Warhorse Golden Gate, LLC

**Noteholders**

BLACKROCK
BRIGADE CAPITAL MANAGEMENT
CAPITAL GROUP (THE CAPITAL GROUP
COMPANIES, INC.)
CUPAR GRIMMOND, LLC
KING STREET CAPITAL, L.P.
SCULPTOR SC II, LP
SILVER POINT CAPITAL

**Payment Processor**

ADYEN N.V.
CYBERSOURCE
STRIPE, INC

**Surety Bonds**

ARGONAUT INSURANCE COMPANY
ASPEN AMERICAN INSURANCE COMPANY
NATIONWIDE
PARTAGE EMPREENDIMENTOS E PARTICIPACOES
LTDA.
PHILADELPHIA INDEMNITY INSURANCE
COMPANY
SEOUL GUARANTEE INSURANCE COMPANY
T-C 4TH & MADISON LLC
THE CHUBB CORPORATION
TOKIO MARINE HCC
TSSP, LLC
VGB 990 AOA LLC
WASSERSTEIN ENTERPRISES LLC

**Taxing Authorities**

ALAMEDA COUNTY ASSESSMENT APPEALS
BOARD
ALAMEDA COUNTY TAX COLLECTOR
ARIZONA DEPARTMENT OF REVENUE
ARLINGTON COUNTY TREASURER
AZ PRIVILEGE USE RETURN TPT-2
BOULDER COUNTY TREASURER
CA ST LOC DIST SALES USE CDTFA- 401-A
CCSF
CANADA REVENUE AGENCY
CHICAGO DEPARTMENT OF FINANCE - TAX
DIVISION
CITY AND COUNTY OF DENVER
CITY AND COUNCIL OF SAN FRANCISCO
CITY OF ATLANTA
CITY OF BELLEVUE
CITY OF BERKELEY
CITY OF BEVERLY HILLS
CITY OF BOSTON
CITY OF BURBANK
CITY OF CALGARY
CITY OF CAMBRIDGE
CITY OF CHICAGO
CITY OF CORAL GABLES
CITY OF COSTA MESA
CITY OF CULVER CITY
CITY OF DECATUR
CITY OF DETROIT
CITY OF EL SEGUNDO
CITY OF EMERYVILLE
CITY OF GLENDALE
CITY OF KANSAS CITY
CITY OF MANHATTAN BEACH
CITY OF MIAMI
CITY OF MIAMI BEACH
CITY OF MOUNTAIN VIEW
CITY OF OAKLAND
CITY OF PASADENA
CITY OF PHILADELPHIA
CITY OF PORTLAND
CITY OF PORTLAND - REVENUE DIVISION
CITY OF SACRAMENTO
CITY OF SAINT LOUIS
CITY OF SANDY SPRINGS
CITY OF SEATTLE
CITY OF TORONTO REVENUE SERVICES
CITY OF WEST HOLLYWOOD
CLARK COUNTY, NV
CO RETAIL SALES TAX RETURN DR0100
CO RETAILERS USE TAX RETURN DR0173
CO-BOULDER SALES USE TAX RETURN
CO-DENVER OCCUPANCY TAX
COLLIN COUNTY TAX ASSESSOR-COLLECTOR
COLORADO DEPARTMENT OF REVENUE
CONTRA COSTA COUNTY TAX COLLECTOR
CORAL GABLES
COUNTY OF FAIRFAX
DALLAS COUNTY TAX ASSESSOR / COLLECTOR
DALLAS COUNTY UTILITY AND RECLAMATION
DISTRICT
DAVIDSON COUNTY CLERK
DC DEPARTMENT OF REGULATORY

DC SALES USE TAX RETURN FR-800 M
DEKALB COUNTY TAX COMMISSIONER
DEPARTMENT OF CODE COMPLIANCE SERVICES
DISTRICT OF COLUMBIA OFFICE OF TAX AND
REVENUE
DISTRICT OF COLUMBIA
DISTRICT OF COLUMBIA TREASURER
DURHAM COUNTY TAX COLLECTOR
DUTCH TAX AUTHORITY
FL SALES USE TAX RETURN DR-15
FLORIDA DEPARTMENT OF REVENUE
FORSYTH
FORSYTH COUNTY OFFICE OF TAX
COMMISSIONER
FRANCHISE TAX BOARD - STATE OF CALIFORNIA
FULTON COUNTY TAX COMMISSIONER
GA SALES USE TAX REPORT ST-3
GREGORY F.X. DALY COLLECTOR OF REVENUE
(PERSONAL PROPERTY TAX, CITY OF ST. LOUIS)
HARRIS COUNTY TAX OFFICE
HILLSBOROUGH COUNTY
HILLSBOROUGH COUNTY TAX COLLECTOR
IL SALES USE TAX RETURN E911 ST-1
INTERNAL REVENUE SERVICE
IRVING ISD TAX ASSESSOR - COLLECTOR
JACKSON COUNTY COURTHOUSE
KING COUNTY TREASURY
LEHI CITY
LONG BEACH
LOS ANGELES COUNTY TAX COLLECTOR
MA SALES USE TAX RETURN ST-9
MARICOPA COUNTY TREASURER
MARIN COUNTY CENTRAL COLLECTIONS
MARYLAND STATE DEPARTMENT OF
ASSESSMENTS AND TAXATION
MD SALES AND USE TAX RETURN FORM 202
MECKLENBURG COUNTY TAX COLLECTOR
MI SALES USE WITHHOLDING 5080 (THE 20TH)
MIAMI DADE
MIAMI-DADE COUNTY - STATE OF FLORIDA
MINNESOTA DEPARTMENT OF REVENUE
MN SALES USE TAX RETURN ST-1
MO CONSUMERS USE TAX RETURN 53-C
MONTGOMERY COUNTY TAX ASSESSOR –
COLLECTOR
MONTREAL, QUEBEC
MULTNOMAH COUNTY TAX COLLECTOR
NC SALES AND USE TAX RETURN E-500
NEW JERSEY DIVISION OF TAXATION
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
NEWPORT BEACH
NJ SALES USE TAX RETURN ST-50 (Q) ST-51 (M)
NORTH CAROLINA DEPARTMENT OF REVENUE
NV COMBINED SALES USE TAX RETURN ST-18
NYC DEPARTMENT OF FINANCE
NYS DEPARTMENT OF TAXATION AND FINANCE
NYS SALES TAX PROCESSING
OH UNIVERSAL USE TAX RETURN UUT-1
OH UST-1 SALES
ORANGE COUNTY TREASURER - TAX COLLECTOR
OREGON DEPARTMENT OF REVENUE

PA SALES USE HOTEL TAX PA-3
PALO ALTO
PRINCE GEORGE'S COUNTY, MD
REVENUE DIVISION - METRO SHS TAX
SALT LAKE CITY CORPORATION
SALT LAKE COUNTY ASSESSOR'S OFFICE
SAN DIEGO COUNTY TREASURER-TAX
COLLECTOR
SAN FRANCISCO TREASURER & TAX COLLECTOR
SAN FRANCISCO TREASURER AND TAX
COLLECTOR
SAN JOSE
SAN MATEO COUNTY TAX COLLECTOR
SAN RAMON
SANTA CLARA COUNTY DEPARTMENT OF TAX
AND COLLECTIONS
SANTA MONICA FINANCE DEPARTMENT
SEATTLE
STATE OF DELAWARE
STATE OF ILLINOIS DEPARTMENT OF REVENUE
STATE OF OHIO
STATE OF WASHINGTON DEPARTMENT OF
REVENUE
TAMPA
TENNESSEE DEPARTMENT OF REVENUE
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
THE COMMONWEALTH OF MASSACHUSETTS
THE MARIN COUNTY TAX COLLECTOR
TN SALES USE TAX RETURN RVR0000201
TRAVIS COUNTY TAX OFFICE
TREASURER, ARLINGTON COUNTY
TX SALES USE TAX RETURN 01-114
UT SALES AND USE TAX RETURN TC- 62M
UTAH COUNTY ASSESSOR'S OFFICE
UTAH STATE TAX COMMISSION
VA DEALERS SALES USE TAX ST-9
VANCOUVER - MINISTRY OF FINANCE
VILLE DE MONTREAL SERVICE DES FINANCES
VIRGINIA DEPARTMENT OF TAXATION
WA COMBINED ANNUAL EXCISE TAX RETURN
WA COMBINED MONTHLY EXCISE TAX 2406M
WA COMBINED QUARTERLY EXCISE TAX 2406Q
WA-CITY OF SEATTLE B&O TAX
WAKE COUNTY TAX ADMINISTRATION
WENDY BURGESS, TAX ASSESSOR-COLLECTOR
(TARRANT COUNTY)

**Utilities**

1156 APF LLC
ACC BUSINESS
ACCESS ONE, INC.
ACTION ENVIRONMENTAL SERVICES
ADT SECURITY SERVICES
AT&T
AT&T MOBILITY
ATMOS ENERGY
BAI CONNECT
BC HYDRO
BCN TELECOM
BEANFIELD METROCONNECT
BELL CANADA

BIN THERE DUMP THAT
BREAK IT DOWN, LLC
CABLEVISION LIGHTPATH
CENTURYLINK
CHARTER COMMUNICATIONS
CITY OF ATLANTA
CITY OF ATLANTA, GA-DEPT OF WATERSHED MG
CITY OF AUSTIN, TX
CITY OF BERKELEY, CA
CITY OF BEVERLY HILLS, CA
CITY OF DALLAS, TX
CITY OF MCKINNEY, TX
CITY OF MIAMI BEACH, FL
CITY OF MOUNTAIN VIEW, CA
CITY OF PALO ALTO UTILITIES, CA
CITY OF PORTLAND, OR
CITY OF SANTA MONICA, CA
COGENT CANADA, INC.
COGENT COMMUNICATIONS
COGENT WASTE SOLUTIONS
COLUMBIA GAS OF OHIO
COMCAST
COMED
COMMONWEALTH EDISON COMPANY
COMPOSTNOW INC
CON EDISON
COX BUSINESS
COX COMMUNICATIONS
CROWN CASTLE FIBER LLC
DATAVERGE
DIRECT ENERGY/NRG
EBS-ENERGY BILLING SERVICE
ELLUMNET
ENGIE RESOURCES
ENWAVE ENERGY CORPORATION
EVERSOURCE ENERGY
EVERSTREAM
FILCO CARTING CORP
FIRST-CITIZENS BANK & TRUST
FIRSTDIGITAL
FPL - FLORIDA POWER & LIGHT COMPANY
FUSION
FUSION DATA SERVICES, LLC
GEORGIA NATURAL GAS
GEORGIA POWER
GRANITE TELECOMMUNICATIONS
GTT COMMUNICATIONS, INC
HOTWIRE COMMUNICATIONS
HUDSON ENERGY SERVICES LLC
INDUSTRIAL CARTING
JUST ENERGY
KBSIII 201 SPEAR STREET LLC
KELLTECH SYSTEMS
KINGS III OF AMERICA, INC.
LEVEL 3 COMMUNICATIONS LLC
LOGIX FIBER NETWORKS
LOS ANGELES DEPT OF WATER & POWER
LS2 OFFICE
MCI COMM SERVICE
METTEL
MIDAMERICAN ENERGY
MONKEYBRAINS ISP

MSI HOLYOKE LLC
NITEL, INC
NV ENERGY /30150 SOUTH NEVADA
NYC WATER BOARD
OPTICAL COMMUNICATIONS GROUP
PACIFIC GAS & ELECTRIC
PACIFIC POWER-ROCKY MOUNTAIN POWER
PECO (FORMERLY PHILADELPHIA ENERGY
COMPANY)
PEOPLE'S GAS
PEPCO (POTOMAC ELECTRIC POWER COMPANY)
PINNACLE SUSTAINABILITY SOLUTIONS, INC
PROVIDENT ENERGY MANAGEMENT
QWEST/CENTURYLINK
RCN CORPORATION
RECYCLE TRACK SYSTEMS INC
RELIANT ENERGY SOLUTIONS/NRG
REPUBLIC SERVICES
RE-STREAM WASTE MANAGEMENT
ROYAL WASTE SERVICES INC
RWS FACILITY SERVICES
SEA07-1099 STEWART ST
SHAW BUSINESS
SHAW CABLE
SILVERIP COMMUNICATIONS
SKYWIRE NETWORKS
SOHONET INC
SOUTHERN CALIFORNIA EDISON
SOUTHERN CALIFORNIA GAS (THE GAS CO.)
SOUTHWEST GAS
SPARKLIGHT
SPECTRUM BUSINESS
TELUS SERVICES
TEXAS GAS SERVICE
THE JUNKLUGGERS OF NYC
TORONTO HYDRO ELECTRIC SYSTEM
TORONTO WATER & SOLID WASTE MGMT SVCS
TXU ENERGY
UNITED WORLD TELECOM
UNIVERSITY OF MARYLAND
VERIZON
VERIZON WIRELESS
WASHINGTON GAS
WASTE CONNECTIONS LONE STAR
WASTE CONNECTIONS LS
WASTE CONNECTIONS OF FLORIDA
WASTE CONNECTIONS OF NEW YORK INC
WASTE MANAGEMENT, INC.
WATER SYSTEMS INC.
WAVE BROADBAND
WILINE NETWORKS INC
WYSE METER SOLUTIONS INC
XCEL ENERGY
ZAYO CANADA INC
ZAYO GROUP LLC
ZRACE COMMUNICATIONS

**Vendors**
10 EAST 38TH STREET COMPANY, LLC
100 SUMMER OWNER LLC
1001 DOMINION SQUARE MANAGEMENT INC.
1001 WEBWARD LLC

101 NORTH FIRST AVE LLC
1090 PENDER PROPERTIES LTD. (C/O BENTALL
KENNEDY (CANADA) LIMITED PARTNERSHIP)
11 PARK PLACE ASSOCIATES (DBA 11 PARK PLACE
LLC)
1-10 BUSH TERMINAL OWNER LP
110 WALL STREET L.P.
1100 15TH STREET LLC
111ORD LLC (INACTIVE)
1156 APF LLC
12 INTERACTIVE, LLC (DBA PERKSPOT)
(INACTIVE)
120 EAST 16TH STREET CO. LLC
1201 TAB OWNER, LLC
1305 2ND STREET SM, LLC
130W42 OPCO LLC
131 QUEEN STREET LIMITED (INACTIVE)
135 EAST 57TH STREET LLC
1389 PEACHTREE STREET LP
1440 BROADWAY (NY) OWNER, LLC
1450 BROADWAY MEMBER LLC
1460 LEASEHOLD SWIGHM LLC
149 FIFTH AVE. CORP.
1547 9TH LLC
1601 ELM HOLDINGS LP
1701 RHODE ISLAND INC
1711 RHODE ISLAND OWNER LLC (INACTIVE)
17-18 MANAGEMENT CO LLC
177 COLORADO OWNER LLC
1814 FRANKLIN INVESTORS, LLC
1818 ADVOCACY GROUP
183 MADISON APF LP
185 MADISON AVENUE LLC
1900 MCKINNEY HARWOOD LLC
195 MONTAGUE OWNER, LLC
1LIFE HEALTHCARE, INC. (DBA ONE MEDICAL)
2 NINTH AVENUE PARTNERS, LLC
200 PORTLAND ST, LLC
2000 SIERRA POINT PARKWAY LLC
2015 MAIN PARTNERSHIP
2015 SHATTUCK LLC
221 W. 6TH STREET (TX) OWNER, LLC
2211 MICHELSON HOLDINGS, LLC
2221 PARK PLACE PARTNERS LLC
2500 CITYWEST JV, LLC
2500 CITYWEST REIT, INC.
255 SOUTH KING STREET LIMITED PARTNERSHIP
2571540 ONTARIO INC O/A SERVPRO OF BARRIE
2600 CR, LLC
270B METROPOLITAN SQUARE LLC
2755 CANYON BOULEVARD LLC
2783069 ONTARIO INC - NICKNICHE CREATIVE
STUDIOS
29 WEST MANAGER, LLC
3000 S ROBERTSON PROPERTY OWNER LLC
31 TALENT, LLC
332 PROPERTY, LLC C/O U.S. REALTY
MANAGEMENT COMPANY, LLC (INACTIVE)
34 SOUTH 11TH STREET LP
340 BRYANT STREET LLC (INACTIVE)
3400 PROPERTY LLC
349 5TH AVENUE LLC (INACTIVE)

360 DG LLC (DBA 360 DESTINATION GROUP)
385 FIFTH AVENUE LLC
400 CALIFORNIA, LLC
400 SPECTRUM HOLDINGS LLC
401 FRANKLIN SOUTH, LTD
4044 BONHAM STRAND TENANT LIMITED
408 BWAY REALTY LLC
420 LINCOLN ROAD DEVELOPMENT LLC (DBA
PARK@420)
4282639 CANADA INC. (DBA NAI TERRAMONT
COMMERCIAL)
430 PARK AVENUE COMPANY LLC (DBA PARK 430
OPERATING COMPANY LLC)
44 WALL STREET HOLDINGS, LP
448 NORTH LASALLE, LLC
460 PARK AVE S ASSOCIATES
490 LOWER UNIT LP
500 FIFTH AVENUE (NEW YORK) LLC
500-512 SEVENTH AVENUE L.P.
515 FOLSOM STREET LLC
524 BROADWAY COMPANY, L.P. (INACTIVE)
54 WEST 40TH REALTY LLC
546 FIFTH OWNER LLC (INACTIVE)
550 STEWART ACQUISITION LLC (DBA 145 HF
REALTY ASSOCIATES)
575 LEX PARENT, LLC (DBA 575 LEX PROPERTY
OWNER)
599-6 LLC
600 B STREET SAN DIEGO OWNER LLC
600 CALIFORNIA JV HOLDCO LLC (DBA 600
CALIFORNIA OWNER LLC)
6001 CASS LLC
601 CONGRESS LP
601 METROPOLITAN SQUARE LLC
609 PARTNERS LLC (DBA 609 OFFICE UNIT OWNER
LLC) (INACTIVE)
625 MASS AVE OWNER, LLC
655 NEW YORK LLC
6E 32 FEE OWNERS LLC
6SENSE INSIGHTS, INC. (DBA 6SENSE)
711 ATLANTIC AVENUE COMPANY LLC
725 PONCE OFFICE, LLC (INACTIVE)
731 SANSOME, LLC (INACTIVE)
7801 BURNET ROAD LP
79 MADISON LLC
80 STRAND STREET JOINT VENTURE (INACTIVE)
800 N HIGH INVESTMENTS LLC
801 BARTON SPRINGS OWNER LLC
84CODES AB ( DBA CLOUDAMQP )
85 BROAD STREET PROPERTY OWNER, LLC
881 PEACHTREE STREET, LLC
9044-1866 QUEBEC INC (DBA FUT IDEAL)
99 CHAUNCY STREET, INC. (INACTIVE)
A PLUS TYPE INC.
A PRIORI INTERNATIONAL, LLC
A&G REALTY PARTNERS
A. SANTINI STORAGE CO. OF NJ, INC. (DBA A.
SANTINI MOVING & STORAGE CO.)
A.M. CABINETS INC.
A.W. & S. CONSTRUCTION CO., INC. (DBA
ALEXANDER WOLF & SON) (INACTIVE)
A.W. SHARED WORK SPACES LTD

