**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. Docket No. 100** |

**MASTER SERVICE LIST**
**(as of November 20, 2023)** [2]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

[2] The Master Service List in Excel and label formats are available on the Debtors website at https://dm.epiq11.com/WeWork under "Case Actions."

**DEBTORS'**

WEWORK INC.
12 EAST 49TH STREET, 3RD FL
NEW YORK, NY 10017

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
(COUNSEL TO DEBTORS)
ATTN EDWARD O. SASSOWER, JOSHUA A. SUSSBERG,
STEVEN N. SERAJEDDINI, CIARA FOSTER
601 LEXINGTON AVE
NEW YORK, NY 10022

**COUNSEL TO AD HOC GROUP**

DAVIS POLK & WARDWELL LLP
(CO-COUNSEL TO THE AD HOC GROUP)
ATTN ELI J. VONNEGUT, ELLIOT MOSKOWITZ,
NATASHA TSIOURIS, JONAH A. PEPPIATT, ESQS
450 LEXINGTON AVE
NEW YORK, NY 10017
EMAIL: ELI.VONNEGUT@DAVISPOLK.COM;
ELLIOT.MOSKOWITZ@DAVISPOLK.COM;
NATASHA.TSIOURIS@DAVISPOLK.COM;
JONAH.PEPPIATT@DAVISPOLK.COM

**COUNSEL TO SOFTBANK**

WEIL GOTSHAL MANGES LLP
ATTN KEVIN BOSTEL
767 5TH AVE
NEW YORK, NY 10153
EMAIL: KEVIN.BOSTEL@WEIL.COM

WOLLMUTH MAHER & DEUTSCH LLP
(COUNSEL TO THE SOFTBANK PARTIES)
ATTN PAUL DEFILIPPO, JAMES N LAWLOR,
STEVEN S FITZGERALD, JOSEPH F PACELLI, ESQS
500 5TH AVENUE
NEW YORK, NY 10110
EMAIL: PDEFILIPPO@WMD-LAW.COM; JLAWLOR@WMD-
LAW.COM; JPACELLI@WMD-LAW.COM;
SFITZGERALD@WMD-LAW.COM

**DEBTORS' COUNSEL**

COLE SCHOTZ P.C
(COUNSEL TO DEBTORS)
ATTN MICHAEL D. SIROTA, WARREN A. USATINE,
FELICE R. YUDKIN, RYAN T. JARECK & HARRIS, DANIEL
COURT PLAZA NORTH, 25 MAIN ST
HACKENSACK, NJ 07601
EMAIL: DHARRIS@COLESCHOTZ.COM

**UNITED STATES TRUSTEE**

OFFICE OF THE US TRUSTEE
ATTN FRAN B STEELE, ESQ & PETER J D'AURIA, ESQ
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

GREENBERG TRAURIG LLP
(CO-COUNSEL TO THE AD HOC GROUP)
ATTN ALAN J BRODY
500 CAMPUS DR
FLORHAM PARK, NJ 07932
EMAIL: BRODYA@GTLAW.COM

WOLLMUTH MAHER & DEUTSCH LLP
(COUNSEL TO THE SOFTBANK PARTIES)
ATTN PAUL R DEFILIPPO,ESQ & JAMES N LAWLER,ESQ
90 WASHINGTON VALLEY ROAD
BEDMINSTER, NJ 07921
EMAIL: PDEFILIPPO@WMD-LAW.COM; JLAWLOR@WMD-
LAW.COM

**COUNSEL TO THE SPECIAL COMMITTEE**

MUNGER, TOLLES & OLSON, LLP
ATTN THOMAS WALPER & SETH GOLDMAN
350 SOUTH GRAND AVENUE, 50TH FL
LOS ANGELES, CA 90071-1560
EMAIL: THOMAS.WALPER@MTO.COM;
SETH.GOLDMAN@MTO.COM

| | |
|---|---|
| **COUNSEL TO THE CUPAR GRIMMOND, LLC**<br><br>COOLEY LLP<br>ATTN LOGAN TIARI<br>355 S GRAND AVENUE<br>SUITE 900<br>LOS ANGELES, CA 90071<br>EMAIL: LTIARI@COOLEY.COM | **COLLATERAL AGENT**<br><br>U.S. BANK TRUST COMPANY NA<br>ATTN CHRISTOPHER J GRELL<br>100 WALL STREET<br>6TH FLOOR<br>NEW YORK, NY 10005<br>EMAIL: CHRISTOPHER.GRELL@USBANK.COM |
| U.S. BANK GLOBAL CORPORATE TRUST AND CUSTODY<br>ATTN: JUSTIN L. SHEARER, VP DEFAULT SERVICES<br>100 WALL STREET, STE 600<br>NEW YORK, NY 10005<br>EMAIL: JUSTIN.SHEARER@USBANK.COM | **COUNSEL TO COLLATERAL AGENT**<br><br>KELLEY DRYE & WARREN LLP<br>(COUNSEL FOR U.S. BANK TRUST CO, NA, AS INDENTURE TRUSTEE & COLLATERAL AGENT)<br>ATTN JAMES S. CARR, KRISTIN S. ELLIOTT,<br>PHILIP A. WEINTRAUB, ESQS<br>3 WORLD TRADE CTR; 175 GREENWICH ST<br>NEW YORK, NY 10007<br>EMAIL: JCARR@KELLEYDRYE.COM;<br>KELLIOTT@KELLEYDRYE.COM;<br>PWEINTRAUB@KELLEYDRYE.COM |
| KELLEY DRYE & WARREN LLP<br>(COUNSEL FOR U.S. BANK TRUST CO, NA, AS INDENTURE TRUSTEE & COLLATERAL AGENT)<br>ATTN JAMES S. CARR, KRISTIN S. ELLIOTT,<br>PHILIP A. WEINTRAUB, ESQS<br>ONE JEFFERSON RD<br>PARSIPPANY, NJ 07054<br>EMAIL: JCARR@KELLEYDRYE.COM; KELLIOTT@KELLEYDRYE.COM; PWEINTRAUB@KELLEYDRYE.COM | **COUNSEL TO DIP AGENT**<br><br>MILBANK LLP<br>ATTN BRIAN KINNEY; MICHAEL PRICE; GEORGE ZHANG<br>55 HUDSON YARDS<br>NEW YORK, NY 10001-2163<br>EMAIL: BKINNEY@MILBANK.COM; MPRICE@MILBANK.COM; GZHANG@MILBANK.COM |
| **GOVERNMENTAL AGENCIES**<br><br>COMMONWEALTH OF PUERTO RICO ATTY GENERAL<br>ATTN DOMINGO EMANUELLI HERNANDEZ<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>ATTN BRIAN L SCHWALB<br>400 6TH STREET NW<br>WASHINGTON, DC 20001<br>EMAIL: OAG@DC.GOV |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>1500 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20220 |

