**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

GENOVA BURNS LLC.
Daniel M. Stolz, Esq.
Donald W. Clarke, Esq.
494 Broad Street
Newark, NJ 07102
Telephone: (973) 387-7804
Fax: (973) 533-1112
Email: DClarke@genovaburns.com
*Counsel for Park Place Associates*

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865-JKS<br><br>*(Jointly Administered)* |

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Park Place Associates. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: Donald W. Clarke, Esq.
GENOVA BURNS LLC
494 Broad Street
Newark, NJ 07102
dclarke@genovaburns.com
Counsel for Park Place Associates

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: November 21, 2023                               /s/ Donald W. Clarke
                                                                        Signature

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005.