| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>**SILLS CUMMIS & GROSS P.C.**<br>Andrew Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone:    (973) 643-7000<br>Email:    asherman@sillscummis.com<br>     bmankovetskiy@sillscummis.com<br>     gkopacz@sillscummis.com<br><br>**MUNSCH HARDT KOPF & HARR, P.C.**<br>Kevin M. Lippman, Esq. (*Pro Hac Vice* Pending)<br>500 N. Akard Street, Suite 4000<br>Dallas, Texas 75201-6605<br>Telephone:    (214) 855-7553<br>Email:    klippman@munsch.com<br><br>*Counsel to CIO Bloc 23, LLC, CIO Bloc 83, LLC, CIO Terraces, LLC* |

| | |
|---|---|
| In re:<br><br>WEWORK, INC., *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Boris I. Mankovetskiy, Esq. ("Movant"), a member in good standing of the Bar of the State of New Jersey and an attorney admitted to practice before the United States District Court for the District of New Jersey, and a member of Sills Cummis & Gross, P.C., hereby moves the Court for

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is: WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

1

10197753

an order permitting Kevin M. Lippman, Esq. to practice *pro hac vice* before the United States Bankruptcy Court for the District of New Jersey to represent interested parties CIO Bloc 23, LLC, CIO Bloc 83, LLC, and CIO Terraces, LLC (collectively, the "Landlords") pursuant to Local Bankruptcy Rule 9010-1. In support of the relief requested herein, Movant states as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction to consider this application pursuant to 28 U.S.C. §§ 157 and 1334. Consideration of this application is a core proceeding pursuant to 28 U.S.C. §157(b). Venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQEUSTED

2. By this application, the Movant requests entry of an Order admitting Kevin Lippman, Esq. (the "Applicant") *pro hac vice*. The good standing of the Applicant is set forth in the Applicant's accompanying certification (the "Certification").

3. The Applicant is a shareholder with Munsch Hardt Kopf & Harr, P.C., and maintains offices at 500 N. Akard Street, Suite 4000, Dallas, Texas 75201-6605. As the Certification demonstrates, Applicant is a member in good standing of the Bar of the highest court in which he is admitted.

4. It is anticipated that Applicant will be active in the representation the Landlords in the above-captioned cases. Accordingly, the Movant respectfully requests that the Court grant the *pro hac vice* admission of the Applicant and requests that the Applicant be permitted to appear on behalf of the Landlords in connection with the above-captioned cases.

5. No previous application for the relief sought herein has been made to this or any other court in connection with these proceedings.

## WAIVER OF MEMORANDUM OF LAW

6.  The Movant respectfully requests that the Court waive the memorandum requirement as set forth in Local Bankruptcy Rule 9013-1. The Movant respectfully submits that no memorandum of law is necessary because no novel issues of law are presented herein.

Dated November 21, 2023

*/s/ Boris Mankovetskiy, Esq.*
**SILLS CUMMIS & GROSS P.C.**
Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 643-7000
Facsimile:   (973) 643-6500
Email:   asherman@sillscummis.com
   bmankovetskiy@sillscummis.com
   gkopacz@sillscummis.com

**MUNSCH HARDT KOPF & HARR, P.C.**
Kevin M. Lippman, Esq.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6605
Telephone:   (214) 855-7553
Email:   klippman@munsch.com