UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

**SILLS CUMMIS & GROSS P.C.**

Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 643-7000
Email:        asherman@sillscummis.com
              bmankovetskiy@sillscummis.com
              gkopacz@sillscummis.com

**MUNSCH HARDT KOPF & HARR, P.C.**

Kevin M. Lippman, Esq. (*Pro Hac Vice* Pending)
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6605
Telephone:    (214) 855-7553
Email:        klippman@munsch.com

*Counsel to CIO Bloc 23, LLC, CIO Bloc 83, LLC, CIO Terraces, LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK, INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors. [1] | (Jointly Administered) |

## CERTIFICATION IN SUPPORT OF
## APPLICATION FOR ADMISSION *PRO HAC VICE*

I, Kevin M. Lippman, hereby state as follows in support of the Application for Admission

*Pro Hac Vice*:

1.      I am a shareholder with the law firm of Munsch Hardt Kopf & Harr, P.C. My office

is located at 500 N. Akard Street, Suite 4000, Dallas, Texas 75201-6605. I submit this Certification

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is: WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

10197753

in support of the accompanying application for my admission *pro hac vice*.

2.      I was admitted to practice in the State of Texas in 1992.

3.      I am a member in good standing of the Bar in every jurisdiction in which I am admitted to practice.

4.      I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5.      I have familiarized myself with the applicable Rules of Professional Conduct and agree to be bound by these Rules upon my admission.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Date: November 21, 2023

*/s/ Kevin M. Lippman, Esq.*
Kevin M. Lippman, Esq.
MUNSCH HARDT KOPF & HARR P.C.
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6605
Tel: 214-855-7553
Email: klippman@munsch.com

10197753