| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br><u>DISTRICT OF NEW JERSEY</u><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RIVKIN RADLER LLP**<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, NJ  07601-7082<br>Tel:  201-287-2460<br>Fax:  201-489-0495<br>Ana Parikh, Esq.<br><br>*Counsel for 490 Lower Unit LP a/k/a 490 Lower Level Unit LP* | |
| In Re:<br><br>WEWORK INC., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No.: 23-19865 (JKS)<br><br>Judge:   John K. Sherwood<br><br><u>Hearing Date</u>:  11/28/23, 10:00 AM |

**JOINDER OF 490 LOWER UNIT LP A/K/A 490 LOWER LEVEL UNIT LP,
TO OBJECTION OF KATO INTERNATIONAL LLC**

490 Lower Unit LP a/k/a 490 Lower Level Unit LP ("490 Lower"), as and for its Joinder (the "Joinder") to the Objection Of Kato International LLC To Debtors' Motion For Entry Of An Order (I) Authorizing And Approving Procedures To Reject Or Assume Executory Contracts And Unexpired Leases, And (II) Granting Related Relief (ECF no. 224; the "Objection"), by and through its undersigned counsel, respectfully states as follows:

1.      In or about August 2019, 490 Lower entered into a Lease Agreement with 245 Livingston St. Q LLC, one of the Debtors (the "Lease").  As of the date of this Joinder, the Lease has not been assumed or rejected.

2. 490 Lower agrees with the legal and factual arguments set forth in the Objection and hereby joins in, adopts, and incorporates the reasoning set forth therein as though fully set forth herein.

3. 490 Lower continues to reserve all of its rights.

4. 490 Lower expressly reserves all of its rights under the Lease, all relevant agreements and related documents, the law, at equity, and in all other respects, including, without limitation, its right to supplement this Joinder and to move for additional and further relief.

Dated: Hackensack, New Jersey
November 21, 2023

                        RIVKIN RADLER LLP
                        Attorneys for 490 Lower Unit LP a/k/a 490 Lower Level Unit LP

By:   /s/ Ana Parikh
      ANA PARIKH, ESQ.
      25 Main Street
      Court Plaza North – Suite 501
      Hackensack, New Jersey  07601-7082
      Telephone:  (201) 287-2465

4874-5103-9378, v. 1