| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ARENTFOX SCHIFF LLP**<br>Beth M. Brownstein, Esq. (*pro hac vice* pending)<br>Nicholas A. Marten, Esq. (Bar ID No. 043572011)<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY  10019-60022<br>Telephone:  (212) 484-3900<br>Facsimile:   (212) 484-3990<br>Email:       Beth.Brownstein@afslaw.com<br>                   Nicholas.Marten@afslaw.com<br><br>*Counsel to Computershare Trust Company,<br>National Association* | |
| In re:<br><br>WEWORK, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

### APPLICATION FOR ORDER APPROVING
### ADMISSION OF ATTORNEY *PRO HAC VICE*, PURSUANT TO
### D.N.J. LBR 9010-1 AND L. CIV. R. 101.1 FOR THE DISTRICT OF NEW JERSEY

Computershare Trust Company, National Association ("Computershare"), by and through its undersigned counsel, makes this application (the "Application") for entry of an order approving admission of attorney Beth M. Brownstein, Esq. ("Attorney Brownstein" or "Applicant") *pro hac vice*, pursuant to Rule 9010-1 of the Local Rules of the United States Bankruptcy Court for the District of New Jersey and Rule 101.1 of the Local Rules of the United

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

AFDOCS:199120283.1

States District Court for the District of New Jersey, and in support thereof respectfully avers as follows:

1. Attorney Brownstein is a member in good standing of the following bar:

| Bar | Admission Date |
| --- | --- |
| Bar of the State of New York | September 21, 2009 |

2. Attorney Brownstein is a partner with the law firm of ArentFox Schiff LLP, located at 1301 Avenue of the Americas, 42nd Floor, New York, New York 10019, with offices in the District of Columbia; Los Angeles; San Francisco; Boston; Chicago; and Ann Arbor.

3. Attorney Brownstein is not under suspension of disbarment by any court.

4. Attorney Brownstein desires to appear in this case *pro hac vice* on behalf of Computershare.

5. The statements made in paragraph 1 through 4 of this Application are made in reliance upon the Certification of Beth M. Brownstein submitted herewith as **Exhibit A**, and upon the Applicant's personal knowledge.

6. In accordance with Local Bankruptcy Rule 9010-1 and Local Civil Rule 101.1, Nicholas A. Marten shall also continue to appear as counsel of record for Computershare.

7. A proposed form of order is submitted herewith.

WHEREFORE, your Computershare respectfully requests entry of an order in the form attached hereto granting the admission *pro hac vice* of Beth M. Brownstein, Esq., of ArentFox Schiff LLP to appear and participate in the above-captioned matter before this Court.

Dated: November 21, 2023
      New York, New York

Respectfully submitted,

**ARENTFOX SCHIFF LLP**

*/s/ Nicholas A. Marten*
Nicholas A. Marten (Bar ID No. 043572011)
Beth M. Brownstein (*pro hac pending*)
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019-6022
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
Email:    Beth.Brownstein@afslaw.com
             Nicholas.Marten@afslaw.com

*Counsel to Computershare Trust Company, National Association*