| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ARENTFOX SCHIFF LLP**<br>Beth M. Brownstein, Esq. (*pro hac vice* pending)<br>Nicholas A. Marten, Esq. (Bar ID No. 043572011)<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY  10019-60022<br>Telephone:  (212) 484-3900<br>Facsimile:   (212) 484-3990<br>Email:        Beth.Brownstein@afslaw.com<br>                   Nicholas.Marten@afslaw.com<br><br>*Counsel to Computershare Trust Company, National Association* | |
| In re:<br><br>WEWORK, INC., *et al.*,<br><br>　　　　　　　Debtors. [1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

### CERTIFICATION OF BETH M. BROWNSTEIN IN
### SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Beth M. Brownstein hereby certifies, pursuant to 28 U.S.C. § 1746, as follows:

1.　　I am an attorney-at-law in the state of New York and am a partner with the law firm of ArentFox Schiff LLP ("ArentFox Schiff").

2.　　I submit this Certification in support of the application by Computershare Trust Company, National Association ("Computershare") seeking to have me admitted *pro hac vice* in this matter.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

3. I am member in good standing of the following bar:

| Bar | Admission Date |
|---|---|
| Bar of the State of New York | September 21, 2009 |

4. I agree to associate in this matter with New Jersey counsel Nicholas A. Marten, Esq. of ArentFox Schiff, who is qualified to practice pursuant to New Jersey Court Rule 1:21-1.

5. Computershare has requested me to represent them in this matter, as I have particular experience in bankruptcy proceedings which will pertain to this matter.

6. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

7. I agree to:

   (a) Abide by all New Jersey disciplinary rules;

   (b) Consent to the appointment of the Clerk of the Supreme Court as the agent upon whom service may be made for all actions against me or my firm that may arise out of my participation in this matter;

   (c) Notify the Court immediately of any matters affecting my standing at the Bar of any other Court;

   (d) Have all pleadings, briefs and other papers filed with the Court signed by an attorney of record authorized to practice in New Jersey; and

   (e) Comply with New Jersey Court Rules 1:20-1(b), 1:28-2 and 1:28B-1(e) during the period of my admission.

8. I respectfully request that the Court grant Computershare's application seeking my admission *pro hac vice* in this matter.

AFDOCS:199120283.1

   I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 21, 2023        */s/ Beth M. Brownstein*
                      Beth M. Brownstein

AFDOCS:199120283.1