UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ARENTFOX SCHIFF LLP
Beth M. Brownstein, Esq. (*pro hac vice* pending)
Nicholas A. Marten, Esq. (Bar ID No. 043572011)
1301 Avenue of the Americas, 42nd Floor
New York, NY  10019-60022
Telephone:    (212) 484-3900
Facsimile:      (212) 484-3990
Email:           Beth.Brownstein@afslaw.com
                      Nicholas.Marten@afslaw.com

*Counsel to Computershare Trust Company, National Association*

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK, INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |

## CERTIFICATION OF SERVICE

1. I, Nicholas Marten, am an attorney representing Computershare Distributing LLC, with Beth M. Brownstein, in this matter.

2. On November 21, 2023, I caused copy of the *Application for Order Approving Admission of Attorney Pro Hac Vice, Pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1 for the District of New Jersey* to be served electronically on all parties requesting electronic service through the Court's CM/ECF system.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

AFDOCS:199120283.1

3.  I certify under penalty of perjury that the above document was sent using the mode of service described herein.

Dated: November 21, 2023 /s/ *Nicholas A. Marten*
Nicholas A. Marten

AFDOCS:199120283.1