**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq. (JS-5525)
Tara J. Schellhorn, Esq. (TS-8155)
Gregory S. Toma, Esq. (GT-1154)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tschellhorn@riker.com
gtoma@riker.com

*Counsel for ABM Industry Groups, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND**
**REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that the law firm Riker Danzig LLP hereby withdraws its appearance as counsel to ABM Industry Groups, LLC in the above-referenced chapter 11 cases, and requests that it be removed from the CM/ECF noticing list and any other service lists in these cases.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

1

November 21, 2023  
Morristown, New Jersey

RIKER DANZIG LLP

By: /s/ *Joseph L. Schwartz*  
Joseph L. Schwartz, Esq. (JS-5525)  
Tara J. Schellhorn, Esq. (TS-8155)  
Gregory S. Toma, Esq. (GT-1154)  
Headquarters Plaza, One Speedwell Avenue  
Morristown, New Jersey 07962-1981  
Telephone: (973) 538-0800  
Facsimile: (973) 538-1984  
jschwartz@riker.com  
tschellhorn@riker.com  
gtoma@riker.com

*Counsel for ABM Industry Groups, LLC*

4860-9464-1042, v. 2