| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Douglas G. Leney<br>ARCHER & GREINER, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 246-3151<br>Facsimile: (215) 963-9999<br>Email: dleney@archerlaw.com<br><br>and<br><br>Michel S. Held<br>(*Pro hac vice* admission pending)<br>JACKSON WALKER LLP<br>2323 Ross Avenue, Suite 600<br>Dallas, Texas 75201<br>Telephone: (214) 953-6000<br>Facsimile: (214) 953-6051<br>Email: mheld@jw.com<br><br>*Co-Counsel for Fairway East Kennedy Owner, LLC f/k/a AG-EREP East Kennedy Owner, LLC* | |
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE OF LIMITED OBJECTION, JOINDER AND RESERVATION OF RIGHTS OF EAST KENNEDY OWNER, LLC TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING PROCEDURES TO REJECT OR ASSUME EXECUTORY CONTRACTS <u>AND UNEXPIRED LEASES, AND (II) GRANTING RELATED RELIEF</u>**

I, Douglas G. Leney, hereby certify that I caused a true and correct copy of the attached *Limited Objection, Joinder and Reservation of Rights of East Kennedy Owner, LLC to Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief* in this bankruptcy case pursuant to

228071032 v1

Local Bankruptcy Rule 9010-1(b) through the Court's CM/ECF system enabling all counsel and persons who have entered an appearance and requested notices to be served a copy of documents filed of record.

Dated: November 22, 2023

/s/ *Douglas G. Leney*
Douglas G. Leney
**ARCHER & GREINER, P.C.**
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, Pennsylvania 19103
Telephone: (215) 246-3151
Facsimile: (215) 963-9999
Email: dleney@archerlaw.com

and

**JACKSON WALKER LLP**
Michael S. Held (*pro hac vice* admission pending)
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-6051
Email: mheld@jw.com

*Co-Counsel for Fairway East Kennedy Owner, LLC f/k/a AG-EREP East Kennedy Owner, LLC*

228071032 v1