**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 186-187, 207** |

**CERTIFICATE OF SERVICE**

I, DAVID RODRIGUEZ, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 20, 2023, I caused to be served the following:

   a. "Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief," dated November 19, 2023 [Docket No. 186],

   b. "Application for Order Shortening Time," dated November 19, 2023 [Docket No. 187], and

   c. "Order Shortening Time Period for Notice," dated November 20, 2023 [Docket No. 207],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ David Rodriguez*
David Rodriguez

# EXHIBIT A

**WEWORK INC.**
**SERVICE LIST**

| Claim Name | Address Information |
|---|---|
| 1619 BROADWAY REALTY LLC, A/K/A MACK REAL ESTATE | 60 COLUMBUS CIRCLE, 20TH FLOOR NEW YORK NY 10023 |
| ABM INDUSTRY GROUPS, LLC | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: SCOTT S. FLYNN ONE LIBERTY PLAZA, 7TH FL NEW YORK NY 10006 |
| CARR PROPERTIES | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: JACKSON PRENTICE 1615 L. STREET, NW SUITE 650 WASHINGTON DC 20036 |
| COMPUTERSHARE TRUST COMPANY NATIONAL ASSOCIATION | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: MEGAN FORD 1505 ENERGY DRIVE ST. PAUL MN 55108 |
| DELAWARE TRUST COMPANY | (OFFICIAL COMMITTTEE OF UNSECURED CREDITORS) ATTN: MICHELLE A. DREYER 251 LITTLE FALLS DRIVE WILMINGTON DE 19808 |
| HUDSON PACIFIC PROPERTIES, INC. | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: STEVEN JAFFE 11601 WILSHIRE BOULVEVARD, STE 900 LOS ANGELES CA 90025 |
| INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP | (COUNSEL TO 11 PARK PLACE LLC) ATTN: MICHAEL D CAPOZZI 150 EAST 42ND STREET, 19TH FLOOR NEW YORK NY 10017 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| KUCKER, MARINO, WINIARSKY & BITTENS LLP | (COUNSEL TO G.S.505 PARK, LLC ET AL) ATTN: EDMOND O'BRIEN 747 THIRD AVENUE, 17TH FLOOR NEW YORK NY 10017 |
| NORTHERN MARIANA ISLANDS AG | ATTN EDWARD MANIBUSAN CALLER BOX 10007 SAIPAN MP 96950-8907 |
| OFFICE OF THE US TRUSTEE | ATTN FRAN B STEELE, ESQ & PETER J D'AURIA, ESQ ONE NEWARK CENTER STE 2100 NEWARK NJ 07102 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN FAINU'ULELEI FALEFATU ALA'ILIMAUTU AMERICAN SAMOA GOVT EXEC OFC BLDG UTULEI TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | CONSUMER PROTECTION SECTION ATTN BANKRUPTCY NOTICES 455 GOLDEN GATE AVE STE 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN KRIS W KOBACH 120 SW 10TH AVE 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN DANIEL CAMERON 700 CAPITOL AVE STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST STE 1400 ST PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN MATTHEW J PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN BRIDGET HILL 109 STATE CAPITAL 200 W 24TH ST CHEYENNE WY 82002 |
| THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C. | (COUNSEL TO PRESIDIO NETWORKED SOLUTIONS, INC.) ATTN: MICHAEL B. PUGH 2 SUN COURT, SUITE 400 PEACHTREE CORNERS GA 30092 |
| UNITED STATES ATTORNEYS OFFICE | DISTRICT OF NEW JERSEY 970 BROAD ST 806 NEWARK NJ 07102 |

