| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>**SILLS CUMMIS & GROSS P.C.**<br>Andrew Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone:   (973) 643-7000<br>Email:   asherman@sillscummis.com<br>            bmankovetskiy@sillscummis.com<br>            gkopacz@sillscummis.com<br><br>**MUNSCH HARDT KOPF & HARR, P.C.**<br>Kevin M. Lippman, Esq. (*Pro Hac Vice* Pending)<br>500 N. Akard Street, Suite 4000<br>Dallas, Texas 75201-6605<br>Telephone:   (214) 855-7553<br>Email:   klippman@munsch.com<br><br>*Counsel to CIO Bloc 23, LLC, CIO Bloc 83, LLC, CIO Terraces, LLC* |

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK, INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors. [1] | (Jointly Administered) |
| | **HEARING DATE AND TIME:**<br>November 28, 2023 at 10:00 a.m. (ET) |

**CIO LANDLORDS' RESERVATION OF RIGHTS REGARDING THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING PROCEDURES TO REJECT OR ASSUME EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (II) GRANTING RELATED RELIEF**
[Relates to Docket No. 12]

CIO Bloc 23, LLC, CIO Bloc 83, LLC, and CIO Terraces, LLC (collectively, the "CIO

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is: WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

1

10201903

Landlords") file this reservation of rights with respect to the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief* [Docket No. 12] (the "Motion").

1. Before initiating their chapter 11 bankruptcy cases on November 6, 2023, three of the Debtors entered into the following leases (as amended from time to time, the "Leases") with the CIO Landlords' predecessors in interest:

| Landlord | Tenant (Debtor) | Property Description |
| --- | --- | --- |
| CIO Bloc 23, LLC (as successor in interest to Bloc 23 Commercial, LLC) | 101 East Washington Street Tenant, LLC | 101 East Washington Street Floor 8 Phoenix AZ 85004 |
| CIO Bloc 83, LLC (as successor in interest to Glenwood One Office, LLC) | 1 Glenwood Ave Tenant, LLC | One Glenwood, Glenwood Avenue, and Hillsborough Street Raleigh, NC 27617 |
| CIO Terraces, LLC (as successor in interest to CFO DT IV, LLC) | 5960 Berkshire Tenant LLC | 5960 Berkshire Lane Floors 5 and 6 Dallas, TX 75225 |

2. The Debtors filed the Motion on November 7, 2023, seeking court approval of detailed procedures to govern the process of assuming, assuming and assigning, and rejecting executory contracts and unexpired leases under section 365 of the Bankruptcy Code.[2]

3. The CIO Landlords identified certain concerns with the Debtors' proposed procedures, including, but not limited to, (i) issues related to the proposed removal and abandonment procedures, (ii) issues related to clarifying that the proposed procedures do not impair a landlord's rights with regard to letters of credit and surety bonds, and (iii) issues related to internal inconsistencies between the motion, the proposed order and the notices.

---

[2] The Debtors extended the CIO Landlords' deadline to object to the Motion through and including November 22, 2023.

2

10201903

4.     The CIO Landlords, numerous other landlords and contract counterparties, and the Debtors have been engaged in extensive back-and-forth discussions aimed at revising the proposed order in order to address these and other concerns. Considering the progress made so far, the CIO Landlords are optimistic the parties will be able to minimize, if not eliminate, the need for a contested hearing on November 28, 2023. Notwithstanding, the CIO Landlords have not seen a proposed final order incorporating the changes that have been agreed, nor has a proposed revised order been filed with the Court. Out of an abundance of caution, the CIO Landlords file this reservation of rights in order to draw these issues to the Court's attention and to facilitate a consensual resolution, if possible.

**WHEREFORE**, the CIO Landlords respectfully request that the Court modify the proposed order attached to the Motion to address the issues raised herein and to provide them such other and further relief to which they are entitled.

Dated November 22, 2023

*/s/ Boris Mankovetskiy, Esq.*
**SILLS CUMMIS & GROSS P.C.**
Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:   (973) 643-7000
Email:          asherman@sillscummis.com
                    bmankovetskiy@sillscummis.com
                    gkopacz@sillscummis.com

**MUNSCH HARDT KOPF & HARR, P.C.**
Kevin M. Lippman, Esq. (*Pro Hac Vice* Pending)
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6605
Telephone:   (214) 855-7553
Email:          klippman@munsch.com

*Counsel for CIO Bloc 23, LLC, CIO Bloc 83, LLC and CIO Terraces, LLC*

10201903