| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Paul H. Aloe<br>KUDMAN TRACHTEN ALOE POSNER LLP<br>488 Madison Avenue, 23rd Floor<br>New York, New York 10022<br>Tel: (212) 868-1010<br>Email: paloe@kudmanlaw.com<br><br>*Attorneys for Walber 419 Company LLC, 419 Park Avenue South Associates LLC, Walsam 130 MAD LLC, and 36 LLC* | |
| In re:<br><br>WEWORK INC., *et al.*,<br><br>                Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF LIMITED OBJECTION AND RESERVATION OF RIGHTS OF WALBER 419 COMPANY LLC, 419 PARK AVENUE SOUTH ASSOCIATES LLC, WALSAM 130 MAD LLC, AND 36 LLC TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING (A) REJECTION OF CERTAIN UNEXPIRED LEASES AND (B) ABANDONMENT OF ANY PERSONAL PROPERTY, EFFECTIVE AS OF THE REJECTION DATE AND (II) GRANTING RELATED RELIEF

Walber 419 Company LLC, 419 Park Avenue South Associates LLC, Walsam 130 Mad LLC, and 36 LLC, by and through their undersigned counsel, Kudman Trachten Aloe Posner LLP, hereby withdraw their *Limited Objection and Reservation of Rights to Debtor's Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of any Personal Property, Effective as of the Rejection Date and (II) Granting Related Relief* filed on November 21, 2023 [Docket No. 223].

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

Dated: New York, New York
November 22, 2023

By:    */s/ Paul H. Aloe*
Paul H. Aloe
KUDMAN TRACHTEN ALOE POSNER LLP
488 Madison Avenue, 23rd Floor
New York, New York 10022
Tel: (212) 868-1010
Email: paloe@kudmanlaw.com

*Attorneys for Walber 419 Company LLC, 419 Park Avenue South Associates LLC, Walsam 130 MAD LLC, and 36 LLC*