**PAUL HASTINGS LLP**
Kristopher M. Hansen, Esq. (*pro hac vice* pending)
Frank A. Merola, Esq. (*pro hac vice* pending)
Sayan Bhattacharyya, Esq. (*pro hac vice* pending)
Gabriel E. Sasson, Esq.
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
krishansen@paulhastings.com
frankmerola@paulhastings.com
sayanbhattacharyya@paulhastings.com
gabesasson@paulhastings.com

*Proposed Co-Counsel to the Official
Committee of Unsecured Creditors*

**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq.
Tara J. Schellhorn, Esq.
Daniel A. Bloom, Esq.
Gregory S. Toma, Esq.
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey  07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tschellhorn@riker.com
dbloom@riker.com
gtoma@riker.com

*Proposed Co-Counsel to the Official
Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>Hon. John K. Sherwood |

**APPLICATION FOR *PRO HAC VICE* ADMISSION
OF KRISTOPHER M. HANSEN**

Joseph L. Schwartz ("Movant"), a member in good standing of the Bar of the State of New Jersey, an attorney admitted to practice before the United States District Court for the District of New Jersey, and a partner with the law firm Riker Danzig LLP, hereby moves the Court for an order permitting Kristopher M. Hansen, an attorney with the law firm Paul Hastings LLP (the "Applicant"), proposed counsel to the Official Committee of Unsecured Creditors of WeWork Inc., *et al.* (the "Committee"), to practice *pro hac vice* before the United States Bankruptcy Court for the District of New Jersey to represent the Committee pursuant to District

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

of New Jersey Local Civil Rule 101.1 and Local Bankruptcy Rule 9010-1 in the above-captioned bankruptcy case (the "Bankruptcy Case").  In support of the relief requested herein, Movant states as follows:

## JURISDICTION

1. This Court has jurisdiction to consider this application pursuant to 28 U.S.C. §§ 157 and 1334.  Consideration of this application is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## RELIEF REQUESTED

2. By this application, the Movant requests entry of an Order admitting the Applicant *pro hac vice*.  The good standing of the Applicant is set forth in the Applicant's certification which is submitted herewith (the "Certification").

3. Applicant is an attorney at Paul Hastings LLP, with an office located at 200 Park Avenue, New York, NY 10166.  As the Certification demonstrates, Applicant is a member in good standing of the Bar of the highest court in which he is admitted and in the various federal courts set forth in the Certification.

4. It is anticipated that Applicant will be active in the representation of the Committee in this Bankruptcy Case.  Accordingly, the Movant respectfully requests that the Court grant the *pro hac vice* admission of the Applicant and that he be permitted to appear on the Committee's behalf in connection with this Bankruptcy Case.

5. No previous application for the relief sought herein has been made to this or any other court in connection with these proceedings.

## WAIVER OF MEMORANDUM OF LAW

6.      Pursuant to Local Rule 9013-1, Movant respectfully requests that the Court waive the requirement that it file a memorandum of law in support of this Application because no novel issues of law are presented herein.

## CONCLUSION

WHEREFORE, Movant respectfully requests that the Court enter an Order, substantially in the form filed herewith, permitting Applicant to appear *pro hac vice* in association with the Movant as counsel to the Committee and granting such other and further relief as is just.

| | |
|---|---|
| November 22, 2023<br>Morristown, New Jersey | **RIKER DANZIG LLP**<br><br>By:  /s/ *Joseph L. Schwartz*<br>Joseph L. Schwartz, Esq.<br>Tara J. Schellhorn, Esq.<br>Daniel A. Bloom, Esq.<br>Gregory S. Toma, Esq.<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, New Jersey  07962-1981<br>Telephone: (973) 538-0800<br>Facsimile: (973) 538-1984<br>jschwartz@riker.com<br>tschellhorn@riker.com<br>dbloom@riker.com<br>gtoma@riker.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>Kristopher M. Hansen, Esq. (*pro hac vice* pending)<br>Frank A. Merola, Esq. (*pro hac vice* pending)<br>Sayan Bhattacharyya, Esq. (*pro hac vice* pending)<br>Gabriel E. Sasson, Esq.<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>krishansen@paulhastings.com<br>frankmerola@paulhastings.com<br>sayanbhattacharyya@paulhastings.com<br>gabesasson@paulhastings.com<br><br>*Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |

4865-0161-8834, v. 1