| | |
|---|---|
| **PAUL HASTINGS LLP** | **RIKER DANZIG LLP** |
| Kristopher M. Hansen, Esq. (*pro hac vice* pending) | Joseph L. Schwartz, Esq. |
| Frank A. Merola, Esq. (*pro hac vice* pending) | Tara J. Schellhorn, Esq. |
| Sayan Bhattacharyya, Esq. (*pro hac vice* pending) | Daniel A. Bloom, Esq. |
| Gabriel E. Sasson, Esq. | Gregory S. Toma, Esq. |
| 200 Park Avenue | Headquarters Plaza, One Speedwell Avenue |
| New York, New York 10166 | Morristown, New Jersey  07962-1981 |
| Telephone: (212) 318-6000 | Telephone: (973) 538-0800 |
| Facsimile: (212) 319-4090 | Facsimile: (973) 538-1984 |
| krishansen@paulhastings.com | jschwartz@riker.com |
| frankmerola@paulhastings.com | tschellhorn@riker.com |
| sayanbhattacharyya@paulhastings.com | dbloom@riker.com |
| gabesasson@paulhastings.com | gtoma@riker.com |
| *Proposed Co-Counsel to the Official Committee of Unsecured Creditors* | *Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>Hon. John K. Sherwood |

**CERTIFICATION OF FRANK A. MEROLA, ESQ.**
**IN SUPPORT OF *PRO HAC VICE* ADMISSION**

I, Frank A. Merola, Esq., in support of this Application seeking my admission before this Court *pro hac vice* as proposed counsel to the Official Committee of Unsecured Creditors of WeWork Inc., *et al.* (the "Committee"), pursuant to Rule 9010-1(b), hereby certifies and states as follows:

1. I am an attorney with the law firm of Paul Hastings LLP.  My office is located at 1999 Avenue of the Stars, 28th Floor, Los Angeles, California 90067.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

2. I was admitted to practice law in the State of California in 1988, admitted to practice law in the State of New York in 2018, and admitted to practice law in the District of Columbia in 2018. In addition, I am admitted to practice before the following courts:

- United States District Court for the Southern District of New York
- United States District Court for the Eastern District of New York
- United States District Court for the Southern District of California
- United States District Court for the Central District of California

3. I am a member in good standing of the Bar in the State of California, of the Bar in the State of New York, of the Bar in the District of Columbia, and in each of the above-referenced courts.

4. I have never been suspended or disbarred from the practice of law. There are no disciplinary proceedings pending against me in any jurisdiction, and no discipline has previously been imposed on me in any jurisdiction.

5. I have obtained a copy of the Local Rules of this Court and am generally familiar with such Rules.

6. I have been advised of my obligation to make payments of an annual fee to the New Jersey Lawyers Fund for Client Protections in accordance with the New Jersey Court Rule 1:28 and shall immediately comply with that requirement upon my admission pro hac vice.

7. I agree to be bound by the Rules of this Court upon my admission.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 22, 2023                    Respectfully submitted,

                                            By: /s/ *Frank A. Merola*
                                                Frank A. Merola

4869-2570-4082, v. 1