| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D. N.J. LBR 9004-2(c)<br><br>**GOODWIN PROCTER LLP**<br>Meredith Mitnick, Esq. (NJ Bar No. 337002020)<br>Kizzy Jarashow, Esq. (*pro hac vice* pending)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>212-813-8800<br>mmitnick@goodwinlaw.com<br>kjarashow@goodwinlaw.com<br>*Counsel to Trinity Centre LLC* | Case No. 23-19865 (JKS)<br><br>Chapter 11<br><br>(Jointly Administered) |
| *In re WeWork Inc., et al.*,<br><br>                Debtor. | |

**APPLICATION FOR AN ORDER FOR ADMISSION**
***PRO HAC VICE* OF KIZZY L. JARASHOW, ESQ.**

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission pro hac vice of Kizzy L. Jarashow, Esq. of the law firm of Goodwin Procter LLP, to represent Trinity Centre LLC in the above-captioned chapter 11 case. In support of this application, counsel submits the attached Certification of Kizzy L. Jarashow, Esq. annexed hereto as **Exhibit A**, and requests that the proposed form of order submitted herewith be entered. Counsel certifies that she is admitted, practicing, and a member in good standing with the Bar of the State of New Jersey.

WHEREFORE, it is respectfully requested that the Court grant the Creditor's Application pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above captioned matters.

Date: November 22, 2023

/s/ Meredith L. Mitnick
Meredith L. Mitnick, Esq. (NJ Bar No. 337002020)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (917) 229-7571
Fax: (917) 591-0615
Email: mmitnick@goodwinlaw.com

*Counsel to Trinity Centre LLC*