| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**<br>Arthur J. Abramowitz<br>Ross J. Switkes<br>308 Harper Drive, Suite 200<br>Moorestown, New Jersey 08057<br>Tel: (856) 662-0700<br>Email: aabramowitz@shermansilverstein.com<br>           rswitkes@shermansilverstein.com<br><br>*Counsel to Kato International LLC* | **LAW OFFICES OF JACK J. ROSE PLLC**<br>Jack J. Rose (admitted *pro hac vice*)<br>PO Box 366<br>Bronxville, New York 10708<br>Tel: (212) 655-3066<br>Email: jrose@jrlpllc.com<br><br><br><br><br><br><br>*Counsel to Kato International LLC* |
| In re:<br><br>WEWORK INC., *et. al.*,<br><br>                          Debtors. | Case No. 23-19865 (JKS)<br><br>Chapter 11<br><br>Honorable John K. Sherwood, U.S.B.J. |

## NOTICE OF WITHDRAWAL OF OBJECTION OF KATO INTERNATIONAL LLC TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING PROCEDURES TO REJECT OR ASSUME EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (II) GRANTING RELATED RELIEF

Kato International LLC, by and through its undersigned counsel, hereby withdraws its objection to the motion of WeWork Inc. and affiliated debtors for entry of an Order (i) authorizing and approving procedures to reject or assume executory contracts and unexpired leases, and (ii) granting related relief. Docket No. 224.

Dated: November 26, 2023
                                       */s/ Arthur J. Abramowitz*
                                       **SHERMAN, SILVERSTEIN,**
                                       **KOHL, ROSE & PODOLSKY, P.A.**
                                       Arthur J. Abramowitz
                                       Ross J. Switkes
                                       308 Harper Drive, Suite 200
                                       Moorestown, NJ 08057
                                       Tel: (856) 662-0700
                                       Email: aabramowitz@shermansilverstein.com
                                                     rswitkes@shermansilverstein.com

3494930.1

**LAW OFFICES OF JACK J. ROSE PLLC**
Jack J. Rose (admitted *pro hac vice*)
PO Box 366
Bronxville, New York 10708
Tel: (212) 655-3066
Email:jrose@jrlpllc.com