| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Douglas G. Leney<br>ARCHER & GREINER, P.C.<br>Three Logan Square<br>1717 Arch Street, Suite 3500<br>Philadelphia, Pennsylvania 19103<br>Telephone: (215) 246-3151<br>Facsimile: (215) 963-9999<br>Email: dleney@archerlaw.com<br><br>and<br><br>Michel S. Held<br>(*Pro hac vice* admission pending)<br>JACKSON WALKER LLP<br>2323 Ross Avenue, Suite 600<br>Dallas, Texas 75201<br>Telephone: (214) 953-6000<br>Facsimile: (214) 953-6051<br>Email: mheld@jw.com<br><br>*Co-Counsel for Fairway East Kennedy Owner, LLC f/k/a AG-EREP East Kennedy Owner, LLC* | |
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION, JOINDER AND RESERVATION OF RIGHTS OF EAST KENNEDY OWNER, LLC TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING PROCEDURES TO REJECT OR ASSUME EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (II) GRANTING RELATED RELIEF**

Fairway East Kennedy Owner, LLC f/k/a AG-EREP East Kennedy Owner, LLC, by and through its undersigned counsel, hereby withdraws its *Limited Objection, Joinder and Reservation of Rights of East Kennedy Owner, LLC to Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief* [Dkt. No. 233].

Dated: November 27, 2023

/s/ *Douglas G. Leney*
Douglas G. Leney
**ARCHER & GREINER, P.C.**
Three Logan Square
1717 Arch Street, Suite 3500
Philadelphia, Pennsylvania 19103
Telephone: (215) 246-3151
Facsimile: (215) 963-9999
Email: dleney@archerlaw.com

and

**JACKSON WALKER LLP**
Michael S. Held (*pro hac vice* admission pending)
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-6051
Email: mheld@jw.com

*Co-Counsel for Fairway East Kennedy Owner, LLC f/k/a AG-EREP East Kennedy Owner, LLC*