UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Dorsey & Whitney LLP**
Samuel S. Kohn (*pro hac vice* forthcoming)
Courina Yulisa
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Email: kohn.sam@dorsey.com
　　　yulisa.courina@dorsey.com

*Attorneys for 729 Washington Property Owner LLC*

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*<br><br>　　　　　　　Debtors. | Case No.　　23-19865-JKS<br><br>Chapter　　11<br><br>(Jointly Administered)<br><br>Judge　　Hon. John K. Sherwood |

## LIMITED OBJECTION, JOINDER AND RESERVATION OF RIGHTS OF 729 WASHINGTON PROPERTY OWNER LLC TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING PROCEDURES TO REJECT OR ASSUME EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (II) GRANTING RELATED RELIEF

729 Washington Property Owner LLC (the "729 Landlord"), by and through its undersigned counsel, files this limited objection, joinder and reservation of rights (the "Limited Objection") to the *Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief* [Docket No. 12] (the "Motion"), and respectfully states as follows:

1.　　　　The 729 Landlord is the landlord to Debtor 729 Washington Ave Tenant LLC (Case No. 23-20232). The space is located at 729 Washington Avenue North, Minneapolis, MN 55401.

4880-0758-6707\2

2.      Various landlords and contract counterparties have filed limited objections and/or

reservations of rights (the "Other Limited Objections") to the Motion in connection with language

in the original proposed order that may have  prevented landlords from drawing down or otherwise

exercising their rights in relation to surety bonds and letters of credit. These Other Limited

Objections stated that the parties have undergone extensive discussions aimed to revise the original

proposed order to address such concern and other concerns raised in the Other Limited Objections.

3.      729 Landlord reached out to the Debtors to confirm how the Other Limited

Objections would be resolved and became aware of a still unresolved issue concerning *deposits*

associated with letters of credit and surety bonds, and has suggested that the following language

in bold be included in the revised proposed order to resolve the issue:

> *No Application of Security Deposits.*  To the extent applicable, if the
> Debtors have deposited monies with a Rejection Counterparty as a
> security deposit or other arrangement (other than letters of credit and
> surety bonds **or any deposits related to letters of credit and surety
> bonds**), such Rejection Counterparty may not set off, recoup, draw on,
> apply, or otherwise use such security deposit or other arrangement
> (other than letters of credit and surety bonds **or any deposits related to
> letters of credit and surety bonds**) without the prior approval of the
> Court, unless the Debtors and the applicable Rejection Counterparty
> otherwise agree.  For the avoidance of doubt, nothing in this Order shall
> affect or expand upon the right of any entity to draw upon a letter of
> credit or surety bond securing an obligation under a lease; provided,
> however, nothing in this Order shall in any way affect the Debtors' or
> any other party's rights, if any, with respect to any funds drawn under a
> letter of credit pursuant to the terms of a lease or under the provisions
> of the Bankruptcy Code or applicable non-bankruptcy law.

4.      The insertion of the language in bold would make clear that landlords can assert

their rights, without further Court relief, with respect to any deposits associated with letters of

credit or surety bonds.

5.      It is 729 Landlord's understanding that the hearing on the Motion is being

adjourned to December 6, 2023. 729 Landlord is in the process of discussing a resolution of the

foregoing issue with the Debtors. However, out of an abundance of caution, 729 Landlord files

this Limited Objection and reserves all rights to supplement or amend this Limited Objection prior

to any hearing related to the Motion.

6.      729 Landlord also joins in all other objections filed by landlords and contract

counterparties that are consistent with the arguments herein.

729 Landlord respectfully requests that the Court sustain the limited objections herein and

grant such other and further relief as is appropriate under the circumstances.

Dated:  November 27, 2023                    Respectfully Submitted,

                                             /s/ *Courina Yulisa*
                                             Courina Yulisa
                                             Samuel S. Kohn (*pro hac vice* pending)
                                             DORSEY & WHITNEY LLP
                                             51 West 52nd Street
                                             New York, New York 10019-6119
                                             Telephone:  (212) 415-9200
                                             Facsimile:  (212) 953-7201
                                             E-mail:  kohn.sam@dorsey.com
                                                       yulisa.courina@dorsey.com

                                             -and-

                                             Monica Clark
                                             DORSEY & WHITNEY LLP
                                             50 South 6th Street, Suite 1500
                                             Minneapolis, MN 55402
                                             Telephone:  (612) 340-2600
                                             Facsimile:  (612) 340-2868
                                             E-mail:  clark.monica@dorsey.com

                                             *Attorneys for 729 Washington Property Owner LLC*