UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Dorsey & Whitney LLP**
Samuel S. Kohn (*pro hac vice* forthcoming)
Courina Yulisa
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Email: kohn.sam@dorsey.com
      yulisa.courina@dorsey.com

*Attorneys for 729 Washington Property Owner LLC*

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*<br><br>          Debtors. | Case No.    23-19865-JKS<br><br>Chapter    11<br><br>(Jointly Administered)<br><br>Judge    Hon. John K. Sherwood |

**CERTIFICATE OF SERVICE OF LIMITED OBJECTION, JOINDER AND
RESERVATION OF RIGHTS OF 729 WASHINGTON PROPERTY OWNER
LLC TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING
AND APPROVING PROCEDURES TO REJECT OR ASSUME EXECUTORY
CONTRACTS AND UNEXPIRED LEASES, AND (II) GRANTING RELATED RELIEF**

     I, Courina Yulisa, hereby certify that I caused a true and correct copy of the *Limited Objection of 729 Washington Property Owner LLC to the Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief* [Docket No. 251] in the above-captioned bankruptcy cases pursuant to Local Bankruptcy Rule 9010-1(b) through the Court's CM/ECF system enabling all counsel and persons who have entered an appearance and requested notices to be served a copy of documents filed of record.

Dated:  November 27, 2023

Respectfully Submitted,

/s/ *Courina Yulisa*_____
Courina Yulisa
Samuel S. Kohn (*pro hac vice* pending)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019-6119
Telephone:  (212) 415-9200
Facsimile:  (212) 953-7201
E-mail:  kohn.sam@dorsey.com
        yulisa.courina@dorsey.com

-and-

Monica Clark
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
E-mail:  clark.monica@dorsey.com

*Attorneys for 729 Washington Property Owner LLC*