| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Dorsey & Whitney LLP**<br>Samuel S. Kohn (*pro hac vice* forthcoming)<br>Courina Yulisa<br>51 West 52nd Street<br>New York, New York 10019-6119<br>Telephone: (212) 415-9200<br>Facsimile: (212) 953-7201<br>Email: kohn.sam@dorsey.com<br>         yulisa.courina@dorsey.com<br><br>*Attorneys for 729 Washington Property Owner LLC* | |
| In re:<br><br>WEWORK INC., *et al.*<br><br>              Debtors. | Case No.     23-19865-JKS<br><br>Chapter      11<br><br>(Jointly Administered)<br><br>Judge        Hon. John K. Sherwood |

# APPLICATION FOR
# *PRO HAC VICE* ADMISSION OF SAMUEL S. KOHN

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel (the "Movant") hereby seeks entry of an order granting the admission pro hac vice of Samuel S. Kohn of the law firm of Dorsey & Whitney LLP, to represent 729 Washington Property Owner LLC in the above-captioned chapter 11 cases. In support of this application, counsel submits the attached *Certification of Samuel S. Kohn, Esq. in Support of Application for Pro Hac Vice Admission* (the "Kohn Certification") and represents as follows:

   1.    I am an attorney with the law firm of Dorsey & Whitney LLP and counsel to 729 Washington Property Owner LLC. My office is located at 51 West 52nd Street, New York, NY

4879-0112-8849\1

10019. I am admitted to practice in the state of New Jersey and before the United States District Court of New Jersey, and I am familiar with the Local Rules of practice of this Court.

2. There are no disciplinary proceedings pending against me in any jurisdiction and no disciplinary proceeding has previously been imposed on me in any jurisdiction.

3. Samuel S. Kohn is a partner at Dorsey & Whitney LLP. Upon information and belief, Mr. Kohn is a member in good standing of the bar of the State of New York and various other bars as set forth in the Kohn Certification. No disciplinary proceedings are pending against, or have been imposed on, him in any jurisdiction.

4. I have appeared as counsel of record for 729 Washington Property Owner LLC in these chapter 11 cases and am the counsel upon whom all notices, orders, and pleadings shall be served.

*[remainder of the page intentionally left blank]*

WHEREFORE, Movant respectfully requests entry of the Order submitted herewith admitting Samuel S. Kohn *pro hac vice* to represent 729 Washington Property Owner LLC in the above-captioned chapter 11 cases and any related adversary proceedings.

Dated: November 27, 2023

Respectfully Submitted,

/s/ *Courina Yulisa*
Courina Yulisa
Samuel S. Kohn (*pro hac vice* pending)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: kohn.sam@dorsey.com
        yulisa.courina@dorsey.com

-and-

Monica Clark
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 340-2600
Facsimile: (612) 340-2868
E-mail: clark.monica@dorsey.com

*Attorneys for 729 Washington Property Owner LLC*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Dorsey & Whitney LLP**<br>Samuel S. Kohn (pro hac vice forthcoming)<br>Courina Yulisa<br>51 West 52nd Street<br>New York, New York 10019-6119<br>Telephone: (212) 415-9200<br>Facsimile: (212) 953-7201<br>Email: kohn.sam@dorsey.com<br>         yulisa.courina@dorsey.com<br><br>*Attorneys for 729 Washington Property Owner LLC* | |
| In re:<br><br>WEWORK INC., *et al.*<br><br>         Debtors. | Case No.    23-19865-JKS<br><br>Chapter    11<br><br>(Jointly Administered)<br><br>Judge    Hon. John K. Sherwood |

# CERTIFICATION OF SAMUEL S. KOHN, ESQ.
# IN SUPPORT OF APPLICATION FOR *PRO HAC VICE* ADMISSION

I, Samuel S. Kohn, Esq., hereby certify as follows:

1. I am an attorney with the law firm of Dorsey & Whitney LLP and counsel to 729 Washington Property Owner LLC. My office is located at 51 West 52nd Street, New York, NY 10019. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of New York in 2000. I am admitted to practice before the following courts:

   a. The Supreme Court of the United States

   b. The United States Court of Appeals for the Second Circuit

   c. The United States Court of Appeals for the Third Circuit

    d.  The United States Court of Appeals for the Eleventh Circuit

    e.  United States District Court for the Eastern District of New York

    f.  United States District Court for the Southern District of New York

3. I am a member in good standing of the bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 27, 2023                Respectfully Submitted,

                                                          /s/ *Samuel S. Kohn*
                                                           Samuel S. Kohn (*pro hac vice* pending)
                                                           DORSEY & WHITNEY LLP
                                                           51 West 52nd Street
                                                           New York, New York 10019-6119
                                                           Telephone: (212) 415-9200
                                                           Facsimile: (212) 953-7201
                                                           E-mail: kohn.sam@dorsey.com

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Dorsey & Whitney LLP**<br>Samuel S. Kohn (*pro hac vice* forthcoming)<br>Courina Yulisa<br>51 West 52nd Street<br>New York, New York 10019-6119<br>Telephone: (212) 415-9200<br>Facsimile: (212) 953-7201<br>Email: kohn.sam@dorsey.com<br>          yulisa.courina@dorsey.com<br><br>*Attorneys for 729 Washington Property Owner LLC* | |
| In re:<br><br>WEWORK INC., *et al.*<br><br>                    Debtors. | Case No.    23-19865-JKS<br><br>Chapter    11<br><br>(Jointly Administered)<br><br>Judge    Hon. John K. Sherwood |

## **ORDER FOR GRANTING ADMISSION PRO HAC VICE**

The relief set forth on the following page is **ORDERED**.

6

This matter having been brought before the Court on application for an Order For Admission Pro Hac Vice; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed. R. Civ. Proc. 78, D.N.J. L. Civ. R. 101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that Samuel S. Kohn be permitted to appear *pro hac vice*; provided that pursuant To D.N.J. L. Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders, and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, N.J. 07102
*Attention: Pro Hac Vice Admissions*

and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.