| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RIVKIN RADLER LLP**<br>25 Main Street<br>Court Plaza North, Suite 501<br>Hackensack, NJ  07601-7082<br>Tel:  201-287-2460<br>Fax:  201-489-0495<br>Ana Parikh, Esq.<br><br>*Counsel for 490 Lower Unit LP a/k/a 490 Lower Level Unit LP* | |
| In Re:<br><br>WEWORK INC., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No.: 23-19865 (JKS)<br><br>Judge:   John K. Sherwood<br><br>Hearing Date:  11/28/23, 10:00 AM |

## NOTICE OF WITHDRAWAL OF JOINDER OF 490 LOWER UNIT LP A/K/A 490 LOWER LEVEL UNIT LP TO OBJECTION OF KATO INTERNATIONAL LLC

490 Lower Unit LP a/k/a 490 Lower Level Unit LP ("490 Lower"), by and through its undersigned counsel, hereby withdraws its Joinder (the "Joinder") to the Objection Of Kato International LLC To Debtors' Motion For Entry Of An Order (I) Authorizing And Approving Procedures To Reject Or Assume Executory Contracts And Unexpired Leases, And (II) Granting Related Relief (ECF no. 228).

Dated: Hackensack, New Jersey
November 27, 2023

          RIVKIN RADLER LLP
          Attorneys for 490 Lower Unit LP a/k/a 490 Lower Level Unit LP

By: */s/ Ana Parikh*
      ANA PARIKH, ESQ.
      25 Main Street
      Court Plaza North – Suite 501
      Hackensack, New Jersey  07601-7082
      Telephone:  (201) 287-2465

4893-6529-3715, v. 1