UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Dorsey & Whitney LLP**
Samuel S. Kohn (*pro hac vice* forthcoming)
Courina Yulisa
51 West 52nd Street
New York, New York 10019-6119
Telephone: (212) 415-9200
Facsimile: (212) 953-7201
Email: kohn.sam@dorsey.com
       yulisa.courina@dorsey.com

*Attorneys for 729 Washington Property Owner LLC*

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*<br><br>           Debtors. | Case No.   23-19865-JKS<br><br>Chapter    11<br><br>(Jointly Administered)<br><br>Judge      Hon. John K. Sherwood |

**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION, JOINDER AND
RESERVATION OF RIGHTS OF 729 WASHINGTON PROPERTY OWNER
LLC TO DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING
AND APPROVING PROCEDURES TO REJECT OR ASSUME EXECUTORY
CONTRACTS AND UNEXPIRED LEASES, AND (II) GRANTING RELATED RELIEF**

729 Washington Property Owner LLC, by and through its undersigned counsel, hereby withdraws the *Limited Objection, Joinder and Reservation of Rights of 729 Washington Property Owner LLC to the Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief* [Docket No. 251] in the above-captioned bankruptcy cases.

Dated:  November 27, 2023

Respectfully Submitted,

/s/ *Courina Yulisa*
Courina Yulisa
Samuel S. Kohn (*pro hac vice* pending)
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, New York 10019-6119
Telephone:  (212) 415-9200
Facsimile:  (212) 953-7201
E-mail:  kohn.sam@dorsey.com
         yulisa.courina@dorsey.com

-and-

Monica Clark
DORSEY & WHITNEY LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402
Telephone:  (612) 340-2600
Facsimile:  (612) 340-2868
E-mail:  clark.monica@dorsey.com

*Attorneys for 729 Washington Property Owner LLC*