| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br>**SILLS CUMMIS & GROSS P.C.**<br>Andrew Sherman, Esq.<br>Boris Mankovetskiy, Esq.<br>Gregory Kopacz, Esq.<br>One Riverfront Plaza<br>Newark, New Jersey 07102<br>Telephone:    (973) 643-7000<br>Email:    asherman@sillscummis.com<br>            bmankovetskiy@sillscummis.com<br>            gkopacz@sillscummis.com<br><br>**MUNSCH HARDT KOPF & HARR, P.C.**<br>Kevin M. Lippman, Esq. (*Pro Hac Vice* Pending)<br>500 N. Akard Street, Suite 4000<br>Dallas, Texas 75201-6605<br>Telephone:    (214) 855-7553<br>Email:    klippman@munsch.com<br><br>*Counsel to CIO Bloc 23, LLC, CIO Bloc 83, LLC, CIO Terraces, LLC* | |
| In re:<br><br>WEWORK, INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 235** |

**NOTICE OF WITHDRAWAL OF
CIO LANDLORDS' RESERVATION OF RIGHTS REGARDING THE DEBTORS'
MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING AND APPROVING
PROCEDURES TO REJECT OR ASSUME EXECUTORY CONTRACTS
AND UNEXPIRED LEASES, AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that the *CIO Landlords' Reservation of Rights Regarding the*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is: WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

1

10204130

*Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief* [Docket No. 235] is hereby withdrawn without prejudice.

Dated November 27, 2023

    */s/ Boris Mankovetskiy, Esq.*
**SILLS CUMMIS & GROSS P.C.**
Andrew Sherman, Esq.
Boris Mankovetskiy, Esq.
Gregory Kopacz, Esq.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 643-7000
Email:    asherman@sillscummis.com
    bmankovetskiy@sillscummis.com
    gkopacz@sillscummis.com

**MUNSCH HARDT KOPF & HARR, P.C.**
Kevin M. Lippman, Esq. (*Pro Hac Vice* Pending)
500 N. Akard Street, Suite 4000
Dallas, Texas 75201-6605
Telephone:    (214) 855-7553
Email:    klippman@munsch.com

*Counsel for CIO Bloc 23, LLC, CIO Bloc 83, LLC and CIO Terraces, LLC*