| | |
|---|---|
| **KIRKLAND & ELLIS LLP** | **COLE SCHOTZ P.C.** |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | Michael D. Sirota, Esq. |
| Edward O. Sassower, P.C. | Warren A. Usatine, Esq. |
| Joshua A. Sussberg, P.C. (admitted *pro hac vice*) | Felice R. Yudkin, Esq. |
| Steven N. Serajeddini, P.C. (admitted *pro hac vice*) | Ryan T. Jareck, Esq. |
| Ciara Foster (admitted *pro hac vice*) | Court Plaza North, 25 Main Street |
| 601 Lexington Avenue | Hackensack, New Jersey 07601 |
| New York, New York 10022 | Telephone: (201) 489-3000 |
| Telephone: (212) 446-4800 | msirota@coleschotz.com |
| Facsimile: (212) 446-4900 | wusatine@coleschotz.com |
| edward.sassower@kirkland.com | fyudkin@coleschotz.com |
| joshua.sussberg@kirkland.com | rjareck@coleschotz.com |
| steven.serajeddini@kirkland.com | |
| ciara.foster@kirkland.com | |
| | |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |

# NOTICE OF CANCELLATION OF HEARING
# ON NOVEMBER 28, 2023, AT 10:00 A.M. (EASTERN TIME)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**I. ORDERS SUBMITTED IN ADVANCE OF PRIOR SCHEDULED HEARING BUT NOT YET ENTERED**

1. Debtors' Omnibus Motion Seeking Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) the Abandonment of Certain Personal Property, If Any, Each Effective as of the Rejection Date; and (II) Granting Related Relief [Docket No. 14]

   A. Related Documents

   - Limited Objection and Reservation of Rights of Walber 419 Company LLC, 419 Park Avenue South Associates LLC, Walsam 130 Mad LLC, and 36 LLC to Debtors' Motion for Entry of an Order (I) Authorizing (A) Rejection of Certain Unexpired Leases and (B) Abandonment of Any Personal Property, Effective as of the Rejection Date and (II) Granting Related Relief [Docket No. 223]; **withdrawn** at Docket No. 238.

   - Certificate of No Objection [Docket No. 249]

   **Status:** **An order resolving all formal and informal objections has been submitted to the Court.**

2. Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief [Docket No. 12]

   A. Related Documents

   - Objection of Kato International LLC to Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief [Docket No. 224]; **withdrawn** at Docket No. 248.

   - Joinder of 490 Lower Unit LP A/K/A 490 Lower Level Unit LP, to Objection of Kato International LLC [Docket No. 228]; **withdrawn** at Docket No. 254.

   - Limited Objection, Joinder and Reservation of Rights of East Kennedy Owner, LLC to Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief [Docket No. 233]; **withdrawn** at Docket No. 250.

   - CIO Landlords' Reservation of Rights Regarding the Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief [Docket No. 235]; **withdrawn** at Docket No. 258.

- Reservation of Rights of Landlords Affiliated with Beacon Capital Partners, LLC, Boston Properties, Inc., Columbia Property Trust, Manulife Investment Management (John Hancock Life Insurance Company), and WS Development, to Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief [Docket No. 236]

- Limited Objection by Park Place Associates to Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief, Joinder by Park Place Associates to All Landlord Objections, and Reservation of Rights [Docket No. 237]

- Limited Objection, Joinder and Reservation of Rights of 729 Washington Property Owner LLC to Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases, and (II) Granting Related Relief [Docket No. 251]; **withdrawn** at Docket No. 255.

- Certificate of No Objection [Docket No. 259]

**Status**:   **An order resolving all formal and informal objections has been submitted to the Court.**

Dated: November 27, 2023

/s/ Michael D. Sirota
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 489-3000
Email:    msirota@coleschotz.com
              wusatine@coleschotz.com
              fyudkin@coleschotz.com
              rjareck@coleschotz.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900
Email:    edward.sassower@kirkland.com
              joshua.sussberg@kirkland.com
              steven.serajeddini@kirkland.com
              ciara.foster@kirkland.com

*Proposed Co-Counsel for Debtors and
Debtors in Possession*