Barbra R. Parlin, Esq.
Holland & Knight LLP
31 West 52nd Street
New York, NY  10019
Phone: (212) 513-3200
Fax: (212) 385-9010
Email: barbra.parlin@hklaw.com

*Attorneys for 1701 Rhode Island, Inc.*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

| | |
|---|---|
| In Re: | |
| WeWork, Inc., *et al*., | Chapter 11<br>Case No. 23-19865-JKS |
| | (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS**

PLEASE TAKE NOTICE that 1701 Rhode Island, Inc. ("1701 Rhode Island"), by and through its attorneys, Holland & Knight LLP, hereby enters its appearance in the above captioned case and requests under F.R.B.P 9010 (b) and F.R.B.P. 2002(g) that all notices be served upon 1701 Rhode Island at the addresses indicated below:

> Barbra R. Parlin, Esq.
> Holland & Knight LLP
> 31 West 52nd Street
> New York, NY  10019
> Phone: (212) 513-3200
> Fax:    (212) 385-9010
> Email: barbra.parlin@hklaw.com

and

Jose A. Casal, Esq.
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Phone: 305.789.7713
Email: jose.casal@hklaw.com

PLEASE TAKE FURTHER NOTICE THAT 1701 Rhode Island requests under F.R.B.P. 2002(i) that it receive at the above addresses copies of everything filed in these cases, including without limitation motions, applications, petitions, orders, reports, disclosure statements, and all notices under F.R.B.P. 2002(a), F.R.B.P. 2002(b), and F.R.B.P. 2002(f).

Dated: November 28, 2023

HOLLAND & KNIGHT LLP

By: /s/ Barbra R. Parlin
Barbra R. Parlin, Esq.
31 West 52nd Street
New York, New York 10019
Tel.: 212-513-3210
Fax: 212-385-9010
barbra.parlin@hklaw.com

*Attorneys for 1701 Rhode Island, Inc.*