Dennis D. Miller (California SBN 138669)
LUBIN OLSON & NIEWIADOMSKI LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone:     (415) 981-0550
Facsimile:     (415) 981-4343
dmiller@lubinolson.com

Attorneys for creditor
2420 17TH Street LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re | Case No. 23-19865 (JKS) |
| WEWORK INC., et al., | Chapter 11 |
| Debtors.[1] | (Joint Administration Requested) |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned hereby appears in this case on behalf of 2420 17th Street LLC (the "Creditor"), in accordance with Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests that all notices given or required to be given in this case and all papers served in this case (including, but not limited to, all papers filed and served in all adversary proceedings, contested matters, and other proceedings in this case, and all notices mailed only to parties in interest who filed with the Court a request that all notices be mailed to them) be given to and served on the undersigned counsel as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

01795.04503/1329546

>Dennis D. Miller, Esq.
>LUBIN OLSON & NIEWIADOMSKI LLP
>600 Montgomery Street, 14th Floor
>San Francisco, California 94111
>Telephone:  (415) 981-0550
>Facsimile:  (415) 981-4343
>Email:  dmiller@lubinolson.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statement of affairs, operating report, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the debtor, property of the debtor, or property of the estate.

PLEASE TAKE FURTHER NOTICE that request is also made that the attorneys identified herein be added to the official service list for notice of all contested matters, adversary proceedings, and other proceedings in this case.

PLEASE TAKE FURTHER NOTICE that this entry of appearance shall not be deemed or construed to be a waiver of rights of Creditor (i) to have final orders in noncore matters entered only after de-novo review by a district judge; (ii) to trial by jury in any proceeding so triable in this case, or in any case, controversy, or proceeding related to this case; (iii) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to assert or exercise any other rights, claims, actions, defenses, setoffs, or recoupments to which Creditor is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

| | |
|---|---|
| Dated:  November 28, 2023 |    */s/ Dennis D. Miller* |

Dennis D. Miller, Esq. (California SBN 138669
LUBIN OLSON & NIEWIADOMSKI LLP
600 Montgomery Street, 14th Floor
San Francisco, CA  94111
Telephone:  (415) 981-0550
Facsimile:  (415) 981-4343
Email:  dmiller@lubinolson.com

*Counsel for 2420 17th Street LLC*

## **CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is The Transamerica Pyramid, 600 Montgomery Street, 14th Floor, San Francisco, CA 94111.

On November 28, 2023, I served true copies of the following document(s) described as

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

on the interested parties in this action as follows:

| | |
|---|---|
| WeWork Inc.<br>12 East 49th Street<br>3rd Floor<br>New York, NY 10017<br><br>*Debtor* | Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C.<br>Steven N. Serajeddini, P.C.<br>Ciara Foster, Esq.<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Email: Esassower@Kirkland.com<br>           Jsussberg@Kirkland.com<br>           Sserajeddini@Kirkland.com<br>           Cfoster@Kirkland.com<br><br>*Proposed Co-Counsel for Debtors and Debtors in Possession* |
| Michael D. Sirota<br>Warren A. Usatine<br>Felice R. Yudkin<br>Ryan T. Jareck<br>**COLE SCHOTZ P.C.**<br>25 Main St.<br>Hackensack, NJ 07601<br>(201) 489-3000<br>Email: msirota@coleschotz.com<br>           wusatine@coleschotz.com<br>           fyudkin@coleschotz.com<br>           rjareck@coleschotz.com<br><br>*Proposed Co-Counsel for Debtors and Debtors in Possession* | EPIQ Corporate Restructuring, LLC<br>Website: https://dm.epiq11.com/wework<br><br>*Claims Agent* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 28, 2023, at San Francisco, California.

*/s/ Catherine Montoya*
Catherine Montoya