| | |
|---|---|
| **McMANIMON, SCOTLAND & BAUMANN, LLC** <br> 75 Livingston Avenue, Suite 201 <br> Roseland, New Jersey 07068 <br> (973) 622-1800 <br> Anthony Sodono, III <br> Email: asodono@msbnj.com <br> Michele M. Dudas <br> Email: mdudas@msbnj.com <br><br> *Proposed Local Counsel to WeWork Inc., as Debtor and Debtor-in-Possession, at Sole Direction of the Special Committee of Independent Directors* | **MUNGER, TOLLES & OLSON LLP** <br> 350 South Grand Avenue, 50th Floor <br> Los Angeles, California 90071-3426 <br> Telephone: (213) 683-9100 <br> Thomas B. Walper (*pro hac vice* pending) <br> Email: Thomas.Walper@mto.com <br> Seth Goldman (*pro hac vice* pending) <br> Email: Seth.Goldman@mto.com <br> Bradley R. Schneider (*pro hac vice* pending) <br> Email: Bradley.Schneider@mto.com <br><br> -and- <br><br> 560 Mission Street, 27th Floor <br> San Francisco, California 94105 <br> Telephone: (415) 512-4000 <br> Achyut J. Phadke (*pro hac vice* pending) <br> Email: Achyut.Phadke@mto.com <br><br> *Proposed Counsel to WeWork Inc., as Debtor and Debtor-in-Possession, at Sole Direction of the Special Committee of Independent Directors* |
| In re: <br><br> WEWORK INC., *et al.*, <br><br>              Debtors.[1] | Case No. 23-19865 (JKS) <br><br> Jointly Administered <br><br> Chapter 11 |

## CERTIFICATION OF THOMAS B. WALPER, ESQ.

I, Thomas B. Walper, Esq., hereby certify as follows:

1.     I am an attorney with the law firm of Munger, Tolles & Olson LLP, proposed counsel to WeWork Inc., as debtor and debtor-in-possession, at the sole direction of the Special Committee of Independent Directors. My office is located at 350 South Grand Avenue, 50th Floor,

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork, Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 100017, and the Debtors' service address in these Chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd., Beaverton, OR 97005.

4893-5428-3154, v. 1

Los Angeles, California 90071.   I make this Certification in support of my Application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I am admitted to practice law in the State of California.  I am admitted to practice before the following Courts:

- Ninth Circuit Court of Appeals;

- United States District Court for the Northern District of California;

- United States District Court for the Central District of California;

- United States District Court for the Southern District of California; and

- United States District Court for the Eastern District of California.

3. I am a member in good standing of the Bar of the jurisdiction in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. No discipline has previously been imposed on me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules for the District of New Jersey and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this Court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

4893-5428-3154, v. 1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 28, 2023                 /s/ Thomas B. Walper
                                         Thomas B. Walper

                                         Email: Thomas.Walper@mto.com

                                         *Proposed Counsel to WeWork Inc., as Debtor and Debtor-in-Possession, at Sole Direction of the Special Committee of Independent Directors*