| | |
|---|---|
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III<br>Email: asodono@msbnj.com<br>Michele M. Dudas<br>Email: mdudas@msbnj.com<br><br>*Proposed Local Counsel to WeWork Inc., as Debtor and Debtor-in-Possession, at Sole Direction of the Special Committee of Independent Directors* | **MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Thomas B. Walper (*pro hac vice* pending)<br>Email: Thomas.Walper@mto.com<br>Seth Goldman (*pro hac vice* pending)<br>Email: Seth.Goldman@mto.com<br>Bradley R. Schneider (*pro hac vice* pending)<br>Email: Bradley.Schneider@mto.com<br><br>-and-<br><br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br>Achyut J. Phadke (*pro hac vice* pending)<br>Email:  Achyut.Phadke@mto.com<br><br>*Proposed Counsel to WeWork Inc., as Debtor and Debtor-in-Possession, at Sole Direction of the Special Committee of Independent Directors* |
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Case No. 23-19865 (JKS)<br><br>Jointly Administered<br><br>Chapter 11 |

## APPLICATION FOR AN ORDER FOR
## <u>ADMISSION *PRO HAC VICE* OF SETH GOLDMAN, ESQ.</u>

Anthony Sodono, III, Esq., a member of the bar of this Court, hereby moves for entry of an Order granting the admission *pro hac vice* of Seth Goldman, Esq., of the law firm of Munger, Tolles & Olson LLP, to practice before this Court in connection with the above-captioned case.

1. This application (the "Application") is submitted pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork, Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 100017, and the Debtors' service address in these Chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd., Beaverton, OR 97005.

Local Rules of the United States Bankruptcy Court, District of New Jersey (collectively, the "Local Rules"), to represent WeWork Inc., as debtor and debtor-in-possession, at the sole direction of the Special Committee of Independent Directors. In support of this Application, counsel submits the attached Certification of Seth Goldman, Esq., and requests that the proposed form of Order submitted herewith be entered.

The undersigned hereby represents as follows:

2. I am an attorney at law of the State of New Jersey, admitted to practice in the United States District Court for the District of New Jersey.

3. I submit this Application, pursuant to Civil Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey and Rule 9010-1 of the New Jersey Local Rules of Bankruptcy Procedure, in support of the entry of an Order Approving Admission, *pro hac vice*, of Seth Goldman, Esq. to this Court.

4. Mr. Goldman is an attorney at law of the State of California, and a partner with the law firm of Munger, Tolles & Olson LLP, with an address of 350 South Grand Avenue, 50th Floor, Los Angeles, California 90071.

5. Attached is the Certification of Mr. Goldman in which he certifies that he is and has been a member in good standing of the bar of the State of California. Additionally, Mr. Goldman certifies that he is, and has remained, a member in good standing of said bar at all times, that no disciplinary proceedings are pending against him in any jurisdiction and no discipline has previously been imposed on him in any jurisdiction.

6. Mr. Goldman is familiar with the circumstances surrounding the above-captioned proceedings and applicable law, and his presence will serve the best interests of WeWork Inc., as debtor and debtor-in-possession, at the sole direction of the Special Committee of Independent Directors.

7. Mr. Goldman is not licensed in the State of New Jersey. He wishes to appear in the above-captioned cases and respectfully requests this Court to admit him *pro hac vice*.

8. If Mr. Goldman is permitted to participate in this action, he understands that he will be subject to the disciplinary jurisdiction of this Court.

**WHEREFORE,** Applicant respectfully requests entry of the Order submitted herewith approving the admission, *pro hac vice*, of Seth Goldman, Esq. to represent WeWork Inc., as debtor and debtor-in-possession, at the sole direction of the Special Committee of Independent Directors, in connection with the above-captioned cases.

Dated: November 28, 2023

/s/ Anthony Sodono, III
Anthony Sodono, III

## CERTIFICATION OF SERVICE

I, Anthony Sodono, III, hereby certify that on this 28th day of November, 2023, I caused the foregoing Application and supporting documents to be served by this Court's CM/ECF System.

/s/ Anthony Sodono, III
Anthony Sodono, III
