| | |
|---|---|
| **McMANIMON, SCOTLAND & BAUMANN, LLC**<br>75 Livingston Avenue, Suite 201<br>Roseland, New Jersey 07068<br>(973) 622-1800<br>Anthony Sodono, III<br>Email: asodono@msbnj.com<br>Michele M. Dudas<br>Email: mdudas@msbnj.com<br><br>*Proposed Local Counsel to WeWork Inc., as Debtor and Debtor-in-Possession, at Sole Direction of the Special Committee of Independent Directors* | **MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Thomas B. Walper (*pro hac vice* pending)<br>Email: Thomas.Walper@mto.com<br>Seth Goldman (*pro hac vice* pending)<br>Email: Seth.Goldman@mto.com<br>Bradley R. Schneider (*pro hac vice* pending)<br>Email: Bradley.Schneider@mto.com<br><br>-and-<br><br>560 Mission Street, 27th Floor<br>San Francisco, California 94105<br>Telephone: (415) 512-4000<br>Achyut J. Phadke (*pro hac vice* pending)<br>Email: Achyut.Phadke@mto.com<br><br>*Proposed Counsel to WeWork Inc., as Debtor and Debtor-in-Possession, at Sole Direction of the Special Committee of Independent Directors* |
| In re:<br><br>WEWORK INC., *et al.*,<br><br>          Debtors.[1] | Case No. 23-19865 (JKS)<br><br>Jointly Administered<br><br>Chapter 11 |

## ORDER FOR ADMISSION *PRO HAC VICE*

The relief set forth on the following page is **ORDERED**.

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork, Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 100017, and the Debtors' service address in these Chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd., Beaverton, OR 97005.

This matter having been brought before the Court on application for an Order for Admission *Pro Hac Vice*; and the Court having reviewed the moving papers of the applicant, out-of-state attorney, and considered this matter pursuant to Fed.R.Civ.Proc.78, D.N.J. L.Civ.R.101.1 and D.N.J. LBR 9010-1, and good cause having been shown; it is

**ORDERED** that Achyut J. Phadke, Esq. be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L.Civ. R. 101.1(c)(4), an appearance as counsel of record shall be filed promptly by a member of the bar of this Court upon whom all notices, orders and pleadings may be served, and who shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may sign and file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders. Unless otherwise permitted by the Court, local counsel must attend all hearings and proceedings before the Court, and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101(c)(3) for *pro hac vice* admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC" and forwarded to the Clerk of the United States District Court for the District of New Jersey at the following address:

> United States District Court
> District of New Jersey
> Martin Luther King, Jr. Federal Building
> 50 Walnut Street
> Newark, N.J. 07102
> *Attention: Pro Hac Vice Admissions*

and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey; and it is further

**ORDERED** that the Clerk shall forward a copy of this Order to the Treasurer of New Jersey Lawyers' Fund for Client Protection within 5 days of its date of entry.

*rev. 11/14/2023*

4860-4917-1602, v. 1