| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Peter J. D'Auria, Esq.<br>Fran B. Steele, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Peter.J.D'Auria@usdoj.gov<br>Email: Fran.B.Steele@usdoj.gov | Case No.:    23-19865(JKS)<br>(Jointly Administered)<br><br>Chapter 11 |
| In Re:<br><br>WeWork Inc., *et al.*,<br><br>Debtor. | Hearing Date:    December 6, 2023 at 11:00 a.m.<br><br>Judge:    Honorable John K. Sherwood |

## CERTIFICATION OF SERVICE

1. I, <u>Adela Alfaro</u>:

    ☐ represent _____ in this matter.

    ☒ am the paralegal for <u>Peter J. D'Auria, Esq.</u>, who represents <u>Andrew R. Vara, United States Trustee for Region 3</u> in this matter.

2. On <u>November 29, 2023</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    (i) *Objection to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (C) Redact or Withhold Certain Confidential Information of Customers, and (D) Redact Certain Personally Identifiable Information; (II) Waiving the Requirement to File a List of Equity Holders and Provide Notices Directly to Equity Security Holders; and (III) Granting Related Relief.*

    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: <u>November 29, 2023</u>　　　　　　　　　　　*/s/ Adela Alfaro*
　　　　　　　　　　　　　　　　　　　　　　　　　　Adela Alfaro
　　　　　　　　　　　　　　　　　　　　　　　　　　Paralegal

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|

    To be served upon the Master Service List as listed on Docket No. 220 via regular Mail or via electronic mail.