| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** <br> Caption in Compliance with D. N.J. LBR 9004-2(c) <br><br> **GOODWIN PROCTER LLP** <br> Meredith Mitnick, Esq. (NJ Bar No. 337002020) <br> Kizzy Jarashow, Esq. (*pro hac vice* pending) <br> Stacy Dasaro, Esq. (*pro hac vice* pending) <br> The New York Times Building <br> 620 Eighth Avenue <br> New York, NY 10018 <br> 212-813-8800 <br> mmitnick@goodwinlaw.com <br> kjarashow@goodwinlaw.com <br> sdasaro@goodwinlaw.com <br><br> *Counsel to 1201 Tab Owner, LLC; OBS Reit LLC; MCP Hub I Property, LLC; and MCP Common Desk TRS, LLC* | Case No. 23-19865 (JKS) <br><br> Chapter 11 <br><br> (Jointly Administered) |
| *In re WeWork Inc., et al.*, <br><br>             Debtor. | |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

**PLEASE TAKE NOTICE** that the undersigned appear in the above-captioned cases on behalf of *1201 Tab Owner, LLC; OBS Reit LLC; MCP Hub I Property, LLC; and MCP Common Desk TRS, LLC*. Pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and Section 1109(b) of the Bankruptcy Code, 1201 Tab Owner, LLC; OBS Reit LLC; MCP Hub I Property, LLC; and MCP Common Desk TRS, LLC request that all notices given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following addresses and further request to be added to any Master Service List maintained in these cases:

> Meredith Mitnick, Esq.
> Kizzy L. Jarashow, Esq.
> Stacy Dasaro, Esq.
> GOODWIN PROCTER LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, NY 10018
> Tel: 212-813-8800
> Fax: 212-355-3333
> Email: mmitnick@goodwinlaw.com
> kjarashow@goodwinlaw.com
> sdasaro@goodwinlaw.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive

1201 Tab Owner, LLC; OBS Reit LLC; MCP Hub I Property, LLC; and MCP Common Desk TRS, LLC (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlords are may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby reserved.

Date: November 29, 2023

/s/ Meredith L. Mitnick
Meredith L. Mitnick, Esq. (NJ Bar No. 337002020)
Kizzy L. Jarashow, Esq.
Stacy Dasaro, Esq.
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (917) 229-7571
Fax: (917) 591-0615
Email: mmitnick@goodwinlaw.com
kjarashow@goodwinlaw.com
sdasaro@goodwinlaw.com

*Counsel to 1201 Tab Owner, LLC; OBS Reit LLC; MCP Hub I Property, LLC; and MCP Common Desk TRS, LLC*