| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D. N.J. LBR 9004-2(c)<br><br>**GOODWIN PROCTER LLP**<br>Meredith Mitnick, Esq. (NJ Bar No. 337002020)<br>Kizzy Jarashow, Esq. (*pro hac vice* pending)<br>Stacy Dasaro, Esq. (*pro hac vice* pending)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>212-813-8800<br>mmitnick@goodwinlaw.com<br>kjarashow@goodwinlaw.com<br>sdasaro@goodwinlaw.com<br><br>*Counsel to 1201 Tab Owner, LLC; OBS Reit LLC; MCP Hub I Property, LLC; and MCP Common Desk TRS, LLC* | |
| *In re WeWork Inc., et al.*,<br><br>                 Debtor. | Case No. 23-19865 (JKS)<br><br>Chapter 11<br><br>(Jointly Administered) |

**APPLICATION FOR AN ORDER FOR ADMISSION**
***PRO HAC VICE* OF STACY DASARO, ESQ.**

Pursuant to Rule 101.1 of the Local Civil Rules for the United States District Court for the District of New Jersey and Rule 9010-1 of the Local Rules of the United States Bankruptcy Court, District of New Jersey, the undersigned counsel hereby seeks entry of an order granting the admission *pro hac vice* of Stacy Dasaro, Esq. of the law firm of Goodwin Procter LLP, to represent 1201 Tab Owner, LLC; OBS Reit LLC; MCP Hub I Property, LLC; and MCP Common Desk TRS, LLC in the above-captioned chapter 11 case. In support of this application, counsel submits the attached Certification of Stacy Dasaro, Esq. annexed hereto as **Exhibit A**, and requests that the proposed form of order submitted herewith be entered. Counsel certifies that she is admitted, practicing, and a member in good standing with the Bar of the State of New York.

WHEREFORE, it is respectfully requested that the Court grant the Creditor's Application pursuant to D.N.J. LBR 9010-1 and L. Civ. R. 101.1(c), to admit counsel *pro hac vice* in the above captioned matter.

Date: November 29, 2023

/s/ Meredith L. Mitnick
Meredith L. Mitnick, Esq. (NJ Bar No. 337002020)
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (917) 229-7571
Fax: (917) 591-0615
Email: mmitnick@goodwinlaw.com

*Counsel to 1201 Tab Owner, LLC; OBS Reit LLC; MCP Hub I Property, LLC; and MCP Common Desk TRS, LLC*