| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D. N.J. LBR 9004-2(c)<br><br>**GOODWIN PROCTER LLP**<br>Meredith Mitnick, Esq. (NJ Bar No. 337002020)<br>Kizzy Jarashow, Esq. (*pro hac vice* pending)<br>Stacy Dasaro, Esq. (*pro hac vice* pending)<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>212-813-8800<br>mmitnick@goodwinlaw.com<br>kjarashow@goodwinlaw.com<br>sdasaro@goodwinlaw.com<br><br>*Counsel to 1201 Tab Owner, LLC; OBS Reit LLC; MCP Hub I Property, LLC; and MCP Common Desk TRS, LLC*<br><br>*In re WeWork Inc., et al.*,<br><br>              Debtor. | Case No. 23-19865 (JKS)<br><br>Chapter 11<br><br>(Jointly Administered) |

### CERTIFICATION OF STACY DASARO, ESQ. IN SUPPORT OF <u>APPLICATION FOR *PRO HAC VICE* ADMISSION</u>

I , Stacy Dasaro, hereby certify as follows:

1. I am a Partner with the law firm of Goodwin Procter LLP, proposed counsel to 1201 Tab Owner, LLC; OBS Reit LLC; MCP Hub I Property, LLC; and MCP Common Desk TRS, LLC. My office is located at The New York Times Building, 620 Eighth Avenue, New York, New York 10018. I make this Certification in support of my application to appear in this case *pro hac vice* pursuant to Local Bankruptcy Rule 9010-1.

2. I was admitted to practice law in the State of New York in 2014. I am admitted to practice before the United States District Court for the Southern District of New York and the United States Court of Appeals for the Second Circuit.

3. I am a member in good standing of the Bar in each of the jurisdictions in which I am admitted to practice.

4. No disciplinary proceedings are pending against me in any jurisdiction. I have never been suspended or disbarred from the practice of law.

5. I have obtained a copy of the Local Bankruptcy Rules and am generally familiar with such Rules. I will comply with all court and ethical rules governing the practice of law before this court.

6. I further agree to pay all fees to the Clerk of the United States District Court for the District of New Jersey and the Lawyer's Fund for Client Protection as provided in Rule 101.1 of the Local Rules of the United States District Court for the District of New Jersey.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: November 29, 2023

/s/ Stacy Dasaro
Stacy Dasaro
GOODWIN PROCTER LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Telephone: (212) 459-7194
Fax: (212) 954-5338
Email: sdasaro@goodwinlaw.com