| | |
|---|---|
| **PAUL HASTINGS LLP** | **RIKER DANZIG LLP** |
| Kristopher M. Hansen, Esq. (*pro hac vice* pending) | Joseph L. Schwartz, Esq. |
| Frank A. Merola, Esq. (*pro hac vice* pending) | Tara J. Schellhorn, Esq. |
| Sayan Bhattacharyya, Esq. (*pro hac vice* pending) | Daniel A. Bloom, Esq. |
| Gabriel E. Sasson, Esq. | Gregory S. Toma, Esq. |
| 200 Park Avenue | Headquarters Plaza, One Speedwell Avenue |
| New York, New York 10166 | Morristown, New Jersey 07962-1981 |
| Telephone: (212) 318-6000 | Telephone: (973) 538-0800 |
| Facsimile: (212) 319-4090 | Facsimile: (973) 538-1984 |
| krishansen@paulhastings.com | jschwartz@riker.com |
| frankmerola@paulhastings.com | tschellhorn@riker.com |
| sayanbhattacharyya@paulhastings.com | dbloom@riker.com |
| gabesasson@paulhastings.com | gtoma@riker.com |
| *Proposed Co-Counsel to the Official Committee of Unsecured Creditors* | *Proposed Co-Counsel to the Official Committee of Unsecured Creditors* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>Hon. John K. Sherwood |

## CERTIFICATION OF SERVICE

1.  I, Silva Dechoyan:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Joseph L. Schwartz, Esq., a partner at Riker Danzig LLP, which is proposed co-counsel to the Official Committee of Unsecured Creditors in the above-captioned cases.

☐ am the _____ in the above case and am representing myself.

2.  On  November 22, 2023, the documents referenced below were sent via electronic notice to all parties who have requested electronic notification of filings in the above-captioned cases via the Bankruptcy Court CM/ECF system:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

(i)      Application for Pro Hac Vice Admission of Kristopher M. Hansen, along with related pleadings [Docket No. 240];

(ii)      Application for Pro Hac Vice Admission of Frank A. Merola, along with related pleadings [Docket No. 241]; and

(iii)      Application for Pro Hac Vice Admission of Sayan Battacharyya, along with related pleadings [Docket No. 242].

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated above.

Dated: November 29, 2023                            /s/ *Silva Dechoyan*
                                                                                Silva Dechoyan

4877-8614-4914, v. 2