**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |
| | **Ref. Docket Nos. 259 & 260** |

## CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

   a. "Certificate of No Objection with Respect to the Debtors' Motion for Entry of an Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief," dated November 27, 2023 [Docket No. 259], (the "Certificate"), and

   b. "Notice of Cancellation of Hearing on November 28, 2023, at 10:00 a.m. (Eastern Time)," dated November 27, 2023 [Docket No. 260], (the "Notice"),

   by causing true and correct copies of the:

   i. Certificate, to be delivered via electronic mail to those parties listed on the annexed Exhibit A, on November 27, 2023, and

   ii. Notice, to be delivered via electronic mail to those parties listed on the annexed Exhibit B, on November 28, 2023.

*/s/ Arnold Nguyen*
Arnold Nguyen

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

# EXHIBIT A

WEWORK INC., et al., Case No. 23-19865 (JKS)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| 1460 LEASEHOLD SWIGHM LLC | jdvacker@merprop.com |
| 2 NINTH AVENUE PARTNERS LLC | ACCOUNTSRECEIVABLE@WMGOTTLIEB.COM |
| 260261 MADISON AVENUE LLC | RM@sapir.com |
| 400 CALIFORNIA LLC | kmouton@kennedywilson.com |
| 500512 SEVENTH AVENUE LP | ALICE.CHEN@CUSHWAKE.COM |
| 54 WEST 40TH REALTY LLC | eric@alliedpartners.com |
| AKERMAN LLP | mark.lichtenstein@akerman.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| BALLARD SPAHR LLP | hubenb@ballardspahr.com; branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| BCSP DENVER PROPERTY LLC | JULIE.BOWDEN@BPRETAIL.COM |
| BEACON CAPITAL PARTNERS LLC | khoffman@beaconcapital.com |
| BELKIN BURDEN GOLDMAN, LLP | Jsolomon@bbgllp.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com |
| BROADWAY CONTINENTAL CORP | david@bwaycc.com |
| BROOKFIELD PROPERTIES RETAIL INC., AS AGENT | bk@bpretail.com |
| Charles E. Boulbol, P.C. | rtrack@msn.com |
| Chiesa Shahinian & Giantomasi PC | jbondy@csglaw.com |
| Chiesa Shahinian & Giantomasi PC | szuber@csglaw.com |
| CIM GROUP | jtao@cimgroup.com |
| COHEN BROTHERS REALTY CORPORATION | mhorowitz@cohenbrothers.com |
| COLE SCHOTZ | jnovak@coleschotz.com |
| COOLEY LLP | ltiari@cooley.com |
| COOLEY LLP | mklein@cooley.com; lreichardt@cooley.com; elazerowitz@cooley.com |
| COZEN O' CONNOR | mfelger@cozen.com |
| CP 1875 K STREET LLC | jprentice@carrprop.com |
| CTO21 ACQUISITIONS II LLC | dsmith@ctoreit.com |
| CUSHMAN  WAKEFIELD | noelle.perkins@cushwake.com |
| DAVIS POLK  WARDWELL LLP | eli.vonnegut@davispolk.com |
| DAVIS POLK & WARDWELL LLP | ELI.VONNEGUT@DAVISPOLK.COM; ELLIOT.MOSKOWITZ@DAVISPOLK.COM; NATASHA.TSIOURIS@DAVISPOLK.COM; JONAH.PEPPIATT@DAVISPOLK.COM |

