**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

-----------------------------------------------------------------x
In re                                                          :    Chapter 11
                                                               :
**WEWORK INC.,** *et al.*,                                     :    Case No. 23-19865 (JKS)
                                                               :
                                        Debtors.[1]            :    (Jointly Administered)
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE OF LIMITED OBJECTION

I, Gary D. Bressler, Esq., do hereby certify that I caused a true and correct copy of the: *The Limited Objection of U.S. Specialty Insurance Company's* to:

(A) *Debtors' Motion for Entry of [Interim and] Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered into Prepetition and Pay Related Prepetition Obligations and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage and (II) Granting Related Relief* [Doc. No. 7]*("Surety Motion")*;

(B) *Debtors' Motion for Entry of [Interim and]Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) [Scheduling a final Hearing], (IV) Modifying the Automatic Stay, and (V) Granting Related Relief* [Doc. No. 43]*("Cash Collateral Motion")*;

(C) *Debtors' Motion for Entry of an Order (I) Authorizing and Establishing Procedures for the De Minimis Asset Transactions; (II) Authorizing and Establishing Procedures for De Minimis Asset Abandonment; (III) Approving the Form and Manner of the Notice of De Minimis Asset Transactions and Abandonment; and (IV) Granting Related Relief* [Doc. No. 142]*("De Minimis Sale Motion")*; and

(D) *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Doc. No. 186]*("DIP Financing Motion")*.

as well as the *Declaration of Frank A. Lanak*, dated November 28, 2023 with a redacted exhibit in support thereof, to be filed in the above-captioned bankruptcy cases pursuant to Local Bankruptcy Rule 9010-1(b) through the Court's CM/ECF system enabling all counsel and persons who have entered an appearance and requested notices to be served a copy of documents filed of record.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor We Work Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017 and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

| | |
|---|---|
| Dated: November 29, 2023 | **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| | /s/ *Gary D. Bressler* |
| | Gary D. Bressler, Esq. |
| | Michael R. Morano, Esq. |
| | 225 Liberty Street, 36th Floor |
| | New York, NY  10281 |
| | Tel: (212) 483-9490 |
| | Fax: (212) 483-9129 |
| | gbressler@mdmc-law.com |
| | mmorano@mdmc-law.com |
| | (admitted pro hac vice) |
| | *Counsel to U.S. Specialty Insurance Company* |