| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Steven N. Serajeddini, P.C. (admitted *pro hac vice*)<br>Ciara Foster (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>edward.sassower@kirkland.com<br>joshua.sussberg@kirkland.com<br>steven.serajeddini@kirkland.com<br>ciara.foster@kirkland.com<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Ryan T. Jareck, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone:    (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>rjareck@coleschotz.com<br><br>*Proposed Co-Counsel for Debtors and Debtors in Possession* |

Order Filed on November 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al*.,<br><br>        Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

### ORDER (I) AUTHORIZING (A) THE REJECTION OF CERTAIN UNEXPIRED LEASES AND (B) THE ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY, EACH EFFECTIVE AS OF THE REJECTION DATE; AND (II) GRANTING RELATED RELIEF

The relief set forth on the following pages, numbered three (3) through seven (7), is **ORDERED**.

**DATED: November 29, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page | 3)

| | |
|---|---|
| Debtors: | WeWork Inc., *et al.* |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) the Abandonment of Certain Personal Property, if Any, Each Effective as of the Rejection Date; and (II) Granting Related Relief |

Upon the *Debtors' Omnibus Motion Seeking Entry of an Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) the Abandonment of Certain Personal Property, If Any, Each Effective as of the Rejection Date; and (II) Granting Related Relief* (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (i) authorizing (a) the rejection of the Leases at the Premises set forth on **Schedule 1** attached hereto and (b) the abandonment of the Personal Property that may be located at each of the Premises, if any, each effective as of the Rejection Date; and (ii) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings

---

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to them in the Motion.

(Page | 4)

| | |
|---|---|
| Debtors: | WeWork Inc., *et al*. |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) the Abandonment of Certain Personal Property, if Any, Each Effective as of the Rejection Date; and (II) Granting Related Relief |

had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

2. Each of the Leases set forth on Schedule 1 attached hereto is rejected effective as of the later of (i) the "Rejection Date" identified in Schedule 1 or (ii) the date the Debtors relinquish control of the premises by (1) notifying the affected landlord in writing (email being sufficient, based on the date of receipt of the email), of the Debtors' surrender of the premises and (2) (a) turning over keys issued by the landlord, key codes, and/or security codes, if any, to the affected landlord or (b) notifying such affected landlord or such landlord's counsel (if any) in writing (email being sufficient, based on the date of receipt of the email) that the property has been surrendered, all WeWork-issued key cards have been deactivated, unless otherwise agreed to by landlord, and the landlord may rekey the leased premises (the later of (i) and (ii), the "Rejection Date").

3. The Debtors shall not be liable for any additional administrative expenses arising after the Rejection Date with respect to the Leases.

4. The Debtors are authorized, but not directed, to abandon any Personal Property located at the Premises and all such property is deemed abandoned as of the Rejection Date. The applicable counterparty to each Lease may, in its sole discretion and without further notice or order of this Court, utilize and/or or dispose of such Personal Property without liability to any third parties, and without further notice to any party claiming an interest in such abandoned

(Page | 5)
Debtors: WeWork Inc., *et al.*
Case No. 23-19865 (JKS)
Caption of Order: Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) the Abandonment of Certain Personal Property, if Any, Each Effective as of the Rejection Date; and (II) Granting Related Relief

Personal Property. The automatic stay, to the extent applicable, is modified to allow for such utilization or disposition.

5. The Debtors may agree with an affected landlord, through written confirmation (which may be by email through counsel), to an alternative Rejection Date earlier than the date set forth in Schedule 1.

6. The Debtors do not waive any claims that they may have against any counterparty to the Leases, whether such claims arise under, are related to the rejection of, or are independent of the Leases. Further, the counterparties to the Leases do not waive any claims that they may have against the Debtors, whether such claims arise under, are related to the rejection of, or are independent of the Leases.

7. Nothing herein shall prejudice the rights of the Debtors or any counterparty to the Leases to argue that any of the Leases were terminated prior to the Petition Date. Nothing herein shall prejudice the rights of the Debtors to argue that any claim for damages arising from the rejection of the Leases is limited to the remedies available under any applicable termination provision of such lease, sublease, or contract, as applicable, or that any such claim is an obligation of a third party, and not that of the Debtors or their estates.

8. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order is intended as or shall be construed or deemed to be: (a) an implication or admission as to the amount of, basis for, or validity of any particular claim against the Debtors under the Bankruptcy Code or other applicable non-bankruptcy law; (b) a waiver of the Debtors' or any other party in interest's rights to dispute any particular claim on any grounds;

(Page | 6)

| | |
|---|---|
| Debtors: | WeWork Inc., *et al.* |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) the Abandonment of Certain Personal Property, if Any, Each Effective as of the Rejection Date; and (II) Granting Related Relief |

(c) a promise or requirement to pay any particular claim; (d) an implication, admission, or finding that any particular claim is an administrative expense claim, other priority claim, or otherwise of a type specified or defined in this Order or the Motion or any order granting the relief requested by the Motion; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Debtors' estates; (g) a waiver or limitation of the Debtors', or any other party in interest's, claims, causes of action, or other rights under the Bankruptcy Code or any other applicable law; (h) other than as set forth in this Order, an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code; (i) a concession by the Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens; (j) a waiver of the obligation of any party in interest to file a proof of claim; or (k) otherwise affecting the Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract or unexpired lease. Any payment made pursuant to this Order is not intended and should not be construed as an admission as to the validity, priority, or amount of any particular claim or a waiver of the Debtors' or any other party in interest's rights to subsequently dispute such claim.

9. Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any contract pursuant to section 365 of the Bankruptcy Code.

(Page | 7)
Debtors: WeWork Inc., *et al*.
Case No. 23-19865 (JKS)
Caption of Order: Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) the Abandonment of Certain Personal Property, if Any, Each Effective as of the Rejection Date; and (II) Granting Related Relief

10. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

11. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

13. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

14. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Schedule 1**

**Rejected Leases**

**Project Realize**
Day 1 Rejection Exhibit

| No. | Title/Description of Lease | Property Address | Landlord / Counterparty | Landlord / Counterparty Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|
| 1 | Terminated Lease with Signed Termination Agreement | 3000 S Robertson Blvd Los Angeles, CA 90034 | 3000 S Robertson Property Owner LLC | 4 Park Plaza, Suite 400, Irvine, CA, 92614 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 2 | Unexpired Lease | 1 Little W 12th St New York, NY 10014 | 2 Ninth Avenue Partners LLC | 177 Christopher Street, New York, NY, 10014 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 3 | Unexpired Lease | 1 Union Square West New York, NY 10003 | Union Square Associates, LLC | One Union Square West, New York, NY, 10003 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 4 | Unexpired Lease | 10 East 38th Street New York, NY 10016 | 10 East 38th Street Company, L.L.C. | 34-09 Queens Boulevard, Long Island City, NY, 11101 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 5 | Unexpired Lease | 10 East 40th Street New York, NY 10016 | Ronbet 40th Street LLC | 9 East 40th Street, 8th Floor, New York, NY, 10016 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 6 | Unexpired Lease | 100 Summer Street WeWork FL 2400 Boston, MA 02110 | 100 Summer Owner LLC | 500 Boylston St, 21st Floor, Suite 2100, Boston, MA, 02116 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 7 | Unexpired Lease | 101 North 1st Avenue Suite 800 Phoenix, AZ 85003 | 101 North First Ave LLC | 222 SW Columbia Street, Suite 700, Portland, OR, 97201 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 8 | Unexpired Lease | 1045 Howe Street Vancouver, BC V6Z 2A9 | Grandland Management Ltd. and 1045 Howe Street Holdings Ltd. | 206-1168 Hamilton Street, Vancouver, British Columbia, V6B 2S2 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 9 | Unexpired Lease | 1090 West Pender Street Vancouver, BC V6E 2N7 | West Pender II LP and Optrust West Pender Inc. and 1090 Pender Properties Ltd. | 1055 Dunsmuir Street, PO Box 49001, Suite 1800, Four Bentall Centre, Vancouver, British Columbia, V7X 1B1 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 10 | Unexpired Lease | 1156 6th Avenue New York, NY 10036 | 1156 APF LLC | 28 West 44th Street, 7th Floor, New York, NY, 10036 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |

**Project Realize**
Day 1 Rejection Exhibit

| No. | Title/Description of Lease | Property Address | Landlord / Counterparty | Landlord / Counterparty Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|
| 11 | Unexpired Lease | 125 S Clark Street, 17th floor Chicago, IL 60603 | CR-Chicago 125 South Clark Street, LLC | 1251 Avenue of the Americas, 27 th Floor, New York, NY, 10020 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 12 | Unexpired Lease | 130 Madison Avenue New York, NY 10016 | Walsam 130 MAD LLC | 419 Park Avenue South, 15th Floor, New York, NY, 10016 | 11/14/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 13 | Unexpired Lease | 1389 Peachtree Street NorthEast Atlanta, GA 30309 | 1389 Peachtree Street, LP | 1776 Peachtree street NW, Suite 200S, Atlanta, GA, 30309 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 14 | Unexpired Lease | 1453 3rd Street Promenade Santa Monica, CA 90401 | Promenade Gateway, L.P. | 9777 Wilshire Boulevard, Suite 815, Beverly Hills, CA, 90212 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 15 | Unexpired Lease | 1455 Market Street San Francisco, CA 94103 | Hudson 1455 Market Street, LLC | 11601 Wilshire Boulevard, Suite 900, Los Angeles, CA, 90025 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 16 | Unexpired Lease | 161 Avenue of the Americas New York, NY 10013 | Soho AOA Owner, LLC | 44 W. 28th Street, 6th Floor, New York, NY, 10001 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 17 | Unexpired Lease | 1619 Broadway 11th Floor New York, NY 10019 | 1619 Broadway Realty LLC | 60 Columbus Circle, 20th Floor, New York, NY, 10023 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 18 | Unexpired Lease | 171 East Liberty Street Toronto, ON M6K 0A2 | Liberty Market Building Two LP | 49 Jackes Avenue, Suite 200, Toronto, ON, M4T 1E2 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 19 | Unexpired Lease | 180 Geary Street San Francisco, CA 94108 | Geary-Stockton Realty, LLC | 150 East 58th Street, Penthouse, New York, NY, 10155 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 20 | Unexpired Lease | 1814 Franklin St Oakland, CA 94612 | 1814 Franklin Investors, LLC | 555 12th Street, Suite 650, Oakland, CA, 94607 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |

**Project Realize**
Day 1 Rejection Exhibit

| No. | Title/Description of Lease | Property Address | Landlord / Counterparty | Landlord / Counterparty Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|
| 21 | Unexpired Lease | 18191 Von Karman Avenue Irvine, CA 92612 | Lakeshore Land Lessee PT LLC | 2600 Michelson Drive, 17th Floor, Irvine, CA, 92612 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 22 | Unexpired Lease | 183 Madison Avenue New York, NY 10016 | 183 Madison Owner APF LP | 28 West 44th Street, Floor 7, New York, NY, 10036 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 23 | Unexpired Lease | 200 Broadway New York, NY 10038 | Westfield Fulton Center LLC | 185 GREENWICH STREET, Management Office Oculus Level C2, New York, NY, 10007 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 24 | Unexpired Lease | 205 Hudson St New York, NY 10013 | Trinity Hudson Holdings, LLC | 345 Hudson St, 12th Floor, New York, NY, 10014 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 25 | Unexpired Lease | 22 Cortlandt Street New York, NY 10007 | Mayore Estates LLC and 80 Lafayette Associates LLC | 100 Henry Street, Brooklyn, NY, 11201 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 26 | Unexpired Lease | 222 Kearny Street San Francisco, CA 94108 | GRE-F 222 Kearny Fee, LLC and GRE-F 222 Kearny Leasehold, LLC | 900 North Michigan Avenue, Suite 1450, Chicago, IL, 60611 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 27 | Unexpired Lease | 229 West 36th Street 4th floor New York, NY 10018 | West 36 TT, LLC | 9-20 35th Avenue, Suite 2L, Astoria, NY, 11106 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 28 | Unexpired Lease | 2420 17th St Denver, CO 80202 | 2420 17TH STREET LLC | 50 Hudson Yards, New York, NY, 10001 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 29 | Unexpired Lease | 25 Taylor St San Francisco, CA 94102 | War Horse Golden Gate LLC | 175 Varick Street, New York, NY, 10014 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 30 | Unexpired Lease | 255 Greenwich Street New York, NY 10007 | Resnick 255 Greenwich, LLC | 110 East 59th Street, 34th Floor, New York, NY, 10022 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |

**Project Realize**
Day 1 Rejection Exhibit

| No. | Title/Description of Lease | Property Address | Landlord / Counterparty | Landlord / Counterparty Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|
| 31 | Unexpired Lease | 261 Madison Ave New York, NY 10016 | 260-261 Madison Avenue LLC | 261 Madison Avenue, 27th Floor , New York, NY, 10016 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 32 | Unexpired Lease | 28 West 44th Street New York, NY 10036 | APF 28 West 44 Owner LP | 28 West 44th Street, 7th Floor, New York, NY, 10036 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 33 | Unexpired Lease | 292 Adelaide Street West Toronto, ON M5V 1P6 | Lifetime Adelaide Street Inc. | 49 Jackes Avenue, Suite 200, Toronto, Ontario, M4T 1E2 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 34 | Unexpired Lease | 315 W 36th Street New York, NY 10017 | 36 LLC | 419 Park Avenue South, 15th Floor, New York, NY, 10016 | 11/14/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 35 | Unexpired Lease | 3340 Peachtree Rd #1010 Atlanta, GA 30326 | TPL Property Owner, L.P. | 3340 Peachtree Road NE, Suite 1660, Atlanta, GA, 30326 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 36 | Unexpired Lease | 3601 Walnut St Denver, CO 80205 | MCP HUB I PROPERTY, LLC | 425 Market Street, Suite 1050, San Francisco, CA, 94105 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 37 | Unexpired Lease | 38 West 21st Street New York, NY 10010 | Jack Vogel Associates | 36 East 12th Street, 7th floor, New York, NY, 10003 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 38 | Unexpired Lease | 40 Water Street Boston, MA 02109 | RFM-KTB CSQ Propco, LLC | 177 Milk Street, Boston, MA, 02109 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 39 | Unexpired Lease | 419 Park Avenue South New York, NY 10016 | Walber 419 Company LLC and 419 Park Avenue South Associates LLC | 419 Park Avenue South,15th Floor, New York, NY, 10016 | 11/14/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 40 | Unexpired Lease | 430 California Street San Francisco, CA 94104 | 400 California LLC | 430 California Street, Basement Level, San Francisco, CA, 94104 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 41 | Unexpired Lease | 437 5th Avenue New York, NY 10016 | Ronbet 437 LLC | 9 East 40th Street, 8th Floor, New York, NY, 10016 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |

**Project Realize**
Day 1 Rejection Exhibit

| No. | Title/Description of Lease | Property Address | Landlord / Counterparty | Landlord / Counterparty Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|
| 42 | Unexpired Lease | 437 Madison Avenue New York, NY 10022 | Madison Avenue Leasehold LLC | 767 Third Avenue, New York, NY, 10017 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 43 | Unexpired Lease | 44 Wall Street New York, NY 10005 | 44 Wall Street Holdings, LP | 3710 Rawlins St., Suite 1100, Dallas, TX 75219 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 44 | Unexpired Lease | 4635 Lougheed Highway Burnaby, BC V5C 3Z6 | Shape Brentwood Limited Partnership, Brentwood Towncentre Limited Partnership and 0862223 B.C. Ltd. | 2020 One Bentall Centre, 505 Burrard Street, Box 206, Vancouver, British Columbia, V7X 1M6 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 45 | Unexpired Lease | 483 Broadway New York, NY 10013 | C&A 483 Broadway LLC | 1407 Broadway, 41st Floor, New York, NY, 10018 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 46 | Unexpired Lease | 500 5th Avenue New York, NY 10110 | 500 Fifth Avenue (New York) LLC | 1290 Avenue of the Americas, New York, NY, 10104 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 47 | Unexpired Lease | 505 Park Avenue New York, NY 10011 | G.S. 505 Park, LLC | 505 Park Avenue, New York, NY, 10022 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 48 | Unexpired Lease | 511 West 25th Street New York, NY 10011 | AL 511 West 25th Street Owner, LLC | 142 West 57th Street, 18th Floor, New York, NY, 10019 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 49 | Unexpired Lease | 54 W 40th St New York, NY 10018 | 54 West 40th Realty LLC | 770 Lexington Avenue, 9th Floor, New York, NY, 10065 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 50 | Unexpired Lease | 57 East 11th Street New York, NY 10003 | Namor Realty Company L.L.C | 9 West 57th Street, 30th floor, New York, NY, 10019 | 11/14/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 51 | Unexpired Lease | 599 Broadway New York, NY 10011 | 599-6 LLC | 152 West 57th Street, New York, NY, 10019 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 52 | Unexpired Lease | 6 East 32nd Street New York, NY 10016 | 6E32 Fee Owners LLC | 30 West 26th Street, 8th floor, New York, NY, 10010 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |

**Project Realize**
Day 1 Rejection Exhibit

| No. | Title/Description of Lease | Property Address | Landlord / Counterparty | Landlord / Counterparty Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|
| 53 | Unexpired Lease | 7 West 18th Street New York, NY 10011 | West 18th Street Venture, LLC | 7501 Wisconsin Avenue, Suite 1300W, Bethesda, MD, 20814 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 54 | Unexpired Lease | 8 West 40th Street New York, NY 10018 | AB 40th Street LLC | 110 East 59th Street, 34th Floor, New York, NY, 10022 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 55 | Unexpired Lease | 800 Market Street San Francisco, CA 94102 | 800 Market Street, LLC | 425 Market Street, 23rd Floor, San Francisco, CA, 94105 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 56 | Unexpired Lease | 81 Prospect Street Brooklyn, NY 11201 | RFR/K 81 Prospect Owner LLC | 375 Park Avenue, 10th Floor, New York, NY, 10152 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 57 | Unexpired Lease | 8305 Sunset Boulevard Los Angeles, CA 90069 | Sunset Park Holdings, LLC | 1526 South Broadway, Los Angeles, CA, 90015 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 58 | Unexpired Lease | 8687 Melrose Ave Los Angeles, CA 90069 | Pacific Design Center 1, LLC | 750 Lexington Avenue, 28th Floor, New York, NY, 10022 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 59 | Unexpired Lease | 920 5th Ave Suite 1500 Seattle, WA 98104 | BXP Madison Centre I LLC and BXP Madison Centre II LLC | Four Embarcadero Center Lobby Level, Suite One, San Francisco, CA, 94111-5994 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 60 | Unexpired Lease | 980 6th Avenue New York, NY 10018 | VBG 990 AOA LLC | 292 Madison Avenue, 7th Floor, New York, NY, 10017 | 11/10/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 61 | Unexpired Lease | Manhattan Beach Towers, 1240 Rosecrans Ave Manhattan Beach, CA 90266 | Onni Manhattan Towers LP | 315 W. 9th Street, Suite 801, Los Angeles, CA, 90015 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 62 | Unexpired Lease | One Metropolitan Square St. Louis, MO 63102 | 270B Metropolitan Square, LLC | 1125 Ocean Avenue, Lakewood, NJ, 08701 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |

**Project Realize**
Day 1 Rejection Exhibit

| No. | Title/Description of Lease | Property Address | Landlord / Counterparty | Landlord / Counterparty Address | Rejection Effective Date | Abandoned Personal Property |
|---|---|---|---|---|---|---|
| 63 | Unexpired Lease | Suite 200, 808 Wilshire Boulevard, Santa Monica, CA 90401 | Douglas Emmett 2014, LLC | 1299 Ocean Avenue, Suite 1000, Santa Monica, CA, 90401 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 64 | Unexpired Lease *For the avoidance of doubt, Debtor occupies the 6th-9th floor Premises at 77 Sands pursuant to a separate lease agreement that is not being rejected as part of this motion* | 77 Sands St, Brooklyn, NY 11201 | RFR/K 77 Sands Owner LLC | 375 Park Avenue, 10th Floor, New York, NY, 10152 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 65 | Unexpired License Agreement | 54 W 40th St, New York, NY 10018 | Blue Bottle Coffee, Inc. | 300 Webster Street, Oakland, CA, 94607 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 66 | Unexpired Sublease | 437 Madison Avenue, New York, NY 10022 | Santander Holdings USA, Inc. | 2 Morrissey Boulevard, Dorchester, MA, 02125 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |
| 67 | Unexpired Sublease | 6 East 32nd Street, New York, NY 10016 | Dataminr Inc. | 6 East 32nd Street, New York, NY, 10016 | 11/6/2023 | Miscellaneous Furniture, Fixtures and/or Equipment |