| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Elkins Kalt Weintraub Reuben Gartside LLP<br>10345 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>(310) 746-4400<br>E-mail: mgottfried@elkinskalt.com<br><br>Counsel for Attorneys for Hudson Pacific Properties, Inc. | |
| In re:<br><br>WEWORK INC., et al.,<br><br>        Debtors.[1]<br><br>                              Debtors. | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>Judge John K. Sherwood |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned case on behalf of Hudson Pacific Properties, Inc., and pursuant to Federal Rules of Bankruptcy Procedure 2002, 9010(b), and §1109(b) of the Bankruptcy Code, hereby requests that any and all notices given or required to be given in this case and all papers served or required to be served in this case, be delivered to and served upon the person(s) listed below at the following address, email address, telephone, and facsimile number:

        Michael I. Gottfried, Esq.
        Elkins Kalt Weintraub Reuben Gartside LLP
        10345 W. Olympic Blvd.
        Los Angeles, CA 90064

---

[1] The last four digits of the Debtor WeWork Inc.'s federal tax identification number, are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors claims and noticing agent at https://dm.epiq11.com/WeWork. The location of the Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, New York 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10030 SW Allen Blvd., Beaverton, Oregon 97005.

5224118.1

>Telephone: (310) 746-4400
>Fax: (310) 746-4499
>Emails: mgottfried@elkinskalt.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and Federal Rules of Bankruptcy Procedure provisions specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities and statements of affairs, operating reports, plans of reorganization and liquidation, and disclosure statements, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, telegraph, telex, telefax or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notice (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to a trial by jury in any related proceeding related to, or triable in, these cases or any case, controversy or proceeding related to these cases, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other rights, claims, actions, defenses, setoffs or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

/ / /

/ / /

/ / /

DOCUMENTS:

☒    All notices entered in pursuant to Fed. R. Bankr. P. 2002.

☒    All documents and pleadings of any nature.

Dated: November 29, 2023

*/s/ Michael I. Gottfried*
Michael I. Gottfried
State Bar No. 146689
mgottfried@elkinskalt.com
ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP
10345 W. Olympic Blvd.
Los Angeles, California 90064
310.746.4400

*Attorneys for Hudson Pacific Properties, Inc.*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on November 29, 2023, a true and correct copy of the foregoing was served by electronic means as listed on the Court's ECF noticing system

*/s/ Michael I. Gottfried*
Michael I. Gottfried
