|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**FOR THE DISTRICT OF NEW JERSEY**<br>Caption in compliance with D.N.J. LBR 9004-1(b)<br><br>**FROST BROWN TODD LLP**<br>Jordan S. Blask, Esq. (NJ I.D. #JB4173)<br>501 Grant Street, Suite 800<br>Pittsburgh, PA 15219<br>Telephone: (412) 513-4300<br>Facsimile: (412) 513-4299<br>Email: jblask@fbtlaw.com<br>   --and--<br>Ronald E. Gold (Ohio Bar No. 0061351)<br>Erin P. Severini (Ohio Bar No. 0091487)<br>3300 Great American Tower<br>301 East Fourth Street<br>Cincinnati, OH 45202<br>Telephone: (513) 651-6800<br>Facsimile: (513) 651-6981<br>E-mail  rgold@fbtlaw.com<br>     eseverini@fbtlaw.com<br><br>*Counsel for Netflix, Inc.* |  |
| In Re:<br><br>WeWork, Inc., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceedings as counsel on behalf of Netflix, Inc. ("Netflix") and requests that all notices given or required to be given in these cases, including, but not limited to, all orders and notices of any

---

[1] A complete list of each of the Debtors in these chapter 11 cases is attached hereto as Exhibit A-1, and may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone or otherwise, which affect Netflix or these chapter 11 bankruptcy cases to be served upon:

>Jordan S. Blask, NJ I.D. #JB4173
>**Frost Brown Todd LLP**
>501 Grant Street, Suite 800
>Pittsburgh, PA 15219
>Telephone: (412) 513-4300
>Facsimile: (412) 513-4299
>Email: jblask@fbtlaw.com
>
> --and--
>
>Ronald E. Gold, Ohio Bar No. 0061351
>Erin P. Severini, Ohio Bar No. 0091487
>**Frost Brown Todd LLP**
>3300 Great American Tower
>301 East Fourth Street
>Cincinnati, OH 45202
>Telephone: (513) 651-6800
>Facsimile: (513) 651-6981
>E-mail:  rgold@fbtlaw.com
>         eseverini@fbtlaw.com

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Notices*, by itself, is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over Netflix, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which Netflix is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments Netflix expressly reserves.

| | |
|---|---|
| Dated: November 30, 2023 | **FROST BROWN TODD LLP** |

*/s/ Jordan S. Blask*
Jordan S. Blask, NJ I.D. #JB4173
501 Grant Street, Suite 800
Pittsburgh, PA 15219
Telephone: (412) 513-4300
Facsimile: (412) 513-4299
Email: jblask@fbtlaw.com

--and--

Ronald E. Gold, Ohio Bar No. 0061351
Erin P. Severini, Ohio Bar No. 0091487
3300 Great American Tower
301 East Fourth Street
Cincinnati, OH 45202
Telephone: (513) 651-6800
Facsimile: (513) 651-6981
Email: rgold@fbtlaw.com
     eseverini@fbtlaw.com

*Counsel for Netflix, Inc.*

AS14247.0777814   4894-4495-2719v1