UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**ARENTFOX SCHIFF LLP**
Beth M. Brownstein, Esq. (*pro hac vice*)
Nicholas A. Marten, Esq. (Bar ID No. 043572011)
1301 Avenue of the Americas, 42nd Floor
New York, NY  10019-60022
Telephone: (212) 484-3900
Facsimile:  (212) 484-3990
Email:      Beth.Brownstein@afslaw.com
            Nicholas.Marten@afslaw.com

*Counsel to Computershare Trust Company, National Association*

| | |
|---|---|
| In re: | Case No.:    23-19865   <br>(Jointly Administered) |
| WEWORK, INC., *et al.*, | Chapter:    11 |
| Debtors. [1] | Judge:   John K. Sherwood |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Computershare Trust Company, National Association.[2]  Request is made that the documents filed in this case and identified

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

[2] Not in its individual capacity but solely in its capacity as successor trustee, registrar and paying agent under (i) that certain Senior Notes Indenture dated as of April 30, 2018 (as subsequently amended, supplemented, or modified from time to time); and (ii) that certain Amended and Restated Senior Notes Indenture dated as of December 16, 2021 (as subsequently amended, supplemented, or modified from time to time).

below be served on the undersigned at this address:

**ARENTFOX SCHIFF LLP**
Beth M. Brownstein
Nicholas A. Marten
1301 Avenue of the Americas
Floor 42
New York, NY 10019
Telephone:   (212) 484-3900
Facsimile:   (212) 484-3990
Email:       Beth.Brownstein@afslaw.com
             Nicholas.Marten@afslaw.com

DOCUMENTS:
☑  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☑  All documents and pleadings of any nature.

PLEASE TAKE FURTHER NOTICE that the undersigned intends that neither this

Notice of Appearance nor any later appearance, pleadings, claim or suit shall be deemed or

construed to be a waiver of the rights of Computershare:  (1) to have final orders in noncore

matters entered only after *de novo* review by a District Judge; (2) to trial by jury in any

proceeding so triable in these cases or any case, controversy, or proceeding related to these

cases; (3) to have the District Court withdraw the reference in any matter subject to mandatory or

discretionary withdrawal; or (4) or any other rights, claims, actions, setoffs, or recoupments to

which Computershare is or may be entitled, in law or in equity, all of which rights, claims,

*[Remainder of the page intentionally left blank.]*

actions, defenses, setoffs, and recoupments Computershare expressly reserves.

Dated:    November 30, 2023
          New York, New York

By:    */s/ Nicholas A. Marten*_____

Beth M. Brownstein, *pro hac vice*
Nicholas A. Marten (Bar ID No. 043572011)
ARENTFOX SCHIFF LLP
1301 Avenue of the Americas
Floor 42
New York, NY 10019
Tel:    (212) 484-3900
Fax:    (212) 484-3990
Email:  Beth.Brownstein@afslaw.com
        Nicholas.Marten@afslaw.com

*Attorneys for Computershare Trust Company, National Association*