## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 175, 289-290** |

## <u>CERTIFICATE OF SERVICE</u>

I, DAVID RODRIGUEZ, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On November 29, 2023, I caused to be served the following:

    a.  "Notice of Chapter 11 Bankruptcy Cases," filed November 17, 2023 [Docket No. 175], (the "Commencement Notice"),

    b.  "Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief," dated November 29, 2023 [Docket No. 289], (the "Lease Procedures Order"), and

    c.  "Order (I) Authorizing (A) the Rejection of Certain Unexpired Leases and (B) the Abandonment of Certain Personal Property, if any, each Effective as of the Rejection Date; and (II) Granting Related Relief," dated November 29, 2023 [Docket No. 290], (the "Lease Rejection Order"),

    by causing true and correct copies of the:

    i.  Lease Procedures Order and Lease Rejection Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>,

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

    ii.      Lease Procedures Order and Lease Rejection Order, to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>,

    iii.     Lease Rejection Order, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

    iv.     Lease Rejection Order, to be delivered via electronic mail to 6 parties, whose names and email addresses are confidential and therefore not reflected,

    v.      Commencement Notice, to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit D</u>, and

    vi.     Commencement Notice, to be delivered via electronic mail to 10,796 parties, whose names and email addresses are confidential and therefore not reflected.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>*/s/ David Rodriguez*</u>
David Rodriguez

# EXHIBIT A

WEWORK INC.
SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 1619 BROADWAY REALTY LLC, A/K/A MACK REAL ESTATE | 60 COLUMBUS CIRCLE, 20TH FLOOR NEW YORK NY 10023 |
| ABM INDUSTRY GROUPS, LLC | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: SCOTT S. FLYNN ONE LIBERTY PLAZA, 7TH FL NEW YORK NY 10006 |
| CARR PROPERTIES | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: JACKSON PRENTICE 1615 L. STREET, NW SUITE 650 WASHINGTON DC 20036 |
| COMPUTERSHARE TRUST COMPANY NATIONAL ASSOCIATION | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: MEGAN FORD 1505 ENERGY DRIVE ST. PAUL MN 55108 |
| DELAWARE TRUST COMPANY | (OFFICIAL COMMITTTEE OF UNSECURED CREDITORS) ATTN: MICHELLE A. DREYER 251 LITTLE FALLS DRIVE WILMINGTON DE 19808 |
| HUDSON PACIFIC PROPERTIES, INC. | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: STEVEN JAFFE 11601 WILSHIRE BOULVEVARD, STE 900 LOS ANGELES CA 90025 |
| INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP | (COUNSEL TO 11 PARK PLACE LLC) ATTN: MICHAEL D CAPOZZI 150 EAST 42ND STREET, 19TH FLOOR NEW YORK NY 10017 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| KUCKER, MARINO, WINIARSKY & BITTENS LLP | (COUNSEL TO G.S.505 PARK, LLC ET AL) ATTN: EDMOND O'BRIEN 747 THIRD AVENUE, 17TH FLOOR NEW YORK NY 10017 |
| NORTHERN MARIANA ISLANDS AG | ATTN EDWARD MANIBUSAN CALLER BOX 10007 SAIPAN MP 96950-8907 |
| OFFICE OF THE US TRUSTEE | ATTN FRAN B STEELE, ESQ & PETER J D'AURIA, ESQ ONE NEWARK CENTER STE 2100 NEWARK NJ 07102 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN FAINU'ULELEI FALEFATU ALA'ILIMAUTU AMERICAN SAMOA GOVT EXEC OFC BLDG UTULEI TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | CONSUMER PROTECTION SECTION ATTN BANKRUPTCY NOTICES 455 GOLDEN GATE AVE STE 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN KRIS W KOBACH 120 SW 10TH AVE 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN DANIEL CAMERON 700 CAPITOL AVE STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST STE 1400 ST PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN MATTHEW J PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN BRIDGET HILL 109 STATE CAPITAL 200 W 24TH ST CHEYENNE WY 82002 |
| THE ALTER GROUP | 3201 OLD GLENVIEW ROAD UNIT 302 WILMETTE IL 60091 |
| THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C. | (COUNSEL TO PRESIDIO NETWORKED SOLUTIONS, INC.) ATTN: MICHAEL B. PUGH 2 SUN COURT, SUITE 400 PEACHTREE CORNERS GA 30092 |
| UNITED STATES ATTORNEYS OFFICE | DISTRICT OF NEW JERSEY 970 BROAD ST 806 NEWARK NJ 07102 |

WEWORK INC.
SERVICE List

| Claim Name | Address Information |
| --- | --- |

Total Creditor count  35

# EXHIBIT B

| WeWork Inc. Core/Top 30/NOA Electronic Service List | |
|---|---|
| **Name** | **Email** |
| 1460 LEASEHOLD SWIGHM LLC | jdvacker@merprop.com |
| 2 NINTH AVENUE PARTNERS LLC | ACCOUNTSRECEIVABLE@WMGOTTLIEB.COM |
| 260261 MADISON AVENUE LLC | RM@sapir.com |
| 400 CALIFORNIA LLC | kmouton@kennedywilson.com |
| 500512 SEVENTH AVENUE LP | ALICE.CHEN@CUSHWAKE.COM |
| 54 WEST 40TH REALTY LLC | eric@alliedpartners.com |
| AKERMAN LLP | mark.lichtenstein@akerman.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| BALLARD SPAHR LLP | hubenb@ballardspahr.com; branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| BCSP DENVER PROPERTY LLC | JULIE.BOWDEN@BPRETAIL.COM |
| BEACON CAPITAL PARTNERS LLC | khoffman@beaconcapital.com |
| BELKIN BURDEN GOLDMAN, LLP | Jsolomon@bbgllp.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com |
| BROADWAY CONTINENTAL CORP | david@bwaycc.com |
| BROOKFIELD PROPERTIES RETAIL INC., AS AGENT | bk@bpretail.com |
| Charles E. Boulbol, P.C. | rtrack@msn.com |
| Chiesa Shahinian & Giantomasi PC | jbondy@csglaw.com |
| Chiesa Shahinian & Giantomasi PC | szuber@csglaw.com |
| CIM GROUP | jtao@cimgroup.com |
| COHEN BROTHERS REALTY CORPORATION | mhorowitz@cohenbrothers.com |
| COLE SCHOTZ | jnovak@coleschotz.com |
| COOLEY LLP | ltiari@cooley.com |
| COOLEY LLP | mklein@cooley.com; lreichardt@cooley.com; elazerowitz@cooley.com |
| COZEN O' CONNOR | mfelger@cozen.com |
| CP 1875 K STREET LLC | jprentice@carrprop.com |
| CTO21 ACQUISITIONS II LLC | dsmith@ctoreit.com |
| CUSHMAN  WAKEFIELD | noelle.perkins@cushwake.com |
| DAVIS POLK  WARDWELL LLP | eli.vonnegut@davispolk.com |

