| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Peter J. D'Auria, Esq.<br>Fran B. Steele, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Peter.J.D'Auria@usdoj.gov<br>Email: Fran.B.Steele@usdoj.gov | Case No.:    23-19865(JKS)<br>(Jointly Administered)<br>Chapter 11 |
| In Re:<br><br>WeWork Inc., *et al.*,<br><br>Debtor. | Hearing Date:    December 6, 2023 at 11:00 a.m.<br><br>Judge:    Honorable John K. Sherwood |

# CERTIFICATION OF SERVICE

1. I, Adela Alfaro:

    ☐ represent _____ in this matter.

    ☒ am the paralegal for Peter J. D'Auria, Esq., who represents Andrew R. Vara, United States Trustee for Region 3 in this matter.

2. On December 1, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    *Limited Objection to the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief.*

    I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: December 1, 2023                          */s/ Adela Alfaro*
                                                Adela Alfaro
                                                Paralegal

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | |

   To be served upon the Master Service List as listed on Docket No. 220 via regular Mail or via electronic mail.