|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Geoffrey E. Lynott<br>McCARTER & ENGLISH, LLP<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Telephone: (973) 622-4444<br>E-mail: glynott@mccarter.com<br><br>and<br><br>Russell R. Johnson III<br>John M. Craig<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin-Sabot, Virginia  23103<br>Telephone: (804) 749-8861<br>russell@russelljohnsonlawfirm.com<br><br>*Co-Counsel for Commonwealth Edison Company, Consolidated Edison Company of New York, Inc., The Potomac Electric Power Company, Georgia Power Company, NStar East Electric Company d/b/a Eversource and Florida Power & Light Company* | |
| In re:<br><br>WEWORK INC., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF WITHDRAWAL OF OBJECTION OF CERTAIN UTILITY COMPANIES TO THE DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) APPROVING THE DEBTORS' PROPOSED ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (II) PROHIBITINIG UTILITY COMPANIES FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, (III) APPROVING THE DEBTORS' PROPOSED PROCEDURES FOR RESOLVING ADEQUATE ASSURANCE REQUESTS, (IV) AUTHORIZING CERTAIN FEE PAYMENTS TO THE UTILITY AGENT, AND (V) GRANTING RELATED RELIEF**

ME1 46905369v.2

Commonwealth Edison Company, Consolidated Edison Company of New York, Inc., The Potomac Electric Power Company, Georgia Power Company, NStar East Electric Company d/b/a Eversource and Florida Power & Light Company (collectively, the "Utilities"), hereby withdraw their *Objection* (Docket No. 230) to the *Debtors' Motion For Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures For Resolving Adequate Assurance Requests, (IV) Authorizing Certain Fee Payments To the Utility Agent, and (V) Granting Related Relief* (Docket No. 11), pursuant to a settlement between the Utilities and the Debtors.

Dated: December 1, 2023

Respectfully Submitted,

McCARTER & ENGLISH, LLP

<u>/s/ Geoffrey E. Lynott</u>
Geoffrey E. Lynott
McCARTER & ENGLISH, LLP
100 Mulberry Street
Newark, New Jersey 07102
Telephone: (973) 622-4444
E-mail: glynott@mccarter.com

and

Russell R. Johnson III
John M. Craig
Law Firm of Russell R. Johnson III, PLC
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
Email: russell@russelljohnsonlawfirm.com,
john@russelljohnsonlawfirm.com

*Counsel for Commonwealth Edison Company, Consolidated Edison Company of New York, Inc., The Potomac Electric Power Company, Georgia Power Company, NStar East Electric*

*Company d/b/a Eversource and Florida Power & Light Company*