|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Geoffrey E. Lynott<br>McCARTER & ENGLISH, LLP<br>100 Mulberry Street<br>Newark, New Jersey 07102<br>Telephone: (973) 622-4444<br>E-mail: glynott@mccarter.com<br><br>and<br><br>Russell R. Johnson III<br>John M. Craig<br>Law Firm of Russell R. Johnson III, PLC<br>2258 Wheatlands Drive<br>Manakin-Sabot, Virginia  23103<br>Telephone: (804) 749-8861<br>russell@russelljohnsonlawfirm.com<br><br>*Co-Counsel for Commonwealth Edison Company, Consolidated Edison Company of New York, Inc., The Potomac Electric Power Company, Georgia Power Company, NStar East Electric Company d/b/a Eversource and Florida Power & Light Company* | |
| In re:<br><br>WEWORK INC., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

## **CERTIFICATE OF SERVICE**

1.     I, Linda Restivo:

    ☐ represent Creditor _____ in this matter.

    ☒ am a paralegal at McCarter & English, LLP, who is local counsel to *Commonwealth Edison Company, Consolidated Edison Company of New York, Inc.,*

*The Potomac Electric Power Company, Georgia Power Company, NStar East Electric Company d/b/a Eversource, and Florida Power & Ligh*t in this matter.

☐ am the _____ in this case and am representing myself.

2. I caused to be served a copy of document referenced below on the parties indicated below and various additional parties who receive notification through the Court's CMECF system:

- *Notice of Withdrawal of Objection of Certain Utility Companies To the Debtors' Motion For Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Prohibiting Utility Companies From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures For Resolving Adequate Assurance Requests, (IV) Authorizing Certain Fee Payments To the Utility Agent, and (V) Granting Related Relief*

3. I hereby certify under penalty of perjury that the above document was served using the mode of service indicated.

Dated: December 1, 2023                                 */s/ Linda Restivo*
                                                                        Linda Restivo

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Michael D. Sirota, Esq.<br>msirota@coleschotz.com<br>Felice R. Yudkin, Esq.<br>fyudkin@coleschotz.com<br>Warren A. Usatine, Esq.<br>wusatine@coleschotz.com<br>Ryan T. Jareck, Esq.<br>rjareck@coleschotz.com | Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other (Via CMECF (*Sirota only*) and E-Mail per Fed.R.Bankr.P. 9036)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Edward O. Sassower, Esq.<br>edward.sassower@kirkland.com<br>Joshua A. Sussberg, Esq.<br>joshua.sussberg@kirkland.com<br>Steven N. Serajeddini, Esq.<br>steven.serajeddini@kirkland.com<br>Ciara Foster, Esq.<br>ciara.foster@kirkland.com | Counsel for Debtors | ☐ Hand-delivered<br>☐ Regular mail on 7/25/23<br>☐ Certified mail/RR<br>☒ Other (Via CMECF (*Sussberg only*) and E-Mail per Fed.R.Bankr.P. 9036)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fran B. Steele, Esq.<br>Fran.B.Steele@usdoj.gov | Office of the US Trustee | ☐ Hand-delivered<br>☐ Regular mail on 7/25/23<br>☐ Certified mail/RR<br>☒ Other (Via CMECF and E-Mail per Fed.R.Bankr.P. 9036)<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

3

ME1 46905402v.2