**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
edward.sassower@kirkland.com
joshua.sussberg@kirkland.com
steven.serajeddini@kirkland.com
ciara.foster@kirkland.com

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:     (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

*Proposed Co-Counsel for Debtors and*
*Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**NOTICE OF CANCELLATION OF HEARING ON**
**DECEMBER 6, 2023, AT 10:00 A.M. (EASTERN TIME)**

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork.  The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**HEARING FOR THE MOTIONS ADJOURNED TO DECEMBER 11, 2023**

1.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Scheduling a Final Hearing, (IV) Modifying the Automatic Stay, and (V) Granting Related Relief [Docket No. 43]

Related Documents

- Adjournment Request [Docket No. 324]

**Status**:  **The hearing date and time has been adjourned to December 11, 2023, at 10:00 a.m. (Eastern Time).**

2.    Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Obtain Postpetition Financing, (II) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Docket No. 186]

Related Documents

- Adjournment Request [Docket No. 324]

**Status**:  **The hearing date and time has been adjourned to December 11, 2023, at 10:00 a.m. (Eastern Time).**

**HEARING FOR THE MOTION ADJOURNED TO DECEMBER 20, 2023**

3.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) File a Consolidated List of the Debtors' Thirty Largest Creditors (B) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor (C) Redact or Withhold Certain Confidential Information of Customers, and (D) Redact Certain Personally Identifiable Information; (II) Waiving the Requirement to File a List of Equity Holders and Provide Notices Directly to Equity Security Holders; and (III) Granting Related Relief [Docket No. 17]

Related Documents

- Adjournment Request [Docket No. 325]

**Status**:  **The hearing date and time has been adjourned to December 20, 2023, at 2:00 p.m. (Eastern Time).**

**ORDERS SUBMITTED IN ADVANCE OF PRIOR SCHEDULED HEARING BUT NOT YET ENTERED**

4.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain and Administer Their Customer Programs and (B) Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 6]

Related Documents

- Certificate of No Objection [Docket No. 323]

**Status**:  **An order resolving all formal and informal objections has been submitted to the Court.**

5.      Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing Debtors to Pay Prepetition Claims of Certain Critical Vendors, Foreign Vendors, 503(b)(9) Claimants, and Lien Claimants, (II) Granting Administrative Expense Priority to Undisputed Obligations on Account of Outstanding Orders, and (III) Granting Related Relief [Docket No. 15]

Related Documents

- Certificate of No Objection [Docket No. 316]

**Status**:  **An order resolving all formal and informal objections has been submitted to the Court.**

6.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs; and (II) Granting Related Relief [Docket No. 13]

Related Documents

- Certificate of No Objection [Docket No. 314]

**Status**:  **An order resolving all formal and informal objections has been submitted to the Court.**

7.      Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of, Exchanges for and Declarations of Worthlessness With Respect to Common Stock, and (II) Granting Related Relief [Docket No. 16]

Related Documents

- Certificate of No Objection [Docket No. 317]

**Status**:  **An order resolving all formal and informal objections has been submitted to the Court.**

8.      Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Payments of Certain Taxes and Fees and (II) Granting Related Relief [Docket No. 10]

Related Documents

- Certificate of No Objection [Docket No. 321]

**Status**:  **An order resolving all formal and informal objections has been submitted to the Court.**

9.      Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing Fee Payments to the Utility Agent, and (V) Granting Related Relief [Docket No. 11]

Related Documents

- Objection of Certain Utility Companies to the Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, (IV) Authorizing Certain Fee Payments to the Utility Agent, and (V) Granting Related Relief [Docket No. 230]

- Certificate of No Objection [Docket No. 322]

**Status**:  **An order resolving all formal and informal objections has been submitted to the Court.**

10.     Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Maintain Insurance and Surety Coverage Entered Into Prepetition and Pay Related Prepetition Obligations and (B) Renew, Supplement, Modify, or Purchase Insurance and Surety Coverage and (II) Granting Related Relief [Docket No. 7]

Related Documents

- Limited objection filed by U.S. Specialty Insurance Company [Docket No. 283]

- Certificate of No Objection [Docket No. 319]

**Status**:  **An order resolving all formal and informal objections has been submitted to the Court.**

11.  Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business [Docket No. 141]

Related Documents

- Certificate of No Objection [Docket No. 318]

- Declaration of Pamela Swidler, Chief Legal Officer, Chief Compliance Officer, and Corporate Secretary of WeWork Inc., in Support of Debtors' Motion for Entry of an Order Authorizing Employment and Payment of Professionals Utilized in the Ordinary Course of Business [Docket No. 328]

**Status**:  **An order resolving all formal and informal objections has been submitted to the Court.**

12.  Debtors' Motion for Entry of an Order (I) Authorizing and Establishing Procedures for the Compromise and Settlement of De Minimis Claims, (II) Approving the Form and Manner of the Notice of Settlement, and (III) Granting Related Relief [Docket No. 140]

Related Documents

- Certificate of No Objection [Docket No. 327]

**Status**:  **An order resolving all formal and informal objections has been submitted to the Court.**

13.  Debtors' Motion for Entry of an Order (I) Authorizing and Establishing Procedures for the De Minimis Asset Transactions; (II) Authorizing and Establishing Procedures for De Minimis Asset Abandonment; (III) Approving the Form and Manner of the Notice of De Minimis Asset Transactions and Abandonment; and (IV) Granting Related Relief [Docket No. 142]

Related Documents

- Limited objection filed by U.S. Specialty Insurance Company [Docket No. 283]

- Certificate of No Objection [Docket No. 320]

**Status**:  **An order resolving all formal and informal objections has been submitted to the Court.**

Dated: December 5, 2023

/s/ Michael D. Sirota

**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:      (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Proposed Co-Counsel for Debtors and
Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
edward.sassower@kirkland.com
joshua.sussberg@kirkland.com
steven.serajeddini@kirkland.com
ciara.foster@kirkland.com

*Proposed Co-Counsel for Debtors and
Debtors in Possession*