# **EXHIBIT 1**

**[SEALED] Master Services Agreement and Canada Participation Agreement**