# **EXHIBIT 4**

**Notice of Claims**

**Wolters Kluwer**

CT Corporation
Service of Process Notification
11/17/2023
CT Log Number 545170426

## Service of Process Transmittal Summary

**TO:** Jahaira Zagarell
Cushman & Wakefield
225 W. WACKER DR. STE. #3000
CHICAGO, IL 60606

**RE:** Process Served in Texas

**FOR:** Cushman & Wakefield U.S., Inc.  (Domestic State: MO)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: TDIndustries, Inc. // To: Cushman & Wakefield U.S., Inc. |
| **CASE #:** | None Specified |
| **NATURE OF ACTION:** | Notice of Intent |
| **PROCESS SERVED ON:** | C T Corporation System, Dallas, TX |
| **DATE/METHOD OF SERVICE:** | By Traceable Mail on 11/17/2023 |
| **JURISDICTION SERVED:** | Texas |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 11/18/2023, Expected Purge Date: 11/23/2023 |
| | Image SOP |
| | Email Notification,  JESSIE WALLER  jessie.waller@cushwake.com |
| | Email Notification,  Britt Woodbury  britt.woodbury@cushwake.com |
| | Email Notification,  Deborah Wade  deborah.wade@cushwake.com |
| | Email Notification,  Lisa Lynch  lisa.lynch@cushwake.com |
| | Email Notification,  Vanessa Eustace  vanessa.eustace@cushwake.com |
| | Email Notification,  Reggie Parks  reggie.parks@cushwake.com |
| | Email Notification,  Tom Harris  tom.harris@cushwake.com |
| | Email Notification,  Jahaira Zagarell  jahaira.zagarell@cushwake.com |
| | Email Notification,  Edward Castro  edward.castro@cushwake.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
1999 Bryan Street
Suite 900
Dallas, TX 75201
866-203-1500
DealTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT

Page 1 of  2

**CT Corporation**
**Service of Process Notification**
11/17/2023
CT Log Number 545170426

disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



Case 23-19865-JKS    Doc 351-4    Filed 12/06/23    Entered 12/06/23 15:55:34    Desc
Exhibit H    Page 4 of 8

**BELLNUNNALLY**
ATTORNEYS & COUNSELORS
2323 ROSS AVENUE · SUITE 1900
DALLAS, TEXAS 75201

CERTIFIED MAIL

9414 7266 9904 2221 4472 01
RETURN RECEIPT REQUESTED

NEOPOST
11/15/2023
US POSTAGE $008.53

FIRST-CLASS MAIL

ZIP 75201
041M11466330

Cushman & Wakefield, US Inc.
c/o CT Corporation System, Registered Agent
1999 Bryan St., Ste. 900
Dallas, TX 75201

75201-428499



TROY HALES
TEL: 214.740.1456
FAX: 214.740.5756
THALES@BELLNUNNALLY.COM

November 15, 2023

**VIA CMRRR #9414 7266 9904 2188 1279 87**

AP Victory Park, LP
c/o CT Corporation System, its Registered Agent
1999 Bryan St., Ste. 900
Dallas, Texas 75201

**VIA CMRRR #9414 7266 9904 2221 4471 33**

AP Victory Park, LP
1616 Camden Road, Ste. 210
Charlotte, NC 28203-4925

**VIA CMRRR #9414 7266 9904 2221 4471 40**

WeWork Companies LLC d/b/a WeWork
575 Lexington Ave., 12th Floor
New York, NY 10022

**VIA CMRRR #9414 7266 9904 2221 4471 57**

WeWork
c/o Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, Registered Agent
211 E. 7th Street, Ste. 620
Austin, TX 78701

**VIA CMRRR #9414 7266 9904 2221 4471 64**

WeWork Construction LLC d/b/a WeWork
c/o WeWork Companies Inc., Governing Person
115 W. 18th Street
New York, NY 10011

**VIA CMRRR #9414 7266 9904 2221 4471 71**

WeWork Space Services LLC d/b/a WeWork
c/o WeWork Companies LLC, Member
575 Lexington Ave., 12th Floor
New York, NY 10022

**VIA CMRRR #9414 7266 9904 2221 4471 88**

Cushman & Wakefield, US Inc.
c/o Andrew McDonald, President & Director
225 W. Wacker Drive, Ste. 3000
Chicago, IL 60606

**VIA CMRRR #9414 7266 9904 2221 4471 95**

Cushman & Wakefield, US Inc.
575 Maryville Centre Dr., Ste. 600
Saint Louis, MO 63141

**VIA CMRRR #9414 7266 9904 2221 4472 01**

Cushman & Wakefield, US Inc.
c/o CT Corporation System, Registered Agent
1999 Bryan St., Ste. 900
Dallas, TX 75201

