# EXHIBIT A

| Landlord | Tenant | Address |
|---|---|---|
| **BROOKFIELD PROPERTIES** | | |
| BSREP II SJ Towers, LLC | 75 E. Santa Clara Street Tenant LLC | 75 East Santa Clara Street, 7th, 8th, 9th and 10th floors, Santa Clara, California |
| 655 New York, LLC | 655 New York Avenue Tenant LLC | 655 New York Avenue, Washington, D.C. |
| **DIAMOND INVESTMENT PROPERTIES** | | |
| 2000 Sierra Point Parkway LLC, Diamond Marina LLC, and Diamond Marina II LLC | 400 Concar Drive Tenant LLC | 400 Concar Drive, San Mateo, California |
| **GTIS/GRAHAM STREET REALTY** | | |
| Belvedere Place Property Owner LLC | 1 Belvedere Drive Tenant LLC | One Belvedere Place, Mill Valley, California |
| **IQHQ** | | |
| IQHQ-Aventine West, LP | 8910 University Center Lane Tenant LLC | 8910 University Center Lane, San Diego, California |
| **THE IRVINE COMPANY** | | |
| The Irvine Company | 200 Spectrum Center Drive Tenant LLC | 200 Spectrum Center Drive, Irvine, California |
| 400 Spectrum Holdings LLC | 400 Spectrum Center Drive Tenant LLC | 400 Spectrum Center Drive, Irvine, California |
| **JMB REALTY CORPORATION** | | |
| Constellation Place, LLC | 10250 Constellation Tenant LLC | 10250 Constellation Boulevard, Los Angeles, California |
| **KENNEDY WILSON** | | |
| Sunset North Owner, LLC | 3120 139th Avenue Southeast Tenant LLC | 3120 139th Avenue SE, Bellevue, Washington |
| **LBA REALTY** | | |
| LBA RV-Company IX, LP | 10000 Washington Boulevard LLC | 10000 Washington Boulevard, 6th and 7th Floors, Culver City, California |
| Olive/Hill Street Partners, LLC | 1150 South Olive Street Tenant LLC | 1150 South Olive Street, Suites 900, 1000 and 2600, Los Angeles, California |

| | | |
|---|---|---|
| **MONDAY PROPERTIES** | | |
| Gateway Property Owner, LLC | 1840 Gateway Dr Tenant LLC | 18400 Gateway Drive, Suites 300, 400, 500 and 600, San Mateo, California |
| **REDWOOD URBAN** | | |
| Redwood Nebraska, L.P. | 100 Broadway Tenant LLC | 100 West Broadway, Long Beach, California |
| **ROCKPOINT** | | |
| Riverpark Tower I Owner, LLC | 333 West San Carlos Tenant LLC | 333 West San Carlos Street, San Jose, California |
| 177 Colorado Owner LLC | 177 E Colorado Blvd Tenant LLC | 177 E. Colorado Boulevard, Pasadena, California |
| **STARWOOD CAPITAL** | | |
| SOF-Dearborn, L.P. | 1 South Dearborn Street Tenant LLC | One South Dearborn Street, 20th and 21st Floors, Chicago, Illinois |
| SOF-XI PCT Single Tower Owner L.L.C. | 222 North Sepulveda Tenant LLC | Pacific Corporate Towers, 222 North Pacific Coast Highway, Suites 800, 1000, 1100, 1200, 2300 and 2400, El Segundo, California |