## EXHIBIT A

**List of Locations**

| Landlord | Location | Stub Rent |
| --- | --- | --- |
| T-C 501 Boylston Street LLC | Boylston Street | $436,132.71 |
| T-C 33 Arch Street  LLC | 33 Arch Street | $412,975.00 |
| Teachers Insurance and Annuity Association of America for the Benefit of its Real Estate Account | 368 9th Avenue | $966,944.79 |