**WEBBER MCGILL LLC**
Douglas J. McGill, Esq.
100 E. Hanover Avenue, Suite 401
Cedar Knolls, New Jersey 07927
Tel: (973) 739-9559
dmcgill@webbermcgill.com

-and-

**ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP**
Michael I. Gottfried, Esq. (*pro hac vice*)
10345 W. Olympic Boulevard
Los Angeles, California 90064
mgottfried@elkinskalt.com

*Attorneys for Hudson Pacific Properties, Inc.
and related entities*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>Jointly Administered |

**JOINDER OF HUDSON PACIFIC PROPERTIES, INC. TO LIMITED OBJECTION OF MULTIPLE LANDLORDS TO (A) DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO USE CASH COLLATERAL, (II) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES, ETC. AND (B) DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTOR TO OBTAIN POSTPETITION FINANCING, ETC.**

---

[1] The last four digits of the Debtor WeWork Inc.'s federal tax identification number, are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors claims and noticing agent at https://dm.epiq11.com/WeWork. The location of the Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, New York 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10030 SW Allen Blvd., Beaverton, Oregon 97005.

405 Mateo Street Tenant LLC, 1003 East 4th Place Tenant LLC, 1455 Market Street Tenant LLC, 1099 Stewart Street Tenant LLC, WeWork Canada LP ULC (555 Burrard Street), and WeWork Canada LP ULC (595 Burrard Street) (collectively, "Hudson Pacific"), by and through their undersigned counsel, hereby join in the *Limited Objection of Multiple Landlord's to (A) Debtor' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to The Prepetition Secured Parties, Etc. And (B) Debtors' Motion for Entry of An Order (I) Authorizing the Debtor to Obtain Postpetition Financing, Etc. [Docket No. 365] (the "Landlords' Objection")*, and respectfully state:

## JOINDER

1. Hudson Pacific is a lessor of office space to one or more the Debtors at multiple locations.

2. Hudson Pacific joins in the arguments raised in the Landlords' Objection (and, to the extent not inconsistent with the Landlords' Objection, any and all other objections to the Financing Motion[2] and/or Cash Collateral Motion) and adopts and incorporates such arguments as if more fully set forth herein.

3. Hudson Pacific respectfully requests the right to present argument on this Objection at the time of hearing, and that this right to present argument continue and remain even if the Landlords' Objection is resolved or withdrawn.

**WHEREFORE**, Hudson Pacific respectfully requests that the Court enter an order sustaining the Landlords' Objection, and denying the relief sought by the Debtors to the extent such relief is inconsistent with the Landlords' Objection, and granting such other and further relief as the Court deems just and proper.

---

[2] Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in Landlord' Objection.

2

**WEBBER MCGILL LLC**
100 E. Hanover Ave., Suite 401
Cedar Knolls, New Jersey 07927
(973) 739-9559
dmcgill@webbermcgill.com

By: */s/ Douglas J. McGill*
    Douglas J. McGill


-and-

**ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP**
Michael I. Gottfried, Esq. (*pro hac vice*)
10345 W. Olympic Boulevard
Los Angeles, California 90064
mgottfried@elkinskalt.com

*Attorneys for Hudson Pacific Properties, Inc.
and related entities*

Dated: December 7, 2023