UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**
**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
John S. Mairo, Esq.
Email: jsmairo@pbnlaw.com

-and-

**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 Facsimile
Sherry Millman, Esq. (*pro hac vice* pending)
Sara Posner, Esq. (*pro hac vice* pending)
Email:  sherry.millman@hoganlovells.com
        sara.posner@hoganlovells.com

*Co-Counsel to The Meridian Group, TMG 800 K Street, L.L.C., and TMG 1333 New Hampshire Ave, L.L.C.*

| | |
|---|---|
| *In re* | Case No. 23-19865 (JKS) |
| WEWORK INC.*, et al.*, | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned

enters an appearance in this case on behalf of The Meridian Group, TMG 800 K Street, L.L.C., and

TMG 1333 New Hampshire Ave, L.L.C. (collectively referred to as "TMG").  Request is made

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

7556601

that the documents filed in this case and identified below be served on the undersigned at this

address:

ADDRESS:

John S. Mairo, Esq.
**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
Tel.: (973) 538-4006
Facsimile: (973) 538-5146
Email: jsmairo@pbnlaw.com

Sherry Millman, Esq.
Sara Posner, Esq.
**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, New York 10017
Tel.: (212) 918-3000
Facsimile: (212) 918-3100
Email: sherry.millman@hoganlovells.com
          sara.posner@hoganlovells.com

DOCUMENTS:

☒All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive TMG's: (i) right to have a final order in non-core matters entered only after de novo review by a United States District Court Judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which TMG is or may be entitled to under agreements, in law, or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

7556601

Dated:  January 4, 2024

By:  */s/ John S. Mairo*
John S. Mairo, Esq.
**PORZIO, BROMBERG & NEWMAN, P.C.**
100 Southgate Parkway
P.O. Box 1997
Morristown, New Jersey 07962
(973) 538-4006
(973) 538-5146 Facsimile
Email: jsmairo@pbnlaw.com

-and-

**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
(212) 918-3000
(212) 918-3100 Facsimile
Sherry Millman, Esq. (*pro hac vice* pending)
Sara Posner, Esq. (*pro hac vice* pending)
Email:   sherry.millman@hoganlovells.com
          sara.posner@hoganlovells.com

*Co-Counsel to The Meridian Group, TMG 800 K Street, L.L.C., and TMG 1333 New Hampshire Ave, L.L.C.*

7556601