| # | Title/Description of Contract | Debtor Legal Entity | Property Address | Landlord / Counterparty | Landlord / Counterparty Address | Scheduled Rejection Date | Abandoned Personal Property | Third Party Secured Interest |
|---|---|---|---|---|---|---|---|---|
| 1 | Unexpired Lease | Common Desk OC , LLC | 633 W. Davis St Dallas, TX 75208 | Douglas Ricardo Moore | 4701 W. Lovers Lane, Dallas, TX, 75209, United States | 12/31/2023 | Miscellaneous Furniture, Fixtures and/or Equipment | Holders of the Company's secured funded debt |
| 2 | Unexpired Lease | 71 Stevenson Street Q LLC | 71 Stevenson Street San Francisco, CA 94105 | F1 Stevenson, LLC | 835 Airport Boulevard, Suite 288, Burlingame, CA, 94010, United States | 12/31/2023 | Miscellaneous Furniture, Fixtures and/or Equipment | Holders of the Company's secured funded debt |
| 3 | Executory Contract (Management Agreement) | WeWork Canada LP ULC | 176 Yonge Street Toronto, ON M5C 2L7 | Hudson's Bay Company ULC | 401 Bay Street, Suite 2302, Toronto, ON, M5H 2Y4, Canada | 12/31/2023 | Miscellaneous Furniture, Fixtures and/or Equipment | Holders of the Company's secured funded debt |
| 4 | Unexpired Lease | 1115 Howell Mill Road Tenant LLC | 1115 Howell Mill Road Atlanta, GA 30318 | Interlock Atlanta, LLC | 1115 Howell Mill Road, Suite P158, Atlanta, GA, 30318, United States | 12/31/2023 | Miscellaneous Furniture, Fixtures and/or Equipment | Holders of the Company's secured funded debt |
| 5 | Unexpired Lease | WeWork Canada LP ULC | 48 Yonge Street Toronto, ON M5E 1G6 | Kanji Investment Corporation | 201 Consumers Road, Suite 106, Toronto, Ontario, M2J 4G8, Canada | 12/16/2023 | Miscellaneous Furniture, Fixtures and/or Equipment | Holders of the Company's secured funded debt |
| 6 | Unexpired Lease | Common Desk DE, LLC | 2919 Commerce St Dallas, TX 75226 | SDL Partners, Ltd. | 2622 Commerce Street, Dallas, TX, 75226, United States | 12/31/2023 | Miscellaneous Furniture, Fixtures and/or Equipment | Holders of the Company's secured funded debt |
| 7 | Unexpired Lease | Common Desk DE, LLC | 2933 Commerce Street, Dallas, TX, 75226, United States | SDL Partners, Ltd. | 2622 Commerce Street, Dallas, TX, 75226, United States | 12/31/2023 | Miscellaneous Furniture, Fixtures and/or Equipment | Holders of the Company's secured funded debt |
| 8 | Unexpired Lease | Common Desk DE, LLC | 2921 Commerce Street, Dallas, TX, 75226, United States | SDL Partners, Ltd. | 2622 Commerce Street, Dallas, TX, 75226, United States | 12/31/2023 | Miscellaneous Furniture, Fixtures and/or Equipment | Holders of the Company's secured funded debt |