**STARK & STARK, P.C.**
A Professional Corporation
Joseph H. Lemkin, Esq.
100 American Metro Boulevard
Hamilton, NJ 08619-2319
(609) 791-7022
jlemkin@stark-stark.com

-and-

**DYKEMA GOSSETT PLLC**
Jeffrey R. Fine
717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
jfine@dykema.com

-and-

**DYKEMA GOSSETT PLLC**
Joshua A. Fishman
10 South Wacker Drive, Suite 2300
Chicago, Illinois 60606
Telephone: (312) 876-1700
jfishman@dykema.com

*Attorneys for Pea Green Owner, LLC*

| | |
|---|---|
| In re: | **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| WEWORK, INC., *et al.*, | Chapter 11 |
| | Case No. 23-19865 (JKS) |
| Debtors, | Jointly Administered |
| | Hearing Date: January 30, 2024 |

### NOTICE OF WITHDRAWAL OF MOTION OF PEA GREEN OWNER, LLC FOR ORDER COMPELLING DEBTOR TO PAY POST PETITION RENT AND RELATED CHARGES

Please take notice that on January 9, 2024 Pea Green Owner, LLC ("Landlord"), by and

1

4870-7100-4831, v. 1

through its counsel, Dykema Gossett PLLC and Stark & Stark, P.C., filed its Motion for Order Compelling Debtor to Pay Post Petition Rent and Related Charges (the "Motion") [Document No. 1129]. Landlord hereby withdraws the Motion.

Dated: January 23, 2024

**STARK & STARK**
**A Professional Corporation**

By: /s / *Joseph H. Lemkin*
Joseph H. Lemkin

-and-

**DYKMEA GOSSETT PLLC**
Jeffrey R. Fine, Esq.
Joshua A. Fishman, Esq.