**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1**
**FRIED, FRANK, HARRIS,**
**SHRIVER & JACOBSON LLP**
Jennifer L. Rodburg (*Pro Hac Vice*)
Ryan A. Berger (*Pro Hac Vice*)
Jason S. Kanterman
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email:       Jennifer.Rodburg@friedfrank.com
             Ryan.Berger@friedfrank.com
             Jason.Kanterman@friedfrank.com

*Counsel for RXR Atlas LLC*

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK, INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |

**RXR ATLAS LLC'S NOTICE OF WITHDRAWAL OF**
**MOTION FOR ORDER COMPELLING THE DEBTORS TO PAY**
**POST-PETITION RENT AND RELATED CHARGES OWED UNDER**
**UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY (ECF NO. 1265)**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is: WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**PLEASE TAKE NOTICE** that RXR Atlas LLC, by and through its undersigned counsel, hereby withdraws its *Motion for Order Compelling the Debtors to Pay Post-Petition Rent and Related Charges Owed Under Unexpired Lease of Nonresidential Real Property* (ECF No. 1265) (the "Motion"). The Motion is being withdrawn with prejudice in light of an agreement with the Debtors on the issues raised in the Motion.

Dated: February 13, 2024
      New York, New York

By: */s/ Jason S. Kanterman*

Jennifer L. Rodburg (*Pro Hac Vice*)
Ryan A. Berger (*Pro Hac Vice*)
Jason S. Kanterman
**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Email:   Jennifer.Rodburg@friedfrank.com
             Ryan.Berger@friedfrank.com
             Jason.Kanterman@friedfrank.com

*Counsel to RXR Atlas LLC*