**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**KELLEY DRYE & WARREN LLP**
Robert L. LeHane, Esq.
Maeghan J. McLoughlin, Esq. (admitted *pro hac vice*)
Connie Y. Choe, Esq.
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email:  rlehane@kelleydrye.com
        mmcloughlin@kelleydrye.com
        cchoe@kelleydrye.com

-and-

One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900

*Counsel for Moving Landlords*

In re:

WEWORK INC., *et. al*,

Debtors[1].

Chapter 11

Case Number: 23-19865 (JKS)

(Jointly Administered)

## NOTICE OF WITHDRAWAL OF MOTION OF T-C 501 BOYLSTON STREET LLC AND T-C 33 ARCH STREET LLC FOR ENTRY OF AN ORDER (I) COMPELLING THE DEBTORS' PAYMENT OF POSTPETITION RENT AND RELATED CHARGES, AND (II) REQUIRING ADEQUATE PROTECTION OF THE LANDLORDS' INTERESTS

**PLEASE TAKE NOTICE** that T-C 501 Boylston Street LLC and T-C 33 Arch Street

LLC (the "Landlords") hereby withdraw, without prejudice, the *Motion of T-C 501 Boylston Street*

---

[1]    The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904.  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/WeWork.  The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd., Beaverton, OR 97005.

*LLC and T-C 33 Arch Street LLC for Entry of an Order (I) Compelling the Debtors' Payment of Postpetition Rent and Related Charges, and (II) Requiring Adequate Protection of the Landlords' Interests* [Document No. 1213] filed on January 25, 2024.

Dated: February 13, 2024

By: */s/ Robert L. LeHane*
    **KELLEY DRYE & WARREN LLP**
Robert L. LeHane, Esq.
Maeghan J. McLoughlin, Esq. (admitted *pro hac vice*)
Connie Y. Choe, Esq.
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800
Fax:  (212) 808-7897
Email:  rlehane@kelleydrye.com
      mmcloughlin@kelleydrye.com
      cchoe@kelleydrye.com

-and-

One Jefferson Road
Parsippany, NJ 07054
Tel: (973) 503-5900

*Counsel for T-C 501 Boylston Street LLC and T-C 33 Arch Street LLC*