

**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

February 15, 2024

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

2/15/2024, NY & NATL, pg B3

_Larnyce Tabron_



Digitally signed by John McGill
Date: 2024.02.15 15:22:42 -05'00'

# Surge in Productivity Acts as Secret Sauce For Economic Growth

FROM FIRST BUSINESS PAGE

booming during the lockdowns, as people idled at home spent their disposable income on buying goods.

Those sorts of businesses, Mr. Rezvani observed, are unornamented, lean and stringent about how many machines or work hours are needed per order. Looking for a second shot at opening a restaurant, he made maximizing output his North Star: "I was like, 'I have to make this whole thing more efficient.' It's a business at the end of the day."

In early 2021, he noticed a restaurant space for lease on East Seventh Street in the East Village neighborhood of Manhattan. The landlord, desperate for tenants after the pandemic shutdowns, gave him and his new partner a discount. They had to scrounge to make the security deposit, but believed in their bet.

"I maxed out my credit card," Mr. Rezvani said. "And it hit."

Featuring a minimalist menu, hole-in-the-wall square footage, and a limited set of ingredients and produce, 7th Street Burger opened that May and quickly took off. From 40 employees 16 months ago, it has grown into a chain with 330 employees across 13 locations and plans for a national expansion.

Some swankier, full-service restaurants in the city with long lists of overhead costs, a fluctuating work force and a set of rarely picked menu options are "making 200 bucks an hour" in sales, Mr. Rezvani argues. But on a good day, he can do $2,000 an hour "with three guys on the grill, with three items on my menu, nine ingredients in my restaurant."

"We're a cash machine," Mr. Rezvani said.

### In search of a win-win

7th Street is the sort of success story that exemplifies the nascent burst in productivity that the U.S. economy has experienced over the past year or so, after a plunge in 2021 and 2022.

Economists typically measure productivity as a simple ratio: the total amount of output an economy produces per hour worked by its labor force. On that score, productivity increased 2.7 percent in 2023, according to the Bureau of Labor Statistics, and over the last two quarters has been growing at more than double the rate from 2005 to 2019.

On a less technical level, productivity can generally be explained by the old axiom about "doing more with less," or the folksy virtue of "getting the biggest bang for your buck."

Economists tend to sigh with relief whenever they see a gain in productivity, because it offers a potential win-win for workers, customers and business owners: If businesses can make as much money or more in fewer work hours, then — according to standard economic logic — they can make more per hour, reinvest in operations and pay workers a bit more without sacrificing profitability (or leaning on price increases to push profits higher).

As Joseph Brusuelas and Tuan Nguyen, economists at the consulting firm RSM, put it in a note in late January: "The increase in American productivity over the past year, if sustained, is a potential game changer for the economy that represents that mythical rising tide that lifts the living standards of all."

In recent history, the give-and-take between gains in productivity and increases in worker pay has been uneven. Many economic models suggest that if workers begin doubling their daily or hourly production, they are likely to be paid about twice as much as before. From 1979 to 2022, however, productivity grew by more than four times the inflation-adjusted 14.8 percent growth in compensation for average nonsupervisory workers in the private sector, who are roughly eight of 10 people in the labor force.

Still, so far in this cycle, productivity has acted like a secret sauce, enabling the other ingredients of what analysts have been calling a "soft landing" to coexist: slowing inflation, sturdy economic growth, strong wage gains and unemployment near record lows.

"Pandemic-related labor shortages caused a lot of businesses to think of how they could use labor more efficiently," said Dean Baker, an economist at the Center for Economic and Policy Research, a labor-focused think tank in Washington. "So I'm going to be a productivity optimist for the first time in my life."

Analysts at Employ America, a firm that tracks financial and labor market data, attribute much of the improvement to a discrete phenomenon: Commercial construction has grown at a scorching pace — fueled in part by Biden administration programs — as inflation abated and the price of oil and raw materials, like lumber, plunged back to more normal levels after the supply shocks of 2022. A memo from RSM points to "the integration of advanced technology into the production of goods and provision of services" as now paying dividends, too.

A growing slate of firms in finance, manufacturing and transportation logistics are offering digital tools that — even without avant-garde A.I. features — seem to offer the ballyhooed promise of working "smarter, not harder" and cutting down on drudgery.

Ycharts, a company founded in 2009, sells a platform on which users visualize complex financial market data, then create sleek, customizable charts and portfolios. After recent updates, the company reported that its customers at financial advisory firms had been saving more than a dozen hours on average per week on the busywork of data analysis.

There has also been a swift overall shift toward corporate belt-tightening since 2021, in reaction to either higher borrowing costs brought on by higher interest rates or an expected slowdown in sales. And that has affected a range of investors as well as entrepreneurs who were part of the surge in business creation that began in 2020.

"There's more pressure on businesses than ever to get to profitability as quickly as possible," said Katie Tyson, 37, the founder of Hive Brands, a new web retailer that curates, vets and sells sustainable-branded food and wellness products.



