| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> Edward O. Sassower, P.C. <br> Joshua A. Sussberg, P.C. (admitted *pro hac vice*) <br> Steven N. Serajeddini, P.C. (admitted *pro hac vice*) <br> Ciara Foster (admitted *pro hac vice*) <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br> edward.sassower@kirkland.com <br> joshua.sussberg@kirkland.com <br> steven.serajeddini@kirkland.com <br> ciara.foster@kirkland.com <br><br> **COLE SCHOTZ P.C.** <br> Michael D. Sirota, Esq. <br> Warren A. Usatine, Esq. <br> Felice R. Yudkin, Esq. <br> Ryan T. Jareck, Esq. <br> Court Plaza North, 25 Main Street <br> Hackensack, New Jersey 07601 <br> Telephone: (201) 489-3000 <br> Facsimile: (201) 489-1536 <br> msirota@coleschotz.com <br> wusatine@coleschotz.com <br> fyudkin@coleschotz.com <br> rjareck@coleschotz.com <br><br> *Counsel to the Debtors and Debtors-in-Possession* |

| | |
|---|---|
| In re: <br><br> WEWORK INC., *et al*., <br><br>   Debtors.[1] | Chapter 11 <br><br> Case No. 23-19865 (JKS) <br><br> (Jointly Administered) |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is:  12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005.

# ADJOURNMENT REQUEST

1. I, <u>Michael D. Sirota, Esq.</u>

    ☒ am the attorney for: <u>the Debtors and Debtors-in-Possession</u>,

    ☐ am self-represented,

    and request an adjournment of the following hearing for the reason set forth below.

    1. Lincoln Street Property Owner, LLC's Motion for Entry of an Order Compelling the Debtors' Payment of Certain Post-Petition Rent and Other Obligations Due and Requiring Adequate Protection of Landlord's Interests [Docket No. 1303].

    2. Debtors' Omnibus Objection to the Motions of Certain Landlord Parties to (I) Compel Payment of Rent, (II) Compel Rejection of Leases, and (III) Granting Related Relief [Docket No. 1364].

    **Current hearing date and time**: <u>February 20, 2024 at 2:00 p.m. (ET)</u>

    **New date requested**: <u>March 20, 2024 at 10:00 a.m. (ET)</u>

    **Reason for adjournment request**: The Debtors agreed with the parties that filed the objection, joinder, and applications set forth above to adjourn the above matters.

2. Consent to adjournment:

☒ I have the consent of all parties.   ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: <u>February 16, 2024</u>         <u>/s/ Michael D. Sirota</u>
                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted           New hearing date: 3/20/24      ☐ Peremptory

☐ Granted over objection(s)   New hearing date: ___    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**