**PAUL HASTINGS LLP**
Kristopher M. Hansen, Esq. (admitted *pro hac vice*)
Frank A. Merola, Esq. (admitted *pro hac vice*)
Gabriel E. Sasson, Esq.
Emily L. Kuznick, Esq. (admitted *pro hac vice*)
200 Park Avenue
New York, New York 10166
Telephone: (212) 318-6000
Facsimile: (212) 319-4090
krishansen@paulhastings.com
frankmerola@paulhastings.com
gabesasson@paulhastings.com
emilykuznick@paulhastings.com

Paul R. Genender, Esq. (admitted *pro hac vice*)
Conrad Coutinho, Esq. (admitted *pro hac vice*)
Jake Rutherford, Esq. (admitted *pro hac vice*)
Marijana Kralt, Esq. (admitted *pro hac vice*)
600 Travis Street, 58th Floor
Houston, Texas 77002
Telephone: (713) 860-7300
Facsimile: (713) 353-3100
paulgenender@paulhastings.com
conradcoutinho@paulhastings.com
jakerutherford@paulhastings.com
marikralt@paulhastings.com

*Co-Counsel to the Official*
*Committee of Unsecured Creditors*

**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq.
Tara J. Schellhorn, Esq.
Daniel A. Bloom, Esq.
Gregory S. Toma, Esq.
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tschellhorn@riker.com
dbloom@riker.com
gtoma@riker.com

*Co-Counsel to the Official*
*Committee of Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., et al.,<br><br>               Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>Hon. John K. Sherwood |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**NOTICE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION FOR (I) LEAVE, STANDING, AND AUTHORITY TO COMMENCE AND PROSECUTE CERTAIN CLAIMS AND CAUSES OF ACTION ON BEHALF OF DEBTORS' ESTATES AND (II) EXCLUSIVE SETTLEMENT AUTHORITY**

**PLEASE TAKE NOTICE** that **on March 20, 2024 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, the Official Committee of Unsecured Creditors (the "**Committee**") shall move before the Honorable Judge John K. Sherwood, in courtroom 3D of the United States Bankruptcy Court for the District of New Jersey, Martin Luther King, Jr. Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for entry of an order granting the Committee's Motion for (I) Leave, Standing, and Authority to Commence and Prosecute Certain Claims and Causes of Action on Behalf of Debtors' Estates and (II) Exclusive Settlement Authority (the "**Standing Motion**").

**PLEASE TAKE FURTHER NOTICE** that the Standing Motion sets forth the relevant factual bases upon which the relief requested should be granted. A Proposed Order granting the relief requested was submitted contemporaneously with the Standing Motion.

**PLEASE TAKE FURTHER NOTICE** that Objections, if any, to the relief requested in the Standing Motion shall: (a) be in writing; (b) state with particularity the basis of the objection; and (c) be filed with the Clerk of the United States Bankruptcy Court and served so as to be received **on or before March 13, 2024** (prevailing Eastern Time) by: (a) the below signed Paul Hastings attorneys (b) Riker Danzig LLP, Attn: Joseph L. Schwartz, Esq., (jschwartz@riker.com), Tara J. Schellhorn, Esq. (tschellhorn@riker.com), Daniel A. Bloom, Esq. (dbloom@riker.com), and Gregory S. Toma, Esq. (gtoma@riker.com), One Speedwell Avenue, Morristown, New Jersey 07962-1981 (c) the Office of the United States Trustee for the District of New Jersey, One Newark Center, Suite 2100, Newark, New Jersey 07102; and (d) to all parties requesting notice.

**PLEASE TAKE FURTHER NOTICE** that only those responses or objections that are timely filed, served, and received will be considered at the hearing. Failure to file a timely

objection may result in entry of a final order granting the Standing Motion as requested by the Movant.

**PLEASE TAKE FURTHER NOTICE** that unless objections are timely filed and served, the Standing Motion shall be decided on the papers in accordance with D.N.J. LBR 9013-3(d) and the relief requested may be granted without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases may be obtained free of charge by visiting the website of Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/case/wework/. You may also obtain copies of any pleadings by visiting the Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| February 28, 2024<br>Morristown, New Jersey | **RIKER DANZIG LLP**<br>By: */s/ Joseph L. Schwartz*<br>Joseph L. Schwartz, Esq.<br>Tara J. Schellhorn, Esq.<br>Daniel A. Bloom, Esq.<br>Gregory S. Toma, Esq.<br>Headquarters Plaza, One Speedwell Avenue<br>Morristown, New Jersey 07962-1981<br>Telephone: (973) 538-0800<br>Facsimile: (973) 538-1984<br>jschwartz@riker.com<br>tschellhorn@riker.com<br>dbloom@riker.com<br>gtoma@riker.com<br><br>-and-<br><br>**PAUL HASTINGS LLP**<br>Kristopher M. Hansen, Esq. (admitted *pro hac vice*)<br>Frank A. Merola, Esq. (admitted *pro hac vice*)<br>Gabriel E. Sasson, Esq.<br>Emily L. Kuznick, Esq. (admitted *pro hac vice*)<br>200 Park Avenue<br>New York, New York 10166<br>Telephone: (212) 318-6000<br>Facsimile: (212) 319-4090<br>krishansen@paulhastings.com<br>frankmerola@paulhastings.com<br>gabesasson@paulhastings.com<br>emilykuznick@paulhastings.com<br><br>-and-<br><br>Paul R. Genender, Esq. (admitted *pro hac vice*)<br>Conrad Coutinho, Esq. (admitted *pro hac vice*)<br>Jake Rutherford, Esq. (admitted *pro hac vice*)<br>Marijana Kralt, Esq. (admitted *pro hac vice*)<br>600 Travis Street, 58th Floor<br>Houston, Texas 77002<br>Telephone: (713) 860-7300<br>Facsimile: (713) 353-3100<br>paulgenender@paulhastings.com<br>conradcoutinho@paulhastings.com<br>jakerutherford@paulhastings.com<br>marikralt@paulhastings.com<br><br>*Co-Counsel to the Official*<br>*Committee of Unsecured Creditors* |