UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**
Robert J. Lack
Andrew M. Englander
Blair R. Albom
1 Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
rlack@fklaw.com
aenglander@fklaw.com
balbom@fklaw.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Spiro *(pro hac vice forthcoming)*
Susheel Kirpalani *(pro hac vice forthcoming)*
Benjamin Finestone *(pro hac vice forthcoming)*
Kenneth Hershey *(pro hac vice forthcoming)*
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000
alexspiro@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
kenhershey@quinnemanuel.com

*Co-Counsel to Adam Neumann, Flow Global Holdings LLC, and Nazare Asset Management LP*

| In Re: | Case No. 23-19865 (JKS) |
|---|---|
| WEWORK INC., *et al*., | Chapter 11 |
| Debtors.[1] | (Jointly Administered) |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005.

4870-4708-5233.2

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Bankr. P. 9010(b), the undersigned enter an appearance in this case on behalf of Adam Neumann, Flow Global Holdings LLC, and Nazare Asset Management LP. Request is made that the documents filed in this case and identified below be served upon the following:

ADDRESS:

| | |
|---|---|
| **FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Robert J. Lack | Alex Spiro |
| Andrew M. Englander | Susheel Kirpalani |
| Blair R. Albom | Benjamin Finestone |
| 1 Gateway Center, 25th Floor | Kenneth Hershey |
| Newark, NJ 07102-5311 | 51 Madison Avenue, 22nd Floor |
| (973) 877-6400 | New York, NY 10010 |
| rlack@fklaw.com | (212) 849-7000 |
| aenglander@fklaw.com | alexspiro@quinnemanuel.com |
| balbom@fklaw.com | susheelkirpalani@quinnemanuel.com |
| | benjaminfinestone@quinnemanuel.com |
| | kenhershey@quinnemanuel.com |

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronic mail, or otherwise, that is filed or given in connection with the above-captioned cases and the proceedings therein.

4870-4708-5233.2

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives: (i) any right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to the above-captioned cases; (iii) any right to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in the above-captioned cases or in any other action are expressly reserved.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

4870-4708-5233.2

| | |
|---|---|
| Dated: March 25, 2024 | **FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP** |
| | |
| | s/ Robert J. Lack |
| | Robert J. Lack |
| | Andrew M. Englander |
| | Blair R. Albom |
| | 1 Gateway Center, 25th Floor |
| | Newark, NJ 07102-5311 |
| | (973) 877-6400 |
| | rlack@fklaw.com |
| | aenglander@fklaw.com |
| | balbom@fklaw.com |
| | |
| | -and- |
| | |
| | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| | Alex Spiro *(pro hac vice forthcoming)* |
| | Susheel Kirpalani *(pro hac vice forthcoming)* |
| | Benjamin Finestone *(pro hac vice forthcoming)* |
| | Kenneth Hershey *(pro hac vice forthcoming)* |
| | 51 Madison Avenue, 22nd Floor |
| | New York, NY 10010 |
| | (212) 849-7000 |
| | alexspiro@quinnemanuel.com |
| | susheelkirpalani@quinnemanuel.com |
| | benjaminfinestone@quinnemanuel.com |
| | kenhershey@quinnemanuel.com |
| | |
| | *Co-Counsel to Adam Neumann, Flow Global Holdings LLC, and Nazare Asset Management LP* |

4870-4708-5233.2