**EXHIBIT D**

**From:** Galardi, Gregg <Gregg.Galardi@ropesgray.com>
**Sent:** Monday, March 11, 2024 10:41 PM
**To:** Serajeddini, Steven N. <steven.serajeddini@kirkland.com>; Baird@pjtpartners.com; Foster, Ciara <ciara.foster@kirkland.com>; Zelin, Steven <Zelin@pjtpartners.com>; krishansen@paulhastings.com; eli.vonnegut@davispolk.conm
**Cc:** Webb, Jeramy <Jeramy.Webb@ropesgray.com>
**Subject:** WeWork

All,

Attached is a confidential offer letter that Adam Neumann and Flow Global Holdings LLC, among others, delivered to WeWork this evening.  The offer contemplates the acquisition of the entirety of WeWork's post-restructuring equity for $650 million and up to $250 million in DIP financing, in each case, subject to the satisfactory conclusion of additional diligence and disclosure of necessary material information.  Note that the offerors are not making, and do not intend to make, this offer public.

After you have had an opportunity to review, let us know if it would be helpful to discuss.  We are happy to arrange a call with the offerors' representatives.


Best


Gregg


**Gregg M. Galardi**
**ROPES & GRAY LLP**
T +1 212 596 9139 | M +1 917 434 3178
1211 Avenue of the Americas
New York, NY 10036-8704
Gregg.Galardi@ropesgray.com
www.ropesgray.com