**EXHIBIT F**

**Due Diligence Request List:**

**Lease Information**
- Building level data:
  - Lease status (rejected, upcoming rejection, under negotiation, keep)
  - Annual rent and annual tenancy costs
  - Total square footage, usable square footage
  - Workstation capacity and physical occupancy
  - Retention rate of physical memberships at rejected locations
  - Physical ARPM
  - Building-level revenue
  - Building-level margin
- Access to HILCO to review lease business plans

**Business Plan and Performance**
- Access to PJT to review LRP including private information & full model
  - Is there a PJT data room set up? If so, please grant access
- Time series of the following data
  - ARPM (Physical and All Access)
  - New Members (Physical, All Access, and Enterprise)
  - Churned Members (Physical, All Access, and Enterprise)
  - Total & Physical Occupancy
- Retention rate of physical members at rejected locations
- Capex expectations for remaining locations
- Payroll and headcount by department
- Change of relative percentage of SMB/Enterprise in the portfolio over time
- List of realized and anticipated bankruptcy expenses and current expected timeline
- Planned asset sales, if any.
- JV financials and go forward strategy
- Detailed cash burn projection through the end of bankruptcy

**Capital Structure**
- Please provide any non-public material creditor agreements including the LC's
- Latest available balance sheet, including remaining cash
- Up to date balance of debt by tranche, including accrued and unpaid interest, make-whole, and fees, broken out by debtholder
- Remaining undrawn non-cash DIP balance today
- Estimate of existing LCs that will be drawn and magnitude of LC exposure that will be required post emergence