| | |
|---|---|
| **KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Steven N. Serajeddini, P.C. (admitted *pro hac vice*)<br>Ciara Foster (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:  (212) 446-4800<br>Facsimile:   (212) 446-4900<br>edward.sassower@kirkland.com<br>joshua.sussberg@kirkland.com<br>steven.serajeddini@kirkland.com<br>ciara.foster@kirkland.com<br><br>*Co-Counsel for Debtors and*<br>*Debtors in Possession* | **COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Ryan T. Jareck, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone:   (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>rjareck@coleschotz.com<br><br><br><br>*Co-Counsel for Debtors and*<br>*Debtors in Possession* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

**DEBTORS' SECOND AMENDED WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR APRIL 29, 2024, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file their Witness and Exhibit List for the hearing to be held on April 29, 2024, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing") as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

## WITNESSES

The Debtors may call the following witnesses at the Hearing:

1. Jamie Baird, Partner, Restructuring and Special Situations Group, PJT Partners LP

2. Brian Corio, Managing Director, Alvarez & Marsal North America, LLC

3. Daniel O'Brien, Executive Vice President, Partner, Hilco Real Estate, LLC

4. Any witness listed or called by any other party;

5. Rebuttal witnesses as necessary; and

6. The Debtors reserve the right to cross-examine any witness called by any other party.

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1. | Declaration of Jamie Baird in Support of the Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1737] | | | | | | |
| 2. | Omnibus Declaration of Daniel O'Brien in Support of (A) Debtors' Motion for Entry of an Order (I) Pursuant to Section 365(d)(4) of the Bankruptcy Code Extending Debtors' Time to Assume or Reject Unexpired Leases of Non Residential Real Property and (II) Granting Related Relief; and (B) Debtors' Motion for Entry of an Order (I) Extending the Debtors' | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
|  | Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1738] | | | | | | |
| 3. | Declaration of Brian Corio in Support of the Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1739] | | | | | | |
| 4. | Order (I) Establishing Certain Notice, Case Management, and Administrative Procedures and (II) Granting Related Relief [Docket No. 100] | | | | | | |
| 5. | Joint Chapter 11 Plan of Reorganization of WeWork Inc. and Its Debtor Subsidiaries [Docket No. 1290] | | | | | | |
| 6. | Notice of Filing of First Amended Joint Chapter 11 Plan of Reorganization of WeWork, Inc. and Its Debtor Subsidiaries [Docket No. 1690] | | | | | | |

3

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 7. | Notice of Filing of Second Amended Joint Chapter 11 Plan of Reorganization of WeWork and its Debtor Subsidiaries [Docket No. 1757] | | | | | | |
| 8. | The Disclosure Statement Relating to the Joint Chapter 11 Plan of Reorganization of WeWork Inc. and Its Debtor Subsidiaries [Docket No. 1291] | | | | | | |
| 9. | Notice of Filing of First Amended Disclosure Statement Relating to the First Amended Joint Chapter 11 Plan of Reorganization of WeWork, Inc. and Its Debtor Subsidiaries [Docket No. 1691] | | | | | | |
| 10. | Notice of Filing of Second Amended Disclosure Statement Relating to the First Amended Joint Chapter 11 Plan of Reorganization of WeWork, Inc. and Its Debtor Subsidiaries [Docket No. 1773] | | | | | | |
| 11. | Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 297] | | | | | | |
| 12. | Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases [Docket No. 430] | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 13. | First Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of certain Personal Property, If Any [Docket No. 433] | | | | | | |
| 14. | Notice of Rejection of Certain Executory Contracts and/or Unexpired Lease [Docket No. 531] | | | | | | |
| 15. | First Order Approving the Assumption or Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases [Docket No. 541] | | | | | | |
| 16. | Notice of Assumption of Certain Executory Contracts and/or Unexpired Lease [Docket No. 580] | | | | | | |
| 17. | Second Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of certain Personal Property, If Any [Docket No. 1126] | | | | | | |
| 18. | Second Order Approving the Assumption or Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1168] | | | | | | |

