| | |
|---|---|
| **FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Robert J. Lack | Alex Spiro *(pro hac vice)* |
| Andrew M. Englander | Susheel Kirpalani *(pro hac vice)* |
| Blair R. Albom | Benjamin Finestone *(pro hac vice)* |
| 1 Gateway Center, 25th Floor | Kenneth Hershey *(pro hac vice)* |
| Newark, New Jersey 07102-5311 | 51 Madison Avenue, 22nd Floor |
| Telephone: (973) 877-6400 | New York, New York 10010 |
| Facsimile: (973) 877-6409 | Telephone: (212) 849-7000 |
| rlack@fklaw.com | Facsimile: (212) 849-7100 |
| aenglander@fklaw.com | alexspiro@quinnemanuel.com |
| balbom@fklaw.com | susheelkirpalani@quinnemanuel.com |
| | benjaminfinestone@quinnemanuel.com |
| | kenhershey@quinnemanuel.com |
| | *Co-Counsel to Adam Neumann, Flow Global Holdings LLC, and Nazare Asset Management, LP* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Case No. 23-19865 (JKS)<br>Chapter 11<br>Hon. John K. Sherwood |

## ADAM NEUMANN ET AL.'S AMENDED WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR APRIL 29, 2024, AT 10:00 A.M. (PREVAILING EASTERN TIME)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005.

4857-4498-7066.1

Adam Neumann and Nazare Asset Management, LP ("Adam Neumann *et al.*") file their Witness and Exhibit List for the hearing commencing on April 29, 2024, at 10:00 a.m. (prevailing Eastern Time) (the "Hearing") as follows:

## WITNESSES

Adam Neumann *et al.* may call the following witnesses at the Hearing:

1. Jamie Baird, Partner, Restructuring and Special Situations Group, PJT Partners LP
2. Adam Neumann, Founder and Chief Executive Officer, Flow Global Holdings, LLC[2]
3. Any witness listed or called by any other party;
4. Rebuttal witnesses as necessary; and
5. Adam Neumann *et al.* reserve the right to cross-examine any witness called by any other party.

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1. | Second Amended Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of Reorganization of WeWork Inc. and Its Debtor Subsidiaries [Docket No. 1773] | | | | | | |
| 2. | Comments to Second Amended Disclosure Statement from Counsel to Adam Neumann | | | | | | |

---

[2] Mr. Neumann regrets that he can only attend through counsel due to the last day of the religious holiday occurring on April 29th. He is available to testify on April 30th, or on another day convenient for the Court.

2

4857-4498-7066.1

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 3. | Debtors' Amended Motion for Entry of An Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect to Confirmation of the Plan, (III) Approving the Forms of Ballots and Notices In Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Docket No. 1687] | | | | | | |
| 4. | Debtors' Motion for Entry of An Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1452] | | | | | | |
| 5. | Response of Adam Neumann *et al.* to Objection of Official Committee of Unsecured Creditors to Debtors' Motion to Extend Exclusive Periods and Request Pursuant to 11 U.S.C. § 105(d) for Conference Concerning Unequal Access to Due Diligence Materials [Docket No. 1704] | | | | | | |

3

4857-4498-7066.1

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 6. | Omnibus Reply in Support of Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1736] | | | | | | |
| 7. | Declaration of Jamie Baird in Support of the Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1737] | | | | | | |
| 8. | Objection of Adam Neumann *et al.* to the Debtors' Amended Motion for Entry of An Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect to Confirmation of the Plan, (III) Approving the Forms of Ballots and Notices In Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Docket No. 1752] | | | | | | |

4

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 9. | Declaration of Adam Neumann in Support of the Objection to the Debtors' Amended Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect To Confirmation of the Plan, (III) Approving the Forms of Ballots and Notices In Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Docket No. 1761] | | | | | | |
| 10. | Exhibit A to Declaration of Adam Neumann in Support of the Objection to the Debtors' Amended Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect To Confirmation of the Plan, (III) Approving the Forms of Ballots and Notices In Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Docket No. 1761-1] | | | | | | |

4857-4498-7066.1

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 11. | Exhibit B to Declaration of Adam Neumann in Support of the Objection to the Debtors' Amended Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect To Confirmation of the Plan, (III) Approving the Forms of Ballots and Notices In Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Docket No. 1761-2] | | | | | | |
| 12. | Exhibit C to Declaration of Adam Neumann in Support of the Objection to the Debtors' Amended Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect To Confirmation of the Plan, (III) Approving the Forms of Ballots and Notices In Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Docket No. 1761-3] | | | | | | |

6

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 13. | Exhibit D to Declaration of Adam Neumann in Support of the Objection to the Debtors' Amended Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect To Confirmation of the Plan, (III) Approving the Forms of Ballots and Notices In Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Docket No. 1761-4] | | | | | | |
| 14. | Exhibit E to Declaration of Adam Neumann in Support of the Objection to the Debtors' Amended Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect To Confirmation of the Plan, (III) Approving the Forms of Ballots and Notices In Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Docket No. 1761-5] | | | | | | |

4857-4498-7066.1

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 15. | Exhibit F to Declaration of Adam Neumann in Support of the Objection to the Debtors' Amended Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect To Confirmation of the Plan, (III) Approving the Forms of Ballots and Notices In Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Docket No. 1761-6] | | | | | | |
| 16. | Valuation Analysis, Financial Projections, and Liquidation Analysis [Docket No. 1706] | | | | | | |
| 17. | Omnibus Reply in Support of Debtors' Amended Motion for Entry of An Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect to Confirmation of the Plan, (III) Approving the Forms of Ballots and Notices In Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Docket No. 1774] | | | | | | |

8

4857-4498-7066.1

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 18. | Feb. 5, 2024 Email and Attachment from J. Webb re: NDA | | | | | | |
| 19. | Any document or pleading filed in the above-captioned main cases | | | | | | |
| 20. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| 21. | Any exhibit identified by any other party | | | | | | |

Dated: April 28, 2024

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**

*/s/ Robert J. Lack*

Robert J. Lack
Andrew M. Englander
Blair R. Albom
1 Gateway Center, 25th Floor
Newark, New Jersey 07102-5311
Telephone: (973) 877-6400
Facsimile:  (973) 877-6409
Email: rlack@fklaw.com
       aenglander@fklaw.com
       balbom@fklaw.com

9

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Spiro *(pro hac vice)*
Susheel Kirpalani *(pro hac vice)*
Benjamin Finestone *(pro hac vice)*
Kenneth Hershey *(pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: alexspiro@quinnemanuel.com
 susheelkirpalani@quinnemanuel.com
 benjaminfinestone@quinnemanuel.com
 kenhershey@quinnemanuel.com

*Co-Counsel to Adam Neumann, Flow Global Holdings LLC, and Nazare Asset Management, LP*

10

4857-4498-7066.1