**FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP**
Eric Seiler (*pro hac vice pending*)
Robert J. Lack
Andrew M. Englander
Blair R. Albom
1 Gateway Center, 25th Floor
Newark, New Jersey 07102-5311
Telephone: (973) 877-6400
Facsimile: (973) 877-6409
eseiler@fklaw.com
rlack@fklaw.com
aenglander@fklaw.com
balbom@fklaw.com

**ROPES & GRAY LLP**
Gregg M. Galardi (*pro hac vice pending*)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9139
Gregg.Galardi@ropesgray.com

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
Alex Spiro (*pro hac vice*)
Susheel Kirpalani (*pro hac vice*)
James Tecce (*pro hac vice pending*)
Benjamin Finestone (*pro hac vice*)
Kenneth Hershey (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
alexspiro@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
jamestecce@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
kenhershey@quinnemanuel.com

*Co-Counsel to Adam Neumann, Flow
Global Holdings LLC, and Nazare Asset
Management, LP*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>WEWORK INC., *et al.*,<br><br>Debtors.[1] | Case No. 23-19865 (JKS)<br>Chapter 11<br>Hon. John K. Sherwood |

**ADAM NEUMANN ET AL.'S WITNESS AND EXHIBIT LIST FOR HEARING
SCHEDULED FOR MAY 7, 2024, AT 2:00 P.M. (PREVAILING EASTERN TIME)**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC, 10300 SW Allen Blvd., Beaverton, OR 97005.

4858-5595-8716.1

Adam Neumann and Nazare Asset Management, LP ("Adam Neumann *et al.*") file their Witness and Exhibit List for the hearing commencing on May 7, 2024, at 2:00 p.m. (prevailing Eastern Time) (the "Hearing") as follows:

## WITNESSES

Adam Neumann *et al.* may call the following witnesses at the Hearing:

1. Jamie Baird, Partner, Restructuring and Special Situations Group, PJT Partners LP
2. Brian Corio, Managing Director, Alvarez & Marsal North America, LLC
3. Any witness listed or called by any other party;
4. Rebuttal witnesses as necessary; and
5. Adam Neumann *et al.* reserve the right to cross-examine any witness called by any other party.

## EXHIBITS

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 1. | Third Amended Disclosure Statement Relating to the Third Amended Joint Chapter 11 Plan of Reorganization of WeWork Inc. and Its Debtor Subsidiaries [Docket No. 1818] | | | | | | |
| 2. | Third Amended Joint Chapter 11 Plan of Reorganization of WeWork Inc. and Its Debtor Subsidiaries [Docket No. 1816] | | | | | | |

4858-5595-8716.1

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 3. | Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain New Postpetition Financing, (II) Granting Liens and Providing Claims Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 1804] | | | | | | |
| 4. | Notice of Exhibits to the DIP New Money Motion [Docket No. 1840] | | | | | | |
| 5. | Objection of Adam Neumann *et al.* to Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain New Postpetition Financing, (II) Granting Liens and Providing Claims Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 1846] | | | | | | |

4858-5595-8716.1

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 6. | Debtors' Reply in Support of Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain New Postpetition Financing, (II) Granting Liens and Providing Claims Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 1849] | | | | | | |
| 7. | Declaration of Jamie Baird in Support of the Debtors' Motion for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Docket No. 1737] | | | | | | |

4858-5595-8716.1

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 8. | Declaration of Jamie Baird in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain New Postpetition Financing, (II) Granting Liens and Providing Claims Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 1851] | | | | | | |
| 9. | Redline Comparison of Baird Declaration at Docket No. 1737 to Baird Declaration at Docket 1851 | | | | | | |
| 10. | Declaration of Brian Corio in Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain New Postpetition Financing, (II) Granting Liens and Providing Claims Superpriority Administrative Expense Status, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief [Docket No. 1850] | | | | | | |

4858-5595-8716.1

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 11. | Declaration of Adam Neumann in Support of the Objection to the Debtors' Amended Motion for Entry of an Order (I) Conditionally Approving the Adequacy of the Information Contained in the Disclosure Statement, (II) Approving the Solicitation and Voting Procedures With Respect To Confirmation of the Plan, (III) Approving the Forms of Ballots and Notices In Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Docket No. 1761] | | | | | | |
| 12. | Valuation Analysis, Financial Projections, and Liquidation Analysis [Docket No. 1706] | | | | | | |
| 13. | Feb. 5, 2024 Email and Attachment from J. Webb re: NDA | | | | | | |
| 14. | Adam Neumann *et al.*'s Amended Due Diligence List | | | | | | |
| 15. | Redline Comparison of Adam Neumann *et al.*'s Amended Due Diligence List to Adam Neumann et al.'s Original Due Diligence List | | | | | | |
| 16. | Amended and Restated Restructuring Support Agreement [Docket No. 1854] | | | | | | |

6

4858-5595-8716.1

| EXHIBIT | DESCRIPTION | MARK | OFFER | OBJECT | ADMIT | W/D | DISPOSITION AFTER HEARING |
|---|---|---|---|---|---|---|---|
| 17. | First Amended Disclosure Statement Relating to the First Amended Joint Chapter 11 Plan of Reorganization of WeWork Inc. and its Debtor Subsidiaries [Docket No. 1691] | | | | | | |
| 18. | Any document or pleading filed in the above-captioned main cases | | | | | | |
| 19. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| 20. | Any exhibit identified by any other party | | | | | | |

Adam Neumann *et al.* reserve the right to supplement this list prior to the Hearing.

Dated: May 6, 2024

**FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP**

*/s/ Robert J. Lack*
Eric Seiler (*pro hac vice pending*)
Robert J. Lack
Andrew M. Englander
Blair R. Albom
1 Gateway Center, 25th Floor
Newark, New Jersey 07102-5311
Telephone: (973) 877-6400
Facsimile:  (973) 877-6409
Email: eseiler@fklaw.com
        rlack@fklaw.com
        aenglander@fklaw.com
        balbom@fklaw.com

7

4858-5595-8716.1

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Spiro *(pro hac vice)*
Susheel Kirpalani *(pro hac vice)*
James Tecce *(pro hac vice pending*)
Benjamin Finestone *(pro hac vice)*
Kenneth Hershey *(pro hac vice)*
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: alexspiro@quinnemanuel.com
susheelkirpalani@quinnemanuel.com
jamestecce@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
kenhershey@quinnemanuel.com

-and-

**ROPES & GRAY LLP**
Gregg M. Galardi (pro hac vice pending)
1211 Avenue of the Americas
New York, New York 10036
Telephone: (212) 596-9139
Gregg.Galardi@ropesgray.com

*Co-Counsel to Adam Neumann, Flow Global Holdings LLC, and Nazare Asset Management, LP*

8

4858-5595-8716.1