

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Steven N. Serajeddini, P.C. (admitted *pro hac vice*)<br>Ciara Foster (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:   (212) 446-4900<br>edward.sassower@kirkland.com<br>joshua.sussberg@kirkland.com<br>steven.serajeddini@kirkland.com<br>ciara.foster@kirkland.com<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Ryan T. Jareck, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone:   (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>rjareck@coleschotz.com<br><br>*Co-Counsel for Reorganized Debtors* | **Order Filed on June 25, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,<br><br>   Reorganized Debtors.[1] | Chapter 11<br><br>Case No. 23-19865 (JKS)<br><br>(Jointly Administered) |

---

[1]   A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Reorganized Debtor WeWork Inc.'s principal place of business is 71 5th Ave., 2nd Floor, New York, NY 10003; the Reorganized Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

**ORDER (I) CONSENSUALLY
EXTENDING THE TIME WITHIN WHICH THE
DEBTORS MUST ASSUME OR REJECT UNEXPIRED LEASES OF
NON-RESIDENTIAL REAL PROPERTY AND (II) GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered three (3) through six (6), is **ORDERED**.

**DATED: June 25, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page | 3)
Debtors:         WeWork Inc., *et al*.
Case No.         23-19865 (JKS)
Caption of Order: Order (I) Consensually Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property and (II) Granting Related Relief

Upon the *Debtors' Motion for Entry of an Order (I) Consensually Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property, and (II) Granting Related Relief* (the "Motion"),[2] of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors"), for entry of an order (this "Order") (a) authorizing the Reorganized Debtors to consensually extend the time within which the Reorganized Debtors must assume or reject unexpired leases pursuant to the Extension Consent Agreements; and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Reorganized Debtors' notice of the Motion was appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein have the meaning ascribed to them in the Motion.

(Page | 4)

| | |
|---|---|
| Debtors: | WeWork Inc., *et al*. |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order (I) Consensually Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property and (II) Granting Related Relief |

2. As to each Extended Lease for which a Consenting Landlord has executed or executes an Extension Consent Agreement (including each Extended Lease listed on **Exhibit 1** hereto), the time period within which the Reorganized Debtors must assume or reject such Extended Lease pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code is extended pursuant to the terms of the applicable Extension Consent Agreement; *provided* that if the Reorganized Debtors file a motion to assume or reject any such Extended Lease prior to such date, the time period within which the Reorganized Debtors must assume or reject such Extended Lease pursuant to section 365(d)(4)(B)(ii) of the Bankruptcy Code shall be deemed extended through and including the date that the Court enters an order granting or denying such motion.

3. If the Reorganized Debtors enter into additional Extension Consent Agreements after the entry of this Order, the Reorganized Debtors may file an amended **Exhibit 1** reflecting the additional relevant Extended Leases, and the relief granted by this Order shall apply to such additional Extension Consent Agreements and Extended Leases.

4. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order is intended as or shall be construed or deemed to be: (i) an implication or admission as to the amount of, basis for, or validity of any particular claim against the Reorganized Debtors under the Bankruptcy Code or other applicable non-bankruptcy law; (ii) a waiver of the Reorganized Debtors' or any other party in interest's rights to dispute any particular claim on any grounds; (iii) a promise or requirement to pay any particular claim; (iv) an implication, admission, or finding that any particular claim is an administrative expense

| | |
|---|---|
| (Page \| 5) | |
| Debtors: | WeWork Inc., *et al*. |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order (I) Consensually Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property and (II) Granting Related Relief |

claim, other priority claim, or otherwise of a type specified or defined in this Order or the Motion or any order granting the relief requested by the Motion; (v) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (vi) an admission as to the validity, priority, enforceability, or perfection of any lien on, security interest in, or other encumbrance on property of the Reorganized Debtors' estates; (vii) a waiver or limitation of the Reorganized Debtors', or any other party in interest's, claims, causes of action, or other rights under the Bankruptcy Code or any other applicable law; (viii) an approval, assumption, adoption, or rejection of any agreement, contract, lease, program, or policy under section 365 of the Bankruptcy Code; (ix) a concession by the Reorganized Debtors that any liens (contractual, common law, statutory, or otherwise) that may be satisfied pursuant to the relief requested in the Motion are valid, and the rights of all parties in interest are expressly reserved to contest the extent, validity, or perfection or seek avoidance of all such liens; (x) a waiver of the obligation of any party in interest to file a proof of claim; or (xi) otherwise affecting the Reorganized Debtors' rights under section 365 of the Bankruptcy Code to assume or reject any executory contract or unexpired lease.

