| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Steven N. Serajeddini, P.C. (admitted *pro hac vice*)<br>Ciara Foster (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>edward.sassower@kirkland.com<br>joshua.sussberg@kirkland.com<br>steven.serajeddini@kirkland.com<br>ciara.foster@kirkland.com<br><br>**COLE SCHOTZ P.C.**<br>Michael D. Sirota, Esq.<br>Warren A. Usatine, Esq.<br>Felice R. Yudkin, Esq.<br>Ryan T. Jareck, Esq.<br>Court Plaza North, 25 Main Street<br>Hackensack, New Jersey 07601<br>Telephone:   (201) 489-3000<br>msirota@coleschotz.com<br>wusatine@coleschotz.com<br>fyudkin@coleschotz.com<br>rjareck@coleschotz.com<br><br>*Co-Counsel for Debtors and*<br>*Debtors in Possession* | **Order Filed on June 25, 2024**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |

| | |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Debtors.[1] | (Jointly Administered) |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017; the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

## NINETEENTH ORDER APPROVING THE ASSUMPTION
## OR ASSUMPTION AND ASSIGNMENT OF CERTAIN
## EXECUTORY CONTRACTS AND/OR UNEXPIRED LEASES

The relief set forth on the following pages, numbered three (3) through six (6), is **ORDERED.**

**DATED: June 25, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Debtors: | WeWork Inc., *et al*. |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Nineteenth Order Approving the Assumption or Assumption and Assignment of Certain Executory Contracts And/or Unexpired Leases |

Upon the *Order (I) Authorizing and Approving Procedures to Reject or Assume Executory Contracts and Unexpired Leases and (II) Granting Related Relief* (the "Procedures Order")[1] [Docket No. 289] of the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the Court having jurisdiction over this matter and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the Standing Order of Reference to the Bankruptcy Court Under Title 11 of the United States District Court for the District of New Jersey, entered July 23, 1984, and amended on September 18, 2012 (Simandle, C.J.); and this Court having found that venue of this proceeding and the matter in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtors having properly filed and served an Assumption Notice on each applicable party as set forth in the Assumption Schedule, attached hereto as **Exhibit 1**, in accordance with the terms of the Procedures Order; and no timely objections having been filed to the assumption or assumption and assignment of such Contracts; and due and proper notice of the Procedures Order and the Assumption Notice having been provided to each applicable Assumption Counterparty as set forth in the Assumption Schedule and no other notice need be provided; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Debtors are authorized to assume or assume and assign the Contracts listed on **Exhibit 1**. The Contracts, as amended with the prior consent and written agreement of the applicable Assumption Counterparty, if applicable, are hereby deemed to be assumed or assumed and assigned by the Debtors pursuant to section 365(a) of the Bankruptcy Code effective as of the

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Procedures Order.

(Page | 4)
Debtors: WeWork Inc., *et al*.
Case No. 23-19865 (JKS)
Caption of Order: Nineteenth Order Approving the Assumption or Assumption and Assignment of Certain Executory Contracts And/or Unexpired Leases

Assumption Date set forth on **Exhibit 1**.

2. Pursuant to sections 105(a) and 363(f) of the Bankruptcy Code, the assignment of the Contracts listed on **Exhibit 1** shall: (a) be free and clear of (i) all liens (and any liens shall attach to the proceeds in the same order and priority subject to all existing defenses, claims, setoffs, and rights) and (ii) subject to the last sentence of Paragraph 3 below and an Assumption Counterparty's right to contest the same in accordance with the Assumption Procedures, any and all claims (as that term is defined in section 101(5) of the Bankruptcy Code), obligations, demands, guaranties of or by the Debtors, debts, rights, contractual commitments, restrictions, interests, and matters of any kind and nature, whether arising prior to or subsequent to the commencement of these chapter 11 cases, and whether imposed by agreement, understanding, law, equity, or otherwise (including, without limitation, claims and encumbrances that purport to give to any party a right or option to effect any forfeiture, modification, or termination of the interest of any Debtor or Assignee, as the case may be, in the Contract(s) in connection with the assignment by the Debtor to the Assignee); and (b) constitute a legal, valid, and effective transfer of such Contract(s) and vests the applicable Assignee with all rights, titles, and interests to the applicable Contract(s).[2] For the avoidance of doubt, all provisions of and obligations under, subject to section 365 of the Bankruptcy Code, the applicable assigned Contract, including any provision limiting assignment, shall be binding on the applicable Assignee.

