| | |
|---|---|
| **WEIL, GOTSHAL & MANGES LLP**<br>Gary T. Holtzer, Esq. (admitted *pro hac vice*)<br>Gabriel A. Morgan, Esq. (admitted *pro hac vice*)<br>Robert S. Berezin, Esq. (admitted *pro hac vice*)<br>Kevin H. Bostel, Esq. (admitted *pro hac vice*)<br>Taylor B. Dougherty, Esq. (admitted *pro hac vice*)<br>Eric L. Einhorn, Esq. (admitted *pro hac vice*)<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>gabriel.morgan@weil.com<br>robert.berezin@weil.com<br>kevin.bostel@weil.com<br>taylor.dougherty@weil.com<br>eric.einhorn@weil.com<br><br>*Co-Counsel for the SoftBank Parties* | **WOLLMUTH MAHER & DEUTSCH LLP**<br>Paul R. DeFilippo, Esq.<br>James N. Lawlor, Esq.<br>Joseph F. Pacelli, Esq. (admitted *pro hac vice*)<br>500 Fifth Avenue<br>New York, New York 10110<br>Telephone: (212) 382-3300<br>Facsimile: (212) 382-0050<br>pdefilippo@wmd-law.com<br>jlawlor@wmd-law.com<br>jpacelli@wmd-law.com<br><br>*Co-Counsel for the SoftBank Parties* |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>WEWORK INC., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No.: 23-19865 (JKS)<br><br>Judge: Hon. John K. Sherwood<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Steven S. Fitzgerald and Yating Wang hereby withdraw their appearances *pro hac vice* as counsel for SoftBank Vision Fund II-2 L.P. and certain of its affiliates (the "SoftBank Parties"), interested parties in the above-captioned chapter 11 case. Mr. Fitzgerald and Ms. Wang request that their names be removed from the Court's mailing matrix and service list for this chapter 11 case. The SoftBank Parties continue to be represented by Weil, Gotshal & Manges LLP and Wollmuth Maher & Deutsch LLP.

---

[1] The last four digits of the Debtor WeWork Inc.'s taxpayer identification number are 4904. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/WeWork. The location of Debtor WeWork Inc.'s principal place of business is 12 East 49th Street, 3rd Floor, New York, NY 10017, and the Debtors' service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

| | |
|---|---|
| Dated: December 16, 2024 | By: */s/ Paul R. DeFilippo* <br> **WOLLMUTH MAHER & DEUTSCH LLP** <br> Paul R. DeFilippo, Esq. <br> James N. Lawlor, Esq. <br> Joseph F. Pacelli, Esq. (admitted *pro hac vice*) <br> 500 Fifth Avenue <br> New York, New York 10110 <br> Telephone: (212) 382-3300 <br> Facsimile: (212) 382-0050 <br> pdefilippo@wmd-law.com <br> jlawlor@wmd-law.com <br> jpacelli@wmd-law.com <br><br> *Co-Counsel for the SoftBank Parties* |