**UNITED STATES ATTORNEY'S OFFICE**
ALINA HABBA
United States Attorney
EAMONN O'HAGAN
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel: (973) 645-2874
eamonn.ohagan@usdoj.gov

*Attorneys for the United States of America*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re* | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865-JKS |
| Reorganized Debtors. | Judge John K. Sherwood |

### RESPONSE OF UNITED STATES POSTAL SERVICE TO NOTICE OF SATISFACTION OF CLAIMS

THE UNITED STATES OF AMERICA, on behalf of the U.S. Postal Service ("USPS") submits this Response to Notice of Satisfaction of Claims [ECF Doc. No. 2452]. In support thereof, the United States respectfully represents as follows:

### RELEVANT BACKGROUND AND RESPONSE

1. On May 9, 2025, the WeWork UCC Settlement Trust Trustee (the "UCC Settlement Trustee") filed its Second Notice of Satisfaction of Certain General Unsecured Claims [ECF Doc. No. 2452] (the "Second Notice"). The Second Notice

states that Claim No. 11264 filed by USPS in the amount of $186,193.89 (the "USPS Claim") has been satisfied. *See* Second Notice at 10.

2.     To date, USPS has been unable to locate any record of payment on account of the USPS Claim. Undersigned counsel has been working with counsel for the UCC Settlement Trustee to obtain further information to resolve this issue. In connection with those efforts, counsel to the UCC Settlement Trustee graciously extended the time for USPS to file this response until June 5, 2025.

3.     Although the parties are working cooperatively to locate information concerning any payments made on account of the USPS Claim, USPS files this response because it remains unable to locate any record of such payment having been made.

4.     In compliance with the "Response Contents" set forth in the Second Notice, USPS designates undersigned counsel as (i) the representative that the UCC Settlement Trustee should serve any reply to this Response and (ii) the representative in connection with the reconciliation, settlement, or resolution of the Second Notice on behalf of USPS.

Dated: June 4, 2025

                                              ALINA HABBA
                                              United States Attorney

                                              */s/ Eamonn O'Hagan*
                                              EAMONN O'HAGAN
                                              Assistant U.S. Attorney

                                              *Attorneys for the*
                                              *United States of America*