**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| WEWORK INC., *et al.*, | Case No. 23-19865 (JKS) |
| Reorganized Debtors.[1] | (Jointly Administered) |
|  | **Ref. Docket No. 2569** |

## CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On July 6, 2026, I caused to be served the "Adjournment Request," filed on July 6, 2026 [Docket No. 2569], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and to one party whose name and address are confidential and therefore not included, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                             */s/ Andrea Speelman*
                                             Andrea Speelman

---

[1] The Reorganized Debtor with an open case remaining in these chapter 11 cases (along with the last four digits of its federal tax identification number) is WeWork Inc. (4904). A complete list of each of the Reorganized Debtors whose chapter 11 cases have been closed may be obtained on the website of the Reorganized Debtor's claims and noticing agent at https://dm.epiq11.com/WeWork. The location of the Reorganized Debtor's principal place of business is 71 5th Avenue, 2nd Floor, New York, NY 10003; the Reorganized Debtor's service address in these chapter 11 cases is WeWork Inc. c/o Epiq Corporate Restructuring, LLC 10300 SW Allen Blvd. Beaverton, OR 97005.

# EXHIBIT A

WEWORK INC.
SERVICE LIST

| Claim Name | Address Information |
| --- | --- |
| 1619 BROADWAY REALTY LLC, A/K/A MACK REAL ESTATE | 60 COLUMBUS CIRCLE, 20TH FLOOR NEW YORK NY 10023 |
| 54 WEST 40TH REALTY LLC | C/O ALLIED PARTNERS INC 770 LEXINGTON AVENUE 9TH FLOOR NEW YORK NY 10065 |
| ALVAREZ & MARSAL CANADA INC. | CCAA PROCEEDING MONITOR ROYAL BANK PLAZA, SOUTH TOWER 200 BAY STREET, STE 2900 PO BOX 22 TORONTO ON M5J 2J1 CANADA |
| AMEX TRS CO, INC | C/O BECKET & LEE LLP PO BOX 3001 MALVERN PA 19355-0701 |
| CARR PROPERTIES | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: JACKSON PRENTICE 1615 L. STREET, NW SUITE 650 WASHINGTON DC 20036 |
| COMPUTERSHARE TRUST COMPANY NATIONAL ASSOCIATION | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: MEGAN FORD 1505 ENERGY DRIVE ST. PAUL MN 55108 |
| DELAWARE TRUST COMPANY | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: MICHELLE A. DREYER 251 LITTLE FALLS DRIVE WILMINGTON DE 19808 |
| HUDSON PACIFIC PROPERTIES, INC. | (OFFICIAL COMMITTEE OF UNSECURED CREDITORS) ATTN: STEVEN JAFFE 11601 WILSHIRE BOULEVARD, STE 900 LOS ANGELES CA 90025 |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 1500 PENNSYLVANIA AVE NW WASHINGTON DC 20220 |
| KUCKER, MARINO, WINIARSKY & BITTENS LLP | (COUNSEL TO 6E32 FEE OWNERS LLC ET AL) ATTN: EFREM Z. FISCHER, ESQ. 747 THIRD AVENUE, 17TH FLOOR NEW YORK NY 10017 |
| KUCKER, MARINO, WINIARSKY & BITTENS LLP | (COUNSEL TO G.S.505 PARK, LLC, ET AL) ATTN: EDMOND O'BRIEN 747 THIRD AVENUE, 17TH FLOOR NEW YORK NY 10017 |
| LUBIN OLSON & NIEWIADOMSKI LLP | (COUNSEL TO 2420 17TH STREET LLC) ATTN: DENNIS D. MILLER ESQ. 600 MONTGOMERY ST., 14TH FLOOR SAN FRANCISCO CA 94111 |
| MCDERMOTT WILL & EMERY LLP | COUNSEL FOR GIRALDA PB,LLC AND GIRALDA COMPLEX LLC ATTN: MARIS J. KANDESTIN 1000 N. WEST STREET, STE 1400 WILMINGTON DE 19801 |
| NORTHERN MARIANA ISLANDS AG | ATTN EDWARD MANIBUSAN CALLER BOX 10007 SAIPAN MP 96950-8907 |
| OFFICE OF THE US TRUSTEE | ATTN FRAN B STEELE, ESQ & RACHEL WOLF, ESQ ONE NEWARK CENTER STE 2100 NEWARK NJ 07102 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP | (COUNSEL TO HIGHLAND PARK ISD, DCURD) ATTN: EBONEY COBB 500 E. BORDER STREET, STE. 640 ARLINGTON TX 76010 |
| ROSENBERG & ESTIS, P.C. | (COUNSEL TO 1619 BROADWAY REALTY LLC, A/K/A MACK REAL ESTATE) 733 THIRD AVENUE NEW YORK NY 10017 |
| SIMON PROPERTY GROUP, INC | ATTN: RONALD M. TUCKER, ESQ 225 WEST WASHINGTON ST INDIANAPOLIS IN 46204 |
| STARK & STARK, PC | (COUNSEL TO PEA GREEN OWNER, LLC) ATTN: JOSEPH H LEMKIN PO BOX 5315 PRINCETON NJ 08543 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | DEPT OF LEGAL AFFAIRS EXECUTIVE OFFICE BLDG 3RD FLR PO BOX 7 UTULEI AS 96799 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | P898+6G8 UTULEI, EASTERN DISTRICT AS 96799 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | CONSUMER PROTECTION SECTION ATTN BANKRUPTCY NOTICES 455 GOLDEN GATE AVE STE 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN KRIS W KOBACH 120 SW 10TH AVE 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN DANIEL CAMERON 700 CAPITOL AVE STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN ANDREA JOY CAMPBELL 1 ASHBURTON PLACE 20TH FL BOSTON MA 02108-1518 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST STE 1400 ST PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |

| Claim Name | Address Information |
|---|---|
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN JOHN M FORMELLA NH DEPT OF JUSTICE 33 CAPITOL ST CONCORD NH 03301 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN MATTHEW J PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN LETITIA A JAMES DEPT OF LAW THE CAPITOL 2ND FL ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF OKLAHOMA ATTORNEY GENERAL | 313 NE 21ST ST OKLAHOMA CITY OK 73105 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN PETER F NERONHA 150 S MAIN ST PROVIDENCE RI 02903 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN BRIDGET HILL 109 STATE CAPITAL 200 W 24TH ST CHEYENNE WY 82002 |
| TARTE KRINSKY & DROGIN LLP | (COUNSEL TO 11 PARK PLACE LLC) ATTN: MICHAEL D CAPOZZI 1350 BROADWAY NEW YORK NY 10018 |
| THE ALTER GROUP | 3201 OLD GLENVIEW ROAD UNIT 302 WILMETTE IL 60091 |
| THE PLATFORM LLC | 2937 E GRAND BLVD DETROIT MI 48202 |
| THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C. | (COUNSEL TO PRESIDIO NETWORKED SOLUTIONS, INC.) ATTN: MICHAEL B. PUGH 2 SUN COURT, SUITE 400 PEACHTREE CORNERS GA 30092 |
| UNITED STATES ATTORNEYS OFFICE | DISTRICT OF NEW JERSEY 970 BROAD ST 806 NEWARK NJ 07102 |

**Total Creditor count: 52**

| Claim Name | Address Information |
|---|---|
| AFIAA US INVESTMENT INC | C/O JOHN D GIAMPOLO 7 PENN PLAZA, STE 804 NEW YORK NY 10001 |
| AFIAA US INVESTMENT INC | C/O ROSENBERG ESTIS PC ATTN JOHN D GIAMPOLO 733 THIRD AVE, 15TH FL NEW YORK NY 10017 |
| NAMOR REALTY COMPANY LLC | C/O PATTERSON BELKNAP WEBB & TYLER LLP ATTN DANIEL LOWENTHAL & KIMBERLY BLACK 1133 AVENUE OF THE AMERICAS NEW YORK NY 10036 |