AAA COMPLETE BUILDING SERVICES, INC. (DBA COMPLETE BUILDING SERVICES) (INACTIVE)
AAA NORTHEAST
AB 40TH STREET, LLC
AB METRO PROPERTIES LTD / STATION SQUARE 4670 ASSEMBLY LP
ABBC - AZEVEDO NEVES, BENJAMIN MENDES, CARVALHO E ASSOCIADOS SP RL (DBA DLA PIPER ABBC)
ABC PEST CONTROL OF DFW INCE
ABEL'S FINE FURNITURE MOVERS
ABLE REAL ESTATE USA INC
ABM INDUSTRY INC (DBA ABM PARKING SERVICES)
ABM JANITORIAL SERVICES NEAST INC
ABNER PROPERTIES COMPANY
ABRAHAM TALASSAZAN
ABS 145 LLC (INACTIVE)
AC DAVIS SIGN & IMAGING LLC
ACACIA NPU, INC. (DBA CATER2.ME)
ACC BUSINESS
ACCENT DISTRIBUTING, LLC
ACCENTURE INTERNATIONAL LIMITED
ACCENTURE LLP
ACE FIRE AND SECURITY SYSTEMS LIMITED
ACE PARKING MANAGEMENT, INC.
ACE SIGN CO.
ACG ADVOCACY LLC
ACME CONSTRUCTION SUPPLY CO INC
ACQUIOM CLEARINGHOUSE LLC
ACRES BROKERAGE, LLC
ACTIVAIRE LLC
ACTIVAIRE STUDIO LLC (HOLD)
ACTUALIZE CONSULTING LLC
ADAM SORENSEN (INACTIVE)
ADAMS & COMPANY REAL ESTATE, LLC
ADMINISTRATION DES CONTRIBUTIONS DIRECTES
ADP
ADP STREAMLINE BV
ADS WW SPV
ADVANCED ENVIRONMENTAL CORP
ADVANCED PARKING SYSTEMS
ADVANCED SPORTS MEDIA, LLC
ADVENT SYSTEMS, LLC (DBA ALLIED UNIVERSAL TECHNOLOGY SERVICES) (INACTIVE)
ADVISER COMPLIANCE ASSOCIATES, LLC (DBA ACA COMPLIANCE GROUP)
ADVISORS REAL ESTATE CALIFORNIA, INC (DBA COLDWELL BANKERS COMMERCIAL ADVISORS) (HOLD)
ADYEN N.V.
AEC INTERNATIONAL SERVICES S.A.
AETNA LIFE INSURANCE
AETNA LIFE INSURANCE COMPANY
AFA PROTECTIVE SYSTEMS, INC.
AFCO CREDIT CORPORATION
AFFINITY BUILDING SOLUTION LLC
AFIAA 125 WEST 25TH STREET, LLC
AG OC PORTFOLIO,L.P. (DBA REDSTONE OWNER,L.P.)
AGERA ENERGY

AGILEBITS, INC. (DBA 1PASSWORD)
AG-LC WARNER CENTER PHASE IV OWNER, L.P.
AGRE WILLIAMS SQUARE HOLDINGS LLC
AHMED BADR
AHRC NYC NEW PROJECTS, INC
AIR AROMA USA DIST LLC (INACTIVE)
AIR STREAM AIR CONDITIONING CORP (INACTIVE)
AIRGAS USA, LLC (INACTIVE)
AIRWALK PROPERTIES LLC
AKERMAN LLP
AKF ENGINEERS LLP (INACTIVE)
AKORDA CORPORATION
AL 511 WEST 25TH STREET INVESTMENTS, LLC (DBA AL 511 WEST 25TH STREET OWNER, LLC)
ALAMEDA COUNTY ASSESSMENT APPEALS BOARD
ALAMO PEST MANAGEMENT
ALAN MARGOLIN & ASSOCIATES CONSULTING ENGINEERS AND ARCHITECTS D.P.C (INACTIVE)
ALEKSANDR MANOKHIN
ALEMAN, CORDERO, GALINDO & LEE
ALEMAN, CORDERO, GALINDO & LEE
ALEPH E.S MANAGEMENT COMPANY LTD
ALEXANDER KOSTURA
ALEXANDRE SULTAN
ALFRED ARISTA ETANNTYO
ALGOLIA, INC
ALI SERAG EL-DIN
ALINE KIM
A-LIST MEDIA LLC
ALL EARS AB
ALLIED HEATING AND AIR CONDITIONING CO., INC.
ALLOFFICECENTERS GMBH
ALLSET, INC.
ALMA L ZARAGOZA-PETTY
ALPHA GLASS AND MIRROR
ALT+CO LLC
ALTERYX, INC.
ALTUS GROUP U.S. INC
ALVAREZ & MARSAL HOLDINGS, LLC
ALVAREZ & MARSAL TRANSACTION ADVISORY GROUP LLC
ALVAREZ & MARSAL VALUATION SERVICES, LLC
ALVAREZ & MARSAL VALUATION SERVICES, LLC (INACTIVE)
ALVAREZ & MARSAL, LLC
AMANDA A. VILLAROSA
AMAURYS ALMANZAR
AMAZON CANADA FULFILLMENT SERVICES ULC
AMAZON WEB SERVICES, INC.
AMAZON.CA
AMAZON.COM, INC.
AMCO 120 WT HOLDINGS, LLC (DBA AMCO 120 WEST TRINITY, LLC)
AMELIA POAMZ
AMERICAN AIRLINES, INC
AMERICAN ASSETS TRUST, LP (DBA AAT LLOYD DISTRICT OREGON SQUARE)
AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA

AMERICAN CITY BUSINESS JOURNALS, INC. (DBA WASHINGTON BUSINESS JOURNALS IS A PUBLICATION OF AMERICAN CITY BUSINESS JOURNALS, INC.)
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. (DBA AMERICAN EXPRESS)
AMERICAN FIRE PROTECTION GROUP INC
AMERICAN INTERNATIONAL EXPORTS (INACTIVE)
AMERICOM INC
AMERIPARK, LLC
AMPAIR PTY LTD
AMPLITUDE, INC.
AMY WICK MARKETING/COMMUNICATIONS, LP
ANAPLAN, INC.
ANASTASIA DYAKOVSKAYA
AND SO SHE THINKS LTD
ANDERSON MORI & TOMOTSUNE
ANDREA L MURAD (DBA A.M. MEDIA WORKS, INC.)
ANDREA STOWE
ANDREW G KELLY
ANDREW MONTAGUE
ANGELA SIMMS (HLYNBA)
ANGELICA FREY
ANGUS SYSTEMS GROUP INC
ANIXTER CANADA INC.
ANIXTER CANADA INC. (NON-PUNCHOUT)
ANIXTER INC.
ANIXTER INC.
ANN HARRIS BENNETT
ANNA DIMOND
ANNA GOODSON MANAGEMENT INC
ANNEX ALE PROJECT
ANP ATELIER & ASSOCIATES LTD
ANTONIO MUSILLAMI
ANYBILL FINANCIAL SERVICES INC
ANYWHERE REAL ESTATE INC.
AON CONSULTING INC (DBA RADFORD)
APELINC LANDSCAPE SERVICES, INC.
APEX ANALYTICS HOLDING CORPORATION (DBA APEX ANALYTIX, LLC)
APEX FACILITY RESOURCES, INC.
APEX REAL ESTATE PARTNERS
APF 28 W 44 OWNER LP
APIFIA, INC. (DBA MAVRCK)
APNIC PTY LTD
APPEXTREMES, LLC (DBA CONGA)
APPLE RIDGE FUNDING LLC (INACTIVE)
APPROVED OIL COMPANY OF BROOKLYN INC.
APPSFLYER INC.
APPZEN, INC
AQUILA COMMERCIAL, LLC
ARAG NORTH AMERICA ( DBA ARAG LLC )
ARAMARK SERVICES, INC (DBA ARAMARK REFRESHMENT SVCS, LLC) (INACTIVE)
ARCGATE
ARCHITECTURAL SURFACE RESTORATION
AREP OHG BROADWAY INVESTMENTS, LLC (DBA 520 BROADWAY OWNER, LLC)
ARGON PROPS
ARGUS SOFTWARE INC.

ARI JACOBOVITZ
ARI MATITYAHU
ARIZONA DEPARTMENT OF REVENUE
ARLINGTON COUNTY TREASURER
ARMSTRONG TRANSFER & STORAGE CO. INC (DBA ARMSTRONG RELOCATION)
ARNALL GOLDEN GREGORY LLP
ARNOLD L LERNER (DBA LERNER + ASSOCIATES ARCHITECTS)
ARPER USA, INC.
ARSENAL COMMUNICATIONS, INC (DBA ARSENAL NEW YORK)
ART IS LOVE, LLC
ARTICULATE GLOBAL, INC.
ARTLIFTING PBC (DBA ARTLIFTING)
ARTOGRAFX, INC.
ARTURO TORRES
ARUP CANADA INC. (INACTIVE)
ARUP NORTH AMERICA LTD
ARUP USA INC.
ARYAKA NETWORKS INC
ASANA PARTNERS FUND III REIT 1 LLC
ASANA PARTNERS SELECT RETAIL FUND, LP (DBA AP VICTORY PARK, LP)
ASANA, INC.
ASCENSION COFFEE ROASTERS LP
ASCENSOS LTD
ASHWELL LONDON REAL ESTATE LTD
ASIAN MENTAL HEALTH COLLECTIVE
ASK OFFICIO UK LTD
ASPOSE PTY LTD
ASSA ABLOY ENTRANCE SYSTEMS US INC.
ASSURED PARTNERS OF TEXAS, LLC
AT&T
ATEESH CHAND PERSONAL REAL ESTATE CORPORATION
ATI RESTORATION, LLC
ATLAN INC.
ATLANTIC 30 WALL TENANT LLC (INACTIVE)
ATLANTIC PRODUCTION CENTER LLC
ATLANTIS SERVICES INC
ATLAS SIGN INDUSTRIES OF FLA LLC
ATLAS STARK HOLDINGS, LLC
ATLASADVANCEMENT, INC.
ATRIUM STAFFING
ATTENTIVE MOBILE INC.
AUDIO VIDEO GALERIE MGMT INC.
AUDITBOARD, INC.
AUS10 DEVELOPMENT LTD
AUSTIN 316 OWNER, LP (INACTIVE)
AUSTIN OFFICE SPACE, INC.
AUSTIN PROFESSIONAL CLEANING SERVICES
AUTH0, INC
AUTOMATED BUILDING MANAGEMENT SYSTEMS, INC
AUTOMATED SYSTEMS DESIGN, INC.
AVICOR CONSTRUCTION INC
AVISON YOUNG - CHICAGO LLC
AVISON YOUNG - NEW ENGLAND LLC
AVISON YOUNG - NORTHERN CALIFORNIA, LTD. (DBA AVISON YOUNG)
AVISON YOUNG - SOUTHERN CALIFORNIA, LTD.

AVISON YOUNG (USA) INC.
AVISON YOUNG (USA) INC.
AVISON YOUNG COMMERCIAL REAL ESTATE
(ONTARIO) INC. (DBA AVISON YOUNG)
AVISON YOUNG COMMERCIAL REAL ESTATE
SERVICES, LP
AVISON YOUNG USA INC. (DBA AVISON YOUNG -
NORTH CAROLINA, LLC)
AW RESTORATION, INC. (DBA SERVPRO)
AXIOM GLOBAL, INC.
AYESHA WHYTE
B&H PHOTO-VIDEO
BACKUPIFY, INC
BAHA INDUSTRIES CORP
BAIN & COMPANY INC (DBA BAIN & COMPANY)
BAKER & MCKENZIE
BAKER & MCKENZIE ABOGADOS, S.C.(DBA BAKER
& MCKENZIE)
BAKER & MCKENZIE LLP
BALDOR SPECIALTY FOODS, INC.
BALDOR SPECIALTY FOODS, INC. DC
BALDOR SPECIALTY FOODS, INC. NYC/PHL
BALLARD SPAHR LLP
BAM WW SPV I LP.
BARBARA BISHOP LAW PLLC
BARCLAYCARD COMMERCIAL
BARREDA MOLLER S. CIVIL DE R.L.
BARRY DAVID SEGAL
BARTH - GROSS ELECTRIC CO., INC.
BASSETT FURNITURE
BATELIER SAS ( NON-POUNCH-OUT ) (HOLD)
BATELIER SAS (HOLD)
BAY AREA INSTALLATIONS INC
BBG ASSESSMENTS, LLC (INACTIVE)
BBSPRO SERVICES INC. (INACTIVE)
BCAL 44 MONTGOMERY PROPERTY LLC
BCAL II, LLC (DBA BCAL 655 MONTGOMERY
PROPERTY LLC) (INACTIVE)
BCAL MET PARK PROPERTY LLC (INACTIVE)
BCAL, LLC (DBA BCAL GATEWAY PROPERTY LLC)
BCP SPECIAL OPPORTUNITIES FUND II CAYMAN
LTD.
BCSP 330 NORTH WABASH CO-INVESTMENT JV
BCSP 515 NORTH STATE STREET LLC
BCSP 8 600 HOLDINGS LLC
BCSP 8 INVESTMENTS, L.P (DBA BCSP CIRCA
PROPERTY LLC)
BCSP CROSSROADS HOLDING LLC (DBA BCSP
CROSSROADS PROPERTY LLC)
BCSP DENVER PROPERTY LLC
BDN 1900 MARKET OWNER, L.L.C.
BDO USA, LLP
BEACON HILL STAFFING
BECKWITH ELECTRONIC SYSTEMS, LLC
(INACTIVE)
BEELINE.COM, INC.
BEER WORX INCORPORATED
BELASTINGDIENST
BELASTINGDIENST APELDROORN
BELL TECHLOGIX
BELLEVUE PLACE OFFICE, LLC

BELVEDERE PLACE JV LLC (DBA BELVEDERE
PLACE PROPERTY OWNER LLC)
BEN MALLIN
BENCHMARK COMMERCIAL REAL ESTATE
SERVICES
BEND GOODS, LLC (INACTIVE)
BERGER ENGINEERING COMPANY
BERKELEY RESEARCH GROUP, LLC
BERKLEY INSURANCE COMPANY (DBA VELA
INSURANCE SERVICES)
BERNARD NICKELS, INC (DBA BERNARD NICKELS
& ASSOCIATES) (INACTIVE)
BERNELM, LLC
BERRIOS INVESTMENT GROUP
BESPOKE COMMERCIAL REAL ESTATE
BESTMARK NATIONAL LLC
BETA AGENCY INC.
BETHANY SMITH
BETTERCLOUD
BEVERAGE CONTROL, INC. (DBA BEVERAGE
CONTROL)
BEVERLY AND COMPANY, INC
BEVERLY HILLS GATEWAY, LP (INACTIVE)
BEYONDTRUST CORPORATION
BH CENTRE HEAD CORP.
BHC OFFICE SOLUTIONS
BHRS GROUP LLC (DBA AVALON) (INACTIVE)
BHS FOOD SERVICES SOLUTIONS
INTERNATIONAL (INACTIVE)
BIDVEST SERVICES (PTY) LTD ( DBA BIDVEST
EXECUFLORA)
BIGMARKER.COM LLC (DBA BIGMARKER)
BINGO MARKETS
BINGO MARKETS LLC
BIRDLY, INC. (DBA PLATO HQ)
BISNOW LLC
BITLY INC
BIZPROV
BIZSTRATPLAN INC
BLACK GIRLS CODE
BLACK SWAN SOCIETY (PTY) LTD (INACTIVE)
BLACKLINE SYSTEMS, INC
BLACKMON MOORING (DBA BLACKMON
MOORING OF HOUSTON) (INACTIVE)
BLACKROCK US CORE PROPERTY FUND, INC.
(DBA 2420 17TH STREET LLC)
BLACKTIP CONSULTANCY LTD
BLAKE, CASSELS & GRAYDON LLP
BLANCA COMMERCIAL REAL ESTATE, INC.
BLANK ROME LLP
BLANTYRE HOLDINGS LLC (DBA WOHIO
HOLDING INC.)
BLAVITY, INC (INACTIVE)
BLDG, LTD
BLINK MEDIA INC. (DBA BLINK CREATIVE
STUDIO)
BLOCK 23 COMMERCIAL, LLC
BLOCK YOUNGER, LLC
BLOOM DIGITAL MARKETING, INC.
BLOOM REAL ESTATE GROUP LLC
BLOOMBERG FINANCE L.P.
BLOOMBERG INC. (DBA BGOV LLC)

23

BLP ABOGADOS S.A.
BLU DOT
BLUCAR LLC (DBA COMMUTIFI)
BLUE ABACO PRODUCTIONS LLC (HOLD)
BLUE HAVEN INITIATIVE, LLC
BLUE WAVE COMMUNICATIONS LLC
BNP PARIBAS REAL ESTATE TRANSACTION
FRANCE - 52822
BNY TOWER HOLDINGS LLC
BOARDWALK OFFICE ASSOCIATES LLC
BOOKING.COM B.V.
BOSTON BUILDING WRAPS, INC (INACTIVE)
BOSTON PROPERTIES LIMITED PARTNERSHIP
BOULDER COUNTY TREASURER
BOX INC
BRADLEY LITTLE
BRAMMY GEDULD
BRANDED GROUP INC
BRANDON FARRELL
BRAXOS SECURITY SOFTWARE LLC
BREAKOUT COMMERCE, INC. (DBA GOOTEN, INC.)
BREAKWATER HOLDINGS LLC
BREEZE IT INC
BREF IV REIT II, INC. (DBA 1619 BROADWAY
REALTY LLC)
BREIT BD TRS JV LLC (DBA BREIT SLC TRS LLC)
(INACTIVE)
BRETT PETERSON (INACTIVE)
BRIAN PETERSON
BRIDGETON 995 MARKET PROPERTY LLC (DBA
BRIDGETON 995 MARKET FEE LLC) (INACTIVE)
BRIGARD & CASTRO S.A.S.
BRIGARD & URRUTIA ABOGADOS S.A.S. (DBA BU)
BRIGHT HORIZONS CHILDREN'S CENTERS LLC
(DBA BRIGHT HORIZONS)
BRISCOE BURNETT
BRITISH COLUMBIA MINISTRY OF FINANCE
BRIX CATERING & EVENTS
BROADRIDGE
BROADRIDGE INVESTOR COMMUNICATION
SOLUTIONS, INC. (DBA BROADRIDGE,
BROADRIDGE ICS, BROADRIDGE ICS, INC.)
BROADRIDGE INVESTOR COMMUNICATION
SOLUTIONS, INC. (DBA BROADRIDGE,
BROADRIDGE ICS, BROADRIDGE ICS, INC.)
BROADWAY CLIFTON PROPERTY LLC
BROADWAY CONTINENTAL CORP
BRODERICK GROUP, INC.
BROLL PROPERTY GROUP (PTY) LTD
BROOK, LLC
BROOKFIELD ANNUITY COMPANY
BROOKFIELD ASSET MANAGEMENT
REINSURANCE ADVISOR L.P.
BROWN HARRIS STEVENS RESIDENTIAL LLC.
BROWSERSTACK
BRUCE HAYMES (DBA COLEYTOWN ADVISORS,
LLC) (INACTIVE)
BSREP II SJ TOWERS LLC
BSREP LLL ORION V REIT LLC (DBA ORION V SAC
VILLAGE OFFICE PROPERTY LLC)
BUCHANAN INGERSOLL & ROONEY PC
BUGETUL DE STAT

BUILDOS LTD
BULLEY & ANDREWS LLC
BUREAU OF CUSTOMS AND BORDER PROTECTION
BUREAU VERITAS CERTIFICATION UK
BUREAU VERITAS UK LIMITED
BUSINESS OLYMPIAN GROUP PTY LTD ATF
BUSINESS OLYMPIAN GROUP TRUST
BUSINESS WIRE, INC.
BVK US VI MASTER REIT, LLC (DBA US VI 2
BRICKELL, LLC)
BW OUTFITTERS LLC (DBA TRADECRAFT
OUTFITTERS) (HOLD)
BXP MISSION 535 LP, C/O BOSTON PROPERTIES LP
BYNDER LLC
BYRNE ELECTRICAL SPECIALISTS
INCORPORATED
C&A 483 BROADWAY LLC
C-23 BUSINESS SOLUTIONS LLC
CA 5-15 WEST 125TH LLC
CAB BEDFORD LLC (HOLD)
CABINET BEAU DE LOMENIE S.C.
CAF CAF INC
CAFE NOVO COFFEE ROASTERS LLC
CALENDLY LLC
CALIFORNIA STATE TEACHERS RETIREMENT
SYSTEM
CANADA REVENUE AGENCY
CANADIAN TURNER CONSTRUCTION COMPANY
CANARY LLC
CANDIDATE, INC
CANTEEN OF CANADA LIMITED
CAPITAL CONSTRUCTORS GROUP, LLC
CAPITAL REAL ESTATE GROUP, LLC
CAPITAL REAL ESTATE GROUP, LLC (DBA
CAPITAL REAL ESTATE GROUP) (INACTIVE)
CAPITOL COMMUNICATIONS
CAPITOL VIEW JV-E
CAPRIGHT PROPERTY ADVISORS, LLC
CAPTIVATE LLC
CARBON DESIGNZ
CARBON.E LLC (INACTIVE)
CARIOLA DIEZ PEREZ-COTAPOS SPA
CARLOS VAZQUEZ (INACTIVE)
CARLYLE/CYPRESS WEST 7TH LP
CARMEN GROUP INC.
CAROLINE HOWARD
CAROLINE YI LLC
CAROLYN ROBERTS (INACTIVE)
CAROUSEL INDUSTRIES OF NORTH AMERICA, INC
CARR PROPERTIES PARTNERSHIP LP. (DBA CP 7272
WISCONSIN AVENUE L.L.C.)
CARTIER ET LELARGE INC.
CASCADE INSIGHTS, LLC
CASWELL COMMERCIAL
CATCHPOINT SYSTEMS, INC
CATHERINE SISON
CB RICHARD ELLIS-RALEIGH LLC (DBA
CBRE|RALEIGH)
CBRE
CBRE EXCELLERATE CRES (PTY) LTD
CBRE LIMITED
CBRE LIMITED