| | |
|---|---|
| NORTHERN MARIANA ISLANDS AG<br>ATTN EDWARD MANIBUSAN<br>CALLER BOX 10007<br>SAIPAN, MP 96950-8907 | OFFICE OF THE ATTORNEY GENERAL OF GUAM<br>ATTN DOUGLAS B MOYLAN<br>ADMINISTRATION DIVISION<br>590 S MARINE CORPS DR STE 901<br>TAMUNING, GU 96913<br>EMAIL: EMAIL@GUAMAG.ORG;<br>ADMINISTRATION@OAGGUAM.ORG |
| SECURITIES AND EXCHANGE COMMISSION<br>SEC HEADQUARTERS<br>100 F STREET NE<br>WASHINGTON, DC 20549<br>EMAIL: COMMISSIONERPEIRCE@SEC.GOV;<br>COMMISSIONERCRENSHAW@SEC.GOV;COMMISSIONERUYEDA@<br>SEC.GOV;COMMISSIONERLIZARRAGA@SEC.GOV | STATE OF ALABAMA ATTORNEY GENERAL<br>ATTN STEVE MARSHALL<br>PO BOX 300152<br>MONTGOMERY, AL 36130-0152 |
| STATE OF ALASKA ATTORNEY GENERAL<br>ATTN TREG TAYLOR<br>1031 W 4TH AVE STE 200<br>ANCHORAGE, AK 99501-1994<br>EMAIL: ATTORNEY.GENERAL@ALASKA.GOV | STATE OF AMERICAN SAMOA ATTORNEY GENERAL<br>ATTN FAINU'ULELEI FALEFATU ALA'ILIMAUTU<br>AMERICAN SAMOA GOVT EXEC OFC BLDG<br>UTULEI TERRITORY OF AMERICAN SAMOA<br>PAGO PAGO, AS 96799 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL<br>DEPT OF LEGAL AFFAIRS<br>EXECUTIVE OFFICE BLDG 3RD FLR<br>PO BOX 7<br>UTULEI, AS 96799<br>EMAIL: AG@LA.AS.GOV | STATE OF ARIZONA ATTORNEY GENERAL<br>ATTN KRIS MAYES<br>2005 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004-2926<br>EMAIL: AGINFO@AZAG.GOV |
| STATE OF ARKANSAS ATTORNEY GENERAL<br>ATTN TIM GRIFFIN<br>323 CENTER ST STE 200<br>LITTLE ROCK, AR 72201-2610<br>EMAIL: OAG@ARKANSASAG.GOV | STATE OF CALIFORNIA ATTORNEY GENERAL<br>ATTN ROB BONTA<br>1300 'I' ST<br>SACRAMENTO, CA 95814-2919 |

| | |
|---|---|
| STATE OF CALIFORNIA ATTORNEY GENERAL<br>CONSUMER PROTECTION SECTION<br>ATTN BANKRUPTCY NOTICES<br>455 GOLDEN GATE AVE STE 11000<br>SAN FRANCISCO, CA 94102-7004 | STATE OF COLORADO ATTORNEY GENERAL<br>ATTN PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL BLDG<br>1300 BROADWAY 10TH FL<br>DENVER, CO 80203<br>EMAIL: ATTORNEY.GENERAL@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL<br>ATTN WILLIAM TONG<br>165 CAPITOL AVENUE<br>HARTFORD, CT 06106<br>EMAIL: ATTORNEY.GENERAL@CT.GOV | STATE OF DELAWARE ATTORNEY GENERAL<br>ATTN KATHY JENNINGS<br>CARVEL STATE BUILDING<br>820 N FRENCH ST<br>WILMINGTON, DE 19801<br>EMAIL: ATTORNEY.GENERAL@DELAWARE.GOV |
| STATE OF FLORIDA ATTORNEY GENERAL<br>ATTN ASHLEY MOODY<br>PL 01 THE CAPITOL<br>TALLAHASSEE, FL 32399-1050 | STATE OF GEORGIA ATTORNEY GENERAL<br>ATTN CHRIS CARR<br>40 CAPITOL SQUARE SW<br>ATLANTA, GA 30334<br>EMAIL: AGCARR@LAW.GA.GOV |
| STATE OF HAWAII ATTORNEY GENERAL<br>ATTN ANN E LOPEZ<br>425 QUEEN ST<br>HONOLULU, HI 96813<br>EMAIL: HAWAIIAG@HAWAII.GOV | STATE OF IDAHO ATTORNEY GENERAL<br>ATTN RAUL R LABRADOR<br>700 W JEFFERSON ST STE 210<br>PO BOX 83720<br>BOISE, ID 83720-0010<br>EMAIL: AGLABRADOR@AG.IDAHO.GOV |
| STATE OF ILLINOIS ATTORNEY GENERAL<br>ATTN KWAME RAOUL<br>100 W RANDOLPH ST<br>CHICAGO, IL 60601 | STATE OF INDIANA ATTORNEY GENERAL<br>ATTN TODD ROKITA<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W WASHINGTON ST 5TH FL<br>INDIANAPOLIS, IN 46204 |