| Claim Name | Address Information |
| --- | --- |

**Total Creditor count  32**

**EXHIBIT B**

| WeWork Inc. Core/Top 30/NOA Electronic Service List ||
|---|---|
| **Name** | **Email** |
| 1460 LEASEHOLD SWIGHM LLC | jdvacker@merprop.com |
| 2 NINTH AVENUE PARTNERS LLC | ACCOUNTSRECEIVABLE@WMGOTTLIEB.COM |
| 260261 MADISON AVENUE LLC | RM@sapir.com |
| 400 CALIFORNIA LLC | kmouton@kennedywilson.com |
| 500512 SEVENTH AVENUE LP | ALICE.CHEN@CUSHWAKE.COM |
| 54 WEST 40TH REALTY LLC | eric@alliedpartners.com |
| AKERMAN LLP | mark.lichtenstein@akerman.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| BALLARD SPAHR LLP | hubenb@ballardspahr.com; branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| BCSP DENVER PROPERTY LLC | JULIE.BOWDEN@BPRETAIL.COM |
| BEACON CAPITAL PARTNERS LLC | khoffman@beaconcapital.com |
| BELKIN BURDEN GOLDMAN, LLP | Jsolomon@bbgllp.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com |
| BROADWAY CONTINENTAL CORP | adam@currentreadvisors.com |
| BROOKFIELD PROPERTIES RETAIL INC., AS AGENT | bk@bpretail.com |
| Charles E. Boulbol, P.C. | rtrack@msn.com |
| Chiesa Shahinian & Giantomasi PC | jbondy@csglaw.com |
| Chiesa Shahinian & Giantomasi PC | szuber@csglaw.com |
| CIM GROUP | jtao@cimgroup.com |
| COHEN BROTHERS REALTY CORPORATION | mhorowitz@cohenbrothers.com |
| COLE SCHOTZ | jnovak@coleschotz.com |
| COOLEY LLP | ltiari@cooley.com |
| COOLEY LLP | mklein@cooley.com; lreichardt@cooley.com; elazerowitz@cooley.com |
| COZEN O' CONNOR | mfelger@cozen.com |
| CP 1875 K STREET LLC | jprentice@carrprop.com |
| CTO21 ACQUISITIONS II LLC | dsmith@ctoreit.com |
| CUSHMAN WAKEFIELD | noelle.perkins@cushwake.com |
| DAVIS POLK WARDWELL LLP | eli.vonnegut@davispolk.com |

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | ELI.VONNEGUT@DAVISPOLK.COM; ELLIOT.MOSKOWITZ@DAVISPOLK.COM; NATASHA.TSIOURIS@DAVISPOLK.COM; JONAH.PEPPIATT@DAVISPOLK.COM |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DORSEY & WHITNEY LLP | kohn.sam@dorsey.com; yulisa.courina@dorsey.com; clark.monica@dorsey.com |
| GENOVA BURNS LLC | dstolz@genovaburns.com; DClarke@genovaburns.com |
| GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP | KNash@GWFGLaw.com |
| GOULSTON & STORRS PC | bgage@goulstonstorrs.com; drosner@goulstonstorrs.com |
| GREENBERG TRAURIG LLP | BRODYA@GTLAW.COM |
| HALPERIN BATTAGLIA BENZIJA, LLP | wbenzija@halperinlaw.net; ahalperin@halperinlaw.net |
| JAMESTOWN LP | amurray@jamestownLP.com |
| JOHN HANCOCK LIFE INSURANCE COMPANY USA | tsamoluk@jhancock.com |
| KELLEY DRYE & WARREN LLP | JCARR@KELLEYDRYE.COM; KELLIOTT@KELLEYDRYE.COM; PWEINTRAUB@KELLEYDRYE.COM |
| KELLEY DRYE & WARREN LLP | rlehane@kelleydrye.com; jraviele@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| KUDMAN TRACHTEN ALOE POSNER LLP | paloe@kudmanlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| MAYORE ESTATES LLC | bstern@ngkf.com |
| MCDERMOTT WILL & EMERY LLP | mkandestin@mwe.com |
| MCDERMOTT WILL & EMERY LLP | crgibbs@mwe.com; mwombacher@mwe.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | gbressler@mdmc-law.com |
| MCGUIRE, CRADDOCK & STROTHER, P.C. | mchevallier@mcslaw.com |
| MILBANK LLP | BKinney@milbank.com; MPrice@milbank.com; GZhang@milbank.com |
| MORI TRUST CO LTD | tanaka-yo@mori-trust.co.jp |
| MOZAIC PARTNERS LLC | Jackie@Ackerberg.com |
| MUNGER, TOLLES & OLSON, LLP | Thomas.Walper@mto.com; Seth.Goldman@mto.com |