| Name | Email Address |
|---|---|
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DORSEY & WHITNEY LLP | kohn.sam@dorsey.com; yulisa.courina@dorsey.com; clark.monica@dorsey.com |
| GENOVA BURNS LLC | dstolz@genovaburns.com; DClarke@genovaburns.com |
| GENOVA BURNS LLC | dclarke@genovaburns.com |
| GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP | KNash@GWFGLaw.com |
| GOODWIN PROCTER LLP | mmitnick@goodwinlaw.com; kjarashow@goodwinlaw.com |
| GOULSTON & STORRS PC | bgage@goulstonstorrs.com; drosner@goulstonstorrs.com |
| GREENBERG TRAURIG LLP | BRODYA@GTLAW.COM |
| HALPERIN BATTAGLIA BENZIJA, LLP | wbenzija@halperinlaw.net; ahalperin@halperinlaw.net |
| JAMESTOWN LP | amurray@jamestownLP.com |
| JOHN HANCOCK LIFE INSURANCE COMPANY USA | tsamoluk@jhancock.com |
| KELLEY DRYE & WARREN LLP | JCARR@KELLEYDRYE.COM; KELLIOTT@KELLEYDRYE.COM; PWEINTRAUB@KELLEYDRYE.COM |
| KELLEY DRYE & WARREN LLP | rlehane@kelleydrye.com; jraviele@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| KUDMAN TRACHTEN ALOE POSNER LLP | paloe@kudmanlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| MAYORE ESTATES LLC | bstern@ngkf.com |
| MCDERMOTT WILL & EMERY LLP | mkandestin@mwe.com |
| MCDERMOTT WILL & EMERY LLP | crgibbs@mwe.com; mwombacher@mwe.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | gbressler@mdmc-law.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | mmorano@mdmc-law.com |
| MCGUIRE, CRADDOCK & STROTHER, P.C. | mchevallier@mcslaw.com |

| Name | Email Address |
|---|---|
| MILBANK LLP | BKinney@milbank.com; MPrice@milbank.com; GZhang@milbank.com |
| MORI TRUST CO LTD | tanaka-yo@mori-trust.co.jp |
| MOZAIC PARTNERS LLC | Jackie@Ackerberg.com |
| MUNGER, TOLLES & OLSON, LLP | Thomas.Walper@mto.com; Seth.Goldman@mto.com |
| NIXON PEABODY LLP | vmilione@nixonpeabody.com; cfong@nixonpeabody.com |
| NUVEEN REAL ESTATE  TIAA | chad.phillips@nuveen.com |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | ADMINISTRATION@OAGGUAM.ORG |
| OFFICE OF THE US TRUSTEE | Peter.J.D'Auria@usdoj.gov; fran.B.Steele@usdoj.gov |
| OFFIT KURMAN, P.A. | pwinterhalter@offitkurman.com |
| ONNI GROUP | gregwilks@onni.com |
| PAUL HASTINGS LLP | krishansen@paulhastings.com; frankmerola@paulhastings.com sayanbhattacharyya@paulhastings.com gabesasson@paulhastings.com |
| PIERCE ATWOOD LLP | amattera@pierceatwood.com |
| REED SMITH LLP | apiccione@reedsmith.com; mhouston@reedsmith.com |
| RFRK 77 SANDS OWNER LLC | jreifler@rfr.com |
| RFRK 81 PROSPECT OWNER LLC | jreifler@rfr.com |
| RIKER DANZIG | jschwartz@riker.com; tschellhorn@riker.com; dbloom@riker.com; gtoma@riker.com |
| RIVKIN RADLER LLP | ana.parikh@rivkin.com |
| ROSENBERG & ESTIS, P.C. | jgiampolo@rosenbergestis.com; hkingsley@rosenbergestis.com |
| RUBIN LLC | prubin@rubinlawllc.com |
| SECURITIES AND EXCHANGE COMMISSION | CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov; CommissionerLizarraga@sec.gov |
| SEIDMAN & PINCUS, LLC | ms@seidmanllc.com |
| Sherman, Silverstein, Kohl, Rose & Podolsky, P.A | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com |
| SILLS CUMMIS & GROSS P.C. | bmankovetskiy@sillscummis.com; asherman@sillscummis.com; gkopacz@sillscummis.com |

| Name | Email Address |
|---|---|
| SIMON PROPERTY GROUP, INC. | rtucker@simon.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| SQUIRE PATTON BOGGS (US) LLP | mark.errico@squirepb.com; jeffrey.rothleder@squirepb.com; peter.morrison@squirepb.com |
| SSL LAW FIRM LLP | ivo@ssllawfirm.com |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | AG@LA.AS.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | AGInfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | Attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | AGCARR@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | AGLabrador@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ConstituentServices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |

| Name | Email Address |
|---|---|
| STATE OF NEVADA ATTORNEY GENERAL | AgInfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW YORK ATTORNEY GENERAL | NYAG.Pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | Trish.Lazich@OhioAttorneyGeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | AttorneyGeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | tnattygen@ag.tn.gov |
| STATE OF TEXAS ATTORNEY GENERAL | complaints@oag.texas.gov |
| STATE OF UTAH ATTORNEY GENERAL | uag@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | jmiyares@oag.state.va.us; SPopps@oag.state.va.us; Bcurtis@oag.state.va.us |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| STRADLEY RONON STEVENS & YOUNG, LLP | dpereira@stradley.com |
| STRADLEY RONON STEVENS & YOUNG, LLP | jmmurphy@stradley.com |
| THE ALTER GROUP | michael@altergroup.com |

| Name | Email Address |
| --- | --- |
| THE PLATFORM LLC | clewis@theplatform.city |
| TRAVIS COUNTY | Jason.Starks@traviscountytx.gov |
| U.S. BANK GLOBAL CORPORATE TRUST AND CUSTODY | justin.shearer@usbank.com |
| UNITARIAN UNIVERSALIST ASSOCIATION | sbetancourt@uua.org; scarey@uua.org |
| US BANK TRUST COMPANY NA | christopher.grell@usbank.com |
| US VIRGIN ISLANDS ATTORNEY GENERAL | info@usvidoj.com |
| VENABLE LLP | MAGuerra@Venable.com; lsbouyea@Venable.com |
| WALSH PIZZI O'REILLY FALANGA LLP | sfalanga@walsh.law |
| WALTER SAMUELS INC | pweiss@walter-samuels.com |
| WEBBER MCGILL LLC | dmcgill@webbermcgill.com |
| WEIL GOTSHAL MANGES LLP | kevin.bostel@weil.com |
| WESTFIELD FULTON CENTER LLC | aline.taireh@urw.com |
| WeWork Inc. | legal@wework.com |
| WINDELS MARX LANE & MITTENDORF, LLP | smatthews@windelsmarx.com; eperal@windelsmarx.com |
| WOLLMUTH MAHER DEUTSCH LLP | pdefilippo@wmd-law.com; jlawlor@wmd-law.com; jpacelli@wmd-law.com; sfitzgerald@wmd-law.com; |

**EXHIBIT B**

| Name | Email Address |
| --- | --- |
| 1460 LEASEHOLD SWIGHM LLC | jdvacker@merprop.com |
| 2 NINTH AVENUE PARTNERS LLC | ACCOUNTSRECEIVABLE@WMGOTTLIEB.COM |
| 260261 MADISON AVENUE LLC | RM@sapir.com |
| 400 CALIFORNIA LLC | kmouton@kennedywilson.com |
| 500512 SEVENTH AVENUE LP | ALICE.CHEN@CUSHWAKE.COM |
| 54 WEST 40TH REALTY LLC | eric@alliedpartners.com |
| AKERMAN LLP | mark.lichtenstein@akerman.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| BALLARD SPAHR LLP | hubenb@ballardspahr.com; branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| BCSP DENVER PROPERTY LLC | JULIE.BOWDEN@BPRETAIL.COM |
| BEACON CAPITAL PARTNERS LLC | khoffman@beaconcapital.com |
| BELKIN BURDEN GOLDMAN, LLP | Jsolomon@bbgllp.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com |
| BROADWAY CONTINENTAL CORP | david@bwaycc.com |
| BROOKFIELD PROPERTIES RETAIL INC., AS AGENT | bk@bpretail.com |
| Charles E. Boulbol, P.C. | rtrack@msn.com |
| Chiesa Shahinian & Giantomasi PC | jbondy@csglaw.com |
| Chiesa Shahinian & Giantomasi PC | szuber@csglaw.com |
| CIM GROUP | jtao@cimgroup.com |
| COHEN BROTHERS REALTY CORPORATION | mhorowitz@cohenbrothers.com |
| COLE SCHOTZ | jnovak@coleschotz.com |
| COOLEY LLP | ltiari@cooley.com |
| COOLEY LLP | mklein@cooley.com; lreichardt@cooley.com; elazerowitz@cooley.com |
| COZEN O' CONNOR | mfelger@cozen.com |
| CP 1875 K STREET LLC | jprentice@carrprop.com |
| CTO21 ACQUISITIONS II LLC | dsmith@ctoreit.com |
| CUSHMAN WAKEFIELD | noelle.perkins@cushwake.com |
| DAVIS POLK WARDWELL LLP | eli.vonnegut@davispolk.com |
| DAVIS POLK & WARDWELL LLP | ELI.VONNEGUT@DAVISPOLK.COM; ELLIOT.MOSKOWITZ@DAVISPOLK.COM; NATASHA.TSIOURIS@DAVISPOLK.COM; JONAH.PEPPIATT@DAVISPOLK.COM |