| | |
|---|---|
| DAVIS POLK & WARDWELL LLP | ELI.VONNEGUT@DAVISPOLK.COM;<br>ELLIOT.MOSKOWITZ@DAVISPOLK.COM;<br>NATASHA.TSIOURIS@DAVISPOLK.COM;<br>JONAH.PEPPIATT@DAVISPOLK.COM |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DORSEY & WHITNEY LLP | kohn.sam@dorsey.com;<br>yulisa.courina@dorsey.com;<br>clark.monica@dorsey.com |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | mgottfried@elkinskalt.com |
| GENOVA BURNS LLC | dstolz@genovaburns.com;<br>DClarke@genovaburns.com |
| GENOVA BURNS LLC | dclarke@genovaburns.com |
| GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP | KNash@GWFGLaw.com |
| GOODWIN PROCTER LLP | mmitnick@goodwinlaw.com;<br>kjarashow@goodwinlaw.com;<br>sdasaro@goodwinlaw.com |
| GOULSTON & STORRS PC | bgage@goulstonstorrs.com;<br>drosner@goulstonstorrs.com |
| GREENBERG TRAURIG LLP | BRODYA@GTLAW.COM |
| HALPERIN BATTAGLIA BENZIJA, LLP | wbenzija@halperinlaw.net;<br>ahalperin@halperinlaw.net |
| HOLLAND & KNIGHT LLP | barbra.parlin@hklaw.com;<br>jose.casal@hklaw.com |
| JAMESTOWN LP | amurray@jamestownLP.com |
| JOHN HANCOCK LIFE INSURANCE COMPANY USA | tsamoluk@jhancock.com |
| KELLEY DRYE & WARREN LLP | JCARR@KELLEYDRYE.COM;<br>KELLIOTT@KELLEYDRYE.COM;<br>PWEINTRAUB@KELLEYDRYE.COM |
| KELLEY DRYE & WARREN LLP | rlehane@kelleydrye.com;<br>jraviele@kelleydrye.com;<br>cchoe@kelleydrye.com;<br>kdwbankruptcydepartment@kelleydrye.com |
| KUDMAN TRACHTEN ALOE POSNER LLP | paloe@kudmanlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| LUBIN OLSON & NIEWIADOMSKI LLP | dmiller@lubinolson.com |
| MAYORE ESTATES LLC | bstern@ngkf.com |
| MCDERMOTT WILL & EMERY LLP | mkandestin@mwe.com |

| | |
|---|---|
| MCDERMOTT WILL & EMERY LLP | crgibbs@mwe.com; mwombacher@mwe.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | gbressler@mdmc-law.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | mmorano@mdmc-law.com |
| MCGUIRE, CRADDOCK & STROTHER, P.C. | mchevallier@mcslaw.com |
| MILBANK LLP | BKinney@milbank.com; MPrice@milbank.com; GZhang@milbank.com |
| MORI TRUST CO LTD | tanaka-yo@mori-trust.co.jp |
| MOZAIC PARTNERS LLC | Jackie@Ackerberg.com |
| MUNGER, TOLLES & OLSON, LLP | Thomas.Walper@mto.com; Seth.Goldman@mto.com |
| NIXON PEABODY LLP | vmilione@nixonpeabody.com; cfong@nixonpeabody.com |
| NUVEEN REAL ESTATE  TIAA | chad.phillips@nuveen.com |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | ADMINISTRATION@OAGGUAM.ORG |
| OFFICE OF THE US TRUSTEE | Peter.J.D'Auria@usdoj.gov; fran.B.Steele@usdoj.gov; Rachel.Wolf@usdoj.gov |
| OFFIT KURMAN, P.A. | pwinterhalter@offitkurman.com |
| ONNI GROUP | gregwilks@onni.com |
| PAUL HASTINGS LLP | krishansen@paulhastings.com; frankmerola@paulhastings.com sayanbhattacharyya@paulhastings.com gabesasson@paulhastings.com |
| PIERCE ATWOOD LLP | amattera@pierceatwood.com |
| REED SMITH LLP | apiccione@reedsmith.com; mhouston@reedsmith.com |
| RFRK 77 SANDS OWNER LLC | jreifler@rfr.com |
| RFRK 81 PROSPECT OWNER LLC | jreifler@rfr.com |
| RIKER DANZIG | jschwartz@riker.com; tschellhorn@riker.com; dbloom@riker.com; gtoma@riker.com |
| RIVKIN RADLER LLP | ana.parikh@rivkin.com |
| ROSENBERG & ESTIS, P.C. | jgiampolo@rosenbergestis.com; hkingsley@rosenbergestis.com |
| RUBIN LLC | prubin@rubinlawllc.com |
| SECURITIES AND EXCHANGE COMMISSION | CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov; CommissionerLizarraga@sec.gov |
| SEIDMAN & PINCUS, LLC | ms@seidmanllc.com |

| | |
|---|---|
| Sherman, Silverstein, Kohl, Rose & Podolsky, P.A | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com |
| SILLS CUMMIS & GROSS P.C. | bmankovetskiy@sillscummis.com; asherman@sillscummis.com; gkopacz@sillscummis.com |
| SIMON PROPERTY GROUP, INC. | rtucker@simon.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| SQUIRE PATTON BOGGS (US) LLP | mark.errico@squirepb.com; jeffrey.rothleder@squirepb.com; peter.morrison@squirepb.com |
| SSL LAW FIRM LLP | ivo@ssllawfirm.com |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | AG@LA.AS.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | AGInfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | Attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | AGCARR@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | AGLabrador@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ConstituentServices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | AgInfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |

| STATE OF NEW YORK ATTORNEY GENERAL | NYAG.Pressoffice@ag.ny.gov |
|---|---|
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | Trish.Lazich@OhioAttorneyGeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | AttorneyGeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | tnattygen@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | bankruptcy@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | SPopps@oag.state.va.us; Bcurtis@oag.state.va.us |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| STRADLEY RONON STEVENS & YOUNG, LLP | dpereira@stradley.com |
| STRADLEY RONON STEVENS & YOUNG, LLP | jmmurphy@stradley.com |
| THE PLATFORM LLC | clewis@theplatform.city |
| TRAVIS COUNTY | Jason.Starks@traviscountytx.gov |
| U.S. BANK GLOBAL CORPORATE TRUST AND CUSTODY | justin.shearer@usbank.com |
| UNITARIAN UNIVERSALIST ASSOCIATION | sbetancourt@uua.org;  scarey@uua.org |
| US BANK TRUST COMPANY NA | christopher.grell@usbank.com |
| US VIRGIN ISLANDS ATTORNEY GENERAL | info@usvidoj.com |
| VENABLE LLP | MAGuerra@Venable.com; lsbouyea@Venable.com |
| WALSH PIZZI O'REILLY FALANGA LLP | sfalanga@walsh.law |

| | |
|---|---|
| WALTER  SAMUELS INC | pweiss@walter-samuels.com |
| WEBBER MCGILL LLC | dmcgill@webbermcgill.com |
| WEIL GOTSHAL MANGES LLP | kevin.bostel@weil.com;<br>gabriel.morgan@weil.com;<br>Eric.Einhorn@weil.com |
| WESTFIELD FULTON CENTER LLC | aline.taireh@urw.com |
| WeWork Inc. | legal@wework.com |
| WINDELS MARX LANE & MITTENDORF, LLP | smatthews@windelsmarx.com;<br>eperal@windelsmarx.com |
| WOLLMUTH MAHER DEUTSCH LLP | pdefilippo@wmd-law.com; jlawlor@wmd-law.com; jpacelli@wmd-law.com;<br>sfitzgerald@wmd-law.com; |