## NOTICE OF CLAIM FOR UNPAID LABOR OR MATERIALS AND NOTICE OF CLAIM FOR UNPAID RETAINAGE

**WARNING: This notice is provided to preserve lien rights.
Owner's property may be subject to a lien if sufficient funds are not withheld from future payments to the original contractor to cover this debt.**

To Whom It May Concern:

    TDIndustries, Inc. is contacting you concerning the unpaid account of Cushman & Wakefield US, Inc. as agent for WeWork, WeWork Companies, LLC d/b/a WeWork, WeWork Construction, LLC d/b/a WeWork, and/or WeWork Space Services LLC d/b/a WeWork. TDIndustries routinely notifies parties if an account is not current in order to preserve its lien rights. You are hereby notified of the following:

    1.    Project description and/or address: WeWork – Victory Plaza, 3090 Olive St. (n/k/a 3090 Nowitzki Way), Dallas, TX 75219, more particularly described as a portion of the following:

    Lot 1, Block A/394, American Airlines Center at Victory

which is more particularly described in Exhibit A to the deed recorded under Document No. 201900125592 of the Official Public Records of Dallas County, Texas (the "Property").

    2.    Claimant's name: TDIndustries, Inc.

    3.    Type of labor or materials or equipment provided: HVAC materials, supplies, and associated labor.

    4.    Original contractor's name:

> Cushman & Wakefield, US Inc.
> c/o Andrew McDonald, President & Director
> 225 W. Wacker Drive, Ste. 3000
> Chicago, IL 60606
>
> Cushman & Wakefield, US Inc.
> 575 Maryville Centre Dr., Ste. 600
> Saint Louis, MO 63141
>
> Cushman & Wakefield, US Inc.
> c/o CT Corporation System, Registered Agent
> 1999 Bryan St., Ste. 900
> Dallas, TX 75201

    5.    Party with whom claimant contracted if different from original contractor: N/A, contracted with original contractor

    6.    Claim amount: $3,372.52 (August 2023 through present materials and labor)

NOVEMBER 15, 2023<br>
PAGE 3

7. Total retainage unpaid for the noticed period: N/A

8. Claimant's Contact Person: Melissa Anderson

9. Claimant's Address:

> TDIndustries, Inc.
> 13850 Diplomat Drive
> Dallas, TX 75234

You, AP Victory Park, LP, as fee owner(s) or reputed fee owner(s) of the Property, you, WeWork, WeWork Companies, LLC d/b/a WeWork, WeWork Construction, LLC d/b/a WeWork, and/or WeWork Space Services LLC d/b/a WeWork, as leasehold owner(s) or reputed leasehold owner(s) of the Property, and you, Cushman & Wakefield, US Inc., as original contractor, are hereby notified that TDIndustries has furnished the above-described materials and labor in connection with improvement of the Property during the months of August through October 2023, as summarized here:

| Invoice No. | Date of Invoice | Approximate Date(s) of Delivery | Amount Due for Materials and Labor |
|---|---|---|---|
| FTI-117218 | 8/16/2023 | 8/7/2023 | $ 888.27 |
| FTI-119665 | 9/7/2023 | 8/31/2023 | $ 273.25 |
| FTI-124322 | 10/11/2023 | 9/12/2023 | $ 1,000.00 |
| FTI-122391 | 09/26/2023 | 9/26/2023 | $ 372.00 |
| FTI-124290 | 10/11/2023 | 10/2/2023 | $ 490.75 |
| FTI-125489 | 10/20/2023 | 10/20/2023 | $ 348.25 |
| **Amount Due** | | | **$ 3,372.52** |

The labor or equipment or materials delivered are described as certain HVAC materials, supplies, and associated labor. The labor or equipment or materials were delivered to the Property at the request of Cushman & Wakefield, US Inc. as agent for WeWork, and the labor or equipment or materials furnished were used to improve the Property.

The unpaid balance for the period of this notice is $3,372.52. This amount is due to TDIndustries and has <u>not</u> been paid. If this claim remains unpaid, you, as the fee owner or reputed fee owner and you, as the leasehold owner or reputed leasehold owner, may be personally liable and the Property subjected to a lien unless you withhold payments from the contractor for payment of the claim and/or to cover payment of the claim, or the claim is otherwise paid or settled with TDIndustries.

NOVEMBER 15, 2023
PAGE 4

TDIndustries hereby makes demand for the payment of $3,372.52.  Upon receipt of this letter, please call me to indicate when payment will be made.

Sincerely,

Troy Hales

cc:    Randall K. Lindley *(firm)*