PHOTOGRAPHS BY GABBY JONES FOR THE NEW YORK TIMES

Although she calls Hive "a child of the pandemic," having launched in 2020 when borrowing was still ultracheap, "we've been very cost-conscious, I think in a way that the start-ups of the 2010s were not," Ms. Tyson added. "It's no longer growth at all costs."

Businesses also appear to be responding more swiftly to shifting consumer habits. A greater emphasis on delivery and takeout orders, for instance, has lifted profit margins at many food businesses. Retail analysts report that better-targeted ads and growth in e-commerce have helped firms large and small. And champions of hybrid and remote work options argue that those models reduce wasted commuting hours and help executives employ the best of a talent pool regardless of location.

### Fruits of a tight labor market

Data on productivity can be misleading. Its core calculation — output per hour — worked best when America was an industrial and agricultural society, mainly producing bushels of wheat or nuts and bolts for manufactured goods, versus the harder-to-quantify services-oriented consumption that makes up most of today's economy.

The data can be especially misleading when measured over short periods.

For instance: Did the entire U.S. economy truly become 20 percent more productive in the second quarter of 2020 on an annual basis, as a face-value reading of the data would suggest? Or was it just that millions of workers were laid off in a couple of months while the economy contracted only slightly, causing the simplistic ratio of output per worker to look better in a spurious way?

Apparent leaps in efficiency can go missing in official data, too, or lag behind for years. In 1987, the Nobel laureate economist Robert Solow observed that "you can see the computer age everywhere but in the productivity statistics." (A brief surge showed up in the numbers in the late 1990s and early 2000s before petering out.)

In 2016, the chief economist at Google, Hal Varian, told Bloomberg: "We're certainly not measuring productivity right — but then, we didn't measure it right before, either. So are we doing a worse job measuring productivity than we used to? I think there are some arguments that suggest we are."

Looking forward, a range of market analysts are making the case that a crucial variable in broad productivity improvement thus far has been an unemployment rate near record lows.

Peter Williams, an economist and managing director at 22V Research, an investment strategy and quantitative analysis firm, wrote in a recent note that "firms have been forced to innovate and adapt in an environment of tight labor markets." He added that for many firms, relying on "low-cost labor and low-cost capital is not really an option anymore."

When a company needs all hands on deck to keep up with sales, using layoffs to improve the bottom line can have the opposite effect. Instead, improving efficiency rather than reducing head count often becomes the better growth engine, or competitive edge.

Keeping productivity growth near current rates may require efficiency gains from A.I. technology and continued taming of inflation, though a range of Wall Street analysts are confident that both can happen.

For some labor economists — who have seen shareholders and business owners recoup the largest share of productivity gains over the past few decades while wage gains slumped — the primary question in the near future is whether workers will be able to obtain a larger slice of the pie this time.

Kathryn Anne Edwards, an economic policy consultant and an adjunct at the RAND Corporation, worries that future productivity gains may be largely attributed to technology innovations and not worker input or ability, weighing down average wage growth, which has recently managed to jump.

"Wages are determined by either power or productivity," Ms. Edwards said. "The low wages that so many workers make are predicated on this notion that people are paid what value they bring. And that value is measured how exactly?"

---

# I.R.S. Commissioner Looks to Lay Out Agency's Progress in an Effort to Fend Off Budget Cuts

**By ALAN RAPPEPORT**

WASHINGTON — At his Senate confirmation last February, Daniel Werfel told lawmakers that if given the job of Internal Revenue Service commissioner he would work to increase "public trust" in the beleaguered agency and use the $80 billion that Congress had granted it to build a "more modern and high-performing" organization.

A year later, Mr. Werfel has overseen the clearing of a backlog of thousands of tax filings, shrinking wait times on the I.R.S. telephone lines and the creation of a system that lets qualified taxpayers submit their federal returns with no cost. But those achievements have not been enough to satisfy Republicans, who have accused Mr. Werfel of making the I.R.S. more intrusive and even engaging in lawless behavior.

Hostile congressional hearings are routine for I.R.S. commissioners and when Mr. Werfel testifies before the House Ways and Means Committee on Thursday, he will receive a frosty reception as he fends off efforts to cut his agency's budget.

For Mr. Werfel, the face-off is an opportunity to explain why even skeptics would benefit from a well-funded I.R.S.

"I think the most powerful statement the I.R.S. can make, when there's a proposal to significantly cut our budget, is to show our work and to demonstrate that we're on a strong path to improving tax operations in a way that benefits taxpayers," Mr. Werfel said in an interview this week.

The I.R.S. was supposed to get $80 billion as part of the Inflation Reduction Act of 2022, and that money was expected to help the agency crack down on tax cheats and modernize its antiquated technology. As part of an agreement to raise the debt limit last year, Democrats went along with Republicans' demands to claw back $20 billion of those funds. And Republican lawmakers have in recent months been eyeing additional cuts amid negotiations related to paying for other policies.