5

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 19. | Notice of Assumption of Certain Executory Contracts and/or Unexpired Lease [Docket No. 1245] | | | | | | |
| 20. | Notice of Assumption of Certain Executory Contracts and/or Unexpired Lease [Docket No. 1247] | | | | | | |
| 21. | Notice of Rejection of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1276] | | | | | | |
| 22. | Third Order Approving the Assumption or Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1333] | | | | | | |
| 23. | Fourth Order Approving the Assumption or Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases (Dock 72, Brooklyn, NY) [Docket No. 1334] | | | | | | |
| 24. | Third Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of certain Personal Property, If Any [Docket No. 1360] | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 25. | Notice of Assumption of Certain Executory Contracts and/or Unexpired Lease [Docket No. 1401] | | | | | | |
| 26. | Notice of Assumption of Certain Executory Contracts and/or Unexpired Lease [Docket No. 1431] | | | | | | |
| 27. | Notice of Rejection of Certain Executory Contracts and/or Unexpired Lease [Docket No. 1441] | | | | | | |
| 28. | Fifth Order Approving the Assumption or Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1449] | | | | | | |
| 29. | Sixth Order Approving the Assumption or Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1473] | | | | | | |
| 30. | Fourth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of certain Personal Property, If Any [Docket No. 1474] | | | | | | |
| 31. | Notice of Rejection of Certain Executory Contracts and/or Unexpired Lease [Docket No. 1483] | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 32. | Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1511] | | | | | | |
| 33. | Notice of Rejection of Certain Executory Contracts and/or Unexpired Lease [Docket No. 1522] | | | | | | |
| 34. | Fifth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of certain Personal Property, If Any [Docket No. 1558] | | | | | | |
| 35. | Notice of Rejection of Certain Executory Contracts and/or Unexpired Lease [Docket No. 1590] | | | | | | |
| 36. | Notice of Assumption of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1591] | | | | | | |
| 37. | Seventh Order Approving the Assumption or Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1597] | | | | | | |
| 38. | Notice of Rejection of Certain Executory Contracts and/or Unexpired Lease [Docket No. 1609] | | | | | | |

8

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 39. | Sixth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of certain Personal Property, If Any [Docket No. 1620] | | | | | | |
| 40. | Seventh Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of certain Personal Property, If Any [Docket No. 1635] | | | | | | |
| 41. | Notice of Rejection of Certain Executory Contracts and/or Unexpired Lease [Docket No. 1651] | | | | | | |
| 42. | Eighth Order Approving the Assumption or Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1695] | | | | | | |
| 43. | Eighth Order Approving the Rejection of Certain Executory Contracts and/or Unexpired Leases and the Abandonment of certain Personal Property, If Any [Docket No. 1696] | | | | | | |
| 44. | Notice of Rejection of Certain Executory Contracts and/or Unexpired Lease [Docket No. 1712] | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 45. | Ninth Order Approving the Assumption or Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases [Docket No. 1724] | | | | | | |
| 46. | Notice of Rejection of Certain Executory Contracts and/or Unexpired Lease [Docket No. 1747] | | | | | | |
| 47. | Valuation Analysis – Exhibit D to Notice of Filing Valuation Analysis, Financial Projections, and Liquidation Analysis as Exhibits to the Disclosure Statement [Docket No. 1706] | | | | | | |
| 48. | Financial Projections – Exhibit E to Notice of Filing Valuation Analysis, Financial Projections, and Liquidation Analysis as Exhibits to the Disclosure Statement [Docket No. 1706] | | | | | | |
| 49. | Liquidation Analysis – Exhibit F to Notice of Filing Valuation Analysis, Financial Projections, and Liquidation Analysis as Exhibits to the Disclosure Statement [Docket No. 1706] | | | | | | |
| 50. | Any document or pleading filed in the above-captioned main cases | | | | | | |

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 51. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| 52. | Any exhibit identified by any other party | | | | | | |

## RESERVATION OF RIGHTS

The Debtors reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to the Hearing.

[*Remainder of page intentionally left blank*]

Dated: April 28, 2024

/s/ *Michael D. Sirota*
**COLE SCHOTZ P.C.**
Michael D. Sirota, Esq.
Warren A. Usatine, Esq.
Felice R. Yudkin, Esq.
Ryan T. Jareck, Esq.
Court Plaza North, 25 Main Street
Hackensack, New Jersey 07601
Telephone:  (201) 489-3000
msirota@coleschotz.com
wusatine@coleschotz.com
fyudkin@coleschotz.com
rjareck@coleschotz.com

*Co-Counsel for Debtors and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Ciara Foster (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900
edward.sassower@kirkland.com
joshua.sussberg@kirkland.com
steven.serajeddini@kirkland.com
ciara.foster@kirkland.com

*Co-Counsel for Debtors and Debtors in Possession*