5.      The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6.      Notwithstanding Bankruptcy Rule 6004(h), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

Case 23-19865-JKS    Doc 2146    Filed 06/25/24    Entered 06/25/24 16:01:55    Desc Main
Document    Page 6 of 8

(Page | 6)

| | |
|---|---|
| Debtors: | WeWork Inc., *et al*. |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Order (I) Consensually Extending the Time Within Which the Debtors Must Assume or Reject Unexpired Leases of Non-Residential Real Property and (II) Granting Related Relief |

7. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

8. The requirement set forth in Local Rule 9013-1(a)(3) that any motion be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Motion or otherwise waived.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## Exhibit 1

**Schedule of Extended Leases**

| #[1] | Reorganized Debtor Legal Entity | Property Address | Landlord / Counterparty | Landlord / Counterparty Address | Extension Date |
|---|---|---|---|---|---|
| 1 | 2211 Michelson Drive Tenant LLC | 2211 Michelson Drive, Irvine, CA 92612 | KR MML 12701, LLC | 12200 West Olympic Boulevard, Suite 200 Los Angeles, CA 90064 | June 30, 2024 |
| 2 | 400 Concar Drive Tenant LLC | 400 Concar Drive, San Mateo, CA 94402 | 2000 Sierra Point Parkway LLC, Diamond Marina LLC; Diamond Marina II LLC | 450 Concar Drive, San Mateo, CA 94402 | June 30, 2024 |
| 3 | 142 West 57th Street Tenant LLC | 142 W 57th St, New York, NY 10019 | Met Tower Owner LLC | 142 West 57th Street, New York, NY 10019 | June 30, 2024 |
| 4 | 85 Broad Tenant LLC | 85 Broad Street, New York, NY 10004 | 85 Broad Street Property Owner LLC | 3 Bryant Park, Suite 2400B New York, NY 10036 | June 30, 2024 |
| 5 | 1100 King Street West Tenant LP | 1100 King Street West Toronto, ON M6K 1E6 | Kingsclub Development Inc. | 1100 King Street West Toronto, ON M6K 1E6 | July 31, 2024 |
| 6 | 655 New York, LLC | 655 New York Avenue, N.W., Washington, D.C. 20001 | 655 New York, LLC | 655 New York Ave NW Washington, DC 20001 | June 28, 2024 |
| 7 | 1 Lincoln Street Tenant, LLC | 1 Lincoln Street, Boston, MA 02111 | Lincoln Street Property Owner, LLC | 45 Main Street, Suite 804 Brooklyn, NY 11201 | June 30, 2024 |
| 8 | 801 B. Springs Road Tenant LLC | 801 Barton Springs Rd, Austin, TX 78704 | 801 Barton Springs Owner LLC | 801 Barton Springs Rd, Austin, TX 78704 | July 31, 2024 |
| 9 | WeWork Canada LP ULC | 1010 Rue Sainte-Catherine Ouest, Suite 1200 Montreal, QC H3B 3S3 | 1001 Dominion Square Management Inc., by its agent Canpro Investments Ltd. | 1010 Rue Sainte-Catherine Ouest, Suite 1200 Montreal, QC H3B 3S3 | June 30, 2024 |
| 10 | 120 West Trinity Place Tenant LLC | 120 W Trinity Pl, Decatur, GA 30030 | Amco 120 West Trinity, LLC | 3344 Peachtree Rd, NE, Suite 1800 Atlanta, GA 30326 | June 30, 2024 |
| 11 | 4041 Macarthur Boulevard Tenant LLC | 4041 Macarthur Boulevard Suite 400 Newport Beach, CA 92660 | AG Redstone Owner, L.P. | 150 Paularino, Suite D182 Costa Mesa, CA 92626 | June 30, 2024 |
| 12 | 199 Water Street Tenant LLC | 199 Water Street, New York, NY 10038 | Resnick Seaport, LLC | 110 East 59th Street, 34th Floor New York, NY 10022 | June 30, 2024 |
| 13 | 1775 Tysons Boulevard Tenant LLC | 1775 Tysons Boulevard Tysons, Virginia 22102 | TYH Development Company, LLC | 2000 Tower Oaks Boulevard Eighth Floor Rockville, MD 20852 | June 14, 2024 |
| 14 | 450 Lexington Tenant LLC | 450 Lexington Ave, New York, NY 10017 | United States Postal Service | 450 Lexington Avenue, New York, NY 10017 | June 30, 2024 |
| 15 | 205 North Detroit Street Tenant LLC | 205 North Detroit Street, Denver, CO 80206 | GW Property Services, LLC (as successor-in-interest to Second Avenue Development Partners, LLC) | 1099 18th Street, Suite 2900 Denver, CO 80202 | June 24, 2024 |
| 16 | 575 Lexington Avenue Tenant LLC | 575 Lexington Avenue New York, NY 10022 | 575 Lex Property Owner, L.L.C. | 245 Park Avenue, 24th Floor New York, NY 10167 | June 30, 2024 |

---

[1] The Extension Consent Agreements set forth herein are subject to further extension as agreed to by the Reorganized Debtors and the applicable Consenting Landlord.