3. Subject to and conditioned upon the occurrence of a closing with respect to the assumption and assignment of any Contract, and subject to the other provisions of this Order

---

[2] Certain of the Contracts may contain provisions that restrict, prohibit, condition, or limit the assumption and/or assignment of such Contract. The Debtors reserve all rights with respect to the enforceability of such provisions, including the right to argue such clauses are unenforceable.

| | |
|---|---|
| Debtors: | WeWork Inc., *et al*. |
| Case No. | 23-19865 (JKS) |
| Caption of Order: | Nineteenth Order Approving the Assumption or Assumption and Assignment of Certain Executory Contracts And/or Unexpired Leases |

(including the Assumption Procedures in the Procedures Order and entry of the applicable Assumption Order), the Debtors are authorized in accordance with sections 365(b) and (f) of the Bankruptcy Code to (a) assume and assign to the Assignees identified on **Exhibit 1** the applicable Contracts, with any such applicable Assignee being responsible only for the post-assignment liabilities or defaults under the applicable Contracts except as otherwise provided for in this Order or as agreed between the Debtors and the applicable Assumption Counterparty and (b) execute and deliver to any such applicable Assignee such assignment documents as may be reasonably necessary to sell, assign, and transfer any such Contract.  Notwithstanding anything to the contrary in any assignment documents (if applicable) or this Order, pursuant to section 365(d) of the Bankruptcy Code, unless otherwise agreed as between the Debtors (or an Assignee, as applicable) and the Assumption Counterparty thereto, with respect to any assumed or assumed and assigned lease of non-residential real property, the Debtors, in the case of an assumption, and the Assignee, in the case of an assumption and assignment, shall, subject to all rights and defenses available to the Debtors and/or the Assignee, as applicable, remain liable for, regardless of when such amounts or liabilities accrued, unless such amounts are waived or otherwise amended when assumed: (i) any amounts owed under the applicable lease that are unbilled or not yet due as of the Assumption Date, such as common area maintenance, insurance, taxes, and similar charges; (ii) any regular or periodic adjustment or reconciliation of charges under the applicable lease that are not due as of the Assumption Date; (iii) any percentage rent that may come due under the applicable lease; (iv) indemnification obligations, if any, under the applicable lease; and (v) any other monetary or non-monetary obligations under the applicable lease; *provided* that the foregoing shall, subject to all rights and defenses available to the landlord under the assumed or

(Page | 6)
Debtors:             WeWork Inc., *et al.*
Case No.             23-19865 (JKS)
Caption of Order:    Nineteenth Order Approving the Assumption or Assumption and Assignment of Certain Executory Contracts And/or Unexpired Leases

assumed and assigned Contract, not affect any potential liabilities owed by such landlord under the assumed or assumed and assigned Contract to the Debtors, the Assignee, or any other party, as applicable, including, but not limited to: (i) tenant improvement allowances, (ii) abatement, and (iii) reduction of a letter of credit or other security deposit.

4. Except as expressly set forth herein, the Assignee (if applicable) shall have no liability or obligation with respect to defaults relating to the assigned Contracts arising, accruing, or relating to a period prior to the applicable closing date.

5. The Debtors are hereby authorized, pursuant to section 363(b) of the Bankruptcy Code, to enter into the consensual amendments as set forth in the Assumption Notice.