**Total Creditor count: 3**

**EXHIBIT B**

WEWORK INC., et al.
Case No. 23-19865 (JKS)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| 1460 LEASEHOLD SWIGHM LLC | jdvacker@merprop.com |
| 2 NINTH AVENUE PARTNERS LLC | ACCOUNTSRECEIVABLE@WMGOTTLIEB.COM |
| 260261 MADISON AVENUE LLC | RM@sapir.com |
| 400 CALIFORNIA LLC | kmouton@kennedywilson.com |
| 500512 SEVENTH AVENUE LP | ALICE.CHEN@CUSHWAKE.COM |
| 54 WEST 40TH REALTY LLC | eric@alliedpartners.com |
| ABM INDUSTRY GROUPS, LLC | scott.flynn@abm.com |
| AKERMAN LLP | mark.lichtenstein@akerman.com |
| ALDRIDGE PITE, LLP | bkecfinbox@aldridgepite.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | igold@allenmatkins.com; mgreger@allenmatkins.com |
| ALSTON & BIRD LLP | Gerard.Catalanello@alston.com |
| ALVAREZ & MARSAL CANADA INC. | ahutchens@alvarezandmarsal.com; jnevsky@alvarezandmarsal.com; cgood@alvarezandmarsal.com |
| ARCHER & GREINER P.C. | dleney@archerlaw.com |
| ARENTFOX SCHIFF LLP | Beth.Brownstein@afslaw.com; Nicholas.Marten@afslaw.com |
| ARENTFOX SCHIFF LLP | Lee.Pepper@afslaw.com |
| BALLARD SPAHR LLP | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| BALLARD SPAHR LLP | hubenb@ballardspahr.com; branchd@ballardspahr.com; zarnighiann@ballardspahr.com |
| BCSP DENVER PROPERTY LLC | JULIE.BOWDEN@BPRETAIL.COM |
| BEACON CAPITAL PARTNERS LLC | khoffman@beaconcapital.com |
| BELKIN BURDEN GOLDMAN, LLP | Jsolomon@bbgllp.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | kcapuzzi@beneschlaw.com |
| BEWLEY LASSLEBEN & MILLER LLP | ernie.park@bewleylaw.com |

WEWORK INC.
Case No. 23-19865 (JKS)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| BROWN RUDNICK LLP | rstark@brownrudnick.com; bsilverberg@brownrudnick.com; sdwoskin@brownrudnick.com; msawyer@brownrudnick.com |
| BUCHALTER, A PROFESSIONAL CORP | schristianson@buchalter.com |
| BUCHALTER, A PROFESSIONAL CORP | mrose@buchalter.com |
| BUCHANAN INGERSOLL & ROONEY PC | michael.caruso@bipc.com |
| BROADWAY CONTINENTAL CORP | david@bwaycc.com |
| BROOKFIELD PROPERTIES RETAIL INC., AS AGENT | bk@bpretail.com |
| Charles E. Boulbol, P.C. | rtrack@msn.com |
| Chiesa Shahinian & Giantomasi PC | jbondy@csglaw.com |
| Chiesa Shahinian & Giantomasi PC | szuber@csglaw.com |
| Chiesa Shahinian & Giantomasi PC | tfreedman@csglaw.com |
| CIM GROUP | jtao@cimgroup.com |
| CITY OF PHILADELPHIA LAW-TAX & REVENUE UNIT | pamela.thurmond@phila.gov |
| COHEN BROTHERS REALTY CORPORATION | mhorowitz@cohenbrothers.com |
| COLE SCHOTZ | jnovak@coleschotz.com; dharris@coleschotz.com |
| COOLEY LLP | ltiari@cooley.com |
| COOLEY LLP | mklein@cooley.com; lreichardt@cooley.com; dbernard@cooley.com |
| COZEN O' CONNOR | mfelger@cozen.com |
| CP 1875 K STREET LLC | jprentice@carrprop.com |
| CTO21 ACQUISITIONS II LLC | dsmith@ctoreit.com |
| CUSHMAN  WAKEFIELD | noelle.perkins@cushwake.com |
| DAVIS+GILBERT LLP | alevy@dglaw.com |
| DAVIS POLK  WARDWELL LLP | eli.vonnegut@davispolk.com |