CBRE LIMITED (CANADA)
CBRE LIMITED (VANCOUVER)
CBRE, INC.
CBT-CHILDS BERTMAN TSECKARES INC
CC SPE I LLC (DBA CAPITOL CROSSING I LLC)
CCM-MP GATEWAY VENTURE, LLC (DBA
GATEWAY PROPERTY OWNER, LLC)
CCSF
CDW (DBA CDW DIRECT)
CDW (UK) LTD
CDW CANADA CORP
CDW- SOFTWARE (HOLD)
CELESTEN LP INC.
CENTENNIAL ELEVATOR INDUSTRIES, INC.
CENTRAL PLACE OFFICE,LLC
CENTRAL SECURITY GROUP - NATIONWIDE INC.
CENTURY PAINTING CORP
CESC PLAZA LIMITED PARTNERSHIP (INACTIVE)
CEVA FREIGHT LLC (INACTIVE)
CEVA INTERNATIONAL, INC (INACTIVE)
CF AUSTIN RETAIL LLC
CFGI HOLDINGS, LLC (DBA CFGI, LLC)
CFO DT IV, LLC
CHAD REALTY GROUP LLC
CHADWICK SERVICE COMPANY
CHAMBER OF COMMERCE LUXEMBOURG
CHAMBRE DE COMMERCE LUXEMBOURG
CHANDLER SIGNS HOLDINGS LLC
CHANG TSI & PARTNERS
CHARISSE MAE L. PORNEA
CHARLES RUTENBERG LLC (DBA R NEW YORK)
CHASE PAYMENTECH EUROPE LIMITED
(INACTIVE)
CHAT WITH LEADERS MEDIA, LLC
CHECKROOM COMPANY N.V. (DBA CHEQROOM)
CHI LEE
CHICAGO TITLE INSURANCE COMPANY
CHICAGOLAND CHAMBER OF COMMERCE
CHIPMAN DESIGN ARCHITECTURE INC.
(INACTIVE)
CHIPMAN MOVING & STORAGE,INC (DBA
CHIPMAN RELOCATION & LOGISTICS) (INACTIVE)
CHISHOLM PROPERTIES SOUTH BEACH INC DBA
KIMPTON SURFCOMBER HOTEL
CHORD ADVISORS, LLC
CHRIS HWANG
CHRISTIAN E. MUNOZ
CHRISTINA BERRY
CHRISTINE SCHINDEL (INACTIVE)
CHRISTOPHER BENTLEY STALEY
CHRISTOPHER CLERMONT
CHRISTOPHER GRABEK
CHRISTOPHER INVESTMENT COMPANY
CINTAS CANADA LIMITED
CINTAS CORP 101048803
CINTAS CORPORATION NO. 2 (DBA CINTAS FIRST
AID)
CIO BLOC 83, LLC
CIRCLE INTERNET SERVICES, INC. (DBA CIRCLECI)
CIRO FULL SERVICE BEVERAGE COMPANY ( PTY )
LTD
CISION US INC

CIT SOLUTIONS
CITIBANK NA
CITRIN HOLDINGS LLC (DBA CITRIN OHIO LLC)
CITRON HYGIENE US CORP
CITY AND COUNCIL OF SAN FRANCISCO
CITY AND COUNTY OF DENVER
CITY CONSTRUCTION GROUP, INC.
CITY FOOTBALL GROUP LIMITED
CITY OF AUSTIN UTILITIES
CITY OF CAMBRIDGE
CITY OF DECATUR
CITY OF DETROIT
CITY OF KANSAS CITY
CITY OF MIAMI
CITY OF MOUNTAIN VIEW
CITY OF OAKLAND
CITY OF PHILADELPHIA
CITY OF PORTLAND – REVENUE DIVISON
CITY OF SEATTLE
CITY OFFICE REIT OPERATING PARTNERSHIP, L.P.
CITY PANTRY LIMITED
CITY PARKS FOUNDATION, INC. (INACTIVE)
CITY STORAGE SYSTEMS LLC
CITZENS BANK. NA FBO ACQUIOM
CLEARINGHOUSE ESCROW CLIENTS
CIVIC CENTER OWNER, LLC
CIVIC SUDS CORPORATION
CK CHARLOTTE SUBURBAN BROKERAGE, LLC
CLA (CLIFTONLARSONALLEN LLP)
CLADIRECT PERU SA.C.(DBA CLADIRECT)
CLAREFIELD PARTNERS DC
CLARITAS ADVISORS LLC (DBA ELIZABETH
LAPUMA)
CLARIVATE ANALYTICS (COMPUMARK) INC
CLARIZEN INC
CLARK COUNTY
CLDN NY LLC
CLEARFORK RETAIL VENTURE, LLC
CLICKPOINT SOFTWARE INC. (DBA CLICKPOINT
SOFTWARE)
CLIFFE DEKKER HOFMEYR INCORPORATED
CLIFFORD DONG
CLIFFORD FISCHER & COMPANY
CLINTONS
CLIPPINGS LTD
CLOUDPAY
CLOUD PAPER, INC
CLOUDPLUS, INC. (DBA CLOUDAPP)
CL-RP 3 LLC (DBA GT RP HALCYON LLC)
CMN CALGARY INC
COASTAL CARRIERS, INC.
CODA PROJECT INC
COFCO, A HENRICKSEN COMPANY
COFENSE INC.
COFFEE CONCEPTS INC
COGENCY GLOBAL INC.
COGNIZANT TECHNOLOGY SOLUTIONS US
CORPORATION.
COINBASE, INC.
COLDWELL BANKER REALTY
COLGATE-PALMOLIVE COMPANY (INACTIVE)
COLLABORATION SQUARED LTD

COLLABORATIVE SOLUTIONS, LLC (HOLD)
COLLEEN SULLIVAN
COLLEGE PARK COWORKING LLC
COLLIERS BENNETT & KAHNWEILER LLC (DBA
COLLIERS INTERNATIONAL)
COLLIERS INTERNATIONAL (QUEBEC) INC.
COLLIERS INTERNATIONAL AUSTIN LLC
(INACTIVE)
COLLIERS INTERNATIONAL CA, INC.
COLLIERS INTERNATIONAL HOLDINGS (USA) INC.
COLLIERS INTERNATIONAL HOLDINGS (USA) INC.
COLLIERS INTERNATIONAL HOLDINGS (USA), INC.
COLLIERS INTERNATIONAL HOUSTON, INC.
COLLIERS INTERNATIONAL INTERMOUNTAIN,
LLC (DBA COLLIERS INTERNATIONAL)
COLLIERS INTERNATIONAL NEW ENGLAND LLC
(DBA COLLIERS INTERNATIONAL)
COLLIERS INTERNATIONAL-ATLANTA,LLC
COLLIERS MACAULAY NICOLLS (DBA COLLIERS
INTERNATIONAL)
COLLIERS MACAULAY NICOLLS INC. (DBA
COLLIERS INTERNATIONAL)
COLLIN COUNTY TAX ASSESSOR-COLLECTOR
COLONIAL PARKING LLC
COLONY SPECIALTY INSURANCE COMPANY
COLOR X INC (INACTIVE)
COLORADO DEPARTMENT OF REVENUE
COLTON COMMERCIAL & PARTNERS, INC.
COLUMBIA INDUSTRIAL PROPERTIES, LLC (DBA
COLUMBIA WASHINGTON EASTLAKE OFFICE,
LLC) (INACTIVE)
COLUMBIA PROPERTY TRUST INC (DBA
COLUMBIA REIT-650 CALIFORNIA LLC)
COLUMBIA PROPERTY TRUST INC (DBA WELLS
REIT II - 80 M STREET, LLC)
COLUMN COMMERCIAL PARTNERS LLC
COMCAST HOLDINGS CORPORATION
COMFORT TEMPERATURE ZONE
COMMERCIAL INFRASTRUCTURE CABLING, INC.
COMMERCIAL LOCK SERVICES INC
COMMERCIAL PROPERTY CONSULTANTS
COMMERCIAL REAL ESTATE BROKERAGE
ASSOCIATION OF GREATER WASHINGTON, DC
COMMERCIAL REAL ESTATE DECISIONS LLC
COMMERCIAL RELOCATION GROUP, INC.
COMMISSARY AT 1217 MAIN
COMMODORE BUILDERS
COMMON DESK INC.
COMMON DESK OPERATIONS, LLC
COMMONWEALTH JOE LLC (INACTIVE)
COMMUNICATION TECHNOLOGY SERVICES, LLC
COMMUNICATIONS ELECTRONICS SYSTEMS LLC (
DBA COMMUNICATIONS ELECTRONICS)
COMNET COMMUNICATIONS LLC
COMPASS
COMPASS GROUP USA, INC (DBA FLIK
INTERNATIONAL)
COMPASS GROUP USA, INC.
COMPASS GROUP USA, INC.
COMPASS LEXECON, LLC (INACTIVE)
COMPENSIA, INC.
COMPINTELLIGENCE, INC. (INACTIVE)

COMPLETE LANDSCULPTURE OF TEXAS LP
COMPLETE SERVICES NYC CORP.
COMPONENTLAB INC., DBA OUTREACH
COMPSTAK, INC.
COMPTROLLER OF MARYLAND
CON EDISON
CONDUCTOR FOUNDERS INC. (DBA CONDUCTOR
LLC)
CONFLUENT, INC.
CONNOR DONOGHUE
CONSILIO INC.
CONSILIUM ASSETS LIMITED
CONSOLIDATED RISK SOLUTIONS LLC
CONSTELLATION PLACE LLC
CONSULTING AND TESTING SERVICES, INC.
CONTENT SQUARE INC
CONTENTFUL INC
CONTINENTAL EXHIBITIONS, INC.
CONTINENTAL LEASE ADVISORS LLC
CONTINENTAL STOCK & TRANSFER TRUST
COMPANY
CONVENIENT CORNERS INC (DBA KEG N BOTTLE)
(HOLD)
CONVERCENT, INC.
CONVERGINT TECHNOLOGIES IRELAND LTD
CONVERGINT TECHNOLOGIES LTD
CONVERGINT TECHNOLOGIES UK LTD
COOLEY LLP
COPADO INC
CORE FABRICATION CORP
CORINNE GRAPER (DBA THE UPLIFT AGENCY,
LLC)
CORNERSTONE ONDEMAND INC
CORNISH & CAREY COMMERCIAL (DBA
NEWMARK KNIGHT FRANK)
CORPORATE CARE
CORPORATE PROPERTIES RECEIPTS
CORPORATE REAL ESTATE SOLUTION
CORPORATE REALTY GROUP, INC. (DBA
CORPORATE REALTY GROUP)
CORPORATE RELOCATIONS, LLC
CORPORATE RISK HOLDINGS III INC (DBA
HIRERIGHT LLC)
CORPORATION SERVICE COMPANY (DBA CSC )
CORRIGAN STATION, LLC
CORRIGO
CORSEARCH, INC.
COSTAR REALTY INFORMATION, INC.
COUNTER CULTURE COFFEE, INC.
COUNTY OF FAIRFAX
COUSINS PROPERTIES LP (DBA COUSINS 725
PONCE LLC)
COUSINS RAILYARD LP (DBA COUSINS
PROPERTIES LP)
COVINGTON & BURLING LLP
COWPER CORPORATE REALTY ADVISORY CRA
INC. (DBA CRESA MONTREAL)
CP 1875 K STREET LLC
CP IPERS SEATTLE LLC
CPRIME, INC.
CRABTREE TERRACE HOLDINGS, LLC
CRAFT BEER CELLAR

CRAFTY, LLC (DBA CRAFTY)
CRAINS COMMUNICATIONS, INC
CRATE & BARREL
CR-CHICAGO 125 SOUTH CLARK STREET LLC
CREEL, GARCÍA-CUÉLLAR, AIZA Y ENRÍQUEZ, S.C
CRESA GLOBAL INC
CRESA GLOBAL, INC.
CRESA PARTNERS BOSTON, INC. (DBA CRESA BOSTON)
CRESA PARTNERS OF LOS ANGELES, INC.
CRESA TORONTO INC. BROKERAGE (DBA CRESA TORONTO)
CRESTRON ELECTRONICS INC
CRIMSON SERVICES, LLC
CRISIS24 LIMITED (INACTIVE)
CRMIT SOLUTIONS INC
CROKER FIRE DRILL CORPORATION (INACTIVE)
CROSS CULTURAL BRIDGES - WAGNER COACHING LLC
CROSSMARK GRAPHICS, INC.
CROWELL & MORING LLP
CROWN BUILDING MAINTENANCE (DBA ABLE BUILDING MAINTENANCE)
CROWN FORWARDING INC (DBA CROWN RELOCATIONS)
CROWN WORLDWIDE MOVING AND STORAGE LLC
CRP/MI WEST LOOP OWNER, LLC. (INACTIVE)
CS DISCO INC
CSA REALTY GROUP, INC.
CSB BUSINESS ADVISORY SERVICES
CSHV 615 COLLEGE, LLC
CTO REALTY GROWTH, INC. (DBA CTO21 ACQUISITIONS II LLC)
CTRE LLC
CULTURE AMP INC
CUPAR GRIMMOND, LLC
CURRAN CATALOG, LLC (HOLD)
CURRENT REAL ESTATE ADVISORS LLC (DBA CURRENT REAL ESTATE ADVISORS)
CURTIN CONVENTION & EXPOSITION SERVICES, INC.
CUSHMAN & WAKEFIELD
CUSHMAN & WAKEFIELD FACILITY MANAGEMENT SERVICES
CUSHMAN & WAKEFIELD ULC
CUSHMAN & WAKEFIELD ULC (INACTIVE)
CUSHMAN & WAKEFIELD ULC.
CUSHMAN & WAKEFIELD, U.S. INC.
CUSHMAN AND WAKEFIELD DC (INACTIVE)
CV LATITUDE 34, LLC
CYBERSOURCE CORPORATION
CYWIAK & COMPANY LLP
CZ PROPERITES, LLC
DALLAS COUNTY TAX ASSESSOR / COLLECTOR
DALLAS COUNTY TAX ASSESSOR / COLLECTOR
DALLAS COUNTY UTILITY AND RECLAMATION DISTRICT
DALLAS DOOR & SUPPLY CO
DAN DENNISON (INACTIVE)
DAN ROZENBERG (INACTIVE)
DANIEL B. JEYDEL

DANIEL HURWITZ
DANIELLE RAYE DESIGN LIMITED
DANYELI RODRIGUEZ DEL ORBE
DARWIN PINOS
DARWIN TECHNOLOGIES LIMITED
DATA THEOREM, INC.
DATA2LOGISTICS, LLC
DATACAMP, INC.
DATADOG, INC.
DATAKNOX SOLUTIONS, INC
DATAMINR INC
DATAMINR INC.
DATAWATCH SYSTEMS INC (INACTIVE)
DAVID ALVAREZ
DAVID M. COHEN, A PROFESSIONAL LAW CORPORATION
DAVID TOLLEY
DAVIDSON COUNTY CLERK
DAVIS MOORE CAPITAL, LLC
DAVIS POLK & WARDWELL LLP
DAWN PAPANDREA
DAWSON WILLIAMS PERSONAL SAVINGS ACCOUNT
DBCS
DC TREASURER
DE LAGE LANDEN FINANCIAL SERVICES, INC
DEAL PATH, INC
DEALHACK INC.
DEARBORN PARTNERS, L.P. (DBA SOF DEARBORN, L.P.)
DEBEVOISE & PLIMPTON LLP
DEKALB COUNTY TAX COMMISSIONER
DELAWARE LIFE REINSURANCE (BARBADOS) CORP.
DELESIA A. WATSON (DBA LIFE IS DELEESH, LLC)
DELOITTE & TOUCHE (SOUTH AFRICA)
DELOITTE AND TOUCHE LLP (SINGAPORE)
DELOITTE BELASTINGADVISEURS BV
DELOITTE ISRAEL & CO
DELOITTE LLP
DELOITTE TAX AND CONSULTING SARL (INACTIVE)
DELOITTE TAX LLP
DELOITTE TAX SERVICES SDN BHD
DELOITTE TAX SRL
DELOITTE TAX WIRTSCHAFTSPRÜFUNGS GMBH (INACTIVE)
DELOITTE TRANSACTIONS & BUSINESS ANALYTICS LLP
DELTA CONNECTS, INC.
DEMAND MEDIA
DENNEMEYER & CO, LLC,
DENVER CIVIC VENTURES INC (INACTIVE)
DENVER CIVIC VENTURES INC.
DEPT. OF HEALTH AND MENTAL HYGIENE
DESCARTES U.S. HOLDINGS, INC. (DBA DESCARTES SYSTEMS (USA) LLC)
DESIGN HOLDINGS, INC (DBA DANISH DESIGN STORE/DESIGN PUBLIC GROUP/ DESIGN PUBLIC)
DESIGN REPUBLIC PARTNERS ARCHITECTS, LLP (DBA DESIGN REPUBLIC PARTNERS)
DESIGN WITHIN REACH INC (DBA HAY)

DEUTSCHE BANK AG NEW YORK BRANCH
DEUTSCHE BANK AG, LONDON BRANCH
DEVONSHIRE PARKING ENTERPRISES LP
DG INVESTMENT INTERMEDIATE HOLDINGS LLC
(DBA CONVERGINT TECHNOLOGIES LLC)
DIAL IQ, INC
DIALOGTECH INC
DIALPAD, INC. (HOLD)
DIANA ALEXANDRA CHAVES BUSTOS (DBA
BUSINESS MARKETING CENTER) (INACTIVE)
DIANA CHALKLEY HUBBELL (DBA DIANA
HUBBELL)
DIANE ALLEN
DILIGENT CORPORATION
DIMENSION DATA PTY LTD
DIRECT ENERGY BUSINESS LLC , DIRECT ENERGY
BUSINESS MARKETING, LLC (DBA DIRECT
ENERGY BUSINESS"
DISTRICT OF COLUMBIA OFFICE OF TAX AND
REVENUE
DLA PIPER (CANADA)LLP
DLA PIPER DENMARK
DLA PIPER DINU SCA
DLA PIPER LLP (US)
DLA PIPER MIDDLE EAST LLP
DLA PIPER POSZTL, NEMESCSOI, GYORFI-TOTH
AND PARTNERS LAW FIRM
DLA PIPER UK LLP
DLA PIPER WEISS-TESSBACH RECHTSANWALTE
GMBH
DLR GROUP INC
DMG PROFESSIONAL CLEANING SERVICES INC
DMI TECHNOLOGIES
DOCKER, INC.
DOCUSIGN, INC.
DOLP 205 LEASEHOLD LLC (INACTIVE)
DOMAIN NORTHSIDE OFFICE PROPERTY OWNER
LP
DOMANI INSPECTION SERVICES
DOME CONSTRUCTION CORPORATION
DOMINION NEON INC. (DBA GROUPE ENSEIGNES
DOMINION) (INACTIVE)
DONNELLEY FINANCIAL LLC
DONNELLY MECHANICAL CORP
DOORDASH TECHNOLOGIES CANADA INC.
DOORDASH, INC.
DORA FUNG
DOUBLE UP HOLDINGS LLC
DOUGLAS CHAMBERS
DOUGLAS ELLIMAN OF CALIFORNIA
DOUGLAS ELLIMAN REALTY LLC
DOUGLAS EMMETT PROPERTIES, LP (DBA
DOUGLAS EMMETT 2014, LLC, DE LINCOLN
WILSHIRE, LLC)
DOWNTOWN DENVER, INC.
DP LEASEHOLD (ILLINOIS) L.L.C.
DPR CONSTRUCTION, A GENERAL PARTNERSHIP
DRAFT BEER SERVICES OF ATLANTA, INC.
(INACTIVE)
DREAMERS OF DAY, LLC
DREAMI (INACTIVE)
DREAMTEK INC