| | |
|---|---|
| STATE OF IOWA ATTORNEY GENERAL<br>ATTN BRENNA BIRD<br>HOOVER STATE OFFICE BUILDING<br>1305 E WALNUT ST<br>DES MOINES, IA 50319<br>EMAIL: WEBTEAM@AG.IOWA.GOV | STATE OF KANSAS ATTORNEY GENERAL<br>ATTN KRIS W KOBACH<br>120 SW 10TH AVE 2ND FL<br>TOPEKA, KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL<br>ATTN DANIEL CAMERON<br>700 CAPITOL AVE STE 118<br>FRANKFORT, KY 40601-3449 | STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN JEFF LANDRY<br>1885 N THIRD ST<br>BATON ROUGE, LA 70802<br>EMAIL: CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN JEFF LANDRY<br>PO BOX 94005<br>BATON ROUGE, LA 70804<br>EMAIL: CONSTITUENTSERVICES@AG.LOUISIANA.GOV | STATE OF MAINE ATTORNEY GENERAL<br>ATTN AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333<br>EMAIL: ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL<br>ATTN ATHONY G BROWN<br>200 ST PAUL PLACE<br>BALTIMORE, MD 21202<br>EMAIL: OAG@OAG.STATE.MD.US | STATE OF MASSACHUSETTS ATTORNEY GENERAL<br>ATTN ANDREA JOY CAMPBELL<br>1 ASHBURTON PLACE 20TH FL<br>BOSTON, MA 02108-1518<br>EMAIL: AGO@STATE.MA.US |
| STATE OF MICHIGAN ATTORNEY GENERAL<br>ATTN DANA NESSEL<br>G MENNEN WILLIAMS BLDG<br>525 W OTTAWA ST PO BOX 30212<br>LANSING, MI 48909<br>EMAIL: MIAG@MICHIGAN.GOV | STATE OF MINNESOTA ATTORNEY GENERAL<br>ATTN KEITH ELLISON<br>445 MINNESOTA ST STE 1400<br>ST PAUL, MN 55101-2131 |

| | |
|---|---|
| STATE OF MISSISSIPPI ATTORNEY GENERAL<br>ATTN LYNN FITCH<br>PO BOX 220<br>JACKSON, MS 39205 | STATE OF MISSOURI ATTORNEY GENERAL<br>ATTN ANDREW BAILEY<br>SUPREME CT BLDG 207 W HIGH ST<br>PO BOX 899<br>JEFFERSON CITY, MO 65102<br>EMAIL: ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL<br>ATTN AUSTIN KNUDSEN<br>JUSTICE BLDG<br>215 N SANDERS ST<br>HELENA, MT 59601 | STATE OF NEBRASKA ATTORNEY GENERAL<br>ATTN MIKE HILGERS<br>2115 STATE CAPITOL<br>PO BOX 98920<br>LINCOLN, NE 68509<br>EMAIL: AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL<br>ATTN AARON D FORD<br>100 N CARSON ST<br>CARSON CITY, NV 89701<br>EMAIL: AGINFO@AG.NV.GOV | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL<br>ATTN JOHN M FORMELLA<br>NH DEPT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD, NH 03301<br>EMAIL: ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL<br>ATTN MATTHEW J PLATKIN<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET ST PO BOX 080<br>TRENTON, NJ 08625-0080 | STATE OF NEW MEXICO ATTORNEY GENERAL<br>ATTN RAUL TORREZ<br>408 GALISTEO ST<br>VILLAGRA BLDG<br>SANTA FE, NM 87501 |
| STATE OF NEW YORK ATTORNEY GENERAL<br>ATTN LETITIA A JAMES<br>DEPT OF LAW<br>THE CAPITOL 2ND FL<br>ALBANY, NY 12224-0341<br>EMAIL: NYAG.PRESSOFFICE@AG.NY.GOV | STATE OF NORTH CAROLINA ATTORNEY GENERAL<br>ATTN JOSH STEIN<br>9001 MAIL SERVICE CTR<br>RALEIGH, NC 27699-9001 |

STATE OF NORTH CAROLINA ATTORNEY GENERAL
ATTN JOSH STEIN
PO BOX 629
RALEIGH, NC 27602-0629

STATE OF NORTH DAKOTA ATTORNEY GENERAL
ATTN DREW WRIGLEY
600 E BOULEVARD AVE
DEPT 125
BISMARCK, ND 58505
EMAIL: NDAG@ND.GOV

STATE OF OHIO ATTORNEY GENERAL
ATTN DAVE YOST
30 E BROAD ST 14TH FL
COLUMBUS, OH 43215
EMAIL: TRISH.LAZICH@OHIOATTORNEYGENERAL.GOV

STATE OF OKLAHOMA ATTORNEY GENERAL
ATTN DONNA HOPE
313 NE 21ST ST
OKLAHOMA CITY, OK 73105
EMAIL: DONNA.HOPE@OAG.OK.GOV

STATE OF OREGON ATTORNEY GENERAL
ATTN ELLEN F ROSENBLUM
1162 COURT ST NE
SALEM, OR 97301-4096
EMAIL: ATTORNEYGENERAL@DOJ.STATE.OR.US

STATE OF PENNSYLVANIA ATTORNEY GENERAL
ATTN MICHELLE HENRY
STRAWBERRY SQ
16TH FLR
HARRISBURG, PA 17120
EMAIL: CONSUMERS@ATTORNEYGENERAL.GOV

STATE OF RHODE ISLAND ATTORNEY GENERAL
ATTN PETER F NERONHA
150 S MAIN ST
PROVIDENCE, RI 02903
EMAIL: AG@RIAG.RI.GOV

STATE OF SOUTH CAROLINA ATTORNEY GENERAL
ATTN ALAN WILSON
PO BOX 11549
COLUMBIA, SC 29211-1549
EMAIL: ODCMAIL@SCCOURTS.ORG

STATE OF SOUTH CAROLINA ATTORNEY GENERAL
ATTN ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST ROOM 519
COLUMBIA, SC 29201
EMAIL: ODCMAIL@SCCOURTS.ORG

STATE OF SOUTH DAKOTA ATTORNEY GENERAL
ATTN MARK JACKLEY
1302 EAST HIGHWAY 14 STE 1
PIERRE, SD 57501-8501
EMAIL: CONSUMERHELP@STATE.SD.US