| | |
|---|---|
| NIXON PEABODY LLP | vmilione@nixonpeabody.com; cfong@nixonpeabody.com |
| NUVEEN REAL ESTATE  TIAA | chad.phillips@nuveen.com |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | email@guamag.org; ADMINISTRATION@OAGGUAM.ORG |
| OFFICE OF THE US TRUSTEE | Peter.J.D'Auria@usdoj.gov; fran.B.Steele@usdoj.gov |
| OFFIT KURMAN, P.A. | pwinterhalter@offitkurman.com |
| ONNI GROUP | gregwilks@onni.com |
| PIERCE ATWOOD LLP | amattera@pierceatwood.com |
| REED SMITH LLP | apiccione@reedsmith.com; mhouston@reedsmith.com |
| RFRK 77 SANDS OWNER LLC | jreifler@rfr.com |
| RFRK 81 PROSPECT OWNER LLC | jreifler@rfr.com |
| RIKER DANZIG LLP | jschwartz@riker.com; tschellhorn@riker.com; gtoma@riker.com |
| RIVKIN RADLER LLP | ana.parikh@rivkin.com |
| ROSENBERG & ESTIS, P.C. | jgiampolo@rosenbergestis.com; hkingsley@rosenbergestis.com |
| RUBIN LLC | prubin@rubinlawllc.com |
| SECURITIES AND EXCHANGE COMMISSION | CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov; CommissionerLizarraga@sec.gov |
| SEIDMAN & PINCUS, LLC | ms@seidmanllc.com |
| Sherman, Silverstein, Kohl, Rose & Podolsky, P.A | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com |
| SIMON PROPERTY GROUP, INC. | rtucker@simon.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| SQUIRE PATTON BOGGS (US) LLP | mark.errico@squirepb.com; jeffrey.rothleder@squirepb.com; peter.morrison@squirepb.com |
| SSL LAW FIRM LLP | ivo@ssllawfirm.com |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | AG@LA.AS.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | AGInfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | Attorney.general@coag.gov |

| | |
|---|---|
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | AGCARR@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | AGLabrador@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ConstituentServices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | AgInfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW YORK ATTORNEY GENERAL | NYAG.Pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | Trish.Lazich@OhioAttorneyGeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | AttorneyGeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | tnattygen@ag.tn.gov |
| STATE OF TEXAS ATTORNEY GENERAL | complaints@oag.texas.gov |
| STATE OF UTAH ATTORNEY GENERAL | uag@agutah.gov |

| | |
|---|---|
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | jmiyares@oag.state.va.us; SPopps@oag.state.va.us; Bcurtis@oag.state.va.us |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| STRADLEY RONON STEVENS & YOUNG, LLP | dpereira@stradley.com |
| STRADLEY RONON STEVENS & YOUNG, LLP | jmmurphy@stradley.com |
| THE ALTER GROUP | michael@altergroup.com |
| THE PLATFORM LLC | clewis@theplatform.city |
| U.S. BANK GLOBAL CORPORATE TRUST AND CUSTODY | justin.shearer@usbank.com |
| UNITARIAN UNIVERSALIST ASSOCIATION | sbetancourt@uua.org;  scarey@uua.org |
| US BANK TRUST COMPANY NA | christopher.grell@usbank.com |
| US VIRGIN ISLANDS ATTORNEY GENERAL | info@usvidoj.com |
| VENABLE LLP | MAGuerra@Venable.com; lsbouyea@Venable.com |
| WALTER  SAMUELS INC | pweiss@walter-samuels.com |
| WEBBER MCGILL LLC | dmcgill@webbermcgill.com |
| WEIL GOTSHAL MANGES LLP | kevin.bostel@weil.com |
| WESTFIELD FULTON CENTER LLC | aline.taireh@urw.com |
| WeWork Inc. | legal@wework.com |
| WINDELS MARX LANE & MITTENDORF, LLP | smatthews@windelsmarx.com; eperal@windelsmarx.com |
| WOLLMUTH MAHER DEUTSCH LLP | pdefilippo@wmd-law.com; jlawlor@wmd-law.com; jpacelli@wmd-law.com sfitzgerald@wmd-law.com; |