| Name | Email Address |
|---|---|
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DORSEY & WHITNEY LLP | kohn.sam@dorsey.com; yulisa.courina@dorsey.com; clark.monica@dorsey.com |
| GENOVA BURNS LLC | dstolz@genovaburns.com; DClarke@genovaburns.com |
| GENOVA BURNS LLC | dclarke@genovaburns.com |
| GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP | KNash@GWFGLaw.com |
| GOODWIN PROCTER LLP | mmitnick@goodwinlaw.com; kjarashow@goodwinlaw.com |
| GOULSTON & STORRS PC | bgage@goulstonstorrs.com; drosner@goulstonstorrs.com |
| GREENBERG TRAURIG LLP | BRODYA@GTLAW.COM |
| HALPERIN BATTAGLIA BENZIJA, LLP | wbenzija@halperinlaw.net; ahalperin@halperinlaw.net |
| JAMESTOWN LP | amurray@jamestownLP.com |
| JOHN HANCOCK LIFE INSURANCE COMPANY USA | tsamoluk@jhancock.com |
| KELLEY DRYE & WARREN LLP | JCARR@KELLEYDRYE.COM; KELLIOTT@KELLEYDRYE.COM; PWEINTRAUB@KELLEYDRYE.COM |
| KELLEY DRYE & WARREN LLP | rlehane@kelleydrye.com; jraviele@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com |
| KUDMAN TRACHTEN ALOE POSNER LLP | paloe@kudmanlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| MAYORE ESTATES LLC | bstern@ngkf.com |
| MCDERMOTT WILL & EMERY LLP | mkandestin@mwe.com |
| MCDERMOTT WILL & EMERY LLP | crgibbs@mwe.com; mwombacher@mwe.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | gbressler@mdmc-law.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | mmorano@mdmc-law.com |
| MCGUIRE, CRADDOCK & STROTHER, P.C. | mchevallier@mcslaw.com |

| Name | Email Address |
|---|---|
| MILBANK LLP | BKinney@milbank.com; MPrice@milbank.com; GZhang@milbank.com |
| MORI TRUST CO LTD | tanaka-yo@mori-trust.co.jp |
| MOZAIC PARTNERS LLC | Jackie@Ackerberg.com |
| MUNGER, TOLLES & OLSON, LLP | Thomas.Walper@mto.com; Seth.Goldman@mto.com |
| NIXON PEABODY LLP | vmilione@nixonpeabody.com; cfong@nixonpeabody.com |
| NUVEEN REAL ESTATE  TIAA | chad.phillips@nuveen.com |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | ADMINISTRATION@OAGGUAM.ORG |
| OFFICE OF THE US TRUSTEE | Peter.J.D'Auria@usdoj.gov; fran.B.Steele@usdoj.gov |
| OFFIT KURMAN, P.A. | pwinterhalter@offitkurman.com |
| ONNI GROUP | gregwilks@onni.com |
| PAUL HASTINGS LLP | krishansen@paulhastings.com; frankmerola@paulhastings.com sayanbhattacharyya@paulhastings.com gabesasson@paulhastings.com |
| PIERCE ATWOOD LLP | amattera@pierceatwood.com |
| REED SMITH LLP | apiccione@reedsmith.com; mhouston@reedsmith.com |
| RFRK 77 SANDS OWNER LLC | jreifler@rfr.com |
| RFRK 81 PROSPECT OWNER LLC | jreifler@rfr.com |
| RIKER DANZIG | jschwartz@riker.com; tschellhorn@riker.com; dbloom@riker.com; gtoma@riker.com |
| RIVKIN RADLER LLP | ana.parikh@rivkin.com |
| ROSENBERG & ESTIS, P.C. | jgiampolo@rosenbergestis.com; hkingsley@rosenbergestis.com |
| RUBIN LLC | prubin@rubinlawllc.com |
| SECURITIES AND EXCHANGE COMMISSION | CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov; CommissionerLizarraga@sec.gov |
| SEIDMAN & PINCUS, LLC | ms@seidmanllc.com |
| Sherman, Silverstein, Kohl, Rose & Podolsky, P.A | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com |
| SILLS CUMMIS & GROSS P.C. | bmankovetskiy@sillscummis.com; asherman@sillscummis.com; gkopacz@sillscummis.com |