**EXHIBIT C**

| Claim Name | Address Information |
| --- | --- |
| ENGIE RESOURCES | 1360 POST OAK SUITE 400 HOUSTON TX |
| ENGIE RESOURCES | PO BOX 841680 DALLAS TX 75284-1680 |

**Total Creditor count  2**

| Claim Name | Address Information |
| --- | --- |
| 10 EAST 38TH STREET COMPANY LLC | FIRST PIONEER PROPERTIES, INC. 34-09 QUEENS BOULEVARD LONG ISLAND CITY NY 11101 |
| 100 SUMMER OWNER LLC | 500 BOYLSTON ST 21ST FLOOR SUITE 2100 BOSTON MA 02116 |
| 100 SUMMER OWNER LLC | ATTN: GENERAL COUNSEL 3953 MAPLE AVENUE, SUITE 300 DALLAS TX 75219 |
| 101 NORTH FIRST AVE LLC | 222 SW COLUMBIA ST STE 700 PORTLAND OR 97201 |
| 1156 APF LLC | APF PROPERTIES, LLC 28 WEST 44TH STREET, 7TH FLOOR NEW YORK NY 10036 |
| 1389 PEACHTREE STREET LP | PARKSIDE PARTNERS 1776 PEACHTREE STREET NW, SUITE 200S ATLANTA GA 30309 |
| 1619 BROADWAY REALTY LLC | MACK REAL ESTATE CREDIT STRATEGIES LP ATTN: ASSET MANAGEMENT 60 COLUMBUS CIRCLE, 20TH FLOOR NEW YORK NY 10023 |
| 1814 FRANKLIN INVESTORS, LLC | HARVEST PROPERTIES INC ATTN: THE LEAMINGTON PROPERTY MANAGEMENT 555 12TH STREET, SUITE 650 OAKLAND CA 94607 |
| 18191 VON KARMAN AVENUE TENANT LLC | 18191 VON KARMAN AVENUE IRVINE CA 92612 |
| 183 MADISON OWNER APF LP | 28 WEST 44TH STREET FLOOR 7 NEW YORK NY 10036 |
| 2 NINTH AVENUE PARTNERS LLC | C/O SIMON, EISENBERG & BAUM, LLP ATTN: HARRY J. GAFFNEY, ESQ. 24 UNION SQUARE EAST, FIFTH FLOOR NEW YORK NY 10003 |
| 2 NINTH AVENUE PARTNERS LLC | C/O WILLIAM GOTTLIEB MANAGEMENT CO LLC ATTN: MARK CALDEIRA 177 CHRISTOPHER STREET NEW YORK NY 10014 |
| 2016 SOHO LLC | STELLAR MANAGEMENT 44 W. 28TH STREET, 6TH FLOOR NEW YORK NY 10001 |
| 229 WEST 36TH STREET TENANT LLC | ATTN: LEASE ADMINISTRATION 115 WEST 18TH STREET, 2ND FLOOR NEW YORK NY 10011 |
| 2420 17TH STREET LLC | C/O BLACKROCK REALTY ADVISORS, INC. 50 HUDSON YARDS NEW YORK NY 10001 |
| 2420 17TH STREET LLC | C/O BLACKROCK REALTY ADVISORS, INC. 4400 MACARTHUR BLVD., SUITE 700 NEWPORT BEACH CA 92660 |
| 260-261 MADISON AVENUE LLC | ATTN: ALEX SAPIR/RYAN MARCUS 261 MADISON AVENUE, 27TH FLOOR NEW YORK NY 10016 |
| 270B METROPOLITAN SQUARE LLC | 1125 OCEAN AVENUE LAKEWOOD NJ 08701 |
| 270B METROPOLITAN SQUARE LLC | WIESEL LAW P.C. 50 MERRICK ROAD, SUITE 203 ROCKVILLE CENTRE NY 11570 |
| 3000 S ROBERTSON PROPERTY OWNER LLC | PENDULUM PROPERTY PARTNERS ATTN: DANIEL WAGMEN, PARTNER 3000 SOUTH ROBERTSON, SUITE 225 LOS ANGELES CA 90035 |
| 3000 S ROBERTSON PROPERTY OWNER LLC | PENDULUM MANAGEMENT LLC 4 PARK PLAZA, SUITE 400 IRVINE CA 92614 |
| 3000 S ROBERTSON PROPERTY OWNER LLC | PENDULUM PROPERTY PARTNERS ATTN: PROPERTY MANAGER 4 PARK PLAZA, SUITE 400 IRVINE CA 92614 |
| 36 LLC | WALTER & SAMUEL'S, INC. 419 PARK AVENUE SOUTH, 15TH FLOOR NEW YORK NY 10016 |
| 400 CALIFORNIA LLC | TAK REALTY SF, LLC 70 EAST 55TH ST, 4TH FLOOR NEW YORK NY 10022 |
| 400 CALIFORNIA LLC | KENNEDY-WILSON PROPERTIES, LTD. ATTN: GENERAL COUNSEL 151 S. EL CAMINO DRIVE BEVERLY HILLS CA 90212 |
| 400 CALIFORNIA LLC | KENNEDY-WILSON PROPERTIES, LTD. ATTN: PROPERTY MANAGER 430 CALIFORNIA STREET, BASEMENT LEVEL SAN FRANCISCO CA 94104 |
| 44 WALL STREET HOLDINGS LP | GAEDEKE GROUP, LLC 3710 RAWLINS ST., SUITE 1100 DALLAS TX 75219 |
| 500 FIFTH AVENUE (NEW YORK) LLC | CUSHMAN & WAKEFIELD, INC. 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| 54 WEST 40TH REALTY LLC | ALLIED PARTNERS INC. 770 LEXINGTON AVENUE, 9TH FLOOR NEW YORK NY 10065 |
| 599-6 LLC | ABC PROPERTIES 152 WEST 57TH STREET NEW YORK NY 10019 |
| 601 METROPOLITAN SQUARE LLC | ATTN: GENERAL MANAGER 211 NORTH BROADWAY, SUITE1290 ST. LOUIS MO 63102 |
| 6E32 FEE OWNERS LLC | MERINGOFF PROPERTIES 30 WEST 26TH STREET, 8TH FLOOR NEW YORK NY 10010 |
| 77 SANDS OWNER LLC | C/O KUSHNER COMPANIES ATTN LEASING DEPARTMENT, GENERAL COUNSEL 666 FIFTH AVENUE, 15TH FLOOR NEW YORK NY 10103 |
| 800 MARKET STREET LLC | ATTN: ASSET MANAGER INVESCO ADVISERS INC 2001 ROSS AVENUE, SUITE 3400 DALLAS TX 75201 |
| 800 MARKET STREET LLC | ATTN: 800 MARKET PROPERTY MANAGER CUSHMAN & WAKEFIELD OF CALIFORNIA INC 425 MARKET STREET, 23RD FLOOR SAN FRANCISCO CA 94105 |
| 800 MARKET STREET LLC | CBRE 150 CALIFORNIA STREET, SUITE 400 SAN FRANCISCO CA 94111 |
| AAREAL CAPITAL CORPORATION | 360 MADISON AVENUE, FLOOR 18 NEW YORK NY 10177 |
| AB 40TH STREET LLC | JACK RESNICK & SONS, INC 110 EAST 59TH STREET, 34TH FLOOR NEW YORK NY 10022 |