During his first year on the job, Mr. Werfel has tried to ease concerns fomented by critics of the agency that the I.R.S. would be



Daniel Werfel, the I.R.S. commissioner, has faced G.O.P. accusations that he's made the agency more intrusive.

hiring thousands of armed agents to harass middle-class Americans and small businesses. To do that, he has focused on efforts to make the I.R.S. more accessible by staffing up customer service centers and making it possible for taxpayers to reach the agency without having to wait for hours on the telephone.

As part of its modernization campaign, the I.R.S. also announced initiatives to crack down on wealthy tax evaders, stopped its practice of sending agents unannounced to residences to collect unpaid taxes and started introducing artificial intelligence technology into its audits.

Top Republicans have argued that any signs of progress at the I.R.S. are overshadowed by lingering problems. They insist that Mr. Werfel's agency, which they believe has a history of targeting conservatives, is influenced by politics and favors Democrats.

Those concerns have been inflamed by recent security breaches. The I.R.S. has been under pressure to improve its data security protocols after a former contractor who was accused of leaking the tax documents of Donald J. Trump and other wealthy Americans was sentenced to five years in prison. A report published last week by the Treasury Inspector General for Tax Administration found that as of July, more than 200 former I.R.S. employees or contractors still had access to sensitive information.

Members of the tax committee are expected to press Mr. Werfel on Thursday about why he delayed enforcement of a contentious tax policy that would require users of digital wallets and e-commerce platforms like Venmo, PayPal, Cash App, StubHub and Etsy to start reporting small transactions to the tax collection agency. The policy was enacted as part of the American Rescue Plan of 2021 and has faced criticism because it would increase scrutiny of lower- and middle-class taxpayers. Although Republicans loathe the policy, they contend that Mr. Werfel's delays are flouting the law.

"The I.R.S. should not be shielding Democrats from the consequences of their own bad lawmaking," Representative Jason Smith of Missouri, the Republican chairman of the Ways and Means Committee, said in a statement. "The I.R.S. cannot sidestep the Constitution and simply rewrite laws."

Mr. Werfel said he planned to argue that he was within his rights to delay the so-called Venmo tax because the law, as written, would cause confusion and potentially harm taxpayers. And he would make the case that data security at the agency had improved in the past year. Such incidents, however, have provided critics of the I.R.S. with fodder to argue that it does not deserve the additional funding that it has received.

"Whenever you have some negotiation about budget things, you want money for Ukraine or Israel or something, we'll take it out of the I.R.S. piggy bank," said Grover Norquist, founder and president of Americans for Tax Reform, a group that promotes lower taxes. "Because they've shown no seriousness about being better about anything."

The Biden administration has said the continuing attacks on the I.R.S. are part of a strategy to weaken the agency so it does not have the capacity to catch wealthy taxpayers who evade paying what they owe. The Treasury Department estimates that the United States has a nearly $700 billion "tax gap" of revenue that is uncollected every year and argues that stronger enforcement of the tax code is critical for reducing America's reliance on borrowed money.

"There are those who have power and those who have wealth who would like nothing more than for the I.R.S. to not have the resources to go after them and make them pay their fair share," Wally Adeyemo, the deputy Treasury secretary, said in an interview.

The discussions about chipping away at the agency's funding have left Mr. Werfel looking over his shoulder as he tries to carry out the priorities in the ambitious multiyear operating plan that the agency produced last year.

Mr. Werfel said that the barrage of criticism directed at the I.R.S. over the years had taken a toll on its staff but that he believed that morale was starting to improve. He likens the role of the agency to that of an impartial referee who is necessary for government to function, but he acknowledges the challenge of staying out of politics.

"I think most people see us as the tax collector, and that is not the most popular action that the government takes," Mr. Werfel said. "It becomes the reality that when the debate is about the role of government, the size of government, the actions of government, that the I.R.S. is going to be front and center in that debate."

[Bankruptcy notice block — WeWork Inc. et al., United States Bankruptcy Court, District of New Jersey, Chapter 11, Case No. 23-19865 (JKS). Notice of Bar Dates for submitting Proofs of Claim and Claims under Section 503(b)(9) of the Bankruptcy Code against the Debtors. General Claims Bar Date: March 12, 2024. Governmental Bar Date: May 6, 2024. Amended Schedules Bar Date. Rejection Damages Bar Date. Stub Rent Bar Date. Instructions for filing Proofs of Claim by mail, hand delivery, or through Epic's website at https://dm.epiq11.com/WeWork. Contents of Proof of Claim, When and Where to Submit, Reservation of Rights, Consequences of Failing to Timely Submit Your Proof of Claim, Additional Information, and Identification of the Debtor Entity sections. Kirkland & Ellis LLP and Cole Schotz P.C. listed as counsel to the Debtors.]