6. The Debtors are authorized to execute and deliver all instruments and documents and take all additional actions necessary to effectuate the relief granted in this Order and the assumption without further order from this Court.

7. The fourteen-day stay required of any assignment of any Contract pursuant to Bankruptcy Rule 6006(d) is hereby waived.

8. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Exhibit 1**

**Assumption Schedule**[1]

| Contract to be Assumed | Assumption Counterparty | Counterparty Address | Address of the Leased Location | Debtor Legal Entity | Amendments to Contract | Cure Amount | Assumption Date |
|---|---|---|---|---|---|---|---|
| Unexpired Lease | CCP/MS SSIII Denver Tabor Center 1 Property Owner LLC | 200 State Street, 5th Floor, Boston, MA, 02109 | Tabor Center, 1200 17th Street, Floor 27, Denver, CO 80202 | 1200 17th Street Tenant LLC | Reduce rent, convert to gross lease, reduce premises, option to further reduce premises, reduce guaranty | $0 | May 22, 2024 |
| Unexpired Lease | BCAL Gateway Property LLC | 200 State Street, 5th Floor, Boston, MA, 02109 | 460 West 50 North, Salt Lake City, UT 84101 | 460 West 50 North Tenant LLC | Amend base rent, convert to gross lease, add revenue share, reduce letter of credit, amend letter of credit burndown, reduce guaranty, amend guaranty burndown | $0 | May 22, 2024 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.

| Unexpired Lease | BCSP 330 North Wabash Property LLC | 200 State Street, 5th Floor, Boston, MA, 02109 | 330 North Wabash Avenue, Chicago, IL 60601 | 330 North Wabash Tenant LLC | Reduce term, reduce rent, convert to gross lease, add revenue share, reduce guaranty, reduce letter of credit, amend letter of credit burndown | $0 | May 22, 2024 |
|---|---|---|---|---|---|---|---|
| Unexpired Storage Lease | BCSP 330 North Wabash Property LLC | 200 State Street, 5th Floor, Boston, MA, 02109 | 330 North Wabash Avenue, Chicago, IL 60601 | 330 North Wabash Tenant LLC | None | $0 | May 22, 2024 |
| Unexpired Lease | 200 Portland Street LLC | 65 Franklin Street, Boston, MA, 02110 | 200 Portland Street, Boston, MA 02114 | 200 Portland Tenant LLC | Reduce term, reduce rent, add revenue share, reduce guaranty, amend guaranty burndown | $420,000 at a later date | May 21, 2024 |
| Unexpired Lease | 120 East 16th Street Co. LLC | 125 Park Avenue South, New York, NY, 10017 | 33 Irving Pl, New York, NY 10003 | 33 Irving Tenant LLC | Reduce rent | $669,591.91 at a later date | May 22, 2024 |
| Unexpired Lease | Esplanade Owner LLC | 535 Madison Avenue, New York, NY, 10022 | 2425 East Camelback Road, Phoenix, AZ 85016 | 2425 East Camelback Road Tenant LLC | Reduce term, reduce premises, reduce rent, add revenue share | $0 | May 22, 2024 |
| Unexpired Lease | AG-LC Warner Center Phase IV Owner, L.P. | 2000 Avenue of the Stars, Suite 1020, Los Angeles, CA, 90067 | 21255 Burbank Boulevard, Suite 120, Los Angeles, CA 91367 | 21255 Burbank Boulevard Tenant LLC | Reduce premises, reduce term, reduce rent, convert to gross lease, add revenue share, amend | $206,825 | May 20, 2024 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | guaranty burndown | | |
| Unexpired Lease | AB Metro Properties Ltd.; Station Square 460 Assembly Limited Partnership | 550 Burrard Street, Suite 300, Vancouver, British Columbia, V6C 2B5 | 6060 Silver Drive, 3rd Floor, Burnaby, BC V5H 0H5 | WeWork Canada LP ULC | Reduce term, reduce premises, reduce rent, add revenue share, amend guaranty burn down | $0 | May 21, 2024 |
| Unexpired Lease | Trinity Centre LLC | 115 Broadway, Suite 1705, New York, NY, 10006 | 5th Floor, 115 Broadway, New York, NY 10006 | 115 Broadway Tenant LLC | Reduce premises, reduce rent, reduce guaranty, eliminate guaranty burndown | $632,023.84 at a later date | May 20, 2024 |
| Unexpired Lease | 1460 Leasehold Swighm LLC | 30 West 26th Street, 8th Floor, New York, NY, 10010 | 1460 Broadway, New York, NY 10036 | 1460 Broadway Tenant LLC | Reduce rent, convert to gross lease, add profit share, reduce letter of credit, reduce guaranty | $911,568.38 at a later date | May 22, 2024 |
| Unexpired Lease | 58508 Alberta Ltd. | 335 - 8th Avenue S.W., Calgary, Alberta, T2P 1C9 | 700 2 Street Southwest, Calgary, AB T2P 0X1 | 700 2 Street Southwest Tenant LP | Reduce term, reduce rent, add revenue share, reduce guaranty, amend guaranty burndown | $271,893.94 CAD at a later date | May 23, 2024 |
| Unexpired Storage Lease (4103) | 58508 Alberta Ltd. | 335-8th Avenue S.W., Suite 900, Calgary, Alberta, T2P 1C9 | 700 2 Street Southwest, Calgary, AB T2P 0X1 | 700 2 Street Southwest Tenant LP | None | None | May 27, 2024 |
| Unexpired Storage Lease (4114) | 58508 Alberta Ltd. | 335-8th Avenue S.W., Suite 900, Calgary, Alberta, T2P 1C9 | 700 2 Street Southwest, Calgary, AB T2P 0X1 | 700 2 Street Southwest Tenant LP | None | None | May 27, 2024 |