WEWORK INC.
Case No. 23-19865 (JKS)
Electronic Mail Master Service List

| Name | Email |
|------|-------|
| DAVIS POLK & WARDWELL LLP | ELI.VONNEGUT@DAVISPOLK.COM; ELLIOT.MOSKOWITZ@DAVISPOLK.COM; NATASHA.TSIOURIS@DAVISPOLK.COM; JONAH.PEPPIATT@DAVISPOLK.COM |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| DORSEY & WHITNEY LLP | clark.monica@dorsey.com |
| DUANE MORRIS LLP | msbauer@duanemorris.com |
| DUANE MORRIS LLP | DSMcGehrin@duanemorris.com |
| DYKEMA GOSSETT PLLC | jfine@dykema.com; jfishman@dykema.com |
| ELKINS KALT WEINTRAUB REUBEN GARTSIDE LLP | mgottfried@elkinskalt.com |
| PIERSON FERDINAND | carl.neff@pierferd.com |
| FOX ROTHSCHILD LLP | jdipasquale@foxrothschild.com; mherz@foxrothschild.com |
| FOX ROTHSCHILD LLP | mchovanes@foxrothschild.com |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | Jason.Kanterman@friedfrank.com |
| FRIEDMAN KAPLAN SEILER ADELMAN & ROBBINS LLP | rlack@fklaw.com; aenglander@fklaw.com; balbom@fklaw.com |
| FROST BROWN TODD LLP | jblask@fbtlaw.com; rgold@fbtlaw.com; eseverini@fbtlaw.com |
| GENOVA BURNS LLC | dstolz@genovaburns.com; DClarke@genovaburns.com |
| GENOVA BURNS LLC | dclarke@genovaburns.com |
| GIBBONS P.C. | rmalone@gibbonslaw.com; btheisen@gibbonslaw.com; kmcevilly@gibbonslaw.com |
| GOLDBERG WEPRIN FINKEL GOLDSTEIN, LLP | KNash@GWFGLaw.com |
| GOODWIN PROCTER LLP | mmitnick@goodwinlaw.com; kjarashow@goodwinlaw.com; sdasaro@goodwinlaw.com; BBazian@goodwinlaw.com; ASkorostensky@goodwinlaw.com |
| GOULSTON & STORRS PC | drosner@goulstonstorrs.com |

WEWORK INC., et al.,
Case No. 23-19865 (JKS)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| GREENBERG TRAURIG LLP | BRODYA@GTLAW.COM; paul.schafhauser@gtlaw.com; kenneth.philbin@gtlaw.com |
| HALPERIN BATTAGLIA BENZIJA, LLP | wbenzija@halperinlaw.net; ahalperin@halperinlaw.net |
| HOGAN LOVELLS US LLP | sherry.millman@hoganlovells.com |
| HOLLAND & KNIGHT LLP | barbra.parlin@hklaw.com; jose.casal@hklaw.com |
| HUNTON ANDREWS KURTH LLP | rrich@huntonak.com; pguffy@huntonak.com; taddavidson@huntonak.com |
| JACKSON WALKER LLP | mheld@jw.com |
| JAMESTOWN LP | amurray@jamestownLP.com |
| JOHN HANCOCK LIFE INSURANCE COMPANY USA | tsamoluk@jhancock.com |
| KELLEY DRYE & WARREN LLP | JCARR@KELLEYDRYE.COM; KELLIOTT@KELLEYDRYE.COM; PWEINTRAUB@KELLEYDRYE.COM |
| KELLEY DRYE & WARREN LLP | rlehane@kelleydrye.com; jraviele@kelleydrye.com; cchoe@kelleydrye.com; kdwbankruptcydepartment@kelleydrye.com; mmcloughlin@kelleydrye.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | prosenblatt@ktslaw.com; cbernardino@ktslaw.com |
| KUDMAN TRACHTEN ALOE POSNER LLP | paloe@kudmanlaw.com |
| KUTAK ROCK LLP | craig.young@kutakrock.com; lindsay.andreuzzi@kutakrock.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | dallas.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | houston_bankruptcy@lgbs.com |
| LOEB & LOEB LLP | jpiskora@loeb.com |
| LUBIN OLSON & NIEWIADOMSKI LLP | dmiller@lubinolson.com |
| LUBIN OLSON & NIEWIADOMSKI LLP | mblackler@lubinolson.com |
| MAYORE ESTATES LLC | bstern@ngkf.com |