DROPBOX INC
DS BENEFICIAL HOLDINGS, LLC (DBA
WORKPLACE OPTIONS, LLC)
DTRT 1449 WOODWARD LLC
DTRT 1449 WOODWARD LLC (INACTIVE)
DTS OFFICE HOLDINGS, LLC
DUCERA PARTNERS
DUCERA PARTNERS LLC
DUCO LABORATORIO DE DISENO SA DE CV ( DBA
DUCO ) (INACTIVE)
DUNDEAL SUMMER 2011 COLLECTION (GP) INC.
(DBA DREAM OFFICE LP)
DURASERV CORP (DBA JUST RITE EQUIPMENT)
(INACTIVE)
DURHAM COUNTY TAX COLLECTOR
DURHAM ID P1 OWNER 2 LLC (INACTIVE)
DWF V OT REIT, LLC (DBA DWF V 311 W 43RD,
LLC)
DYNACONS SYSTEMS AND SOLUTIONS LTD
DYNAMIC BUSINESS SERVICES LTD
DYNAMO ENERGY HUB, INC.
DYNATROL OFFICE TECHNOLOGIES LLC
E GYM INC. (INACTIVE)
E REALTY INTERNATIONAL CORP
E2Y COMMERCE SL
EA DESIGN GROUP, LLC
EA DESIGN GRP, LLC (INACTIVE)
EA VENTURES LLC
EARTHTEK
EAST VAN VINYL
EASTERN JANITORIAL
EASTERN SECURITY CORP. (INACTIVE)
ECHELON WORKPLACE LTD
ECOPRINTQ INC (INACTIVE)
ECOSAN HYGIENE LTD.
ECOVADIS INC.
ECOVADIS SAS
EDEN TECHNOLOGIES INC (DBA EDEN)
(INACTIVE)
EDIFICE, LLC
EDISON ENERGY GROUP INC. (DBA EDISON
ENERGY LLC)
EDWARD YANG
ELEVATE GROWTH PARTNERS, LLC
ELIANA PARK
ELIN BANDMANN
ELIOTT LEE (INACTIVE)
ELITE SERVICE GROUP LLC (INACTIVE)
ELIZABETH BERGLUND
ELIZABETH FUNK
EMPIRE OFFICE INC
EMPIRE OFFICE INC (CANADA PUNCHOUT)
EMPIRE OFFICE INC (NON-PUNCHOUT)
ENCOR ADVISORS CANADA LTD.
ENCORE NATIONWIDE, INC
ENDURANCE BUILDERS LLC
ENERGY SQUARE / MEADOWS REIT, INC.
ENERGY SQUARE MEADOWS TRS I, LLC
ENGIE INSIGHT SERVICES INC.
ENGLAND TRADING CO
ENGLAND TRADING COMPANY (DBA INDUSTRY
WEST)

ENIOLA ODETUNDE
ENSCAPE, INC.
ENTANDEM INC
ENTECH SALES & SERVICE, LLC
ENTERPRISE ENGINEERING INC.
ENV ARCHITECTS, D.P.C.
ENVIRONMENTS AT WORK, LLC
ENZIGMA LLC
EPIC LAFAYETTE LLC
EPIMETHEUS SERVICOS GESTAO SA (INACTIVE)
EPIQ CORPORATE RESTRUCTURING LLC
EPIQ EDISCOVERY SOLUTIONS INC
EPSTEIN BECKER & GREEN, PC
EQ3 LTD
EQUATION RESEARCH LLC
EQUATOR COFFEES, LLC (DBA EQUATOR
COFFEES)
EQUIPBUREAU CANADA INC
EQUITABLE COMMERCIAL REALTY, PLLC (DBA
EQUITABLE COMMERCIAL REALTY)
ERIC BRASS
ERIKSEN TRANSLATIONS INC
ERNST & YOUNG PRODUCT SALES LLC
ERNST & YOUNG U.S. LLP
ESCAPE TECHNOLOGY LTD
ESPLANADE OWNER, LLC.
ESRP ADVISORY DALLAS, LLC
ESTATE OF HYMIE SCHWARTZ
ETHAN FORREST
EVAN COHEN
EVAN WEESE CREATIVE SERVICES LLC
EVENTS DC
EVERCORE BD INVESTCO LLC (DBA EVERCORE
GROUP LLC)
EVERSYS INC. (US)
EVERSYS, INC.
EVERWEST PROPERTY SERVICES, LLC (INACTIVE)
EVERYTHING PROMOTIONS INC
EVOLUTION MECHANICAL, LLC
EVOQUE GROUP LLC
EW 3KSRB OWNER, LLC (INACTIVE)
EW11-WHIREP-DENVER DELGANY ,LLC (DBA WL
DENVER DELGANY OWNER, LLC) (INACTIVE)
EXCELLERATE UK SERVICES LTD
EXCELLOUS GROUP (PTY) LTD
EXECUTIVE JANITORIAL INC
EXECUTIVE PARKING SYSTEMS, INC.
EXECUTIVE PR AND TALENT, LLC (DBA THE
BENEDETTI GROUP)
EXECUTIVE WEALTH MANAGEMENT LTD
(PARVINDER SIAN)
EXHIBITS USA, INC. DBA (PG EXHIBITS)
EXIGER CANADA, INC.
EXIGER DILIGENCE INC
EXPO ENTREPRENEURS
EXPOIT LLC
EXPRESS BUSINESS SYSTEMS INC
EXTERNAL PICTURES LLC
EXTERRO, INC.
EZ PASS VIOLATIONS
EZOORY LABOR LAW APC (INACTIVE)
F1 STEVENSON, LLC

FABBRICA LLC
FACEBOOK IRELAND LIMITED
FACTSET RESEARCH SYSTEMS INC.
FALEMAO PILI
FAMILY ENERGY, INC (HOLD)
FARELLA BRAUN & MARTEL LLP
FASB
FASTLY, INC (DBA FASTLY)
FD STONEWATER, LLC
FEATHER II LLC
FELD REAL ESTATE LLC
FERRELL INDUSTRIES INC
FIAT GROWTH LLC (INACTIVE)
FICIENT TECHNOLOGIES, LLC
FIDEICOMISO COMERCIAL MITIKAH 2584 (DBA
MITIKAH)
FIELD NATION LLC
FIFTEEN TALENTS MANAGEMENT INC.
FIGMA, INC.
FINANZAMT FUER GROSSBETRIEBE
FINNISH DESIGN SHOP OY, LTD (INACTIVE)
FIRE SERVICE INC (INACTIVE)
FIRECOM INC (INACTIVE)
FIREHAWK CORPORATION
FIRST AMERICAN TITLE INSURANCE COMPANY
NATIONAL COMMERCIAL SERVICES
FIRST AVENUE INC.
FIRST QUALITY MAINTENANCE II, LLC
FIRST UNITED BANK
FIRST UNUM LIFE INSURANCE COMPANY
FIRST WATER ADVISORS LLC (INACTIVE)
FIRST-CITIZENS BANK & TRUST COMPANY
FITCH LAW PARTNERS LLP
FITCH RATINGS INC.
FITCH RATINGS, INC.
FITZPATRICK REAL ESTATE LLC
FIVE STAR SERVICE SYSTEMS, INC (DBA FIVE
STAR SERVICE SYSTEMS)
FIVE9, INC
FIVEHT MEDIA LTD
FIVETRAN, INC.
FLEXSPACE ADVISORS LLC
FLINN & FERGUSON INC (INACTIVE)
FLINN & FERGUSON, INC. (DBA FLINN FERGUSON
CORPORATE REAL ESTATE)
FLORIDA DEPARTMENT OF REVENUE
FLYING X ELECTRIC LLC
FMR LLC (DBA FIDELITY INVESTMENTS
INSTITUTIONAL OPERATIONS COMPANY LLC)
FOGHOUND INTERACTIVE CC (NON-PUNCHOUT)
FOGHOUND INTERACTIVE CC (PUNCHOUT)
FOGIA COLLECTION AB
FOLIAGE DESIGN SYSTEMS OF CENTRAL FL. INC
FORMAGRID, INC (DBA AIRTABLE)
FORMSTACK ACQUISITION, CO. F/K/A DATA
BRANDS ACQUISITION CO.(DBA FORMSTACK,
LLC)
FORSYTH COUNTY OFFICE OF TAX
COMMISSIONER
FORTY-FOUR MANUFACTURING, LLC
FORUSALL, INC. (DBA FORUSALL ADVISORS, LLC)
FOSSID AB

29

FOSTER K. WHITE (INACTIVE)
FOUNDATION REAL ESTATE ADVISORS, INC.
FOUNDRY COMMERCIAL LLC
FOUNDTHESPACE LTD
FOUR HANDS LLC (DBA WONDERWALL STUDIO)
FOUR HANDS, LLC (DBA FOUR HANDS ART STUDIO) (INACTIVE)
FOUR OAKS PLACE REIT LP
FOURTEEN555 NORTHRIDGE, LLC
FOWLER EQUIPMENT CO. INC
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
FRAME.IO
FRAME.IO, INC. (INACTIVE)
FRANCHISE TAX BOARD - STATE OF CALIFORNIA
FRANCIS P HILL (GREEN TIBURON HOLDINGS, LLC (DBA THE JUNKLUGGERS OF NASSAU COUNTY))
FRANKLYN LLC
FREEDOM JARS (INACTIVE)
FREEDOM RESTORATION, INC.
FREELANCE LABS, INC
FREUDENHEIM PARTNERS
FREUNDLICH & LITTMAN, LLC
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
FRIENDLY ADVANCED SOFTWARE TECHNOLOGY, LLC (DBA GLOBAL EMPLOYMENT SOLUTIONS)
FROOOGAL LLC (DBA FRANCE AND SON) (INACTIVE)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
FRUIT O BUREAU INC (INACTIVE)
FSOI, LLC (INACTIVE)
FULTON COUNTY TAX COMMISSIONER
FURNITURE WHOLESALE GROUP LLC
FUTURE FOUNDERS
G&E REAL ESTATE INC
G.S.505 PARK, LLC
GABRIELLE PELICCI
GALLAGHER AND CONSULTANTS
GARMENT DISTRICT VENTURE, LLC (DBA WEST 36 TT LLC)
GARY LOW
GBY CAPITAL HOLDINGS, INC
GEARY-STOCKTON REALTY LLC
GENERAL ELECTRIC PENSION TRUST (DBA LAKESHORE LAND LESSEE PT, LLC)
GENPACT (UK) LIMITED
GEOMETRIC RESULTS INC
GEORGE BRYAN
GEORGIA BOLTON PRODUCTIONS PTY LTD (INACTIVE)
GEORGIA DEPARTMENT OF REVENUE
GERDING EDLEN GREEN CITIES IV, LP (DBA POWER & LIGHT BUILDING, LLC)
GHP MEDIA INC. (DBA GHP) (INACTIVE)
GIACT SYSTEMS, LLC
GIBRALTAR, LLC
GIBSON ELECTRIC CO. INC (DBA GIBSON ELECTRIC & TECHNOLOGY SOLUTIONS)
GIG VAOI FIFTH AND LENOX, LLC (INACTIVE)
GILBANE BUILDING COMPANY
GILLMAN CONSULTING, INC. (INACTIVE)
GINA JOHNSON

GIRALDA COMPLEX LLC
GIRALDA PB LLC
GIRLS WHO CODE, INC
GITHUB, INC.
GLADSTONE PLACE PARTNERS LLC
GLANCE PRONGAY & MURRAY LLP
GLENWOOD ONE OFFICE, LLC (INACTIVE)
GLOBAL COM, INC.
GLOBAL RELAY COMMUNICATIONS INC.
GLORIO YULIANTO
GLUMAC
GME INVESTMENTS, LLC
GMG CORPORATE SERVICES (AFRICA) (PTY) LTD
GO-BRICKMAN 550 KEARNY OWNER LLC (INACTIVE)
GOFORTH INDUSTRIES LLC (DBA GOFORTH SIGNS) (NON-PUNCHOUT)
GOFORTH INDUSTRIES LLC (DBA GOFORTH SIGNS) (PUNCHOUT)
GOLDEN SANDS GENERAL CONTRACTORS, INC (DBA GOLDEN SANDS)
GOLDMAN SACHS INTERNATIONAL BANK
GOLDMAN SACHS INTERNATIONAL BANK
GOLDMAN SACHS LENDING PARTNERS LLC
GOLDMAN SACHS LENDING PARTNERS LLC
GOODWIN PROCTER LLP
GOOGLE LLC
GORMAN CONSULTING
GORMAN JR. FIRE ALARM CONSULTING, INC.
GORMLEY MANAGEMENT GROUP, LLC (DBA THE GORMLEY GROUP) (INACTIVE)
GOVAN BROWN & ASSOCIATES LIMITED
GOVERNMENT OF ALBERTA
GOWLING WLG (CANADA) LLP
GPV SHARED OFFICE, LLC
GRAEBEL COMMERCIAL SERVICES. INC. (INACTIVE)
GRAMERCY FIVE LLC (INACTIVE)
GRAND RAPIDS CHAIR CO
GRANDLAND MANAGEMENT LTD.
GRANT LAUGHLIN
GRANT THORNTHON AG
GRANT THORNTON LLP
GRAYROBINSON, P.A.
GREAT PLACE TO WORK INSTITUTE, INC.
GREATAMERICA FINANCIAL SERVICES CORPORATION
GREATER BOSTON CHAMBER OF COMMERCE
GREEN 2 GREEN CORP (DBA PLANT SHED NEW YORK FLOWERS)
GREEN STREET TOPCO, LLC (DBA GREEN STREET ADVISORS, LLC)
GREENBERG TRAURIG
GREENHOUSE SOFTWARE, INC
GRE-F 222 KEARNY LEASEHOLD, LLC
GREGORY F.X. DALY COLLECTOR OF REVENUE (PERSONAL PROPERTY TAX, CITY OF ST. LOUIS)
GREGORY MILLER PHOTOGRAPHY LLC
GRENIER SERVICE COMPANY
GROW DIGITAL SERVICES
GRUBHUB HOLDINGS INC (DBA SEAMLESS NORTH AMERICA LLC)

GRUBMARKET, INC. - LOS ANGELES (DBA FARMBOX)
GRUBMARKET, INC. N. CAL
GRUNECKER PATENT UND RECHTSANWALTE PARTG MBB
GRYPHON INVESTIGATIONS LLC
GTC LAW GROUP PC
GUARD-X INC (INACTIVE)
GUN DANISMANLIK HIZMETLERI LTD. STI.
GW PROPERTY COMPANIES, LLC
H STREET NE OWNER LLC (INACTIVE)
H&H SUPPLIER, LLC (DBA BELMONT COFFEE SERVICE)
H. & L. ELECTRIC, INC. (INACTIVE)
HACHETTE BOOK GROUP (INACTIVE)
HACKERONE INC.
HAITI COFFEE CO
HALONA BLACK
HAM ITF 230-240 RICHMOND CO-VENTURE
HANCOCK S-REIT PARENT CORP. (DBA HANCOCK S-REIT SACRAMENTO LLC)
HARBOR LINEN, LLC
HARRIS ASSOCIATES
HARRIS COUNTY TAX OFFICE
HARRIS COUNTY TAX OFFICE
HART SERVICES
HARVARD MAINTENANCE INC
HC 18TH & CHET PARTNERS, LP (DBA 18TH & CHET LLC) (INACTIVE)
HC GREEN DEVELOPMENT FUND LIMITED PARTNERSHIP (DBA HCG BLOCK 69 LP)
HDR ARCHITECTURE ASSOCIATES, INC. (DBA HDR, INC)
HEALTHEQUITY, INC. (DBA WAGEWORKS, INC.)
HEALTHIE INC
HEARTWORK INC
HEATHER DELL, REALTOR
HEIDRICK & STRUGGLES INTERNATIONAL, INC. (DBA SENN-DELANEY LEADERSHIP CONSULTING GROUP, LLC)
HELLOOFFICE, INC. (DBA RAISE COMMERCIAL REAL ESTATE)
HEM DESIGN STUDIO INC.
HENNINGSON, DURHAM & RICHARDSON OF PENN., ARCHS. & ENGRS., P.C. (DBA HDR )
HENRY S. MILLER
HERALD SQUARE OWNER LLC (C/O SL GREEN REALTY CORP)
HERMAN COMMERCIAL
HERMANSON COMPANY
HERRICK,FEINSTEIN LLP
HERRMANN INTERNATIONAL, INC.
HEWLETT PACKARD FINANCIAL SERVICES CO
HEY LADY SOUND
HIGGINS QUASEBARTH & PARTNERS, LLC (HQ)
HIGHSPOT, INC.
HILCO REAL ESTATE, LLC (DBA HILCO REAL ESTATE)
HILL MECHANICAL SERVICES
HILLDRUP COMPANIES INC.(DBA HILLDRUP MOVING AND STORAGE)

HILLSBORO CORP. INC (DBA TRUE BUCH KOMBUCHA)
HILLSBOROUGH COUNTY TAX COLLECTOR
HIMES ASSOCIATES, LTD
HITCH PARTNERS LLC
HITT CONTRACTING, INC.
HM WALLACE, INC. (DBA SUPPLY.COM)
HOLLAND & KNIGHT LLP
HOLT CONSTRUCTION CORPORATION
HOLT LUNSFORD COMMERCIAL, INC.
HOLZ - UND STAHLROHRMOBEL GMBH
HONGKONG PENGLIAN TECHNOLOGY LIMITED
HOOCHY 'BOOCH KOMBUCHA INC.
HOOPP REALTY INC AND 6763332 CANADA, INC.
HORACIO SILVA
HORIZON MEDIA, INC. (DBA HORIZON BIG)
HORIZON RETAIL CONSTRUCTION, INC.
HOSPITALITY SERVICES, INC (DBA COYLE HOSPITALITY GROUP)
HOTBED HOLDINGS, LLC
HOULIHAN LOKEY
HOXHUNT OY
HP CANADA CO.
HP INC.
HP SOUTH AFRICA PROPRIETARY LIMITED (DBA HP SOUTH AFRICA)
HPI COMMERCIAL REAL ESTATE
HPI CORPORATE SERVICES, LLC
HPI CORPORATE SERVICES, LLC (DBA HPI TENANT ADVISORS)
HSRE-PORTMAN TECH SQUARE, LLC
HST CONSTRUCTION
HUBSPOT, INC.
HUDSON 1099 STEWART REIT, LLC
HUDSON 1455 MARKET STREET, LLC
HUDSON BLACK INC.
HUDSON FOOTHILL RESEARCH CENTER, LLC (INACTIVE)
HUDSON PACIFIC PROPERTIES, LP (DBA HUDSON 405 MATEO,LLC (474600189))
HUDSON'S BAY COMPANY
HUGH TOWER-PIERCE
HUGHES MARINO INC
HUGHES MARINO INC
HUGHES MARINO, INC.
HUGHES SEATTLE INC (DBA HUGHES MAKINO)
HUGO UYS HOSPITALITY LLC
I LOVE COFFEE SUPPLY ENTERPRISE (NON-PUNCHOUT)
I LOVE COFFEE SUPPLY ENTERPRISE (PUNCHOUT )
IAN OSBORNE
IBF CONSULTING LTD (INACTIVE)
IBM CORPORATION
ICON COMMERCIAL INTERESTS, LLC
ICONCEPT TECHNOLOGIES INC
IDEAL LEARNING PARTNERS, LLC
IDGROUP, LLC
IDX CORPORATION
IES COMMUNICATIONS, LLC
IGNITION MARKETING INTERNATIONAL (PTY) LTD (NON-PUNCHOUT)