| | |
|---|---|
| STATE OF TENNESSEE ATTORNEY GENERAL<br>ATTN JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207<br>EMAIL: TNATTYGEN@AG.TN.GOV | STATE OF TEXAS ATTORNEY GENERAL<br>ATTN KEN PAXTON<br>300 W 15TH ST<br>AUSTIN, TX 78701<br>EMAIL: COMPLAINTS@OAG.TEXAS.GOV |
| STATE OF TEXAS ATTORNEY GENERAL<br>ATTN KEN PAXTON<br>PO BOX 12548<br>AUSTIN, TX 78711-2548<br>EMAIL: COMPLAINTS@OAG.TEXAS.GOV | STATE OF UTAH ATTORNEY GENERAL<br>ATTN SEAN D REYES<br>350 N STATE ST STE 230<br>SALT LAKE CITY, UT 84114-2320<br>EMAIL: UAG@AGUTAH.GOV |
| STATE OF UTAH ATTORNEY GENERAL<br>ATTN SEAN D REYES<br>PO BOX 142320<br>SALT LAKE CITY, UT 84114-2320<br>EMAIL: UAG@AGUTAH.GOV | STATE OF VERMONT ATTORNEY GENERAL<br>ATTN CHARITY R CLARK<br>109 STATE ST<br>MONTPELIER, VT 05609-1001<br>EMAIL: AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA ATTORNEY GENERAL<br>ATTN JASON MIYARES<br>202 N NINTH ST<br>RICHMOND, VA 23219<br>EMAIL: JMIYARES@OAG.STATE.VA.US; SPOPPS@OAG.STATE.VA.US; BCURTIS@OAG.STATE.VA.US | STATE OF WASHINGTON ATTORNEY GENERAL<br>ATTN BOB FERGUSON<br>1125 WASHINGTON ST SE<br>OLYMPIA, WA 98504-0100<br>EMAIL: SERVICEATG@ATG.WA.GOV |
| STATE OF WASHINGTON ATTORNEY GENERAL<br>ATTN BOB FERGUSON<br>PO BOX 40100<br>OLYMPIA, WA 98504-0100<br>EMAIL: SERVICEATG@ATG.WA.GOV | STATE OF WEST VIRGINIA ATTORNEY GENERAL<br>ATTN PATRICK MORRISEY<br>STATE CAPITOL COMPLEX BLDG 1 ROOM E26<br>1900 KANAWHA BLVD E<br>CHARLESTON, WV 25305<br>EMAIL: COMMUNICATIONS@WVAGO.GOV |

STATE OF WISCONSIN ATTORNEY GENERAL
ATTN JOSH KAUL
WISCONSIN DEPARTMENT OF JUSTICE
17 PO BOX 7857
MADISON, WI 53703-7857

STATE OF WYOMING ATTORNEY GENERAL
ATTN BRIDGET HILL
109 STATE CAPITAL
200 W 24TH ST
CHEYENNE, WY 82002

UNITED STATES ATTORNEYS OFFICE
DISTRICT OF NEW JERSEY
970 BROAD ST 806
NEWARK, NJ 07102

US VIRGIN ISLANDS ATTORNEY GENERAL
ATTN ARIEL SMITH
213 ESTATE LA REINE
6151 RR1
ST CROIX, VI 00850
EMAIL: INFO@USVIDOJ.COM

US VIRGIN ISLANDS ATTORNEY GENERAL
ATTN ARIEL SMITH
3438 KRONDPRINDSENS GADE
GERS BUILDING2ND FLOOR
ST THOMAS, VI 00802
EMAIL: INFO@USVIDOJ.COM

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

ABM INDUSTRY GROUPS, LLC
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN: SCOTT S. FLYNN
ONE LIBERTY PLAZA, 7TH FL
NEW YORK, NY 10006

BEACON CAPITAL PARTNERS, LLC
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN: KIRSTEN L. HOFFMAN
200 STATE STREET, 5TH FL
BOSTON, MA 02109
EMAIL: KHOFFMAN@BEACONCAPITAL.COM

CARR PROPERTIES
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN: JACKSON PRENTICE
1615 L. STREET, NW SUITE 650
WASHINGTON, DC 20036

COMPUTERSHARE TRUST COMPANY NATIONAL ASSOCIATION
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN: MEGAN FORD
1505 ENERGY DRIVE
ST. PAUL, MN 55108

DELAWARE TRUST COMPANY
(OFFICIAL COMMITTTEE OF UNSECURED CREDITORS)
ATTN: MICHELLE A. DREYER
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

HUDSON PACIFIC PROPERTIES, INC.
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN: STEVEN JAFFE
11601 WILSHIRE BOULVEVARD, STE 900
LOS ANGELES, CA 90025

NUVEEN REAL ESTATE TIAA
(OFFICIAL COMMITTEE OF UNSECURED CREDITORS)
ATTN: BRIAN WALLICK
730 THIRD AVENUE
NEW YORK, NY 10017
EMAIL: CHAD.PHILLIPS@NUVEEN.COM

**30 LARGEST UNSECURED CREDITORS**

1460 LEASEHOLD SWIGHM LLC
C/O MERINGOFF PROPERTIES
30 WEST 26TH STREET
8TH FLOOR
NEW YORK, NY 10010-2011
EMAIL: JDVACKER@MERPROP.COM

2 NINTH AVENUE PARTNERS LLC
C/O WILLIAM GOTTLIEB MANAGEMENT CO LLC
ATTN: MARK CALDEIRA
177 CHRISTOPHER STREET
NEW YORK, NY 10014
EMAIL: ACCOUNTSRECEIVABLE@WMGOTTLIEB.COM

260-261 MADISON AVENUE LLC
ATTN: RYAN MARCUS, DIRECTOR OF LEGAL
261 MADISON AVENUE
17TH FLOOR
NEW YORK, NY 10016
EMAIL: RM@SAPIR.COM

400 CALIFORNIA LLC
C/O KENNEDYWILSON PROPERTIES LTD
151 S EL CAMINO DRIVE
BEVERLY HILLS, CA 90212
EMAIL: KMOUTON@KENNEDYWILSON.COM

500512 SEVENTH AVENUE LP
C/O THE CHETRIT GROUP LLC
512 SEVENTH AVENUE
16TH FLOOR
NEW YORK, NY 10018
EMAIL: ALICE.CHEN@CUSHWAKE.COM

54 WEST 40TH REALTY LLC
C/O ALLIED PARTNERS INC
770 LEXINGTON AVENUE
9TH FLOOR
NEW YORK, NY 10065
EMAIL: ERIC@ALLIEDPARTNERS.COM

BCSP DENVER PROPERTY LLC
C/O BROOKFIELD PROPERTY GROUP
250 VESEY STREET
15TH FLOOR
NEW YORK, NY 10281
EMAIL: JULIE.BOWDEN@BPRETAIL.COM