WEWORK INC., et al., Case No. 23-19865 (JKS)
Electronic Mail Master Service List

| Name | Email Address |
|---|---|
| SIMON PROPERTY GROUP, INC. | rtucker@simon.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| SQUIRE PATTON BOGGS (US) LLP | mark.errico@squirepb.com; jeffrey.rothleder@squirepb.com; peter.morrison@squirepb.com |
| SSL LAW FIRM LLP | ivo@ssllawfirm.com |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | AG@LA.AS.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | AGInfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | Attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | AGCARR@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | AGLabrador@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ConstituentServices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |

WEWORK INC., et al. , Case No. 23-19865 (JKS)
Electronic Mail Master Service List

| Name | Email Address |
| --- | --- |
| STATE OF NEVADA ATTORNEY GENERAL | AgInfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW YORK ATTORNEY GENERAL | NYAG.Pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | Trish.Lazich@OhioAttorneyGeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | AttorneyGeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | tnattygen@ag.tn.gov |
| STATE OF TEXAS ATTORNEY GENERAL | complaints@oag.texas.gov |
| STATE OF UTAH ATTORNEY GENERAL | uag@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | jmiyares@oag.state.va.us; SPopps@oag.state.va.us; Bcurtis@oag.state.va.us |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| STRADLEY RONON STEVENS & YOUNG, LLP | dpereira@stradley.com |
| STRADLEY RONON STEVENS & YOUNG, LLP | jmmurphy@stradley.com |
| THE ALTER GROUP | michael@altergroup.com |

| Name | Email Address |
| --- | --- |
| THE PLATFORM LLC | clewis@theplatform.city |
| TRAVIS COUNTY | Jason.Starks@traviscountytx.gov |
| U.S. BANK GLOBAL CORPORATE TRUST AND CUSTODY | justin.shearer@usbank.com |
| UNITARIAN UNIVERSALIST ASSOCIATION | sbetancourt@uua.org; scarey@uua.org |
| US BANK TRUST COMPANY NA | christopher.grell@usbank.com |
| US VIRGIN ISLANDS ATTORNEY GENERAL | info@usvidoj.com |
| VENABLE LLP | MAGuerra@Venable.com; lsbouyea@Venable.com |
| WALSH PIZZI O'REILLY FALANGA LLP | sfalanga@walsh.law |
| WALTER SAMUELS INC | pweiss@walter-samuels.com |
| WEBBER MCGILL LLC | dmcgill@webbermcgill.com |
| WEIL GOTSHAL MANGES LLP | kevin.bostel@weil.com |
| WESTFIELD FULTON CENTER LLC | aline.taireh@urw.com |
| WeWork Inc. | legal@wework.com |
| WINDELS MARX LANE & MITTENDORF, LLP | smatthews@windelsmarx.com; eperal@windelsmarx.com |
| WOLLMUTH MAHER DEUTSCH LLP | pdefilippo@wmd-law.com; jlawlor@wmd-law.com; jpacelli@wmd-law.com; sfitzgerald@wmd-law.com; |