| Claim Name | Address Information |
|---|---|
| AL 511 WEST 25TH STREET OWNER, LLC | L&L HOLDING COMPANY, LLC ATTN: SR. V.P. ASSET MANAGEMENT 142 WEST 57TH STREET, 18TH FLOOR NEW YORK NY 10019 |
| ALLEN MATKINS LECK GAMBLE | MALLORY & NATSIS LLP 865 SOUTH FIGUEROA STREET, SUITE 2800 LOS ANGELES CA 90017-2543 |
| ALLEN MATKINS LECK GAMBLE | MALLORY & NATSIS LLP 1901 AVENUE OF THE STARS, SUITE 1800 LOS ANGELES CA 90067 |
| ALSTON & BIRD LLP | 1201 WEST PEACHTREE STREET ONE ATLANTIC CENTER ATLANTA GA 30309 |
| AMERANT BANK, N.A. | 437 MADISON AVENUE SUITE 27A NEW YORK NY 10022 |
| APF 28 WEST 44 OWNER LP | 28 WEST 44TH STREET 7TH FLOOR NEW YORK NY 10036 |
| APPLE BANK FOR SAVINGS | 122 EAST 42ND STREET 9TH FLOOR NEW YORK NY 10168 |
| APPLE BANK FOR SAVINGS | 122 EAST 42ND STREET NEW YORK NY 10168 |
| ARGONAUT INSURANCE COMPANY | 225 WEST WASHINGTON STREET 24TH FLOOR CHICAGO IL 60606 |
| ARNOLD & PORTER KAYE SCHOLER LLP | 250 WEST 55TH STREET NEW YORK NY 10019-9710 |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: AARON LEHRFIELD, ESQ. 250 WEST 55TH STREET NEW YORK NY 10019-9710 |
| BANK OF AMERICA MERRILL LYNCH | REAL ESTATE STRUCTURED FINANCE SERVICING NC1-026-06-01 900 WEST TRADE STREET, SUITE 650 CHARLOTTE NC 28255 |
| BANK OF AMERICA NA | ONE BRYANT PARK 35TH FLOOR NEW YORK NY 10036 |
| BANK OF AMERICA NA | ATTN: COMMERCIAL REAL ESTATE BANKING ONE BRYANT PARK NEW YORK NY 10036 |
| BANK OF AMERICA NA | ATTN: COMMERCIAL REAL ESTATE BANKING 222 BROADWAY, 14TH FLOOR NEW YORK NY 10038 |
| BANK OF THE OZARKS | ATTN: ROBERT LLOYD PO. BOX 196, 6TH AND COMMERCIAL OZARK AR 72949 |
| BANK OF THE OZARKS | ATTN: BRANNON HAMBLEN 8201 PRESTON ROAD, SUITE 700 DALLAS TX 75225 |
| BANK OZK | 6TH AND COMMERCIAL, PO BOX 196 OZARK AR 72949 |
| BANK OZK | 8201 PRESTON ROAD, SUITE 700 DALLAS TX 75225 |
| BCSP VII INVESTMENTS LP | C/O METLIFE INVESTMENT MANAGEMENT ATTN GENERAL COUNSEL/MIM-INVESTMENTS LAW ONE METLIFE WAY WHIPPANY NJ 07981-1449 |
| BCSP VII INVESTMENTS LP | C/O JONES LANG LASALLE AMERICAS, INC. ATTN: REGIONAL MANAGER 1225 SEVENTEENTH STREET, 19TH FLOOR DENVER CO 80202 |
| BCSP VII INVESTMENTS LP | C/O METLIFE INVESTMENT MANAGEMENT ATTN MNG DIR/EQUITY STRATEGIES GROUP 425 MARKET STREET, SUITE 1050 SAN FRANCISCO CA 94105 |
| BLUE BOTTLE COFFEE, INC. | 300 WEBSTER STREET OAKLAND CA 94607 |
| BOSTON PROPERTIES, L.P. | ATTN: REGIONAL GENERAL COUNSEL FOUR EMBARCADERO CENTER LOBBY LEVEL SUITE 1 SAN FRANCISCO CA 94111 |
| BOSTON PROPERTIES, L.P. | ATTN: BXP PROPERTY MANAGEMENT 1001 4TH AVENUE, SUITE 500 SEATTLE WA 98154 |
| BOSTON PROPERTIES, L.P. | 1001 4TH AVENUE, SUITE 500 SEATTLE WA 98154 |
| BROWN RUDNICK LLP | ONE FINANCIAL CENTER BOSTON MA 02111 |
| BRYAN CAVE LEIGHTON PAISNER LLP | 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| BXP MADISON CENTRE I LLC AND BXP MADISON | CENTRE II LLC BOSTON PROPERTIES LP ATTN: LEASE ADMINISTRATION 4 EMBARCADERO CENTER LOBBY LEVEL SUITE 1 SAN FRANCISCO CA 94111 |
| BXP MADISON CENTRE I LLC AND BXP MADISON | CENTRE II LLC BOSTON PROPERTIES LP ATTN: ASSET MANAGER (MADISON CENTRE) 4 EMBARCADERO CENTER LOBBY LEVEL SUITE 1 SAN FRANCISCO CA 94111-5994 |
| C&A 483 BROADWAY LLC | SCF MANAGEMENT LLC 1407 BROADWAY, 41ST FLOOR NEW YORK NY 10018 |
| CANADIAN IMPERIAL BANK OF | COMMERCE REAL ESTATE FINANCE DIVISION COMMERCIAL BANKING, 7TH FLOOR 400 BURRARD STREET VANCOUVER BC V6C 3A6 CANADA |
| CANADIAN IMPERIAL BANK OF COMMERCE | ATTN: REAL ESTATE GROUP ADMIN AGENT ONE SOUTH WACKER DRIVE, SUITE 3500 CHICAGO IL 60606 |
| CITIBANK NA | ATTN: LOAN ADMINISTRATION 153 EAST 53RD STREET NEW YORK NY 10043 |
| CITIZENS BANK, NATIONAL ASSOCIATION | ONE CITIZENS PLAZA PROVIDENCE RI 02903 |
| CMTG LENDER 33 LLC | MACK REAL ESTATE CREDIT STRATEGIES, L.P. 60 COLUMBUS CIRCLE NEW YORK NY 10023 |
| CORE AND VALUE ADVISORS, LLC | STOCKBRIDGE CAPITAL GROUP ATTN: THE LEAMINGTON ASSET MANAGER 4 EMBARCADERO CENTER, SUITE 3300 SAN FRANCISCO CA 94111 |
| CR-CHICAGO 125 SOUTH CLARK STREET, LLC | DLA PIPER LLP (US) ATTNN: ALEXA STEINFATT 1251 AVENUE OF THE AMERICAS, 27 TH |