| Unexpired Lease | 200 Spectrum Center Drive LLC | 550 Newport Center Drive, Newport Beach, CA 92660 | 200 Spectrum Center Drive, Irvine, CA 92618 | 200 Spectrum Center Drive Tenant LLC | Reduce term, reduce rent, add revenue share, amend letter of credit and burndown, amend guaranty | $231,247.47 at a later date and $4,056.29 at a later date | May 22, 2024 |
|---|---|---|---|---|---|---|---|
| Unexpired Lease | 400 Spectrum Holdings LLC | 550 Newport Center Drive, Newport Beach, CA 92660 | 400 Spectrum Center Drive, Irvine, CA 92618 | 400 Spectrum Center Drive Tenant LLC | Reduce term, reduce rent, add revenue share, terminate guaranty, amend letter of credit and burndown | $254,507.61 at a later date and $1,790.11 at a later date | May 22, 2024 |
| Unexpired Lease | NW 524 SOHO LLC | 1819 Wazee Street Denver, CO 80202 | 524 Broadway New York, NY 10012 | 524 Broadway Tenant LLC | Reduce premises, reduce rent, convert to gross lease, add profit share, all furniture remaining in surrender premises deemed abandoned and transferred to landlord | $505,682.20 at a later date | May 23, 2024 |
| Unexpired Lease | BCSP 8 600 Property, L.P. | 200 State Street, 5th Floor, Boston, MA 02109 | 600 Congress Ave., Austin, TX 78701 | WW 600 Congress LLC | Reduce base rent, convert to gross lease, revenue share | $75,306.74 at a later date | May 24, 2024 |