WEWORK INC., et al.
Case No. 23-19865 (JKS)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| MCCARTER & ENGLISH, LLP | dadler@mccarter.com |
| MCDERMOTT WILL & EMERY LLP | crgibbs@mwe.com;<br>mwombacher@mwe.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | gbressler@mdmc-law.com |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | mmorano@mdmc-law.com |
| MCGUIRE, CRADDOCK & STROTHER, P.C. | mchevallier@mcslaw.com |
| MEYERS LAW GROUP P.C. | mmeyers@meyerslawgroup.com |
| MILBANK LLP | BKinney@milbank.com;<br>MPrice@milbank.com;<br>GZhang@milbank.com |
| MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO P.C. | KRWalsh@mintz.com |
| MORI TRUST CO LTD | tanaka-yo@mori-trust.co.jp |
| MORRIS JAMES LLP | bkeilson@morrisjames.com |
| MORRIS JAMES LLP | emonzo@morrisjames.com;<br>bkeilson@morrisjames.com |
| MOZAIC PARTNERS LLC | Jackie@Ackerberg.com |
| MUNGER, TOLLES & OLSON, LLP | Seth.Goldman@mto.com |
| NIXON PEABODY LLP | vmilione@nixonpeabody.com;<br>cfong@nixonpeabody.com |
| NUVEEN REAL ESTATE  TIAA | chad.phillips@nuveen.com |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | ADMINISTRATION@OAGGUAM.ORG |
| OFFICE OF THE US TRUSTEE | fran.B.Steele@usdoj.gov;<br>Rachel.Wolf@usdoj.gov |
| OFFIT KURMAN, P.A. | pwinterhalter@offitkurman.com |
| ONNI GROUP | gregwilks@onni.com |
| OSLER, HOSKIN & HARCOURT LLP | tsandler@osler.com;<br>MCalvaruso@osler.com |
| PA DEPARTMENT OF REVENUE | RA-occbankruptcy5@state.pa.us |
| PAUL HASTINGS LLP | krishansen@paulhastings.com;<br>frankmerola@paulhastings.com;<br>sayanbhattacharyya@paulhastings.com;<br>gabesasson@paulhastings.com |

WEWORK INC., et al.,
Case No. 23-19865 (JKS)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | jgraham@paulweiss.com |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT LLP | lreece@pbfcm.com |
| PIERCE ATWOOD LLP | amattera@pierceatwood.com |
| PORZIO, BROMBERG & NEWMAN, P.C. | KDCurtin@pbnlaw.com |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | alexspiro@quinnemanuel.com; susheelkirpalani@quinnemanuel.com; benjaminfinestone@quinnemanuel.com; kenhershey@quinnemanuel.com |
| REED SMITH LLP | apiccione@reedsmith.com; mhouston@reedsmith.com |
| RFRK 77 SANDS OWNER LLC | tlavin@rfr.com |
| RFRK 81 PROSPECT OWNER LLC | tlavin@rfr.com |
| RIKER DANZIG | jschwartz@riker.com; tschellhorn@riker.com; dbloom@riker.com; gtoma@riker.com |
| RIKER DANZIG | blaine@riker.com |
| RIVKIN RADLER LLP | ana.parikh@rivkin.com |
| RUBIN LLC | prubin@rubinlawllc.com |
| SAUL EWING LLP | mark.minuti@saul.com |
| SECURITIES AND EXCHANGE COMMISSION | CommissionerPeirce@sec.gov; CommissionerCrenshaw@sec.gov; CommissionerUyeda@sec.gov; CommissionerLizarraga@sec.gov |
| SEIDMAN & PINCUS, LLC | ms@seidmanllc.com |
| SEWARD & KISSEL LLP | bateman@sewkis.com; Giampietro@sewkis.com |
| SEWARD & KISSEL LLP | gayda@sewkis.com; bateman@sewkis.com; lotempio@sewkis.com |
| Sherman, Silverstein, Kohl, Rose & Podolsky, P.A | aabramowitz@shermansilverstein.com; rswitkes@shermansilverstein.com; amoldoff@shermansilverstein.com |
| SHULMAN BASTIAN FRIEDMAN & BUI LLP | lshulman@shulmanbastian.com; mlowe@shulmanbastian.com |