ILANA SALEM
IMGTECHNOLOGIES INC
IMMOBILIER MIRADOR INC.
IMPERIAL COFFEE AND SERVICES INC
IMPERIAL PARKING CANADA CORPORATION
(DBA IMPARK)
IMPORTANT LABS, LLC
IN SITU CREATIVE, LLC
INBAR EDUT
INCE & CO
INDEED, INC.
INDUSTRY PARTNERS, INC.
INFINITA BIG DATA LTD
INFOARMOR INC. (DBA ALLSTATE IDENTITY
PROTECTION)
INFOGEN SOLUTIONS, LLC (INACTIVE)
INFOGLOBALDATA
INNOVA SOLUTIONS, INC.
INNOVATION POINTE HOLDINGS, LLC (DBA
INNOVATION POINTE ONE LLC, INNOVATION
POINTE TWO, LLC)
INNOVATION REAL ESTATE GROUP (DBA
INNOVATION PROPERTIES GROUP)
INSIDE SOURCE NORTHEAST, INC
INSTALLATION SPECIALISTS, INC.
INSTANT OFFICES HOLDING, INC.
INSTANT OFFICES LIMITED (DBA INSTANT)
INSTANT OFFICES LTD
INSTANT PROPERTY RENTALS PTY (DBA INSTANT
PROPERTY) (INACTIVE)
INTECROWD LLC
INTEGRAL AD SCIENCE, INC.
INTEGRITY NETWORKS, INC.
INTELEASE INC.
INTERFACE AMERICAS, INC (INACTIVE)
INTERIOR ARCHITECTS, INC.
INTERIOR DEFINE, INC
INTERIOR MOGUL LLC
INTERLOCK ATLANTA, LLC
INTERLOCK, LLC (INACTIVE)
INTERNAL REVENUE SERVICE
INTERNATIONAL CONTRACTING OPPORTUNITIES,
INC.
INTERNATIONAL FURNISHINGS CANADA C/O
HILLTOP WOODWORKING
INTERNATIONAL PLAZA ASSOCIATES, LP
INTERPRIDE
INTERSECTION MEDIA GROUP
INTERSECTION MEDIA, LLC (INACTIVE)
INTERSTATE RESTORATION, LLC
INTERWORKS INC
INTESA SAN PAOLO
INTRALINKS, INC
INTREPID REAL ESTATE GROUP, LLC
INVENTURE IP
INVISIBLE ACCOUNTANT
ION ELECTRIC,LLC
IQ EQ ( LUXEMBOURG ) S. A.
IQHQ, L.P.
IRON MOUNTAIN (INACTIVE)
IRON MOUNTAIN (UK) DATA CENTRE LTD
IRON MOUNTAIN SECURE SHREDDING

IRON MOUNTAIN, INC. (DBA IRON MOUNTAIN
DATA CENTERS LLC)
IRONMARK, LLC (DBA IRONMARK)
IRVING ISD TAX ASSESSOR - COLLECTOR
ISAAC MARTINEZ (DBA POINTLINE.CO)
ISG SECURITY SERVICES INC
ISLAND DIVERSIFIED INC (INACTIVE)
IVANHOE CAMBRIDGE INC.
IVANHOE CAMBRIDGE INC.  PLACE VILLE MARIE
IXOPAY GMBH
J SERRANO INSURANCE AGENCY LLC
J STREET BROKERAGE SERVICES LLC
J&M INSTALLATIONS, INC (DBA STERLING
CORPORATION)
J.G. CAPITAL HILL, LLC
JACK VOGEL ASSOCIATES
JACKSON COUNTY COURTHOUSE
JACKSON LEWIS PC
JALYN REALTY LLC
JAM CONSULTANTS, INC.
JAMES A. ADAMS
JAMES HILL
JAMES LA FARGUE (INACTIVE)
JAMF HOLDINGS, INC. & SUBSIDIARIES (DBA JAMF
SOFTWARE, LLC)
JARMON SERVICES INC
JASON LIANG
JC ELITE CONSTRUCTION SERVICES LLC
JEAN-PAUL SIO
JELLYFISH US LIMITED
JENSEN SAMUELS
JESSE TRAN
JET TOKEN INC
JETBRAINS AMERICAS INC.
JH POPE VENTURES, LLC
JIAN LIN
JK WAREHOUSING SUPPLY B.V. (DBA JAN
KREDIET SOLUTIONS)
JM ZELL PARTNERS, TLD
JOANNA MAJCHERKIEWICZ
JOCELYN TSAIH
JOEY STEIGELMAN
JOHANNA ASTER (DBA JO PIAZZA)
JOHANNES LEONARDO LLC
JOHN B WEISS PC
JOHN CHRISTENSEN (DBA CHRISTENSEN OKO
PROTOTYPE) (INACTIVE)
JOHN HANCOCK LIFE INSURANCE COMPANY
(USA)
JOHN W. BRIERTY
JON D. DERREVERE, P.A.
JON GRAVES ARCHITECTS & PLANNERS, PLLC
JONATHAN BIRD
JONES LANG LASALLE AMERICAS, INC.
JONES LANG LASALLE AMERICAS, INC. (OPEX
FUNDING ONLY, DO NOT EDIT)
JONES LANG LASALLE AMERICAS, INC. (PDS
ONLY)
JONES LANG LASALLE BROKERAGE, INC. (DBA
JLL)
JONES LANG LASALLE LIMITED
JONES LANG LASALLE PTY LTD (SOUTH AFRICA)

32

JONES LANG LASALLE REAL ESTATE SERVICES INC. (DBA JLL) (REFERRALS ONLY)
JONES LANG LASALLE REAL ESTATE SERVICES, INC.
JOSEPH L PETERSON (DBA METROPOLITAN CONTRACTING LLC) (INACTIVE)
JOSHUA R. WILLIAMS
JP MORGAN CHASE BANK N A
JP MORGAN CHASE, N.A.
JPMORGAN CHASE BANK, N.A.
JPPF WATERFRONT PLAZA L.P.
JRM CONSTRUCTION MANAGEMENT LLC
JULES CATERING
JUMIO CORPORATION
JUNIPER BOOKS LLC
JUNK KING ENTERPRISES, LLC (DBA JUNK KING BOSTON)
JUST LIKE FALLING OFF A BIKE LLC
JUSTIN AGRELO
JUSTIN LILES
JUSTIPHER INC. (DBA FASTSIGNS OAKLAND)
KAILASH CONCEPTS
KAISER FOUNDATION HEALTH PLAN INC
KALTURA
KAPLAN HECKER FINK LLP
KARAVAS KIELY SCHLOSS & WHITMAN LLP (DBA KARAVAS KIELY & SCHLOSS LLP)
KARINA A. VADO (INACTIVE)
KARL PAWLEWICZ
KARNIVAL HOLDINGS LIMITED
KARP AND ASSOCIATES, LLC
KASIAN ARCHITECTURE INTERIOR DESIGN & PLANNING LTD LTD
KASTLE NEW YORK LLC
KATELYN PERRY PHOTOGRAPHY INC.
KATO INTERNATIONAL LLC (TOWER49)
KAUFMAN DOLOWICH & VOLUCK LLP
KAUFMAN LEASING COMPANY LLC
KBS REAL ESTATE INVESTMENT TRUST III, INC.
KBS REAL ESTATE INVESTMENT TRUST III, INC. (DBA KBS III LEGACY TOWN CENTER, LLC)
KELLAN, INC.
KELLY ANNA LIMITED
KENNETH L. MAUN TAX ASSESSOR/COLLECTOR - COLLIN COUNTY
KENT COMMERCIAL, INC.
KERRY OVERTON
KEY CONSULTING TECHNOLOGIES S.A. DE C.V. (DBA KEY CONSULTING)
KHAN MEDIA GROUP
KIDDER MATHEWS INC. (DBA KIDDER MATHEWS)
KID-SCAN LLC (DBA PRINTSCAN LLC)
KING & SPALDING LLP
KING & WOOD MALLESONS
KING COUNTY TREASURY
KING DRAFT INC (DBA KING DRAFT)
KING LIBERTY NORTH CORPORATION (DBA FIRST CAPITAL REALTY INC.)
KIRANJO, INC. (DBA REAL TECH)
KIRKLAND & ELLIS LLP
KIRTHIGA REDDY (INACTIVE)
KISI

KISMET REALTY CORPORATION (INACTIVE)
KJM REAL ESTATE SERVICES LLC
KLIMA NEW YORK, LLC
KM ASSOCIATES OF NEW YORK INC (INACTIVE)
KM HOSPITALITY INC.
KNIGHT RESTORATION
KNOLL, INC.
KOGNETA INC
KONE INC (USA)
KONTOR REAL ESTATE LIMITED
KONTOR REAL ESTATE, INC
KORN FERRY (US)
KOROSEAL INTERIOR PRODUCTS LLC
KPMG LLP (DBA KPMG)
KRE SUMMIT 1, 2, OWNER LLC
KRISTEN LAND CO. (DBA BEST HOT TUBS - FARMINGDALE) (INACTIVE)
KROLL AGENCY AND TRUSTEE SERVICES LTD
KROLL AGENCY SERVICES LIMITED
KROLL BOND RATING AGENCY, LLC
KS SP LP & KS SP1 LP & ARI SP LP & ARI SP1 LP
KYLE FISCHER
KYLE PHILIP O'KEEFE-SALLY
KYRIBA CORP
L. CHARNEY 1410 BROADWAY LLC
LA BUSINESS JOURNAL (INACTIVE)
LA CASITA BAKESHOP, LLC
LA CIE ELECTRIQUE BRITTON LTEE LTD
LA COLOMBE
LA HOLDCO LLC
LA REALTY PARTNERS INC
LA375 WW S.A. DE C.V. (DBA ESPACIO CORPORATIVO)
LABOR LAW COMPLIANCE CENTER, LLC
LAGARSOFT SRL
LANCASTER COMMERCIAL PRODUCTS LLC (INACTIVE)
LANGUAGE LINE SERVICES, INC. (DBA LANGUAGELINE SOLUTIONS)
LANTERN HOLDINGS LLC
LASALLE STAFFING INC
LATAM CO BV
LATHAM & WATKINS LLP
LATITUDE PROPERTY GROUP, LLC
LAURA TORSIELLO
LAVAZZA NORTH AMERICA, INC.
LAW OFFICES OF AMBER LESS BISSELL PC
LAW OFFICES OF KIM & CHANG
LAYTON &AMP; CO, INC
LAYTON CONSTRUCTION COMPANY, LLC (DBA INTERIOR CONTRUCTION SPECIALISTS)
LAZ KARP ASSOCIATES, LLC.
LAZ PARKING GEORGIA, LLC
LAZARUS DIRECT INC (INACTIVE)
LAZARUS HOUSE, LLC (INACTIVE)
LBA RV-COMPANY IX,LP
LD LOWER HOLDINGS INC. (DBA KLDISCOVERY ONTRACK, LLC)
LDF INTERNATIONAL HOLDINGS LIMITED (INACTIVE)
LEANDATA, INC

LEAPLEY CONSTRUCTION GROUP OF ATLANTA
LLC (DBA LEAPLEY CONSTRUCTION)
LEASON ELLIS LLP
LEDE GLOBAL INC.
LEE & ASSCOCIATES NYC LLC (O'TOOLE GROUP)
LEE & ASSOCIATES ARIZONA COMMERCIAL REAL
ESTATE SERVICES (DBA LEE & ASSOCIATES)
LEE & ASSOCIATES COMMERCIAL REAL ESTATE
(BC) LTD.
LEE & ASSOCIATES COMMERCIAL REAL ESTATE
SERVICES, INC. - ORANGE
LEE & ASSOCIATES COMMERCIAL REAL ESTATE
SERVICES, LLC
LEE & ASSOCIATES OAKLAND COMMERCIAL
REAL ESTATE SERVICES, INC.
LEE AND LI ATTORNEYS AT LAW
LEE HECHT HARRISON LLC
LEERON HOORY
LEGACY BUILDERS/ DEVELOPERS, CORP
LEGACY WEST INVESTORS, LP
LEGALINX LTD
LEHEL KOVACS
LEIBSOHN & COMPANY
LEIGH LEZARK (DBA THE MISSHAPES LLC)
(INACTIVE)
LEMAY CO INC
LENCORE ACOUSTICS, LLC
LENDTABLE
LENNARD COMMERCIAL REALTY
LENOX 429 AVE, INC.
LESSONLY
LET THERE BE NEON CITY, INC.(DBA LET THERE
BE NEON)
LETTER OF CREDIT CO. I, LLC
LEXFIELD LAW OFFICES
LF GRAMERCY LLC
LF GREENWICH LLC
LHREV AUSTIN UNIVERSITY PARK, LP
LIBERATION AI LLC
LIBERTY MARKET BUILDING TWO LP
LIBERTY MUTUAL INSURANCE
LIBERTY MUTUAL INSURANCE
LIC SITE B-1 JV HOLDINGS, L.P. (DBA LIC SITE B-1
OWNER, L.L.C.)
LIEBENWEIN RECHTSANWAELTE
LIFETIME ADELAIDE STREET INC
LILI YANG
LILKER ASSOCIATES CONSULTING ENGINEERS,PC
(INACTIVE)
LINCOLN INTERNATIONAL, LP (DBA LINCOLN
PARTNERS ADVISORS LLC)
LINCOLN PARTNERS ADVISORS LLC
LINCOLN STREET PROPERTY OWNER, LLC
LINKEDIN CORPORATION (DBA LINKEDIN)
LIQUID LOGISTICS HOLDINGS INC (DBA LIQUID
LOGISTICS)
LIQUIDSPACE INC
LITMUS SOFTWARE, INC. (HOLD)
LITTLE DIVERSIFIED ARCHITECTURAL
CONSULTING, INC.
LIVERAMP INC.
LIVWRK LLC

LJ REALTIES INC
LOCH REAL ESTATE INC
LOCKE LORD LLP
LOCUS CORPORATION
LOGIC MONITOR INC
LOGIX HOLDING COMPANY, LLC (DBA LOGIX
FIBER NETWORKS)
LOGIXX SECURITY INC
LONG AND FOSTER REAL ESTATE, INC
LONG ISLAND CITY PARTNERSHIP (INACTIVE)
LOOPNET
LORE BCA 2120 LP (DBA LIONSTONE
INVESTMENTS)
LOS ANGELES COUNTY TAX COLLECTOR
LOUIS ANDREW DESLIS (INACTIVE)
LOYENS LOEFF
LPC COMMERCIAL SERVICES, INC
LPC COMMERCIAL SERVICES, INC. (INACTIVE)
LPS USA INC
LPS USA, INC (DBA LANIER PARKING SOLUTIONS)
LRN CORPORATION
LS2 OFFICE LLC
LUCAS LUEDTKE
LUCID SOFTWARE INC.
LUG LIFE, LLC (DBA THE JUNKLUGGERS)
LU-HAI LIANG
LUIS FELIPE VETTER (INACTIVE)
LUMI CONSULTING GROUP, INC.
LUMINET SOLUTIONS LTD
LURIE FRIEDMAN LLP
LUTRON SERVICES CO., INC.
LVA4 ATLANTA COLONY SQUARE LP
LVC INTERIORS, INC. (INACTIVE)
LYNETTE CHIU
LYRA HEALTH, INC.
LYRECO CANADA, DIV DE/OF NOVEXCO INC.
M&A MARKET MANAGEMENT
M.ARTHUR GENSLER JR. & ASSOCIATES INC (DBA
GENSLER) (INACTIVE)
MACHAN SIGN COMPANY, INC.
MACMILLAN DISTRIBUTION LTD (DBA PHADION )
MADELEINE LOPEMAN (INACTIVE)
MADISON AVENUE LEASEHOLD LLC
MADISON AVENUE LEASEHOLD LLC/SAGE
REALTY CORP
MADISON CENTRE, LLC (INACTIVE)
MAGNETIK MARKETING LLC
MAGPIES BAKE SHOP LLC (INACTIVE)
MAGUIRE PROPERTIES–555 W. FIFTH, LLC
MAHARAM FABRIC CORPORATION (INACTIVE)
MAI HOANG
MAKING MOVES LONDON LIMITED
MAKING MOVES LONDON LTD
MAKING PICTURES ILLUSTRATION LTD
MALKA MEDIA GROUP, LLC
MALLIOS O'BRIEN SANDGROUND PLLC
MANAGED BY Q LLC
MANCHESTER PRIDE LTD
MANI JEFFERSON LANDING (DE), LLC
MANI MBI (DE), LLC (DBA MALIBU BEACH INN)
(HOLD)
MANSCAPERS NY LLC (DBA MANSCAPERS NY)

34

MANTICA COFFEE TRADERS INC. (DBA JAMAICA BLUE COFFEE CO.) (INACTIVE)
MAPBOX, INC.
MAPLE RED FINANCIAL MANAGEMENT CANADA INC. (HOLD)
MAPSTED CORP.
MARC BLANCH FERRER LTD (INACTIVE)
MARCH OF DIMES INC
MARCUS & MILLICHAP
MARCUS & MILLICHAP REAL ESTATE INVESTMENT SERVICES CANADA, INC. (DBA MARCUS & MILLICHAP) (INACTIVE)
MARGARET IBRAHIM
MARICOPA COUNTY TREASURER
MARK LAPIDUS
MARKETSTAR QOZ BUSINESS LLC
MARKIT GROUP LIMITED
MARKIT NORTH AMERICA
MARKMONITOR INC
MARSH CANADA LIMITED
MARSH CANADA LIMITED
MARSH USA INC. (DBA MARSH MANAGEMENT INC.)
MARTEL EXPRESS MONTREAL INC.
MARVAL & O'FARRELL S.C. (DBA MARVAL, O'FARRELL & MAIRAL)
MARYLAND STATE DEPARTMENT OF ASSESSMENTS AND TAXATION
MARY'S PLACE SEATTLE
MASERGY COMMUNICATIONS, INC. (DBA COMCAST BUSINESS - MASERGY COMMUNICATIONS)
MASON TECHNOLOGIES, INC.
MASSO DETECTIVE AGENCY (INACTIVE)
MATCO SERVICE CORP.
MATRIX TECHNOLOGY GROUP LLC
MATT ANDERSON PERSONAL REAL ESTATE CORPORATION
MATTERPORT, INC.
MATTHEW ESPOSITO (DBA VALENTE ASSOCIATES) (INACTIVE)
MAVEN VENTURES GROWTH LABS MANAGEMENT COMPANY LLC
MAXUS GROUP,INC
MAXWELL CARL SCOTT (HOLD)
MAYA KUPPERMANN
MAYER BROWN LLP
MAYER BROWN LLP
MAYORE ESTATES, LLC
MAZE.DESIGN, INC
MBH ARCHITECTS INC. (INACTIVE)
MC 19 EAST HOUSTON LLC
MC 71 FIFTH AVENUE REALTY LLC
MCCALL & ALMY INC
MCCARTER & ENGLISH, LLP
MCCORKLE SIGN COMPANY, INC.
MCCORMICK COMPLIANCE CONSULTING, INC
MCGAVOCK PIKE PARTNERS GP
MCLAREN-HILL PROPERTY MANAGEMENT COMPANY, LLC
MCMILLAN DATA COMMUNICATIONS, INC.
MCMILLAN ELECTRIC

MCPF HOLDINGS LLC (DBA MADISON-OFC 5161 CA LLC)
MCW SOLUTIONS (HOLD)
MECKLENBURG COUNTY TAX COLLECTOR
MED EXPEDITORS INC (INACTIVE)
MEDALLIA, INC.
MEDIAMONKS
MEDIANT COMMUNICATIONS, INC.
MEDIAPLATFORM, INC.
MEDTRADE CAPITAL, LLC (INACTIVE)
MEENA THIRUVENGADAM
MEGAPORT (UK) LIMITED
MEGAPORT (USA), INC
MEGAPORT(SINGAPORE)PTE LTD
MEGATREND PROPERTIES PTY LTD
MEGHAN KARN
MEISTER SEELIG & FEIN LLP
MELANIE EVERETT
MENTAL HEALTH COALITION
MENU NORTH AMERICA INC. (DBA CREATIVE DANES) (INACTIVE)
MENU A/S
MEPT 475 SANSOME STREET LLC
MEPT 777 6TH STREET, LLC (INACTIVE)
MERCER (US) INC.
MERCER LTD
MERMAIDS UK
MERSIVE TECHNOLOGIES, INC.
MESA ENERGY SYSTEMS INC (DBA EMCOR SERVICES MESA ENERGY)
MET TOWER OWNER LLC
META PLATFORMS, INC.
METLIFE CORE PROPERTY REIT, LLC
METLIFE CORE PROPERTY REIT, LLC (DBA MCP HUB I, LLC)
METRO CORP.
METROPLEX GENERAL CONTRACTORS
METROPOLITAN ATLANTA CHAMBER OF COMMERCE
METROPOLITAN BUILDERS OF NY INC (INACTIVE)
METROPOLITAN CLEANING LLC
METROPOLITAN SQUARE REIT LLC (DBA THE METROPOLITAN SQUARE ASSOCIATES LLC) (INACTIVE)
METROPOLITAN TRANSPORTATION AUTHORITY
MGMT GROUP INC (INACTIVE)
MIAMI NEW REALTY, INC
MIAMI PRIME LOCATION
MIAMI-DADE COUNTY - STATE OF FLORIDA
MICHAEL CAVALIERE (INACTIVE)
MICHAEL FELIX GALARDO (INACTIVE)
MICHAEL G KAUFMAN
MICHAEL GOLDMAN & ASSOCIATES, INC (DBA MGA) (INACTIVE)
MICHAEL GORDON
MICHAEL GROSS
MICHAEL MCCARTHY
MICHAEL TALESE
MICHAEL TALESE (DBA LABEL MAKER LLC) (INACTIVE)
MICHAEL WHITE REALTIES INC.
MICHAEL'S ENGLISH MUFFINS