BROADWAY CONTINENTAL CORP
540 BROADWAY
FLOOR 2
NEW YORK, NY 10012
EMAIL: ADAM@CURRENTREADVISORS.COM

CIM GROUP
4700 WILSHIRE BOULEVARD
LOS ANGELES, CA 90010
EMAIL: JTAO@CIMGROUP.COM

CIM GROUP
540 MADISON AVENUE
8TH FLOOR
NEW YORK, NY 10022
EMAIL: JTAO@CIMGROUP.COM

COHEN BROTHERS REALTY CORPORATION
750 LEXINGTON AVE
UNIT 28
NEW YORK, NY 10022
EMAIL: MHOROWITZ@COHENBROTHERS.COM

CP 1875 K STREET LLC
C/O CARR PROPERTIES PARTNERSHIP LP
THE HUB 1615 L ST NW
SUITE 650
WASHINGTON, DC 20036
EMAIL: JPRENTICE@CARRPROP.COM

CTO21 ACQUISITIONS II LLC
369 N NEW YORK AVE
SUITE 201
WINTER PARK, FL 32789
EMAIL: DSMITH@CTOREIT.COM

CUSHMAN WAKEFIELD
225 WEST WACKER STREET
SUITE 3000
CHICAGO, IL 60606
EMAIL: NOELLE.PERKINS@CUSHWAKE.COM

JAMESTOWN LP
PONCE CITY MARKET
675 PONCE DE LEON AVENUE NE
7TH FLOOR
ATLANTA, GA 30308
EMAIL: AMURRAY@JAMESTOWNLP.COM

JOHN HANCOCK LIFE INSURANCE COMPANY USA
197 CLARENDON STREET C0105
BOSTON, MA 02116
EMAIL: TSAMOLUK@JHANCOCK.COM

MAYORE ESTATES LLC
100 HENRY STREET
BROOKLYN, NY 11201
EMAIL: BSTERN@NGKF.COM

MORI TRUST CO LTD
1056903 KAMIYACHO TRUST TOWER
411 TORANOMON MINATOKU
TOKYO,
JAPAN
EMAIL: TANAKA-YO@MORI-TRUST.CO.JP

| | |
|---|---|
| MOZAIC PARTNERS LLC<br>LAKESIDE CENTER SUITE 10<br>3033 EXCELSIOR BOULEVARD<br>MINNEAPOLIS, MN 55416<br>EMAIL: JACKIE@ACKERBERG.COM | ONNI GROUP<br>200 N LASALLE STREET<br>UNIT 750<br>CHICAGO, IL 60601<br>EMAIL: GREGWILKS@ONNI.COM |
| RFRK 77 SANDS OWNER LLC<br>C/O RFR REALTY LLC<br>375 PARK AVENUE<br>10TH FLOOR<br>NEW YORK, NY 10152<br>EMAIL: JREIFLER@RFR.COM | RFRK 81 PROSPECT OWNER LLC<br>C/O RFR REALTY LLC<br>375 PARK AVENUE<br>10TH FLOOR<br>NEW YORK, NY 10152<br>EMAIL: JREIFLER@RFR.COM |
| THE ALTER GROUP<br>3201 OLD GLENVIEW ROAD<br>UNIT 302<br>WILMETTE, IL 60091<br>EMAIL: MICHAEL@ALTERGROUP.COM | THE PLATFORM LLC<br>2937 E GRAND BLVD<br>DETROIT, MI 48202<br>EMAIL: CLEWIS@THEPLATFORM.CITY |
| UNITARIAN UNIVERSALIST ASSOCIATION<br>24 FARNSWORTH STREET<br>BOSTON, MA 02210<br>EMAIL: SBETANCOURT@UUA.ORG;SCAREY@UUA.ORG | U.S. BANK TRUST COMPANY NA<br>ATTN CHRISTOPHER J GRELL<br>100 WALL STREET<br>6TH FLOOR<br>NEW YORK, NY 10005<br>EMAIL: CHRISTOPHER.GRELL@USBANK.COM |
| WALTER SAMUELS INC<br>419 PARK AVE S<br>NEW YORK, NY 10016<br>EMAIL: PWEISS@WALTER-SAMUELS.COM | WESTFIELD FULTON CENTER LLC<br>185 GREENWICH STREET<br>MANAGEMENT OFFICE OCULUS LEVEL C2<br>NEW YORK, NY 10007<br>EMAIL: ALINE.TAIREH@URW.COM |

**PARTIES REQUESTING NOTICE**

1619 BROADWAY REALTY LLC, A/K/A MACK REAL ESTATE
60 COLUMBUS CIRCLE, 20TH FLOOR
NEW YORK, NY 10023

AKERMAN LLP
COUNSEL FOR PONTE GADEA BISCAYNE, LLC
ATTN: MARK S. LICHTENSTEIN, ESQ
1251 AVENUE OF THE AMERICAS, 37TH FL
NEW YORK, NY 10020
EMAIL: MARK.LICHTENSTEIN@AKERMAN.COM

BALLARD SPAHR LLP
(COUNSEL TO PROMENADE GATEWAY, L.P., ET AL.)
ATTN BRIAN D. HUBEN, DUSTIN P. BRANCH,
NAHAL ZARNIGHIAN
2029 CENTURY PARK EAST, STE 1400
LOS ANGELES, CA 90067-2915
EMAIL: HUBENB@BALLARDSPAHR.COM;
BRANCHD@BALLARDSPAHR.COM;
ZARNIGHIANN@BALLARDSPAHR.COM

BALLARD SPAHR LLP
(COUNSEL TO PROMENADE GATEWAY, L.P., ET AL.)
ATTN LESLIE C. HEILMAN, LAUREL D. ROGLEN,
NICHOLAS J. BRANNICK, MARGARET A. VESPER)
919 N. MARKET ST, 11TH FL
WILMINGTON, DE 19801
EMAIL: HEILMANL@BALLARDSPAHR.COM;
ROGLENL@BALLARDSPAHR.COM;
BRANNICKN@BALLARDSPAHR.COM;
VESPERM@BALLARDSPAHR.COM

BALLARD SPAHR LLP
COUNSEL FOR PROMENADE GATEWAY, L.P.; AMCO 120 WEST TRINITY LLC; COUSINS 725 PONCE LLC ET AL
ATTN: B. HUBEN; D. BRANCH; N. ZARNIGHIAN
2029 CENTURY PARK EAST, STE 1400
LOS ANGELES, CA 90067-2915
EMAIL: HUBENB@BALLARDSPAHR.COM;
BRANCHD@BALLARDSPAHR.COM;
ZARNIGHIANN@BALLARDSPAHR.COM