| Claim Name | Address Information |
|---|---|
| CR-CHICAGO 125 SOUTH CLARK STREET, LLC | FLOOR NEW YORK NY 10020 |
| CR-CHICAGO 125 SOUTH CLARK STREET, LLC | CBRE, INC. PROPERTY MANAGEMENT 125 S. CLARK CHICAGO IL 60603 |
| CURTIS, MALLET-PREVOST, COLT & MOSLE LLP | 101 PARK AVENUE NEW YORK NY 10178 |
| CUSHMAN & WAKEFIELD OF CALIFORNIA INC | CANADA |
| CUSHMAN & WAKEFIELD, INC | 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| CUSHMAN & WAKEFIELD, INC. | ATTN: GENERAL COUNSEL 1290 AVENUE OF THE AMERICAS NEW YORK NY 10104 |
| DATAMINR INC. | 6 EAST 32ND STREET NEW YORK NY 10016 |
| DEUTSCHE BANK AG, NEW YORK BRANCH | ATTN: GENERAL COUNSEL 60 WALL STREET, 10TH FLOOR NEW YORK NY 10005 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | 345 PARK AVENUE, 14TH FLOOR NEW YORK NY 10154 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS | ATTN: VICE PRESIDENT STRUCTURED LENDER 345 PARK AVENUE, 14TH FLOOR NEW YORK NY 10154 |
| DLA PIPER LLP (US) | 33 ARCH STREET, 26TH FLOOR BOSTON MA 02110 |
| DLA PIPER LLP (US) | 444 WEST LAKE STREET SUITE 900 CHICAGO IL 60606-0089 |
| DOUGLAS EMMETT 2014, LLC | DOUGLAS EMMETT MANAGEMENT, LLC ATTN: DIRECTOR OF PROPERTY MANAGEMENT 1299 OCEAN AVENUE, SUITE 1000 SANTA MONICA CA 90401 |
| DWF V 311 W 43RD, LLC | DIVCO WEST REAL ESTATE SERVICES, LLC 540 MADISON AVENUE, 19 TH FLOOR NEW YORK NY 10022 |
| DWF V 311 W 43RD, LLC | DIVCO WEST REAL ESTATE SERVICES, INC. 200 STATE STREET, 12TH FLOOR BOSTON MA 02109 |
| DWF V 311 W 43RD, LLC | DIVCO WEST REAL ESTATE SERVICES, LLC ATTN: CORPORATE COUNSEL 301 HOWARD STREET, SUITE 2100 SAN FRANCISCO CA 94105 |
| ELKINS KALT WEINTRAUB | REUBEN GARTSIDE LLP 2049 CENTURY PARK EAST, SUITE 2700 LOS ANGELES CA 90067 |
| EMMET, MARVIN & MARTIN, LLP | 120 BROADWAY NEW YORK NY 10271 |
| FORETHOUGHT LIFE INSURANCE COMPANY | 30 HUDSON YARDS NEW YORK NY 10001 |
| G.S. 505 PARK, LLC | GLORIOUS SUN (NEW YORK) INC. 505 PARK AVENUE NEW YORK NY 10022 |
| GEARY-STOCKTON REALTY, LLC | AAC MANAGEMENT COMPANY. ATTN: CHIEF OPERATING OFFICER 150 EAST 58TH STREET, PENTHOUSE NEW YORK NY 10155 |
| GEARY-STOCKTON REALTY, LLC | AAC MANAGEMENT COMPANY ATTN: GENERAL COUNSEL 150 EAST 58TH STREET, PENTHOUSE NEW YORK NY 10155 |
| GIBSON, DUNN & CRUTCHER LLP | 200 PARK AVENUE NEW YORK NY 10166 |
| GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP | 125 PARK AVENUE, 12TH FLOOR NEW YORK NY 10017 |
| GOLDMAN SACHS INTERNATIONAL BANK | GOLDMAN SACHS LOAN OPERATIONS ATTN LETTER OF CREDIT DEPARTMENT MANAGER 2001 ROSS AVENUE, 29TH FLOOR DALLAS TX 75201 |
| GOLDMAN SACHS LENDING PARTNERS LLC | GOLDMAN SACHS LOAN OPERATIONS ATTN LETTER OF CREDIT DEPARTMENT MANAGER 2001 ROSS AVENUE, 29TH FLOOR DALLAS TX 75201 |
| GP COMMERCIAL JPM LLC | GRANITE POINT MORTAGE TRUST INC. ATTN: GENERAL COUNSEL 3 BRYANT PARK, SUITE 2400A NEW YORK NY 10036 |
| GRANDLAND MANAGEMENT LTD AND | 1045 HOWE STREET HOLDINGS LTD NARLAND MANAGEMENT 206-1168 HAMILTON STREET VANCOUVER BC V6B 2S2 CANADA |
| GRE-F 222 KEARNY FEE LLC AND GRE-F 222 | KEARNY LEASEHOLD LLC FLYNN PROPERTIES, INC. 225 BUSH STREET, SUITE 1800 SAN FRANCISCO CA 94104 |
| GRE-F 222 KEARNY FEE, LLC AND GRE-F 222 | KEARNY LEASEHOLD, LLC GEM REALTY CAPITAL, INC. 900 NORTH MICHIGAN AVENUE, SUITE 1450 CHICAGO IL 60611 |
| GREENBERG TRAURIG LLP | 200 PARK AVENUE NEW YORK NY 10166 |
| HAYNES AND BOONE, LLP | 30 ROCKEFELLER PLAZA, 26TH FLOOR NEW YORK NY 10112 |
| HOLLAND & KNIGHT LLP | 31 WEST 52ND STREET NEW YORK NY 10019 |
| HOLLAND & KNIGHT LLP | 200 CRESCENT COURT, SUITE 1600 DALLAS TX 75201 |
| HUDSON 1455 MARKET STREET, LLC | HUDSON PACIFIC PROPERTIES, INC. 11601 WILSHIRE BOULEVARD, SUITE 900 LOS ANGELES CA 90025 |
| INVESCO REAL ESTATE | ATTN: ATTN: MR. JAMES GILLEN 1166 AVENUE OF THE AMERICAS, 26TH FLOOR NEW YORK NY 10036 |