| Unexpired Lease | Legacy West Investors, LP | 2001 Ross Avenue, Suite 3400, Dallas, TX 75201 | WeWork 7700 Windrose Ave., Suite G300 Plano, TX 75024 | Legacy Tenant LLC | Reduce term, reduce rent, add revenue share | $0 | May 22, 2024 |
|---|---|---|---|---|---|---|---|
| Unexpired Lease | CIO Bloc 83, LLC | 666 Burrard Street, Suite 3210, Vancouver, British Columbia, V6C 2X8 | 1 Glenwood Avenue, Raleigh, NC 27603 | 1 Glenwood Ave Tenant LLC | Reduce premises, reduce rent, reduce parking | $57,250.39 at a later date and $246,017.66 at a later date | May 24, 2024 |
| Unexpired Lease | CIO Terraces, LLC | 666 Burrard Street, Suite 3210 Vancouver, British Columbia, V6C2X8 | 5960 Berkshire Lane, Floor 6 Dallas, TX 75225 | 5960 Berkshire Tenant LLC | Reduce premises, reduce parking, reduce rent | $42,462.37 at a later date | May 24, 2024 |
| Unexpired Lease | Wells REIT II – 80 M Street, LLC | 701 Pennsylvania Avenue, NW, Suite 560, Washington, DC 20004 | 80 M Street SE Washington, DC 20003 | 80 M Street SE Tenant LLC | Reduce term, reduce rent, reduce guaranty, add revenue share, add rent credit | $0 | May 24, 2024 |
| Unexpired Lease | Columbia REIT – 650 California, LLC | 221 Main Street, Suite 100, San Francisco, CA 94105 | 650 California Street, San Francisco, CA 94108 | 650 California Street Tenant LLC | Reduce premises, reduce rent, reduce guaranty, add revenue share | $0 | May 24, 2024 |
| Unexpired Lease | SVF Criterion Santa Monica Corporation | 515 South Flower St., 49th Fl., Los Angeles, CA 90071 | 312 Arizona Ave., Santa Monica, CA 90401 | WW 312 Arizona LLC | Reduce rent, reduce guaranty | $470,728.98 at a later date | May 24, 2024 |

| Unexpired Lease | CV Latitude 34 LLC | 601 South Figueroa Street, Suite 3600, Los Angeles, CA 90017 | 12130 Millennium Drive, Suite 300, Los Angeles, CA 90094 | 12130 Millennium Drive Tenant LLC | Reduce term, reduce rent, reduce guaranty, amend letter of credit burn down | $86,247.90 at a later date and $1,798,212.12 at a later date | May 24, 2024 |
|---|---|---|---|---|---|---|---|
| Unexpired Lease | Park Place Associates | 3197 Park Blvd., Palo Alto, CA 94306 | 3101 Park Boulevard, Palo Alto, CA 94306 | 3101 Park Boulevard Tenant LLC | Reduce rent, reduce guaranty, add profit share, amend letter of credit burn down | $364,714.36 at a later date | May 24, 2024 |
| Unexpired Lease | MCMIF Crossroads Holdco, LLC | 425 Market Street, Suite 1050, San Francisco, CA 94105 | 1825 South Grant Street, San Mateo, CA 94402 | 1825 South Grant Street Tenant LLC | Reduce term, reduce rent, convert to gross lease, add profit share, eliminate letter of credit burn down, amend guaranty | $721.65 at a later date | May 24, 2024 |
| Executory Contract (Guaranty Fee Agreement) | WeWork Huangpu Co-Work Space Management (Shanghai) Co., Ltd. | WeWork Huangpu Co-Work Space Management (Shanghai) Co., Ltd. Room 138, 18th Floor, Building 3, No. 2, Lane 838, South Huangpi Road, Huangpu District, Shanghai | N/A | WeWork Companies U.S. LLC | Waive guarantee fees that have accrued from November 6, 2023 to May 24, 2024 | $0 | May 23, 2024 |

| Executory Contract (Guaranty Fee Agreement) | Red Snapp Co-Work Space Management (Shanghai) Co., Ltd. | Red Snapper Co-Work Space Management (Shanghai) Co., Ltd. 1st Floor, Building 10, No. 696 Weihai Road, Jing'an District, Shanghai | N/A | WeWork Companies U.S. LLC | Waive guarantee fees that have accrued from November 6, 2023 to May 24, 2024 | $0 | May 23, 2024 |