WEWORK INC., et al.,
Case No. 23-19865 (JKS)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| SILLS CUMMIS & GROSS P.C. | bmankovetskiy@sillscummis.com; asherman@sillscummis.com; gkopacz@sillscummis.com; tdellacroce@sillscummis.com |
| SIRLIN LESSER & BENSON, P.C. | dplon@sirlinlaw.com |
| SQUIRE PATTON BOGGS (US) LLP | mark.errico@squirepb.com; jeffrey.rothleder@squirepb.com; peter.morrison@squirepb.com |
| SQUIRE PATTON BOGGS | maura.mcintyre@squirepb.com |
| SSL LAW FIRM LLP | ivo@ssllawfirm.com |
| STARK & STARK, P.C. | jlemkin@stark-stark.com |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | AGInfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | Attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | AGCARR@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | bankruptcy@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ConstituentServices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |

WEWORK INC., et al.,
Case No. 23-19865 (JKS)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | nedoj@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | AgInfo@ag.nv.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | Trish.Lazich@OhioAttorneyGeneral.gov |
| STATE OF OREGON ATTORNEY GENERAL | AttorneyGeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | AGBankCal@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | bankruptcy@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| STRADLEY RONON STEVENS & YOUNG, LLP | dpereira@stradley.com |
| STRADLEY RONON STEVENS & YOUNG, LLP | jmmurphy@stradley.com |
| THE KELLY FIRM P.C. | akelly@kbtlaw.com |
| TRAVIS COUNTY | Jason.Starks@traviscountytx.gov |
| U.S. BANK GLOBAL CORPORATE TRUST AND CUSTODY | justin.shearer@usbank.com |
| UNITARIAN UNIVERSALIST ASSOCIATION | sbetancourt@uua.org; scarey@uua.org |
| US BANK TRUST COMPANY NA | christopher.grell@usbank.com |

WEWORK INC., et al.,
Case No. 23-19865 (JKS)
Electronic Mail Master Service List

| Name | Email |
|---|---|
| US VIRGIN ISLANDS ATTORNEY GENERAL | info@usvidoj.com |
| VENABLE LLP | MAGuerra@Venable.com; lsbouyea@Venable.com |
| WALSH PIZZI O'REILLY FALANGA LLP | sfalanga@walsh.law |
| WALTER  SAMUELS INC | pweiss@walter-samuels.com |
| WARNOCK & PARTNERS, PLLC | scw@warnocklegal.com |
| WEBBER MCGILL LLC | dmcgill@webbermcgill.com |
| WEIL GOTSHAL MANGES LLP | kevin.bostel@weil.com; gabriel.morgan@weil.com |
| WESTFIELD FULTON CENTER LLC | aline.taireh@urw.com |
| WeWork Inc. | legal@wework.com |
| WINDELS MARX LANE & MITTENDORF, LLP | smatthews@windelsmarx.com; eperal@windelsmarx.com |
| WOLFSON BOLTON KOCHIS PLLC | Swolfson@wolfsonbolton.com |
| WOLLMUTH MAHER DEUTSCH LLP | pdefilippo@wmd-law.com; jlawlor@wmd-law.com; jpacelli@wmd-law.com; sfitzgerald@wmd-law.com |

WEWORK INC., et al.,

Case No. 23-19865 (JKS)

Electronic Mail Additional Service List

| Name | Email |
|------|-------|
| AFIAA U.S. INVESTMENT INC | Ramcheva@afiaa.com |
| ROSENBERG ESTIS | jgiampolo@rosenbergestis.com |
| PATTERSON BELKNAP WEBB & TYLER LLP | dalowenthal@pbwt.com |