MICHELLE LI
MICHIEL ARNOUTS
MICRO MATIC USA, INC.
MICROSOFT CORPORATION
MICROSOL RESOURCES
MID ARCTIC TRANSPORTATION CO. LTD. (DBA
MATCO MOVING SOLUTIONS) (INACTIVE)
MIKE HOLKESVIK
MIKE PALMA
MILK STORK, INC.
MILL CREEK COFFEE COMPANY LTD
MILROSE CONSULTANTS, INC,
MINDSTREAM ANALYTICS, LLC
MINDTICKLE, INC.
MINIÑO ABOGADOS S.R.L.
MINNESOTA DEPARTMENT OF REVENUE
MIRABELLA ADVISERS LLP
MITIE PLUMBING & HEATING CORP.
MITRATECH HOLDINGS, INC.
MOBILITY NETWORK (TEXAS), LLC (DBA
METROPOLIS) (INACTIVE)
MODERN CLEANING CONCEPT INC.
MOHAMMED GANGAT, ESQ
MOHR PARTNERS, INC.
MOLLY JACKSON
MONDAY.COM LTD
MONROE & MEADOWS SYSTEMS, INC.
MONSTER MEDIA
MONTEVERDE & ASSOCIATES PC
MONTGOMERY CAPITAL PARTNERS III, LP
MONTGOMERY COUNTY TAX ASSESSOR -
COLLECTOR
MORAVIA IT , LLC
MORE THAN MATTER
MORGAN LEWIS & BOCKIUS LLP
MORGAN STANLEY DOMESTIC HOLDINGS, INC.
MORI AMERICA LLC (DBA MT BACK BAY ONE
LLC)
MORI HAMADA & MATSUMOTO
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
MORRISON & FOERSTER LLP
MORROW SODALI LLC
MOSS ADAMS LLP
MOT MODELS LTD
MOTIV OFFICE PTY (NON-PUNCHOUT)
MOZAIC EAST LLC (DBA MOZAIC PARTNERS, LLC)
MRI SOFTWARE LLC
MSA ARCHITECTURE + DESIGN, INC.
MSG ARENA, LLC
MSI HOLYOKE LLC (HOLD)
MTS CUSTOMS
MUCK RACK, LLC
MULTNOMAH COUNTY TAX COLLECTOR
MUNSCH HARDT KOPF & HARR, P.C.
MUNWAY TECHNOLOGY, INC.
MURRAY ARONSON, INC.
MURTAZA & KHOKHAR ENGINEERING
CONSULTANTS, PLLC (DBA TOWER CONSULTING
ENGINEERS)
MUUTO A/S
MUUTO INC.
MY OFFICEHUB LIMITED

MYCHECK LLC (INACTIVE)
MYRIAD360, LLC (DBA MYRIAD360)
NADAV SHATZ
NAI CAPITAL COMMERCIAL, INC. (DBA NAI
CAPITAL)
NAMI NEW YORK PROPERTY, LLC
NAMOR REALTY COMPANY LLC
NANIBAA BECK (INACTIVE)
NANYATA SIYAYA HOLDINGS PTY LTD
NARROW SECURITY INC
NASDAQ INC
NATAKALLAM LLC
NATIONAL SAFETY COUNCIL
NATIONAL VALUATION CONSULTANTS, INC.
NATIVE AMERICAN RIGHTS FUND
NAUTADUTILH
NAUTADUTILH NEW YORK
NAVAN, INC
NAVIGATORS INSURANCE COMPANY
NAYYA HEALTH INC.
NC CAYMAN LTD.
NCH CORPORATION
NCIRCLE TECH PRIVATE LIMITED
NCS MOVING SERVICES
NEGOTIATUS CORP. (DBA ORDER)
NEJAT ABDURAHAMAN
NEOCOL INC
NETDOCUMENTS SOFTWARE INC. (DBA
SUNDANCE GROUP HOLDINGS INC.)
NEW ECONOMY LLC (DBA GLOBALIZATION
PARTNERS LLC)
NEW HANOVER COUNTY AIRPORT AUTHORITY
NEW JERSEY DIVISION OF TAXATION
NEW YORK MARINE & GENERAL INSURANCE
COMPANY
NEW YORK SECURITY SOLUTIONS, INC
NEW YORK SOUNDPROOFING LLC
NEW YORK STATE DEPARTMENT OF TAXATION
AND FINANCE
NEWMAN FERRARA LLP
NEWMARK & COMPANY REAL ESTATE, INC. (DBA
NEWMARK KNIGHT FRANK)
NEWMARK CANADA
NEWMARK GRUBB KNIGHT FRANK
NEWMARK KNIGHT FRANK
NEWMARK OF SOUTHERN CALIFORNIA INC (DBA
NEWMARK GRUBB KNIGHT FRANK)
NEWMARK REAL ESTATE OF DALLAS
NEWMARK REAL ESTATE OF MASSACHUSETTS
LLC
NEXT LEVEL VALET
NFINITY GLOBAL INC.
NGL LIGHTING SUPPLY
NICHOLAS SYLVAN CONTINO
NICK CLARK PERSONAL CHECKING
NICK PIERCE
NINE UNITED TAK CO., LTD (DBA HAY)
NISOS HOLDINGS, INC. (DBA NISOS)
NJ LEEP
NOBLE COYOTE ROASTERS
NOEL LARA
NORTH AMERICAN PARKING LLC

NORTH CAPITOL STREET PARTNERS LP (DBA 660
NORTH CAPITOL STREET PROPERTY LLC)
NORTH CAROLINA DEPARTMENT OF REVENUE
NORTH DOWNS REALTY INC.
NORTH HYDRATION LTD (DBA NORTH WATER)
(INACTIVE)
NORWAY HOLDINGS, INC. (DBA BOSTON REALTY
ADVISORS)
NOTARIOS CACERES, S.C.
NOUVEAU ELEVATOR
NOVEL CENTRAL LLC (INACTIVE)
NOVO CONSTRUCTION, INC.
NP 18TH & CHET, LLC
NPD LOGISTICS (INACTIVE)
NTC ACQUISITION CO
NTRUST INFOTECH INC
NURTURING EXPRESSIONS LLC (DBA OPTIMUM
WELLNESS)
NV TECHNOLOGIES PTY, LTD
NW SOHOCA REIT LLC (DBA NW 524 SOHO LLC)
NYC DEPARTMENT OF BUILDINGS
NYC DEPARTMENT OF FINANCE
NYC DEPARTMENT OF FINANCE
NYC FIRE DEPARTMENT
NYC PUMPS REPAIR PM LLC (DBA PUMPMAN NYC)
(INACTIVE)
NYC VANBARTON INTERBOROUGH FUND LLC
(DBA EIB STUDIO SQUARE LLC)
NYC WATER BOARD
NYS DEPARTMENT OF TAXATION AND FINANCE
NYS UNEMPLOYMENT INSURANCE DIVISION
NYSE MARKET (DE), INC.
O' MELVENY & MYERS, LLP
O.B.N. CONSULTING INC. (DBA OBN SECURITY &
INVESTIGATIVE CONSULTANTS)
OAKHURST REALTY PARTNERS LLC
OAKWOOD CORPORATE SERVICES LIMITED
OANDA BUSINESS INFORMATION AND SERVICES
INC.
O'BRYANT ELECTRIC, INC.
OBS REIT LLC
OCC COMMERCIAL LLC
ODEKO, INC
ODITLY TECHNOLOGIES PRIVATE LIMITED
OFFICE BANK CO.,LTD.
OFFICE CONCIERGE LLC
OFFICE FLEX GROUP
OFFICE FREEDOM LIMITED
OFFICE HUB (PTY) LTD
OFFICE HUB LLC
OFFICE SPACE CHICAGO, INC.
OFFICE-HUB.COM PTE LTD
OFFICENETWORK, LLC
OFFICEPLACE JOHANESBURG (PTY) LTD
OFFICERND LIMITED
OFFICEWORKS NEW YORK, INC.
OFQ ABOGADOS LLC
OHIO EQUITIES LLC REALTORS
OKTA, INC
OLIVE/HILL STREET OWNER, LLC (DBA
OLIVE/HILL STREET PARTNERS, LLC)
OMERS REALTY CORPORATION

OMV PARK SQUARE LLC (INACTIVE)
ON TARGET HOLDINGS, LLC (DBA ON TARGET
SOLUTIONS, LLC) (INACTIVE)
ONCORE REAL ESTATE CONSULTING, LLC
ONE BRIDGE CAPITAL ADMINISTRAÇÃO E
GESTAO DE CARTEIRA DE TÍTULOS E VALOR
MOBILIÁRIO LTDA. (INACTIVE)
ONE CLIPBOARD, INC. (DBA SPLASH)
ONE CULVER OWNER LP
ONE DIVERSIFIED LLC (DBA DIVERSIFIED)
ONE GAS, INC. (DBA TEXAS GAS SERVICE)
ONE TOWN CENTER ASSOCIATES
ONE11 ADVISORS LLC
ONETRUST LLC
ONNA TECHNOLOGIES, INC.
ONNI 1411 FOURTH DEVELOPMENT LIMITED
PARTNERSHIP (INACTIVE)
ONNI ATRIA LIMITED PARTNERSHIP (INACTIVE)
ONNI BRAND LIMITED PARTNERSHIP
ONNI BROADWAY LIMITED PARTNERSHIP
(INACTIVE)
ONNI MANHATTAN TOWERS LIMITED
PARTNERSHIP
OOMNITZA INC.
OPERATIONAL TECHNOLOGY INTEGRATORS
OPG 745 ATLANTIC OWNER (DE) LLC (INACTIVE)
OPTIMISM ONLINE, LLC
ORACLE AMERICA, INC.
ORANGE COUNTY TREASURER - TAX COLLECTOR
ORASI SOFTWARE, INC.
OREGON DEPARTMENT OF REVENUE
ORIA, COLOMBRES & SARAVIA, S.C.
ORION COMMERCIAL PARTNERS LLC
ORKIN CANADA CORPORATION (INACTIVE)
ORYX MHI SERVICES (PTY) LTD (NON-PUNCHOUT)
ORYX MHI SERVICES (PTY) LTD (PUNCHOUT)
OS SALESCO INC (INACTIVE)
OSBOURNE MEDIA LLC
OSCAR ASSOCIATES AMERICAS LLC
OSD OUTSIDE LLC
OSDORO INC
OTIS ELEVATOR COMPANY
OUTFIT GENERIC INC.
OUTSOURCE CONSULTANTS INC
OWNBACKUP, INC.
PA-1601 MARKET STREET LP (INACTIVE)
PACER SERVICE CENTER (DBA U.S. COURTS AO-
PACER SERVICE CENTER)
PACIFIC DESIGN CENTER 1 LLC
PACIFIC OAK SOR 353 SACRAMENTO STREET, LLC
(INACTIVE)
PACIFIC RED LLC
PACKAGEX, INC
PACKERS SANITATION SERVICES INC LTD
PAGERDUTY, INC
PAI-HUNG ERIC WU
PALACIOS & ASOCIADOS/SERCOMI, S.A.
PALANTIR TECHNOLOGIES INC.
PALLAS ADVISORS, LLC
PAMELA OREN-ARTIZI/GET GRIN
PARADIGM STRATEGY INC.
PARALLAX VISUAL COMMUNICATION

PARIC CORPORATION
PARIC CORPORATION, INC. (INACTIVE)
PARK PLACE ASSOCIATES
PARKEAZ, LLC
PARKING CONCEPTS INC
PARTISAN PROJECTS INC.
PARTYSLATE, INC. (INACTIVE)
PATHMATA NETWORKS INC (DBA DASH HUDSON)
PATRICK JULIAN MATALA
PAUL BURNETT
PAUL DYKES (INACTIVE)
PAUL KEGLEVIC
PAUL MUNIZ
PAUL ROTHSTEIN
PAUL S ARONZON (DBA PSA CONSULTING, LLC)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
PAYROLL - SOUTH AFRICA - TMF CS SOUTH AFRICA PTY LTD
PBM, LLC
PCAOB
PCI CORDOVA PROPERTIES INC., CORDOVA II EQUITIES INC. AND PCI GREEN LP
PCR BROKERAGE HOUSTON, LLC (DBA NAI PARTNERS)
PEA GREEN OWNER, LLC
PEAK PARKING LP
PEARSON GROUP LLC (INACTIVE)
PEBBLEPOST, INC.
PEI MEDIA INC
PELICAN ELECTRIC GROUP SERVICE LLC
PEORIA GREEN OWNER, LLC
PERELLA WEINBERG PARTNERS
PERELLA WEINBERG PARTNERS LP
PERKINS COIE LLP
PERMIT ADVISORS INC. (INACTIVE)
PERSONA IDENTITIES, INC.
PESTOP
PETTER
PGAL, LLC
PG-PKY FAIRWAY JV LLC (DBA FAIRWAY EAST KENNEDY OWNER, LLC)
PH RETAIL ADVISORS, S DE RL DE CV (DBA THE LANDMARK)
PHONEBOOTHS INC.
PIAZZA PARTNERS I, LP
PIEDMONT OPERATING PARTNERSHIP, LP (DBA PIEDMONT 1155 PCW, LLC)
PIEDMONT OPERATING PARTNERSHIP, LP (DBA PIEDMONT 200 & 250 SOUTH ORANGE AVENUE, LLC, PIEDMONT - 901 N. GLEBE, LLC)
PIERCE GOODWIN ALEXANDER & LINVILLE, INC
PINKERTON CONSULTING & INVESTIGATION, INC (DBA PINKERTON)
PINNACLE INSTALLATIONS LLC
PIONEER PLACE LLC
PIPER FAUST PUBLIC ART
PIT CREW COFFEE SERVICE LLC
PITCHBOOK DATA INC
PJT PARTNERS LP
PKF CAPE TOWN
PLANT INTERSCAPES

PLATFORM NEIGHBORHOOD INVESTMENT FUND 1 LP (DBA 6001 CASS LLC) (INACTIVE)
PLATINUM PARKING EAST LLC
PLATINUM PROPERTIES EMPIRE LLC
PLUS COLLABORATIVES LIMITED LIABILITY PARTNERSHIP
PMG PRESSE-MONITOR GMBH & CO. KG
PNC BANK, N.A.
PNC BANK, NATIONAL ASSOCIATION
POLICY & STRATEGY COLLABORATIVE LLC
POLSINELLI PC
PONTE GADEA USA, INC (DBA PONTE GADEA BISCAYNE, LLC)
POPPIN INC.
POPPULO INC
PORTMAN RIDGE FUNDING 2018-2 LTD
PORTMAN TECH, LLC (INACTIVE)
POSITIVE IDENTITY LLC
POWER HOUSE TSSP LLC
POWERED BY WE HONG KONG LIMITED
PRACTISING LAW INSTITUTE
PRECISION COMPUTER SERVICES, INC.
PREFERRED PARKING SERVICE, LLC
PREFERRED TECHNOLOGIES, LLC
PREMIER PARKING OF MICHIGAN(DBA METROPOLIS PARKING)
PREMIER PARKING OF TENNESSEE LLC(DBA METROPOLIS)
PRESENTATION PRODUCTS, INC.
PRESIDIO NETWORKED SOLUTIONS GROUP LLC
PRESTONWOOD LANDSCAPE SERVICES-DFW, LLC
PRICEWATERHOUSECOOPERS LLP
PRICKLY PEAR PRODUCTIONS INC
PRIME ALERT SECURITY SERVICES, INC
PRIME US-SUB REIT, INC. (DBA PRIME US-TOWERS AT EMERYVILLE, LLC) (INACTIVE)
PRINCE GEORGE'S COUNTY, MD
PRINCIPAL REAL ESTATE, LLC
PRINT BEAR LLC (DBA STICKER MULE)
PRIORITY ACQUISITION COMPANY LLC (DBA PRIORITY LLC)
PRISTINEHD LLC (INACTIVE)
PRIT CORE 501(C)(25) LLC, (DBA 800 MARKET STREET, LLC)
PROCORE TECHNOLOGIES, INC.
PROFESSIONAL JANITORIAL SERVICE OF HOUSTON,INC.
PROFESSIONAL MARKETING SERVICES INC
PROFESSIONAL MARKETING SERVICES INC. (DOMESTIC)
PROMENADE GATEWAY. L.P.
PROMISE TOTAL SERVICES OF TEXAS, INC.
PROPERTY TAX RESOURCES, LLC
PRYOR CASHMAN LLP
PT. VIBRASI CAHAYA TERMULIA
PUGET SOUND PROPERTIES COMMERCIAL REAL ESTATE SERVICES, LLC
PUGET SOUND PROPERTIES COMMERCIAL REAL ESTATE SERVICES, LLC (DBA NAI PUGET SOUND PROPERTIES)
PURCELL JULIE & LEFKOWITZ LLP
PURE PLANET WATERS LLC

PWC HOLDINGS NO. 21 LLC (DBA
PRICEWATERHOUSECOOPERS ADVISORY
SERVICES LLC)
PYROCA 79 CC
Q4 INC.
QUALTRICS LLC
QUENCH USA, INC.
QUESTEL-ORBIT, INCORPORATED
QUINN EMANUEL URQUHART & SULLIVAN, LLP
QWEST CONTRACTING CORP
R.V. SMITH LEISURE LTD (DBA THE GAMES ROOM
COMPANY)
R2 GLOBAL, INC
RADIO WAVE LLC
RAFFLE PARKING COMPANY, LLC
RAFKIN ESQ., PLLC
RAMBOLL US CONSULTING INC.
RAMPART BROKERAGE CORP.
RANCILIO GROUP NORTH AMERICA
RAND CONSTRUCTION CORPORATION
RANXIAN YAO
RAPID7 LLC
RAPID7 LLC
RAR2-222 BROADWAY OWNER SPE, LLC
RASHAD ELABED
RAUCH-MILLIKEN INTERNATIONAL, INC.
RCAP LEASING INC (DBA RCAP LEASING)
RDE ADVISORS INC
REAL CAPITAL ANALYTICS, INC.
REAL ESTATE CONSULTANTS OF COLORADO, LLC
REALCOMM ADVISORS LC (HOLD)
REALTIMEBOARD INC
REALTYADS, LLC (INACTIVE)
REALTYCORP CONSULTORIA IMOBILARIA LTDA
(INACTIVE)
REBASE GROUP LTD
REBOBINE CONTEUDO DIGITAL EIRELI (DBA
REBOBINE) (INACTIVE)
RECALDE LAW FIRM, P.A.
RECESS DIGITAL INC.
RECREATE COMMERCIAL REAL ESTATE, INC.
RED SNAPPER CO-WORK SPACE MANAGEMENT
(SHANGHAI) CO., LTD.
RED SUMMIT PRODUCTIONS, LLC (INACTIVE)
REDEFINE PROPERTIES LTD
REDLEE/SCS INC
REDPATH RELOCATIONS INC.
REDWOOD NEBRASKA, LP
REED MIDEM SAS (INACTIVE)
REGENCY MAIN LLC
REGISTRAR, HIGH COURT
RELO REDAC, INC.
RELX INC (DBA LEXISNEXIS)
REMINGTON SHEA
RENAULT AND MORAN CONSTRUCTION, LLC.
RENEE CHAPLIN
RENEW ENERGY PARTNERS LLC
RENKOW MECHANICAL, INC
RENPROP (PTY) LTD
RENTEX INC
RESNICK MURRAY ST. ASSOCIATES, L.P.(DBA
RESNICK 255 GREENWICH LLC)