BALLARD SPAHR LLP
COUNSEL TO PROMENADE GATEWAY, L.P.; AMCO 120 WEST TRINITY LLC; COUSINS 725 PONCE LLC; ET AL
ATTN:L. HEILMAN; L. ROGLEN; N. BRANNICK; M. VESPER
919 N. MARKET ST., 11TH FL
WILMINGTON, DE 19801
EMAIL: HEILMANL@BALLARDSPAHR.COM;
ROGLENL@BALLARSPAHR.COM;
BRANNICKN@BALLARDSPAHR.COM;
VESPERM@BALLARDSPAHR.COM

BELKIN BURDEN GOLDMAN, LLP
COUNSEL FOR CREDITOR APF 28 WEST 44 OWNER L.P.
ATTN JAY B. SOLOMON, ESQ.
60 EAST 42ND ST, 16TH FL
NEW YORK, NY 10165
EMAIL: JSOLOMON@BBGLLP.COM

BELKIN BURDEN GOLDMAN, LLP
COUNSEL FOR CREDITORS 1156 APF LLC AND 183 MADISON OWNER APF LLC
ATTN: JAY B. SOLOMON, ESQ
60 EAST 42ND STREET, 16TH FL
NEW YORK, NY 10165
EMAIL: JSOLOMON@BBGLLP.COM

BROOKFIELD PROPERTIES RETAIL INC., AS AGENT
ATTN : DRISTEN N. PATE
350 N. ORLEANS STREET, STE 300
CHICAGO, IL 60654-1607
EMAIL: BK@BPRETAIL.COM

CHARLES E. BOULBOL, P.C.
COUNSEL FOR RFR/K 77 SANDS OWNER LLC
ATTN: CHARLES E. BOULBOL
26 BROADWAY, 17TH FL
NEW YORK, NY 10004
EMAIL: RTRACK@MSN.COM

| | |
|---|---|
| CHIESA SHAHINIAN & GIANTOMASI PC<br>(COUNSEL TO WESTCHESTER FIRE INSURANCE CO &<br>FEDERAL INSURANCE CO)<br>ATTN JONATHAN BONDY, ESQ & SCOTT A. ZUBER, ESQ<br>105 EISENHOWER PKWY<br>ROSELAND, NJ 07068<br>EMAIL: JBONDY@CSGLAW.COM; SZUBER@CSGLAW.COM | CHIESA SHAHINIAN & GIANTOMASI PC<br>COUNSEL FOR WESTCHESTER FIRE INSURANCE COMPANY<br>AND FEDERAL INSURANCE COMPANY<br>ATTN JONATHAN BONDY<br>105 EISENHOWER PARKWAY<br>ROSELAND, NJ 070068<br>EMAIL: JBONDY@CSGLAW.COM |
| CHIESA SHAHINIAN & GIANTOMASI PC<br>COUNSEL FOR WESTCHESTER FIRE INSURANCE COMPANY<br>AND FEDERAL INSURANCE COMPANY<br>ATTN: SCOTT A. ZUBER<br>105 EISENHOWER PARKWAY<br>ROSELAND, NJ 07068<br>EMAIL: SZUBER@CSGLAW.COM | COOLEY LLP<br>(COUNSEL TO CUPAR GRIMMOND, LLC)<br>ATTN: M. KLEIN, L. REICHARDT, E. LAZEROWITZ<br>55 HUDSON YARDS<br>NEW YORK, NY 10001<br>EMAIL: MKLEIN@COOLEY.COM; LREICHARDT.COM;<br>ELAZEROWITZ@COOLEY.COM |
| COZEN O'CONNOR<br>(COUNSEL TO MT BACK BAY ONE LLC)<br>ATTN: MARK E FELGER<br>1010 KINGS HWY S<br>CHERRY HILL, NJ 08034<br>EMAIL: MFELGER@COZEN.COM | DORSEY & WHITNEY LLP<br>(COUNSEL TO 729 WASHINGTON PROPERTY OWNER LLC)<br>ATTN: COURINA YULISSA; SAMUEL S. KOHN<br>51 WEST 52ND STREET<br>NEW YORK, NY 10019-6119<br>EMAIL: KOHN.SAM@DORSEY.COM;<br>YULISA.COURINA@DORSEY.COM |
| DORSEY & WHITNEY LLP<br>(COUNSEL TO 729 WASHINGTON PROPERTY OWNER LLC)<br>ATTN: MONICA CLARK<br>50 SOUTH 6TH STREET, SUITE 1500<br>MINNEAPOLIS, MN 55402<br>EMAIL: CLARK.MONICA@DORSEY.COM | GENOVA BURNS LLC<br>(COUNSEL TO LANDLORDS AFFILIATED WITH BOSTON<br>PROPERTIES, INC, BEACON CAPITAL PARTNERS, ET AL.)<br>ATTN DONALD W. CLARKE, ESQ.<br>110 ALLEN ROAD, SUITE 304<br>BASKING RIDGE, NJ 07920<br>EMAIL: DCLARKE@GENOVABURNS.COM |
| GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP<br>(COUNSEL TO INTERNATIONAL PLAZA ASSOC, L.P. ET AL)<br>ATTN: KEVIN J NASH<br>125 PARK AVENUE, 12TH FLOOR<br>NEW YORK, NY 10017<br>EMAIL: KNASH@GWFGLAW.COM | GOULSTON & STORRS PC<br>(COUNSEL TO LANDLORDS AFFILIATED WITH BOSTON<br>PROPERTIES, INC, BEACON CAPITAL PARTNERS, ET AL.)<br>ATTN DOUGLAS B. ROSNER, BRENDAN M. GAGE, ESQS<br>400 ATLANTIC AVE<br>BOSTON, MA 02110-3333<br>EMAIL: DROSNER@GOULSTONSTORRS.COM;<br>BGAGE@GOULSTONSTORRS.COM |