| Claim Name | Address Information |
|---|---|
| JACK RESNICK & SONS, INC. | ATTN: GENERAL COUNSEL 110 EAST 59TH STREET, 34TH FLOOR NEW YORK NY 10022 |
| JACK VOGEL ASSOCIATES | ATTNN: DAVID VOGEL 36 EAST 12TH STREET, 7TH FLOOR NEW YORK NY 10003 |
| JAMES BABBITT STITES & LOMBARD, PLLC | 801 SECOND AVE., SUITE 1000 SEATTLE WA 98104 |
| JONES LANG LASALLE | REAL ESTATE SERVICES INC CANADA |
| JOSEPH P. DAY REALTY CORP | 9 EAST 40TH STREET NEW YORK NY 10016 |
| JPMBB COM MORTGAGE SEC TRUST 2014-C26 | MIDLAND LOAN SERVICES A DIVISION OF PNC BANK NA 10851 MASTIN STREET, SUITE 300 OVERLAND PARK KS 66210 |
| KASOWITZ BENSON TORRES LLP | 1633 BROADWAY NEW YORK NY 10019 |
| KATTEN MUCHIN ROSENMAN LLP | 575 MADISON AVENUE NEW YORK NY 10022 |
| KAYE SCHOLER LLP | 250 W. 55TH STREET NEW YORK NY 10019-9710 |
| KOFFMAN KALEF LLP | 19TH FLOOR, 885 WEST GEORGIA STREET VANCOUVER BC V6O 3H4 CANADA |
| LADDER CAPITAL FINANCE LLC | 345 PARK AVENUE, 8 TH FLOOR NEW YORK NY 10154 |
| LAKESHORE LAND LESSEE PT LLC | STATE STREET GLOBAL ADVISORS 2600 MICHELSON DRIVE, 17TH FLOOR IRVINE CA 92612 |
| LAKESHORE LAND LESSEE PT LLC | SENTRE, INC. 18101 VON KARMAN AVENUE, SUITE 1220 IRVINE CA 92612 |
| LASALLE BROKERAGE, INC | 330 MADISON AVENUE NEW YORK NY 10017 |
| LAW OFFICES OF DAVID J. FEIT, ESQ., PLLC | 22 CORTLANDT STREET, SUITE 803 NEW YORK NY 10007 |
| LAWLAND CORP. | 770 LEXINGTON AVENUE NEW YORK NY 10065 |
| LCL GLOBAL-GOLDEN GATE, LLC | BALLARD SPAHR LLP 300 EAST LOMBARD STREET BALTIMORE MD 21202 |
| LIBERTY MARKET BUILDING TWO LP | WESTBANK PACIFIC REALTY CORP. ATTN: MEL PEARL, A.S.O 49 JACKES AVENUE, SUITE 200 TORONTO ON M4T 1E2 CANADA |
| LIFETIME ADELAIDE STREET INC. | 49 JACKES AVENUE, SUITE 200 TORONTO ON M4T 1E2 CANADA |
| LOEB & LOEB LLP | 345 PARK AVENUE NEW YORK NY 10154 |
| MADISON AVENUE LEASEHOLD LLC | SAGE REALTY CORPORATION 767 THIRD AVENUE NEW YORK NY 10017 |
| MAYORE ESTATES LLC AND | 80 LAFAYETTE ASSOCIATES LLC 100 HENRY STREET BROOKLYN NY 11201 |
| MCP HUB1 PROP LLC FKA BCSP RINO PROP LLC | C/O METLIFE INVESTMENT MANAGEMENT ATTN: AGC / MIM – INVESTMENTS LAW ONE METLIFE WAY WHIPPANY NJ 07981-1449 |
| MCP HUB1 PROP LLC FKA BCSP RINO PROP LLC | C/O JONES LANG LASALLE AMERICAS, INC. ATTN: REGIONAL MANAGER 1225 SEVENTEENTH STREET, 19TH FLOOR DENVER CO 80202 |
| MCP HUB1 PROP LLC FKA BCSP RINO PROP LLC | C/O METLIFE INVESTMENT MANAGEMENT ATTN: MD / EQUITY STRATEGIES GROUP 425 MARKET STREET, SUITE 1050 SAN FRANCISCO CA 94105 |
| MERCANTIL BANK NA | 437 MADISON AVENUE, SUITE 27A NEW YORK NY 10022 |
| METROPOLITAN LIFE INSURANCE COMPANY | ATTN: SENIOR VICE PRESIDENT ONE METLIFE WAY WHIPPANY NJ 07981-1449 |
| METROPOLITAN LIFE INSURANCE COMPANY | ATTN: REAL ESTATE INVESTMENTS ONE METLIFE WAY WHIPPANY NJ 07981-1449 |
| METROPOLITAN LIFE INSURANCE COMPANY | ATTN: ASSOCIATE GENERAL COUNSEL ONE METLIFE WAY WHIPPANY NJ 07981-1449 |
| METROPOLITAN LIFE INSURANCE COMPANY | ATTN: ASSC GC REAL ESTATE INVESTMENTS ONE METLIFE WAY WHIPPANY NJ 07981-1449 |
| METROPOLITAN LIFE INSURANCE COMPANY | ATTN: SVP, REAL ESTATE INVESTMENTS ONE METLIFE WAY WHIPPANY NJ 07981-1449 |
| METROPOLITAN LIFE INSURANCE COMPANY | ATTN: VICE PRESIDENT 425 MARKET STREET, SUITE 1050 SAN FRANCISCO CA 94105 |
| MORRISON COHEN LLP | 909 THIRD AVENUE NEW YORK NY 10022 |
| MORRISON FOERSTER LLP | 250 WEST 55TH STREET NEW YORK NY 10019 |
| NAMOR REALTY COMPANY LLC | WINTER PROPERTY MANAGEMENT LLC 9 WEST 57TH STREET, 30TH FLOOR NEW YORK NY 10019 |
| NARLAND MANAGEMENT SERVICES PARTNERSHIP | ATTN: PROPERTY MANAGER 206-1168 HAMILTON STREET VANCOUVER BC V6B 2S2 CANADA |
| NATIXIS REAL ESTATE CAPITAL LLC | 1201 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| NATIXIS, NEW YORK BRANCH | ATTN: REAL ESTATE ADMINISTRATION 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| NATIXIS, NEW YORK BRANCH | 1251 AVENUE OF THE AMERICAS NEW YORK NY 10020 |
| NEUMANN, ADAM | 166 2ND LLC 88 UNIVERSITY PLACE, 9TH FLOOR NEW YORK NY 10003 |
| NEUMANN, ADAM | 54 NORTH MOORE STREET, 2ND FLOOR NEW YORK NY 10013 |
| NEW YORK COMMUNITY BANK | 102 DUFFY AVENUE, 3RD FLOOR, NYCB PLAZA HICKSVILLE NY 11801 |
| NEW YORK COMMUNITY BANK | 102 DUFFY AVENUE 3RD FLOOR HICKSVILLE NY 11801 |