RESNICK WATER ST. DEVELOPMENT CO., LP
(RESNICK SEAPORT, LLC)
RESOLUTION ECONOMICS, LLC
RESOURCE COMMERCIAL REAL ESTATE
RESTAURANT ASSOCIATES, INC.
RESTORATION HARDWARE, INC. (INACTIVE)
RETHINKIT INC.
REVENU QUEBEC
REVENUE DIVISION - METRO SHS TAX
RFM BLOCK ON CONGRESS I, LLC (INACTIVE)
RFM-KTB CSQ PROPCO, LLC
RFR/K 77 SANDS OWNER LLC
RFR/K 81 PROSPECT OWNER LLC (INACTIVE)
RHONE GROUP LLC
RIC MOORE
RICARDO JOSE GOMEZ
RICE RE HOLDINGS III
RICE(HONG KONG) LIMITED
RICHARD VAN WEL (DBA UNITI)
RICHARDS, LAYTON & FINGER
RICHARDS, LAYTON & FINGER, P.A
RIGHTREV INC
RIGOBERTO ANDRADE (DBA ANDRADE
CLEANING SERVICE)
RIGRODSKY LAW, P.A.
RISE73 CRE INC.
RITE AID CORPORATION
RIVERPARK TOWER I OWNER LLC
RIZZO GROUP
RJM CONSTRUCTION, LLC
ROBBINS PARKING TEXAS L.P. DBA (PLATINUM
PARKING)
ROBERT HALF INTERNATIONAL (DBA
ACCOUNTEMPS, OFFICETEAM, THE CREATIVE
GROUP, RH LEGAL, RH TECHNOLOGY, RH
MANAGEMENT RESOURCES)
ROBERT LYNN COMPANY
ROBERT MASSEO DAVIS (INACTIVE)
ROBERT QUINN CONSULTING INC. (DBA RQC
GROUP)
ROBERT SEAWICK
ROBERT TAYLOR
ROBERTS & HOLLAND LLP
ROBINHOOD MARKETS INC.
ROC-FIFTH AVENUE ASSOCIATES, LLC
ROCKCAP COMMERCIAL REAL ESTATE LLC (DBA
ROCKCAP COMPANY)
ROD HEISLER CONSTRUCTION & MANAGEMENT
INC (INACTIVE)
RODMAN ACCOUNTING & CONSULTANCY LLC
ROF V ROSS REIT, LLC
ROLLBAR, INC.
ROMERO PINEDA& ASOCIADOS SA DE CV
RONBET 40TH STREET LLC
RONBET 437 LLC
ROPES & GRAY LLP
ROSENBERG & ESTIS, P.C.
ROSS REAL ESTATE LTD
ROUNDHILL CONSTRUCTION LLC
ROUTERATI INC.
ROX TREP TOLLWAY, LLC
ROXANNE IRANI (INACTIVE)

ROYAL CREST DAIRY (DBA FARMERS ALL NATURAL)
ROYALTY CLEANING EXPERTS LLC
RP AVENTINE OFFICE OWNER LLC (INACTIVE)
RP BUILDERS (DBA RINNOVO CONSTRUCTION LLC)
RR FRANCHISING, INC. (DBA VANGUARD CLEANING SYSTEMS) (INACTIVE)
RREEF AMERICA REIT II, INC (DBA RAR2 - 222 SOUTH RIVERSIDE, LLC)
RSM CONSTRUCTION GROUP LLC
RSM SOUTH AFRICA INC (INACTIVE)
RSM UK AUDIT LLP
RSM US LLP
RSVP CATERING
RUBEN PRIEGO MUNOZ
RUBY ANAYA
RUDY, EXELROD, ZIEFF & LOWE LLP
RUPIN MINHAS
RUSSELL REYNOLDS ASSOCIATES INC
RUTH COLP-HABER (DBA WHARTON PROPERTY ADVISORS, INC.) (INACTIVE)
RXR 620 REIT LLC (DBA RXR 620 MASTER LESSEE LLC)
RXR ATLAS LLC
RYAN MISARESH LLC
RYAN OZIMEK
RYAN SARABIN
S&H LONE STAR ELECTRIC
S5 ADVISORY
SABA & CO. INTELLECTUAL PROPERTY
SABA & CO. INTELLECTUAL PROPERTY (EGYPT)
SABA & CO. INTELLECTUAL PROPERTY (MOROCCO)
SACHSE CONSTRUCTION AND DEVELOPMENT COMPANY, LLC
SADA SYSTEMS, INC.
SAFETY BUILDING CLEANING CORP. (DBA SAFETY FACILITY SERVICES)
SAGEN MORTGAGE INSURANCE COMPANY CANADA
SAILPOINT DEVELOPMENT GROUP INC
SAILPOINT TECHNOLOGIES, INC.
SAJO INC.
SALEM FABRICATION TECHNOLOGIES GROUP, INC (INACTIVE)
SALESFORCE.COM, INC.
SALESLOFT, INC.
SALO LLC
SALT LAKE COUNTY ASSESSOR'S OFFICE
SALTZ LAW GROUP LLC
SAM ADAMS
SAM INTERNATIONAL B.V. (NETHERLANDS)
SAM TELL AND SON, INC.
SAN DIEGO COUNTY TREASURER-TAX COLLECTOR
SAN FRANCISCO CHAMBER OF COMMERCE
SAN FRANCISCO CITY OPTION
SAN FRANCISCO TREASURER & TAX COLLECTOR
SAN FRANCISCO TREASURER & TAX COLLECTOR
SANTA CLARA COUNTY DEPARTMENT OF TAX AND COLLECTIONS

SANTAMARINA Y STETA, S.C.
SAPPHIRE SYSTEMS PLC
SARAH BRATSCH
SARAH GERBER
SARAH-ANN MOH
SARGENTI ARCHITECTS PC
SARS
SAVANNAH DISTRIBUTING CO, LLC
SAVILLE NOTARIES LLP
SAVILLS INC
SAVILLS INC. (DBA T3 REALTY ADVISORS, LLC)
SAVILLS STUDLEY INC. (INACTIVE)
SAVITT PARTNERS
SAY TECHNOLOGIES LLC
SC BUILDERS, INC.
SCENTAIR HOLDINGS, INC
SCHARF BANKS MARMOR LLC
SCHMOYER REINHARD LLP
SCHNEIDER ELECTRIC IT CORPORATION (INACTIVE)
SCHWARZ-CPA
SCOTLAND WRIGHT & ASSOCIATES, LLC
SCOTT SHERIDAN (INACTIVE)
SCOTT SQUARED LLC (DBA HANDLER REAL ESTATE SERVICES)
SCREO I 700 2ND INC
SCRIPTCLAIM SYSTEMS LLC
SDL PARTNERS LTD
SEAN ALLEN
SEAN BULLOCK (INACTIVE)
SEAN DINNEEN
SEARCH OFFICE SPACE (SOS) NORTH AMERICA, INC (DBA OFFICE FREEDOM)
SECURE ACCESS DIGITAL SYSTEMS, LLC
SECURITAS CANADA LIMITED
SECURITAS SECURITY SERVICES USA, INC.
SECURITIES & EXCHANGE COMMISSION
SEEN MEDIA GROUP LLC (INACTIVE)
SEGMENT.IO, INC. (HOLD)
SELENDY GAY ELSBERG PLLC
SELIG FAMILY HOLDINGS, LLC (DBA MARKET HOLDINGS COMAPNY, LLC)
SEMLER BROSSY CONSULTING GROUP
SERAPH BIOSCIENCES
SERVICE D'ENTRETIEN DES PLANTES ALPHA INC. (INACTIVE)
SERVICE DU BÂTIMENT G.R. INC (INACTIVE)
SERVICE FIRST CLEANING LLC
SERVICE WEST, INC. (INACTIVE)
SERVICED OFFICE PARTNERS LIMITED
SERVICIOS ANN S.A.(DBA SERVIANN)
SEVEN ONE SEVEN PARKING SERVICES, INC.
SEYFARTH SHAW LLP
SFIII 1111 BROADWAY, LLC
SHAPE BRENTWOOD LIMITED PARTNERSHIP
SHARE LOCAL MEDIA INC.
SHAREBITE INC.
SHAREWORKS/MORGAN STANLEY SMITH BARNEY LLC
SHAW CONTRACT FLOORING SERVICES, INC (DBA SPECTRA CONTRACT FLOORING)
SHB REAL ESTATE LTD

SHI CANADA ULC
SHI INTERNATIONAL CORP
SHI INTERNATIONAL CORP
SHOOK,HARDY & BACON LLP
SHOW YOUR LOGO
SIDE, INC.
SIDEMAN & BANCROFT LLP
SIDNEY LEE WELDING SUPPLY, INC. (DBA EASY
CO2) (INACTIVE)
SIEMENS INDUSTRY, INC. (INACTIVE)
SIERRA MICROPRODUCTS, INC
SIGNAL MEDIA INTELLIGENCE INC.
SIGNAL STARS GOV LLC
SIGNET CREST, INC.
SIGNTECH ELECTRICAL ADVERTISING, INC.
SILICON SLOPES (INACTIVE)
SIMMONS & SIMMONS LLP
SIMON & SCHUSTER, INC.
SIMON DATA INC
SIMPLELEGAL, INC.
SITE SELECTION GROUP LLC
SITECH ENVIRONMENTAL CORP
SITECOMPLI, LLC (DBA SITECOMPLI)
SITEHANDS, INC. (HOLD)
SITUU LTD
SK COMMERCIAL REALTY
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
SKATTEFORVALTNINGEN
SKYLER SALINAS
SLACK TECHNOLOGIES INC
SLALOM, LLC
SLS CONSULTING, INC.
SM CAMPUS, LLC
SMALL BUSINESS EXPO LLC
SMART & BIGGAR LP
SMART CHOICE COMMERCIAL CLEANING, INC (INACTIVE)
SMART MOVE, LLC
SMARTLING INC
SMARTSHEET INC
SMILEONMYMAC LLC (DBA SMILE) (INACTIVE)
SMITH AND ANDERSEN CONSULTING
ENGINEERING
SML 350 LINCOLN INC (INACTIVE)
SMM FACILITIES, INC
SNAPWIRE MEDIA, INC.
SNOWFLAKE INC.
SNYDER VINE OWNER LLC
SOCIALSIGN.IN INC
SOFTBANK GROUP CORP
SOFTBANK GROUP CORP
SOFTBANK VISION FUND II-2 LP
SOFTSERVE, INC.
SOF-XI PCT SINGLE TOWER ULTIMATE MEZZ
HOLDINGS LLC (DBA SOF-XI PCT SINGLE TOWER
OWNER, LLC)
SOHO AOA OWNER LLC
SOLOMON, SALTSMAN & JAMIESON (INACTIVE)
SOLOWAY SCHWARTZ LLC
SOLUGROWTH (PTY) LTD (INACTIVE)
SOMERA ROAD - 1100 MAIN STREET, LLC
SOUND KOMBUCHA LLC (DBA PUGET SOUND
KOMBUCHA CO)

SOUND MOVES LOGISTICS INC (INACTIVE)
SOUTH COAST PLAZA
SOUTH EAST INSTALLATIONS LTD (INACTIVE)
SOUTHSOURCE ADVISORS, LLC (DBA
SOUTHSOURCE)
SP PLUS (SP+) (DBA STANDARD PARKING)
SPACECON SPECIALTY CONTRACTORS, LLC
SPAWGLASS CONTRACTORS, INC. (INACTIVE)
SPEC-CLEAN LLC
SPECIALTY COFFEES OF DALLAS, LLC
SPECIALTY LIGHTING GROUP, LLC
SPECTORGROUP
SPECTRIO LLC
SPHERIENS ASSOCIAZIONE PROFESSIONALE
SPINA & COMPANY, LLC
SPLIT SOFTWARE, INC.
SPONSORUNITED, INC.
SPRINGFIELD CAPITAL MANAGEMENT LLC
SPRINTCUBE PRIVATE LIMITED
SPROUT LABS INC
SPROUT SOCIAL, INC.
SRI ELEVEN MINNEAPOLIS 225 LLC
SRS ACQUIOM HOLDINGS INC. AND SUBSIDIARIES
(DBA SRS ACQUIOM HOLDINGS LLC)
ST. FRANK COFFEE, LLC (DBA SAINT FRANK
COFFEE) (INACTIVE)
STAFFED INC.
STANDARD & POOR'S FINANCIAL SERVICES, LLC
(DBA S&P GLOBAL RATINGS)
STANTEC CONSULTING LTD
STAPLES CANADA - BUILDING OPENINGS &
PROCUREMENT
STAPLES CANADA - COMMUNITY & GENERAL
WEWORK
STAPLES PROMOTIONAL PRODUCTS
STAPLES US FOR CANADA (VIA NEGOTIATUS)
MUGS/CUPS ONLY
STAPLES, INC. (DBA STAPLES BUSINESS
ADVANTAGE)
STAPLES, INC. (DBA STAPLES CONTRACT &
COMMERCIAL LLC)
STAR ELECTRIC INC
STARBOARD COMMERCIAL BROKERAGE INC
STARBRIGHT WW LP
STARCOM WORLDWIDE INC (HOLD)
STARSHIP BAGEL LLC
STATE OF DELAWARE
STATE OF ILLINOIS DEPARTMENT OF REVENUE
STATE OF OHIO
STATE OF WASHINGTON DEPARTMENT OF
REVENUE
STATION COLD BREW COFFEE CO. INC. (DBA
CRAFT ON DRAFT)
STEELCASE CANADA LTD.
STEELCASE, INC.
STEELE GROUP, LLC (DBA STEELE GROUP)
STEFANIE WOODBURN
STEINWAY MOVING AND STORAGE, INC.
STEPHANIE GETZEL
STEPHEN CHINN
STERICYCLE, INC.

STEVEN MALLET (DBA SJM SERVICE SOLUTIONS LLC) (INACTIVE)
STIKEMAN ELLIOTT LLP
STOCCHE, FORBES, FILIZZOLA, CLAPIS, PASSARO E MEYER SOCIEDADE DE ADVOGADOS CNPJ 15176391000177
STOCKPERKS, LLC
STONE COMMERCIAL BROKERAGE, INC
STORMLOOP TECHNOLOGIES LLC
STORYHUNTER INC
STOUT STREET CAPITAL MANAGEMENT
STRAITLINK GLOBAL LOGISTICS INC
STRATEGIC SECURITY SOLUTIONS, LLC
STREAM REALTY PARTNERS - DC, LP
STREAM REALTY PARTNERS - ORANGE COUNTY, LP
STREAM REALTY PARTNERS-DFW,LP (HOLD)
STREAMLINEVENTS, INC. (INACTIVE)
STRETCH CREATIVE INC (DBA STRETCH)
STRIPE PAYMENTS CANADA LTD.
STRIPE PAYMENTS COMPANY
STRIPE, INC.
STRUCTURE TONE, INC.
STUDIO RODRIGO LLC
STUDIO84 INC
STURDY NETWORKS LLC (HOLD)
SUCCESS FORT WORTH EXECUTIVE COACHING
SUDLOWS ENTERPRISE SERVICES LTD
SUDLOWS EUROPE LIMITED
SUGAR BEETS INC
SUITUP INCORPORATED
SULLIVAN & CROMWELL LLP
SULLIVAN & CROMWELL LLP
SULLIVAN & MCLAUGHLIN COMPANIES INC.
SUMMIT DESIGN & BUILD
SUMMIT RISER SYSTEMS
SUN LIFE ASSURANCE COMPANY OF CANADA
SUNBELT CONTROLS, INC.
SUNDANCE EAST PARTNERS,LP
SUNSET NORTH OWNER, LLC
SUNSET PARK HOLDINGS LLC
SUTTER HILL MANAGEMENT CORPORATION
SUZY, INC.
SVF CRITERION SANTA MONICA CORPORATION
SVF II AGGREGATOR (JERSEY) LP
SVF II WW HOLDINGS (CAYMAN) LIMITED
SV-MDC HOLDINGS LLC (DBA MDC INTERIOR SOLUTIONS LLC) (INACTIVE)
SWEENY  & CO ARCHITECTS INC
SWEETBAUM SANDS RAMMING PC
SWILLIO INC (DBA SWILL) (INACTIVE)
SYMPHONY TALENT, LLC
SYSCO FOOD SERVICES OF METRO NY LLC
SYSKA HENNESSY GROUP INC
SYSTEM ONE HOLDINGS, LLC
T&H SECURITY INC (DBA CITADEL SECURITY AGENCY) (INACTIVE)
T. DALLAS SMITH & COMPANY, LLC.
T3 REALTY ADVISORS, LLC
TAB SERVICE COMPANY
TABLEAU SOFTWARE, LLC

TABOR CENTER REIT I LLC (DBA CCP/MS SIII DENVER TABOR CENTER I PROPERTY OWNER LLC)
TACODELI HOLDINGS INC
TACTIX REAL ESTATE ADVISORS, LLC
TAIWAN WEWORK CO., LTD.- SUPPLIER (INACTIVE)
TALLY SOLUTIONS (PTY) LTD
TANAYA WINDER
TANDYM GROUP.
TANGOE US, INC.
TARA TPS
TASTY BEVERAGE COMPANY, LLC (HOLD)
TATESIDE LTD
TAUIL E CHEQUER SOCIEDADE DE ADVOGADOS
TAX ASSESSOR COLLECTOR - COLLIN COUNTY
TB CONSTRUCTION CONSULTANTS LLC (DBA TURTON BOND)
TBD MEDIA GROUP LIMITED
TBIT SMART BUILDING SOLUTIONS INC.
T-C 33 ARCH STREET, LLC
T-C 4TH & MADISON LLC
TDC BLACKBIRD FCBP, LLC (INACTIVE)
TDINDUSTRIES, INC
TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA
TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA (DBA T-C 501 BOYLSTON STREET LLC)
TEAM AI CORP (INACTIVE)
TEAMLINX LLLP (DBA LINX)
TEC SYSTEMS INC
TECHNYC INC. (DBA TECH:NYC)
TED MOUDIS ASSOCIATES, INC
TELX - SAN FRANCISCO, LLC (DBA DIGITAL REALTY)
TEMPO HOLDING COMPANY LLC (DBA ALIGHT SOLUTIONS)
TENANT SERVICES GROUP, L.L.C.
TENANTBASE, INC. (DBA TENANTBASE)
TENNESSEE DEPARTMENT OF REVENUE
TENTRIO TRANSPORT, LLC. (DBA THE JUNKLUGGERS OF NORTH ATLANTA)
TERAFIM S.A. (DBA DOVAT ARQUITECTOS)
TERMINUS VENTURE T100 LLC
TERRA REAL ESTATE, LLC
TERRI WILLIAMS
TESTLIO INC,
TETRA TECH ENGINEERS, ARCHITECTS, AND LANDSCAPE ARCHITECTS, P.C (DBA COSENTINI ASSOCIATES)
TEVORA BUSINESS SOLUTIONS, INC.
TEXAS BRAND BANK
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
TEXAS OFFICE ADVISORS LLC
TEXAS SHRED, INC
TEXTEXPANDER, INC.
THAIS GOMES VIEIRA
THE BARNETT COMPANY
THE BECTON, INTERNATIONAL BLACK THEATER & ARTS CONSORTIUM, LLC.

THE BUILDING AT 575 FIFTH OFFICE OWNER LLC
THE BUREAU OF NATIONAL AFFAIRS, INC. (DBA
BLOOMBERG INDUSTRY GROUP, BLOOMBERG
BNA, BNA INTERNATIONAL,)
THE CANADA LIFE ASSURANCE COMPANY
THE CANADA LIFE INSURANCE COMPANY OF
CANADA
THE CITY OF CALGARY
THE CITY OF COLUMBUS
THE CLIMATE GROUP, INC
THE COMMONWEALTH OF MASSACHUSETTS
THE DESIGNTEX GROUP INC
THE ENDICOTT GROUP (INACTIVE)
THE EQUITABLE LIFE INSURANCE COMPANY OF
CANADA
THE F.A. BARTLETT TREE EXPERT COMPANY
(DBA BARTLETT TREE EXPERTS)
THE FINANCIAL TIMES LIMITED (DBA FT LIVE)
THE GOLDMAN SACHS GROUP, INC (DBA GSJC
MASTER LESSEE, L.L.C.)
THE GOVERNMENT OF THE HKSAR
THE HAROLD E. EISENBERG FOUNDATION
THE HARTFORD
THE HUSTEAD LAW FIRM
THE HUSTEAD LAW FIRM, A PROFESSIONAL
CORPORATION
THE IRVINE COMPANY LLC
THE JESSLIN GROUP LIMITED
THE JOHN AKRIDGE MANAGEMENT COMPANY
LLC
THE LIVING CAFÉ PTE LTD
THE LUUPE, INC.
THE MANUFACTURERS LIFE INSURANCE
COMPANY
THE MILKMAN (NON-PUNCHOUT)
THE MILKMAN (PUNCHOUT)
THE MILLENNIUM GROUP OF DELAWARE INC
THE NEXT ONE'S ON ME, INC. (DBA TIE & LOOP)
THE O'KEEFE GROUP LLC (DBA TOG) (INACTIVE)
THE ORANGE GROUP REAL ESTATE CORP.
THE OUTWORDS ARCHIVE (INACTIVE)
THE PARTNERSHIP FOR NEW YORK CITY, INC.
THE PRIME GROUP REALTY LLC
THE PRINTING HOUSE LTD
THE RANGE NYC, LLC
THE REAL ESTATE BOARD OF NEW YORK INC
THE SCI CONSTRUCTION GROUP, INC.
THE SIEGFRIED GROUP, LLP
THE STONE GROUP
THE TEA SPOT
THE THINGS INDUSTRIES B.V.
THE TRAINING ESTABLISHMENT PTY LTD
THE ULTIMUS GROUP, LLC
THE WOODLANDS HOLDING COMPANY, INC. (DBA
HL CHAMPION HOLDING COMPANY, LLC)
THE WRIGHT COMPANY ELECTRICAL AND
MAINTENANCE SERVICES
THE YOUNG CENTER FOR IMMIGRANT
CHILDREN'S RIGHTS (INACTIVE)
THE ZAPPONE GROUP, LLC
THESQUAREFOOT, INC
THINKFUEL INC.