| | |
|---|---|
| HALPERIN BATTAGLIA BENZIJA, LLP<br>COUNSEL FOR ESOPUS CREEK VALUE SERIES FUND LP-SERIES "A"<br>ATTN: WALTER BENZIJA, ESQ; ALAN D. HALPERIN, ESQ<br>40 WALL STREET, 37TH FLOOR<br>NEW YORK, NY 10005<br>EMAIL: WBENZIJA@HALPERINLAW.NET;<br>AHALPERIN@HALPERINLAW.NET | INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP<br>(COUNSEL TO 11 PARK PLACE LLC)<br>ATTN: MICHAEL D CAPOZZI<br>150 EAST 42ND STREET, 19TH FLOOR<br>NEW YORK, NY 10017 |
| KELLEY DRYE & WARREN LLP<br>COUNSEL FOR NUVEEN REAL ESTATE, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA ET AL<br>ATTN: R. LEHANE; J. RAVIELE; C. CHOE<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK, NY 10007<br>EMAIL: RLEHANE@KELLEYDRYE.COM;<br>JRAVIELE@KELLEYDRYE.COM; CCHOE@KELLEYDRYE.COM;<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM | KUCKER, MARINO, WINIARSKY & BITTENS LLP<br>(COUNSEL TO G.S.505 PARK, LLC ET AL)<br>ATTN: EDMOND O'BRIEN<br>747 THIRD AVENUE, 17TH FLOOR<br>NEW YORK, NY 10017 |
| KUDMAN TRACHTEN ALOE POSNER LLP<br>(COUNSEL TO WALTER & SAMUELS, INC., ET AL.)<br>ATTN PAUL H. ALOE<br>488 MADISON AVENUE, 23RD FL<br>NEW YORK, NY 10022<br>EMAIL: PALOE@KUDMANLAW.COM | KUDMAN TRACHTEN ALOE POSNER LLP<br>COUNSEL FOR WALTER & SAMUELS, INC., WALBER 419 COMPANY LLC, 419 PARK AVE. S. ASSOCIATES LLC ET AL<br>488 MADISON AVE, 23RD FL<br>NEW YORK, NY 10022<br>EMAIL: PALOE@KUDMANLAW.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>COUNSEL TO CITY OF RICHARDSON, TARRANT COUNTY, IRVING ISD, DALLAS COUNTY<br>ATTN JOHN KENDRICK TURNER<br>2777 N. STEMMONS FREEWAY, STE 1000<br>DALLAS, TX 75207<br>EMAIL: DALLAS.BANKRUPTCY@LGBS.COM | MCDERMOTT WILL & EMERY LLP<br>COUNSEL FOR GIRALDA PB,LLC AND GIRALDA COMPLEX LLC<br>ATTN: CHARLES R. GIBBS; MICHAEL D. WOMBACHER<br>2501 NORTH HARWOOD STREET, STE 1900<br>DALLAS, TX 75201<br>EMAIL: CRGIBBS@MWE.COM; MWOMBACHER@MWE.COM |
| MCDERMOTT WILL & EMERY LLP<br>COUNSEL FOR GIRALDA PB,LLC AND GIRALDA COMPLEX LLC<br>ATTN: MARIS J. KANDESTIN<br>1000 N. WEST STREET, STE 1400<br>WILMINGTON, DE 19801<br>EMAIL: MKANDESTIN@MWE.COM | MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP<br>COUNSEL FOR U.S. SPECIALTY INSURACNE COMPANY<br>ATTN: GARY D. BRESSLER, ESQ<br>1300 MT. KEMBLE AVENUE<br>P.O. BOX 2075<br>MORRISTOWN, NJ 07962-2075<br>EMAIL: GBRESSLER@MDMC-LAW.COM |

| | |
|---|---|
| MCGUIRE, CRADDOCK & STROTHER, P.C.<br>(COUNSEL TO BELL TECHOLOGIX, INC.)<br>ATTN: J MARK CHEVALLIER<br>500 N AKARD STREET, SUITE 2200<br>DALLAS, TX 75201<br>EMAIL: MCHEVALLIER@MCSLAW.COM | NIXON PEABOY LLP<br>(COUNSEL TO MT BACK BAY ONE LLC)<br>ATTN: VICTOR G MILIONE; CHRISTOPHER J FONG<br>55 WEST 46TH STREET<br>NEW YORK, NY 10036<br>EMAIL: VMILION@NIXONPEABODY.COM;<br>CFONG@NIXONPEABODY.COM |
| OFFIT KURMAN, P.A.<br>COUNESL FOR SIMON PROPERTY GROUP, INC.<br>ATTN PAUL J. WINTERHALTER, ESQ<br>100 EAGLE ROCK AVE, STE 105<br>EAST HANOVER, NJ 07936<br>EMAIL: PWINTERHALTER@OFFITKURMAN.COM | REED SMITH LLP<br>(COUNSEL TO TIKTOK U.S. DATA SECURITY INC.)<br>ATTN: ALISSA K. PICCIONE<br>599 LEXINGTON AVE<br>NEW YORK, NY 10022<br>EMAIL: APICCIONE@REEDSMITH.COM |
| REED SMITH LLP<br>(COUNSEL TO TIKTOK U.S. DATA SECURITY INC.)<br>ATTN: MARSHA A. HOUSTON<br>1901 AVENUE OF THE STARS #700<br>LOS ANGELES, CA 90067<br>EMAIL: MHOUSTON@REEDSMITH.COM | RIKER DANZIG LLP<br>COUNSEL FOR ABM INDUSTRY GROUPS, LLC<br>ATTN: J. SCHWARTZ; T. SCHELLHORN; G. TOMA<br>HEADQUARTERS PLAZA, ONE SPEEDWELL AVE<br>MORRISTOWN, NJ 07962-1981<br>EMAIL: JSCHWARTZ@RIKER.COM; TSCHELLHORN@RIKER.COM;<br>GTOMA@RIKER.COM |
| RIVKIN RADLER LLP<br>(COUNSEL TO 490 LOWER UNIT LP AKA 490 LOWER LEVEL)<br>ATTN: ANA PARIKH<br>25 MAIN STREET<br>COURT PLAZA NORTH - SUITE 501<br>HACKENSACK, NJ 07601-7082<br>EMAIL: ANA.PARIKH@RIVKIN.COM | ROSENBERG & ESTIS, P.C.<br>(COUNSEL TO 1619 BROADWAY REALTY LLC,<br>A/K/A MACK REAL ESTATE)<br>ATTN: J. GIAMPOLO; H. KINGLSEY<br>733 THIRD AVENUE<br>NEW YORK, NY 10017<br>EMAIL: JGIAMPOLO@ROSENBERGESTIS.COM;<br>HKINGSLEY@ROSENBERGESTIS.COM |
| RUBIN LLC<br>(COUNSEL TO MC 71 FIFTH AVENUE REALTY LLC)<br>ATTN: PAUL A. RUBIN<br>11 BROADWAY, SUITE 715<br>NEW YORK, NY 10004<br>EMAIL: PRUBIN@RUBINLAWLLC.COM | SEIDMAN & PINCUS, LLC<br>(COUNSEL TO INTERNATIONAL PLAZA ASSOC, L.P. ET AL)<br>ATTN: MITCHELL B SEIDMAN<br>777 TERRACE AVENUE, SUITE 508<br>HASBROUCK HEIGHTS, NJ 07604<br>EMAIL: MS@SEIDMANLLC.COM |