| Claim Name | Address Information |
|---|---|
| OLSHAN FROME WOLOSKY LLP | 1325 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| ONE METROPOLITAN SQUARE TENANT LLC | 115 W 18TH STREET NEW YORK NY 10011 |
| ONNI MANHATTAN TOWERS LP | ATTN: LEGAL DEPARTMENT 1010 SEYMOUR STREET, SUITE 200 VANCOUVER BC V6B 3M6 CANADA |
| ONNI MANHATTAN TOWERS LP | MANHATTAN BEACH TOWERS ATTN: PROPERTY MANAGER 315 W. 9TH STREET, SUITE 801 LOS ANGELES CA 90015 |
| ONNI MANHATTAN TOWERS LP | ATTN: PROPERTY MANAGEMENT 1031 S BROADWAY, SUITE 400 LOS ANGELES CA 90015 |
| OSS 2016 LLC | STELLAR MANAGEMENT 44 W. 28TH STREET, 6TH FLOOR NEW YORK NY 10001 |
| PACIFIC DESIGN CENTER 1, LLC | ATTN: CHIEF OPERATING OFFICER 750 LEXINGTON AVENUE, 28TH FLOOR NEW YORK NY 10022 |
| PACIFIC DESIGN CENTER 1, LLC | 750 LEXINGTON AVENUE, 27TH FLOOR NEW YORK NY 10022 |
| PACIFIC DESIGN CENTER 1, LLC | 700 SAN VICENTE BOULEVARD WEST HOLLYWOOD CA 90069 |
| PARLEX 3A FINCO, LLC | BLANKSTONE MORTGAGE TRUST, INC. ATTN: BREDS ASSET MANAGEMENT 345 PARK AVENUE NEW YORK NY 10154 |
| PARLEX 3A FINCO, LLC | BLANKSTONE MORTGAGE TRUST, INC. 345 PARK AVENUE NEW YORK NY 10154 |
| PATTERSON BELKNAP WEBB & TYLER LLP | 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| PAUL HASTINGS, LLP | 200 PARK AVENUE NEW YORK NY 10166 |
| PERKINS COIE LLC | DAVID PEREZ 1201 THIRD AVENUE, SUITE 4900 SEATTLE WA 98101-3099 |
| PFP HOLDING COMPANY VI, LLC | PRIME FINANCE PARTNERS ATTN: STEVE GERSTUNG 233 NORTH MICHIGAN, SUITE 2318 CHICAGO IL 60601 |
| PNC BANK NA | PNC REAL ESTATE 20 NEWPORT CENTER DRIVE, 11TH FLOOR NEWPORT BEACH CA 92660 |
| POLSINELLI PC | ATTN: JENNIFER JONES, ESQ 1401 EYE STREET N.W., SUITE 800 WASHINGTON DC 20005 |
| POLSINELLI PC | 900 W. 48TH PLACE, SUITE 900 KANSAS CITY MO 64112 |
| PRINCIPLE LIFE INUSRANCE COMPANY | PRINCIPAL REAL ESTATE INVESTORS, LLC 801 GRAD AVENUE DES MOINES IA 50309 |
| PRINCIPLE LIFE INUSRANCE COMPANY | PRINCIPAL REAL ESTATE INVESTORS, LLC ATTN: COMMERCIAL MORTGAGE SERVICING 801 GRAD AVENUE DES MOINES IA 50309 |
| PROMENADE GATEWAY LP | ATTN: ASSET MANAGER 9440 SOUTH SANTA MONICA BLVD, SUITE 700 BEVERLY HILLS CA 90210 |
| PROMENADE GATEWAY LP | ATTN: PROPERTY MANAGER 9777 WILSHIRE BOULEVARD, SUITE 815 BEVERLY HILLS CA 90212 |
| PROMENADE GATEWAY LP | 1453 THIRD STREET, PO BOX 100 SANTA MONICA CA 90401 |
| RESNICK & SONS, INC. | ATTN: GENERAL COUNSEL 110 EAST 59TH STREET, 34TH FLOOR NEW YORK NY 10022 |
| RESNICK 255 GREENWICH, LLC | JACK RESNICK & SONS, INC. 110 EAST 59TH STREET, 34TH FLOOR NEW YORK NY 10022 |
| RFM BLOCK ON CONGRESS I, LLC | RELATED COMPANIES 60 COLUMBUS CIRCLE, 20TH FLOOR NEW YORK NY 10023 |
| RFM-KTB CSQ PROPCO, LLC | RELATED FUND MANAGEMENT 30 HUDSON YARDS, 83RD FLOOR NEW YORK NY 10001 |
| RFM-KTB CSQ PROPCO, LLC | RELATED BEAL ATTN: CONGRESS SQUARE PROPERTY 177 MILK STREET BOSTON MA 02109 |
| RFR HOLDING LLC | ATTN MICHAEL FUCHS AND FRANK MANGIERI 390 PARK AVENUE, 3RD FLOOR NEW YORK NY 10022 |
| RFR HOLDING LLC | 390 PARK AVENUE, 3RD FLOOR NEW YORK NY 10022 |
| RFR/K 77 SANDS OWNER LLC | C/O RFR REALTY LLC 375 PARK AVENUE, 10TH FLOOR NEW YORK NY 10152 |
| RFR/K 77 SANDS OWNER LLC | 55 PROSPECT STREET SUITE 204 BROOKLYN NY 11201 |
| RFR/K 81 PROSPECT OWNER LLC | C/O RFR REALTY LLC 375 PARK AVENUE, 10TH FLOOR NEW YORK NY 10152 |
| RFR/K 81 PROSPECT OWNER LLC | 55 PROSPECT STREET, SUITE 204 BROOKLYN NY 11201 |
| ROBINSON BROG LEINWAND | GREENE GENOVESE & GLUCK P.C. 875 THIRD AVENUE, 9TH FLOOR NEW YORK NY 10022-0123 |
| ROCKHILL MANAGEMENT, LLC | 500 BOYLSTON ST 21ST FLOOR SUITE 2100 BOSTON MA 02116 |
| ROCKPOINT GROUP, LLC | ATTN: MANAGING MEMBER OLD PARKLAND, 3953 MAPLE AVENUE SUITE 300 DALLAS TX 75219 |
| ROCKPOINT GROUP, LLC | ATTN: GENERAL COUNSEL OLD PARKLAND, 3953 MAPLE AVENUE SUITE 300 DALLAS TX 75219 |
| ROMER DEBBAS LLP | 275 MADISON AVENUE, SUITE 801 NEW YORK NY 10016 |