THOMAS LEW (DBA TOM LEW LLC) (INACTIVE)
THOMPSON HINE LLP
THOMSON REUTERS (DBA WEST PUBLISHING
CORPORATION)
THOMSON REUTERS (TAX AND ACCOUNTING) INC
THREE GALLERIA OFFICE BUILDINGS, LLC
THRIFTY OFFICE FURNITURE
THRIVE COMMERCE LLC
TIDY AIRE
TIKTOK INC.
TILLEKE & GIBBINS (VIETNAM) LTD
TITAN ELECTRIC, INC. (INACTIVE)
TITAN TEA
TITUS MATHEW
TMF CORPORATE SERVICES SOUTH AFRICA (PTY)
LTD
TMF HUNGARY ACCOUNTING AND SERVICES
LIMITED LIABILITY COMPANY
TMF NETHERLANDS B.V.
TMG 1333 NH SUB-HOLDINGS, L.L.C. (DBA TMG
1333 NEW HAMPSHIRE AVE., L.L.C.)
TMG 800 K STREET REIT,LLC
TMG BAY AREA INVESTMENTS I, LLC (DBA BA1
2201 BROADWAY LLC)
TMI ASSOCIATES
T-MOBILE CENTRAL LLC
TODD FABER (DBA THE FABER GROUP)
TOKAY PRESS, INC. (DBA TOKAY PRESS)
TOPSIDE VENTURES INC (INACTIVE)
TORO LOCO
TOTAL INTERACTIVE EVENTS LLC
TOWER BURBANK INVESTORS LLC (DBA TOWER
BURBANK OWNER, LLC)
TOWER COMMERCIAL (INACTIVE)
TOWER26 AGENCY LLC (DBA TOWER26) (HOLD)
TPC INC.
TPC INC. (CANADA)
TPL PROPERTY OWNER, L.P.
TRACER LABS, INC.
TRADEMANGO SOLUTIONS INC (DBA ARTICLE)
(INACTIVE)
TRADEMANGO SOLUTIONS INC.
TRAINOR COMMERCIAL CONSTRUCTION INC
TRANE US, INC.
TRANE US, INC.
TRANEL 1 LLC
TRANSACTION TAX RESOURCES, INC. (INACTIVE)
TRANSBAY TOWER HOLDINGS LLC
TRANSEL ELEVATOR & ELECTRIC, INC (DBA TEI
GROUP) (INACTIVE)
TRANSPERFECT HOLDINGS, LLC (DBA
TRANSPERFECT TRANSLATIONS INTERNATIONAL,
INC)
TRANSWESTERN COMMERCIAL SERVICES FORT
WORTH, LLC
TRANSWESTERN COMMERCIAL SERVICES, LLC
TRAVIS COUNTY TAX OFFICE
TRAVIS COUNTY TAX OFFICE
TRAXION GROUP, INC
TRAY.IO
TRE BROKERAGE, LLC
TREA 99 HIGH STREET LLC

TRENCH, ROSSI E WATANABE ADVOGADOS
TREND CONSTRUCTION SERVICES (PTY) LTD
TREVEY COMPANY, LLC
TRG 166 GEARY LLC (INACTIVE)
TRI SHIELD SECURITY AND INVESTIGATIONS LLC
TRIANGLE SIGN & SERVICE, LLC (DBA TRIANGLE
SIGN SERVICES)
TRIBORO BEVERAGE INC
TRIBUNE PUBLISHING COMPANY, LLC
TRIMARK CORPORATION
TRIMBLE INC (DBA SKETCHUP)
TRINET USA INC
TRINITY CENTRE LLC
TRINITY HUDSON HOLDINGS LLC
TRINITY SECURITY, LLC (DBA THE FLYING
LOCKSMITHS OF SEATTLE) (INACTIVE)
TRIPLESEAT SOFTWARE LLC
TRNK NEW YORK LLC (INACTIVE)
TROOPS INC
TROUTMAN PEPPER (TRUSTEE'S COUNSEL)
TROUTMAN PEPPER HAMILTON SANDERS LLP
TROUTMAN PEPPER HAMILTON SANDERS LLP
(INACTIVE)
TSSP, LLC (INACTIVE)
TTA, LLC (DBA THE TENANT AGENCY)
TTEC SERVICES CORPORATION
TURELK, INC.
TURNER CONSTRUCTION COMPANY
TURNKEY PROJECT SERVICES, LLC
TVEYES INC.
TWILIO, INC.(DBA SENDGRID, INC./ SEGMENT.IO,
INC.)
TYSONS II LAND COMPANY LLC (DBA TYH
DEVELOPMENT COMPANY LLC)
U.S. BANK
U.S. BANK NATIONAL ASSOCIATION
U.S. ELECTRICAL SERVICES, INC. (DBA
WIEDENBACH BROWN) (INACTIVE)
U.S. SMALL BUSINESS ADMINISTRATION
UBEO MIDCO LLC
UBER TECHNOLOGIES, INC
UBSL COMPLIANCE LLC
UCP-WESTLAKE TOWER PV LLC (INACTIVE)
UGSOA INTERNATIONAL
UIPATH, INC
UL LLC (INACTIVE)
UL VERIFICATION SERVICES INC. (INACTIVE)
ULINE
ULINE CANADA CORPORATION
ULY, INC. (INACTIVE)
UNBABEL INC
UNCO RE HOLDINGS, LLC
UNDERWRITERS LABORATORIES HOLDINGS B.V.
U-NEED-A-BOTTLE LTD (INACTIVE)
UNICO 250 EAST 200 SOUTH TOWER LLC
UNICO STRATEGIC OPPORTUNITY FUND VIII LP
(DBA UNICO ONE NASHVILLE PLACE LLC)
UNION INVESTMENT REAL ESTATE GMBH
UNION SQUARE ASSOCIATES LLC
UNITARIAN UNIVERSALIST ASSOCIATION
UNITED BUILDING MAINTENANCE ASSOCIATES,
INC.

UNITED CORPORATE SERVICES, INC.
UNITED LIGHTING & ELECTRICAL CORP (DBA ULE
GROUP) (INACTIVE)
UNITED STATES POSTAL SERVICE
UNITED STATES TREASURY
UNITEDLEX CORPORATION (INACTIVE)
UNITY BUILDING SERVICES, INC.
UNITY CONSTRUCTION GROUP LLC
UNIVERSAL PROTECTION SERVICE LP ( DBA
ALLIED UNIVERSAL SECURITY SERVICES)
UNIVERSAL SMART CARDS INCORPORATED
UNIVERSUM COMMUNICATIONS INC.
UPD 729 WASHINGTON LLC
UPFLEX, INC.
UPFLEX, INC.
UPSUITE
UPTOWN CHAMBER OF COMMERCE
UPTOWN UNITED
URBAN AIRSHIP, INC (DBA AIRSHIP)
URBAN COMPASS, INC (DBA COMPASS)
URBAN LAND INSTITUTE (INACTIVE)
URBAN OUTLINE BUILDING GROUP LTD
US BANK - DEBT SERVICE FEES
US BANK (144A BOND INTEREST)
USIS (UNITED STATES INFORMATION SYSTEMS)
USODP 625 W. ADAMS JV, LLC
USRPI REIT, INC. (DBA QUARRY OAKS OWNER LP)
UTAH COUNTY ASSESSOR'S OFFICE
UTAH STATE TAX COMMISSION
UTS GROUP INC
UWVC FOUNDATION INC
VALIMAIL, INC. (HOLD)
VALUE
VANDERGRAND PROPERTIES CO., L.P.
VANEGAS BELTRAN ABOGADOS S.A.S.
VARI SALES CORPORATION
VAYNERMEDIA, LLC
VBG 7083 HOLLYWOOD LLC (INACTIVE)
VBG 990 AOA LLC
VCNYC LLC
VEGANERIE CO., LTD.
VEIN MKTG, INC.
VELA WOOD P.C.
VELOCITY REAL ESTATE, LLC
VELOZ
VENICE PRIDE
VERIZON CORPORATE SERVICES GROUP INC.
VERNICK & ASSOCIATES
VÉRONIQUE LAURY (INACTIVE)
VERTICORE COMMUNICATIONS LTD
VERTIS.AI INC.
VESTA LONDON LTD
VESTACON LIMITED
VESTIAN GLOBAL WORKPLACE SERVICES, LLC
VETERANS WORLDWIDE MAINTENANCE
VH INTERNATIONAL LTD
VIBE BROKERAGE, LLC
VICKY INC.
VICTORY REAL ESTATE, LLC (INACTIVE)
VICUS PARTNERS, LLC (DBA VICUS PARTNERS)
VIEW THE SPACE, INC. (DBA VTS)

VIEWPOINT COMPUTER ANIMATION, INC. (INACTIVE)
VILLE DE MONTRÉAL, SERVICE DES FINANCES
VILLELLI ENTERPRISES, INC
VINSON & ELKINS LLP
VIOOME LIMITED
VIRA INSIGHT, LLC
VIRGINIA DEPARTMENT OF TAXATION
VIRSIG LLC
VIRTRU CORPORATION
VISHAL MARAPON PHOTOGRAPHY (INACTIVE)
VITADEX, INC. (DBA QUESTAWEB, INC)
VITRA INC
VIVEK RANADIVE (INACTIVE)
VOCON
VODA & CO REAL ESTATE
VON SEIDELS INTELLECTUAL PROPERTY ATTORNEYS
VONAGE BUSINESS, INC.
VORTEX COLORADO LLC
VPNE PARKING SOLUTIONS LLC
VUE SERVICES CORP (DBA VUE SERVICE) (INACTIVE)
W AND S PROPERTIES, LLC
W&J INSTALLATION, INC.
W. BRADLEY ELECTRIC, INC.
W.D.I SERVICES LTD.
W.W. GRAINGER, INC. (DBA GRAINGER)
WACHTER INC
WAHOOTI LONDON LTD
WAKE COUNTY TAX ADMINISTRATION
WALBER 39 COMPANY L.P. (INACTIVE)
WALBER 419 COMPANY LLC
WALKS LLC
WALSAM 130 MAD LLC
WALSAM 36 DELAWARE LLC
WALSAM TWENTY NINE COMPANY
WALTZ WEWORK COMPANIES/ SUNTRUST ESCROW SERVICES
WAR HORSE GOLDEN GATE LLC
WARE MALCOMB (DBA WARE MALCOMB ARCHITECTURE ULC)
WARREN GRZYWACZ
WASHINGTON SPEAKERS BUREAU
WASHINGTONIAN MEDIA, INC.
WASSERMAN COMMERCIAL REAL ESTATE CORPORATION
WASSERSTEIN ENTERPRISES LLC
WASTE CONNECTIONS LONE STAR, INC.
WATERMARK TEMPE I, LLC, A DELAWARE LLC
WATERSIDE 303 CORPORATION
WATPROP (PTY) LTD
WATSON BRICKELL DEVELOPMENT PARENT, LLC (INACTIVE)
WE ARE FLUX LTD (DBA FLUX)
WEGOCHEM INTERNATIONAL FLOORS LLC (INACTIVE)
WEGWEISER AND EHRLICH LLC
WEIL, GOTSHAL & MANGES LLP
WEIL, GOTSHAL & MANGES LLP
WEIRFOULDS LLC
WELLS FARGO FINANCIAL LEASING

WENDY BURGESS, TAX ASSESSOR-COLLECTOR (TARRANT COUNTY)
WERDENPORT S.A.
WEST 18TH STREET VENTURE, LLC
WEST 45 APF LLC
WEST COAST INDUSTRIES, INC. (DBA WEST COAST INDUSTRIES; WCI)
WEST END ASSOCIATION
WEST PUBLISHING CORPORATION (DBA THOMSON REUTERS - WEST OR WEST, A THOMSON REUTERS BUSINESS OR THOMSON WEST OR WEST GROUP)
WEST, LANE & SCHLAGER REALTY ADVISORS LLC
WESTBANK PACIFIC REALTY CORP ITF 5TH & MAIN PARTNERSHIP (INACTIVE)
WESTVIEW ON 12TH - ARC LLC
WEWORK APAC HOLDINGS LIMITED
WEWORK APAC HOLDINGS LIMITED - SUPPLIER
WEWORK INDIA MANAGEMENT PRIVATE LIMITED - CORPORATE- SUPPLIER
WEWORK MANAGEMENT LLC
WHISTIC, INC
WHITESIDE CRE, LLC
WICK PHILLIPS GOULD & MARTIN LLP
WIENER ZEITUNG GMBH
WIGDOR LLP
WILDMOR REALTY INC. (DBA WILDMOR ADVISORS) (INACTIVE)
WILEY REIN LLP
WILLIAM BRUNER
WILLIAM JAMES RIGLER
WILLIAM JARED DOWNING
WILLIAM M SANCHEZ
WILLIAM VITACCO ASSOCIATES LTD.
WILLIAMS-SONOMA, INC. (DBA WEST ELM)
WILLIS TOWERS WATSON US LLC
WILMER CUTLER PICKERING HALE AND DORR LLP (DBA WILMERHALE)
WILSON SONSINI GOODRICH & ROSATI
WILSON SONSINI GOODRICH & ROSATI, P.C.
WINDOW FILM DEPOT, INC.
WINDOW FILM DEPOT, INC. (PUNCHOUT)
WINNIE JEUNG CONSULTING LLC
WINSTON & STRAWN LLP
WISE ONE SOLUTIONS LLC
WITH INTELLIGENCE LLC
WITHUMSMITH+BROWN, PC
WIZARD STUDIOS NORTH INC
WIZELINE, INC
WL DENVER DELGANY OWNER OPERATING ACCOUNT
WM. LEONARD & CO. (INACTIVE)
WORKDAY, INC
WORKIVA INC.
WORKPLACE SOLUTIONS LLC (CANADA) (INACTIVE)
WORKPLACE SOLUTIONS LLC (UNITED KINGDOM)
WORKPLACE SOLUTIONS LLC (UNITED STATES)
WORKPLACEDIVERSITY.COM
WS DEVELOPMENT (DBA SEAPORT B/C RETAIL OWNER LLC)

W-SF GOLDFINGER REIT VIII,L.L.C (DBA W-SF
GOLDFINGER OWNER VIII,L.L.C)
WSP CANADA INC.
WW_ONSITE - WW ONSITE SERVICES LLC-
SUPPLIER
WYCO INC.
WYNDEN STARK LLC (DBA GQR GLOBAL
MARKETS) (INACTIVE)
WYNWOOD DS LLC
XACTLY CORPORATION
XTEN-AV LLC
XUAN SONG
XXVI HOLDINGS INC. (DBA GOOGLE LLC)
YANA DOLOKHANOVA (INACTIVE)
YARDI MARKETPLACE, INC.
YARDI SYSTEMS, INC (DBA PROPERTYSHARK;
COMMERCIALCAFE)
YDESIGN GROUP, LLC (INACTIVE)
YEXT INC (DBA YEXT)
YINETTE VINAS
YORKSON LEGAL, INC.
YOUNG LIFE
YOUR OFFICE PEOPLE LTD

YOUTH UNITED FOR COMMUNITY ACTION
YULY AMAYA
ZABBIX SIA (INACTIVE)
ZACHARY MORROW
ZACUTO GROUP INC.
ZAIDAN REALTY LLC
ZEBRA INK (DBA DEBRA KAMIN)
ZEBRAFISH LABS, INC (DBA IMGIX)
ZEIDEL & ASSOCIATES P.C.
ZELOS CAPITAL LTD.
ZENSPACE INC
ZERINA KURLANCHEEK
ZIMMER REAL ESTATE SERVICES, LC (DBA
NEWMARK ZIMMER)
ZIP SYNDICATE, INC.
ZOLL MEDICAL CORPORATION
ZOOM VIDEO COMMUNICATIONS INC
ZOOMINFO TECHNOLOGIES LLC
ZYLO, INC.

**Schedule 2**
**Identified Connections**

| Party | Connection Role |
|---|---|
| A&G Realty Partners | Professional |
| Akerman LLP | Professional |
| Alvarez & Marsal North America, LLC | Professional |
| Berkeley Research Group, LLC | Professional |
| Blake, Cassels & Graydon LLP | Professional |
| Blank Rome LLP | Professional |
| Brown Rudnick LLP | Professional |
| CBRE, Inc. | Professional |
| CIT Bank, N.A. | Professional |
| Citibank, NA | Former UCC Member |
| Cole Schotz P.C. | Professional |
| Cooley LLP | Professional |
| Cox Communications | Affiliate - JV Partner |
| Davis Polk & Wardwell LLP | Professional |
| Deloitte Tax LLP | Professional |
| DLA Piper LLP (US) | Professional |
| Ducera Partners LLC | Professional |
| Epiq Corporate Restructuring, LLC | Professional |
| Epiq eDiscovery Solutions Inc | Professional |
| Gibson, Dunn & Crutcher LLP | Professional |
| Grant Thornton LLP | Professional |
| Greenberg Traurig | Professional |
| Haynes and Boone, LLP | Professional |
| Houlihan Lokey | Professional |
| Jones Lang LaSalle Americas Inc. | Professional |
| Kasowitz Benson Torres LLP | Professional |
| Katten Muchin Rosenman LLP | Professional |
| King & Spalding LLP | Professional |
| Kirkland & Ellis LLP | Professional |
| Latham & Watkins LLP | Professional |
| Locke Lord LLP | Professional |
| Mayer Brown LLP | Professional |
| Morgan Lewis & Bockius LLP | Professional |
| Morrison & Foerster LLP | Professional |

| Party | Connection Role |
|---|---|
| Moss Adams LLP | Professional |
| Munger, Tolles & Olson LLP | Professional |
| Munsch, Hardt, Kopf & Harr, P.C. | Professional |
| O'Melveny & Myers LLP | Professional |
| Paul Hastings, LLP | Professional |
| Paul Weiss Rifkind Wharton & Garrison LLP | Professional |
| Piper Sandler & Co | Professional |
| PJT Partners LP | Professional |
| Polsinelli PC | Professional |
| PricewaterhouseCoopers LLP | Professional |
| Principle Life Insurance Company | Former UCC Member |
| Quinn Emanuel Urquhart & Sullivan, LLP | Professional |
| Richards, Layton & Finger | Professional |
| Rite Aid Corporation | Debtor |
| Ropes & Gray LLP | Professional |
| Schulte Roth & Zabel LLP | Professional |
| Skadden Arps Slate Meagher & Flom LLP | Professional |
| Sullivan & Cromwell LLP | Professional |
| The Bank of New York Mellon | Former UCC Member |
| The Rockport Company, LLC | Debtor in unrelated matter |
| Troutman Pepper Hamilton Sanders LLP | Professional |
| U.S. Bank National Association | Former UCC Member |
| Vinson & Elkins LLP | Professional |
| Weil, Gotshal & Manges LLP | Professional |
| Wilson Sonsini Goodrich & Rosati | Professional |
| Workday, Inc. | Former UCC Member |
| Wynwood DS, LLC | Former UCC Member |