| | |
|---|---|
| SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A<br>COUNSEL FOR KATO INTERNATIONAL LLC<br>ATTN: ROSS J. SWITKES<br>308 HARPER DRIVE, STE 200<br>MOORESTOWN, NJ 08057<br>EMAIL: RSWITKES@SHERMANSILVERSTEIN.COM | SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.<br>COUNSEL FOR KATO INTERNATIONAL LLC<br>ATTN ARTHUR J. ABRAMOWITZ<br>308 HARPER DRIVE, STE 200<br>MOORESTOWN, NJ 08057<br>EMAIL: AABRAMOWITZ@SHERMANSILVERSTEIN.COM |
| SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, PA<br>(COUNSEL TO KATO INTERNATIONAL LLC)<br>ATTN ARTHUR J ABRAMOWITZ,ESQ & ROSS J SWITKES,ESQ<br>308 HARPER DRIVE, SUITE 200<br>MOORESTOWN, NJ 08057<br>EMAIL: AABRAMOWITZ@SHERMANSILVERSTEIN.COM | SIMON PROPERTY GROUP, INC<br>ATTN: RONALD M. TUCKER, ESQ<br>225 WEST WASHINGTON ST<br>INDIANAPOLIS, IN 46204<br>EMAIL: RTUCKER@SIMON.COM |
| SIRLIN LESSER & BENSON, P.C.<br>(COUNSEL TO BDN 1900 MARKET OWNER LLC)<br>ATTN DANA S. PLON, ESQ<br>123 SOUTH BROAD STREET, STE 2100<br>PHILADELPHIA, PA 19109<br>EMAIL: DPLON@SIRLINLAW.COM | SQUIRE PATTON BOGGS (US) LLP<br>(COUNSEL TO DELAWARE TRUST COMPANY,<br>AS SUCCESSOR INDENTURE TRUSTEE)<br>ATTN: JEFFREY N ROTHLEDER<br>2500 M STREET NW<br>WASHINGTON, DC 20037<br>EMAIL: JEFFREY.ROTHLEDER@SQUIREPB.COM |
| SQUIRE PATTON BOGGS (US) LLP<br>(COUNSEL TO DELAWARE TRUST COMPANY,<br>AS SUCCESSOR INDENTURE TRUSTEE)<br>ATTN: MARK C ERRICO<br>382 SPRINGFIELD AVE, SUITE 300<br>SUMMIT, NJ 07401<br>EMAIL: MARK.ERRICO@SQUIREPB.COM | SQUIRE PATTON BOGGS (US) LLP<br>(COUNSEL TO DELAWARE TRUST COMPANY,<br>AS SUCCESSOR INDENTURE TRUSTEE)<br>ATTN: PETER R MORRISON<br>1000 KEY TOWER<br>127 PUBLIC SQUARE<br>CLEVELAND, OH 44114<br>EMAIL: PETER.MORRISON@SQUIREPB.COM |
| SSL LAW FIRM LLP<br>COUNSEL FOR 600 B STREET SAN DIEGO OWNER, LLC<br>A DELAWARE LIMITED LIABILITY COMPANY, ET AL<br>ATTN: IVO KELLER, ESQ<br>505 MONTGOMERY STREET, STE 620<br>SAN FRANCISCO, CA 94111<br>EMAIL: IVO@SSLLAWFIRM.COM | STRADLEY RONON STEVENS & YOUNG, LLP<br>(COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO)<br>ATTN: DANIEL M PEREIRA<br>2005 MARKET STREET, SUITE 2600<br>PHILADELPHIA, PA 19103<br>EMAIL: DPEREIRA@STRADLEY.COM |

| | |
|---|---|
| STRADLEY RONON STEVENS & YOUNG, LLP<br>(COUNSEL TO PHILADELPHIA INDEMNITY INSURANCE CO)<br>ATTN: JULIE M MURPHY<br>LIBERTY VIEW<br>457 HADDONFIELD ROAD, SUITE 100<br>CHERRY HILL, NJ 08002<br>EMAIL: JMMURPHY@STRADLEY.COM | THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C.<br>(COUNSEL TO PRESIDIO NETWORKED SOLUTIONS, INC.)<br>ATTN: MICHAEL B. PUGH<br>2 SUN COURT, SUITE 400<br>PEACHTREE CORNERS, GA 30092 |
| VENABLE LLP<br>(COUNSEL TO CSHV 1600 7TH AVENUE LLC)<br>ATTN: LAURA S BOUYEA<br>750 EAST PRATT STREET, SUITE 900<br>BALTIMORE, MD 21202<br>EMAIL: LSBOUYEA@VENABLE.COM | VENABLE LLP<br>(COUNSEL TO CSHV 1600 7TH AVENUE LLC)<br>ATTN: MICHAEL A GUERRA<br>151 WEST 42ND STREET, 49TH FLOOR<br>NEW YORK, NY 10036<br>EMAIL: MAGUERRA@VENABLE.COM |
| WEBBER MCGILL LLC<br>(COUNSEL TO HUDSON PACIFIC PROPERTIES, INC.)<br>ATTN: DOUGLAS J MCGILL<br>100 E HANOVER AVENUE, SUITE 401<br>CEDAR KNOLLS, NJ 07927<br>EMAIL: DMCGILL@WEBBERMCGILL.COM | WINDELS MARX LANE & MITTENDORF, LLP<br>(COUNSEL TO BROADWAY CONTINENTAL CORP.)<br>ATTN: SCOTT R MATTHEWS; ELOY A PERAL<br>156 WEST 56TH STREET<br>NEW YORK, NY 10019<br>EMAIL: SMATTHEWS@WINDELSMARX.COM;<br>EPERAL@WINDELSMARX.COM |