| Claim Name | Address Information |
| --- | --- |
| RONBET 40TH STREET LLC | ATTN: JOSEPH P. DAY REALTY CORPORATION 9 EAST 40TH STREET, 8TH FLOOR NEW YORK NY 10016 |
| RONBET 437 LLC | JOSEPH P. DAY REALTY CORPORATION ATTN: OFFICE MANAGER 9 EAST 40TH STREET, 8TH FLOOR NEW YORK NY 10016 |
| ROSENBERG & ESTIS, P.C. | 733 3RD AVE FL 14 NEW YORK NY 10017-3204 |
| ROYAL BANK OF CANADA | CANADA |
| ROYAL BANK OF CANADA | 6400 NO. 3 ROAD – 2ND FLOOR RICHMOND BC V6Y 2C2 CANADA |
| SAGE REALTY CORPORATION | ATTN: DIR OF PROP MGT & CONSTRUCTION 767 THIRD AVENUE, 5TH FLOOR NEW YORK NY 10017 |
| SAGE REALTY CORPORATION | 437 MADISON AVENUE NEW YORK NY 10022 |
| SANTANDER HOLDINGS USA, INC. | C/O SANTANDER BANK, N.A. ATTN HEAD OF CORP REAL ESTATE & SERVICES 200 LIBERTY STREET NEW YORK NY 10281 |
| SANTANDER HOLDINGS USA, INC. | C/O SANTANDER BANK, N.A. ATTN: CORPORATE REAL ESTATE COUNSEL 75 STATE STREET BOSTON MA 02109 |
| SANTANDER HOLDINGS USA, INC. | C/O SANTANDER BANK, N.A. ATTN: LEASE ADMINISTRATION 2 MORRISSEY BOULEVARD DORCHESTER MA 02125 |
| SCHULTE ROTH & ZABEL LLP | 919 THIRD AVE, 21ST FLOOR NEW YORK NY 10022 |
| SCHULTE ROTH & ZABEL LLP | ATTN: JULIAN M. WISE 919 THIRD AVENUE NEW YORK NY 10022 |
| SCHWARTZ LEVINE PLLC | 7 PENN PLAZA, SUITE 210 NEW YORK NY 10001 |
| SHAPE BRENTWOOD LP, BRENTWOOD | TOWNCENTRE LP AND 0862223 B.C. LTD SHAPE PROPERTIES CORP 2020 1 BENTALL CNT 505 BURRARD ST BX 206 VANCOUVER BC V7X 1M6 CANADA |
| SHELEY, HALL & WILLIAMS, PC | 303 PEACHTREE STREET, N.E., SUITE 4440 ATLANTA GA 30308 |
| SHERIN AND LODGEN LLP | 101 FEDERAL STREET BOSTON MA 02110 |
| SIGNATURE BANK | 68 SOUTH SERVICE ROAD MELVILLE NY 11747 |
| SOHO AOA OWNER LLC | STELLAR MANAGEMENT 44 W. 28TH STREET 6TH FLOOR NEW YORK NY 10001 |
| SPAULDING AND SLYE INVESTMENTS | ATTN: ASSET MANAGER ONE POST OFFICE SQUARE, 26TH FLOOR BOSTON MA 02109 |
| SPERBER DENENBERG & KAHAN, P.C. | ATTN: ATTORNEYS 48 WEST 37TH STREET, 16TH FLOOR NEW YORK NY 10018 |
| SUNSET PARK HOLDINGS, LLC | ATTN: MANAGING MEMBER 1526 SOUTH BROADWAY LOS ANGELES CA 90015 |
| SUNSET PARK HOLDINGS, LLC | ATTN: GENERAL COUNSEL 1526 SOUTH BROADWAY LOS ANGELES CA 90015 |
| TERRA CAPITAL PARTNERS LLC | 805 THRID AVENUE, 8TH FLOOR NEW YORK NY 10022 |
| THE BANK OF EAST ASIA LIMITED | 540 MADISON AVENUE, 10TH FLOOR NEW YORK NY 10022 |
| THE BANK OF NEW YORK MELLON | 240 GREENWICH STREET NEW YORK NY 10286 |
| THE MANUFACTUERS LIFE INSURANCE COMPANY | 200 BLOOR STREET EAST, MAIL ROOM TORONTO ON M4W 1E5 CANADA |
| THE MANUFACTUERS LIFE INSURANCE COMPANY | 500-1095 WEST PENDER STREET VANCOUVER BC V6E 2M6 CANADA |
| TPL PROPERTY OWNER LP | CORE PROPERTY CAPITAL 3060 PEACHTREE ROAD SUITE 220 ATLANTA GA 30305 |
| TPL PROPERTY OWNER LP | CORE PROPERTY CAPITAL 3060 PEACHTREE ROAD SUITE 220 ATLANTA GA 30326 |
| TRINITY HUDSON HOLDINGS, LLC | 345 HUDSON ST, 12TH FLOOR NEW YORK NY 10014 |
| UNION SQUARE ASSOCIATES, LLC | BUCHBINDER & WARREN LLC ONE UNION SQUARE WEST NEW YORK NY 10003 |
| USBC MORTGAGE LENDER, L.L.C. | 900 N MICHIGAN AVENUE, SUITE 1900 CHICAGO IL 60611 |
| VBG 990 AOA LLC | ATTN: VANBARTON SERVICES LLC 292 MADISON AVENUE, 7TH FLOOR NEW YORK NY 10017 |
| VINSON ELKINS LLP | 1114 AVENUE OF THE AMERICAS, 32ND FLOOR NEW YORK NY 10036 |
| WALBER 419 COMPANY LLC AND | 419 PARK AVENUE SOUTH ASSOCIATES LLC WALTER & SAMUELS, INC. 419 PARK AVENUE SOUTH, 15TH FLOOR NEW YORK NY 10016 |
| WALSAM 130 MAD LLC | 419 PARK AVENUE SOUTH, 15TH FLOOR NEW YORK NY 10016 |
| WAR HORSE GOLDEN GATE LLC | ATTN: CHIEF FINANCIAL OFFICER 175 VARICK STREET NEW YORK NY 10014 |
| WARSHAW BURSTEIN, LLP | 555 FIFTH AVENUE NEW YORK NY 10017 |
| WELLS FARGO BANK | 150 E. 42ND STREET, 37TH FLOOR NEW YORK NY 10017 |
| WELLS FARGO BANK | 125 HIGH STREET, 15TH FLOOR BOSTON MA 02110 |
| WELLS FARGO BANK | ATTN: LEASE REVIEWS 401 SOUTH TRYON STREET, 8TH FLOOR CHARLOTTE NC 28202 |
| WELLS FARGO BANK | ATTN: LEASE REVIEWS 401 SOUTH TRYON STREET, 8TH CHARLOTTE NC 28202 |

| Claim Name | Address Information |
|---|---|
| WELLS FARGO BANK | MIDLAND LOAN SERVICES A DIVISION OF PNC BANK, NA 10851 MASTIN STREET, SUITE 300 OVERLAND PARK KS 66210 |
| WELLS FARGO BANK | KEYBANK NATIONAL ASSOCIATION 11501 OUTLOOK ST., STE 300 OVERLAND PARK KS 66211 |
| WEST 18TH STREET VENTURE LLC | ASB CAPITAL MANAGEMENT, LLC ATTN: GENERAL COUNSEL 7501 WISCONSIN AVENUE, SUITE 1300W BETHESDA MD 20814 |
| WEST 36 TT, LLC | 712 FIFTH AVENUE 6TH FLOOR NEW YORK NY 10019 |
| WEST 36 TT, LLC | BRICKMAN 9-20 35TH AVENUE, SUITE 2L ASTORIA NY 11106 |
| WEST PENDER II LP,OPTRUST W PENDER,ET AL | ATTN: BENTALL KENNEDY (CANADA) LTD PSHIP 1055 DUNSMUIR ST, PO BOX 49001 STE 1800, FOUR BENTALL CENTRE VANCOUVER BC V7X 1B1 CANADA |
| WESTERMAN BALL EDERER | MILLER ZUCKER & SHARFSTEIN LLP 1201 RXR PLAZA UNIONDALE NY 11556 |
| WESTFIELD FULTON CENTER LLC | MANAGEMENT OFFICE OCULUS LEVEL C2 ATTN DIANA GRASO 185 GREENWICH ST, OCULUS LEVEL C2 NEW YORK NY 10007 |
| WESTFIELD FULTON CENTER LLC | ATTN: GENERAL MANAGER (FULTON CENTER) 7 WORLD TRADE CENTER / 250 GREENWICH ST 37TH FLOOR, SUITE C NEW YORK NY 10007 |
| WESTFIELD FULTON CENTER LLC | ATTN: LEGAL DEPARTMENT 2049 CENTURY PARK EAST 41ST FLOOR LOS ANGELES CA 90067 |
| WESTFIELD FULTON CENTER LLC | ATTN: LEASE ADMINISTRATION 2049 CENTURY PARK EAST 41ST FLOOR LOS ANGELES CA 90067 |
| WOHL LOEWE STETTNER FABRICANT & DEITZ PC | 10 EAST 40TH STREET NEW YORK NY 10016 |

Total Creditor count  247

**EXHIBIT D**

WEWORK INC.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 801 BARTON SPRINGS OWNER LLC | C/O LATHAM & WATKINS LLP ATTN: GARY AXELROD, ESQ. CHICAGO IL 60611 |
| SFIII 1111 BROADWAY, LLC | C/O ALLEN MATKINS LECK GAMBLE MALLORY AND NATSIS LLP 1901 AVENUE OF THE STARS, SUITE 1800 LOS ANGELES CA 90067 |

**Total Creditor count  2**